IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEPRACOR INC., :
:
      Plaintiff, :
: C.A. No. _____
  v. :
:
DEY, L.P. and :
DEY, INC., :
:
      Defendant. :

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Sepracor Inc. hereby states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

                    Respectfully submitted,

                    BUCHANAN INGERSOLL PC

Date: February 22, 2006      By: /s/ David E. Wilks
                    David E. Wilks (Del. Bar #2793)
                    The Nemours Building

OF COUNSEL               1007 North Orange Street, Suite 1110
Jack M. Stover              Wilmington, DE 19801
Jayson R. Wolfgang        Telephone: (302) 428-5550
BUCHANAN INGERSOLL PC   Facsimile: (302) 428-3996
One South Market Square     wilksde@bipc.com
213 Market Street, 3rd Floor   *Attorneys for Plaintiff*
Harrisburg, PA 17101-2121   *SEPRACOR INC.*

Todd R. Walters
Susan M. Dadio
BUCHANAN INGERSOLL PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727