IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEPRACOR INC.,
        Plaintiff,

v.

DEY, L.P. and DEY, INC.,
        Defendants.

C.A. No. 06-113

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

    I, David E. Wilks, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Jayson R. Wolfgang, Esquire, of Buchanan Ingersoll PC, One South Market Square, 213 Market Street, 3rd Floor, Harrisburg, PA 17101-2121 to represent Sepracor Inc. in this action. The Admittee is admitted, practicing, and in good standing in the state of Pennsylvania.

Dated: March 14, 2006

/s/ David E. Wilks
David E. Wilks (#2793)
BUCHANAN INGERSOLL PC
The Nemours Building
1007 North Market Street, Suite 1110
Wilmington, DE 19801
Telephone: 302-428-5500

    The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has acquired a copy of the Local Rules of this Court and is generally familiar with such Rules.

Dated: March 14, 2006

/s/ Jayson R. Wolfgang
Jayson R. Wolfgang
Buchanan Ingersoll PC
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121

Motion granted:

BY THE COURT:

Date:_____

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2006, a copy of the Motion and Order for Admission Pro Hac Vice of Jayson R. Wolfgang, Esquire was served by U.S. First Class Mail on the following counsel of record:

Roderick G. Dorman, Esquire
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

/s/ David E. Wilks
David E. Wilks (No. 2793)