## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SEPRACOR INC.,

          Plaintiff,

        v.

DEY, L.P. and DEY, INC.,

          Defendants.

:
:
:
:    C.A. No. 06-113
:
:
:
:

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

I, David E. Wilks, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Susan M. Dadio, Esquire, of Buchanan Ingersoll PC, 1737 King Street, Suite 500, Alexandria, VA 22314-2727 to represent Sepracor Inc. in this action. The Admittee is admitted, practicing, and in good standing in the state of Virginia.

Dated: March 14, 2006

        /s/ David E. Wilks
        David E. Wilks (#2793)
        BUCHANAN INGERSOLL PC
        The Nemours Building
        1007 North Market Street, Suite 1110
        Wilmington, DE 19801
        Telephone: 302-428-5500

The Admittee certifies that she is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has acquired a copy of the Local Rules of this Court and is generally familiar with such Rules.

Dated: March 14, 2006

        /s/ Susan M. Dadio
        Susan M. Dadio
        Buchanan Ingersoll PC
        1737 King Street, Suite 500
        Alexandria, VA 22314-2727

Motion granted:

        BY THE COURT:

Date:_____

        _____
        U. S. District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2006, a copy of the Motion and Order

for Admission Pro Hac Vice of Susan M. Dadio, Esquire was served by U.S. First Class Mail on

the following counsel of record:

Roderick G. Dorman, Esquire
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

/s/ David E. Wilks
David E. Wilks (No. 2793)