IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-113-KAJ |
| ) | |
| DEY, L.P. and DEY, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendants must answer, move, or otherwise respond to the complaint in the above action is extended through and including June 7, 2006.


BUCHANAN INGERSOLL PC

*/s/ Thad J. Bracegirdle*
_____
Thad J. Bracegirdle (I.D. #3691)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
302-428-5550
*Attorneys for Plaintiff*

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
*Attorneys for Defendants*


SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

169250.1