IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-113-KAJ |
| v. ) | |
| ) | |
| DEY, L.P. and DEY, INC., ) | |
| ) | |
| Defendants. ) | |

## **RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 (a), the undersigned counsel for Defendants Dey, L.P. and Dey, Inc., certifies that:

Merck KGaA, which is a publicly traded corporation, is a parent of Dey, Inc. and Dey, L.P.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware  19899
Telephone:  (302) 654-1888
Fax:  (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*
*Dey, L.P. and Dey, Inc.*

*Of Counsel*:

Edgar H. Haug
Kimberly J. McGraw
FROMMER, LAWRENCE & HAUG, LLP
745 Fifth Avenue
New York, NY  10151

Dated:  June 7, 2006
170240.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2006, the attached **RULE 7.1 STATEMENT** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| David E. Wilks, Esquire<br>Reed Smith LLP<br>1201 North Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Jack M. Stover, Esquire<br>Buchanan Ingersoll Professional Corporation<br>One South Market Square<br>213 Market Street, 3rd Floor<br>Harrisburg, PA  17101 | VIA FEDERAL EXPRESS |

/s/ *John G. Day*
_____
John G. Day