IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., <br><br>     Plaintiff, <br>v. <br><br>DEY, L.P. and DEY, INC., <br><br>     Defendants. | C.A. No. 06-113-KAJ |

## SUBSTITUTION OF LOCAL COUNSEL

PLEASE NOTE the following substitution of local counsel for plaintiff Sepracor Inc.: David E. Wilks (dw2793), formerly of Buchanan Ingersoll PC, now of Reed Smith LLP, hereby withdraw his appearance, and Richard D. Kirk (rk0922), Ashley B. Stitzer (as3891) and The Bayard Firm hereby enter their appearance. Outside counsel remain the same.

June 27, 2006

REED SMITH LLP

/s/ David E. Wilks (dw2793)
David E. Wilks (dw2793)
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
(302) 778-7560
dwilks@reedsmith.com

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

624762v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 27, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

| | |
|---|---|
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Tiffany Geyer Lydon, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899 | |

The undersigned counsel further certifies that, on June 27, 2006, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

| | |
|---|---|
| Edgar H. Haug, Esquire<br>Kimberly J. McGraw, Esquire<br>Frommer, Lawrence & Haug, LLP<br>745 Fifth Avenue<br>New York, NY 10151 | |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

574867v1