# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC.,<br><br>              Plaintiff,<br>v.<br><br>DEY, L.P. and DEY, INC.,<br><br>              Defendants. | C.A. No. 06-113-KAJ |

## STIPULATION TO EXTEND TIME FOR PLAINTIFF
## SEPRACOR INC. TO RESPOND TO COUNTERCLAIMS

IT IS HEREBY STIPULATED, by and between plaintiff, Sepracor Inc. ("Sepracor"), and defendants Dey, L.P. and Dey, Inc. (collectively "Dey"), and subject to the approval of the Court, that the time within which plaintiff Sepracor shall answer, move or otherwise respond to Dey's Counterclaims shall be extended to and including July 7, 2006 (extended from June 30, 2006).

| THE BAYARD FIRM | ASHBY & GEDDES |
|---|---|
| /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk (#922)<br>Ashley B. Stitzer<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000<br>rkirk@bayardfirm.com<br><br>Attorneys for Plaintiff | /s/ John G. Day (jd2403)<br>Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2006.

                                                                     _____
                                                                           Judge

628839v1