IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., <br><br> Plaintiff, <br><br> v. <br><br> DEY, L.P. and DEY, INC., <br><br> Defendants. | C.A. No. 06-113-KAJ |

NOTICE OF CHANGE OF COUNSEL'S FIRM NAME

PLEASE TAKE NOTICE that Buchanan Ingersoll PC, counsel for plaintiff Sepracor Inc., has changed its firm name to Buchanan Ingersoll & Rooney PC (the "Firm"). The Firm's address, main telephone number, and facsimile number remain the same, as follows.

> BUCHANAN INGERSOLL & ROONEY PC
> One South Market Square
> 213 Market Street, 3rd Floor
> Harrisburg, PA 17101-2121
> (717) 237-4800
> (717) 233-0852 (Facsimile)
>
> BUCHANAN INGERSOLL & ROONEY PC
> 1737 King Street, Suite 500
> Alexandria, VA 22314-2727
> (703) 836-6620
> (703) 836-2021 (Facsimile)

July 7, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
Attorneys for Plaintiff,
SEPRACOR INC.

629444v1

1

OF COUNSEL:

Jack M. Stover
Jayson R. Wolfgang
BUCHANAN INGERSOLL & ROONEY PC
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121
(717) 237-4800

Todd R. Walters
Susan M. Dadio
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 7, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

| | |
|---|---|
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Tiffany Geyer Lydon, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899 | |

The undersigned counsel further certifies that, on July 7, 2006, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

| | |
|---|---|
| Edgar H. Haug, Esquire<br>Kimberly J. McGraw, Esquire<br>Frommer, Lawrence & Haug, LLP<br>745 Fifth Avenue<br>New York, NY  10151 | |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

574867v1