IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., <br><br>　　　　　　　Plaintiff, <br> v. <br><br> DEY, L.P. and DEY, INC., <br><br>　　　　　　　Defendants. | C.A. No. 06-113-KAJ |

**PLAINTIFF SEPRACOR INC.'S MOTION TO STRIKE
THE JURY TRIAL DEMAND OF DEFENDANTS DEY, L.P. AND DEY, INC.**

Plaintiff Sepracor Inc. ("Sepracor"), by and through its undersigned attorneys, hereby moves to strike the jury trial demand of Defendants Dey. L.P. and Dey, Inc. pursuant to Fed. R. Civ. P. 12(f). As set forth in Sepracor's accompanying opening brief in support of this motion, in the absence of a claim for damages, there is no right to a jury trial in an action for patent infringement, such as this one, brought under the Drug Price Competition and Patent Term Restoration Act of 1984 (the "Hatch-Waxman Act"). Accordingly, Sepracor respectfully requests that this Court grant its Motion to Strike the Jury Trial Demand of Defendants Dey. L.P. and Dey, Inc.

July 7, 2006　　　　　　　　　　　　　　　THE BAYARD FIRM

　　　　　　　　　　　　　　　　　　　　　/s/ Richard D. Kirk (rk0922)
　　　　　　　　　　　　　　　　　　　　　Richard D. Kirk (rk0922)
　　　　　　　　　　　　　　　　　　　　　Ashley B. Stitzer (as3891)
　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 900
　　　　　　　　　　　　　　　　　　　　　P.O. Box 25130
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-5130
　　　　　　　　　　　　　　　　　　　　　(302) 655-5000
　　　　　　　　　　　　　　　　　　　　　rkirk@bayardfirm.com

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　SEPRACOR INC.

OF COUNSEL:

Jack M. Stover
Jayson R. Wolfgang
BUCHANAN INGERSOLL & ROONEY PC
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121
(717) 237-4800 (Phone)
(717) 233-0852 (Facsimile)
stoverjm@bipc.com
wolfgangjr@bipc.com

Todd R. Walters
Susan M. Dadio
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620 (Phone)
(703) 836-2021 (Facsimile)
walterstr@bipc.com
dadiosm@bipc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC.,<br><br>             Plaintiff,<br>v.<br><br>DEY, L.P. and DEY, INC.,<br><br>             Defendants. | C.A. No. 06-113-KAJ |

**LOCAL RULE 7.1.1 STATEMENT IN SUPPORT OF
PLAINTIFF SEPRACOR INC.'S MOTION TO STRIKE THE JURY
TRIAL DEMAND OF DEFENDANTS DEY, L.P. AND DEY, INC.**

The undersigned attorney for plaintiff, Sepracor Inc. ("Sepracor") hereby states, pursuant to Local Rule 7.1.1, that Sepracor's attorneys have made a reasonable effort to reach agreement with opposing counsel on the matters set forth in Plaintiff Sepracor Inc.'s Motion to Strike the Jury Trial Demand of Defendants Dey, L.P. and Dey, Inc., but that agreement was not forthcoming.

July 7, 2006

                                                                     THE BAYARD FIRM

                                                                     */s/ Richard D. Kirk*

                                                                     Richard D. Kirk (rk0922)
                                                                     Ashley B. Stitzer (as3891)
                                                                     222 Delaware Avenue, Suite 900
                                                                     P.O. Box 25130
                                                                     Wilmington, DE  19899-5130
                                                                     (302) 655-5000
                                                                     rkirk@bayardfirm.com
                                                                     astitzer@bayardfirm.com
                                                                     Counsel for plaintiff,
                                                                     Sepracor Inc.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 7, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on July 7, 2006, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Edgar H. Haug, Esquire
Kimberly J. McGraw, Esquire
Frommer, Lawrence & Haug, LLP
745 Fifth Avenue
New York, NY  10151

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

574867v1