IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-113-KAJ |
| | ) |
| DEY, L.P. and DEY, INC., | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Edgar H. Haug and Kimberly J. McGraw to represent the defendants in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $50.00 is included to cover the annual fee for the attorneys listed above.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: 302-654-1888
Fax: 302-654-2067

*Attorneys for Defendants*

Dated: July 25, 2006
171579.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-113-KAJ |
| | ) |
| DEY, L.P. and DEY, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This _____ day of _____, 2006, the Court having considered the motion for the admission *pro hac vice* of Edgar H. Haug and Kimberly J. McGraw to represent the defendants in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE (Wilmington)

Sepracor Inc.

    Plaintiff,

v.

Dey LP and Dey Inc.

    Defendants.

Case No. 1:06CV-00113
Judge: Kent A. Jordan

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bars of the following United States Courts, the United States District Court for the Southern, Eastern and Northern Districts of New York, the Federal Circuit, and the United States Supreme Court and /or the highest Court of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                        Edgar H. Haug
                                        Frommer Lawrence & Haug LLP
                                        745 Fifth Avenue
                                        New York, New York 10151
                                        Tel.:   (212) 588-0800

DATE: July 24, 2006                 Fax:   (212) 588-0500

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE (Wilmington)

| | |
|---|---|
| Sepracor Inc.<br><br>    Plaintiff,<br><br>            v.<br><br>Dey LP and Dey Inc.<br><br>    Defendants. | Case No. 1:06-CV-00113<br>Judge: Kent A. Jordan |

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of New York and of the following federal district and appellate courts: (a) Southern District of New York, (b) Eastern District of New York, (c) Western District of New York, and (d) the United States Court of Appeals for the Federal Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                                          Kimberly J. McGraw
                                                          Frommer Lawrence & Haug LLP
                                                          745 Fifth Avenue
                                                          New York, New York 10151
                                                          Tel.:   (212) 588-0800
DATE: July 24, 2006                             Fax:   (212) 588-0500

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2006, the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899 | <u>HAND DELIVERY</u> |
| Jack M. Stover, Esquire<br>Buchanan Ingersoll & Rooney PC<br>One South Market Square<br>213 Market Street, 3rd Floor<br>Harrisburg, PA  17101-2121 | <u>VIA FEDERAL EXPRESS</u> |
| Todd R. Walters, Esquire<br>Buchanan Ingersoll & Rooney PC<br>1737 King Street, Suite 500<br>Alexandria, VA  22314-2727 | <u>VIA FEDERAL EXPRESS</u> |

/s/ *Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon