IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., <br><br>                        Plaintiff, <br> v. <br><br> DEY, L.P. and DEY, INC., <br><br>                        Defendants. | C.A. No. 06-113-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 4, 2006, copies of plaintiff Sepracor Inc.'s First Set of Requests for Production of Documents and Things to Defendants Dey, L.P. and Dey, Inc. and this Notice of Service were served as shown:

**BY EMAIL AND BY HAND**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899

**BY EMAIL AND BY FEDERAL EXPRESS**

| | |
|---|---|
| Edgar H. Haug, Esquire <br> Kimberly J. McGraw, Esquire <br> Frommer, Lawrence & Haug, LLP <br> 745 Fifth Avenue <br> New York, NY 10151 | Elizabeth A. Leff, Esquire <br> Frommer, Lawrency & Haug, L.L.P. <br> 1667 K. Street, N.W. <br> Washington, D.C. 20006 |

August 4, 2006

OF COUNSEL:

Jack M. Stover
Jayson R. Wolfgang
BUCHANAN INGERSOLL PC
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121
(717) 237-4800

Todd R. Walters
Susan M. Dadio
BUCHANAN INGERSOLL PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com

Attorneys for Plaintiff,
SEPRACOR INC.