IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-113-KAJ |
| ) | |
| DEY, L.P. and DEY, INC., ) | |
| ) | |
| Defendants. ) | |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED by and between the parties, subject to the approval and order of the Court, that the deadline for motions to join other parties and amend the pleadings shall be extended through and including October 23, 2006.

| THE BAYARD FIRM | ASHBY & GEDDES |
|---|---|
| */s/ Richard D. Kirk* | */s/ John G. Day* |
| Richard D. Kirk (I.D. #922) | Steven J. Balick (I.D. #2114) |
| Ashley Blake Stitzer (I.D. #3891) | John G. Day (I.D. #2403) |
| 222 Delaware Avenue, Suite 900 | Tiffany Geyer Lydon (I.D. #3950) |
| P.O. Box 25130 | 222 Delaware Avenue, 17th Floor |
| Wilmington, DE  19899 | P.O. Box 1150 |
| (302) 655-5000 | Wilmington, Delaware  19899 |
| rkirk@bayardfirm.com | (302) 654-1888 |
| astitzer@bayardfirm.com | sbalick@ashby-geddes.com; |
| | jday@ashby-geddes.com |
| *Attorneys for Plaintiff* | tlydon@ashby-geddes.com |
| | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

172913.1