IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-113-KAJ |
| | ) |
| DEY, L.P. and DEY, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this **27th** day of **October, 2006,**

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **November 1, 2006 at 4:00 p.m.** with the undersigned. **Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE