IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., ) | |
| ) | |
| Plaintiff, Counterclaim- ) | |
| Defendant, ) | C.A. No. 06-113-KAJ |
| ) | |
| v. ) | |
| ) | |
| DEY, L.P. AND DEY, INC., ) | |
| ) | |
| Defendants, Counterclaim- ) | |
| Plaintiffs. ) | |

## DEY'S MOTION TO STRIKE
## PLAINTIFF'S ALLEGATIONS CONCERNING WILLFUL INFRINGEMENT

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Defendants Dey, L.P. and Dey, Inc. (collectively "Dey") respectfully move this Court to strike the allegations concerning willful infringement in paragraphs 25 and 26, and the paragraph lettered "D" of the Complaint (D.I. 1).

In support of this motion, Dey relies on its Memorandum filed concurrently. Accordingly, Dey respectfully requests that this Court grant its Motion to Strike Plaintiff's Allegations Concerning Willful Infringement. A proposed order is attached hereto.

                ASHBY & GEDDES

                */s/ John G. Day*

                -----------------------------------
                Steven J. Balick (I.D. # 2114)
                John G. Day (I.D. # 2403)
                Tiffany Geyer Lydon (I.D. # 3950)
                222 Delaware Avenue, 17th Floor
                P.O. Box 1150
                Wilmington, Delaware 19899
                Telephone: (302) 654-1888
                Fax: (302) 654-2067
                sbalick@ashby-geddes.com
                jday@ashby-geddes.com
                tlydon@ashby-geddes.com

*Of Counsel:*

Edward H. Haug
Kimberly J. McGraw
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500

Elizabeth A. Leff
FROMMER, LAWRENCE & HAUG LLP
1667 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 292-1530
Fax: (202) 292-1531

Dated: November 7, 2006
174916.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., | ) |
| | ) |
|     Plaintiff, Counterclaim-Defendant, | ) ) ) C.A. No. 06-113-KAJ |
| | ) |
| v. | ) |
| | ) |
| DEY, L.P. AND DEY, INC., | ) |
| | ) |
|     Defendants, Counterclaim-Plaintiffs. | ) ) |

## ORDER

Upon consideration of Defendant Dey, L.P. and Dey, Inc.'s Motion to Strike, IT IS HEREBY ORDERED on this _____ day of _____ that

(i)     Defendant's Motion to Strike is GRANTED; and

(ii)    Plaintiff's allegations concerning willful infringement in paragraphs 25 and 26, and paragraph lettered "D" of the Complaint are hereby STRICKEN.

_____
United States District Judge

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that counsel have discussed the subject matter of the attached motion, but that an agreement could not be reached.

*/s/ John G. Day*
_____
John G. Day

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2006, the attached **DEY'S MOTION TO STRIKE PLAINTIFF'S ALLEGATIONS CONCERNING WILLFUL INFRINGEMENT** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | HAND DELIVERY |
| Jack M. Stover, Esquire<br>Buchanan Ingersoll & Rooney PC<br>One South Market Square<br>213 Market Street, 3rd Floor<br>Harrisburg, PA 17101-2121 | VIA FEDERAL EXPRESS |
| Todd R. Walters, Esquire<br>Buchanan Ingersoll & Rooney PC<br>1737 King Street, Suite 500<br>Alexandria, VA 22314-2727 | VIA FEDERAL EXPRESS |

/s/ *John G. Day*
_____
John G. Day