IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC. )<br>)<br>Plaintiff, Counterclaim- )<br>Defendant, )<br>)<br>v. )<br>)<br>DEY, L.P. AND DEY, INC. )<br>)<br>Defendants, Counterclaim- )<br>Plaintiffs. ) | Civil Action No. 06-113-KAJ |
| SEPRACOR, INC. )<br>)<br>Plaintiff, Counterclaim- )<br>Defendant, )<br>)<br>v. )<br>)<br>DEY, L.P. AND DEY, INC. )<br>)<br>Defendants, Counterclaim- )<br>Plaintiffs. ) | Civil Action No. 06-604-KAJ |

**ORDER**

THIS MATTER having been brought before the Court upon the motion of Dey, L.P. and Dey, Inc. ("Dey"), through its counsel to consolidate Civil Action No. 06-133 (KAJ) and Civil Action No. 06-604 (KAJ); and the Court having considered the papers filed on behalf of Dey in support of said motion; and the Court having considered all papers filed in opposition to said motion, and all papers in reply thereto; and the Court having considered the pleadings in this matter; and for other and good cause having been shown,

IT IS on this 5 day of Dec., 2006,

**ORDERED** that Dey's Motion to Consolidate actions is GRANTED, and that Civil Action No. 06-133 (KAJ) and Civil Action No. 06-604 (KAJ) are hereby CONSOLIDATED for all purposes. Papers in the consolidated action hereafter shall be filed and docketed solely in Civil Action No. 06-113 (KAJ) and all filings shall bear the following consolidated caption:

| | |
|---|---|
| SEPRACOR, INC. | ) |
| | ) |
| Plaintiff, Counterclaim-Defendant, | ) |
| | ) |
| v. | ) Civil Action No. 06-113-KAJ |
| | ) (Consolidated) |
| DEY, L.P. AND DEY, INC. | ) |
| | ) |
| Defendants, Counterclaim-Plaintiffs. | ) |

_____
United States District Judge