**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEPRACOR INC., <br><br> Plaintiff, <br><br> v. <br><br> DEY, L.P. and DEY, INC., <br><br> Defendants. | C.A. No. 06-113-KAJ <br> C.A. No. 06-604-KAJ <br> **CONSOLIDATED CASES** |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE THAT, on December 13, 2006, copies of SUPPLEMENTAL INITIAL DISCLOSURES OF PLAINTIFF SEPRACOR, INC. PURSUANT TO RULE 26(A)(1) and this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899

**BY EMAIL AND BY FEDERAL EXPRESS**

Edgar H. Haug, Esquire
Kimberly J. McGraw, Esquire
Frommer, Lawrence & Haug, LLP
745 Fifth Avenue
New York, NY 10151

Elizabeth A. Leff, Esquire
Frommer, Lawrency & Haug, L.L.P.
1667 K. Street, N.W.
Washington, D.C. 20006

December 13, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com

Attorneys for Plaintiff,
SEPRACOR INC.

OF COUNSEL:

Jack M. Stover
Jayson R. Wolfgang
BUCHANAN INGERSOLL PC
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121
(717) 237-4800

and

Todd R. Walters
Susan M. Dadio
BUCHANAN INGERSOLL PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620