IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., )<br>)<br>  Plaintiff, Counterclaim- )<br>  Defendant, )<br>)<br>     v. )<br>)<br>DEY, L.P. and DEY, INC., )<br>)<br>  Defendants, )<br>  Counterclaim-Plaintiffs. ) | C.A. No. 06-113-KAJ<br>(consolidated) |

### NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>P.O. Box 1150
>Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

        ASHBY & GEDDES

        /s/ *Steven J. Balick*

        _____
        Steven J. Balick (I.D. #2114)
        John G. Day (I.D. #2403)
        Tiffany Geyer Lydon (I.D. #3950)
        222 Delaware Avenue, 17th Floor
        P.O. Box 1150
        Wilmington, Delaware 19899
        Telephone: (302) 654-1888
        Fax: (302) 654-2067

        *Attorneys for Defendants*
        *Dey, L.P. and Dey, Inc.*

*Of Counsel:*

Edgar H. Haug
Kimberly J. McGraw
FROMMER, LAWRENCE & HAUG L.L.P.
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500

Elizabeth A. Leff
FROMMER, LAWRENCE & HAUG L.L.P.
1667 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 292-1530
Fax: (202) 292-1531

Dated: December 13, 2006
175947.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | VIA ELECTRONIC MAIL |
| Susan M. Dadio, Esquire<br>Buchanan Ingersoll & Rooney PC<br>1737 King Street, Suite 500<br>Alexandria, VA 22314-2727 | VIA ELECTRONIC MAIL |
| Jayson R. Wolfgang, Esquire<br>Buchanan Ingersoll & Rooney PC<br>213 Market Street, Third Floor<br>Harrisburg, PA 17101 | VIA ELECTRONIC MAIL |

*/s/ Steven J. Balick*

Steven J. Balick