IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-113-*** |
| | ) (Consolidated) |
| DEY, L.P. and DEY, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATED ORDER

Pursuant to the request from counsel for Defendants Dey, L.P. and Dey, Inc. (collectively, the "Defendants"), subject to the approval and order of the Court, Plaintiff, Sepracor Inc. and the Defendants stipulate and agree that the deadline for motions to join other parties and amend the pleadings shall be extended through and including January 10, 2007.

| THE BAYARD FIRM | ASHBY & GEDDES |
|---|---|
| /s/ Ashley Blake Stitzer | /s/ Tiffany Geyer Lydon |
| Richard D. Kirk (I.D. #922) | Steven J. Balick (I.D. #2114) |
| Ashley Blake Stitzer (I.D. #3891) | John G. Day (I.D. #2403) |
| 222 Delaware Avenue, Suite 900 | Tiffany Geyer Lydon (I.D. #3950) |
| P.O. Box 25130 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19899 | P.O. Box 1150 |
| (302) 655-5000 | Wilmington, Delaware 19899 |
| rkirk@bayardfirm.com | (302) 654-1888 |
| astitzer@bayardfirm.com | sbalick@ashby-geddes.com; |
| | jday@ashby-geddes.com |
| | tlydon@ashby-geddes.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

176658.1