IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-113-*** (MPT) |
| ) | (Consolidated) |
| DEY, L.P. and DEY, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of John S. Goetz of Frommer Lawrence & Haug LLP to represent the defendants in this matter.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

---
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Defendants*

Dated: January 25, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

---
United States District Judge

177151.1

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., : | |
|     Plaintiff, : | |
|     Counterclaim-Defendant : | |
| : | Case No. 06-113-***(MPT) |
| v. : | (Consolidated) |
| : | |
| DEY, L.P. and DEY, INC. : | |
|     Defendants, : | |
|     Counterclaim Plaintiffs. : | |

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of New York, the Connecticut State Bar, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Federal Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                                                               _/s/ John S. Goetz_
                                                                   John S. Goetz
                                                                   Frommer Lawrence & Haug LLP
                                                                   745 Fifth Avenue
                                                                   New York, New York 10151
                                                                   Tel.:  (212) 588-0800

DATE: January 25, 2007                            Fax:  (212) 588-0500