IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-113-*** |
| | : |
| DEY, L.P. and DEY, INC., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **26th** day of **January, 2007,**

IT IS ORDERED that the tutorial scheduled for February 9, 2007 at 9:30 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE