## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-113-*** |
| DEY, L.P. and DEY, INC., | : |
| Defendants. | : |

## ORDER

At Wilmington this **5th** day of **February, 2007,**

IT IS ORDERED that the teleconference scheduled for April 17, 2007 at 9:00 a.m. has been rescheduled to **Wednesday, February 21, 2007 at 2:00 p.m.** The purpose of this teleconference is to discuss the status of the case. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE