IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEPRACOR, INC., | ) | |
| | ) | |
| Plaintiff, Counterclaim- | ) | |
| Defendant, | ) | C.A. No. 06-113-*** |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| DEY, L.P. and DEY, INC., | ) | |
| | ) | |
| Defendants, | ) | |
| Counterclaim-Plaintiffs. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 5th day of February, 2007, **DEFENDANTS'**

**SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND**

**THINGS** was served upon the following counsel of record at the address and in the manner

indicated:


Richard D. Kirk, Esquire                                    HAND DELIVERY
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899


Susan M. Dadio, Esquire                                    VIA FEDERAL EXPRESS
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA  22314-2727


Jayson R. Wolfgang, Esquire                                VIA FEDERAL EXPRESS
Buchanan Ingersoll & Rooney PC
213 Market Street, Third Floor
Harrisburg, PA  17101

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone:  (302) 654-1888
Fax:  (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*
*Dey, L.P. and Dey, Inc.*

*Of Counsel:*

Edgar H. Haug
Kimberly J. McGraw
FROMMER, LAWRENCE & HAUG L.L.P.
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500
ehaug@flhlaw.com
kmcgraw@flhlaw.com

Elizabeth A. Leff
FROMMER, LAWRENCE & HAUG L.L.P.
1667 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 292-1530
Fax: (202) 292-1531
eleff@flhlaw.com

Dated:  February 5, 2007

170845.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2007, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel of record at the address and in the manner

indicated:


Richard D. Kirk, Esquire                                     HAND DELIVERY
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899


Susan M. Dadio, Esquire                                     VIA FEDERAL EXPRESS
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA  22314-2727


Jayson R. Wolfgang, Esquire                                VIA FEDERAL EXPRESS
Buchanan Ingersoll & Rooney PC
213 Market Street, Third Floor
Harrisburg, PA  17101



                                        */s/ Tiffany Geyer Lydon*
                                        _____
                                        Tiffany Geyer Lydon