IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC.,  )<br>  )<br>      Plaintiff, Counterclaim- )<br>      Defendant, )<br>  )<br>   v. )<br>  )<br>DEY, L.P. and DEY, INC., )<br>  )<br>      Defendants, )<br>      Counterclaim-Plaintiffs. ) | C.A. No. 06-113-***<br>(Consolidated) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of February, 2007, **NOTICE OF SUBPOENA DIRECTED TO BACON & THOMAS** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899 | HAND DELIVERY |
| Susan M. Dadio, Esquire<br>Buchanan Ingersoll & Rooney PC<br>1737 King Street, Suite 500<br>Alexandria, VA  22314-2727 | VIA FEDERAL EXPRESS |
| Jayson R. Wolfgang, Esquire<br>Buchanan Ingersoll & Rooney PC<br>213 Market Street, Third Floor<br>Harrisburg, PA  17101 | VIA FEDERAL EXPRESS |

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Fax: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*
*Dey, L.P. and Dey, Inc.*

*Of Counsel:*

Edgar H. Haug
Kimberly J. McGraw
FROMMER, LAWRENCE & HAUG L.L.P.
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500
ehaug@flhlaw.com
kmcgraw@flhlaw.com

Elizabeth A. Leff
FROMMER, LAWRENCE & HAUG L.L.P.
1667 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 292-1530
Fax: (202) 292-1531
eleff@flhlaw.com

Dated: February 7, 2007

170845.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899 | HAND DELIVERY |
| Susan M. Dadio, Esquire<br>Buchanan Ingersoll & Rooney PC<br>1737 King Street, Suite 500<br>Alexandria, VA  22314-2727 | VIA FEDERAL EXPRESS |
| Jayson R. Wolfgang, Esquire<br>Buchanan Ingersoll & Rooney PC<br>213 Market Street, Third Floor<br>Harrisburg, PA  17101 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon