## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC.,<br><br>    Plaintiff,<br><br> v.<br><br><br>DEY, L.P. and DEY, INC.,<br><br>    Defendants. | **C.A. No. 06-113-\*\*\***<br>**C.A. No. 06-604-\*\*\***<br>**CONSOLIDATED CASES** |

### NOTICE OF SERVICE

    PLEASE TAKE NOTICE THAT, copies of the OBJECTIONS AND RESPONSE OF GUNNAR ABERG, PH.D. TO SUBPOENA OF DEY, L.P. AND DEY, INC. were served as shown:

**BY EMAIL AND BY FEDERAL EXPRESS ON FEBRUARY 20, 2007:**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899


Edgar H. Haug, Esquire      Elizabeth A. Leff, Esquire
Kimberly J. McGraw, Esquire    Frommer, Lawrency & Haug, L.L.P.
Frommer, Lawrence & Haug, LLP  1667 K. Street, N.W.
745 Fifth Avenue       Washington, D.C. 20006
New York, NY  10151

2

February 21, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

Attorneys for non-party,
Gunnar Aberg, Ph.D.

OF COUNSEL:

Jack M. Stover
Jayson R. Wolfgang
BUCHANAN INGERSOLL PC
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121
(717) 237-4800

and

Todd R. Walters
Susan M. Dadio
BUCHANAN INGERSOLL PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620

629388-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on February 21, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899


The undersigned counsel further certifies that, on February 21, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Edgar H. Haug, Esquire                    Elizabeth A. Leff, Esquire
Kimberly J. McGraw, Esquire               Frommer, Lawrence & Haug L.L.P.
Frommer, Lawrence & Haug L.L.P.           1667 K. Street, N.W.
745 Fifth Avenue                          Washington, D.C. 20006
New York, NY  10151


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk