IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-113-*** |
| DEY, L.P. and DEY, INC., | : |
| Defendants. | : |

## ORDER

At Wilmington this **21st** day of **February, 2007,**

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, February 28, 2007 at 3:00 p.m.** with Judge Thynge. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE