IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEY, L.P. and DEY, INC., )<br>)<br>Defendants. ) | C.A. No. 06-113-*** (MPT)<br>C.A. No. 06-604-*** (MPT)<br>(Consolidated) |

## ORDER

This ___ day of February, 2007, the Court having conducted a status teleconference on Wednesday February 21, 2007, and ordered a follow-up teleconference for **Wednesday February 28, 2007 at 3:00 p.m.** to be initiated by Defendants' counsel;

IT IS ORDERED that:

1. The purpose of the follow-up teleconference is to address: (i) whether the parties will consent to the jurisdiction of the United States Magistrate for all purposes in these consolidated actions; (ii) scheduling issues; and (iii) discovery disputes.

2. On **Monday February 26, 2007, no later than 5:00 p.m.**, each party shall file with the Court a letter, not to exceed three (3) pages of twelve (12) point type, outlining its discovery issues in dispute and position on those issues. On **Tuesday February 27, 2007, no later than 5:00 p.m.**, each party shall file with the Court an answering letter, not to exceed three (3) pages of twelve (12) point type, outlining its opposition to the other party's issues.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE