IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-113-*** |
| : | |
| DEY, L.P. and DEY, INC., : | |
| : | |
| Defendants. : | |

### ORDER

At Wilmington this **28th** day of **February, 2007,**

IT IS ORDERED that the mediation scheduled for Monday, May 7, 2007 at 9:00 a.m. is canceled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Wednesday, April 18, 2007 at 9:00 a.m.** with Judge Thynge to discuss the status of the case and rescheduling the mediation, if desired.  **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE