IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., : | |
|     Plaintiff, Counterclaim Defendant, : | |
| v. : | Civil Action No. 06-113-*** (Consolidated) |
| DEY, L.P. and DEY, INC., : | |
|     Defendants, Counterclaim Plaintiffs. : | |

## SECOND AMENDED SCHEDULING ORDER

This **1st** day of **March, 2007,** the Court having conducted a scheduling conference on February 28, 2007, the Scheduling Order of December 6, 2006 (D.I. 80) is modified as follows:

IT IS ORDERED that:

7.    <u>Interim Status Report</u>. On August 31, 2007, counsel shall submit a letter to the Court with an interim report on the nature of the matters in issue and the progress of discovery to date.

8.    <u>Status Conference</u>. On September 11, 2007, the Court will hold a Rule 16(a), (b) and (c) conference by telephone with counsel beginning at 8:30 a.m. Plaintiff's counsel shall initiate the telephone call. At the time of this conference, counsel shall also be prepared to discuss the progress, if any, of settlement discussions and shall be prepared to discuss the possibility of setting up a settlement conference with the Court, counsel and their clients. If all parties agree that there is nothing to report, nor anything to add to the interim status report or to this order, they shall notify the Court in writing before the

conference is scheduled to occur, and the conference will be taken off the Court's calendar.

                                                                                                                                         _____
                                                                                                                                         UNITED STATES MAGISTRATE JUDGE