IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., ) | |
| ) | |
| Plaintiff, Counterclaim- ) | |
| Defendant, ) | C.A. No. 06-113-*** |
| ) | (Consolidated) |
| v. ) | |
| ) | |
| DEY, L.P. and DEY, INC., ) | |
| ) | |
| Defendants, ) | |
| Counterclaim-Plaintiffs. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 5th day of March, 2007, **RESPONSE OF DEFENDANTS DEY, L.P. AND DEY, INC. TO PLAINTIFF'S SECOND SET OF INTERROGATORIES** was served upon the following counsel of record at the address and in the manner indicated:

Richard D. Kirk, Esquire                                HAND DELIVERY
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Susan M. Dadio, Esquire                                VIA ELECTRONIC MAIL
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727

Jayson R. Wolfgang, Esquire                           VIA ELECTRONIC MAIL
Buchanan Ingersoll & Rooney PC
213 Market Street, Third Floor
Harrisburg, PA 17101

William E. Davis, Esquire                              VIA ELECTRONIC MAIL
Buchanan Ingersoll & Rooney PC
100 S.E. Second Street
Bank of America Tower, 34th Floor
Miami, FL 33131

*Of Counsel:*

Edgar H. Haug
Kimberly J. McGraw
FROMMER, LAWRENCE & HAUG L.L.P.
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500
ehaug@flhlaw.com
kmcgraw@flhlaw.com

Elizabeth A. Leff
FROMMER, LAWRENCE & HAUG L.L.P.
1667 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 292-1530
Fax: (202) 292-1531
eleff@flhlaw.com

Dated: March 5, 2007

170845.1

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Fax: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*
*Dey, L.P. and Dey, Inc.*