IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC.,<br><br>                     Plaintiff,<br>v.<br><br><br>DEY, L.P. and DEY, INC.,<br><br>                     Defendants. | C.A. No. 06-113-***<br>C.A. No. 06-604-***<br>**CONSOLIDATED CASES** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on March 7, 2007, copies of SEPRACOR INC.'S OBJECTIONS AND RESPONSES TO DEFENDANTS' SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 63-88) and this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899

**BY EMAIL AND BY FEDERAL EXPRESS**

Edgar H. Haug, Esquire
Kimberly J. McGraw, Esquire
Frommer, Lawrence & Haug, LLP
745 Fifth Avenue
New York, NY  10151

Elizabeth A. Leff, Esquire
Frommer, Lawrence & Haug, LLP
1667 K. Street, N.W.
Washington, D.C. 20006

<table>
<tr><td>

March 7, 2007

</td><td>

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

Attorneys for Plaintiff,
SEPRACOR INC.

</td></tr>
</table>

OF COUNSEL:

Jack M. Stover, Esquire
Jayson R. Wolfgang, Esquire
BUCHANAN INGERSOLL PC
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121
(717) 237-4800

and

Todd R. Walters, Esquire
Susan M. Dadio, Esquire
BUCHANAN INGERSOLL PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620

629388-1