IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEPRACOR, INC.,                           )
                                          )
          Plaintiff, Counterclaim-        )
          Defendant,                      )        C.A. No. 06-113-***
                                          )            (Consolidated)
     v.                                   )
                                          )
DEY, L.P. and DEY, INC.,                  )
                                          )
          Defendants,                     )
          Counterclaim-Plaintiffs.        )

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that on the 20th day of March, 2007, **SUPPLEMENT**

**TO INITIAL DISCLOSURES** was served upon the following counsel of record at the address

and in the manner indicated:

Richard D. Kirk, Esquire                  <u>HAND DELIVERY</u>
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Susan M. Dadio, Esquire                   <u>VIA FEDERAL EXPRESS</u>
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA  22314-2727

Jayson R. Wolfgang, Esquire               <u>VIA FEDERAL EXPRESS</u>
Buchanan Ingersoll & Rooney PC
213 Market Street, Third Floor
Harrisburg, PA  17101

William E. Davis, Esquire                 <u>VIA FEDERAL EXPRESS</u>
Buchanan Ingersoll & Rooney PC
100 S.E. Second Street
Bank of America Tower, 34th Floor
Miami, FL  33131

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone:  (302) 654-1888
Fax:  (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*
*Dey, L.P. and Dey, Inc.*

*Of Counsel:*

Edgar H. Haug
Kimberly J. McGraw
FROMMER, LAWRENCE & HAUG L.L.P.
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500
ehaug@flhlaw.com
kmcgraw@flhlaw.com

Elizabeth A. Leff
FROMMER, LAWRENCE & HAUG L.L.P.
1667 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 292-1530
Fax: (202) 292-1531
eleff@flhlaw.com

Dated:  March 20, 2007

170845.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of March, 2007, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel of record at the address and in the manner

indicated:

Richard D. Kirk, Esquire                                    <u>HAND DELIVERY</u>
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Susan M. Dadio, Esquire                                    <u>VIA FEDERAL EXPRESS</u>
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA  22314-2727

Jayson R. Wolfgang, Esquire                               <u>VIA FEDERAL EXPRESS</u>
Buchanan Ingersoll & Rooney PC
213 Market Street, Third Floor
Harrisburg, PA  17101

William E. Davis, Esquire                                  <u>VIA FEDERAL EXPRESS</u>
Buchanan Ingersoll & Rooney PC
100 S.E. Second Street
Bank of America Tower, 34th Floor
Miami, FL  33131


                                        */s/ Tiffany Geyer Lydon*
                                        _____
                                        Tiffany Geyer Lydon