IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-113-KAJ |
| ) | (Consolidated) |
| DEY, L.P. and DEY, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED by and between the parties, subject to the approval and order of the Court, that paragraph 3.e. of the Rule 16 Scheduling Order for Consolidated Cases in the above action (D.I. 80) shall be amended to read in its entirety as follows:

"e.     Disclosure of Expert Testimony.

The parties shall serve their opening expert reports on or before ninety (90) days before the date for completion of fact discovery and rebuttal expert reports on or before sixty (60) days before the date for completion of fact discovery.  The parties shall serve supplemental reports on or before forty (40) days before the date for completion of fact discovery.

To the extent any objection to expert testimony is made pursuant to the principles announced in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), it shall be made by motion no later than the deadline for dispositive motions set forth herein, unless otherwise ordered by the Court."

All other dates and deadlines in the Rule 16 Scheduling Order for Consolidated Cases remain unchanged.

2

| THE BAYARD FIRM | ASHBY & GEDDES |
|---|---|
| <u>*/s/ Richard D. Kirk (rk0922)*</u><br>Richard D. Kirk (I.D. #922)<br>Ashley Blake Stitzer (I.D. #3891)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>(302) 655-5000<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com<br><br>*Attorneys for Plaintiff* | <u>*/s/ John D. Day (jd2403)*</u><br>Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware  19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com;<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>*Attorneys for Defendants* |

SO ORDERED this _____ day of March, 2007.

_____
United States Magistrate Judge