IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., ) | |
| ) | |
| Plaintiff, Counterclaim- ) | |
| Defendant, ) | C.A. No. 06-113-*** |
| ) | (Consolidated) |
| v. ) | |
| ) | |
| DEY, L.P. and DEY, INC., ) | |
| ) | |
| Defendants, ) | |
| Counterclaim-Plaintiffs. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 30th day of March, 2007,

**SUPPLEMENTAL RESPONSE OF DEFENDANTS DEY, L.P. AND DEY, INC. TO PLAINTIFF'S INTERROGATORIES NOS. 1, 2, 4, 5, 7, 8 AND 9** was served upon the following counsel of record at the address and in the manner indicated:

Richard D. Kirk, Esquire                                HAND DELIVERY
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Susan M. Dadio, Esquire                               VIA FEDERAL EXPRESS
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727

Jayson R. Wolfgang, Esquire                          VIA FEDERAL EXPRESS
Buchanan Ingersoll & Rooney PC
213 Market Street, Third Floor
Harrisburg, PA 17101

| | |
|---|---|
| William E. Davis, Esquire<br>Buchanan Ingersoll & Rooney PC<br>100 S.E. Second Street<br>Bank of America Tower, 34th Floor<br>Miami, FL 33131 | <u>VIA FEDERAL EXPRESS</u> |

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Fax: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*
*Dey, L.P. and Dey, Inc.*

*Of Counsel:*

Edgar H. Haug
Kimberly J. McGraw
FROMMER, LAWRENCE & HAUG L.L.P.
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500
ehaug@flhlaw.com
kmcgraw@flhlaw.com

Elizabeth A. Leff
FROMMER, LAWRENCE & HAUG L.L.P.
1667 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 292-1530
Fax: (202) 292-1531
eleff@flhlaw.com

Dated: March 30, 2007

170845.1