## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-113-*** |
| : | |
| DEY, L.P. and DEY, INC., : | |
| : | |
| Defendants. : | |

### ORDER

At Wilmington this **18th** day of **April, 2007,**

IT IS ORDERED that the comments and findings made during the telephonic conference on April 18, 2007 shall serve as the Order of the Court.

IT IS FURTHER ORDERED that a discovery and scheduling teleconference is scheduled for **Friday, May 4, 2007 at 8:00 a.m.** with Judge Thynge. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE