IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., | |
| Plaintiff, | |
| v. | C.A. No. 06-113-*** |
| | C.A. NO. 06-604-*** |
| DEY, L.P. and DEY, INC., | CONSOLIDATED CASES |
| Defendants. | |

SEALED LETTER DATED MAY 7, 2007 TO
THE HONORABLE MARY PAT THYNGE
FROM RICHARD D. KIRK, ESQUIRE

May 7, 2007

THE BAYARD FIRM

Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com

Attorneys for Plaintiff,
SEPRACOR INC.

OF COUNSEL:

Jayson R. Wolfgang
BUCHANAN INGERSOLL & ROONEY PC
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121
(717) 237-4800

William Davis
Todd R. Walters
Susan M. Dadio
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620

658806-1

# THIS DOCUMENT WAS FILED UNDER SEAL

Case 1:06-cv-00113-JJF     Document 139     Filed 05/07/2007     Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 7, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on May 7, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

| | |
|---|---|
| Edgar H. Haug, Esquire<br>Kimberly J. McGraw, Esquire<br>Frommer, Lawrence & Haug L.L.P.<br>745 Fifth Avenue<br>New York, NY  10151 | Elizabeth A. Leff, Esquire<br>Frommer, Lawrence & Haug L.L.P.<br>1667 K. Street, N.W.<br>Washington, D.C. 20006 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

629446-1