IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., | ) |
| | ) |
| Plaintiff, Counterclaim-Defendant, | ) |
| | ) C.A. No. 06-113-*** |
| | ) (Consolidated) |
| v. | ) |
| | ) |
| DEY, L.P. and DEY, INC., | ) |
| | ) |
| Defendants, Counterclaim-Plaintiffs. | ) |

**MOTION AND ORDER FOR PRO HAC VICE APPEARANCE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Sam Desai of Frommer Lawrence & Haug LLP, to represent Defendants, Dey LP and Dey Inc. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for the foregoing attorney is being submitted to the Clerk's office in connection with this motion.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel.: (302) 654-1888
Fax: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.co

*Attorney for Defendants*

*Of Counsel:*

Edgar H. Haug
John S. Goetz
FROMMER, LAWRENCE & HAUG L.L.P.
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Elizabeth A. Leff
FROMMER, LAWRENCE & HAUG L.L.P.
1667 K Street, N.W.
Washington, D.C. 20006
(202) 292-1530

Dated: May 16, 2006
180612.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., )<br>)<br>    Plaintiff, Counterclaim- )<br>    Defendant, )<br>)<br>    v. )<br>)<br>DEY, L.P. and DEY, INC., )<br>)<br>    Defendants, )<br>    Counterclaim-Plaintiffs. ) | C.A. No. 06-113-***<br>(Consolidated) |

**ORDER**

This _____ day of _____, 2007, the Court having considered the motion for the admission *pro hac vice* of Sam Desai to represent the defendants in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| Sepracor Inc.<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>Dey LP and Dey Inc.<br><br>　　　　Defendants. | Case No. 06-113-***<br>Case No. 06-604***<br>Consolidated Cases |

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bars of the following United States Courts, the United States District Court for the Southern and Eastern Districts of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

　　　　　　　　　　　　　　　　　　_/s/ Sam Desai_____
　　　　　　　　　　　　　　　　　　Sam Desai
　　　　　　　　　　　　　　　　　　Frommer Lawrence & Haug LLP
　　　　　　　　　　　　　　　　　　745 Fifth Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10151
　　　　　　　　　　　　　　　　　　Tel.:　(212) 588-0800
DATE: May 16, 2006　　　　　　　　Fax:　(212) 588-0500