# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 11, 2007

VIA ELECTRONIC FILING

The Honorable Mary Pat Thynge
United States District Court
844 N. King Street
Wilmington, DE 19801

**REDACTED
PUBLIC VERSION**

Re:  *Sepracor, Inc. v. Dey, L.P. and Dey, Inc.*
     C.A. No. 06-113-*** (MPT); (Consolidated)

Dear Judge Thynge:

Your Honor may recall that during the April 18, 2007 teleconference in this matter, the Court granted Sepracor's request for a two-week extension of its deadline to respond to Dey's Second Set of Interrogatories on the condition that Sepracor provide "appropriate responses." (Tr. at 13) The Court also warned Sepracor: "And if they're not, I'll take the measures I deem necessary," and told Dey's counsel: "to the extent ... you have a problem with the answers ... I will try to find some place in my calendar to address it so we can try to deal with the concerns sooner rather than later." (Tr. 13-14)

Having now had the opportunity to review Sepracor's interrogatory responses (which are attached for the Court's convenience), we regret to inform the Court that several responses (Nos. 19, 21-24, 28-29 and 41) were seriously deficient, as described below:

**REDACTED**

The Honorable Mary Pat Thynge
May 11, 2007
Page 2

**REDACTED**

The Honorable Mary Pat Thynge
May 11, 2007
Page 3

**REDACTED**

ɪ

Respectfully,

/s/ *John G. Day*

John G. Day (I.D. #2403)

JGD: nml
180479.1
Attachement

cc:  Richard D. Kirk, Esquire (by hand delivery)
     Jack M. Stover, Esquire (via electronic mail)
     Todd R. Walters, Esquire (via electronic mail)
     Elizabeth A. Leff, Esquire (via electronic mail)

# ATTACHMENT REDACTED IN ITS ENTIRETY