IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., <br><br> Plaintiff, <br> v. <br><br> DEY, L.P. and DEY, INC., <br><br> Defendants. | C.A. No. 06-113-*** <br> C.A. No. 06-604-*** <br> **CONSOLIDATED CASES** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on June 22, 2007, copies of SEPRACOR INC.'S SUPPLEMENTAL RESPONSES TO DEFENDANTS' INTERROGATORY NOS. 7-9, 13, 19-24, 28-29, 41, AND 43-44 and this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box
Wilmington, Delaware 19899


**BY EMAIL AND BY FEDERAL EXPRESS**

Edgar H. Haug, Esquire
Kimberly J. McGraw, Esquire
Frommer, Lawrence & Haug, LLP
745 Fifth Avenue
New York, NY 10151

Elizabeth A. Leff, Esquire
Frommer, Lawrence & Haug, LLP
1667 K. Street, N.W.
Washington, D.C. 20006

629388-1

<div style="display: flex;">

June 22, 2007

OF COUNSEL:

Jack M. Stover, Esquire
Jayson R. Wolfgang, Esquire
BUCHANAN INGERSOLL PC
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121
(717) 237-4800

and

Todd R. Walters, Esquire
Susan M. Dadio, Esquire
BUCHANAN INGERSOLL PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

Attorneys for Plaintiff,
SEPRACOR INC.

</div>

629388-1