IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-113-*** (MPT) |
| v. ) | C.A. No. 06-604-*** (MPT) |
| ) | (Consolidated) |
| DEY, L.P. and DEY, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION TO AMEND STIPULATED PROTECTIVE ORDER

THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the Court, that paragraph 2(f)(i) of the Stipulated Protective Order (D.I. 42) is amended by deleting the name "Kristina L. Burgard" and substituting in its place the name "Jane C. Oswecki." By this amendment, the parties intend to allow Sepracor's in-house attorney Jane C. Oswecki access to "Confidential Information" pursuant to the Stipulated Protective Order, without varying the obligations otherwise imposed by parts (A) and (B) of paragraph 2(f)(i).

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (I.D. #922)
Ashley B. Stitzer (I.D. #3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

*Attorneys for Plaintiff*

ASHBY & GEDDES

/s/ John G. Day (jd2403)
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on July 5, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on July 5, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

| | |
|---|---|
| Edgar H. Haug, Esquire | Elizabeth A. Leff, Esquire |
| Kimberly J. McGraw, Esquire | Frommer, Lawrence & Haug L.L.P. |
| Frommer, Lawrence & Haug L.L.P. | 1667 K. Street, N.W. |
| 745 Fifth Avenue | Washington, D.C. 20006 |
| New York, NY 10151 | |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

638231-1