**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

SEPRACOR, INC.,                          :
                                         :
                    Plaintiff,           :
                                         :
        v.                               :      Civil Action No. 06-113-***
                                         :
DEY, L.P. and DEY, INC.,                 :
                                         :
                    Defendants.          :

## <u>ORDER</u>

At Wilmington this **13th** day of **July, 2007,**

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, July 25, 2007 at 12:00 Noon Eastern Time** with Judge Thynge to address a discovery issue.  **John Day, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge_____
UNITED STATES MAGISTRATE JUDGE