IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., )<br>)<br>    Plaintiff, Counterclaim- )<br>    Defendant, )<br>)<br>v. )<br>)<br>DEY, L.P. and DEY, INC., )<br>)<br>    Defendants, )<br>    Counterclaim-Plaintiffs. ) | C.A. No. 06-113-***<br>(Consolidated) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of John Josef Molenda to represent Dey, L.P. and Dey, Inc. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is included to cover the annual fee for the attorney listed above.

ASHBY & GEDDES

/s/ *John G. Day*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel.: (302) 654-1888
Fax: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*

Dated: July 24, 2007
182530.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., )<br>)<br>    Plaintiff, Counterclaim- )<br>        Defendant, )<br>)<br>        v. )<br>)<br>DEY, L.P. and DEY, INC., )<br>)<br>    Defendants, )<br>    Counterclaim-Plaintiffs. ) | C.A. No. 06-113-***<br>(Consolidated) |

## ORDER

This _____ day of _____, 2007, the Court having considered the motion for the admission *pro hac vice* of John Josef Molenda to represent Dey, L.P. and Dey, Inc. in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| Sepracor Inc.<br><br>    Plaintiff, Counterclaim-Defendant<br><br>          v.<br><br>Dey LP and Dey Inc.<br><br>    Defendants, Counterclaim-Plaintiffs | Case No. 06-113-***<br>(Consolidated) |

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bars of the following United States Courts, the United States District Court for the Southern and Eastern Districts of New York and United States Court of Appeals for the Federal Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                                        John Josef Molenda
                                                        Frommer Lawrence & Haug LLP
                                                        745 Fifth Avenue
                                                        New York, New York 10151
                                                        Tel.:   (212) 588-0800
DATE: July 23, 2007                         Fax:   (212) 588-0500