## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC.,             : | |
|                             : | |
|     Plaintiff,    : | |
|                             : | |
| v.                          : | Civil Action No. 06-113-*** |
|                             : | |
| DEY, L.P. and DEY, INC.,    : | |
|                             : | |
|     Defendants.   : | |

## ORDER

At Wilmington this **26th** day of **July, 2007,**

A teleconference on a discovery related dispute relating to Professor Adelman, an expert retained by Dey, occurred on July 25, 2007. During the teleconference, the Court issued pretrial non-dispositive rulings regarding Professor Adelman. Therefore,

IT IS ORDERED that the transcript of the telephonic conference of July 25, 2007 serves as an Order in this matter.

In addition, regarding the non-dispositive findings, counsel are reminded that FRCP 72 is applicable to such rulings.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                              /s/ Mary Pat Thynge
                                              UNITED STATES MAGISTRATE JUDGE