IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-113-*** (MPT) |
| v. ) | C.A. No. 06-604-*** (MPT) |
| ) | (Consolidated) |
| DEY, L.P. and DEY, INC., ) | |
| ) | |
| Defendants. ) | |

### STIPULATION TO AMEND SCHEDULE FOR EXPERT REPORTS

THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the Court, that paragraph 3(e) of the Amended Rule 16 Scheduling Order for Consolidated Cases (D.I. 152) is amended to provide that the parties shall serve their opening expert reports on or before August 21, 2007, and serve rebuttal expert reports on or before September 20, 2007. The parties shall serve supplemental expert reports on or before October 10, 2007.

This stipulation represents a two week extension of the dates for the service of expert reports and was made at the request of plaintiff Sepracor Inc. Although the schedule for expert reports previously has been extended by two months at Sepracor's request, and Dey continues to be troubled by the delays in this matter, Dey has agreed to this second extension as a courtesy to Sepracor.

662766-1

| | |
|---|---|
| THE BAYARD FIRM | ASHBY & GEDDES |
| /s/ Richard D. Kirk (rk0922) | /s/ John G. Day (jd2403) |
| Richard D. Kirk (I.D. #922) | Steven J. Balick (I.D. #2114) |
| Ashley Blake Stitzer (I.D. #3891) | John G. Day (I.D. #2403) |
| 222 Delaware Avenue, Suite 900 | Lauren E. Maguire (I.D. #4261) |
| P.O. Box 25130 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19899 | P.O. Box 1150 |
| (302) 655-5000 | Wilmington, Delaware 19899 |
| rkirk@bayardfirm.com | (302) 654-1888 |
| astitzer@bayardfirm.com | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |
| *Attorneys for Plaintiff* | lmaguire@ashby-geddes.com |
| | *Attorneys for Defendants* |

SO ORDERED this _____ day of August, 2007.

_____
United States Magistrate Judge

662766-1
666659-1