IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEPRACOR, INC., | ) | |
| | ) | |
| Plaintiff, Counterclaim-<br>Defendant, | )<br>) | C.A. No. 06-113-*** |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| DEY, L.P. and DEY, INC., | ) | |
| | ) | |
| Defendants,<br>Counterclaim-Plaintiffs. | )<br>) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of August, 2007, **EXPERT**

**REPORT OF CHET LEACH, PH.D, DABT** was served upon the following counsel of record

at the address and in the manner indicated:


Richard D. Kirk, Esquire                          HAND DELIVERY
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899


Susan M. Dadio, Esquire                          VIA ELECTRONIC MAIL
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA  22314-2727


Jayson R. Wolfgang, Esquire                          VIA ELECTRONIC MAIL
Buchanan Ingersoll & Rooney PC
213 Market Street, Third Floor
Harrisburg, PA  17101

2

William E. Davis, Esquire                                    VIA ELECTRONIC MAIL
Buchanan Ingersoll & Rooney PC
100 S.E. Second Street
Bank of America Tower, 34th Floor
Miami, FL  33131


                                                         ASHBY & GEDDES

                                                         /s/ *Tiffany Geyer Lydon*
                                                         _____
                                                         Steven J. Balick (I.D. #2114)
                                                         John G. Day (I.D. #2403)
                                                         Tiffany Geyer Lydon (I.D. #3950)
                                                         500 Delaware Avenue, 8th Floor
                                                         P.O. Box 1150
                                                         Wilmington, DE 19899
                                                         (302) 654-1888
                                                         sbalick@ashby-geddes.com
                                                         jday@ashby-geddes.com
                                                         tlydon@ashby-geddes.com

                                                         *Attorneys for Defendants*
                                                         *Dey, L.P. and Dey, Inc.*

*Of Counsel:*

Edgar H. Haug
John S. Goetz
FROMMER, LAWRENCE & HAUG L.L.P.
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Elizabeth A. Leff
FROMMER, LAWRENCE & HAUG L.L.P.
1667 K Street, N.W.
Washington, D.C. 20006
(202) 292-1530

Dated:  August 21, 2007

170845.1