IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., <br><br> Plaintiff, <br> v. <br><br> DEY, L.P. and DEY, INC., <br><br> Defendants. | C.A. No. 06-113-*** <br> C.A. No. 06-604-*** <br> **CONSOLIDATED CASES** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on August 21, 1007, Sepracor served copies of its expert reports on counsel listed below in the manner shown herein: (1) EXPERT REPORT OF DR. WILLIAM E. BERGER (by Federal Express); (2) EXPERT REPORT OF WILLIAM JAMES CALHOUN, M.D. (by Federal Express); (3) EXPERT REPORT OF DEVENDRA K. AGRAWAL, PH.D. (by Federal Express); and (4) EXPERT REPORT OF DR. CLIVE P. PAGE (by electronic mail).

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899

Edgar H. Haug, Esquire
Kimberly J. McGraw, Esquire
Frommer, Lawrence & Haug, LLP
745 Fifth Avenue
New York, NY 10151

Elizabeth A. Leff, Esquire
Frommer, Lawrency & Haug, L.L.P.
1667 K. Street, N.W.
Washington, D.C. 20006

| | |
|---|---|
| August 22, 2007 | THE BAYARD FIRM |
| | |
| | <u>/s/ Richard D. Kirk (rk0922)</u> |
| | Richard D. Kirk (rk0922) |
| | Ashley B. Stitzer (as3891) |
| | 222 Delaware Avenue, Suite 900 |
| | P.O. Box 25130 |
| | Wilmington, DE 19899-5130 |
| | (302) 655-5000 |
| | rkirk@bayardfirm.com |
| | astitzer@bayardfirm.com |
| | |
| | Attorneys for Plaintiff |

OF COUNSEL:

Jayson R. Wolfgang
BUCHANAN INGERSOLL PC
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121
(717) 237-4800

and

Todd R. Walters
Susan M. Dadio
BUCHANAN INGERSOLL PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620