IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., )<br>)<br>Plaintiff, )<br>Counterclaim-Defendant )<br>)<br>)<br>v. )<br>)<br>DEY, L.P. and DEY, INC., )<br>)<br>Defendants, )<br>Counterclaim Plaintiffs. )<br>) | C.A. No. 06-113-***<br>(Consolidated) |

## NOTICE OF DEPOSITION OF CHRIS J. VIAU

PLEASE TAKE NOTICE that defendants, Dey, L.P. and Dey, Inc., ("Dey"), will take the deposition of Chris J. Viau. The deposition will commence on October 10, 2007 at 9:00 a.m. at the offices of Frommer Lawrence & Haug LLP, 1667 K Street, N.W, Washington, D.C. or at such other time or location as is mutually agreeable.

The deposition will be taken in accordance with the Federal Rules of Civil Procedure before an official authorized by law to administer oaths and will continue from day to day until completed. The testimony will be recorded by stenographic and/or videographic means.

You are invited to attend and cross-examine in the manner provided by the Federal Rules of Civil Procedure.

*Of Counsel:*

Edgar H. Haug
John J. Molenda
Sam Desai
FROMMER, LAWRENCE & HAUG, LLP
745 Fifth Avenue
New York, New York  10151
(212) 588-0800

Elizabeth A. Leff
FROMMER, LAWRENCE & HAUG, LLP
1667 K Street, N.W.
Washington, D.C.  20006
(202) 292-1530

Dated: September 12, 2007
184054.1

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants
Dey, L.P. and Dey, Inc.*

2