IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEPRACOR, INC., | ) | |
| | ) | |
| Plaintiff, Counterclaim-Defendant, | ) ) | C.A. No. 06-113-*** |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| DEY, L.P. and DEY, INC., | ) | |
| | ) | |
| Defendants, Counterclaim-Plaintiffs. | ) ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of September, 2007, **NOTICE OF SUBPOENA DIRECTED TO DR. WILLIAM J. CALHOUN, M.D.** was served upon the following counsel of record at the address and in the manner indicated:

Richard D. Kirk, Esquire                               <u>HAND DELIVERY</u>
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Susan M. Dadio, Esquire                                <u>VIA ELECTRONIC MAIL</u>
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA  22314-2727

Jayson R. Wolfgang, Esquire                            <u>VIA ELECTRONIC MAIL</u>
Buchanan Ingersoll & Rooney PC
213 Market Street, Third Floor
Harrisburg, PA  17101

William E. Davis, Esquire
Buchanan Ingersoll & Rooney PC
100 S.E. Second Street
Bank of America Tower, 34th Floor
Miami, FL  33131

VIA ELECTRONIC MAIL

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*
*Dey, L.P. and Dey, Inc.*

*Of Counsel:*

Edgar H. Haug
John S. Goetz
FROMMER, LAWRENCE & HAUG L.L.P.
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Elizabeth A. Leff
FROMMER, LAWRENCE & HAUG L.L.P.
1667 K Street, N.W.
Washington, D.C. 20006
(202) 292-1530

Dated:  September 21, 2007
170845.1

2