IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEPRACOR, INC., | ) | |
| | ) | |
| Plaintiff, Counterclaim-Defendant, | ) | C.A. No. 06-113-*** |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| DEY, L.P. and DEY, INC., | ) | |
| | ) | |
| Defendants, Counterclaim-Plaintiffs. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 18th day of October, 2007, **REBUTTAL**

**EXPERT REPORT OF RICHARD C. AHRENS, M.D.** was served upon the following

counsel of record at the address and in the manner indicated:


Richard D. Kirk, Esquire                                    HAND DELIVERY
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899


Susan M. Dadio, Esquire                                    VIA ELECTRONIC MAIL
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA  22314-2727


Jayson R. Wolfgang, Esquire                                VIA ELECTRONIC MAIL
Buchanan Ingersoll & Rooney PC
213 Market Street, Third Floor
Harrisburg, PA  17101


William E. Davis, Esquire                                  VIA ELECTRONIC MAIL
Buchanan Ingersoll & Rooney PC
100 S.E. Second Street
Bank of America Tower, 34th Floor
Miami, FL  33131

2

Joseph M. O'Malley, Jr., Esquire                                    VIA ELECTRONIC MAIL
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY  10022


                                                                    ASHBY & GEDDES

                                                                    /s/ *Tiffany Geyer Lydon*
                                                                    _____
                                                                    Steven J. Balick (I.D. #2114)
                                                                    John G. Day (I.D. #2403)
                                                                    Tiffany Geyer Lydon (I.D. #3950)
                                                                    500 Delaware Avenue, 8th Floor
                                                                    P.O. Box 1150
                                                                    Wilmington, DE 19899
                                                                    (302) 654-1888
                                                                    sbalick@ashby-geddes.com
                                                                    jday@ashby-geddes.com
                                                                    tlydon@ashby-geddes.com

                                                                    *Attorneys for Defendants*
                                                                    *Dey, L.P. and Dey, Inc.*

*Of Counsel:*

Edgar H. Haug
John S. Goetz
FROMMER, LAWRENCE & HAUG L.L.P.
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Elizabeth A. Leff
FROMMER, LAWRENCE & HAUG L.L.P.
1667 K Street, N.W.
Washington, D.C. 20006
(202) 292-1530

Dated:  October 18, 2007
170845.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2007, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel of record at the address and in the manner

indicated:


Richard D. Kirk, Esquire                                  HAND DELIVERY
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Susan M. Dadio, Esquire                                  VIA ELECTRONIC MAIL
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA  22314-2727

Jayson R. Wolfgang, Esquire                              VIA ELECTRONIC MAIL
Buchanan Ingersoll & Rooney PC
213 Market Street, Third Floor
Harrisburg, PA  17101

William E. Davis, Esquire                                VIA ELECTRONIC MAIL
Buchanan Ingersoll & Rooney PC
100 S.E. Second Street
Bank of America Tower, 34th Floor
Miami, FL  33131

Joseph M. O'Malley, Jr., Esquire                         VIA ELECTRONIC MAIL
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY  10022


*/s/ Tiffany Geyer Lydon*

_____
Tiffany Geyer Lydon