IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC.,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>DEY, L.P. and DEY, INC.,<br><br>　　　　　　　　Defendants. | C.A. No. 06-113-***<br>**C.A. No. 06-604-\*\*\***<br>**CONSOLIDATED CASES** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on October 18, 1007, Sepracor served copies of the following rebuttal expert reports on counsel listed below in the manner shown herein:

1. Devendra K. Agrawal, Ph.D.;

2. Dr. William E. Berger;

3. William James Calhoun M.D.;

4. Henry I. Mosberg, Ph.D. ; and

5. Dr. Clive P. Page.

**VIA ELECTRONIC MAIL AND
UPS OVERNIGHT COURIER**
Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899

VIA ELECTRONIC MAIL
Edgar H. Haug, Esquire
Kimberly J. McGraw, Esquire
Frommer, Lawrence & Haug, LLP
745 Fifth Avenue
New York, NY  10151

October 19, 2007

VIA ELECTRONIC MAIL
Elizabeth A. Leff, Esquire
Frommer, Lawrency & Haug, L.L.P.
1667 K. Street, N.W.
Washington, D.C. 20006


THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

Attorneys for Plaintiff

OF COUNSEL:

Jayson R. Wolfgang
BUCHANAN INGERSOLL PC
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121
(717) 237-4800

and

Todd R. Walters
Susan M. Dadio
BUCHANAN INGERSOLL PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620