IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC.,<br><br>    Plaintiff,<br>    Counterclaim-Defendant<br><br>v.<br><br>DEY, L.P. and DEY, INC.,<br><br>    Defendants,<br>    Counterclaim Plaintiffs. | C.A. No. 06-113-***(MPT)<br>(Consolidated) |

## NOTICE OF DEPOSITION OF JOHN SIMON

PLEASE TAKE NOTICE that defendants Dey, L.P. and Dey, Inc. ("Dey") will take the deposition of John Simon.  The deposition will commence on November 19, 2007, at 9:00 a.m. at the offices of Frommer Lawrence & Haug LLP, 1667 K St. N. W., Washington, D.C., or at such other time or location as is mutually agreeable.

The deposition will be taken in accordance with the Federal Rules of Civil Procedure before an official authorized by law to administer oaths and will continue from day to day until completed.  The testimony will be recorded by stenographic and/or videographic means.

You are invited to attend and cross-examine in the manner provided by the Federal Rules of Civil Procedure.

                                                  ASHBY & GEDDES

                                                  */s/ Tiffany Geyer Lydon*
                                                  _____
                                                  Steven J. Balick (I.D. #2114)
                                                  John G. Day (I.D. #2403)
                                                  Tiffany Geyer Lydon (I.D. #3950)
                                                  500 Delaware Avenue, 8th Floor
                                                  P.O. Box 1150
                                                  Wilmington, Delaware  19899
                                                  (302) 654-1888

                                                  *Attorneys for Defendants*
                                                  *Dey, L.P. and Dey, Inc.*

*Of Counsel:*

Edgar H. Haug
John Josef Molenda
Sam Desai
FROMMER, LAWRENCE & HAUG L.L.P.
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Elizabeth A. Leff
FROMMER, LAWRENCE & HAUG L.L.P.
1667 K Street, N.W.
Washington, D.C. 20006
(202) 292-1530

Dated:  October 19, 2007
185130.1