IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., ) | |
| ) | |
|     Plaintiff, Counterclaim- ) | |
|     Defendant, ) | C.A. No. 06-113-*** |
| ) | (Consolidated) |
| v. ) | |
| ) | |
| DEY, L.P. and DEY, INC., ) | |
| ) | |
|     Defendants, ) | |
|     Counterclaim-Plaintiffs. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 26th day of October, 2007, **DEFENDANTS' THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899 | HAND DELIVERY |
| Susan M. Dadio, Esquire<br>Buchanan Ingersoll & Rooney PC<br>1737 King Street, Suite 500<br>Alexandria, VA  22314-2727 | VIA ELECTRONIC MAIL |
| Jayson R. Wolfgang, Esquire<br>Buchanan Ingersoll & Rooney PC<br>213 Market Street, Third Floor<br>Harrisburg, PA  17101 | VIA ELECTRONIC MAIL |

William E. Davis, Esquire
Buchanan Ingersoll & Rooney PC
100 S.E. Second Street
Bank of America Tower, 34th Floor
Miami, FL  33131

VIA ELECTRONIC MAIL

Joseph M. O'Malley, Jr., Esquire
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY  10022

VIA ELECTRONIC MAIL

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*
*Dey, L.P. and Dey, Inc.*

*Of Counsel:*

Edgar H. Haug
John S. Goetz
FROMMER, LAWRENCE & HAUG L.L.P.
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Elizabeth A. Leff
FROMMER, LAWRENCE & HAUG L.L.P.
1667 K Street, N.W.
Washington, D.C. 20006
(202) 292-1530

Dated:  October 26, 2007
170845.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899 | HAND DELIVERY |
| Susan M. Dadio, Esquire<br>Buchanan Ingersoll & Rooney PC<br>1737 King Street, Suite 500<br>Alexandria, VA  22314-2727 | VIA ELECTRONIC MAIL |
| Jayson R. Wolfgang, Esquire<br>Buchanan Ingersoll & Rooney PC<br>213 Market Street, Third Floor<br>Harrisburg, PA  17101 | VIA ELECTRONIC MAIL |
| William E. Davis, Esquire<br>Buchanan Ingersoll & Rooney PC<br>100 S.E. Second Street<br>Bank of America Tower, 34th Floor<br>Miami, FL  33131 | VIA ELECTRONIC MAIL |
| Joseph M. O'Malley, Jr., Esquire<br>Paul, Hastings, Janofsky & Walker LLP<br>75 East 55th Street<br>New York, NY  10022 | VIA ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon