IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEPRACOR INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-438-*** |
| | : | |
| BARR LABORATORIES, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |
| SEPRACOR, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-113-*** |
| | : | |
| DEY, L.P. and DEY, INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **31st** day of **October, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, November 9, 2007 at 10:00 a.m. Eastern Time** with Judge Thynge to address a discovery matter.  **Richard D. Kirk, Esquire shall initiate the teleconference.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                        /s/ Mary Pat Thynge
                                                        UNITED STATES MAGISTRATE JUDGE