IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEPRACOR INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-438-*** |
| | : | |
| BARR LABORATORIES, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |
| SEPRACOR, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-113-*** |
| | : | |
| DEY, L.P. and DEY, INC., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

At Wilmington this **1ˢᵗ** day of **November, 2007**.

IT IS ORDERED that the status teleconference scheduled for Wednesday, November 7, 2007 at 4:30 p.m. Eastern Time with Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE