IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-113-*** (MPT) |
| v.  ) | C.A. No. 06-604-*** (MPT) |
| ) | (Consolidated) |
| DEY, L.P. and DEY, INC., ) | |
| ) | |
| Defendants. ) | |

**(REVISED) STIPULATION TO AMEND
THE AMENDED RULE 16 SCHEDULING ORDER
FOR CONSOLIDATED CASES (AS PREVIOUSLY AMENDED)**

THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the Court, that the Amended Rule 16 Scheduling Order for Consolidated Cases (D.I. 152), as previously amended (D.I. 173 and D.I. 195), is further amended as follows:

1.	Paragraph 3(d) is amended to provide that expert discovery shall be completed not later than January 31, 2008;

2.	Paragraph 3(e) is amended to provide that supplemental expert reports shall be served on or before December 13, 2007;

3.	Pursuant to the Court's directive during a telephonic hearing on November 9, 2007, Paragraph 10 is amended to provide that no case dispositive motions shall be filed in this case;

4.	Paragraph 11 is amended to provide that the parties shall exchange a list of claim terms they contend require construction by the Court on or before December 19, 2007, and will file a Joint Claim Construction Chart on or before March 5, 2008; and

675248-1

5. Paragraph 12 is amended to provide that the parties shall file simultaneous claim construction opening briefs on or before March 5, 2008, and shall file simultaneous claim construction answering briefs on or before March 21, 2008.

This stipulation is the product of mutual agreement and compromise.

| THE BAYARD FIRM | ASHBY & GEDDES |
|---|---|
| /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk (I.D. #922)<br>Ashley Blake Stitzer (I.D. #3891)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com<br><br>*Attorneys for Plaintiff* | /s/ Tiffany Geyer Lydon (tl3950)<br>Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>*Attorneys for Defendants* |

SO ORDERED this _____ day of November, 2007.

_____
United States Magistrate Judge

2

662766-1
675248-1