IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC.,<br><br>      Plaintiff,<br> v.<br><br>DEY, L.P. and DEY, INC.,<br><br>      Defendants. | **C.A. No. 06-113-\*\*\***<br>**C.A. No. 06-604-\*\*\***<br>**CONSOLIDATED CASES** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on November 26, 2007, copies of SEPRACOR INC.'S OBJECTIONS AND RESPONSES TO DEFENDANTS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (Nos. 89-93) and this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box
Wilmington, Delaware 19899

**BY EMAIL AND BY FEDERAL EXPRESS**

| | |
|---|---|
| Edgar H. Haug, Esquire<br>Kimberly J. McGraw, Esquire<br>Frommer, Lawrence & Haug, LLP<br>745 Fifth Avenue<br>New York, NY  10151 | Elizabeth A. Leff, Esquire<br>Frommer, Lawrence & Haug, LLP<br>1667 K. Street, N.W.<br>Washington, D.C. 20006 |

629388-1

| | |
|---|---|
| November 26, 2007 | THE BAYARD FIRM |
| | |
| | /s/ Richard D. Kirk (rk0922) |
| | Richard D. Kirk (rk0922) |
| | Ashley B. Stitzer (as3891) |
| | 222 Delaware Avenue, Suite 900 |
| | P.O. Box 25130 |
| | Wilmington, DE 19899-5130 |
| | (302) 655-5000 |
| | rkirk@bayardfirm.com |
| | astitzer@bayardfirm.com |
| | |
| | Attorneys for Plaintiff, |
| | SEPRACOR INC. |
| OF COUNSEL: | |

Jayson R. Wolfgang, Esquire
BUCHANAN INGERSOLL PC
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121
(717) 237-4800

and

Todd R. Walters, Esquire
Susan M. Dadio, Esquire
BUCHANAN INGERSOLL PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620

629388-1