IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC.,<br><br>     Plaintiff,<br>v.<br><br>DEY, L.P. and DEY, INC.,<br><br>     Defendants. | C.A. No. 06-113-***<br>C.A. No. 06-604-***<br>(Consolidated) |

### NOTICE OF DEPOSITION OF BIFF OWEN

TO:

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box
Wilmington, Delaware 19899

Edgar H. Haug, Esquire
Kimberly J. McGraw, Esquire
Frommer, Lawrence & Haug, LLP
745 Fifth Avenue
New York, NY 10151

Elizabeth A. Leff, Esquire
Frommer, Lawrence & Haug, LLP
1667 K Street, N.W.
Washington, D.C. 20006

  PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Sepracor Inc. will take the oral deposition of Biff Owen at the offices of Buchanan Ingersoll & Rooney PC, 1737 King Street, Suite 500, Alexandria, VA 22314, beginning at 9:00 a.m. on December 14, 2007, continuing from day to day until complete.

The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths. The deposition will be recorded by audio, video, and/or stenographic means.

Dated: December 6, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

Attorneys for Plaintiff,
SEPRACOR INC.

OF COUNSEL:

Todd R. Walters
Susan M. Dadio
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620 (Phone)
(703) 836-2021 (Facsimile)
todd.walters@bipc.com
susan.dadio@bipc.com

Jayson R. Wolfgang
BUCHANAN INGERSOLL & ROONEY PC
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121
(717) 237-4800 (Phone)
(717) 233-0852 (Facsimile)
jayson.wolfgang@bipc.com

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on December 6, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on December 6, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and federal express to the following non-registered participant:

| | |
|---|---|
| Edgar H. Haug, Esquire<br>Kimberly J. McGraw, Esquire<br>Frommer, Lawrence & Haug L.L.P.<br>745 Fifth Avenue<br>New York, NY 10151 | Elizabeth A. Leff, Esquire<br>Frommer, Lawrence & Haug L.L.P.<br>1667 K. Street, N.W.<br>Washington, D.C. 20006 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00705375;v1}