IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPACOR, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-113-JJF |
| | : **CONSOLIDATED** |
| DEY, L.P. and DEY, INC., | : |

### O R D E R

WHEREAS, the above-captioned consolidated action was reassigned on December 11, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall file a joint status report concerning this action no later than **Friday, December 21, 2007.**

_December 12, 2007_
Date

UNITED STATES DISTRICT JUDGE