IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-113-JJF |
| ) | (Consolidated) |
| DEY, L.P. and DEY, INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATED ORDER**

IT IS HEREBY STIPULATED by and between the parties, subject to the approval and order of the Court, that the Amended Rule 16 Scheduling Order for Consolidated Cases (D.I. 152), as previously amended (D.I. 173, D.I. 195, D.I. 221 and D.I. 222), is further amended as follows:

1. Paragraph 3(d) is amended to provide that expert discovery shall be completed no later than March 13, 2008;

2. Paragraph 3(e) is amended to provide that supplemental expert reports shall be served on or before January 10, 2008;

3. Paragraph 11 is amended to provide that the parties will file a Joint Claim Construction Chart on or before April 10, 2008;

4. Paragraph 12 is amended to provide that the parties shall file simultaneous claim construction opening briefs on or before April 10, 2008, and shall file simultaneous claim construction answering briefs on or before May 1, 2008.

| THE BAYARD FIRM | ASHBY & GEDDES |
|---|---|
| */s/ Richard D. Kirk* | */s/ Tiffany Geyer Lydon* |
| Richard D. Kirk (I.D. #922)<br>Ashley Blake Stitzer (I.D. #3891)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>(302) 655-5000<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com<br><br>*Attorneys for Plaintiff* | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware  19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com;<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>*Attorneys for Defendants* |

186566.1

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge