IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEPRACOR INC.,

                Plaintiff,

v.

DEY, L.P. and DEY, INC.,

                Defendants.

C.A. No. 06-113-***
C.A. No. 06-604-***
CONSOLIDATED CASES

### NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on December 14, 2007, copies of SEPRACOR INC.'S OBJECTIONS AND RESPONSES TO DEFENDANTS' FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (No. 94) and this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box
Wilmington, Delaware 19899

**BY EMAIL AND BY FEDERAL EXPRESS**

Edgar H. Haug, Esquire
Kimberly J. McGraw, Esquire
Frommer, Lawrence & Haug, LLP
745 Fifth Avenue
New York, NY 10151

Elizabeth A. Leff, Esquire
Frommer, Lawrence & Haug, LLP
1667 K. Street, N.W.
Washington, D.C. 20006

629388-1

December 14, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com

Attorneys for Plaintiff,
SEPRACOR INC.

OF COUNSEL:

Joseph M. O'Malley, Jr.
Bruce M. Wexler
PAUL HASTINGS JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

Todd R. Walters
Susan M. Dadio
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620

629388-1