IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 06-CV-113-(JJF) |
| DEY, L.P. and DEY, INC., | ) (Consolidated) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 14th day of December, 2007, Dey's Third Supplemental Response to Plaintiff's Interrogatory No. 2 was served upon the following counsel of record at the address and in the manner indicated:

Richard D. Kirk, Esquire                     VIA ELECTRONIC MAIL
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Susan M. Dadio, Esquire                      VIA ELECTRONIC MAIL
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727

Jayson R. Wolfgang, Esquire                  VIA ELECTRONIC MAIL
Buchanan Ingersoll & Rooney PC
213 Market Street, Third Floor
Harrisburg, PA 17101

00506924

DATED: December 14, 2007

Respectfully submitted

DEY, L.P. and DEY, Inc.

By their attorneys

_____
Steven J. Balick (Del. Bar No. 2114)
John G. Day (Del. Bar. No. 3950)
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Fax: (302) 654-2067
Email: sbalick@ashby-geddes.com
Email: jday@ashby-geddes.com
Email: tlydon@ashby-geddes.com

OF COUNSEL:

Edgar H. Haug, *admitted pro hac vice*
John Molenda, *admitted pro hac vice*
Sam Desai, *admitted pro hac vice*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500
ehaug@flhlaw.com
jmolenda@flhlaw.com
sdesai@flhlaw.com

Elizabeth A. Leff, *admitted pro hac vice*
FROMMER, LAWRENCE & HAUG LLP
1667 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 292-1530
Fax: (202) 292-1531
eleff@flhlaw.com

00506924