IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEPRACOR INC.,                     )
                                   )
          Plaintiff,               )
                                   )
                                   )    C.A. No. 06-113-JJF
     v.                            )    C.A. No. 06-604-JJF
                                   )    (Consolidated)
DEY, L.P. and DEY, INC.,           )
                                   )
          Defendants.              )


**STIPULATION TO AMEND THE AMENDED RULE 16 SCHEDULING ORDER
FOR CONSOLIDATED CASES (AS PREVIOUSLY AMENDED)**

THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the

Court, that the Amended Rule 16 Scheduling Order for Consolidated Cases (D.I. 152), as

previously amended (D.I. 173, D.I. 195, D.I. 221, D.I. 222, and D.I. 239), is further amended as

follows:  Paragraph 3(e) is amended to provide that supplemental expert reports shall be served

on or before noon EST on January 17, 2008.  No other dates or deadlines are affected hereby.

Sepracor requested this extension due to an expert's scheduling conflict and Dey

consented to the request as a courtesy.

BAYARD, P.A.                              ASHBY & GEDDES

/s/ Richard D. Kirk (rk0922)              /s/ John G. Day (jd2403)
Richard D. Kirk (I.D. #922)               Steven J. Balick (I.D. #2114)
Ashley Blake Stitzer (I.D. #3891)         John G. Day (I.D. #2403)
222 Delaware Avenue, Suite 900            Tiffany Geyer Lydon (I.D. #3950)
P.O. Box 25130                            500 Delaware Avenue, 8th Floor
Wilmington, DE 19899                      P.O. Box 1150
(302) 655-5000                            Wilmington, Delaware  19899
rkirk@bayardfirm.com                      (302) 654-1888
astitzer@bayardfirm.com                   sbalick@ashby-geddes.com
*Attorneys for Plaintiff*                 jday@ashby-geddes.com
                                          tlydon@ashby-geddes.com
                                          *Attorneys for Defendants*

SO ORDERED this _____ day of January, 2008.

_____
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on January 11, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on August 1, 2007 by email to the to the above local counsel and the following non-registered participants and will be sent on August 2, 2007 by hand to the above local counsel and  by first class mail to the following non-registered participants:

Edgar H. Haug, Esquire                     Elizabeth A. Leff, Esquire
Kimberly J. McGraw, Esquire                Frommer, Lawrence & Haug L.L.P.
Frommer, Lawrence & Haug L.L.P.            1667 K. Street, N.W.
745 Fifth Avenue                           Washington, D.C. 20006
New York, NY  10151

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00638231;v1}
638231-1