IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEPRACOR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-113 (JJF) |
| | ) | C.A. No. 06-604 (JJF) |
| DEY, L.P. and DEY, INC., | ) | (Consolidated) |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of BAYARD, P.A. and enter the appearance of MORRIS, NICHOLS, ARSHT & TUNNELL LLP as counsel for plaintiff Sepracor, Inc.

BAYARD, P.A.

/s/ *Richard D. Kirk*

Richard D. Kirk (#922)
Ashley Stitzer (#3891)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

January 15, 2008

## CERTIFICATE OF SERVICE

I, hereby certify that on January 15, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick
>John G. Day
>Tiffany Geyer Lydon
>ASHBY & GEDDES

I also certify that copies were caused to be served on January 15, 2008 upon the following in the manner indicated:

>**BY ELECTRONIC MAIL**
>**and HAND DELIVERY**
>
>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany Geyer Lydon, Esquire
>ASHBY & GEDDES
>500 Delaware Avenue
>8th Floor
>Wilmington, DE  19801
>
>**BY ELECTRONIC MAIL**
>
>Edgar H. Haug, Esquire
>John Molenda, Esquire
>Sam Desai, Esquire
>FROMMER LAWRENCE & HAUG LLP
>745 Fifth Avenue
>New York, NY  10151
>
>Elizabeth A. Leff, Esquire
>FROMMER LAWRENCE & HAUG LLP
>1667 K Street, N.W.
>Washington, DE 20006

/s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)