IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-113 (JJF) |
| ) | C.A. No. 06-604 (JJF) |
| DEY, L.P. and DEY, INC., ) | (Consolidated) |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Supplemental Expert Report of Dr. Clive P. Page in Response to the Rebuttal Expert Report of Richard C. Ahrens, M.D.* were caused to be served on January 17, 2008. Pursuant to the Stipulation to Amend the Amended Rule 16 Scheduling Order for Consolidated Cases (as Previously Amended) (D.I. 244), this report was served via electronic mail prior to noon EST upon the following:

| | |
|---|---|
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and UPS OVERNIGHT COURIER* |
| Edgar H. Haug, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| Elizabeth A. Leff, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>1667 K Street, N.W.<br>Washington, DE  20006 | *VIA ELECTRONIC MAIL* |

MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Counsel for Plaintiff*

*Of Counsel*:

Joseph M. O'Malley
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

Todd R. Walters
Susan M. Dadio
Barbara Webb Walker
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street
Suite 500
Alexandria, VA 22314-2727

Jayson R. Wolfgang, Esquire
BUCHANAN INGERSOLL & ROONEY PC
213 Market Street
Third Floor
Harrisburg, PA 17101

Dated: January 17, 2008

## CERTIFICATE OF SERVICE

I, hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick
>John G. Day
>Tiffany Geyer Lydon
>ASHBY & GEDDES

I also certify that copies were caused to be served on January 17, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL
and HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue
8th Floor
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

Edgar H. Haug, Esquire
John Molenda, Esquire
Sam Desai, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151

Elizabeth A. Leff, Esquire
FROMMER LAWRENCE & HAUG LLP
1667 K Street, N.W.
Washington, DE 20006

/s/ Karen Jacobs Louden

Karen Jacobs Louden (#2881)