IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEPRACOR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-113 (JJF) |
| | ) | C.A. No. 06-604 (JJF) |
| DEY, L.P. and DEY, INC., | ) | (Consolidated) |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF
BUCHANAN, INGERSOLL & ROONEY PC AS COUNSEL FOR PLAINTIFF**

The appearances of the law firm of Buchanan, Ingersoll & Rooney PC, and lawyers Susan M. Dadio, S. Lloyd Smith, Jack M. Stover, Barbara Webb Walker, Todd R. Walters and Jayson R. Wolfgang of that firm, are hereby withdrawn as counsel for plaintiff Sepracor Inc. Sepracor will continue to be represented by the law firms of Paul, Hastings, Janofsky & Walker LLP and Morris, Nichols, Arsht & Tunnell LLP.

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
jblumenfeld@mnat.com

*Counsel for Plaintiff*

*Of Counsel*:

Joseph M. O'Malley
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY  10022
(212) 318-6000

March 19, 2008
1751653

## **CERTIFICATE OF SERVICE**

I, hereby certify that on March 19, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick
>John G. Day
>Tiffany Geyer Lydon
>ASHBY & GEDDES

I also certify that copies were caused to be served on March 19, 2008 upon the following in the manner indicated:

>**BY ELECTRONIC MAIL**
>**and HAND DELIVERY**
>
>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany Geyer Lydon, Esquire
>ASHBY & GEDDES
>500 Delaware Avenue
>8th Floor
>Wilmington, DE 19801
>
>**BY ELECTRONIC MAIL**
>
>Edgar H. Haug, Esquire
>John Molenda, Esquire
>Sam Desai, Esquire
>FROMMER LAWRENCE & HAUG LLP
>745 Fifth Avenue
>New York, NY 10151
>
>Elizabeth A. Leff, Esquire
>FROMMER LAWRENCE & HAUG LLP
>1667 K Street, N.W.
>Washington, DE 20006

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)