# EXHIBIT 10



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 24, 2006

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS
OF:

APPLICATION NUMBER:  *08/163,581*
FILING DATE:  *December 07, 1993*
PATENT NUMBER:  *5,362,755*
ISSUE DATE:  *November 08, 1994*

CD DISK IS THE FILE WRAPPER AND CONTENTS OF THE ABOVE
REFERENCED INFORMATION

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT

Certifying Officer

BLEV012013

461262

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/461,262 | 01/05/90 | 514 | 605 | 125 | Schwartzman |

**PATENT DATE**

**PATENT NUMBER**

APPLICANTS

TIMOTHY J. BARBERICH, CONCORD, MA; JAMES W. YOUNG, STILL RIVER, MA.

**CONTINUING DATA*********************
VERIFIED

**FOREIGN/PCT APPLICATIONS************
VERIFIED

FOREIGN FILING LICENSE GRANTED 03/29/90      ***** SMALL ENTITY *****

| Foreign priority claimed ☐ yes ☐ no | AS FILED | STATE OR COUNTRY | SHEETS DRWG. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☐ no | | MA | 0 | 12 | 3 | $ 430.00 | SPC8905 |

HAMILTON, BROOK, SMITH & REYNOLDS
TWO MILITIA DRIVE
LEXINGTON, MA 02173-4799

TITLE

METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-)-ALBUTEROL

U.S. DEPT. of COMM.—Pat. & TM Office—PTO-436A (rev. 10-78)

PARTS OF APPLICATION
FILED SEPARATELY

| NOTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE | | CLAIMS ALLOWED | |
|---|---|---|---|---|
| | Assistant Examiner | Docket Clerk | Total Claims | Print Claim |

| ISSUE FEE | | | | DRAWING | | |
|---|---|---|---|---|---|---|
| Amount Due | Date Paid | | | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| | | | Primary Examiner | | | |

| ISSUE CLASSIFICATION | | ISSUE BATCH NUMBER |
|---|---|---|
| Class | Subclass | |

Label
Area

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

BEST AVAILABLE COPY

DLEV012014



BEST AVAILABLE COPY

## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 514 | 648 | 7/80 | K |

## SEARCH NOTES

| | Date | Exmr. |
|---|------|-------|
| | | |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| | | | |

DLEV012015

Staple Issue Slip Here

## INDEX OF CLAIMS

BEST AVAILABLE COPY

| Claim | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |
| 40 | | | | | | | | |
| 41 | | | | | | | | |
| 42 | | | | | | | | |
| 43 | | | | | | | | |
| 44 | | | | | | | | |
| 45 | | | | | | | | |
| 46 | | | | | | | | |
| 47 | | | | | | | | |
| 48 | | | | | | | | |
| 49 | | | | | | | | |
| 50 | | | | | | | | |

| Claim | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 51 | | | | | | | | |
| 52 | | | | | | | | |
| 53 | | | | | | | | |
| 54 | | | | | | | | |
| 55 | | | | | | | | |
| 56 | | | | | | | | |
| 57 | | | | | | | | |
| 58 | | | | | | | | |
| 59 | | | | | | | | |
| 60 | | | | | | | | |
| 61 | | | | | | | | |
| 62 | | | | | | | | |
| 63 | | | | | | | | |
| 64 | | | | | | | | |
| 65 | | | | | | | | |
| 66 | | | | | | | | |
| 67 | | | | | | | | |
| 68 | | | | | | | | |
| 69 | | | | | | | | |
| 70 | | | | | | | | |
| 71 | | | | | | | | |
| 72 | | | | | | | | |
| 73 | | | | | | | | |
| 74 | | | | | | | | |
| 75 | | | | | | | | |
| 76 | | | | | | | | |
| 77 | | | | | | | | |
| 78 | | | | | | | | |
| 79 | | | | | | | | |
| 80 | | | | | | | | |
| 81 | | | | | | | | |
| 82 | | | | | | | | |
| 83 | | | | | | | | |
| 84 | | | | | | | | |
| 85 | | | | | | | | |
| 86 | | | | | | | | |
| 87 | | | | | | | | |
| 88 | | | | | | | | |
| 89 | | | | | | | | |
| 90 | | | | | | | | |
| 91 | | | | | | | | |
| 92 | | | | | | | | |
| 93 | | | | | | | | |
| 94 | | | | | | | | |
| 95 | | | | | | | | |
| 96 | | | | | | | | |
| 97 | | | | | | | | |
| 98 | | | | | | | | |
| 99 | | | | | | | | |
| 100 | | | | | | | | |

DLEV012016







PATENT APPLICATION
Docket No.: SPC89-05

HAMILTON, BROOK, SMITH & REYNOLDS, P.C. 07/461262

TWO MILITIA DRIVE
LEXINGTON, MASSACHUSETTS 02173-4799
(617) 861-6240

DAVID E. BROOK
JAMES M. SMITH
LEO R. REYNOLDS
GIULIO A. DECONTI, JR.*
PATRICIA GRANAHAN
JOHN L. DUPRE
MARY LOU WAKIMURA
THOMAS O. HOOVER
PAULA A. CAMPBELL
ALICE G. OLEK
KEVIN J. CANNING**

*D.C. BAR ONLY
**GEORGIA BAR ONLY

MUNROE H. HAMILTON
(1906-1984)

OF COUNSEL
RICHARD A. WISE

OFFICE ADMINISTRATOR
BARBARA J. FORGUE

PATENTS, TRADEMARKS
AND COPYRIGHTS
TELEX 951794
CABLE "PATENTS LXON"
FACSIMILE: (617) 861-9540

January 5, 1990

The Honorable Commissioner
of Patents and Trademarks
Washington, D. C.    20231

Sir:

Transmitted herewith for filing is the patent application of

Inventor(s): Timothy J. Barberich and James W. Young

For: METHOD FOR TREATING ASTHMA USING OPTICALLY PURE
R(-) ALBUTEROL

[X]  Specification, Claims, Abstract of the Disclosure
[ ]  __0__ sheets of formal/informal drawings.
[ ]  An assignment of the invention to _____
     _____

[ ]  A verified statement to establish small entity status under 37 C.F.R.
     1.9 and 37 C.F.R. 1.27.
[X]  ~~Executed~~/Unexecuted Combined Declaration/Power of Attorney.
[ ]  Other: _____

The filing fee has been calculated as shown below:

|  | (Col. 1) | (Col. 2) |
|---|---|---|
| FOR | NO. FILED | NO. EXTRA |
| BASIC FEE | | |
| TOTAL CLAIMS | 12 - 20 = | 0 |
| INDEP CLAIMS | 3 - 3 = | 0 |
| [ ] MULTIPLE DEPENDENT CLAIM PRESENTED | | |

*If the difference in Col. 1
is less than zero, enter "0"
in Col. 2

| SMALL ENTITY | |
|---|---|
| RATE | FEE |
| | $ 185 |
| x 6 = | $ |
| x18 = | $ |
| +60 = | $ |
| Assign-ment Fee | $ |
| TOTAL: | $ |

| OTHER THAN A SMALL ENTITY | |
|---|---|
| RATE | FEE |
| | $ 370 |
| x 12 = | $ 0 |
| x 36 = | $ 0 |
| +120 = | $ |
| Assign-ment Fee | $ |
| TOTAL: | $ 370 |

DLEV012017

Commissioner of Patents
and Trademarks
Page 2.

☐    Please charge my Deposit Account No. 08-0380 in the amount of $_____ .   A duplicate copy is enclosed.

[X]    A check in the amount of $ 370.00  to cover the filing fee is enclosed.

[X]    The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 08-0380.   Two copies of this sheet are enclosed.

   [X]    Any additional filing fees required under 37 C.F.R. 1.16.

   [X]    Any patent application processing fees under 37 C.F.R. 1.17.

[X]    The Commissioner is hereby authorized to charge payment of the following fees during pendency of this application or credit any overpayment to Deposit Account No. 08-0380.   Two copies of this sheet are enclosed.

   [X]    Any patent application processing fees under 37 C.F.R. 1.17.

   [X]    Any filing fees under 37 C.F.R. 1.16 for presentation of extra claims.

                    Respectfully submitted,

                    HAMILTON, BROOK, SMITH & REYNOLDS, P.C.


                    Paula A. Campbell
                    Registration No. 32,503
                    Attorney for Applicant(s)

Dated: January 5, 1990

DLEV012018

SPC89-05
1/4/90

PATENT APPLICATION
DOCKET NO: SPC89-05

# METHOD FOR TREATING ASTHMA USING
# OPTICALLY PURE R(-) ALBUTEROL

## Description

### Background

05        Albuterol is a drug belonging to the general
class of beta-adrenergic compounds.  The prime
action of beta-adrenergic drugs is to stimulate
adenyl cyclase, the enzyme which catalyzes the
formation of cyclic-3',5'-adenosine monophosphate
10    (AMP) from adenosine triphosphate (ATP).  The cyclic
AMP formed mediates the cellular responses.
Albuterol acts selectively on beta$_2$-adrenergic
receptors to relax smooth muscle tissue, for
example, in the bronchial system.  Albuterol is most
15  commonly used to treat bronchial spasms associated
with asthma and is the active component in
well-known commercial bronchodilators such as
Proventil and Ventolin.

