The Honorable Commissioner of
Patents and Trademarks
Page 2

_/ /_ Please charge my Deposit Account No. 08-0380 in the
amount of $_____.

_/ /_ A check in the amount of $_____ is attached.

_/X/_ A separate Petition for Extension of Time is being filed
concurrently herewith.

    _/X/_ Payment for the extension fee is included with the
    petition.

    _/ /_ Deposit Account No. 08-0380 is being charged for the
    extension fee.

_/x/_ The Commissioner is hereby authorized to charge payment of
the following fees associated with this communication or
credit any overpayment to Deposit Account No. 08-0380.

    _/x/_ Any filing fees under 37 C.F.R. 1.16 for the
    presentation of extra claims.

    _/x/_ Any patent application processing fees under
    37 C.F.R. 1.17.

Any extensions of time that are required to maintain this
application in a pending status, if not included herewith, are
hereby requested. The Commissioner is hereby authorized to charge
such extension fees to Deposit Account No. 08-0380. Two copies
of this transmittal letter are enclosed for accounting purposes.

           Respectfully submitted,

           HAMILTON, BROOK, SMITH & REYNOLDS, P.C.

           _Richard W. Wagner_

           By___Richard W. Wagner_____
           Registration No. 34,480
           Agent for Applicant(s)
           (517) 861-6240

Dated:    September 23, 1991

DLEV012075

SPC89-05 Amend B
RWW
9/23/91
RWW/bah

PATENT APPLICATION
Docket: SPC89-05

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:  Timothy J. Barberich and James W. Young

Serial No:   07/461,262      Group Art Unit: 125

Filed:       January 5, 1990  Examiner:  L. Schenkman

Title:       METHOD FOR TREATING ASTHMA USING
             OPTICALLY PURE R(-) ALBUTEROL

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to Honorable Commissioner of Patents and Trademarks, Washington, D.C. 20231, on 9/23/91.

Hamilton, Brook, Smith & Reynolds

Signature                         9/28/91
                                  Date

AMENDMENT B

The Honorable Commissioner
   of Patents and Trademarks
Washington, D.C. 20231

Sir:

        Applicants' Agent respectfully requests a
three-month extension of time to reply to the Office
Action mailed from the Patent Office on March 22,

-2-

1991.  A separate Petition for Extension of Time and
the appropriate fee are being filed concurrently.

     Responsive to the Office Action mailed from the
Patent Office on March 22, 1991, please amend the
above-identified application as follows:

In the Claims

     In Claim 2, line 3, after "weight" insert ---of
total albuterol---.
     In Claim 3, line 3, after "weight" insert ---of
total albuterol---.

     6.     (Amended)  A method of treating asthma in an
individual with albuterol, while reducing side
effects associated with albuterol, comprising
administering to the individual a quantity of an
optically pure R(-) isomer of albuterol
sufficient to result in bronchodilation and at
least one additional drug selected from the group
consisting of bronchodilators, antihistamines and
analgesics.

     Cancel Claim 7.

     In Claim 8, line 1, change "Claim 7" to
---Claim 6---.

     9.     (Twice Amended)  A composition comprising a
mixture of an optically pure R(-) isomer of
albuterol and at least one other drug selected
from the group consisting of bronchodilators,
antihistamines and analgesics.

DLEV012077

-3-

Cancel Claims 10, 11 and 12.

Add the following new Claims:

13.    A composition of Claim 9 wherein the amount of
       the R(-) isomer of albuterol is greater than
       approximately 90% by weight of total albuterol.

14.    A composition of Claim 13 wherein the amount of
       the R(-) isomer of albuterol is greater than
       approximately 99% by weight of total albuterol.

## REMARKS

Rejection of Claims 1-12 under 35 U.S.C. §103

Claims 1-12 have been rejected under 35 U.S.C.
§103 over Chemical Abstracts which, it was stated,
teaches salbutamol (albuterol) used to treat asthma
and compositions containing albuterol. It was further
stated that the determination of a particular isomer
would be a matter of obvious alternatives. Finally,
it was stated that difference in activity between
isomers is not unexpected (In re Adamson et al.).

Applicants respectfully traverse this rejection.
The Chemical Abstracts reference shows the
bronchodilator effects of salbutamol and drug
combinations incorporating salbutamol. This reference
does not teach nor suggest the use of an optically
pure isomer of salbutamol, either alone or in
combination with other drugs. From this reference, a
person of ordinary skill in the art would not be

DLEV012078

-4-

motivated to use an optically pure isomer of
salbutamol to result in bronchodilation because there
is no suggestion of the efficacy of such an isomer in
the reference.

In re Adamson et al. does not cure this defect in
the Chemical Abstracts reference. In re Adamson et
al. teaches that optical isomers, or methods of
separating such isomers, of compounds that are art
recognized as having optical isomers are unpatentable.
In re Adamson et al. indicates that physiological
behavior of the stereo-isomers can differ
considerably. However, In re Adamson et al. is not
directed to the patentability of methods of eliciting
physiological responses, such as treating asthma, of
optically pure isomers. More importantly, neither the
Chemical Abstracts reference nor In re Adamson et al.
teaches or suggests the use of R(-) albuterol to
result in bronchodilation. Applicants' disclosure
teaches this method. The Chemical Abstracts reference
does not indicate or suggest the use of the R(-)
isomer of salbutamol and In re Adamson et al. does
not teach the efficacy of this isomer but, rather, at
best, that this isomer will have a different
physiological behavior than the S(+) isomer. For
example, from In re Adamson et al., it could be
inferred that the physiological property of the R(-)
isomer is a toxic effect. Applicants' disclosure,
instead, teaches the bronchodilation efficacy of this
isomer.

DLEV012079

-5-

### Rejection of Claims 1-5 under 35 U.S.C. §103

Claims 1-5 have been rejected under 35 U.S.C. §103 as being unpatentable over Brittain et al., Hartley et al., Hawkins et al. and Buckner et al, who, it was stated, teach compositions containing the claimed compounds and its isomers used as a bronchodilator in the treatment of asthma. It was further stated that the references teach greater bronchodilation activity of the R(-) isomer over the S(+) isomer, so compositions containing namely the R(-) isomer in the treatment of asthma is clearly rendered obvious by the prior art.

Applicants respectfully traverse this rejection. Brittain et al. show that both isomers and the racemic mixture of salbutamol act on beta$_2$ receptors rather than the beta$_1$ receptors. The (-) isomer and the racemic mixture are roughly equipotent against bronchospasm in guinea pigs (see page 145, last full paragraph) and isolated guinea pig trachea (see page 146, Table 1 and last full paragraph). That is, Brittain et al. show that there is no significant difference in bronchoactivity between (-) salbutamol and the racemic mixture of salbutamol.

Similarly, Hartley et al. show that both isomers and the racemic mixture of salbutamol act on the beta$_2$ receptors rather than the beta$_1$ receptors. The effects of the (-) isomer and the racemic mixture are equiactive on the beta$_2$ receptors of the intact trachea of the guinea pig (see the next to last paragraph of the second column on page 895). Indeed, Table I indicates the racemate of salbutamol is

DLEV012080

-6-

somewhat more active than the (-) isomer; the mean
equipotent doses of racemic and (-) albuterol were
reported in Table I to be 4.3 and 6.6, respectively..

Hawkins et al. characterize this study of Hartley
et al. by stating that Hartley et al. "reported that
racemic salbutamol was 1.5 times as active as the more
active (levo) of the two enantiomers." Hawkins et
al., in their study, show that the (-) isomer of
salbutamol is more active than the racemic mixture
when applied against guinea pig tracheal chains (see
page 857, top of left column) -- a result that is
clearly at odds with the findings of Hartley et al.

Buchner et al. show that the (-) and (+) isomers
of salbutamol are more active on guinea pig tracheal
strips than on guinea pig atria. There may be more
potency for the (-) isomer than the (+) isomer on the
tracheal strips, but there is no indication of the
potency of the (-) isomer of salbutamol compared with
the racemic mixture. This reference is silent
concerning the relative efficacy of the (-) isomer and
the racemic mixture.

The study by Buckner et al. attempts to ascertain
whether the ratio of activity of albuterol
(salbutamol) and other beta-agonists towards isolated
trachial strips and isolated right atria (in both
cases from guinea pig) is dependent on the
stereochemistry of the tested drug. These
investigators summarize their results as follows (see
the right-hand column on page 619): "Even though the
potencies of single isomers may differ as much as
24-fold (for salbutamol) between atria and trachea,
the stereoselectivity for production of activity is

DLEV012081

-7-

the same." That is, the <u>ratio</u> of tracheal-to-atrial activities found by Buckner and Abel for the (-) and (+) isomers of albuterol were identical.

These references can be interpreted as indicating that the (-) isomer of salbutamol may not be as effective as the racemate. Since there is lack of agreement between these references concerning the relative efficacy of the (-) isomer and the racemate, a person of ordinary skill in the art would be, at least, confused by these references. For example, if Brittain <u>et al</u>. or Hartley <u>et al</u> were considered, there would be no apparent difference in efficacy between the (-) isomer and the racemate.

In contrast, Applicants' invention teaches the use of R(-) albuterol rather than the racemate to result in bronchodilation. By such administration of the R(-) isomer, the undesirable side effects associated with the racemate are also reduced. Applicants' invention clearly distinguishes over the prior art by specifying the R(-) isomer, rather than the racemate or the S(+) isomer, to result in bronchodilation and to reduce undesirable side effects associated with beta-adrenergic drugs.

## Rejection of Claims 6-12 under 35 U.S.C. §103.

Claims 6-12 have been rejected under 35 U.S.C. §103 as being unpatentable over the references cited in the rejection of Claims 1-5 in further view of the Chemical Abstracts reference which shows combinations of drugs, including salbumatol, used in the treatment of asthma.

Applicants respectfully traverse this rejection. The Chemical Abstracts reference does not cure the above discussed shortcomings of the prior art in indicating the

DLEV012082

-8-

use of R(-) albuterol to result in bronchodilation. The
Chemical Abstracts reference does not show the existence
or indicate a use for R(-) albuterol. There is no
teaching or suggestion in the Chemical Abstracts
reference that would motivate a person of ordinary skill
in the art to use R(-) albuterol alone or in combination
with other drugs in the treatment of asthma. The cited
references do not show nor suggest a combination of drugs
that include R(-) albuterol to result in bronchodilation.

Rejection of Claims 6 and 9-11 under 35 U.S.C. §112,
second paragraph.

    Claims 6 and 9-11 have been rejected under 35 U.S.C.
§112, second paragraph as being indefinite for failing
to particularly point out and distinctly claim the
subject matter of the invention. It was stated that
there is no basis in Claim 9 for the mixture of
isomers set forth in Claims 10 and 11. That is, Claim
9 is incorrect in not including the R(-) isomer. It
was also stated that Claims 9-12 are too broad absent
proportions of ingredients. It was stated that the
term "additional drug" in Claims 6 and 9-11 is too
broad.

    In response to this rejection, Claims 2, 3, 6, 8
and 9 have been amended, Claims 7 and 10-12 have been
cancelled and Claims 13 and 14 have been newly added.
The amendments to Claims 6 and 9 state the
constituency of the "additional drug". Since this
constituency had been stated in Claims 7 and 12, these
latter claims have been cancelled. Claim 8 was
amended to state the proper dependency. Claim 9 was
also amended to state the R(-) isomer of albuterol so
that Claims 10 and 11 (now Claims

DLEV012083

-9-

13 and 14) now have proper basis. Claims 2 and 3 were amended by adding the phrase "of total albuterol" to more distinctly claim the subject matter of the invention. Support for this amendment can be found on page 3, lines 25-30 of the specification. Finally, Claims 10 and 11 have been cancelled and replaced by Claims 13 and 14, respectively. These newly added claims are restatements of cancelled Claims 10 and 11 in better grammatical format and are in accordance with Claims 2 and 3.

Applicants respectfully traverse the rejection of Claims 9-12 (now Claims 9, and 13-14) as too broad absent proportions of ingredients. Such proportions are dependent on a number of factors known to a person of skill in the art. These factors include, for example, the individual's age, body proportions, type of disease, severity of symptoms and mode of administration (see the present specification page 4, line 22-page 5, line 2). For this reason, the proportions of ingredients cannot be stated with certitude for all individuals but, rather, must be determined on an individual basis. Skilled artisans determine the ingredient proportions based, at least in part, on the above-listed factors.

## CONCLUSIONS

With the above amendments and for the above stated reasons, Applicants believe the 35 U.S.C. §§103 and 112, second paragraph rejections have been overcome. Applicants respectfully request reconsideration of the Application and allowance thereof.

DLEV012084

-10-

If the Examiner feels that a telephone conversation would expedite prosecution of this Application, he is asked to call Applicants' Agent at (617) 861-6240.