        The form in which albuterol is presently used
20   is a racemic mixture.  That is, it is a mixture of
optical isomers called enantiomers.  Enantiomers
are structurally identical compounds which differ
only in that one isomer is a mirror image of the
other and the mirror images cannot be superimposed.
25  This phenomenon is known as chirality.  Most biolog-
ical molecules exist as enantiomers and exhibit
chirality.  Although structurally identical,
enantiomers can have profoundly different effects in
biological systems: one enantiomer may have a

DLEV012019

-2-

specific biological activity while the other
enantiomer has no biological activity at all, or may
have an entirely different form of biological
activity.

05  Summary of the Invention
The present invention relates to a method of
treating bronchial disorders, such as asthma, in an
individual, by administering to the individual an
amount of optically pure R(-) albuterol which is
10  active in bronchial tissue sufficient to reduce
bronchial spasms associated with asthma while
minimizing side effects associated with albuterol.
The method is particularly useful in treating asthma
while reducing side effects, such as central nervous
15  system stimulatory effects and cardiac arrythmia.
In these applications, it is important to have a
composition which is a potent broncho-dilator and
which does not exhibit the adverse side effects of
many beta-adrenergic drugs. A composition
20  containing the pure R(-) isomer of albuterol is
particularly useful for this application because
this isomer exhibits these desired characteristics.
The present method provides a safe, effective method
for treating asthma while reducing undesirable side
25  effects, for example, tremor, nervousness,
shakiness, dizziness and increased appetite, and
particularly, cardiac arrythmia, typically
associated with beta-adrenergic drugs. In children,
side effects such as excitement, nervousness and
30  hyperkinesia are reduced when the pure isomer is

DLEV012020

-3-

administered. In addition to the above, at certain
levels racemic albuterol can cause teratogenic
effects, which are believed to be associated with
the S(+) isomer. Administering the pure isomer
05  reduces the teratogenic potential which is
associated with the S(+) isomer of albuterol.

Detailed Description of the Invention

The present invention relies on the broncho-
dilation activity of the R(-) enantiomer of
10  albuterol to provide relief from bronchial
disorders, while simultaneously reducing undesirable
side effects, for example, central nervous system
stimulatory effects and cardiac disorders, commonly
experienced by albuterol users. In the present
15  method, the optically pure R(-) isomer of albuterol,
which is substantially free of the S(+) enantiomer,
is administered alone, or in combination with one or
more other drug(s) in adjunctive treatment, to an
individual in whom asthma relief (e.g., relief from
20  bronchial spasms, shortness of breath) is desired.
The optically pure R(-) isomer of albuterol as used
herein refers to the levorotatory optically pure
isomer of $\alpha^1$-[(tert-butylamino) methyl]-4-hydroxy-m-
xylene-$\alpha$, $\alpha$ -diol, and to any biologically accept-
25  able salt or ester thereof. The terms "optically
pure" or "substantially free of the S(+) enantiomer"
as used herein means that the composition contains
at least 90% by weight of the R(-) isomer of
albuterol and 10% by weight or less of the S(+)
30  isomer. Optically pure albuterol is readily

-4-

obtainable by methods known to those of skill in the
art, for example, by synthesis from an optically
pure intermediate.

In the present method, the R(-) isomer of
05  albuterol is administered to an individual who has
asthma.  For example, R(-) albuterol is administered
to an individual after onset of asthma to reduce
breathing difficulty resulting from asthma.  In
another embodiment, optically pure R(-) albuterol is
10  administered prophylactically, that is, before the
bronchiospasm begins in an asthma attack, to prevent
its occurrence or to reduce the extent to which it
occurs.

In the present method, R(-) albuterol can be
15  administered by inhalation, by subcutaneous or other
injection, orally, intravenously, topically, parent-
erally, transdermally, rectally or via an implanted
reservoir containing the drug.  The form in which
the drug will be administered (e.g., inhalant,
20  powder, tablet, capsule, solution, emulsion) will
depend on the route by which it is administered.
The quantity of the drug to be administered will be
determined on an individual basis, and will be based
at least in part on consideration of the
25  individual's size, the severity of the symptoms to
be treated and the result sought.  In general,
quantities of optically pure R(-) albuterol suffi-
cient to reduce the symptoms of asthma will be
administered.  The actual dosage (quantity
30  administered at a time) and the number of
administrations per day will depend on the mode of

DLEV012022

-5-

administration, for example, by inhaler, nebulizer
or oral administration. About 30 mcg to about 90
mcg of the optically pure R(-) isomer of albuterol
given by inhalation one or more times per day will
05  be adequate in most individuals to produce the
desired bronchodilation effect. For oral
administration, e.g., tablet or syrup, a dose of
about 1 mg to about 8 mg two to four times daily is
administered to produce the desired effect.

10      In the method of the present invention, the
optically pure R(-) isomer of albuterol can be
administered together with one or more other
drug(s). For example, an antiasthmatic drug such as
theophylline or terbutaline, or an antihistamine or
15  analgesic such as aspirin, acetaminophen or
ibuprofen, can be given with or in close temporal
proximity to administration of optically pure, R(-)
albuterol. The two (or more) drugs (the optically
pure active isomer of albuterol and another drug)
20  can be administered in one composition or as two
separate entities. For example, they can be
administered in a single capsule, tablet, powder, or
liquid, etc. or as individual compounds. The
components included in a particular composition, in
25  addition to optically pure albuterol and another
drug or drugs, are determined primarily by the
manner in which the composition is to be adminis-
tered. For example, a composition to be
administered in inhalent form can include, in
30  addition to the drug(s), a liquid carrier and/or
propellent. A composition to be administered in

-6-

tablet form can include a filler (e.g., lactose), a
binder (e.g., carboxymethyl cellulose, gum arabic,
gelatin), an adjuvant, a flavoring agent, a coloring
agent and a coating material (e.g., wax or a
05 plasticizer). A composition to be administered in
liquid form can include the combination of drugs
and, optionally, an emulsifying agent, a flavoring
agent and/or a coloring agent.

In general, according to the method of the
10 present invention, the optically pure R(-) isomer of
albuterol, alone or in combination with another
drug(s), is administered to an individual period-
ically as necessary to reduce symptoms of asthma.

The present composition and method provide an
15 effective treatment for asthma while minimizing the
undesirable side effects associated with albuterol
use. These side effects include central nervous
system effects, such as tremor, nervousness,
shakiness, dizziness and increased appetite, and
20 cardiac effects, such as cardiac arrythmia. In
children, side effects, such as excitement,
nervousness and hyperkinesia, are reduced when the
pure isomer is administered. In addition,
teratogenic effects associated with albuterol are
25 believed to reside in the S(+) enantiomer. Thus,
administering the pure R(-) isomer may reduce the
teratogenic potential associated with albuterol.

Equivalents

Those skilled in the art will recognize, or be
30 able to ascertain, using no more than routine

DLEV012024

- 7 -

experimentation, many equivalents to the specific
embodiments of the invention described herein. Such
equivalents are intended to be encompassed in the
scope of the following claims.

DLEV012025

-8-

## CLAIMS

1. A method of treating asthma in an individual
   with albuterol, while reducing side effects
   associated with albuterol, comprising adminis-
   tering to the individual a quantity of an
   optically pure R(-) isomer of albuterol
   sufficient to result in bronchodilation, said R
   isomer being substantially free of its S(+)
   isomer.

10 2. A method of Claim 1 wherein the amount of the
   R(-) isomer of albuterol is greater than
   approximately 90% by weight of total albuterol

3. A method of Claim 2 wherein the amount of the
15 R(-) isomer of albuterol is greater than 99% by
   weight of total albuterol

4. A method of Claim 1 comprising administering to
   the individual by inhalation from approximately
   30 mcg to approximately 90 mcg of the R(-)
20 isomer of albuterol per dose.

5. A method of Claim 1 comprising orally
   administering to the individual from
   approximately 1 mg to approximately 8 mg of the
   R(-) isomer of albuterol two to four times
25 daily.

DLEV012026

-9-

6.  A method of treating asthma in an individual with albuterol, while reducing side effects associated with albuterol, comprising administering to the individual a quantity of an optically pure R(-) isomer of albuterol sufficient to result in bronchodilation and at least one additional drug.

7.  A method of Claim 6 wherein the additional drug is selected from the group consisting of: bronchodilators, antihistamines and analgesics.

8.  A method of Claim 7 wherein the analgesic is selected from the group consisting of: aspirin, acetaminophen and ibuprofen.