Respectfully submitted,

*Richard W. Wagner*

Richard W. Wagner
Agent for Applicants
Registration No. 34,480

Lexington, MA  02173

Dated: *September 23, 1991*

DLEV012085

DOCKET NO. SPC89-0          365 / 21        PATENT APPLICATION

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s): Timothy J. Barberich an James W. Young 91 OCT -4 AM 9:55    #10

Serial No.: 07/461,262                Group Art Unit: 125 GROUP 120

Filed: January 5, 1990                Examiner: L. Schenkman    10/5/91

For:        METHOD FOR TREATING ASTHMA USING
            OPTICALLY PURE R(-) ALBUTEROL.

## PETITION FOR EXTENSION OF TIME

The Honorable Commissioner
 of Patents and Trademarks
Washington, D. C.   20231

Sir:

    The undersigned attorney petitions the Commissioner of Patents and
Trademarks to extend the time for filing a Response
to the ___Office Action___ dated ___March 22, 1991___
for _3_ months from ___June 22, 1991___ to ___September 22, 1991___.

|                | Small Entity | Other than Small Entity |
|----------------|--------------|--------------------------|
| 1 month  –     | $ 50         | $ 100                    |
| 2 months –     | $ 150        | $ 300                    |
| 3 months –  X  | $ 365        | $ 730                    |
| 4 months –     | $ 575        | $ 1,150                  |

[X]   Enclosed is a check in the amount of $ 365.00 to cover the
      cost of the extension.

[ ]   Please charge Deposit Account No. 08-0380 in the amount
      of $_____ to cover the cost of the extension fee.

    Any deficiency or overpayment should be charged or credited to
Deposit Account No. 08-0380.  A duplicate copy of this letter is
enclosed. 050 LP 10/03/91 07461262         1 217    365.00 CK

### CERTIFICATE OF MAILING

I hereby certify that this correspondence is being
deposited with the United States Postal Service as First
Class Mail in an envelope addressed to Honorable
Commissioner of Patents and Trademarks, Washington,
D.C. 20231, on 9/23/91
Hamilton, Brook, Smith & Reynolds

_B. J. Nonnis_          _9/23/91_
Signature                Date

Respectfully submitted,

_Richard W. Wagner_

Richard W. Wagner
Agent for Applicant(s)
Registration No. 34,480
Tel. (617) 861-6240
Lexington, MA   02173

Date: September 23, 1991

DLEV012086

SPC89-05 IDS
RWW2a
9/24/91
RWW/bjn



PATENT APPLICATION
Docket No. SPC89-05

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:  Timothy J. Barberich and James W. Young

Serial No.:  07/461,262          Group Art Unit:  125

Filed:       January 5, 1990     Examiner:  L. Schenkman

Title:       METHOD FOR TREATING ASTHMA USING OPTICALLY
             PURE R(-) ALBUTEROL

### CERTIFICATE OF MAILING

I hereby certify that this correspondence is being
deposited with the United States Postal Service as First
Class Mail in an envelope addressed to Honorable
Commissioner of Patents and Trademarks, Washington,
D.C. 20231 on 9/25/91

Hamilton, Brook, Smith & Reynolds, P.C.

_B. J. Nevius_
Signature

_9/25/91_
Date

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

The Honorable Commissioner
of Patents and Trademarks
Washington, D. C.   20231

Sir:

Pursuant to 37 C.F.R. 1.56 and 1.97-1.99, the
following listed item is cited to the Examiner as being
information which, in the good faith judgment of the
Applicants and the undersigned Agent, is relevant to the
subject matter claimed in the above-identified

DLEV012087

-2-

Application.  The following listed item has come to
Applicants' attention since the Information Disclosure
Statement of December 20, 1990 was mailed to the Patent
Office.

As required by 37 C.F.R. 1.98, each item below is
followed by a "concise explanation" of its possible
relevance.  The comments are an introduction intended to
help the Examiner place each item in context.  They are
not represented or intended to be comprehensive sum-
maries.

AV    Tan et al., J. Chromatography 422, 187-95 (1987)

The authors describe measurements of the amounts of
the R(-) and S(+) enantiomers of salbutamol in human
urine following oral or intravenous administration
of the racemic mixture.  The studies show that the
S(+) enantiomer is more rapidly excreted than the
more active R(-) enantiomer by the renal route.

The reference is listed on the attached PTO Form
1449 and a copy is included for the Examiner's considera-
tion.

Respectfully submitted,

Richard W. Wagner

Richard W. Wagner
Agent for Applicants
Registration No. 34,480
(617) 861-6240

Lexington, MA  02173

Dated: September 25, 1991



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/461,262 | 01/05/90 | BARBERICH | T | SPC8905 |

HAMILTON, BROOK, SMITH & REYNOLDS
TWO MILITIA DRIVE
LEXINGTON, MA 02173-4799

| EXAMINER |
|---|
| SCHENKMAN, L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1205 | 13 |

DATE MAILED:    12/09/91

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☐ This application has been examined    ☑ Responsive to communication filed on _9/26/91_    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire _3_ month(s), ☐ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.
3. ☑ Notice of Art Cited by Applicant, PTO-1449.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.

2. ☐ Notice re Patent Drawing, PTO-948.
4. ☐ Notice of Informal Patent Application, Form PTO-152.
6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☑ Claims _1—6, 8, 9, 13 and 14_ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ are withdrawn from consideration.

3. ☐ Claims _____ have been cancelled.

4. ☑ Claims _1—6, 8, 9, 13 and 14_ are allowed.

5. ☐ Claims _____ are rejected.

6. ☐ Claims _____ are objected to.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____ has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☑ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

PTOL-326 (Rev. 9-83)    **EXAMINER'S ACTION**

DLEV012089




Serial No. 07/461,262                          -2-

Art Unit   1205


        The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

        A patent may not be obtained though the invention is not
        identically disclosed or described as set forth in section
        102 of this title, if the differences between the subject
        matter sought to be patented and the prior art are such that
        the subject matter as a whole would have been obvious at the
        time the invention was made to a person having ordinary
        skill in the art to which said subject matter pertains.
        Patentability shall not be negatived by the manner in which
        the invention was made.

        Subject matter developed by another person, which qualifies
        as prior art only under subsection (f) or (g) of section 102
        of this title, shall not preclude patentability under this
        section where the subject matter and the claimed invention
        were, at the time the invention was made, owned by the same
        person or subject to an obligation of assignment to the same
        person.

        Claims 1-6, 8, 9, 13 and 14 are rejected under 35 U.S.C.

§ 103 as being unpatentable over Chemical Abstracts for reasons

of record.  Applicant's arguments and analysis of the In re

Adamson decision are not well taken.  The fact that Adamson does

not relate to treatment of asthma or use of the claimed isomer is

not germane since the claimed isomer has the same type of

activity as the racemic mixture.

        Claims 1-5 are rejected under 35 U.S.C. § 103 as being

unpatentable over Brittain et al., Hartley et al., Hawkins et al.

and Buckner et al. for reasons of record.  Applicant's argument

that the prior art teaches that the (-) isomer and the racemic

mixture exhibit the same degree of activity is not universally

accepted; note that Hawkins et al. article.  In any event, since

DLEV012090

 

Serial No. 07/461,262                     -3-

Art Unit   1205

it has been established that the racemic mixture and isomeric
forms of the compounds have been used or tested as
bronchodilators in the treatment of asthma, the use of
compositions containing the claimed isomer in the treatment of
asthma is clearly rendered obvious, notwithstanding the
inconsistency of the prior art on the this point.  The references
cited herein would present a strong prima facie case of
obviousness even assuming, arguendo, they dealt solely with the
racemic mixture.

Claims 6, 8, 9, 13 and 14 are rejected under 35 U.S.C. § 103
as being unpatentable over Brittain et al. Hartley et al. Hawkins
et al. and Bruckner et al. in view of Chemical Abstracts for
reasons of record.  The fact that Chemical Abstracts does not
teach the isomers of Albuterol is not germane to this rejection.
Drug combinations containing the (-) isomer would clearly be
obvious in view of the teaching of drug combinations containing
the racemic mixture.

Claims 9, 13 and 14 are rejected under 35 U.S.C. § 112,
second paragraph, as being indefinite for failing to particularly
point out and distinctly claim the subject matter which applicant
regards as the invention.  Claims 13 and 14 do not have proper
antecedent support in claim 9 which appears to be limited to the
(-) isomer.  Claims 9, 13 and 14 are again rejected as being too
broad absent recitation of amounts of ingredients present.  The

DLEV012091

 

Serial No. 07/461,262                                    −4−

Art Unit   1205

skilled artisan would be hard pressed to determine contemplated

proportions; note the functional language of claim 6.

Tan et al. is cited to show the state of the art.

THIS ACTION IS MADE FINAL.  Applicant is reminded of the

extension of time policy as set forth in 37 C.F.R. § 1.136(a).


A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS FINAL
ACTION IS SET TO EXPIRE THREE MONTHS FROM THE DATE OF THIS
ACTION.  IN THE EVENT A FIRST RESPONSE IS FILED WITHIN TWO MONTHS
OF THE MAILING DATE OF THIS FINAL ACTION AND THE ADVISORY ACTION
IS NOT MAILED UNTIL AFTER THE END OF THE THREE-MONTH SHORTENED
STATUTORY PERIOD, THEN THE SHORTENED STATUTORY PERIOD WILL EXPIRE
ON THE DATE THE ADVISORY ACTION IS MAILED, AND ANY EXTENSION FEE
PURSUANT TO 37 C.F.R. § 1.136(a) WILL BE CALCULATED FROM THE
MAILING DATE OF THE ADVISORY ACTION.  IN NO EVENT WILL THE
STATUTORY PERIOD FOR RESPONSE EXPIRE LATER THAN SIX MONTHS FROM
THE DATE OF THIS FINAL ACTION.

Any inquiry concerning this communication or earlier
communications from the examiner should be directed to Examiner
Schenkman whose telephone number is (703) 308-4651.

Any inquiry of a general nature or relating to the status of
this application should be directed to the Group receptionist
whose telephone number is (703) 308-1235.




                                    LEONARD SCHENKMAN
                                    EXAMINER
                                    ART UNIT 125

Schenkman: ach
December 05, 1991




DLEV012092

| | | ATTY. DOCKET NO. | | SERIAL NO. | 08/463,581 | | |
|---|---|---|---|---|---|---|---|
| | | SPC89-05 | | 07/461,262 | | | 12 |
| | | APPLICANT | | | | | |
| | | Timothy J. Barberich and James W. Young | | | | | |
| | | FILING DATE | | GROUP | | | |
| | | January 5, 1990 | | 125 | | | |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER ART (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | | |
|---|---|---|
| | | Tan et al., "Analysis of Salbutamol Enantiomers in Human Urine by Chiral |
| JJ | AV. | High Performance Liquid Chromatography and Preliminary Studies Related to the Stereoselective Disposition Kinetics in Man", J. Chromatogr., 422, 187-95 (1987) |

| Examiner | *J. Schehan* | Date Considered | 11-1991 |
|---|---|---|---|

DLEV012093





PATENT APPLICATION
Docket No. SPC 89-05

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Timothy J. Barberich and James W. Young

Serial No:    07/461,262          Group Art Unit: 1205

Filed:        January 5, 1990     Examiner:  L. Schenkman

Title:        METHOD FOR TREATING ASTHMA USING
              OPTICALLY PURE R(-) ALBUTEROL

"EXPRESS MAIL" Mailing Label No.  RB 794623247
Date of Deposit  June 9, 1992
I hereby certify that this paper or fee is being
deposited with the United States Postal Service
"Express Mail Post Office to Addressee"
service under 37 CFR 1.10 on the date indicated
above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231
B. J. Nannis
(Typed or printed name of person mailing paper or fee)
B. J. Nannis
(Signature of person mailing paper or fee)

ASSOCIATE POWER OF ATTORNEY

The Honorable Commissioner
of Patents and Trademarks
Washington, D. C.  20231

Sir:

    An Associate Power of Attorney is hereby granted to
Richard W. Wagner, Registration No. 34,480, in the
above-identified patent application.

    Please send all correspondence to Patricia Granahan,
Hamilton, Brook, Smith & Reynolds, P.C., Two Militia
Drive, Lexington, MA  02173.  Please direct all telephone
calls to Patricia Granahan at (617) 861-6240.