9.  A composition comprising an optically pure R(-) isomer of albuterol and at least one additional drug.

10.  A composition of Claim 9 containing at least 90% by weight of the R(-) isomer of albuterol.

11.  A composition of Claim 10 containing at least 99% by weight of the R(-) isomer of albuterol.

12.  A composition of Claim 9 wherein the additional drug is selected from the group consisting of: bronchodilators, antihistamines and analgesics.



08/163581

-10-

## METHOD FOR TREATING ASTHMA USING
## OPTICALLY PURE R(-) ALBUTEROL

### Abstract of the Disclosure

05   The optically pure R(-) isomer of albuterol, which is substantially free of the S(+) isomer, is a potent bronchodilator for relieving the symptoms associated with asthma in individuals.   A method is disclosed utilizing the optically pure R(-) isomer of albuterol for treating asthma while minimizing
10   the side effects associated with *chronic administration of racemic* albuterol.

DLEV012028

SPC89-05  

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### Declaration for Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL

the specification of which (check one)

/X/   is attached hereto.

/   / was filed on _____ as Application Serial No. _____ and was amended on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

### Prior Foreign Application(s)

Priority Claimed

| (Number) | (Country) | (Day/Month/Year filed) | → | Yes | No |
|----------|-----------|------------------------|---|-----|----|
| (Number) | (Country) | (Day/Month/Year filed) | | Yes | No |
| (Number) | (Country) | (Day/Month/Year filed) | | Yes | No |

DLEV012029

-2-

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing date) | (Status, patented, pending, abandoned) |
|---|---|---|

| (Application Serial No.) | (Filing date) | (Status, patented, pending, abandoned) |
|---|---|---|

As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

I also hereby grant additional Powers of Attorney to the following attorney(s) and/or agent(s) to file and prosecute an international application under the Patent Cooperation Treaty based upon the above-identified application, including a power to meet all designated office requirements for designated states.

| David E. Brook | Registration No. 22,592 |
| James M. Smith | Registration No. 28,043 |
| Leo R. Reynolds | Registration No. 20,884 |
| Giulio A. DeConti, Jr. | Registration No. 31,503 |
| Richard A. Wise | Registration No. 18,041 |
| Patricia Granahan | Registration No. 32,227 |
| Mary Lou Wakimura | Registration No. 31,804 |
| Thomas O. Hoover | Registration No. 32,470 |
| Paula A. Campbell | Registration No. 32,503 |
| Alice C. Olek | Registration No. 33,542 |

all of Hamilton, Brook, Smith and Reynolds, P.C., Two Militia Drive, Lexington, Massachusetts 02173;

and

Send correspondence to: Patricia Granahan, Esq.
HAMILTON, BROOK, SMITH & REYNOLDS, P.C.
Two Militia Drive, Lexington, Massachusetts 02173

Direct telephone calls to: Patricia Granahan, Esq.

617-861-6240

DLEV012030

-3-

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole
or first inventor    Timothy J. Barberich
Inventor's
  Signature _____  Date _____
Residence    73 Nashoba Road
             Concord, Massachusetts 01742
Citizenship    USA
Post Office Address    SAME

----------------------------------------

Full name of second joint
  inventor, if any    James W. Young
Second Inventor's
  Signature _____  Date _____
Residence    295 Still River Road
             Still River, Massachusetts 01467
Citizenship    USA
Post Office Address    SAME

----------------------------------------

Full name of third joint
  inventor, if any _____
Third Inventor's
  Signature _____  Date _____
Residence _____

Citizenship _____
Post Office Address _____

----------------------------------------

Full name of fourth joint
  inventor, if any _____
Fourth Inventor's
  Signature _____  Date _____
Residence _____

Citizenship _____
Post Office Address _____

----------------------------------------

DLEV012031

PATENT APPLICATION
SPC89-05



## UNITED STATES APPLICATION FOR LETTERS PATENT

Inventor(s): Timothy J. Barberich and James W. Young

Attorney's Docket No.: SPC89-05

Title: METHOD FOR TREATING ASTHMA USING OPTICALLY PURE
R(-) ALBUTEROL

EXPRESS MAIL Mailing Label No. RB353218822

Date of Deposit    January 5, 1990

I hereby certify that this paper or fee is being
deposited with the United States Postal Service
"Express Mail Post Office to Addressee" service
under 37 C.F.R. 1.10 on the date indicated above and
is addressed to the Commissioner of Patents and
Trademarks, Washington, D. C. 20231.

Susan D. Dellarocco
(Typed or printed name of person mailing paper or
fee)

Susan D. Dellarocco
(Signature of person mailing paper or fee)

DLEV012032

Form PTO-875
REV 1-85

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

**PATENT APPLICATION FEE DETERMINATION RECORD**

SERIAL NO. 461/262

FILING DATE 1-5-90

APPLICANT (MUST BE NAMED) Barberich et al

## CLAIMS AS FILED - PART I

| FOR | NO FILED | NO EXTRA | SMALL ENTITY RATE | FEE | | OTHER THAN A SMALL ENTITY RATE | FEE |
|-----|----------|----------|------|-----|----|------|-----|
| BASIC FEE | | | | | OR | | |
| TOTAL CLAIMS | 12 | | x 6 | .185 | OR | x 12 | .370 |
| INDEP CLAIMS | 3 | | x18 | | OR | x 36 | |
| MULTIPLE DEPENDENT CLAIMS PRESENT | | | 60 | | OR | 120 | |
| | | | TOTAL | | OR | TOTAL | 370 |

* If the difference in col 1 is less than zero, enter "0" in col 2.

## CLAIMS AS AMENDED - PART II

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY RATE | ADDIT FEE | | OTHER THAN A SMALL ENTITY RATE | ADDIT FEE |
|---|---|---|---|---|---|----|---|---|
| **AMENDMENT A** TOTAL | 10 | MINUS | 20 | — | x 6 | | OR | x 12 | |
| INDEP | 3 | MINUS | 3 | — | x 18 | | OR | x 36 | |
| FIRST PRESENTATION OF MULTIPLE DEP CLAIM | | | | 60 | | OR | 120 | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL | |

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT FEE | | RATE | ADDIT FEE |
|---|---|---|---|---|---|----|---|---|
| **AMENDMENT B** TOTAL | | MINUS | | | x 6 | | OR | x 12 | |
| INDEP | | MINUS | | | x 18 | | OR | x 36 | |
| FIRST PRESENTATION OF MULTIPLE DEP CLAIM | | | | 60 | | OR | 120 | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL | |

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT FEE | | RATE | ADDIT FEE |
|---|---|---|---|---|---|----|---|---|
| **AMENDMENT C** TOTAL | | MINUS | | | x 6 | | OR | x 12 | |
| INDEP | | MINUS | | | x 18 | | OR | x 18 | |
| FIRST PRESENTATION OF MULTIPLE DEP CLAIM | | | | 60 | | OR | 60 | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL | |

DLEV012033



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO. |
|---|---|---|---|
| 07/461,262 | 01/05/90 | BARBERICH        T | SPCB905 |

```
HAMILTON, BROOK, SMITH & REYNOLDS
TWO MILITIA DRIVE
LEXINGTON, MA 02173-4799
```

DATE MAILED:        01/24/90

# NOTICE TO FILE MISSING PARTS OF APPLICATION—
## FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a ☑ large entity, ☐ small entity (verified statement filed), is $_____

1. ☐ The statutory basic filing fee is: ☐ missing, ☐ insufficient. Applicant as a ☐ large entity, ☐ small entity, must submit $_____ to complete the basic filing fee and MUST ALSO SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. ☐ Additional claim fees of $_____ as a ☐ large entity, ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. ☑ The oath or declaration:
   ☑ is missing.
   ☐ does not cover items omitted at the time of execution.
   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63 identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. ☐ The signature to the oath or declaration is ☐ missing, ☐ a reproduction, ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration: _____ Applicant(s) should provide, if possible an oath or declaration signed by the omitted inventor(s), identifying this application by the above Serial Number and Filing Date. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $26.00 under 37 CFR 1.17(k), unless this fee has already been paid NO SURCHARGE UNDER 37 CFR 1.16(e) IS REQUIRED FOR THIS ITEM.

8. ☐ A $20.00 processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because check was returned.

10. ☐ Other: _____

A Serial Number and Filing Date have been assigned to this application. However, to avoid abandonment under 37 CFR 1.53(d), the missing parts and fees identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A SURCHARGE of $110.00 for large entities or $65.00 for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER, within which to file all missing parts and pay any fees. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to the undersigned, Attention: Application Branch.

A copy of this notice MUST be returned with response.

For: Manager, Application Branch
(703) 557-2254

OFFICE C

FORM PTO-1533 (REV. 2-87)

| For Office Use Only | |
|---|---|
| ☐ 102 | ☐ 201 |
| ☐ 103 | ☐ 202 |
| ☐ 104 | ☐ 204 |
| ☑ 105 | ☐ 205 |

DLEV012034

SPC89-05

 

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Declaration for Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-)

ALBUTEROL

the specification of which (check one)

[ ]    is attached hereto.