                    Respectfully submitted,

                    Patricia Granahan

                    Patricia Granahan
                    Registration No. 32,227
                    Attorney for Applicant(s)
                    (627) 861-6240

Lexington, MA  02173

Dated:  June 9, 1992

DLEV012094

DOCKET NO. SPC89-                    (S# )00) *WOOF7805.00 141 6F12G*          PATENT APPLICATION

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s)                    Timothy J. Barberich and James W. Young          #15

Serial No.                      07/461,262                      Group Art Unit: 1205

Filed                           January 5, 1990                 Examiner: L. Schenkman

For:                            METHOD FOR TREATING ASTHMA USING OPTICALLY
                                PURE R(-) ALBUTEROL

RB
"EXPRESS MAIL" Mailing Label No. 794623247
Date of Deposit    June 9, 1992
I hereby certify that this paper or fee is been
deposited with the United States Postal Service
"Express Mail Post Office Post Office to Addressee"
service under 37 CFR 1.110 on the date indicated
above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231

B. J. Nannis
Typed or printed name of person mailing paper or fee

B. J. Nannis
(Signature of person mailing paper or fee)

## PETITION FOR EXTENSION OF TIME

The Honorable Commissioner
of Patents and Trademarks
Washington, D. C.    20231

Sir:

   The undersigned attorney petitions the Commissioner of Patents and
Trademarks to extend the time for filing a    Notice of Appeal
to the    Office Action Made Final    dated December 9, 1991
for   3   months from   March 9, 1992   to   June 9, 1992
In lieu of a Notice of Appeal, Applicants are filing a File Wrapper Continuation
application concurrently herewith.

|              | Small Entity | Other than Small Entity |
|--------------|--------------|-------------------------|
| 1 month –    | $ 55         | $ 110                   |
| 2 months –   | $175         | $ 350                   |
| 3 months –   | X $405       | $ 810                   |
| 4 months –   | $640         | $1,280                  |

[X]    Enclosed is a check in the amount of $ 405.00 to cover the
       cost of the extension.

[ ]    Please charge Deposit Account No. 08-0380 in the amount
       of $_____ to cover the cost of the extension fee.

   Any deficiency or overpayment should be charged or credited to
Deposit Account No. 08-0380. Two duplicate copies of this letter are
enclosed.

                              Respectfully submitted,

                              Richard W. Wagner
                              Richard W. Wagner
                              Agent for Applicant(s)
                              Registration No. 34,480
                              (617) 861-6240

Lexington, Massachusetts 02173

Dated:   June 9, 1992

070 AP 06/17/92 07461262          1 217     405.00 CK

DLEV012095

JUMBO

BEST AVAILABLE COPY

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/896,725 | 06/09/92 | 514 | 646 | 1205 | Schenkman |

**APPLICANTS**

TIMOTHY J. BARBARICH, CONCORD, MA; JAMES W. YOUNG, STILL RIVER, MA.

**CONTINUING DATA*****************
VERIFIED     THIS APPLN IS A CON OF     07/461,262 01/05/90
Schenkman

**FOREIGN/PCT APPLICATIONS************
VERIFIED

FOREIGN FILING LICENSE GRANTED 06/30/92     ***** SMALL ENTITY *****

| | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| | | MA | 0 | 10 | 3 | $345.00 | SPC89-05 |

PATRICIA GRANAHAN
HAMILTON, BROOK, SMITH & REYNOLDS
TWO MILITIA DRIVE
LEXINGTON, MA 02173

METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL

U.S. DEPT. of COMM.-Pat. & TM Office—PTO-436L (rev. 10-78)

PARTS OF APPLICATION
FILED SEPARATELY

| NOTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE | | CLAIMS ALLOWED | | |
|---|---|---|---|---|---|
| | Assistant Examiner | Docket Clerk | Total Claims | Print Claim | |
| **ISSUE FEE** | | | **DRAWING** | | |
| Amount Due | Date Paid | | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| | | Primary Examiner | | | |
| | ISSUE CLASSIFICATION | | ISSUE BATCH NUMBER | | |
| | Class | Subclass | | | |
| Label Area | | | | | |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
Rep. 8/88

DLEV012096



DLEV012097

SEARCHED

| POSITION | INIT. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | 414 | 6-26-92 |
| TYPIST | 342 | 6-30-92 |
| VERIFIER | | 10-30-92 |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |

## INDEX OF CLAIMS

BEST AVAILABLE COPY

DLEV012098




-1-

07 896725

PATENT APPLICATION
DOCKET NO.: SPC89-05'

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s): Timothy J. Barberich and James W. Young

Prior Application Serial No.: 07/461,262    Attorney's Docket No.: SPC89-05'

Prior Application Filing Date: January 5, 1990

For: METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL

| Anticipated Classification of this Application: | Prior application: |
|---|---|
| Class_____ Subclass_____ | Examiner: L. Schenkman |
| | Art Unit: 1205 |

Commissioner of Patents and Trademarks
Box FWC
Washington, D.C.  20231

### FILE WRAPPER CONTINUING APPLICATION (FWC)

1.    This is a request for a filing under the file wrapper continuing application procedure, 37 CFR 1.62, for a

____X____  continuation

____  divisional

____  continuation-in-part (for oath or declaration see II below)

____  attached is an amendment for added subject matter of prior application Serial No. _____ filed on _____

---

### CERTIFICATION UNDER 37 CFR 1.10

I hereby certify that this FWC transmittal and the documents referred to as attached therein are being deposited with the United States Postal Service on this date  June 9, 1992  in an envelope as "Express Mail Post Office to Addressee" mailing Label Number RB 794623247  addressed to the:

Commissioner of Patents and Trademarks
Box FWC
Washington, D.C.  20231

Barbara J. Nagnis
(Type or print name of person mailing paper)

*Barbara J. Nagnis*
(Signature of person mailing paper)

DLEV012099

-2-

(further particulars of prior application are)

1.  Title (as originally filed) METHOD FOR TREATING ASTHMA USING
    OPTICALLY PURE R(-) ALBUTEROL
    (and as last amended) _____

2.  Name of applicant(s) (as originally filed and as last amended)
    and current correspondence address of applicant(s)

| | FAMILY NAME | FIRST GIVEN NAME | SECOND GIVEN NAME |
|---|---|---|---|
| FULL NAME OF INVENTOR | Barbarich | Timothy | J. |
| | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| RESIDENCE & CITIZENSHIP | Concord | MA | U.S.A. |
| | POST OFFICE ADDRESS | CITY | STATE & ZIP CODE/ COUNTRY |
| POST OFFICE ADDRESS | 73 Nashoba Road | Concord | MA 01742 U.S.A. |
| | FAMILY NAME | FIRST GIVEN NAME | SECOND GIVEN NAME |
| FULL NAME OF INVENTOR | Young | James | W. |
| | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| RESIDENCE & CITIZENSHIP | Still River | MA | U.S.A. |
| | POST OFFICE ADDRESS | CITY | STATE & ZIP CODE/ COUNTRY |
| POST OFFICE ADDRESS | 295 Still River Road | Still River | MA 01467 U.S.A. |
| | FAMILY NAME | FIRST GIVEN NAME | SECOND GIVEN NAME |
| FULL NAME OF INVENTOR | | | |
| | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| RESIDENCE & CITIZENSHIP | | | |
| | POST OFFICE ADDRESS | CITY | STATE & ZIP CODE/ COUNTRY |
| POST OFFICE ADDRESS | | | |

     The above-identified application in which no payment of issue
fee, abandonment of, or termination of proceedings has occurred, is
hereby expressly abandoned as of the filing date of this new
application.  Please use all the contents of the prior application
file wrapper, including the drawings, as the basic papers for the new
application.

DLEV012100

-3-

It is understood that secrecy under 35 U.S.C. 122 is hereby waived to the extent that if information or access is available to any one of the applications in the file wrapper of a 37 CFR 1.62 application, be it either this application or a prior application in the same file wrapper, the PTO may provide similar information or access to all the other applications in the same file wrapper.

II.  Declaration or oath
    A.   Continuation or divisional
       __X__  none required
    B.   Continuation-in-part
           attached
           ____ an original
           executed by (check all applicable items)
               ____ inventor(s).
               ____ legal representative of inventor(s) 37 CFR 1.42 or 1.43.
               ____ joint inventor or person showing a proprietary interest for inventor who refused to sign or cannot be reached. 37 CFR 1.47;
                    ____ This is the petition required by 37 CFR 1.47 and the statement required by 37 CFR 1.47 is also attached.  See item V below for fee.
      ____ not attached
           Application is made by a person authorized under 37 CFR 1.41(c) on behalf of all of the above-named applicant(s).  The declaration or oath, along with the surcharge required by 37 CFR 1.16(e), can be filed subsequently.
           ____ showing that the filing is authorized.  (Not required unless called into question.  37 CFR 1.41(d).

DLEV012101

-4-

III. ____ Please enter the previously filed amendment under 37 CFR
1.116 from the prior application.

IV. Fee Calculation
__X__ The fees to be charged are to be based on the number of
claims remaining as a result of the
____ attached preliminary amendment
____ the unentered amendment filed under 37 CFR 1.116 in
the prior application
__X__ the claims as on file in the prior application

## CLAIMS FOR FEE CALCULATION

The filing fee has been calculated as shown below:

| FOR: | (Col. 1) NO. FILED | (Col. 2) NO. EXTRA | SMALL ENTITY RATE FEE | OR | OTHER THAN A SMALL ENTITY RATE FEE |
|---|---|---|---|---|---|
| BASIC FEE | | | $345 | OR | $690 |
| TOTAL CLAIMS | 10 -20= | * 0 | x10= $ 0 | OR | x20= $ |
| INDEP CLAIMS | 3 -3= | * 0 | x36= $ 0 | OR | x72= $ |
| [ ] MULTIPLE DEPENDENT CLAIM PRESENTED | | | x110=$ | OR | x220= $ |
| | | | Assignment Fee: $ | | Assignment Fee: $ |
| | | | TOTAL: $345.00 | | TOTAL: |

* If the difference in Col. 1
is less than zero, enter
"0" in Col. 2

Small Entity Statement
____ A verified statement that this is a filing by a small entity
is attached.
__X__ The small entity statement was filed in the parent
application Serial No. 07/461,262 on March 9, 1990 and
its benefit under 37 CFR 1.28(a) is hereby claimed.

V. Fee Payment Being Made At This Time

Method of Payment of Fees
__X__ attached is check in the amount of        $ 345.00

____ charge Account No. _____ in the
amount of                                  $_____

DLEV012102

−5−

**VI. Authorization to Charge Additional Fees**

> __X__ The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 08-0380. Two duplicate copies of this letter are enclosed.
>
> > __X__ Any additional filing fees required under 37 CFR 1.16.
> >
> > __X__ Any patent application processing fees under 37 CFR 1.17.
>
> __X__ The Commissioner is hereby authorized to charge payment of the following fees during pendency of this application or credit any overpayment to Deposit Account No. 08-0380. Two duplicate copies of this letter are enclosed.
>
> > __X__ Any patent application processing fees under 37 CFR 1.17.
> >
> > __X__ Any filing fees under 37 CFR 1.16 for presentation of extra claims.

**VII. Instructions as to Overpayment**

> __X__ Credit Account No. 08-0380
>
> _____ Refund

**VIII. Prior Foreign Applications and Claim to Priority - 35 U.S.C. 119**

> Listed below are foreign application(s) for patent or inventor's certificate on which priority is claimed. Also identified are any foreign application(s) for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

|  |  |  | Priority Claimed | |
|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |
| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |
| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |

-6-

IX.  Relate Back - 35 U.S.C. 120

     X    Amend the specification by inserting before the first
         line the sentence:

     This is a
        X    continuation
           divisional
           continuation-in-part

     of co-pending application Serial No.    07/461,262      filed
     on    January 5, 1990   now Abandoned

X.  Assignment

     X    the prior application is assigned of record to
         Sepracor, Inc., 33 Locke Drive, Marlborough, MA  01752

         an assignment of the invention to

     is attached.

XI.  Power of Attorney

     The power of attorney in the prior application is to

| Attorney | Registration No. |
|---|---|
| David E. Brook | 22,592 |
| James M. Smith | 28,043 |
| Leo R. Reynolds | 20,884 |
| Giulio A. DeConti, Jr. | 31,503 |
| Richard A. Wise | 18,041 |
| Patricia Granahan | 32,227 |
| Mary Lou Wakimura | 31,804 |
| Thomas O. Hoover | 32,470 |
| Paula A. Campbell | 32,503 |
| Alice C. Olek | 33,542 |

DLEV012104

-7-

a.   X   The power appears in the original papers in the prior application.
b.   ___  The power does not appear in the original papers, but was filed on _____.
c.   X   A new*power has been executed and is attached.
d.   X   Address all future communications to:

Patricia Granahan
HAMILTON, BROOK, SMITH & REYNOLDS, P.C.
Two Militia Drive

Lexington, MA  02173

*Associate Power of Attorney

## XII. Maintenance of Copendency of Prior Application

Please abandon the prior application when any petition for extension of time filed in that application is granted and when this application is granted a filing date so as to make this application copending with said prior application.