[X]    was filed on January 5, 1990     as Application Serial No. 07/461,262 and was amended on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

### Prior Foreign Application(s)

Priority Claimed

| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |
|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |
| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |

DLEV012035

 -2- 

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing date) | (Status, patented, pending, abandoned) |
|---|---|---|

| (Application Serial No.) | (Filing date) | (Status, patented, pending, abandoned) |
|---|---|---|

As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

I also hereby grant additional Powers of Attorney to the following attorney(s) and/or agent(s) to file and prosecute an international application under the Patent Cooperation Treaty based upon the above-identified application, including a power to meet all designated office requirements for designated states.

*30*

David E. Brook            Registration No. 22,592
James M. Smith            Registration No. 28,043
Leo R. Reynolds           Registration No. 20,884
Giulio A. DeConti, Jr.    Registration No. 31,503
Richard A. Wise           Registration No. 18,041
Patricia Granahan         Registration No. 32,227
Mary Lou Wakimura         Registration No. 31,804
Thomas O. Hoover          Registration No. 32,470
Paula A. Campbell         Registration No. 32,503
Alice C. Olek             Registration No. 33,542

all of Hamilton, Brook, Smith and Reynolds, P.C., Two Militia Drive, Lexington, Massachusetts 02173;

and

_____

*60*

*602*
*701* Send correspondence to: Patricia Granahan, Esq.
      HAMILTON, BROOK, SMITH & REYNOLDS, P.C.
      Two Militia Drive, Lexington, Massachusetts 02173
                                      *70*
Direct telephone calls to:  Patricia Granahan, Esq.

                            617-861-6240

DLEV012036



-3-

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole
  or first inventor    Timothy J. Barberich
Inventor's
  Signature                                    Date 2/28/90
Residence        73 Nashoba Road
                 Concord, Massachusetts 01742
Citizenship        USA
Post Office Address        SAME

Full name of second joint
  inventor, if any    James W. Young
Second Inventor's
  Signature                                    Date 1 March 90
Residence        295 Still River Road
                 Still River, Massachusetts 01467
Citizenship        USA
Post Office Address        SAME

Full name of third joint
  inventor, if any
Third Inventor's
  Signature                                    Date
Residence

Citizenship
Post Office Address

Full name of fourth joint
  inventor, if any
Fourth Inventor's
  Signature                                    Date
Residence

Citizenship
Post Office Address

DLEV012037

Applicant for Patentee: Timothy J. Barberich    Attorney's
and James W. Young

Serial or Patent No.: ___07/461,262___    Docket No.: _SPC89-05_

Filed or Issued: ___January 5, 1990___

For: METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL

VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
(37 CFR 1.9(f) and 1.27(c) - SMALL BUSINESS CONCERN

I hereby declare that I am

[ ] the owner of the small business concern identified below:

[x] an official of the small business concern empowered to act on behalf
of the concern identified below:

NAME OF CONCERN        Sepracor, Inc.

ADDRESS OF CONCERN        33 Locke Drive

Marlborough, MA 01752

I hereby declare that the above identified small business concern qualifies
as a small business concern as defined in 13 CFR 121.3-18, and reproduced
in 37 CFR 1.9(d), for purposes of paying reduced fees under section 41(a)
and (b) of Title 35, United States Code, in that the number of employees of
the concern, including those of its affiliates, does not exceed 500
persons. For purposes of this statement, (1) the number of employees of
the business concern is the average over the previous fiscal year of the
concern of the persons employed on a full-time, part-time or temporary
basis during each of the pay periods of the fiscal year, and (2) concerns
are affiliates of each other when either, directly or indirectly, one
concern controls or has the power to control the other, or a third party or
parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed to
and remain with the small business concern identified above with regard to
the invention, entitled METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-)

ALBUTEROL        by inventor(s) Timothy J. Barberich and

James W. Young

described in

[ ] the specification filed herewith

[x] application serial no. _07/461,262_, filed _January 5, 1990_

[ ] patent no. _____, issued _____

DLEV012038

-2-



If the rights held by the above identified small business concern are not
exclusive, each individual, concern or organization having rights to the
invention is listed below* and no rights to the invention are held by any
person, other than the inventor, who could not qualify as a small busi-
ness concern under 37 CFR 1.9 (d) or by any concern which would not
qualify as a small business concern under 37 CFR 1.9 (d) or a nonprofit
organization under 37 CFR 1.9(e). *NOTE:  Separate verified statements
are required from each named person, concern or organization having
rights to the invention averring to their status as small entities.  (37
CFR 1.27)

NAME _____

ADDRESS _____
    [ ] INDIVIDUAL    [ ] SMALL BUSINESS CONCERN    [ ] NONPROFIT ORGANIZATIC

NAME _____

ADDRESS _____
    [ ] INDIVIDUAL    [ ] SMALL BUSINESS CONCERN    [ ] NONPROFIT ORGANIZATIC

I acknowledge the duty to file, in this application or patent, notifica-
tion of any change in status resulting in loss of entitlement to small
entity status prior to paying, or at the time of paying, the earliest
the issue fee or any maintenance fee due after the date on which status
as a small entity is no longer appropriate.  (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are
true and that all statements made on information and belief are believed
to be true; and further that these statements were made with the knowledge
that willful false statements and the like so made are punishable by fine
or imprisonment, or both, under section 1001 of Title 18 of the United
States Code, and that such willful false statements may jeopardize the
validity of the application, any patent issuing thereon, or any patent to
which this verified statement is directed.

NAME OF PERSON SIGNING Victor H. Woolley_____

TITLE OF PERSON OTHER THAN OWNER Vice President, Finance_____

ADDRESS OF PERSON SIGNING 33 Locke Drive, Marlborough, MA 01752____

SIGNATURE _Victor H Woolley_____    DATE _____

SPC89-05

MAIL ROOM
MAR
9
1990
PAT. & TRADEMARK

 **COPY**

Applicant or Patentee: Timothy J. Barberich
and James W. Young

Attorney's
Docket No.: SPC89-05

Serial or Patent No.: 07/461,262

Filed or Issued: January 5, 1990

For: METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL

## VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
### (37 CFR 1.9(f) and 1.27(c) - SMALL BUSINESS CONCERN

I hereby declare that I am

[ ] the owner of the small business concern identified below:

[x] an official of the small business concern empowered to act on behalf of the concern identified below:

NAME OF CONCERN          Sepracor, Inc.

ADDRESS OF CONCERN       33 Locke Drive

                         Marlborough, MA 01752


I hereby declare that the above identified small business concern qualifies as a small business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR 1.9(d), for purposes of paying reduced fees under section 41(a) and (b) of Title 35, United States Code, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons. For purposes of this statement, (1) the number of employees of the business concern is the average over the previous fiscal year of the concern of the persons employed on a full-time, part-time or temporary basis during each of the pay periods of the fiscal year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern controls or has the power to control the other, or a third party or parties controls or has the power to control both.


I hereby declare that rights under contract or law have been conveyed to and remain with the small business concern identified above with regard to the invention, entitled METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL       by inventor(s)   Timothy J. Barberich and

James W. Young

described in

[ ] the specification filed herewith

[x] application serial no.   07/461,262  , filed   January 5, 1990

[ ] patent no. _____ , issued _____

DLEV012040

-2-

If the rights held by the above identified small business concern are not exclusive, each individual, concern or organization having rights to the invention is listed below* and no rights to the invention are held by any person, other than the inventor, who could not qualify as a small business concern under 37 CFR 1.9 (d) or by any concern which would not qualify as a small business concern under 37 CFR 1.9 (d) or a nonprofit organization under 37 CFR 1.9 (e). *NOTE: Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

NAME _____

ADDRESS _____
     [ ] INDIVIDUAL   [ ] SMALL BUSINESS CONCERN   [ ] NONPROFIT ORGANIZATIO

NAME _____

ADDRESS _____
     [ ] INDIVIDUAL   [ ] SMALL BUSINESS CONCERN   [ ] NONPROFIT ORGANIZATIO

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28 (b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF PERSON SIGNING Victor H. Woolley _____

TITLE OF PERSON OTHER THAN OWNER Vice President, Finance _____

ADDRESS OF PERSON SIGNING 33 Locke Drive, Marlborough, MA 01752 ____

SIGNATURE _Victor H Woolley_____ DATE _____

DLEV012041

DOCKET NO. SPC89-05    30.00-215    PATENT APPLICATION

A/N

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s): Timothy J. Barberich and James W. Young

Serial No. 07/461,262    Group Art Unit:

MAIL ROOM
MAR 9 1990
PAT. & TRADEMARK

Filed: January 5, 1990    Examiner:

For: METHOD FOR TREATING ASTHMA USING OPTICALLY PURE (R-)
ALBUTEROL

RECEIVED
MAR 22 1990
APPLICATION BRANCH

CERTIFICATE OF MAILING
I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to: Honorable Commissioner of Patents and Trademarks, Washington, D.C. 20231, on 3-6-90.