___  A petition, fee and response has been filed to extend the term for response in the pending prior application until _____

X   A petition and fee is attached to extend the term for response in the pending prior application until   June 9, 1992

___  The term for response in the pending prior application expires _____

Richard W. Wagner
Type or print name of person signing

*June 9, 1992*
Date

*Richard W. Wagner*
Signature

P.O. Address of Signatory:
Two Militia Drive
Lexington, MA  02173

___  Inventor
___  Assignee of complete interest
___  Person authorized to sign on behalf of assignee
Title _____

Tel. No.: (617) 861-6240

X   Attorney or agent of record
___  Filed under Rule 34(a)

Reg. No.: _____
(if applicable)

DLEV012105



07 896725

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

040 RP 06/23/92 07896725          1 201      345.00 CK SPCB9-05

PTO-1556
(5/87)

DLEV012106

## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective December 16, 1991

**Application or Docket Number**

896725

### CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $ 345.00 | OR | | $ 690.00 |
| TOTAL CLAIMS | 10 | minus 20 = * | x $10= | | OR | x $20 = | |
| INDEPENDENT CLAIMS | 3 | minus 3 = * | x 36 = | | OR | x 72 = | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | + 110 = | | OR | + 220 = | |
| | | | TOTAL | 345 | OR | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

| AMENDMENT A | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * 11 | Minus | ** 20 | = — | x $10= | — | OR | x $20 = | |
| Independent | * 3 | Minus | *** 3 | = — | x 36 = | — | OR | x 72 = | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 110 = | | OR | + 220 = | |
| | | | | | TOTAL ADDIT. FEE | — | OR | TOTAL ADDIT. FEE | |

| AMENDMENT B | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x $10 = | | OR | x $20 = | |
| Independent | * | Minus | *** | = | x 36 = | | OR | x 72 = | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 110 = | | OR | + 220 = | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT C | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x $10 = | | OR | x $20 = | |
| Independent | * | Minus | *** | = | x 36 = | | OR | x 72 = | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 110 = | | OR | + 220 = | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
   The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Form PTO-875
(Rev. 12-91)

*U.S. Government Printing Office: 1992 — 308-890

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

DLEV012107

DOCKET NO. SPC89-05'

12-X                    7·22·92                    #17

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE.

**MAIL ROOM JUL 17 1992**

Applicant(s):    Timothy J. Barberich and James W. Young

Serial No.:    07/896,725                    Group Art Unit: 125

Filed:            June 9, 1992                    Examiner:  L. Schenkman

For:    METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL

**92 JUL 22 AM 7:16    GROUP 120    RECEIVED**

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to Honorable Commissioner of Patents and Trademarks, Washington, D.C. 20231 on 7-14-92

Hamilton, Brook, Smith & Reynolds, P.C.

_____    7-14-92
Signature                    Date

The Honorable Commissioner of
Patents and Trademarks
Washington, D.C.  20231

Sir:

Transmitted herewith is a response in the above-identified application.

[X]    Small entity status of this application under 37 C.F.R. 1.9 and 1.27 has been established by a verified statement previously submitted.

[ ]    A verified statement to establish small entity status under 37 C.F.R. 1.9 and 1.27 is enclosed.

The fee has been calculated as shown below:

|  | (Col. 1) CLAIMS REMAINING AFTER AMENDMENT |  | (Col. 2) HIGHEST NO. PREVIOUSLY PAID FOR | (Col. 3) PRESENT EXTRA | SMALL ENTITY | | | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
| TOTAL | * 10 | MINUS | ** 10 | = 0 | x 10 | $ 0 |  | x 20 | $ |
| DEP. | * 3 | MINUS | *** 3 | = 0 | x 36 | $ 0 |  | x 72 | $ |
| □ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM |  |  |  |  | +110 | $ |  | +220 | $ |
|  |  |  |  | TOTAL = |  | $ 0 |  |  | $ |

DLEV012108

The Honorable Commissioner of
Patents and Trademarks
Page 2

☐    Please charge my Deposit Account No. 08-0380 in the
amount of $_____.

☐    A check in the amount of $_____ is attached.

☐    A separate Petition for Extension of Time is being filed
concurrently herewith.

☐    Payment for the extension fee is included with the
petition.

☐    Deposit Account No. 08-0380 is being charged for the
extension fee.

☒    The Commissioner is hereby authorized to charge payment of
the following fees associated with this communication or
credit any overpayment to Deposit Account No. 08-0380.

☒    Any filing fees under 37 C.F.R. 1.16 for the
presentation of extra claims.

☒    Any patent application processing fees under
37 C.F.R. 1.17.

Any extensions of time that are required to maintain this
application in a pending status, if not included herewith, are
hereby requested. The Commissioner is hereby authorized to charge
such extension fees to Deposit Account No. 08-0380. Two copies
of this transmittal letter are enclosed for accounting purposes.

Respectfully submitted,

HAMILTON, BROOK, SMITH & REYNOLDS

*Richard W. Wagner*

By   Richard W. Wagner
Agent for Applicant(s)
Registration No. 34,480
(617) 861-6240

Dated: *July 14, 1992*

DLEV012109



SPC89-05'Pre A
RWW12
7/14/92
RWW/bjn



PATENT APPLICATION
Docket No. SPC89-05

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:    Timothy J. Barberich and James W. Young

Serial No.:    07/896,725        Group Art Unit: 1205

Filed:        June 9, 1992      Examiner: L. Schenkman

Title:        METHOD FOR TREATING ASTHMA USING
              OPTICALLY PURE R(-) ALBUTEROL

**RECEIVED**
**92 JUL 22 AM 7:16**
**GROUP 120**

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being
deposited with the United States Postal Service as First
Class Mail in an envelope addressed to Honorable
Commissioner of Patents and Trademarks, Washington,
D.C. 20231 on _7-14-92_
Hamilton, Brook, Smith & Reynolds, P.C.

_C.J. Kinni_          _7-14-92_
Signature                Date

PRELIMINARY AMENDMENT

The Honorable Commissioner
  of Patents and Trademarks
Washington, D. C.  20231

Sir:

    Please amend the above-identified Application as
follows:

In the Claims:

    In Claim 1, line 6, between "bronchodilation" and the
"," insert ---while simultaneously reducing undesirable
side effects---;

DLEV012110

-2-

In Claim 6, line 6, between "bronchodilation" and "and" insert ---while simultaneously reducing undesirable side effects---;

In Claim 9, line 2, delete "an optically pure" and instead insert ---the---.

## REMARKS

The instant Application is a contination of Application Serial No. 07/461,262 ("the parent case").

The above amendments to the Claims have been made to more distinctly claim the subject matter of the invention. Support for these amendments can be found on page 2, line 6-page 3, line 5; page 3, lines 8-14; and page 6, lines 14-27 of the specification. The relationship between these amendments to the Claims and the response to the Office Action of December 9, 1991 in the parent case will be more fully explained below.

Rejection of Claims 1-6, 8, 9, 13 and 14 under 35 U.S.C. §103.

Claims 1-6, 8, 9, 13 and 14 were rejected under 35 U.S.C. §103 over Chemical Abstracts which, as previously stated by the Examiner, teaches salbutamol (albuterol) used to treat asthma and compositions containing albuterol. The case, In re Adamson et al., was cited as teaching that the difference in activity between isomers is not unexpected.

Applicants respectfully submit that the claims, as amended, overcome the rejection. The Chemical Abstracts reference shows the bronchodilation effects of salbutamol and drug combinations incorporating salbutamol. However, this reference does not teach the use of a quantity of the R(-) isomer of albuterol sufficient to cause bronchodilation while simultaneously reducing undesirable side effects associated with racemic albuterol.

DLEV012111

-3-

Although In re Adamson et al. teaches that optical
isomers themselves are unpatentable over compounds that the
art recognizes as having optical isomers, it is not correct
to assume from this that a new method for using an isomer
is unpatentable, particularly where, as here, the method
unexpectedly provides therapeutic effects without causing
undesirable side effects.

One would be led to assume, from the Examiner's
apparent interpretation of In re Adamson et al., that the
physiological effects of a racemic compound, both
therapeutic and adverse, are elicited by the same isomer.
However, this assumption is contrary to Applicants'
disclosure which teaches that undesirable side effects are
associated with the racemic mixture or the therapeutically
inactive isomer, i.e. the S(+) isomer, of albuterol, but
not with the R(-) isomer. Applicants have, therefore, made
the unexpected disclosure that the claimed isomer does not
have the same type of activity as the racemic mixture.

Rejection of Claims 1-5 under 35 U.S.C. §103.
Claims 1-5 have been rejected under 35 U.S.C. §103 as
being unpatentable over Brittain et al., Hartley et al.,
Hawkins et al., and Buckner et al. who, as previously
stated by the Examiner, teach compositions containing the
claimed compounds with its isomers used as a bronchodilator
in the treatment of asthma and, further, that the R(-)
isomer has greater bronchodilation activity over the S(+)
isomer.

Applicants respectfully submit that the Claims, as
amended, also overcome this rejection. In addition to a
complete lack of agreement among the cited references
concerning the relative efficacies of the R(-) isomer and
the racemate, there is no teaching in these references
regarding the administration of a quantity of the R(-)
isomer sufficient to effect bronchodilation but without

DLEV012112

-4-

causing undesirable side effects.  The references do not
indicate that undesirable side effects can be minimized by
administering one of the isomers.  Only Applicants'
disclosure reveals and claims this important method by
administering the R(-) isomer of albuterol.

Rejection of Claims 6, 8, 9, 13 and 14 under 35 U.S.C.
§103.

   Claims 6, 8, 9, 13 and 14 have been rejected under 35
U.S.C. §103 as being unpatentable over Brittain et al.,
Hartley et al., Hawkins et al. and Buckner et al. in view
of Chemical Abstracts which, as previously stated by the
Examiner, shows combinations of drugs, including
salbutamol, used in the treatment of asthma.

   Applicants respectfully traverse this rejection,
particularly as applied to the presently amended claims.
Although drug combinations including racemic salbutamol are
shown in Chemical Abstracts, there is no indication that a
combination containing the R(-) isomer minimizes the
undesirable side effects associated with the racemic
mixture of albuterol.  The combination of the other cited
references also does not show this element.  The
combination of drugs which includes the R(-) isomer would
not be obvious since undesirable side effects would be
expected to be associated with it; there would be no
benefit associated with using the R(-) isomer compared with
using the racemic mixture.  However, Applicants' disclosure
shows that undesirable side effects are minimized when the
R(-) isomers used.  Thus, the combination of drugs
including R(-) albuterol is not an obvious extension of a
combination of drugs including racemic albuterol.

DLEV012113

-5-

Rejection of Claims 9, 13 and 14 under 35 U.S.C. §112, second paragraph.

Claims 9, 13 and 14 have been rejected under 35 U.S.C. §112, second paragraph as being indefinite for failing to particularly point out and distinctly claim the subject matter of the invention. It was stated that Claims 13 and 14 do not have proper antecedent support in Claim 9. Claims 9, 13 and 14 were also rejected as being too broad absent recitation of amounts of ingredients present.

Claim 9 has been presently amended to remove the phrase "optically pure". It is believed that Claims 13 and 14 now have proper antecedent basis and specify the amount of purity of the R(-) isomer of albuterol.

Applicants again respectfully traverse the rejection of Claims 9, 13 and 14 because recitations of amounts of ingredients are dependent on a number of physiological factors which make specification of quantities uncertain until the physiological features are known. It is submitted that skilled artisans, when these features are known, can determine the amounts of ingredients based on these physiological factors.

## CONCLUSIONS

With the above amendments and for the above stated reasons, Applicants believe the 35 U.S.C. §§103 and 112, second paragraph rejections have been overcome. Applicants respectfully request reconsideration of the Application and allowance thereof.

DLEV012114

-6-

If the Examiner feels that a telephone conversation would expedite the prosecution of this Application, he is asked to call Applicant's Agent at (617) 861-6240.

Respectfully submitted,

*Richard W. Wagner*

Richard W. Wagner
Registration No. 34,480
Agent for Applicant

Lexington, MA  02173
Dated: July 14, 1992

DLEV012115



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/886,770 | 05/20/92 | GOODRICH | | SPC89-05 |

| | EXAMINER |
|---|---|
| | STEINMAN,L |

PATRICIA STEINMAN
HAMILTON, BROOK, SMITH & REYNOLDS
TWO MILITIA DRIVE
LEXINGTON, MA 02173

| ART UNIT | PAPER NUMBER |
|---|---|
| 1205 | 18 |

DATE MAILED: 09/10/92

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☑ This application has been examined    ☐ Responsive to communication filed on _____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire _3_ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☑ Notice of References Cited by Examiner, PTO-892.    2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.    4. ☐ Notice of Informal Patent Application, Form PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.    6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☑ Claims _1—6, 8, 9, 13, 14_ are pending in the application.
   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☑ Claims _1—6, 8, 9, 13, 14_ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
   are ☐ acceptable. ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner, ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed on _____ has been ☐ approved, ☐ disapproved (see explanation).