Hamilton, Brook, Smith & Reynolds
Susan M Lockwood
Signature    3-6-90
Date

## PETITION FOR EXTENSION OF TIME

The Honorable Commissioner
of Patents and Trademarks
Washington, D. C.    20231

Sir:

The undersigned attorney petitions the Commissioner of Patents and Trademarks to extend the time for filing a    Response
to the   Notice to File Missing Parts   dated   January 24, 1990
for   1   months from March 5, 1990    to    April 5, 1990

|  | Small Entity | Other than Small Entity |
|---|---|---|
| 1 month | X $ 31 | $ 62 |
| 2 months | $ 90 | $180 |
| 3 months | $215 | $430 |
| 4 months | $340 | $680 |

[X] Enclosed is a check in the amount of $ 31.00 to cover the
cost of the extension.

[ ] Please charge Deposit Account No. 08-0380 in the amount
of $_____ to cover the cost of the extension fee.

Any deficiency or overpayment should be charged or credited to
Deposit Account No. 08-0380. A duplicate copy of this letter is
enclosed.

Respectfully submitted,

David A Campbell

Paula A. Campbell
Attorney for Applicant(s)
Registration No. 32,503
Telephone: (617) 861-6240

Dated:   March 6, 1990
Lexington, Massachusetts 02173

050  03/19/90  07461262                    1 215        31.00 CK

DLEV012042



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO. |
|---|---|---|---|
| 07/461,262 | 01/05/90 | BARBERICH | T    SPC8905 |

HAMILTON, BROOK, SMITH & REYNOLDS
TWO MILITIA DRIVE
LEXINGTON, MA 02173-4799

01/24/90    000

DATE MAILED:

## NOTICE TO FILE MISSING PARTS OF APPLICATION—
## FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a large entity, □ small entity (verified statement filed), is $_____

1. □ The statutory basic filing fee is □ missing. □ insufficient. Applicant as a □ large entity, □ small entity, must submit $_____ to complete the basic filing fee and MUST ALSO SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. □ Additional claim fees of $_____ as a □ large entity, □ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. □ The oath or declaration:
   □ is missing.
   □ does not cover items omitted at the time of execution.

An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

4. □ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63 identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. □ The signature to the oath or declaration is □ missing; □ a reproduction; □ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

6. □ The signature of the following joint inventor(s) is missing from the oath or declaration: _____. Applicant(s) should provide, if possible an oath or declaration signed by the omitted inventor(s), identifying this application by the above Serial Number and Filing Date. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. □ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $25.00 under 37 CFR 1.17(k), unless this fee has already been paid NO SURCHARGE UNDER 37 CFR 1.16(e) IS REQUIRED FOR THIS ITEM.

8. □ A $20.00 processing fee is required for returned checks. (37 CFR 1.21(m)).

9. □ Your filing receipt was mailed in error because check was returned.

10. □ Other: _____

A Serial Number and Filing Date have been assigned to this application. However, to avoid abandonment under 37 CFR 1.53(d), the missing parts and fees identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A SURCHARGE OF $110.00 for large entities or $55.00 for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE OF this application, WHICHEVER IS LATER, within which to file all missing parts and pay any fees. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to the undersigned, Attention: Application Branch.

*A copy of this notice MUST be returned with response.*

For: Manager, Application Branch
(703) 557-3264

| For Office Use Only | |
|---|---|
| □ 1/63 | □ 303 |

FORM PTO-1533 (REV. 1-87)

DLEV012043

PC89-05

 $60.00- 205

 PATENT APPLICATION

A/N

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Applicants:   Timothy J. Barberich and James W. Young

Serial No.:   07/461,262

Filed:        January 5, 1990

For:          METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-)
              ALBUTEROL

TRANSMITTAL OF VERIFIED STATEMENT

The Honorable Commissioner
of Patents and Trademarks
Washington, D. C.   20231

Sir:

     Please file the enclosed Verified Statement Claiming Small
Entity Status in the above-identified patent application.
     Two duplicate copies are enclosed for accounting
purposes.

                      Respectfully submitted,


                      Paula A. Campbell
                      Registration No. 32,503
                      Attorney for Applicants

Lexington, MA 02173
Dated:  March 6, 1990

050  03/19/90  07461262                    1 205      60.00 CK

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to Honorable Commissioner of Patents and Trademarks, Washington, D.C. 20231, on 3-6-90

Hamilton, Brook, Smith & Reynolds

Susan D. Marcuccio
Signature

3-6-90
Date

DLEV012044

SPC89-05
PAC/sdd
PAC19
3/6/90



PATENT APPLICATION

#3

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:   Timothy J. Barberich and James W. Young

Serial No.:   07/461,262

Filed:   January 5, 1990

For:   METHOD FOR TREATING ASTHMA USING OPTICALLY
       PURE R(-) ALBUTEROL

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being
deposited with the United States Postal Service as First
Class Mail in an envelope addressed to Honorable
Commissioner of Patents and Trademarks, Washington,
D.C. 20231, on 3-6-90.

Hamilton, Brook, Smith & Reynolds

Susan Dilanno
Signature

3-6-90
Date

TRANSMITTAL OF DECLARATION/POWER OF ATTORNEY

The Honorable Commissioner
  of Patents and Trademarks
Washington, DC 20231

Sir:

     Transmitted herewith is an executed
Declaration/Power of Attorney document for filing in the

DLEV012045

 

-2-

above-referenced case. A copy of the Notice to File Missing Parts of Application, mailed from the Patent Office January 24, 1990, is enclosed. A check in the amount of $60 is enclosed for the surcharge for filing the Declaration/Power of Attorney later than the filing date of the application.

Also enclosed is a copy of the Verified Statement Claiming Small Entity Status (37 C.F.R. 1.9(f) and 1.27(c) - Small Business Concern, which is being filed concurrently.

Please charge any additional fees due in this matter to Applicants' Attorney's Deposit Account No. 08-0380.

Respectfully submitted,

Paula A. Campbell
Registration No. 32,503
Attorney for Applicants
617-861-6240

Dated: March 6, 1990
Lexington, MA 02173

DLEV012046

SPC89-05 Req.
PAC/sdd
PAC19
4/6/90

PATENT APPLICATION



RECEIVED

90 MAY -2 AM 9: 21

GROUP 120

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:  Timothy J. Barberich and James W. Young

Serial No.:  07/461,262          Group Art Unit:  125

Filed:       January 5, 1990

For:         METHOD FOR TREATING ASTHMA USING OPTICALLY
             PURE R(-) ALBUTEROL

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being
deposited with the United States Postal Service as First
Class Mail in an envelope addressed to Honorable
Commissioner of Patents and Trademarks, Washington,
D.C. 20231, on 4-11-90

Hamilton, Brook, Smith & Reynolds

Susan DeMardeco
Signature

4-11-90
Date

## REQUEST FOR CORRECTED OFFICIAL FILING RECEIPT

The Honorable Commissioner
  of Patents and Trademarks
Washington, DC 20231

RECEIVED

APR 23 1990

APPLICATION DIVISION-402

Sir:

      The Official Filing Receipt for the above-captioned
patent application (a copy of which is attached) contains

DLEV012047

-2-

an erroneous filing date. The filing date reflected on
the attached filing receipt is January 5, 1989. The
correct filing date is January 5, 1990. Please send us a
corrected official filing receipt.

Respectfully submitted,



Paula A. Campbell
Registration No. 32,503
Attorney for Applicants
617-861-6240

Dated: April 11, 1990
Lexington, MA 02173

DLEV012048

PTO-103X
(Rev. 11-88)

FILING RECEIPT



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

RECEIVED

| SERIAL NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | |
|---|---|---|---|---|---|
| 07/461,262 | 01/05/89 | 125 | 430.00 | SPC8905 | GROUP 120 |

HAMILTON, BROOK, SMITH & REYNOLDS
TWO MILTIA DRIVE
LEXINGTON, MA 02173-4799

MAIL ROOM
APR 1990
PAT. & TRADEMARK OFF.

RECEIVED
APR - 4 1990
HAMILTON BROOK,
SMITH & REYNOLDS

Receipt is acknowledged of the patent application identified herein. It will be considered in its order and you will be notified as to the examination thereof. Be sure to give the U.S. SERIAL NUMBER, DATE OF FILING, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this transmittal.

Applicant(s)
TIMOTHY J. BARBERICH, CONCORD, MA; JAMES W. YOUNG,
STILL RIVER, MA.

FOREIGN FILING LICENSE GRANTED 03/29/90          * SMALL ENTITY *
TITLE
METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL

PRELIMINARY CLASS: 514

(see reverse)

DLEV012049

LICENSE FOR FOREIGN FILING UNDER
Title 35, United States Code, Section 184
Title 37, Code of Federal Regulations, 5.11

## GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "FOREIGN FILING LICENSE GRANTED" followed by a date appears on the reverse side of this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required. The scope and limitations of this license are set forth in 36 CFR 5.15(a). This license is subject to revocation upon written notification. The data indicated is the effective date of the license, unless an earlier license has been granted under 37 CFR 5.13.