12. ☐ Acknowledgment is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received
   ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

PTOL-326 (Rev. 9-83)    **EXAMINER'S ACTION**

DLEV012116

Serial No. 07/896,725                    -2-

Art Unit    1205

The following is a quotation of 35 U.S.C. § 103 which forms the basis for all obviousness rejections set forth in this Office action:

A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Subject matter developed by another person, which qualifies as prior art only under subsection (f) or (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same person or subject to an obligation of assignment to the same person.

Claims 1-6, 8, 9, 13 and 14 are rejected under 35 U.S.C. § 103 as being unpatentable over Chemical Abstracts which teaches salbutamol (albuterol) used to treat asthma and compositions containing same. The determination of a particular isomer to employ would be a matter of obvious alternative to one skilled in the art.

Claims 1-5 rejected under 35 U.S.C. § 103 as being unpatentable over Brittain et al, Hartley et al, Hawkins et al and Buckner et al. for reasons of record as set forth in Paper no. 9 (Office action dated 3/22/9£).

Claims 6, 8, 9, 13 and 14 rejected under 35 U.S.C. § 103 as being unpatentable over Brittain et al, Hartley et al, Hawkins et al and Buckner et al in view of Chemical Abstracts for reasons of

DLEV012117

Serial No. 07/896,725                         —3—

Art Unit   1205

record as set forth in Paper no. 9.

Applicants' remarks regarding the prior art rejections supra are not persuasive. The arguments set forth therein have been previously considered and commented upon in the parent application.

Claims 9, 13 and 14 rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. Claims 13 and 14 do not have proper antecedent support in claim 9. Amended claim 9 still refers excessively to the R(-) isomer. Claims 9, 13 and 14 are too broad absent recitation of amounts of ingredients present. Applicant's comments that they are not sure what the compositions would be used for is not persuasive.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Examiner Schenkman whose telephone number is (703) 308-4651.

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 308-1235.

SCHENKMAN:te
August 04, 1992

LEONARD SCHENKMAN
EXAMINER
ART UNIT 125

DLEV012118



PATENT APPLICATION
DOCKET NO. SPC89-05'



#23

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s): Timothy J. Barberich and James W. Young

| | | | |
|---|---|---|---|
| Serial No.: | 07/896,725 | Group Art Unit: | 1205 |
| Filed: | June 9, 1992 | Examiner: | L. Schenkman |
| For: | | | |

METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL

---

**CERTIFICATE OF MAILING**

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to Honorable Commissioner of Patents and Trademarks, Washington, D.C.20231, on

February 10, 1993

_B.J. Nannis_
Signature                    February 10, 1993
                             Date

---

The Honorable Commissioner
of Patents and Trademarks
Washington, D.C. 20231

Sir:

Transmitted herewith is a response in the above-identified application.

[X] Small entity status of this application under 37 C.F.R. 1.9 and 1.27 has been established by a verified statement previously submitted.

[ ] A verified statement to establish small entity status under 37 C.F.R. 1.9 and 1.27 is enclosed.

The fee has been calculated as shown below:

| | (COL. 1) CLAIMS REMAINING AFTER AMENDMENT | | (COL. 2) HIGHEST NO. PREVIOUSLY PAID FOR | (COL. 3) PRESENT EXTRA | | SMALL ENTITY | | | | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | RATE | ADDIT. FEE | OR | | RATE | ADDIT. FEE |
| TOTAL | * 11 | MINUS | ** 21 | 0 | | X 11 | $ 0 | | | X 22 | $ |
| INDEP | * 3 | MINUS | *** 3 | 0 | | X 37 | $ 0 | | | X 74 | $ |
| [ ] FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | | +115 | $ | | | +230 | $ |
| | | | | | | TOTAL = $ 0 | | | | | $ |

DLEV012119

−2−

☐ Please charge my Deposit Account No. 08-0380 in the amount of $_____

☐ A check in the amount of $_____ is attached.

☒ A separate Petition for Extension of Time is being filed concurrently herewith.

    ☒ Payment for the extension fee is included with the petition.

    ☐ Deposit Account No. 08-0380 is being charged for the extension fee.

☒ The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 08-0380.

    ☒ Any filing fees under 37 C.F.R. 1.16 for the presentation of extra claims.

    ☒ Any patent application processing fees under 37 C.F.R. 1.17.

Any extensions of time that are required to maintain this application in a pending status, if not included herewith, are hereby requested. The Commissioner is hereby authorized to charge such extension fees to Deposit Account No. 08-0380. Two copies of this transmittal letter are enclosed for accounting purposes.

Respectfully submitted,

HAMILTON, BROOK, SMITH & REYNOLDS, P.C.

By _Richard W. Wagner_____
Richard W. Wagner
Registration No. 34,480
Agent for Applicant(s)
(617) 861-6240

Dated: Feb. 10, 1993

A:\AMFEE.FOR

DLEV012120

SPC89-05'
RWW13
2/10/93

PATENT APPLICATION
Docket No. SPC89-05'

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Timothy J. Barberich and James W. Young

Serial No.: 07/896,725            Group Art Unit: 1205

Filed:  June 9, 1992              Examiner:  L. Schenkman

Title:  METHOD FOR TREATING ASTHMA USING OPTICALLY
        PURE R(-) ALBUTEROL

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being
deposited with the United States Postal Service as First
Class Mail in an envelope addressed to Honorable
Commissioner of Patents and Trademarks, Washington,
D.C. 20231 on 2/10/93

Hamilton, Brook, Smith & Reynolds, P.C.

Signature                    Date

AMENDMENT C

The Honorable Commissioner
   of Patents and Trademarks
Washington, D.C.  20231

Dear Sir:

     This is in response to the official action of August 10,
1992, which in view of the petition for a three month extension
of time submitted herewith, requires response by February 10,
1993.

     Please amend the application as follows:

In the Claims:

     Please cancel claims 9, 13 and 14 and substitute therefor
new claims 15, 16, 17 and 18.

DLEV012121

-2-

15. A pharmaceutical composition comprising:
   (a) a first component consisting of an antiasthmatically effective amount of albuterol, said albuterol consisting of about 90 to 100% by weight of its R(-) isomer; and
   (b) a second component consisting of a physiologically effective amount of a drug selected from the group consisting of bronchodilators, antihistamines and analgesics.

16. A composition according to claim 15 wherein said second component is an antiasthmatically effective amount of theophylline or terbutaline.

17. A composition according to claim 15 wherein said second component is an analgesically effective amount of a drug selected from the group consisting of aspirin, acetaminophen and ibuprofen.

18. A composition according to claim 15 wherein said albuterol is greater than 99% by weight R-albuterol.

## Remarks

The claims have been amended to include the amount (in functional terms) of the components to be included and to clarify the proportion of albuterol that is present as its R-isomer. Support for claim 16 is found on page 5, line 14; support for claim 17 is found on page 5, line 15 to line 16. Claim 18 replaces former claim 14 and makes it properly dependent on newly introduced claim 15.

Claims 1 to 6, 8, 9, 13 and 14 were presented in the application as filed. Claims 9, 13 and 14 have been cancelled and claims 15 through 18 have been added. Claims 1 to 6, 8 and 15 to 18 are therefore presently pending in the application.

DLEV012122

-3-

Claims 1 to 6 and 8 stand rejected under 35 U.S.C. 103 as obvious over Chemical Abstracts. Claims 1 to 5 stand further rejected under 35 U.S.C. 103 as unpatentable over Brittain et al., Hartley et al., Hawkins et al. and Buckner et al. Claims 6 and 8 stand further rejected under 35 U.S.C. 103 as unpatentable over the latter four references in view of Chemical Abstracts. These rejections are traversed, and reconsideration is requested, for the following reasons:

The thrust of applicants' invention is the treatment of asthma while reducing the side effects associated with the administration of racemic albuterol. Side effects of drugs which, like albuterol, have a predominant $\beta_2$ agonist component, can arise from four presently recognized interactions, as discussed in the declaration under 37 C.F.R. 1.132 by Dr. Gunnar Aberg submitted herewith and rephrased below:

(a)    non-adrenergic effects (there is no evidence for this among the references cited in the present case);

(b)    interaction of the $\beta$-agonist with $\alpha$ receptors; (Second generation $\beta$-agonists like albuterol are relatively free of this problem.)

(c)    interaction of the primarily $\beta_2$-agonist drug with $\beta_1$ receptors; and

(d)    interaction of $\beta_2$-agonists with $\beta_2$ receptors giving rise to tachyphylaxis and perhaps to sensitization and CNS effects such as excitement and hyperkinesia.

Tachyphylaxis in response to albuterol has been demonstrated in airways [See Passowicz Muszynska Index Medicus Abstr. 91164287 (1991) (Attachment A); and Pauwels Index Medicus Abstr. 86051970 (1986)] (Attachment B). Sensitization has likewise been reported [See Chapman et al. Brit. J. Pharmacol. 99, 66P (1990)] (Attachment C). The mechanisms of these side effects are not clear and may not be the same.

The Brittain, Hartley, Hawkins and Buckner references all address the comparative interaction of albuterol isomers with $\beta_1$

DLEV012123

-4-

vs $\beta_2$ receptors, a type (c) interaction according to the definition above. Three of these references show that there is perhaps some slight potency advantage to the use of pure R(-) albuterol vs. racemic albuterol (although Hartley shows a potency advantage to racemic albuterol), but none shows that there is any $\beta$-selectivity advantage to R over S or over racemic. On the contrary, Buckner concluded that the ratios of tracheal ($\beta_2$) to atrial ($\beta_1$) activities of R and S are indistinguishable. Side effects that are based on type (c) interactions arise from differences in receptor selectivity, and the person of ordinary skill would conclude from the teachings of these four references that there is no advantage of R over racemic in terms of expected amelioration of side effects. The Aberg Declaration establishes that the references by Brittain, Hartley, Hawkins and Buckner do not teach any expectation of decreased side effects from the administration of the pure R isomer as compared to the racemate.

Thus, at the time of filing of applicants' parent application (1/5/90), there were no teachings among the references cited that would motivate a person of ordinary skill to administer the pure R(-) isomer of albuterol for the treatment of asthma on the basis of its receptor selectivity.

What about potency? Even though applicants' disclosure does not relate to potency, does the art nonetheless encourage the person of ordinary skill to resolve and administer pure R albuterol on the basis of potency? Unless one pure enantiomer antagonizes the effects of the other, the theoretical advantage of a pure enantiomer is at most two-fold. A racemate, being a 50:50 mixture, simply acts like half a dose of the pure enantiomer and half a dose of filler. Because chemical resolution of racemic mixtures is never 100% efficient, a resolution will always yield less than 50% of the single isomer. Thus, unless one enantiomer antagonizes the effect of the other, there is no reason to suffer the loss of material attendant upon their resolution. For example, it has been known for years that

DLEV012124

-5-

the activity of metoprolol as a β-blocker resides in its S
isomer, but no one has ever marketed pure S-metoprolol because
there has been no motivation to go to the trouble of removing the
R isomer.

A potency ratio significantly greater than 2 between a
single enantiomer and its racemate would be consistent with
antagonism by one enantiomer and would provide motivation for
resolving the racemate. No such teaching is found in any of the
references. Choosing the single most optimistic experimental
result from among the results of three tissues in only one of the
four references, one may derive a 2.3 fold potency ratio for a
single (R) isomer vs racemate. This falls in the range described
above for "active isomer plus filler" and provides no motivation
to undertake a separation of isomers. And these are the most
encouraging data selected by hindsight reconstruction; the rest
of the references, taken together, fairly suggest no clear
preference of one isomer. Therefore, at the time of filing, the
art did not suggest using pure R(-) albuterol either for lessened
side effects or for potency enhancement. This conclusion is
supported by the Declaration of Dr. Aberg. (The articles
referred to by Dr. Aberg which have not been previously cited in
this Application are included with the Declaration of Dr. Aberg
as Exhibits 1, 2 and 3.)

Applicants disclose an unexpected diminution in side effects
when the pure R isomer is administered. In support of this,
applicants now cite two publications by the group of Morley and
Chapman which appeared subsequent to the filing of the
application: Morley, Chapman et al. Brit. J. Parmacol. 104
Suppl, 295P (1991) and Chapman et al. Trends in Pharmacol. Sci.
13 231-232 (1992). The significance of their disclosures is
discussed in the Declaration by Dr. Aberg and copies are enclosed
for the convenience of the Examiner as Exhibits 2 and 3. In
these papers, the first of which was presented at a conference in
September 1991, Morley et al. address the question of a
distinction between a single enantiomer and racemic albuterol in

DLEV012125

-6-

a type (d) interaction, thus supporting the concept of lessened side effects by the administration of pure R isomer.