This license is to be retained by the licensee and may be used at anytime on or after the effective date thereof unless it is revoked. The license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations, especially with respect to certain countries, of other agencies, particularly the Office of Munitions Control, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR, Parts 121-128)); the Office of Export Administration, Department of Commerce (15 CFR 370.10(j)); and the Department of Energy or its successors.

## NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "FOREIGN FILING LICENSE GRANTED" DOES NOT appear on the reverse side of this form. Applicant may still petition for a license under 37 CFR 5.12(b), if a license is desired.

DLEV012050



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/461,262 | 01/05/90 | BARBERICH | SPC8905 |

HAMILTON, BROOK, SMITH & REYNOLDS
TWO MILITIA DRIVE
LEXINGTON, MA 02173-4799

EXAMINER
SCHENKMAN, L

| ART UNIT | PAPER NUMBER |
|---|---|
| 125 | |

DATE MAILED: 08/20/90

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☑ This application has been examined. ☐ Responsive to communication filed on _____ ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I** THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☑ Notice of References Cited by Examiner, PTO-892.   2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.   4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.   6. ☐ _____

**Part II** SUMMARY OF ACTION

1. ☑ Claims _____1 — 12_____ are pending in the application.
   Of the above, claims _____ are withdrawn from consideration.
2. ☐ Claims _____ have been cancelled.
3. ☐ Claims _____ are allowed.
4. ☑ Claims _____1 — 12_____ are rejected.
5. ☐ Claims _____ are objected to.
6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

EXAMINER'S ACTION

PTOL-326 (Rev.5-89)

DLEV012051

Serial No. 07/461,262                    -2-

Art Unit   125


The following is a quotation of 35 U.S.C. § 103 which forms the basis for all obviousness rejections set forth in this Office action:

A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Subject matter developed by another person, which qualifies as prior art only under subsection (f) or (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same person or subject to an obligation of assignment to the same person.

Claims 1-12 are rejected under 35 U.S.C. § 103 as being unpatentable over the Chemical Abstracts reference which teaches salbutamol (albuterol) used to treat asthma and compositions containing same. The determination of a particular isomer to employ would be a matter of obvious, alternatives to one skilled in the art. Allegations of reduced side effects are not persuasive since this has not been clinically established. Further, difference is activity between isomers is not unexpected; see In re Adamson et al, 125 USPQ 233.

Claims 9-12 are rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. The claims lack proportions of

DLEV012052

Serial No. 07/461,262                          -3-

Art Unit  125


ingredients.  The amount of the R isomer appears to relate to the

entire composition rather than total albuterol.


LEONARD SCHENKMAN
EXAMINER
ART UNIT 125

Schenkman:st
August 10, 1990

DLEV012053

08/163,581

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 08/163,581 | GROUP ART UNIT 125 | ATTACHMENT TO PAPER NUMBER |
|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) BALBERICH et al | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| D | | | | | | | |
| E | | | | | | | |
| F | | | | | | | |
| G | | | | | | | |
| H | | | | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG. SPEC. |
|---|---|---|---|---|---|---|---|---|
| L | | | | | | | | |
| M | | | | | | | | |
| N | | | | | | | | |
| O | | | | | | | | |
| P | | | | | | | | |
| Q | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| R | CHEMICAL ABSTRACTS 89: 123259 m (1978) |
|---|---|
| S | |
| T | |
| U | |

| EXAMINER | DATE 8-19-70 |
|---|---|

\* A copy of this reference is not being furnished with this office action. (See Manual of Patent Examining Procedure, section 707.05 (a).)

DLEV012054

PATENT APPLICATION
DOCKET NO: SPC89-05

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):    Timothy J. Barberich and James W. Young

Serial No.:    07/461,262              Group Art Unit:  125

Filed:    January 5, 1990              Examiner:  L. Schenkman

For:    METHOD FOR TREATING ASTHMA USING OPTICALLY PURE
R(-) ALBUTEROL

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being
deposited with the United States Postal Service as First
Class Mail in an envelope addressed to Honorable
Commissioner of Patents and Trademarks, Washington,
D.C. 20231, on 12-20-90

Hamilton, Brook, Smith & Reynolds

_Susan Dillaireo_                    12-20-90
Signature                              Date

The Honorable Commissioner of
    Patents and Trademarks
Washington, D.C.  20231

Sir:

Transmitted herewith is a response in the above-identified
application.

[X]    Small entity status of this application under 37 C.F.R. 1.9
       and 1.27 has been established by a verified statement
       previously submitted.

[ ]    A verified statement to establish small entity status under
       37 C.F.R. 1.9 and 1.27 is enclosed.

The fee has been calculated as shown below:

| | (Col. 1) CLAIMS REMAINING AFTER AMENDMENT | | (Col. 2) HIGHEST NO. PREVIOUSLY PAID FOR | (Col. 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT. FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 12 | MINUS | 20 | = 0 | x 10 | $ | | x 20 | $ |
| INDEP. | 3 | MINUS | 3 | = 0 | x 30 | $ | | x 60 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +100 | $ | | +200 | $ |
| | | | | TOTAL = | | $  0 | | | $ |

DLEV012055

The Honorable Commissioner of
Patents and Trademarks
Page 2



/___/    Please charge my Deposit Account No. 08-0380 in the
amount of $_____.

/___/    A check in the amount of $_____ is attached.

/x/      A separate Petition for Extension of Time is being filed
concurrently herewith.

    /x/      Payment for the extension fee is included with the
petition.

    /___/    Deposit Account No. 08-0380 is being charged for the
extension fee.

/x/      The Commissioner is hereby authorized to charge payment of
the following fees associated with this communication or
credit any overpayment to Deposit Account No. 08-0380.

    /x/      Any filing fees under 37 C.F.R. 1.16 for the
presentation of extra claims.

    /x/      Any patent application processing fees under
37 C.F.R. 1.17.

Any extensions of time that are required to maintain this
application in a pending status, if not included herewith, are
hereby requested. The Commissioner is hereby authorized to charge
such extension fees to Deposit Account No. 08-0380. Two copies
of this transmittal letter are enclosed for accounting purposes.

Respectfully submitted,

HAMILTON, BROOK, SMITH & REYNOLDS, P.C.

By   Paula A. Campbell
Registration No.   32,503
Attorney for Applicant(s)
(617) 861-6240

Dated: December 20, 1990

DLEV012056



SPC89-05 Amend

PATENT APPLICATION

RECEIVED
91 JAN -8 AM 10: 57
GROUP 120

MAIL ROOM
DEC 24 1990
PAT. & TRADEMARK OFF.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:  Timothy J. Barberich and James W. Young

Serial No.:  07/461,262        Group Art Unit: 125

Filed:       January 5, 1990   Examiner: L. Schenkman

For:         METHOD FOR TREATING ASTHMA USING
             OPTICALLY PURE R(-) ALBUTEROL

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to Honorable Commissioner of Patents and Trademarks, Washington, D.C. 20231 on 12-20-90

Hamilton, Brook, Smith & Reynolds

Signature                    Date

**AMENDMENT**

The Honorable Commissioner
of Patents and Trademarks
Washington, D.C. 20231

Sir:

     This amendment is submitted in response to the
Office Action mailed from the Patent Office on August
20, 1990.  A one-month extension of time for respond-
ing to the Office Action is respectfully requested.  A
petition for the extension of time and the appropriate
fee are being submitted concurrently herewith.  Please
amend the above-identified application as follows:

DLEV012057

-2-

## In the Claims

9.    (Amended) A composition comprising a mixture of an optically pure isomer of albuterol and at least one additional drug.

10.    (Amended) A composition of Claim 9 [containing] wherein the albuterol contains at least 90% by weight of the R(-) isomer of albuterol.

11.    (Amended) A composition of Claim 10 [containing] wherein the albuterol contains at least 99% by weight of the R(-) isomer of albuterol.

### REMARKS

#### Applicants' Invention

The invention is a method for treating asthma by administering to an afflicted individual an optically pure R(-) isomer of albuterol. Racemic mixtures of drugs, including albuterol, suffer from several drawbacks, including side effects associated with one isomer but not the other, and the fact that only one isomer generally has the therapeutic effect. Higher doses of the racemic mixture must be administered than of the optically pure active isomer. The present method solves many of the problems associated with racemic albuterol.

#### Rejection of Claims 1-12 Under 35 U.S.C. 103

Claims 1-12 are rejected under 35 U.S.C. 103 as being unpatentable over the Chemical Abstracts refer-ence, which, the Office Action states, teaches

DLEV012058

-3-

salbutamol (albuterol) to treat asthma. The Office
Action states that the determination of a particular
isomer to employ would be a matter of obvious alterna-
tives.

The Chemical Abstracts reference (89:123259)
describes the results of a comparison of the bron-
codilator effects in asthmatic patients of salbutamol
(albuterol), a mixture of salbutamol with hydroxyzine,
and a mixture of ephedrine, hydroxyzine and theo-
phylline. The abstract reports that there was little
difference between the three combinations in terms of
effectiveness or side effects.