The Morley and Chapman references disclose that the S(+) isomer in bronchial tissue causes a hypersensitivity to allergen. The authors conclude from their experiments that the desired bronchodilator effect (due to the R isomer) is prone to tachyphylaxis, while the undesired hypersensitivity (due to the S isomer) is less prone to tachyphylaxis. The authors state "It has long been recognized that use of sympathomimetics for asthma therapy is associated with a range of inconsistent or frankly paradoxical effects....our findings indicate that it may be prudent to remove enantiomers that were previously thought to be biologically inert." (Chapman et al. p. 232) Thus, the use of the pure R isomer is concluded to provide unexpected advantages. Applicants' disclosure of removing the S isomer so as to reduce side effects, and claims directed thereto, dating to at least January 1990 are novel and nonobvious -- particularly as evidenced by the subsequent Morley and Chapman publications.

For the foregoing reasons the rejections of claims 1-6 and 8 under 35 U.S.C. 103 are believed overcome. Reconsideration and withdrawal of the rejections are requested.

Claims 9, 13 and 14 which had been rejected under 35 U.S.C. 112 are now cancelled. Claim 15, which replaces claim 9, now clarifies that the pharmaceutical composition comprises from 90 to 100% of the R isomer. The Examiner had also asserted that former claims 9, 13 and 14 were too broad, absent recitation of amounts of ingredients. The claims have been amended to incorporate in functional terms the amounts of the ingredients. That such functional language is definite, allowable and common practice in the pharmaceutical art is illustrated in U.S. patents 4,975,426, claim 1; 4,923,898, claim 1 and 5,025,019, claim 1, copies of which are included for the convenience of the Examiner as attachments D, E and F, respectively. The rejections under 35 U.S.C. 112 are therefore believed overcome, and reconsideration and withdrawal is requested.

DLEV012126

-7-

There being no further issues the application is believed in condition for allowance and such is requested.

Respectfully submitted,

*Richard W. Wagner*

Richard W. Wagner
Agent for Applicants
Registration No. 34,480

Lexington, MA  02173

Dated: February 10, 1993

F

3/5/4
7645287    91164287
[Effect on beta adrenergic receptors of tachyphylaxis on the sensitivity
f smooth muscle in the bronchi to beta adrenergic receptor agonists in
ronchial asthma]
WpLyw tachyfilaksji beta-adrenergicznych receptorow na wra.ANG.zliwosc
iesni gLadkich oskrzeli na agoniste receptorow beta-adrenergicznych w
ychawicy oskrzelowej.
Passowicz-Muszynska E
Katedry i Kliniki Chorob Wewnetrznych AM we WrocLawiu.
Pol Tyg Lek    Jul 16-30 1990,  45 (29-31) p608-11,   ISSN 0032-3756
ournal Code: PBY
Languages: POLISH    Summary Languages: ENGLISH
Document type: JOURNAL ARTICLE    English Abstract
RNAL ANNOUNCEMENT: 9106
S..file:  INDEX MEDICUS

The study involved 30 subjects: 15 healthy individuals and 15 patients
ith atopic bronchial asthma of the moderate degree. Salbutamol was
dministered to asthmatic patients in the intravenous infusion for 7 days,
eta-adrenergic receptor density in the lymphocytes and FEV1 were evaluated
efore and after therapy. Moreover, isoprenaline test was carried out to
valuate the sensitivity of the bronchial smooth muscle to beta-agonist.
he test was performed prior to and after salbutamol therapy. It was found
hat beta-receptor agonist statistically significantly decreases
eta-adrenergic receptor density. Equivalently, bronchial smooth muscle is
ess sensitive to beta-agonist in the same degree as a decrease in
eta-adrenergic receptor density in the peripheral blood lymphocytes.

Tags: Female; Human; Male
Descriptors: *Albuterol--Therapeutic Use--TU; *Asthma--Drug Therapy--DT;
Bronchi--Drug Effects--DE; *Muscle, Smooth--Drug Effects--DE; *Receptors,
drenergic, Beta--Drug Effects--DE; *Tachyphylaxis--Physiology--PH;
dolescence; Adult; Asthma--Physiopathology--PP; Lymphocytes--Drug Effects
--DE
CAS   Registry   No.:   0   (Receptors, Adrenergic, Beta); 18559-94-9
(Albuterol)

G

3/5/18
05750970    86051970
[Effect of corticosteroids on the action of sympathomimetics]
Influence des corticosteroides sur l'action des sympathicomimetiques.
Pauwels R
Bull Eur Physiopathol Respir    Sep-Oct 1985, 21 (5) p53s-55s, ISSN
0395-3890    Journal Code: BGX
Languages: FRENCH    Summary Languages: ENGLISH
Document type: JOURNAL ARTICLE; REVIEW    English Abstract
JOURNAL ANNOUNCEMENT: 8603
Subfile:    INDEX MEDICUS

Corticosteroids restore  the bronchial responsiveness to beta-adrenergic

stimulants in man. This has been shown both in severe asthmatic patients
and in normal subjects, rendered insensitive by artificial means. On the
contrary, in patients with bronchial asthma who have airways reactive to
beta-adrenergic stimulants, the combination of corticosteroids and
sympathicomimetics results in an additive effect of their bronchodilating
capacity. Animal models, both in vivo and in vitro, show the same type of
interaction between corticosteroids and beta-adrenergic stimulants. The
mechanism by which corticosteroids restore the bronchial sensitivity to
beta-adrenergic stimulation is not completely understood. Several
mechanisms may be involved such as increased agonist binding, decreased
receptor turn-over, increased uncoupling between receptor and
adenylcyclase, decreased extraneuronal uptake, decreased COMT-activity. The
relevance of the influence of corticosteroids on the metabolism of membrane
phospholipids remains highly speculative. (15 Refs.)
  Tags: Human
  Descriptors: *Adrenal Cortex Hormones--Therapeutic Use--TU; *Adrenergic
Beta Receptor Agonists--Therapeutic Use--TU; *Asthma--Drug Therapy--DT;
Albuterol--Therapeutic Use--TU; Bronchodilator Agents--Therapeutic Use--TU;
Drug Synergism; Drug Tolerance; Hydrocortisone--Therapeutic Use--TU;
Isoproterenol--Therapeutic Use--TU; Methylprednisolone--Therapeutic Use--TU
; Prednisolone--Therapeutic Use--TU; Pregnenediones--Therapeutic Use--TU;
Tachyphylaxis; Terbutaline--Therapeutic Use--TU
  CAS Registry No.: 0  (Adrenal Cortex Hormones); 18559-94-9  (Albuterol)
; 23031-25-6  (Terbutaline); 50-23-7  (Hydrocortisone); 50-24-8
(Prednisolone); 51333-22-3  (budesonide); 7683-59-2  (Isoproterenol);
83-43-2  (Methylprednisolone)

ATTACHMENT B

DLEV012129

GUINEA-PIGS, BUT SUPPRESSES RESPONSES TO FMLP

A. Imaizumi, J. Lefort & B.B. Vargaftig. Unité de Pharmacologie Cellulaire, Unité Associée Institut Pasteur-INSERM n° 285, 25 rue du Dr Roux, 75015, Paris, France.

Mice and rats inoculated with Bordetella pertussis vaccine show increased sensitivity to histamine, serotonin and anaphylaxis (Parfentjev and Goodline, 1948; Kind, 1958). This has been attributed to an acquired imbalance of two adrenergic effector systems, i.e., to a reduced functioning of the β-adrenergic receptors or of some of the reactions between receptor activation and adrenergic hyperresponsiveness (Szentivanyi, 1968). We have shown that enhanced bronchoconstriction, BC (i.e., unspecific broncho-pulmonary responsiveness) follows the administration of a booster injection of antigen to actively sensitized guinea-pigs (Pretolani et al., 1988). This led us now to study the effects of pertussis toxin (PT), the active component of B. pertussis, on broncho-pulmonary responsiveness. PT was administered i.v. to guinea-pigs at 0.8-20 µg/kg 6-72 h before they were sensitized, under pentobarbitone anesthesia, with i.v. histamine (0.5-18 µg/kg) or serotonin (0.5-8 µg/kg), at 10 min intervals. Bronchial resistance to infusion was evaluated by the method of Konzett-Rössler in cm H₂O. PT induced leukocytosis (lymphocytosis), and in 10 animals the number of circulating leukocytes increased from 5,700±800 to 36,500±3,700 at the dose of 20 µg/kg after 72 h. This effect was dose- and time-dependent and started within 6 h. Initially no differences were observed between the bronchoconstrictor responses to histamine or to serotonin of control and PT-treated animals but, when propranolol was used (% BC: 8.9±2.8 to 70.5±4.4, p<0.001) in slightly increased only (% BC: 13.4±2.8 up to 19.6±3.5) in control, but was markedly increased (% BC: 8.9±2.8 to 70.5±4.4, p<0.001) in animals treated 72 h beforehand with PT at 20 µg/kg. Similar effects were observed with serotonin. In contrast, BC and the accompanying leukopenia induced by the i.v. administration of the secretagogue N-formyl-L-methionyl-L-leucyl-L-phenylalanine (fMLP) (Boukili et al., 1986 and 1989) were antagonized by PT. Because of the contrasting effects on fMLP and on histamine and serotonin, isolated lungs provided by PT-treated animals where used. Under those conditions, BC and histamine and thromboxane A₂ releases induced by the intra-pulmonary administration of fMLP were suppressed but the effects of OA (3 µg-100 µg injected to the lungs of guinea-pigs immunized with 10 µg ovalbumin (OA) in Al(OH)₃ injected i.p. twice, at a 2-week interval) were unaltered. PT thus modifies negatively the signal transductions for cells involved in the lung responses to fMLP, but positively the effects of the direct constrictor agents histamine and serotonin and of antigen, which induces BC via mast mediators. Our data suggest that PT prevents the effects of fMLP on a target other than the neutrophil, since it was effective on the isolated lungs (Boukili et al., 1989), possibly via its recognized effects on the Gi protein of other effector systems present in the lung. Hyperresponsiveness may result from an enhanced mediator release, possibly due to down regulation of a Gi protein, associated to a direct effect on smooth muscle, at a level which is under investigation.

1. Boukili, M.A., Bureau, M., Legente, V., Lefort, J., Lellouch-Tubiana, A., Malanchère, E. & Vargaftig, B.B. (1986) Br. J. Pharmac., 89, 349-359.
2. Boukili, M.A. Bureau, M., Lellouch-Tubiana, A., Lefort, J., Simon, M. & Vargaftig, B.B. (1989) Br. J. Pharmac., 98, 61-70.
3. Kind, L.S. (1958) Bact. Rev., 22, 173.
4. Parfentjev, I.A. & Goodline, M.A. (1948) J. Pharmac. exp. Ther., 92, 411.
5. Pretolani, M., Lefort, J. & Vargaftig B.B. (1988) Am. Rev. Respir. Dis., 138, 1572-1578.
6. Szentivanyi, A. (1968) J. Allergy, 42, 203-232.

---

66P    AN ANOMALOUS EFFECT OF SALBUTAMOL IN SENSITISED GUINEA-PIGS

I. Chapman*, L. Mazzoni & J. Morley, Preclinical Research, Sandoz Ltd., Basel CH-4002, Switzerland.

Eosinophils migrate to the intrapulmonary airways of sensitised guinea-pigs in response to inhaled allergen, whilst assessing the capacity of anti-asthma drugs to inhibit this phenomenon, it was noted that animals pretreated with salbutamol (S) (1 mg/kg/day) by subcutaneous infusion invariably died on inhalation of allergen, in marked contrast to animals that were untreated or received other anti-asthma drugs. The contribution of altered airway smooth muscle function to this untoward effect has been investigated. Guinea-pigs (450-600 gm) were sensitised by intraperitoneal injection (1 ml) of a suspension containing ovalbumin (OA, 10 ug/ml) and aluminium hydroxide (10 mg/ml) separately with pertussis toxin (0.25 ml) on day 0, boosted on day 14 and implanted with either saline (C) or salbutamol (S) (1 mg/kg/day, Alzet minipump, s.c.) between day 21 and day 30. Six days later animals were anaesthetised with phenobarbitone (100 mg/kg i.p.) and pentobarbitone (30 mg/kg i.p.) paralysed with gallamine (100 mg/kg i.m.) and ventilated (1 ml H₂O/1/sec) via a tracheal cannula. Airway resistance (R, cm H₂O/1/sec) and compliance (C, ml H₂O/1/sec) were calculated from measurement of tracheal airflow and transpulmonary pressure. Digital electronic pulmonary monitoring system, Mumed Ltd., U.K.). Animals were challenged with aerosolised OA (10-1000 ug/ml for 10 min) and changes in R and C were monitored at each breath. Airway responses to inhaled OA or intravenous histamine (1.0 & 1.8 ug/kg) were expressed as the maximal increase in R (mean±sem). Responses to histamine in naive animals (107±67, 198±77, n=4) were not dissimilar from C animals (109±48, 262±91, n=10). Prior treatment with S (1 mg/kg/day s.c.) resulted in a slight reduction of these responses (46±12, 139±42, n=10, NS). No response to inhaled OA (100 ug) was observed in naive animals, in contrast to C animals (132±38, n=10) which developed increased reactivity to histamine following antigen challenge (418±64, 799±76, n=10). In animals pretreated with S, the reaction to antigen (334±58, n=10) was significantly (P<0.001) increased, even though airway responses to histamine were slightly reduced (225±66, 613±106, n=10).