Applicants' method utilizes an optically pure
isomer of albuterol to treat asthma while reducing the
side effects associated with the drug, e.g.,
drowsiness and cardiac disturbances. Such a method is
neither taught nor suggested by the cited abstract.
The abstract teaches that albuterol is not any more
effective in treating asthma than other known drugs,
such as theophylline, and the abstract does not teach
or suggest utilizing an optical isomer of albuterol or
any other drug. Thus, one skilled in the art relying
upon the cited reference would not have been motivated
to practice the claimed method, since there is no
teaching or suggestion that the active optical isomer
of a drug could be administered or would be more
effective than the racemic mixture if it was.

The Examiner has cited In re Adamson et al., 125
USPQ 233 (CCPA, 1960) in support of his statement that
differences in activity between optical isomers is not
unexpected. In this case, the claims on appeal were
composition claims directed to the levo-isomer of the
cited compounds. Process claims drawn to separating

DLEV012059

-4-

the levo-isomer from the dextro isomer were also considered. The CCPA upheld the Board of Appeals' decision affirming the Examiner's rejection of the claims based on prior art showing that many biological compounds exist as optical isomers and that the specific claimed compounds were known to be racemic mixtures. This case is not applicable to the instant case, in which the claims are drawn to a method of treating asthma by administering the R(-) isomer of albuterol. The art cited by the Examiner shows that racemic albuterol has been administered for treating asthma. However, there is no teaching or suggestion of administering the R(-) isomer of albuterol, or, in fact, of administering an optical isomer of any drug. This is important because optical isomers are chemically identical but may have profoundly different biological effects. For example, one isomer of a chiral compound may be biologically active while its' enantiomer, which is chemically and physically identical, may have little or no biological effect, or may have adverse effects. Such behavior cannot be predicted a priori, however. Therefore, one skilled in the art would be familiar with the biological and pharmcological unpredictability of enantiomers of a compound, and the claimed method would not have been obvious to such a person relying upon the cited abstract.

Rejection of Claims 9-12 Under 35 U.S.C. 112, second paragraph

Claims 9-12 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the

DLEV012060

-5-

subject matter which Applicants regard as the inven-
tion.  The Office Action states that the claims lack
proportions of ingredients, and that the amount of the
R isomer appears to relate to the entire composition
rather than total albuterol.  Claims 9-11 have been
amended to more clearly recite the proportions of
ingredients.  The amendments to the claims obviate
this rejection.

Information Disclosure Statement

An Information Disclosure Statement is being
submitted herewith.

DLEV012061

-6-

## CONCLUSION

In view of the amendments to the claims and the arguments presented herein, Applicants respectfully request that the above rejections be reconsidered and withdrawn.

If the Examiner believes that a telephone conversation with Applicants' attorney would be helpful in expediting prosecution of the application, the Examiner is invited to call the undersigned attorney at 617-861-6240.

Respectfully submitted,

Paula A. Campbell
Registration No. 32,503
Attorney for Applicants

Lexington, MA  02173
Dated: 12/20/90

DLEV012062

DOCKET NO. SPC89-05          #90 / 215          PATENT APPLICATION

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):  Timothy J. Barberich and James W. Young

Serial No.:    07/461,262

Filed:         January 5, 1990          Group Art Unit:  125

                                        Examiner:  L. Schenkman

METHOD FOR TREATING ASTHMA USING OPTICALLY PURE
R(-) ALBUTEROL

12-D

## PETITION FOR EXTENSION OF TIME

The Honorable Commissioner
of Patents and Trademarks
Washington, D. C.    20231

Sir:

    The undersigned attorney petitions the Commissioner of Patents and Trademarks to extend the time for filing a   Response
to the   Office Action   dated   August 20, 1990
for   1   months from November 20, 1990   to   December 20, 1990

|                      | Small Entity |        | Other than Small Entity |         |
|----------------------|:------------:|--------|:-----------------------:|---------|
| 1 month   -          | X  $   50    |        |     $   100             |         |
| 2 months  -          |    $  150    |        |     $   300             |         |
| 3 months  -          |    $  365    |        |     $   730             |         |
| 4 months  -          |    $  575    |        |     $ 1,150             |         |

[X]  Enclosed is a check in the amount of $ 50.00  to cover the
     cost of the extension.

[ ]  Please charge Deposit Account No. 08-0380 in the amount
     of $_____ to cover the cost of the extension fee.

    Any deficiency or overpayment should be charged or credited to
Deposit Account No. 08-0380.  A duplicate copy of this letter is
enclosed.

### CERTIFICATE OF MAILING

I hereby certify that this correspondence is being
deposited with the United States Postal Service as First
Class Mail in an envelope addressed to Honorable
Commissioner of Patents and Trademarks Washington,
D.C. 20231, on 12-20-90

Hamilton, Brook, Smith & Reynolds
100 DL 01/07/91 07461262

Susan DeAndreo          12-20-90
     Signature                Date

Respectfully submitted,

Paula A. Campbell
Attorney for Applicant(s)
Registration No. 32,503
Telephone:  (617) 861-6240
Lexington, Massachusetts 02173

Dated:  December 20, 1990
        1 215      50.00 CK

DLEV012063

SPC89-05 IDS
PAC26
12/11/90

PATENT APPLICATION

RECEIVED

91 JAN -8 AM 10: 56

*12C*

#8

GROUP 120

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MAIL ROOM
DEC 24 1990
PAT. & TRADEMARK

Applicants:    Timothy J. Barberich and James W. Young

Serial No:    07/461,262        Art Unit:    125

Filed:        January 5, 1990    Examiner: L. Schenkman

Title:        METHOD FOR TREATING ASTHMA USING
              OPTICALLY PURE R(-) ALBUTEROL

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to Honorable Commissioner of Patents and Trademarks, Washington, D.C. 20231, on 12-20-90

Hamilton, Brook, Smith & Reynolds

Susan Wood
Signature

12-20-90
Date

<u>INFORMATION DISCLOSURE STATEMENT</u>

The Honorable Commissioner
  of Patents and Trademarks
Washington, D.C. 20231

Sir:

      Pursuant to 37 C.F.R. 1.56 and 1.97-1.99, the
following listed items are cited to the Examiner as
being information which, in the good faith judgment of
the Applicants and the undersigned Attorney may be
relevant to the subject matter claimed in the above-
identified application.

DLEV012064

-2-

As required by 37 C.F.R. 1.98, each item listed below is followed by a "concise explanation" of its possible relevance. The comments are merely an introduction intended to help the Examiner place each item in context. They are not represented or intended to be comprehensive summaries.

AR   R.T. Brittain et al., Br. J. Pharmacol., 48:144-147 (1973)

Brittain and co-workers describe the pharmacological activity on β-adrenoreceptorsof the optical isomers of salbutamol (a/k/a albuterol). They report that R(-) salbutamol was much more potent than S(+) salbutamol on β-adrenoreceptors.

AS   C.J. Hawkins and G.T. Klease, J. Med. Chemistry, 16(7):856-857 (1973)

Hawkins and Klease describe the potency of the (+) and (-) isomers of salbutamol (albuterol) on guinea pig traceal tissue. They report that the (-) isomer was significantly more active than racemic salbutamol.

AT   D. Hartley and D. Middlemiss, J. Med. Chemistry, 14(9):895 (1971)

Hartley and Middlemiss describe the physical and chemical configuration of the optical isomers of salbutamol (albuterol). They report that R(-) salbutamol is much more active on β-adrenoreceptors than the S(+) isomer.

DLEV012065

-3-

AU    C.K. Buckner and P. Abel, J. Pharmacol. Exp.
      Ther., 189(3):616-625 (1974)

      Buckner and Abel describe the effects of the
optical isomers of soterenol, trimetoquinol and
salbutamol (albuterol) on the β-adrenergic
receptors of isolated guinea pig tracheal and
atrial tissue in vitro. They report that the
active isomer of saltbutamol R(-) salbutamol, is
much more active in tracheal tissue than in
atrial tissue.

      The references are listed on the attached PTO
form 1449 and a copy of each is included for the
Examiner's convenience.