The present results demonstrate that pretreatment of sensitised guinea-pigs with S augments response to antigen. Altered distribution or increased dosage of inhaled allergen, altered airway reactivity or hypoxic vasoconstriction are mechanisms that might contribute to this phenomenon.

ATTACHMENT C

DLEV012130

# United States Patent [19]

## Sunshine et al.

[11] Patent Number: 4,975,426

[45] Date of Patent: Dec. 4, 1990

[54] COUGH/COLD MIXTURES COMPRISING NON-SEDATING ANTIHISTAMINE DRUGS

[75] Inventors: Abraham Sunshine, New York; Eugene M. Laska, Larchmont; Carole E. Siegel, Mamaroneck, all of N.Y.

[73] Assignee: Analgesic Associates, Larchmont, N.Y.

[21] Appl. No.: 315,161

[22] Filed: Feb. 24, 1989

### Related U.S. Application Data

[62] Division of Ser. No. 59,635, Jun. 8, 1987, Pat. No. 4,829,064.

[51] Int. Cl.⁵ ............... A61K 31/60; A61K 31/62; A61K 31/615; A61K 31/505; A61K 31/44; A61K 31/445; A61K 31/19

[52] U.S. Cl. ........................... 514/159; 514/161; 514/165; 514/166; 514/256; 514/290; 514/315; 514/336; 514/570

[58] Field of Search ........... 514/159, 165, 256, 290, 514/315, 336, 570, 629, 630

[56] References Cited

## PUBLICATIONS

Handbook of Nonprescription Drugs 8th ed. (1986) pp. 137–139 and 166.
The Merck Index 10th ed (1983), pp. 1310–1311 and APP–1.
Chemical Abstracts 104(1):517, Cohen et al. (1986).
Chemical Abstracts 106(5):27517t, Roman et al. (1986).
Chemical Abstracts, 106(15):113384d, Calcutt et al. (4/13/87).

Primary Examiner—Douglas W. Robinson
Assistant Examiner—Raymond J. Henley, III
Attorney, Agent, or Firm—Buras, Doane, Swecker & Mathis

[57]                ABSTRACT

Pharmaceutical compositions and methods of using same comprising aspirin, sodium salicylate, salicylamide or acetaminophen, in combination with a non-sedating antihistamine and optionally one or more other active components selected from a decongestant, cough suppressant (antitussive) or expectorant are provided for the relief of cough, cold, cold-like and/or flu symptoms and the discomfort, pain, headache, fever and general malaise associated therewith.

33 Claims, No Drawings

ATTACHMENT D

DLEV012131

# United States Patent [19]

## Sunshine et al.

[11] Patent Number: **4,923,898**

[45] Date of Patent: **May 8, 1990**

[54] **ANALGESIC, ANTI-INFLAMMATORY AND SKELETAL MUSCLE RELAXANT COMPOSITIONS COMPRISING NON-STEROIDAL ANTI-INFLAMMATORY DRUGS AND MUSCULOSKELETAL RELAXANTS AND METHODS OF USING SAME**

[75] Inventors: Abraham Sunshine, New York; Eugene M. Laska, Larchmont; Carole E. Siegel, Mamaroneck, all of N.Y.

[73] Assignee: Analgesic Associates, Larchmont, N.Y.

[21] Appl. No.: 227,989

[22] Filed: Aug. 3, 1988

### Related U.S. Application Data

[60] Division of Ser. No. 114,751, Oct. 30, 1987, Pat. No. 4,780,463, which is a division of Ser. No. 815,502, Jan. 2, 1986, Pat. No. 4,722,938, which is a continuation of Ser. No. 686,380, Dec. 26, 1984, abandoned.

[51] Int. Cl.$^5$ ............................ A61K 31/19
[52] U.S. Cl. .......................... 514/557
[58] Field of Search ...................... 514/557

[56] **References Cited**

### U.S. PATENT DOCUMENTS

4,683,243  7/1987  Sunshine et al. .............. 514/557

### FOREIGN PATENT DOCUMENTS

2121329  8/1972  France .

### OTHER PUBLICATIONS

*Physicians' Desk Reference,* 28th Ed., (1974), p. 972.
Armas & Valencia, "Eficacia terapeutica de la asociacion naproxen-carisoprodol en ciertas enfermedades musculoesqueleticas", [Therapeutic Effectiveness of Naproxen-Carisoprodol Association in Certain Musculoskeletal Disorders], in Investigation Medica Internacional, pp. 350-356, (1983), and English translation thereof.
Goñi & Valencia, "Caracterizacion clinica de una nueva asociacion (naproxen+carisoprodol) en padecimientos del aparato musculoesqueletico", [Clinical Description of a New Association (Naproxen+Carisoprodol) in

Ailments of the Musculoskeletal Apparatus], *Investigation Medica Internacional,* pp. 475-478, (1983), and English translation thereof.
Socialist Republic of Romania Description of Invention 82,717, copy of patent and English translation thereof.
Rego, "Mio-Relaxantes No Tratamento Das Lombalgias Aguda E Da Lombo-Ciaticas Recentes", [Muscle Relaxants in the Treatment of Acute Lumbalgias and Recent Lumbo-Sciatica Cases], *Acta Reumatolgica Portuguesa,* II, 2:363-364, (1974), copy of the original and English translation thereof.
Schror, "Analgetisch-antiphlogistische Therapie Von Schmerzzustanden des Bewegungsapparates", [Analgesic-Antiphlogistic Therapy of Locomotor System Pain], *Therapiewoche,* 28, 5657-5663, (1978), copy of the original and English translation thereof.
Schar, "Medikamentose Behandlung von Lumboischialgien", [Drug Treatment of the Lumbago-Sciatic Syndrome], Schweiz. Rundschau Med., (Praxis), vol. 68, No. 5, pp. 141-142, (Jan. 30, 1979), copy of original article and English translation thereof.
Kolodny and Klipper, "Bone and Joint Diseases in the Elderly", *Hospital Practice,* pp. 91-101, (Nov., 1976).
Nascimento, "Use of an Association Containing an Analgesic, a Muscle Relaxant and Vitamin B Complex in Degenerative Joint Diseases, Extra-Articular Rheumatic Ailments and Traumatic Afflictions", *F med* (BR), 83(3):361-363, (1981), original article and English translation thereof
Repschlaeger and McPherson, "Classification, Mechanism and Management of Headache", *Clinical Pharmacy,* vol. 3, pp. 139-150, (Mar.-Apr. 1984).

*Primary Examiner*—Stanley J. Friedman
*Attorney, Agent, or Firm*—Burns, Doane, Swecker & Mathis

[57] **ABSTRACT**

Novel pharmaceutical analgesic, anti-inflammatory and skeletal muscle relaxant compositions and methods of using same comprising an analgesically and anti-inflammatory effective amount of at least one non-steroidal anti-inflammatory drug other than aspirin, acetaminophen and phenacetin, in combination with an effective amount of a skeletal muscle relaxant.

**20 Claims, No Drawings**

ATTACHMENT E

DLEV012132

# United States Patent [19]

Sunshine et al.

[11] Patent Number: 5,025,019

[45] Date of Patent: Jun. 18, 1991

[54] COUGH/COLD MIXTURES COMPRISING NON-STEROIDAL ANTI-INFLAMMATORY DRUGS

[75] Inventors: Abraham Sunshine, New York; Eugene M. Laska, Larchmont; Carole E. Siegel, Mamaroneck, all of N.Y.

[73] Assignee: Analgesic Associates, Larchmont, N.Y.

[21] Appl. No.: 438,074

[22] Filed: Nov. 20, 1989

### Related U.S. Application Data

[62] Division of Ser. No. 144,099, Jan. 15, 1988, Pat. No. 4,920,149, which is a division of Ser. No. 887,203, Jul. 21, 1986, Pat. No. 4,738,966, which is a division of Ser. No. 752,546, Jul. 8, 1985, Pat. No. 4,619,934, which is a division of Ser. No. 598,502, Apr. 9, 1984, Pat. No. 4,552,899.

[51] Int. Cl.$^5$ ............... A61K 32/19; A61K 31/44; A61K 31/435; A61K 31/445

[52] U.S. Cl. ............................. 514/277; 514/290; 514/325; 514/568; 514/653

[58] Field of Search ............. 514/568, 653, 277, 290, 514/325

Primary Examiner—Stanley J. Friedman
Attorney, Agent, or Firm—Burns, Doane, Swecker & Mathis

[57]                    ABSTRACT

Pharmaceutical compositions and methods of using same comprising a non-steroidal anti-inflammatory drug in combination with at least one other active component selected from an antihistamine, decongestant, cough suppressant (antitussive) or expectorant are provided for the relief of cough, cold and cold-like symptoms.

23 Claims, No Drawings

ATTACHMENT F

DLEV012133

0701. 027                                                                    N

substrate for
m.   Biological

I.  (1986).Tissue
ogenous substrate
inase. Endocrino-

za virus transfor-
known polypeptide

tyl and palmityl
cal Chemistry.262-

t liver membranes
substrate for the
epidermal growth

apidly stimulates
ntact cells.Nature

icher E.,Obermaier
a 46-KDa membrane
lation of several
e National Academy

.C.,Wang P.H.,Kahn
type I insulin
c    III Interna-
.h  id.
.R.W.,Taylor S.I.
oprotein substrate
e  in intact H-35
of Science .U.S.A.

THE β-ADRENERGIC RECEPTOR KINASE: ROLE IN HOMOLOGOUS DESENSITIZATION
IN S49 LYMPHOMA CELLS

Ruth H. Strasser, Jeffrey L. Benovic,
Robert J. Lefkowitz and Marc G. Caron

Howard Hughes Medical Institute
Departments of Medicine, Biochemistry and Physiology
Duke University Medical Center
Durham, North Carolina 27710 USA

Summary

Phosphorylation of the β-adrenergic receptor (βAR) is closely
associated with homologous desensitization of the β-adrenergic
receptor-coupled adenylate cyclase system. Homologous desensitization
and receptor phosphorylation also occur in cell mutants which are
deficient in their cAMP-dependent protein kinase (kin- mutant of S49
lymphoma cells). βAR phosphorylation is mediated by a cAMP-independent
protein kinase which phosphorylates the receptor only when it is
occupied by a β-agonist. During the time course of desensitization the
βAR kinase (βARK) activity is translocated from a cytoplasmic to a
plasma membrane location. βARK translocation can also be effected by
prostaglandin $E_1$ ($PGE_1$) suggesting that this βARK may represent a more
general enzyme capable of phosphorylating other adenylate
cyclase-coupled receptors. Thus, βARK may play a key role in the
process of homologous desensitization of adenylate cyclase coupled
receptors.

Extracellular hormones interact with specific receptors at the
outer surface of the plasma membrane and thus initiate a cellular
response. One of the best studied transmembrane signalling systems
known to be coupled to the occupancy of cell surface receptors is
adenylate cyclase. The adenylate cyclase system is composed of various
components all of which have been purified to homogeneity (Shorr et al.,
1982; Homcy et al., 1983; Benovic et al., 1984; Codina et al., 1984;
Northup et al., 1980; Sternweis et al., 1981; Bokoch et al., 1984;
Pfeuffer et al., 1985). Initially, agonist binding to the receptor
promotes coupling of the occupied receptor to one of the guanine
nucleotide binding regulatory proteins. These proteins are members of a

EXHIBIT 1

DLEV012134

family of heterotrimeric proteins consisting of $\alpha$, $\beta$ and $\gamma$ subunits. Stimulatory receptors like the $\beta$-adrenergic (Cerione et al., 1984) or glucagon (Iyengar et al., 1979) receptors couple to the stimulatory regulatory protein $N_s$ (or $G_s$) whereas inhibitory receptors like the $\alpha_2$-adrenergic (Jacobs et al., 1976) or $M_2$-muscarinic (Harden et al., 1982) receptors couple to the inhibitory regulatory protein $N_i$ (or $G_i$).