                              Respectfully submitted,


                              Paula A. Campbell
                              Registration No. 32,503
                              Attorney for Applicants
                              (617) 861-6240

Lexington, MA 02173
Dated: 12\20\90

DLEV012066

Patents Act 1977
Examiner's report to the Comptroller under
Section 17 (The Search Report)

Application Number

9207363.4

| Relevant Technical fields | | Search Examiner |
|---|---|---|
| (i) UK Cl (Edition    K    ) | A5B (BHA, BJA) | J F JENKINS |
| | 5        A61K | |
| (ii) Int Cl (Edition    ) | | |

| Databases (see over) | Date of Search |
|---|---|
| (i) UK Patent Office | 6 AUGUST 1992 |
| (ii) ONLINE DATABASE: DIALINDEX (MEDICINE), CAS-ONLINE | |

Documents considered relevant following a search in respect of claims    1 TO 10

| Category (see over) | Identity of document and relevant passages | Relevant to claim(s) |
|---|---|---|
| X E | WO A1 91/09596 (SEPRACOR INC) whole document | 1-3, 5-9 |
| X E | EP A1 0455155 (BOEHRINGER INGELHEIM) | 1-3, 5-9 |
| Y | Chem. Pharm. Bule. 26(4), 1123-9, (1976) Murase et al | 1-3, 5-9 |
| Y | J. Med. Chem. 14(9), 895-6 (1971) Hartley et al | 1-3, 5-9 |
| Y | J. Liq. Chromatogr.11, 2147-63 (1988) Okamoto et al | 1-3, 5-9 |
| Y | Biochem. Pharmacol. 35(12), 1981-5, (1986) Koster et al | 1-3, 5-9 |
| Y | Br. J. Chim. Pharmac. 27, 49-56, (1989) Borgstrom et al | 1-3, 5-9 |

BEST AVAILABLE COPY

DLEV012067

| Category | Identity of document and relevant passages | | | Relevant to claim(s) |
|---|---|---|---|---|
| | | | | |

BEST AVAILABLE COPY

### Categories of documents

X: Document indicating lack of novelty or of inventive step.

Y: Document indicating lack of inventive step if combined with one or more other documents of the same category.

A: Document indicating technological background and/or state of the art.

P: Document published on or after the declared priority date but before the filing date of the present application.

E: Patent document published on or after, but with priority date earlier than, the filing date of the present application.

&: Member of the same patent family, corresponding document.

Databases: The UK Patent Office database comprises classified collections of GB, EP, WO and US patent specifications as outlined periodically in the Official Journal (Patents). The on-line databases considered for search are also listed periodically in the Official Journal (Patents).

Published 1992 at The Patent Office, Concept House, Cardiff Road, Newport, Gwent NP9 1RH. Further copies may be obtained from Sales Branch, Unit 6, Nine Mile Point, Cwmfelinfach, Cross Keys, Newport, NP1 7HZ. Printed by Multiplex techniques ltd, St Mary Cray, Kent.

DLEV012068



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/461,262 | 01/05/90 | BARBERICH | T | SPC8905 |

EXAMINER

SCHENKMAN, L

| ART UNIT | PAPER NUMBER |
|---|---|
| 125 | 9 |

HAMILTON, BROOK, SMITH & REYNOLDS
TWO MILTIA DRIVE
LEXINGTON, MA 02173-4799

DATE MAILED: 03/22/91

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☐ This application has been examined  ☑ Responsive to communication filed on 12-4-90  ☐ This action is made final.

A shortened statutory period for response to this action is set to expire _____3_____ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I  THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice re Patent Drawing, PTO-948.
3. ☑ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ _____

**Part II  SUMMARY OF ACTION**

1. ☑ Claims _____1 — 12_____ are pending in the application.
   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☑ Claims _____1 — 12_____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
   are ☐ acceptable; ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the
    examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____ has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

EXAMINER'S ACTION

DLEV012069

Serial No. 07/461,262                          ~2~

Art Unit  125


The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

A patent may not be obtained though the invention is not
identically disclosed or described as set forth in section
102 of this title, if the differences between the subject
matter sought to be patented and the prior art are such that
the subject matter as a whole would have been obvious at the
time the invention was made to a person having ordinary
skill in the art to which said subject matter pertains.
Patentability shall not be negatived by the manner in which
the invention was made.

Subject matter developed by another person, which qualifies
as prior art only under subsection (f) or (g) of section 102
of this title, shall not preclude patentability under this
section where the subject matter and the claimed invention
were, at the time the invention was made, owned by the same
person or subject to an obligation of assignment to the same
person.

Claims 1-12 are rejected under 35 U.S.C. § 103 as being

unpatentable over Chemical Abstracts for reasons of record.

Applicants arguments regarding unpredictability are not

persuasive in view of the cited decision.

Claims 1-5 are rejected under 35 U.S.C. § 103 as being

unpatentable over Brittain et al, Hartley et al, Hawkins et al and

Buckner et al who teach compositions containing the claimed

compounds (e.g water or saline solution) and its isomers used as

a bronchodilation in the treatment of asthma.  The references

further teach greater bronchodilation activity of the R (-)

isomer over the S(+) isomer.  The use therefor, of compositions

containing naimly the R (-) isomer in the treatment of asthma is

clearly rendered obvious by the prior art.

DLEV012070

Serial No. 07/461,262                    -3-

Art Unit  125


Claims 6-12 are rejected under 35 U.S.C. § 103 as being

unpatentable over the references supra in further view of

Chemical Abstracts which shows combination of drugs, including

salbutomal, used in the treatment of asthma.

Claims 6 and 9-11 are rejected under 35 U.S.C. § 112, second

paragraph, as being indefinite for failing to particularly point

out and distinctly claim the subject matter which applicant

regards as the invention.  No basis for the mixture of isomers set

forth in claims 10 and 11 can be found in claim 9 which is

limited to a single isomer.  Claim 9 is incorrect is not

including the R(-) isomer.  Compare with original claim 9.

Claims 9-12 are again deemed to be too broad absent proportions

of ingredients.  The term "additional drug" (claims 6 and 9-11)

is too broad.

Any inquiry concerning this communication or earlier
communications from the examiner should be directed to Examiner
L. Schenkman whose telephone number is (703) 308-0091.

Any inquiry of a general nature or relating to the status of
this application should be directed to the Group receptionist
whose telephone number is (703) 308-1235.


SCHENKMAN:drb                         LEONARD SCHENKMAN
March 13, 1991                              EXAMINER
                                         ART UNIT 125

DLEV012071

| PTO-1449<br>7-80 | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.<br>SPC89-05 | | |
|---|---|---|---|---|
| **LIST OF ART CITED BY APPLICANT**<br>*(Use several sheets if necessary)* | | APPLICANT<br>Timothy J. Barberich, et al. | | |
| | | FILING DATE<br>January 5, 1990 | GROUP<br>125 | |

91 JAN RECEIVED sheet 1 of 2
GROUP 89 08/143,581

MAIL ROOM DEC 24 1990 PATENT TRADEMARK

## U.S. PATENT DOCUMENTS

| EXAMINER<br>INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE<br>IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION<br>YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

## OTHER ART *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | AR | R.T. Brittain et al., *Br. J. Pharmacol.*, 48:144-147 (1973) |
| | AS | C.J. Hawkins and G.T. Klease, *J. Med. Chemistry*, 16(7):856-857 (1973) |
| | AT | D. Hartley and D. Middlemiss, *J. Med. Chemistry*, 14(9):895 (1971) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

DLEV012072

| | | | | | Sheet 2 of 2 |
|---|---|---|---|---|---|

**ATTY. DOCKET NO.** SPC89-05

**SERIAL NO.** 07/461,262

**APPLICANT** Timothy J. Barberich, et al.

**FILING DATE** January 5, 1990

**GROUP** 125

## U.S. PATENT DOCUMENTS

| DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|
| | | | | | |

## OTHER ART (Including Author, Title, Date, Pertinent Pages, Etc.)

AU  C.K. Buckner and P. Abel, J. Pharmacol. Exp. Ther., 189(3):616-625 (1974)

**Examiner** *[signature]*    **Date Considered** 3-19-9(?)

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if ...

DLEV012073

DOCKET NO.  SPCB89-05

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):   Timothy J. Barberich and James W. Young

Serial No.:   07/461,262          Group Art Unit:   125

Filed:   January 5, 1990          Examiner:   L. Schenkman

For:   METHOD FOR TREATING ASTHMA USING OPTICALLY
       PURE R(-) ALBUTEROL

**CERTIFICATE OF MAILING**

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to Honorable Commissioner of Patents and Trademarks, Washington, D.C. 20231, on 9/27/91.

Hamilton, Brook, Smith & Reynolds

The Honorable Commissioner of
    Patents and Trademarks
Washington, D.C.  20231

_____          _____
Signature                          Date
                                   9/23/91

Sir:

Transmitted herewith is a response in the above-identified application.

[X]   Small entity status of this application under 37 C.F.R. 1.9
      and 1.27 has been established by a verified statement
      previously submitted.

[ ]   A verified statement to establish small entity status under
      37 C.F.R. 1.9 and 1.27 is enclosed.

The fee has been calculated as shown below:

| (Col. 1) CLAIMS REMAINING AFTER AMENDMENT | | (Col. 2) HIGHEST NO. PREVIOUSLY PAID FOR | (Col. 3) PRESENT EXTRA | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | | | | RATE | ADDIT. FEE | | RATE | ADDIT. FEE |
| TOTAL | 10 | MINUS ** 20 | = 0 | x 10 | $ 0 | OR | x 20 | $ |
| IN. | 3 | MINUS *** 3 | = 0 | x 30 | $ 0 | | x 60 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | +100 | $ | | +200 | $ |
| | | | TOTAL = | | $ 0 | | | $ |

DLEV012074