Prolonged exposure to agonist hormones, either stimulatory or inhibitory, results in an attenuation of the response to the hormonal activation, a phenomenon called tachyphylaxis or desensitization (Harden, 1983; Sibley and Lefkowitz, 1985; Sharma et al., 1975). One of the best studied models for desensitization is the $\beta$-adrenergic receptor-coupled adenylate cyclase system. In this system two different forms of desensitization have been characterized. Homologous or hormone-specific desensitization results in an attenuated response only to the desensitizing hormone. In contrast, the heterologous form of desensitization leads to a general decrease of adenylate cyclase activity promoted not only by the desensitizing hormone but by other hormones and non-hormonal stimulators as well.

Previous studies have demonstrated that phosphorylation of the $\beta$-adrenergic receptor is involved in the mechanism of heterologous desensitization (Stadel et al., 1983; Sibley et al., 1984). In this form of desensitization phosphorylation of the $\beta$-adrenergic receptor is at least in part cAMP-dependent and mediated by the cAMP-dependent protein kinase (protein kinase A) (Strulovici et al., 1984; Sibley et al., 1984; Benovic et al., 1985).

Homologous desensitization, however, appears to be independent of cAMP since it has been observed in systems which are defective in their cAMP-dependent pathway (Green and Clark, 1981; Green et al., 1981; Perkins, 1983; Clark et al., 1985). These systems either lack the $N_s$ protein or a functional cAMP-dependent protein kinase. Consequently $\beta$-adrenergic receptor occupancy does not result in an increase in intracellular cAMP levels (cyc⁻ mutant of S49 lymphoma cells) (Bourne et al., 1975; Bourne et al., 1981; Ross and Gilman, 1977) or cAMP-dependent protein phosphorylation (kin⁻ mutant of S49 lymphoma cells) (Steer et al., 1976; Steinberg et al., 1978; Mahan et al., 1985). Therefore, if phosphorylation of the $\beta$-adrenergic receptor is involved in the process of homologous desensitization it must be catalyzed by a non cAMP-dependent protein kinase. To address these questions we utilized the kin⁻ mutant of the S49 lymphoma cells (Steer et al., 1976; Steinberg et al., 1978; Mahan et al., 1985). We document here a cAMP independent pathway of $\beta$-adrenergic receptor active phosphorylation during homologous desensitization. The kinase involved in this phosphorylation

504

DLEV012135

d γ subunits.
   a⁻   1984) or
st..ulatory
ors like the
arden et al.,
tein $N_s$ (or $G_i$).
ulatory or
> the hormonal
itization
, 1975). One of
energic
em two different
ogous or
d response only
gous form of
     cyclase
but by other

tion of the
erologous
i). In this
lc receptor is
-d. )ent
14; Sibley et

ndependent of
ctive in their
1., 1981;
  lack the $N_s$
onsequently
rease in
lls) (Bourne et
cAMP-dependent
s) (Steer et
herefore, if
in the process
m
we utilized
976; Steinberg
IP independent
ring
hosphorylation

process is distinct from other known kinases and phosphorylates only the agonist occupied form of the β-adrenergic receptor. Moreover, during desensitization the cytosolic kinase activity becomes transiently translocated to the plasma membranes in a cAMP-independent manner.

MATERIALS AND METHODS

Cells and incubations — S49 lymphoma cells, wild type (clone 24.3.2) and kin⁻ mutants (clone 25.6.1), were grown in Dulbecco's modified Eagle's medium with 10% horse serum. Cells were harvested by centrifugation (800 x g, 3 min), washed three times with phosphate-free Dulbecco's modified Eagle's medium and incubated at 37°C for various periods of time (as indicated) in the presence of a β-adrenergic agonist for desensitization. To study the in situ phosphorylation of the β-adrenergic receptor the intracellular pool of ATP was labeled by incubating the cell with carrier-free $^{32}$P (0.3 mCi/ml) prior to desensitization. The desensitization incubation was stopped by adding ice-cold phosphate-buffered saline with propranolol ($10^{-6}$ M) followed by immediate sedimentation of the cells (800 x g, 5 min).

Purification of the β-adrenergic receptor — The purification of the in situ phosphorylated β-adrenergic receptor was performed by affinity chromatography as previously described (Strasser et al., 1986a). Purified β-adrenergic receptor from hamster lung (Benovic et al., 1984) was used as a substrate for the receptor kinase assays.

Preparation of cell fractions for assay of β-adrenergic receptor kinase — After incubation (as described above) the sedimented cells were lysed in 2 volumes of 10 mM Tris, 15 mM MgCl$_2$, 5 mM EDTA, $10^{-4}$ M PMSF, 5 μg/ml leupeptin, 5 μg/ml pepstatin, pH 7.4 using a glass homogenizer (20 strokes). Unbroken cells and cell nuclei were sedimented at 800 x g for 10 min and discarded. The plasma membranes were then sedimented at 48,000 x g for 20 min. To obtain a cytosolic fraction the 48,000 x g supernatant was centrifuged at 150,000 x g for 60 min. To test for the receptor kinase activity the cytosolic and plasma membrane fractions were used directly.

Kinase assay — Pure β-adrenergic receptor was reconstituted into phospholipid vesicles as previously described (Benovic et al., 1986). The reconstituted β-adrenergic receptor (≅ 5 pmol) was incubated in 25 mM Tris, 10 mM NaCl, 1.5 mM EDTA, 1 mM EGTA, 5 mM MgCl$_2$, 5 mM NaF, 50 μM Na$_3$VO$_4$, $10^{-4}$ M PMSF, 5 μg/ml leupeptin, 5 μg/ml pepstatin, pH 7.4 in the presence of 50 μM [γ-$^{32}$P]ATP (25 cpm/fmol), with or without $10^{-4}$ M isoproterenol or the β antagonist alprenolol ($10^{-5}$ M) and in the presence of the appropriate kinase preparation for 20 min at 30°C in a

505

γ

DLEV012136

total volume of 100 μl. The reaction was stopped by adding 1 ml of
ice-cold 100 mM NaCl, 10 mM Tris, 2% digitonin, pH 7.2. The
β-adrenergic receptor was then repurified by affinity chromatography
(Benovic et al. 1986).

Other assays — β-Adrenergic receptor assays, adenylate cyclase
assays and NaDodSO$_4$/polyacrylamide gel electrophoresis were performed
essentially as described in Strasser et al. (1986a).

## RESULTS

Wild type (WT) and kin⁻ mutants of the S49 lymphoma cells
preincubated with carrier-free [$^{32}$P]P$_i$ to label the intracellular ATP
pool (Strasser et al., 1986a), were incubated in the presence of $10^{-4}$ M
isoproterenol to induce desensitization. Homologous desensitization
(agonist specific) was documented by measuring the adenylate cyclase
activity in the plasma membranes (data not shown). As shown in Fig. 1
homologous desensitization induces a dramatic increase in the
phosphorylation of the β-adrenergic receptor of both the wild type and
the kin⁻ mutant of the S49 lymphoma cells (0.2 mol P/mol β-adrenergic
receptor for control and 0.8 mol P/mol for desensitized cells). These
results indicate that a non cAMP-dependent pathway is involved in the
phosphorylation process of the β-adrenergic receptor during homologous
desensitization.

To identify the kinase activity which is involved in this
phosphorylation process, the cytoplasmic and plasma membrane fractions
from untreated kin⁻ mutants of the S49 lymphoma cells were tested for
their ability to phosphorylate pure βAR reconstituted into phospholipid
vesicles. As shown in Fig. 2 cytoplasmic fractions of these cells
phosphorylate the βAR but only in the presence of the β-agonist
isoproterenol. The presence of the β-agonist induces about a 5 to 10-
fold increase in the phosphorylation of the βAR. The effect of the
agonist can be completely blocked by the β antagonist alprenolol. These
data indicate that in the reconstituted system agonist occupancy of the
βAR induces a state of the receptor which makes it a much better
substrate for βARK activity present in the cytosol of these cells. This
effect of agonist is independent of the generation of cAMP or presumably
any other unknown second messenger since the effect is observed in an in
vitro system utilizing purified components.

As mentioned above the β-adrenergic receptor kinase is a
predominantly cytosolic enzyme. Yet the β-adrenergic receptor is an
integral membrane glycoprotein (Stiles et al., 1984). Thus, the
question arises as to how does a cytosolic enzyme function to

506

DLEV012137

ding 1 ml of
  The
hromatography

late cyclase
were performed

a cells
racellular ATP
esence of $10^{-4}$ M
sensitization
ylate cyclase
shown in Fig. 1
in the
e wild type and
1 β-adrenergic
  cells). These
n⌄ᵈ in the
ri— momologous

in this
brane fractions
ere tested for
nto phospholipid
these cells
~agonist
bout a 5-to 10-
ffect of the
lprenolol. These
occupancy of the
ch better
hese cells.  This
AMP or presumably
observed in an in

e is a
receptor is an
Thus, the
io



Fig. 1.  Phosphorylation of the β-adrenergic receptor during
desensitization in WT and kin⁻ S49 lymphoma cells.  Wild type and kin⁻
mutants of the S49 lymphoma cells were incubated (37°C) with 0.3 mCi
$^{32}P_i$/ml Pi as described in Methods.  Desensitization was induced by
incubating the cells with isoproterenol ($10^{-5}$ M) for 20 min.  The
β-adrenergic receptors were purified and visualized by autoradiography
after gel electrophoresis (see Methods).  Indicated on the left is the
relative mobility of the molecular weight standards.  Indicated on the
right (arrow) is the relative mobility of the β-adrenergic receptors
derived either from control (lane 1) or desensitized (lane 2) wild type
cells or control (lane 3) or desensitized (lane 4) kin⁻ mutant cells.

507

DLEV012138





Fig. 2. <u>Influence of agonist occupancy on phosphorylation of the</u>
<u>β-adrenergic receptor by the β-adrenergic receptor kinase</u>. Pure hamster
lung β-adrenergic receptor was reconstituted into lipid vesicles and
incubated for 30 min at 30°C with crude β-adrenergic receptor kinase
prepared from a kin⁻ cell cytosol fraction. The incubations also
contained either no ligand (control), 100 μM (−)isoproterenol (Iso) or
100 μM (−)isoproterenol + 10 μM (±)alprenolol (Iso + Alp).
Phosphorylated β-adrenergic receptor was then repurified,
electrophoresed on a 10% polyacrylamide gel and visualized by
autoradiography (see Methods).

508

DLEV012139

phosphorylate a plasma membrane protein? In an attempt to answer this
question we followed cytoplasmic enzyme activity and in situ
phosphorylation of the β-adrenergic receptor as a function of time of
exposure to isoproterenol. As the β-adrenergic receptors become rapidly
phosphorylated, the β-adrenergic receptor kinase activity rapidly
disappears from the cytosolic fraction (Fig. 3). After 15 min of



Fig. 3. Time course of cytoplasmic βARK activity and in situ
β-adrenergic receptor phosphorylation during desensitization. Kin⁻
mutants of the S49 lymphoma cells were incubated 0-30 min in the
presence of $10^{-5}$ M isoproterenol to induce homologous desensitization.
The β-adrenergic receptor kinase activity relative to control (●) was
measured using the reconstituted, agonist occupied hamster lung receptor
as substrate (see Methods). The phosphorylation of the β-adrenergic
receptor (○) within the plasma membrane of the intact cells (in situ)
was quantitated after autoradiography of the purified receptor (see
Methods).

509

DLEV012140

isoproterenol induced desensitization about 75% of the kinase activity
has vanished from the cytosol (Fig. 3). This decrease in cytosolic
kinase activity is accompanied by a simultaneous increase in the kinase
activity associated with the plasma membrane. As shown in Fig. 4, an
increase in membrane activity of about 6.5 fold can be observed
indicating that the β-adrenergic receptor kinase is translocated from
the cytosol to the plasma membrane upon β agonist promoted
desensitization. At longer times (Fig. 3) (20-60 min) when the extent
of phosphorylation of the total pool of receptor decreases the cytosolic
kinase activity returns to control levels (data not shown).



Fig. 4. <u>Translocation of the β-adrenergic receptor kinase from the</u>
<u>cytosol to the plasma membrane</u>. Kin$^-$ mutants of the S49 lymphoma cells
were desensitized for 15 min with $10^{-5}$ M isoproterenol (ISO) or $10^{-6}$ M
prostaglandin E$_1$. The β-adrenergic receptor kinase activity was
measured in the cytoplasmic (cytosol) and in the plasma membrane
(membrane) fractions using the reconstituted, agonist occupied
β-adrenergic receptor as substrate (see Methods). Indicated are the
relative kinase activities compared to controls.

These data suggests that specific agonist occupancy of the
β-adrenergic receptor triggers the translocation of the receptor kinase.
We next wished to determine whether this kinase is a specific β-receptor
kinase or whether it is an enzyme with more general substrate
specificity. Since the β-adrenergic receptor is the only adenylate

510

DLEV012141