kinase activity
in-cytosolic
se in the kinase
in Fig. 4, an
observed
nslocated from
ted
when the extent
ses the cytosolic
wn).

βAR KINASE ACTIVITY (% of Control)

—900

—700

—300

—100

or kinase from the
S49 lymphoma cells
l (ISO) or $10^{-6}$ M
ctivity was
na membrane
occupied
dicated are the

zy of the
e receptor kinase.
pecific β-receptor
bstrata
nl enylate

cyclase stimulatory receptor purified to homogeneity we attempted to use this translocation phenomenon of the kinase to further probe the specificity of this kinase. S49 lymphoma cells are known to possess prostaglandin $E_1$ ($PGE_1$) receptors coupled to stimulation of adenylate cyclase (Bourne et al., 1982). As has been shown previously (Strasser et al., 1986) prolonged exposure of S49 lymphoma cells to $PGE_1$ induces a homologous form of desensitization to $PGE_1$ stimulation of adenylate cyclase. Strikingly, $PGE_1$ induced desensitization of the $PGE_1$ stimulated adenylate cyclase also promotes a translocation of the receptor kinase activity from the cytosol to the plasma membrane (Figure 4).

## DISCUSSION

The data presented here document that: 1) β-adrenergic agonists can stimulate the phosphorylation of their own receptors, the β-adrenergic receptor, via a cAMP-independent pathway. 2) This phosphorylation is carried out by a kinase (βARK) which is exquisitely specific for the agonist occupied form of the β-adrenergic receptor. 3) βARK is a cytosolic enzyme which appears to translocate to the plasma membrane upon occupancy of the β-receptor with an agonist. 4) βARK may have a broader specificity since other stimulators of adenylate cyclase such as $PGE_1$ will promote the translocation of the activity from cytosol to plasma membrane. 5) Phosphorylation of the β-adrenergic receptor by βARK appears to correlate temporally with the process of homologous desensitization in S49 cells.

Moreover, this receptor kinase activity has been separated from other known kinase activities by sequential chromatography on molecular sieve HPLC and DEAE chromatography (Benovic et al., 1986). It was found that the β-adrenergic receptor kinase does not phosphorylate such common substrates as mixed histones or casein. Moreover the β-adrenergic receptor kinase is not stimulated by common kinase activators such as cAMP, cGMP, $Ca^{2+}$/calmodulin or $Ca^{2+}$/phosphatidylserine indicating that the β-adrenergic receptor kinase is distinct from other known kinases (Benovic et al., 1986).

The homologous nature of desensitization is characterized by a selective blunting of the response to the desensitizing agonist. Thus, phosphorylation of the agonist-occupied form of the β-adrenergic receptor by βARK provides a mechanism which can account for the phenomenon of homologous desensitization. Our current understanding of the process of homologous desensitization can be outlined as follows. Initially the agonist binds to its receptor inducing a putative conformational change which enables the receptor to interact with the

511

DLEV012142

guanine nucleotide regulatory protein $N_s$. This results in stimulation of adenylate cyclase. Independent of the generation of the second messenger cAMP the cytosolic receptor kinase becomes associated with the plasma membrane where it interacts with and phosphorylates the agonist-occupied form of the receptor. The phosphorylated receptors are uncoupled from their interaction with $N_s$ (unpublished observations). The phosphorylated receptors are then sequestered away from the plasma membrane into a vesicular compartment (Harden, 1983; Sibley and Lefkowitz, 1985). Whether receptor phosphorylation represents the trigger for sequestration or whether this sequestered compartment represents a specific site for receptor dephosphorylation are questions requiring further investigation (Sibley et al., 1986).

The most remarkable property of βARK is its exquisite specificity for the agonist-occupied form of the β-adrenergic receptor. This situation is strikingly similar to the light adaptation process in the rod outer segment of the eye where rhodopsin phosphorylation is catalyzed by a specific rhodopsin kinase which phosphorylates only bleached rhodopsin (i.e. the "agonist" occupied form of the light receptor) (Bownds et al., 1972; Kuhn and Dreyer, 1972; Shichi et al., 1974, 1978). Rhodopsin phosphorylation attenuates the ability of rhodopsin to activate transducin, the nucleotide binding protein involved in this system (Shichi et al. 1984; Wilden et al., 1986). Thus, in addition to the similarities that exist in the functional components of these disparate systems (hormonal transduction and light perception) the discovery of a hormone receptor specific kinase suggests that these systems may share common regulatory mechanisms.

This homology has been further strengthened by the recent cloning of the gene for the hamster β-adrenergic receptor (Dixon et al., 1986). The β-adrenergic receptor and rhodopsin share several similar features including two glycosylation sites near the amino-terminus, seven putative trans-membrane helices, some amino acid homology and potential sites of phosphorylation. Phosphorylation of rhodopsin by rhodopsin kinase is known to occur primarily at serine and threonine residues clustered at the C-terminal 15 amino acids. The hamster β-adrenergic receptor also possesses a serine and threonine rich region in the last C-terminal 21 amino acids which may represent the site of βARK phosphorylation.

The S49 lymphoma cell, in particular the kin⁻ mutant which lacks protein kinase A, has served as a useful tool in the identification of a novel protein kinase (βARK) specific for the agonist occupied form of adenylate cyclase coupled receptors. This kinase may play an important

512

stimulation

and

lated with the

the

receptors are

vations).

the plasma

and

ents the

artment

re questions

specificity

This

ocess in the

on is

es only

light

chi et al.,

ity of

rotein

).

cl. al

n and light

nase suggests

ent cloning

al., 1986),

ar features

seven

nd potential

hodopsin

residues

adrenergic

in the last

ARK

hich lacks

fication of a

ed form of

an important

role in the process of homologous desensitization of adenylate cyclase reponsiveness. Moreover, the discovery of this enzyme greatly strengthens the homology which exists between such disparate systems as light transduction and hormone responsiveness.

References

Benovic JL, Shorr RGL, Caron MG, Lefkowitz RJL (1984) The mammalian $\beta_2$-adrenergic receptor: Purification and characterization. Biochemistry 23:4510-4518.

Benovic JL, Pike LJ, Cerione RA, Staniszewski C, Yoshimasa T, Codina J, Caron MG, Lefkowitz RJ (1985) Phosphorylation of the mammalian $\beta$-adrenergic receptor by cyclic AMP-dependent protein kinase: Regulation of the rate of receptor phosphorylation and dephosphorylation by agonist occupancy and effects on coupling of the receptor to the stimulatory guanine nucleotide regulatory protein. J Biol Chem 260:7094-7101.

Benovic JL, Strasser RH, Caron MG, Lefkowitz RJ (1986) $\beta$-Adrenergic receptor kinase: Identification of a novel protein kinase that phosphorylates the agonist-occupied form of the receptor. Proc Natl Acad Sci USA 83:2737-2801.

Bokoch GM, Katada T, Northup JK, Ui M, Gilman AG (1984) Purification and properties of the inhibitory guanine nucleotide binding regulatory component of adenylate cyclase. J Biol Chem 259:3560-3567.

Bourne HR, Coffino P, Tomkins GM (1975) Selection of a variant lymphoma cell deficient in adenylate cyclase. Science 187:750-752.

Bourne HR, Kaslow D, Kaslow DR, Salomon MR, Licho V (1981) Hormone-sensitive adenylate cyclase mutant phenotype with normally regulated beta-adrenergic receptors uncoupled from catalytic adenylate cyclase. Mol Pharm 20:435-441.

Bourne HR, Beidermann B, Steinberg F, Brothers VM (1982) Three adenylate cyclase phenotypes in S49 lymphoma cells produced by mutations of one gene. Mol Pharm 22:204-210.

Bownds D, Dawes J, Miller J, Stahlman M (1972) Phosphorylation of frog photoreceptor membranes induced by light. Nature (London) New Biol 237:125-127.

Cerione RA, Sibley DR, Codina J, Benovic JL, Winslow J, Neer EJ, Birnbaumer L, Caron MG, Lefkowitz RJ (1984) Reconstitution of a hormone-sensitive adenylate cyclase system: The pure $\beta$-adrenergic receptor and guanine nucleotide regulatory protein confer hormone responsiveness on the resolved catalytic unit. J Biol Chem 259:9979-9982.

513

DLEV012144

Clark RB, Friedman J, Piashad N, Ruoho AE (1985)
Epinephrine-induced sequestration of the β-adrenergic receptor in
cultured S49 WT and cyc⁻ lymphoma cells. J Cyclic Nucleotide
Protein Phosphorylation Res 10:97-119.

Codina J, Hildebrandt JD, Sekura RD, Birnbaumer M, Bryan J,
Manclark R, Iyengar R, Birnbaumer L (1984) $N_s$ and $N_i$, the
stimulatory and inhibitory regulatory components of adenylate
cyclase: Purification of the human erythrocyte proteins without the
use of activating regulatory ligands. J Biol Chem 259:5871-5886.

Dixon RAF, Kobilka BK, Strader DJ, Benovic, JL, Dohlman HG, Frielle
T, Bolanowski MA, Bennett CD, Rands E, Diehl RE, Mumford RA, Slater
EE, Sigal IS, Caron MG, Lefkowitz RJ, Strader CD (1986) Cloning of
the gene and cDNA for mammalian β-adrenergic receptor and homology
with rhodopsin. Nature 321:75-79.

Green DA, Clark RB (1981) Adenylate cyclase coupling proteins are
not essential for agonist-specific desensitization of lymphoma
cells. J Biol Chem 256:2105-2108.

Green DA, Friedman J, Clark RB (1981) Epinephrine desensitization
of adenylate cyclase from cyc⁻ and S49 cultured lymphoma cells.
J Cyclic Nucleotide Res 7:161-172.

Harden TK, Scheer AG, Smith MM (1982) Differential modification of
the interaction of cardiac muscarinic cholinergic and
beta-adrenergic receptors with guanine nucleotide binding
component(s). Mol Pharm 21:570-580.

Harden TK (1983) Agonist-induced desensitization of the
β-adrenergic receptor-linked adenylate cyclase. Pharmacol Res
35:5-32.

Homcy CJ, Rockson SG, Countaway J, Egan DA (1983) Purification and
characterization of the mammalian β₂-adrenergic receptor.
Biochemistry 22:660-668.

Iyengar R, Swartz TL, Birnbaumer L (1979) Coupling of glucagon
receptor to adenyl cyclase: Requirement of a receptor-related
guanyl nucleotide binding site for coupling of receptor to the
enzyme. J Biol Chem 254:1119-1123.

Jacobs KH, Saw W, Schultz G (1976) Reduction of adenylate cyclase
activity in lysates of human platelets by the alpha-adrenergic
component of epinephrine. J Cyclic Nucleotide Res 2:281-286.

Kuhn H, Dreyer WL (1972) Light dependent phosphorylation of
rhodopsin by ATP. FEBS Lett 20:1-6.

Mahan LC, Koochman AM, Insel PA (1985) Genetic analysis of

514.

DLEV012145

β-adrenergic receptor internalization. Proc Natl Acad Sci USA
82:129–133.

Northup JK, Sternweis PC, Smigel MD, Schleifer LS, Ross EM, Gilman
AG (1980) Purification of the regulatory component of
adenylate cyclase. Proc Natl Acad Sci USA 77:6516–6520.

Perkins JP (1983) Desensitization of the response of adenylate
cyclase to catecholamines. Curr Top Memb Trans 18:85–108.

Pfeuffer E, Dreher RM, Metzger H, Pfeuffer T (1985) Catalytic unit
of adenylate cyclase: Purification and identification by affinity
crosslinking. Proc Natl Acad Sci USA 82:3086–3090.

Ross EM, Gilman AG (1977) Reconstitution of catecholamine-sensitive
adenylate cyclase activity: Interaction of solubilized components
with receptor-replete membranes. Proc Natl Acad Sci USA
74:3715–3719.

Sharma SK, Klee WA, Nirenberg M (1975) Dual regulation of adenylate
cyclase accounts for narcotic dependence. Proc Natl Acad Sci USA
72:3092–3096.

Shichi H, Somers RL, O'Brien PJ (1974) Phosphorylation of opsin:
Most rhodopsin molecules are not phosphorylated. Biochem
Biophys Res Commun 61:217–221.

Shichi H, Somers RL (1978) Light-dependent phosphorylation of
rhodopsin: Purification and properties of rhodopsin kinase. J Biol
Chem 253:7040–7046.

Shichi, H, Yamamota, K and Somers, RL (1984) GTP binding protein:
properties and lack of activation by phosphorylated rhodopsin.
Vision Res 24:1523–1531.

Shorr, RGL, Lefkowitz RJ and Caron MG (1981) Purification of the
β-adrenergic receptor: Identification of the hormone binding
site. J Biol Chem 256:5820–5826.

Sibley DR, Peters JR, Nambi P, Caron MG, Lefkowitz RJ (1984)
Desensitization of turkey erythrocyte adenylate cyclase:
β-Adrenergic receptor phosphorylation is correlated with alteration
of the adenylate cyclase activity. J Biol Chem 259:9742–9749.

Sibley DR, Lefkowitz RJ (1985) Adenylate cyclase-coupled hormone
receptors: Molecular mechanisms of desensitization. Nature (London)
317:124–129.

Sibley DR, Strasser RH, Caron MG, Lefkowitz RJ (1985) Homologous
desensitization of adenylate cyclase is associated with
phosphorylation of the β-adrenergic receptor. J Biol Chem
260:3883–3886.

Sibley DR, Strasser RH, Daniel K, Caron MG, Lefkowitz, RJ (1986)

515

DLEV012146

Homologous desensitization of adenylate cyclase: The role of β-adrenergic receptor phosphorylation and dephosphorylation. Fed Proc 45:798.

Stadel JM, Nambi P, Shorr RGL, Sawyer DF, Caron MG, Lefkowitz RJ (1983) Catecholamine-induced desensitization of turkey erythrocyte adenylate cyclase is associated with phosphorylation of the β-adrenergic receptor. Proc Natl Acad Sci USA 80:3173-3177.

Steer M, Insel PA, Melmon KL, Coffino P (1976) Agonist-specific refractoriness induced by isoproterenol: Studies with cell mutants. J Biol Chem 251:7572-7576.

Steinberg RA, Van Daalen Wetters T, Coffino P (1978) Kinase-negative mutants of S49 mouse lymphoma cells carry a transdominant mutation affecting expression of cAMP-dependent protein kinase. Cell 15:1351-1361.

Sternweis PC, Northup JK, Smigel MD, Gilman AG (1981) The regulatory component of adenylate cyclase: Purification and properties. J Biol Chem 256:11517-11526.

Stiles GL, Benovic JL, Caron MG, Lefkowitz RJ (1984) Mammalian β-adrenergic receptors: Distinct glycoprotein populations containing high mannose or complex type carbohydrate chains. J Biol Chem 259:8655-8663.

Strasser RH, Cerione RA, Codina J, Caron MG, Lefkowitz RJ (1985) Homologous desensitization of the β-adrenergic receptor: Functional integrity of the desensitized receptor from mammalian lung. Mol Pharmacol 28:237-245.

Strasser RH, Sibley DR, Lefkowitz RJ (1986a) A novel catecholamine-activated cAMP-independent pathway for β-adrenergic receptor phosphorylation in wild-type and mutant S49 lymphoma cells: Mechanism of homologous desensitization of adenylate cyclase. Biochemistry 25:1371-1377.

Strasser RH, Benovic JL, Caron MG, Lefkowitz RJ (1986b) β-Agonist and prostaglandin $E_1$-induced translocation of the β-adrenergic receptor kinase: Evidence that the kinase may act on multiple adenylate cyclase coupled receptors. Proc Natl Acad Sci USA, 83:6362-6366.

Strulovici B, Cerione RA, Kilpatrick BF, Caron MG, Lefkowitz RJ (1984) Direct demonstration of impaired functionality of a purified desensitized β-adrenergic receptor in a reconstituted system. Science 225:837-840.

Wilden, U, Hall, SW, Kuhn, H (1986) Phosphodiesterase activation

DLEV012147

rc    f

lation. Ped

itz, RJ

y erythrocyte

of the

-3177.

cific

. cell mutants.


arry a

ependent


on and


lian

ions

chains. J Biol


(1.

or: Functional

lung. Mol


β-adrenergic

lymphoma

nylate


Agonist

drenergic

multiple

ci USA, 83:


tz RJ

of a purified

. system.


vation

by photoexcited rhodopsin is quenched when rhodopsin is
phosphorylated and binds the intrinsic 48K-DA protein of rod outer
segment.  Proc Natl Acad Sci USA 83, 1174–1178.

517

DLEV012148

**295P** – EFFECTS OF (+) AND RACEMIC SALBUTAMOL ON AIRWAY RESPONSES IN THE GUINEA-PIG

J. Morley, I.D. Chapman, A. Foster, K. Hoshiko & L. Mazzoni, Preclinical Research, Sandoz Pharma Ltd., 4002 Basel, Switzerland.

In recent years, the incidence and severity of asthma, as well as associated death rates, have increased in several countries. It is appropriate therefore to ascertain whether anti-asthma drugs exhibit adverse effects that might contribute to these changes. An association between usage of beta-adrenoceptor agonist drugs and airway hyperreactivity in clinical asthma (Anonymous, 1990) has prompted study of (±)salbutamol, the most commonly used bronchodilator.

In the anaesthetised ventilated guinea-pig (Sanjar et al, 1990), reactivity of the airways to intravenous histamine (1.0-3.2 µg/kg) was enhanced significantly (p <0.01, n=10,) following an intravenous infusion for one hour of (+)salbutamol (100 µg/kg), the non-bronchodilator enantiomer of racemic salbutamol. In studies with racemic salbutamol the bronchodilator action of (-) salbutamol precluded demonstration of airway hyperreactivity; hence, airway hyperreactivity was not detected following infusion of (±)salbutamol over 1 hour (100 µg/kg, n=10). However, increased responsivity to histamine was demonstrable four days after sustained subcutaneous infusion of (±)salbutamol (1 mg/kg/day, n=10), implying that the effect of (+)salbutamol on airway responsivity was less prone to tachyphylaxis than the spasmolytic effect of (-)salbutamol.

Subcutaneous infusion of (±)salbutamol (1 mg/kg) for more than two days increased the susceptibility of sensitised guinea-pigs to inhaled ovalbumin and caused almost 100 % mortality; an effect which was abrogated by inhalation of aerosolised (±)isoprenaline (0.1 % w/v) or subcutaneous injection of (±)salbutamol (1 mg/kg), immediately prior to inhalation of ovalbumin. Following subcutaneous infusion of (±)salbutamol (1 mg/kg, n=10) for 5 days, increased obstruction of the airways during inhalation or intravenous injection of ovalbumin was evident, which could account for death in such animals. Whether an increased incidence of neutrophils in the airway lumen observed 24 hours after inhalation of salbutamol (Boubekeur et al., 1989) contributed to the observed increase in airway reactivity has yet to be determined.

The capacity of (±)isoprenaline to induce airway hyperreactivity has been reported previously (Sanjar et al, 1990) and provides a plausible mechanism to account for the epidemic of asthma deaths twenty years ago (Speizer et al, 1968). In light of contemporary clinical evidence that bronchodilator therapy can be associated with enhanced airway reactivity, the pharmacology of (+)salbutamol and other (+)isomers of substituted catecholamines merits clinical investigation.

Anonymous (1990) Lancet, 336, 1411-1412.
Boubekeur, K., Aoki, S., Anderson, G., Sanjar, S. and Morley J. (1989) Eur. Resp. J., 2, 755 S.
Sanjar, S., Kristersson, A., Mazzoni, L. et al. (1990) J. Physiol., 425, 43-54.
Speizer, F.E., Doll, R. and Heaf, P. (1968) Br. Med. J. 1, 335-339.

---

**296P** NITRIC OXIDE AND ACETYLCHOLINE HYPERPOLARIZE SMOOTH MUSCLE CELLS IN THE RAT SMALL MESENTERIC ARTERY BY DIFFERENT MECHANISMS

C.J. Garland & G.A McPherson The Baker Medical Research Institute, Commercial Road, Prahran, Victoria 3181, Australia

Acetylcholine and related cholinomimetics stimulate endothelium-dependent hyperpolarization and relaxation in arterial smooth muscle cells (Bolton et al. 1984; Taylor & Weston, 1988; McPherson & Angus, 1991). The differential sensitivity of the hyperpolarization and relaxation to various blocking agents has led to the suggestion that these events are mediated by separate endothelium-derived factors (Taylor & Weston, 1988). Recently, Tare & co-workers (1990) have demonstrated that nitric oxide, which appears to be or is closely related to EDRF, can stimulate smooth muscle hyperpolarization as well as relaxation, implying a role for nitric oxide in the endothelium-dependent hyperpolarization to acetylcholine. The present study investigated and compared the responses to both acetylcholine and nitric oxide in the rat mesenteric artery in a myograph.

Smooth muscle cells in isolated segments of rat small mesenteric artery had a resting potential around -57mV. Both acetylcholine and nitric oxide stimulated concentration-dependent hyperpolarization. The hyperpolarization to acetylcholine was endothelium-dependent, and increased the membrane potential to around -67mV. If the artery was first exposed to noradrenaline (1-3µM), the smooth muscle cells contracted, and were depolarized to -35mV. Acetylcholine again hyperpolarized the membrane to around -67mV with the highest concentration tested (3µM) and in addition, reversed the contraction by over 90%. Both the hyperpolarization and the relaxation were unaffected by the presence of glibenclamide (3µM). Nitric oxide (0.1-1µmole), applied either as a gas in solution or released from acidified sodium nitrite, produced a transient hyperpolarization of the resting membrane potential which varied between 3 and 8mV. Unlike acetylcholine, the hyperpolarization was abolished by prior smooth muscle depolarization in the presence of noradrenaline, although at this time nitric oxide stimulated marked smooth muscle relaxation. Glibenclamide (3µM) reversably blocked the hyperpolarization of the resting membrane potential which occurred in response to nitric oxide.

These data show that the smooth muscle hyperpolarizations to acetylcholine and nitric oxide are induced in different ways. The voltage-dependent block of hyperpolarization to nitric oxide suggests the involvement of inwardly-rectifying potassium channels, which because of their sensitivity to glibenclamide may be ATP-dependent.

CJG was supported by a Wellcome-Ramaciotti Travel Fellowship.

Bolton, T.B., Lang, R.J. & Takewaki, T. (1984). J. Physiol. 351, 549-572.
McPherson, G.A. & Angus, J.A. (1991). Brit. J. Pharmacol. 103, 1184-1190.
Tare, M., Parkington, H.C., Coleman, 'H.A., Neild, T.O. & Dusting, G.J. (1990) Nature 346, 69-71.
Taylor, S.G. & Weston A.H. (1988). Trends. Pharmacol. Sci. 9, 272-274.

EXHIBIT 2

DLEV012149

COIN-TYPE          SEPTORUX INC MARLBORO                    215 361 1884     P.2/10

TF Albuterol

*Racemic mixtures at root of worsening symptoms?*

# Active enantiomers may cause adverse effects in asthma

In a recent discussion in TIPS[1], of mechanisms whereby $\beta_2$-adrenoceptor-selective sympathomimetic drugs might worsen asthma symptoms, Barnes and Chung make no mention of the possibility that enantiomers of these racemic mixtures might be culpable. Isoprenaline, salbutamol, salmeterol and terbutaline have one chiral centre and are racemic mixtures of two enantiomers, with $\beta_2$-adrenoceptor agonist activity residing in the R-enantiomers. Fenoterol and formoterol have two chiral centres, giving rise to two possible diastereomers each having two enantiomers and, although marketed as single diastereomers, they are racemic mixtures of the R,R- and S,S-enantiomers.

Although it is generally accepted that the activity of a single enantiomer accounts for the biological effects of sympathomimetics, potent biological properties, unrelated to adrenoceptor occupancy, are documented. For instance, racemic tretoquinol not only relaxes airway smooth muscle but is also a potent inhibitor of platelet activation. Relaxation of guinea-pig trachea can be attributed to the (−)-s-enantiomer ($pD_2 = 7.10$) rather than the (+)-s-enantiomer ($pD_2 = 5.54$)[2], whereas inhibition of human platelet aggregation by the thromboxane $A_2$ mimetic U46619 is a property of (+)-s-tretoquinol ($IC_{50} = 0.99 \pm 0.02$ μM) rather than (−)-s-tretoquinol ($IC_{50} = 39.6 \pm 4.3$ μM)[3].

The capacity of sympathomimetics to facilitate sudden death in response to inhaled allergen or airway spasmogens in the guinea-pig is long established[4]. In studying the mechanism whereby salbutamol increases susceptibility of the sensitized guinea-pig to airway spasmogens, we noted that intravenous infusion of (+)-s-salbutamol induces airway hyper-reactivity to leukotriene $C_4$ (Ref. 6) by a mechanism closely analogous

© 1992, Elsevier Science Publishers Ltd (UK)    0165-6147/92/$05.00

232

to that detailed for (+)-s-isoprenaline (i.e. unaffected by racemic propranolol but prevented by vagal section)[7].

More recently, we have observed that intratracheal instillation of s-isoprenaline, s-salbutamol and s-terbutaline are similarly efficacious in evoking increased airway responsivity to intravenous injection of histamine in the anaesthetized guinea-pig. Such observations demonstrate that enantiomers of sympathomimetics are not inert and hence may contribute to adverse effects of the type discussed by Barnes and Chung. It has long been recognized that use of sympathomimetics for asthma therapy is associated with a range of inconsistent, or frankly paradoxical, effects[8]. Rather than adding further material (i.e. glucocorticosteroids) to existing products as proposed, our findings indicate that it may be prudent to remove enantiomers that were previously thought to be biologically inert.

I. D. CHAPMAN, K. H. BUCHHEIT, P. MANLEY AND J. MORLEY

*Preclinical Research, Sandoz Pharma Ltd, CH-4002 Basel, Switzerland.*

## References

1 Barnes, P. J. and Chung, K. F. (1992) Trends Pharmacol. Sci. 13, 20–23
2 Fedyna, J. S., Adejare, A., Miller, D. D. and Feller, D. R. (1987) Eur. J. Pharmacol. 135, 161–177
3 Ahn, C-H., Romstedt, K. J., Wallace, L. J., Miller, D. D. and Feller, D. R. (1988) Biochem. Pharmacol. 37, 3023–3030
4 Conolly, M. E., Davies, D. S., Dollery, C. T. and George, C. F. (1971) Br. J. Pharmacol. 43, 389–402
5 Chapman, I. D., Manzoni, L. and Morley, J. (1990) Br. J. Pharmacol. 99, 569
6 Morley, J., Chapman, I. D., Foster, A., Hoshiko, K. and Mazzoni, L. (1991) Br. J. Pharmacol. 104, 295P
7 Sanjar, S., Kristersson, A., Mazzoni, L., Morley, J. and Schaeublin, E. (1990) J. Physiol. 425, 43–54
8 Conolly, M. E., Hui, K. K., Dent, S. E. and Jenne, J. W. (1987) in Drug Therapy for Asthma (Jenne, J. W. and Murphy, S. eds), pp. 259–296, Marcel Dekker Inc.

U46619: 9,11-dideoxy-11α-epoxymethano-prostaglandin $F_{2\alpha}$

TIPS 13 231-232 (1992)

EXHIBIT 3

DLEV012150

**This Page is Inserted by IFW Indexing and Scanning Operations and is not part of the Official Record**

## BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of the original documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

☑ **BLACK BORDERS**

☐ **IMAGE CUT OFF AT TOP, BOTTOM OR SIDES**

☐ **FADED TEXT OR DRAWING**

☐ **BLURRED OR ILLEGIBLE TEXT OR DRAWING**

☐ **SKEWED/SLANTED IMAGES**

☐ **COLOR OR BLACK AND WHITE PHOTOGRAPHS**

☐ **GRAY SCALE DOCUMENTS**

☐ **LINES OR MARKS ON ORIGINAL DOCUMENT**

☐ **REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY**

☑ **OTHER:** _____

## IMAGES ARE BEST AVAILABLE COPY.
As rescanning these documents will not correct the image problems checked, please do not report these problems to the IFW Image Problem Mailbox.

DOCKET NO. SPC89-05'

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Timothy J. Barberich and James W. Young

Serial No.:  07/896,725          Group Art Unit:  1205

Filed:  June 9, 1992              Examiner:  L. Schenkman

Title:  METHOD FOR TREATING ASTHMA USING OPTICALLY
        PURE R(-) ALBUTEROL

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being
deposited with the United States Postal Service as First
Class Mail in an envelope addressed to Honorable
Commissioner of Patents and Trademarks, Washington,
D.C. 20231 on 2/10/93

Hamilton, Brook, Smith & Reynolds, P.C.

_A. J. Mesiti_          2/10/93
Signature                Date

DECLARATION

To:  Hon. Commissioner of Patents and Trademarks
     Washington, D.C.  20231

Dear Sir:

I, Gunnar Aberg, declare:

THAT I am a citizen of Sweden and a resident of the Town
of Westborough, Worcester County, Massachusetts;

THAT I am Vice-President of Research and Development,
Pharmaceutical Division, Sepracor, Inc., Marlborough,
Massachusetts.  From 1968 to 1973 I was Director of
Pharmacology at Bofors-Nobel Pharma, from 1974 to 1978 I was
Group Leader in General Pharmacology at AB Haessle, from 1978
to 1980, I was Director of Pharmacology at Astra
Pharmaceuticals, from 1980 to 1982 I was Director of

-2-                    Docket No. SPC89-05'

Cardiovascular Pharmacology at Ciba-Geigy; and from 1982 to 1988 I was Director of Pharmacology, and from 1988 to 1992 Executive Director of Pharmacology, at Bristol-Myers Squibb;

That I am a graduate of the University of Linkoping, Sweden from which I hold a Ph.D. in Pharmacology and of the University of Goteborg, Sweden from which I hold a Ph.D. in Zoophysiology, and that I am an Associate Professor in Applied Pharmacology at the University of Linkoping, Sweden;

That I have twenty-eight years' industrial experience in the area of pharmacology research;

That I am an author of 86 articles on pharmacology, including eight articles on adrenergic $\beta$-blockers and $\beta$-agonists and that I am an inventor on seven U.S. patents and 6 pending U.S. applications and that I have made numerous presentations before professional societies on the subject of adrenergic drugs;

That I have reviewed carefully the Office Action dated August 10, 1992 in the above case. I have also reviewed the application in the above case and the art cited by the examiner in his rejection, namely Chemical Abstracts 89:123259m (1978), Brittain et al., Harley et al., Hawkins, et al. and Buckner et al.; and as a result of my review and general knowledge of the subject area, I make the following analysis:

The Chemical Abstracts reference teaches that racemic albuterol may be used to treat asthma, but there is no teaching in the reference that would motivate one skilled in the art to go to the considerable trouble and expense of isolating and administering either enantiomer.

Brittain et al. show that both enantiomers and the racemic mixture of albuterol are very selective for $\beta_2$ receptors, but the isomeric activity ratio of R and S albuterol on isolated tracheal muscle ($\beta_2$) vs atrial muscle ($\beta_1$) is "impossible to calculate..because the isomers are virtually inactive on this tissue." R(-) and racemic albuterol inhibited acetylcholine-induced bronchospasm in

DLEV012153

-3-                    Docket No. SPC89-05'

anesthetized guinea pigs at dose-levels of 2.5 to 100 µg/kg.
The corresponding figure for S(+) albuterol was 50 to 5000
µg/kg, indicating, as expected, a lower potency of the S-
isomer. No difference was reported between the effects of
R(-) and R,S albuterol in the anesthetized guinea pig. The
potency ratio of R(-) vs racemic albuterol could be calculated
when the compounds were tested in a model of acetylcholine-
enhanced pulmonary resistance in the dog, and indicated that
the R(-) isomer was approximately twice as potent as the
racemate. On the isolated guinea pig trachea, Brittain et al.
found R-albuterol to be approximately equipotent with the
racemate (table 1; page 146). Thus, from a study of the
Brittain et al. reference I have not been able to conclude
anything definitive regarding either (1) the selectivity of
the R isomer vs the racemate, or (2) the relative potencies of
the two compounds.

    Hartley and Middlemiss teach that both isomers and the
racemic mixture of albuterol act on $\beta_2$ receptors rather than $\beta_1$
receptors. The effects of the R isomer and the racemic
mixture are equiactive on $\beta_2$ receptors of the intact guinea pig
trachea; indeed, it can be calculated from the reported data
that the racemate is 1.5 times as potent as the R(-) isomer.
There is no clear teaching with regard to selectivity between
$\beta_1$ and $\beta_2$ for the two isomers and the racemate, because the
ratio of trachea vs left atrium activity is roughly the same
for the R isomer and for the racemate, and the ratio of
trachea to right atrium shows a better ratio for the R isomer
but partial agonist activity for the R isomer and not for the
racemate. Thus, no conclusion can be drawn from Hartley and
Middlemiss as to whether the R isomer would enjoy any
advantage over racemic albuterol in terms of side effects.

    Hawkins and Klease characterize the study of Hartley and
Middlemiss by stating that Hartley reported that racemic
albuterol was 1.5 times as active as the minus enantiomer. In
their studies, Hawkins and Klease found that the R enantiomer
was approximately twice as potent as the racemate. They did

DLEV012154

not examine any tissue other than guinea pig trachea so that
no conclusion relating to relative selectivity could be drawn.
Thus if one ignored the teachings of Brittain et al. and
particularly of Hartley et al., one could interpret the
Hawkins publication to disclose a small potency advantage for
the R isomer. On a theoretical basis if the S isomer were
totally inactive, the racemate (being a 50-50 mixture) should
have a theoretical potency of about 50% that of the R isomer;
Hawkins' results would be consistent with that hypothesis.

The study by Buckner and Abel examines the ratio of
activity of the R and S isomers of albuterol in guinea pig
atria and guinea pig trachea. They concluded "even though the
potencies of single isomers may differ as much as twenty-four
fold between atria and trachea, the stereoselectivity for
production of activity is the same." That is, the
selectivity, as measured by the ratio of tracheal to atrial
activity, is the same for the two isomers. Buckner did not
examine racemic albuterol so no conclusion can be drawn as
regards any potency advantage of a single pure R isomer vs the
racemate.

The combined teachings of all of the foregoing references
provide little clear direction. If one ignores Hartley and
one of Brittain's experiments, with the intention of
selectively extracting from the references any advantage
associated with the R isomer, it appears that the R isomer may
enjoy a theoretical two-fold potency advantage over the
racemate. However, as a practical matter, even were this the
case, it would not motivate a person of scientific skill and
experience in the pharmaceutical industry to prepare and
administer the pure R isomer instead of the racemate. This is
because a process for the resolution of racemic albuterol
would inevitably produce R albuterol in less than 50% yield,
whereas the use of the racemic albuterol would, at worst,
provide 50% of the potency of the pure R. Thus there is
little to be gained by resolving the racemate.

As regards the question of diminution of side effects of

DLEV012155

-5-                    Docket No. SPC89-05

R-albuterol vs racemic albuterol, there is no clear teaching in any of the references that R-albuterol would enjoy an advantage over racemic albuterol on the basis of its selectivity between $\beta_1$ and $\beta_2$ receptors.

In the instant application, Barberich and Young disclose an unexpected diminution in side effects when the pure R isomer of albuterol is administered. Side effects of drugs that have a predominant $\beta_2$ agonist component can arise from four presently recognized and well characterized receptor interactions: (a) non-adrenergic effects; (b) interaction of the $\beta$-agonist with $\alpha$-receptors; (c) interaction of the $\beta_2$ agonist with $\beta_1$ receptors; and (d) interaction of the $\beta_2$ agonist with $\beta_3$ receptors. The interactions of these drugs with $\beta_3$ receptors (the adipocyte $\beta$-receptors) have not been well defined and are therefore not discussed in this declaration. Non-adrenergic effects can be triggered by interaction with any of the hundreds of other receptors and by non-receptor interactions, and they can originate from portions of the drug molecule outside the $\beta_2$ pharmacophore. They are, for this reason, difficult to predict or screen for. Interaction of $\beta$-agonists with $\alpha$-receptors are known in epinephrine but are not of clinical significance in agonists like albuterol. Interaction of $\beta_2$ agonists with $\beta_1$-receptors, causing pulmonary agents to exhibit cardiac side effects, is well documented for isoproterenol and has been discussed above for albuterol. The literature cited in the office action provides no evidence for an advantage of either enantiomer of albuterol on the basis of $\beta_2$ vs $\beta_1$ specificity.

Interaction of $\beta_2$-agonists at $\beta_2$-receptors can give rise to tachyphylaxis and perhaps to sensitization in addition to the desired bronchodilation. While well documented, these effects are only recently beginning to be understood. Tachyphylaxis appears to arise from mechanisms that are subsequent to the receptor-ligand interaction. [See Strasser et al. Adv. Exp. Med. Biol. 231, 503-517 (1988)]

DLEV012156

-6-                     Docket No. SPC89-05

The recent publications of Morley et al. [Brit. J. Pharmacol. 104, Supp. 295P (1991)] and Chapman et al. [Trends in Pharmacological Science 12 231-232 (1992)], which I have also reviewed, provide newly available support for applicants' disclosure in this respect. The Morley and Chapman references disclose that the S(+) isomer in bronchial tissue causes a hypersensitivity to allergen. This hypersensitivity is not usually observed in acute administration because the bronchodilator effect of the R enantiomer masks the hypersensitivity. However, on subchronic treatment with racemic albuterol Morley et al. were able to detect the hypersensitivity. They concluded from their experiments that the desired bronchodilator effect was prone to tachyphylaxis while the undesirable hypersensitivity is less prone to tachyphylaxis. Indeed, in the Chapman et al. paper the authors recommend that it may be prudent to remove enantiomers that were previously thought to be biologically inert. Their results support a previously undisclosed advantage to the use of pure R enantiomer in that the side effect of paradoxical hypersensitivity is likely to be ameliorated.

I further declare that all statements of the foregoing declaration made of my own knowledge are true and that those made upon information and belief are believed true and further that these statements are made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that willful false statements may jeopardize the validity of the above-identified application or any patent issuing thereon.

Signed by me this 8th day of February, 1993.

Gunnar Aberg

DLEV012157

4200  3/5/93  120.00  217 G0125
Stat 161

DOCKET NO.  SPC89-05'                                          PATENT APPLICATION

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):    Timothy J. Barberich and James W. Young

Serial No.       07/896,725                    Group Art Unit:  1205

Filed:           June 9, 1992                  Examiner:  L. Schenkman

For:   METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class mail in an envelope addressed to Honorable Commissioner of Patents and Trademarks, Washington, D.C. 20231 on

Hamilton, Brook, Smith & Reynolds, P.C.

Signature

Date

PETITION FOR EXTENSION OF TIME

The Honorable Commissioner
of Patents and Trademarks
Washington, D. C.   20231

Sir:

        The undersigned attorney petitions the Commissioner of Patents and Trademarks to extend the time for filing a Response to the Office Action dated August 10, 1992 for 3 month(s) from November 10, 1992 to February 10, 1993.

|  | Small Entity | Other than Small Entity |
|---|---|---|
| 1 month - | $ 55 | $ 110 |
| 2 months - | $ 180 | $ 360 |
| 3 months - | X $ 420 | $ 840 |
| 4 months - | $ 660 | $ 1,320 |

/XX/    Enclosed is a check in the amount of $ 420.00 to cover the
        cost of the extension.

/___/   Please charge Deposit Account No. 08-0380 in the amount
        of $_____ to cover the cost of the extension fee.

        Any deficiency or overpayment should be charged or credited to Deposit Account No. 08-0380.  Two duplicate copies of this letter are enclosed.

                        Respectfully submitted,

                        Richard W. Wagner

                        Richard W. Wagner
                        Agent for Applicant(s)
                        Registration No. 34,480
                        Tel. (617) 861-6240

100 MG 03/05/93 07896725
Lexington, Massachusetts 02173        1 217    420.00 CK

Dated:  February 10, 1993

DLEV012158



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 077896,725 | 06/09/92 | BARBARICH | SPC89-05 |

PATRICIA GRANAHAN
HAMILTON, BROOK, SMITH & REYNOLDS
TWO MILITIA DRIVE
LEXINGTON, MA 02173

12M1

| EXAMINER |
|---|
| SCHENKMAN, L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1295 | 20 |

DATE MAILED:

03/03/93

## NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☑ Applicant's failure to respond to the Office letter, mailed _____8/10/92_____

2. ☐ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

   ☐ The issue fee was received on _____

   ☐ The issue fee has not been received in Allowed Files Branch as of _____

   In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (l), and a verified showing as to the causes of the delay.

   If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.

   ☐ The corrected and/or substitute drawings were received on _____

6. ☐ The reason(s) below.

LEONARD SCHENKMAN
EXAMINER
ART UNIT 125

PTO-1432 (REV. 5-83)

DLEV012159

 

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/896,725 | 06/09/92 | BARBARICH | |

PATRICIA GRANAHAN
HAMILTON, BROOK, SMITH & REYNOLDS
TWO MILITIA DRIVE
LEXINGTON, MA 02173

12M1

T       SPOSS#05

SCHENKMAN,N1          PAPER NUMBER

21

DATE MAILED:
1205

03/18/93

Please find below a communication from the EXAMINER in charge of this application.

Commissioner of Patents.

The holding of Abandonment mailed *Mar. 3, 1993* has
been withdrawn.

The application has been returned to pending status.

The error is regretted.

*Lorence R. Patterson*



PATENT APPLICATION
DOCKET NO. SPC89-05'

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE



93 MAR 29 AM 7:38

Applicant(s):   Timothy J. Barberich and James W. Young

Serial No.:   07/896,725            Group Art Unit:   1205

Filed:   June 9, 1992               Examiner:   L. Schenkman

For:   METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL

---

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
First Class Mail in an envelope addressed to
Honorable Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on

February 10, 1993

_B. J. Jerrier_                February 10, 1993
Signature                      Date

---

The Honorable Commissioner
of Patents and Trademarks
Washington, D.C.  20231

Sir:

Transmitted herewith is a response in the above-identified application.

[X]   Small entity status of this application under 37 C.F.R. 1.9 and 1.27 has
      been established by a verified statement previously submitted.

[ ]   A verified statement to establish small entity status under 37 C.F.R. 1.9
      and 1.27 is enclosed.

The fee has been calculated as shown below:

| | (COL. 1) CLAIMS REMAINING AFTER AMENDMENT | | (COL. 2) HIGHEST NO. PREVIOUSLY PAID FOR | (COL. 3) PRESENT EXTRA | | SMALL ENTITY | | | OR | | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | RATE | ADDIT. FEE | | | RATE | ADDIT. FEE | |
| TOTAL | * 11 | MINUS | ** 21 | 0 | | X 11 | $ 0 | | | X 22 | $ | |
| INDEP | * 3 | MINUS | *** 3 | 0 | | X 37 | $ 0 | | | X 74 | $ | |
| [ ] FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | | +115 | $ | | | +230 | $ | |
| | | | | | | | TOTAL = $ 0 | | | | $ | |

DLEV012161

-2-

☐ Please charge my Deposit Account No. 08-0380 in the amount of $_____.

☐ A check in the amount of $_____ is attached.

☒ A separate Petition for Extension of Time is being filed concurrently herewith.

   ☒ Payment for the extension fee is included with the petition.

   ☐ Deposit Account No. 08-0380 is being charged for the extension fee.

☒ The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 08-0380.

   ☒ Any filing fees under 37 C.F.R. 1.16 for the presentation of extra claims.

   ☒ Any patent application processing fees under 37 C.F.R. 1.17.

Any extensions of time that are required to maintain this application in a pending status, if not included herewith, are hereby requested. The Commissioner is hereby authorized to charge such extension fees to Deposit Account No. 08-0380. Two copies of this transmittal letter are enclosed for accounting purposes.

Respectfully submitted,

HAMILTON, BROOK, SMITH & REYNOLDS, P.C.

By _Richard W. Wagner_____
Richard W. Wagner
Registration No. 34,480
Agent for Applicant(s)
(617) 861-6240

Dated: Feb. 10, 1993

A:\AMFEE.FOR

DLEV012162



RWW/PG/bjn    2/10/93

This will acknowledge receipt of a PETITION FOR EXTENSION OF TIME (three-month) with Certificate of Mailing and two copies and check for $420.00, for:

Applicants: Timothy J. Barberich and James W. Young
Serial No.:    07/896,725
Filed:         June 9, 1992
For: METHOD FOR TREATING ASTHMA USING OPTICALLY
     PURE R(-) ALBUTEROL
Docket No.: SPC89-05'



Date received in the PTO:

DLEV012163

SPC8905-STA
HL1:WP
HL:kd
03/15/93

12X
Schenkman



PATENT APPLICATION
Docket No. SPC89-05

#30/32
3-31-98

MAIL ROOM
MAR 19 1993
21
PAT. & TRADEMARK OFF.

93 MAR 29 AM 7: 38

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:    Timothy J. Barberich and James W. Young

Serial No.:    07/896,725        Group Art Unit: 1205

Filed:         June 9, 1992       Examiner: L. Schenkman

Title:    METHOD FOR TREATING ASTHMA USING OPTICALLY PURE
          R(-) ALBUTEROL

### CERTIFICATE OF MAILING

I hereby certify that this correspondence is being
deposited with the United States Postal Service as First
Class Mail in an envelope addressed to Honorable
Commissioner of Patents and Trademarks, Washington,
D.C. 20231 on 3/15/93
Hamilton, Brook, Smith & Reynolds, P.C.

_____    3/15/93
Signature                  Date

### STATUS INQUIRY

The Honorable Commissioner
  of Patents and Trademarks
Washington, DC  20231

ATTENTION: Box Non-Fee Amendment

Sir:

    Please provide the below named Patent Agent with the
current status of the above-identified patent application.
Amendment C with the accompanying Declaration by Gunnar
Aberg and a Petition for Extension of Time were mailed to
the Patent Office on February 10, 1993 in response to the

-2-

Office Action mailed from the Patent Office on August 10, 1992. The returned postcard receipts indicate that these items were received at the Patent Office on February 16, 1993. However, a Notice of Abandonment, mailed from the Patent Office on March 3, 1993, was received for the above-referenced application. Thus, it appears that the above Amendment, Declaration and Petition for Extension of Time were not present in the Application when the Notice of Abandonment was mailed.

Your attention to this matter is appreciated.

Copies of the postcard receipts, Amendment, Declaration and Petition for Extension of Time are enclosed.

Respectfully submitted,

Richard W. Wagner

Richard W. Wagner
Registration No. 34,480
Agent for Applicants

Lexington, MA  02173
Dated: March 15, 1993

DLEV012165

SPC89-05'
RWW13
2/10/93

PATENT APPLICATION
Docket No. SPC89-05'

93 MAR 29 AM 7: 38

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Timothy J. Barberich and James W. Young

Serial No.:  07/896,725          Group Art Unit: 1205

Filed:  June 9, 1992              Examiner:  L. Schenkman

Title:  METHOD FOR TREATING ASTHMA USING OPTICALLY
        PURE R(-) ALBUTEROL

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being
deposited with the United States Postal Service as First
Class Mail in an envelope addressed to Honorable
Commissioner of Patents and Trademarks, Washington,
D.C. 20231 on ___ 2/10/93

Hamilton, Brook, Smith & Reynolds, P.C.

_____        2/10/93
Signature                Date

AMENDMENT C

The Honorable Commissioner
  of Patents and Trademarks

Washington, D.C.  20231

Dear Sir:

     This is in response to the official action of August 10,
1992, which in view of the petition for a three month extension
of time submitted herewith, requires response by February 10,
1993.

     Please amend the application as follows:

In the Claims:

     Please cancel claims 9, 13 and 14 and substitute therefor
new claims 15, 16, 17 and 18.

DLEV012166

-2-

15.    A pharmaceutical composition comprising:

(a)    a first component consisting of an antiasthmatically effective amount of albuterol, said albuterol consisting of about 90 to 100% by weight of its R(-) isomer; and

(b)    a second component consisting of a physiologically effective amount of a drug selected from the group consisting of bronchodilators, antihistamines and analgesics.

16.    A composition according to claim 15 wherein said second component is an antiasthmatically effective amount of theophylline or terbutaline.

17.    A composition according to claim 15 wherein said second component is an analgesically effective amount of a drug selected from the group consisting of aspirin, acetaminophen and ibuprofen.

18.    A composition according to claim 15 wherein said albuterol is greater than 99% by weight R-albuterol.

<u>Remarks</u>

The claims have been amended to include the amount (in functional terms) of the components to be included and to clarify the proportion of albuterol that is present as its R-isomer. Support for claim 16 is found on page 5, line 14; support for claim 17 is found on page 5, line 15 to line 16. Claim 18 replaces former claim 14 and makes it properly dependent on newly introduced claim 15.

Claims 1 to 6, 8, 9, 13 and 14 were presented in the application as filed. Claims 9, 13 and 14 have been cancelled and claims 15 through 18 have been added. Claims 1 to 6, 8 and 15 to 18 are therefore presently pending in the application.

DLEV012167

-3-

Claims 1 to 6 and 8 stand rejected under 35 U.S.C. 103 as obvious over Chemical Abstracts. Claims 1 to 5 stand further rejected under 35 U.S.C. 103 as unpatentable over Brittain et al., Hartley et al., Hawkins et al. and Buckner et al. Claims 6 and 8 stand further rejected under 35 U.S.C. 103 as unpatentable over the latter four references in view of Chemical Abstracts. These rejections are traversed, and reconsideration is requested, for the following reasons:

The thrust of applicants' invention is the treatment of asthma while reducing the side effects associated with the administration of racemic albuterol. Side effects of drugs which, like albuterol, have a predominant $\beta_2$ agonist component, can arise from four presently recognized interactions, as discussed in the declaration under 37 C.F.R. 1.132 by Dr. Gunnar Aberg submitted herewith and rephrased below:

(a)    non-adrenergic effects (there is no evidence for this among the references cited in the present case);

(b)    interaction of the $\beta$-agonist with $\alpha$ receptors; (Second generation $\beta$-agonists like albuterol are relatively free of this problem.)

(c)    interaction of the primarily $\beta_2$-agonist drug with $\beta_1$ receptors; and

(d)    interaction of $\beta_2$-agonists with $\beta_2$ receptors giving rise to tachyphylaxis and perhaps to sensitization and CNS effects such as excitement and hyperkinesia.

Tachyphylaxis in response to albuterol has been demonstrated in airways [See Passowicz Muszynska Index Medicus Abstr. 91164287 (1991) (Attachment A); and Pauwels Index Medicus Abstr. 86051970 (1986)] (Attachment B). Sensitization has likewise been reported [See Chapman et al. Brit. J. Pharmacol. 99, 66P (1990)] (Attachment C). The mechanisms of these side effects are not clear and may not be the same.

The Brittain, Hartley, Hawkins and Buckner references all address the comparative interaction of albuterol isomers with $\beta_1$

DLEV012168

-4-

vs $\beta_2$ receptors, a type (c) interaction according to the
definition above.  Three of these references show that there is
perhaps some slight potency advantage to the use of pure R(-)
albuterol vs. racemic albuterol (although Hartley shows a potency
advantage to racemic albuterol), but none shows that there is any
$\beta$-selectivity advantage to R over S or over racemic.  On the
contrary, Buckner concluded that the ratios of tracheal ($\beta_2$) to
atrial ($\beta_1$) activities of R and S are indistinguishable.  Side
effects that are based on type (c) interactions arise from
differences in receptor selectivity, and the person of ordinary
skill would conclude from the teachings of these four references
that there is no advantage of R over racemic in terms of expected
amelioration of side effects.  The Aberg Declaration establishes
that the references by Brittain, Hartley, Hawkins and Buckner do
not teach any expectation of decreased side effects from the
administration of the pure R isomer as compared to the racemate.

Thus, at the time of filing of applicants' parent
application (1/5/90), there were no teachings among the
references cited that would motivate a person of ordinary skill
to administer the pure R(-) isomer of albuterol for the treatment
of asthma on the basis of its receptor selectivity.

What about potency?  Even though applicants' disclosure does
not relate to potency, does the art nonetheless encourage the
person of ordinary skill to resolve and administer pure R
albuterol on the basis of potency?  Unless one pure enantiomer
antagonizes the effects of the other, the theoretical advantage
of a pure enantiomer is at most two-fold.  A racemate, being a
50:50 mixture, simply acts like half a dose of the pure
enantiomer and half a dose of filler.  Because chemical
resolution of racemic mixtures is never 100% efficient, a
resolution will always yield less than 50% of the single isomer.
Thus, unless one enantiomer antagonizes the effect of the other,
there is no reason to suffer the loss of material attendant upon
their resolution.  For example, it has been known for years that

-5-

the activity of metoprolol as a β- blocker resides in its S isomer, but no one has ever marketed pure S-metoprolol because there has been no motivation to go to the trouble of removing the R isomer.

A potency ratio significantly greater than 2 between a single enantiomer and its racemate would be consistent with antagonism by one enantiomer and would provide motivation for resolving the racemate. No such teaching is found in any of the references. Choosing the single most optimistic experimental result from among the results of three tissues in only one of the four references, one may derive a 2.3 fold potency ratio for a single (R) isomer vs racemate. This falls in the range described above for "active isomer plus filler" and provides no motivation to undertake a separation of isomers. And these are the most encouraging data selected by hindsight reconstruction; the rest of the references, taken together, fairly suggest no clear preference of one isomer. Therefore, at the time of filing, the art did not suggest using pure R(-) albuterol either for lessened side effects or for potency enhancement. This conclusion is supported by the Declaration of Dr. Aberg. (The articles referred to by Dr. Aberg which have not been previously cited in this Application are included with the Declaration of Dr. Aberg as Exhibits 1, 2 and 3.)

Applicants disclose an unexpected diminution in side effects when the pure R isomer is administered. In support of this, applicants now cite two publications by the group of Morley and Chapman which appeared subsequent to the filing of the application: Morley, Chapman et al. Brit. J. Parmacol. 104 Suppl. 295P (1991) and Chapman et al. Trends in Pharmacol. Sci. 13 231-232 (1992). The significance of their disclosures is discussed in the Declaration by Dr. Aberg and copies are enclosed for the convenience of the Examiner as Exhibits 2 and 3. In these papers, the first of which was presented at a conference in September 1991, Morley et al. address the question of a distinction between a single enantiomer and racemic albuterol in

-6-

a type (d) interaction, thus supporting the concept of lessened side effects by the administration of pure R isomer.

The Morley and Chapman references disclose that the S(+) isomer in bronchial tissue causes a hypersensitivity to allergen. The authors conclude from their experiments that the desired bronchodilator effect (due to the R isomer) is prone to tachyphylaxis, while the undesired hypersensitivity (due to the S isomer) is less prone to tachyphylaxis. The authors state "It has long been recognized that use of sympathomimetics for asthma therapy is associated with a range of inconsistent or frankly paradoxical effects....our findings indicate that it may be prudent to remove enantiomers that were previously thought to be biologically inert." (Chapman et al. p. 232) Thus, the use of the pure R isomer is concluded to provide unexpected advantages. Applicants' disclosure of removing the S isomer so as to reduce side effects, and claims directed thereto, dating to at least January 1990 are novel and nonobvious -- particularly as evidenced by the subsequent Morley and Chapman publications.

For the foregoing reasons the rejections of claims 1-6 and 8 under 35 U.S.C. 103 are believed overcome. Reconsideration and withdrawal of the rejections are requested.

Claims 9, 13 and 14 which had been rejected under 35 U.S.C. 112 are now cancelled. Claim 15, which replaces claim 9, now clarifies that the pharmaceutical composition comprises from 90 to 100% of the R isomer. The Examiner had also asserted that former claims 9, 13 and 14 were too broad, absent recitation of amounts of ingredients. The claims have been amended to incorporate in functional terms the amounts of the ingredients. That such functional language is definite, allowable and common practice in the pharmaceutical art is illustrated in U.S. patents 4,975,426, claim 1, 4,923,898, claim 1 and 5,025,019, claim 1, copies of which are included for the convenience of the Examiner as attachments D, E and F, respectively. The rejections under 35 U.S.C. 112 are therefore believed overcome, and reconsideration and withdrawal is requested.

DLEV012171

-7-

There being no further issues the application is believed in condition for allowance and such is requested.

Respectfully submitted,

*Richard W. Wagner*

Richard W. Wagner
Agent for Applicants
Registration No. 34,480

Lexington, MA  02173

Dated: February 10, 1993

DLEV012172

F

3/5/4

)7645287    91164287
[Effect  on beta adrenergic receptors of tachyphylaxis on the sensitivity
of  smooth  muscle  in  the bronchi to beta adrenergic receptor agonists in
bronchial asthma]
WpLyw  tachyfilaksji  beta-adrenergicznych  receptorow na wra.ANG.zliwosc
miesni  gLadkich  oskrzeli  na  agoniste  receptorow beta-adrenergicznych w
lychawicy oskrzelowej.
Passowicz-Muszynska E.
Katedry i Kliniki Chorob Wewnetrznych AM we WrocLawiu.
Pol Tyg Lek   Jul 16-30 1990,  45 (29-31) p608-11;  ISSN 0032-3756
Journal Code: PBV
Languages: POLISH   Summary Languages: ENGLISH
Document type: JOURNAL ARTICLE   English Abstract
JOURNAL ANNOUNCEMENT: 9106
Subfile:   INDEX MEDICUS

The  study  involved  30 subjects: 15 healthy individuals and 15 patients
with  atopic  bronchial  asthma  of  the  moderate  degree.  Salbutamol was
administered  to asthmatic patients in the intravenous infusion for 7 days.
beta-adrenergic receptor density in the lymphocytes and FEV1 were evaluated
before  and  after  therapy. Moreover, isoprenaline test was carried out to
evaluate  the  sensitivity  of the bronchial smooth muscle to beta-agonist.
The  test was performed prior to and after salbutamol therapy. It was found
that  beta-receptor  agonist  statistically  significantly  decreases
beta-adrenergic  receptor density. Equivalently, bronchial smooth muscle is
less  sensitive  to  beta-agonist  in  the  same  degree  as  a decrease in
beta-adrenergic receptor density in the peripheral blood lymphocytes.
 Tags: Female; Human; Male
Descriptors:  *Albuterol--Therapeutic Use--TU; *Asthma--Drug Therapy--DT;
*Bronchi--Drug  Effects--DE; *Muscle, Smooth--Drug Effects--DE; *Receptors,
Adrenergic,   Beta--Drug   Effects--DE;   *Tachyphylaxis--Physiology--PH;
Adolescence;  Adult; Asthma--Physiopathology--PP; Lymphocytes--Drug Effects
--DE

  CAS   Registry   No.:   0    (Receptors,  Adrenergic,  Beta):  18559-94-9
(Albuterol)

ATTACHMENT A

DLEV012173

G

3/5/18
05750970    86051970
[Effect of corticosteroids on the action of sympathomimetics]
Influence des corticosteroides sur l'action des sympathicomimetiques.
Pauwels R
Bull Eur Physiopathol Respir    Sep-Oct 1985, 21 (5) p53s-55s, ISSN
0395-3890    Journal Code: BGX
Languages: FRENCH    Summary Languages: ENGLISH
Document type: JOURNAL ARTICLE; REVIEW    English Abstract
JOURNAL ANNOUNCEMENT: 8603
Subfile:    INDEX MEDICUS

Corticosteroids restore the bronchial responsiveness to beta-adrenergic
stimulants in man. This has been shown both in severe asthmatic patients
and in normal subjects, rendered insensitive by artificial means. On the
contrary, in patients with bronchial asthma who have airways reactive to
beta-adrenergic stimulants, the combination of corticosteroids and
sympathicomimetics results in an additive effect of their bronchodilating
capacity. Animal models, both in vivo and in vitro, show the same type of
ir raction between corticosteroids and beta-adrenergic stimulants The
me anism by which corticosteroids restore the bronchial sensitivity to
beta-adrenergic stimulation is not completely understood. Several
mechanisms may be involved such as increased agonist binding, decreased
receptor turn-over, increased uncoupling between receptor and
adenylcyclase, decreased extraneuronal uptake, decreased COMT-activity. The
relevance of the influence of corticosteroids on the metabolism of membrane
phospholipids remains highly speculative. (15 Refs.)

Tags: Human
Descriptors: *Adrenal Cortex Hormones--Therapeutic Use--TU; *Adrenergic
Beta Receptor Agonists--Therapeutic Use--TU; *Asthma--Drug Therapy--DT;
Albuterol--Therapeutic Use--TU; Bronchodilator Agents--Therapeutic Use--TU;
Drug Synergism; Drug Tolerance; Hydrocortisone--Therapeutic Use--TU;
Isoproterenol--Therapeutic Use--TU; Methylprednisolone--Therapeutic Use--TU
; Prednisolone--Therapeutic Use--TU; Pregnenediones--Therapeutic Use--TU;
Tachyphylaxis; Terbutaline--Therapeutic Use--TU

CAS Registry No.: 0    (Adrenal Cortex Hormones); 18559-94-9 (Albuterol)
; 23031-25-6    (Terbutaline); 50-23-7    (Hydrocortisone); 50-24-8
(Prednisolone); 51333-22-3    (budesonide); 7683-59-2 (Isoproterenol);
83-43-2    (Methylprednisolone)

GUINEA-PIGS, BUT SUPPRESSES RESPONSES TO FMLP

... HYPERREACTIVITY TO HISTAMINE, 5-HT AND ANTIGEN IN-

A. Imaizumi*, J. Lefort & B.B. ... Unité de Pharmacologie Cellulaire, Unité Associée Institut Pasteur-INSERM n° 285, 25 rue du Dr Roux, 75015, Paris, France.

Mice and rats inoculated with *Bordetella pertussis* vaccine show increased sensitivity to histamine, serotonin and anaphylaxis (Parfentjev and Goodline, 1948; Kind, 1958). This has been attributed to an acquired imbalance of two adrenergic effector systems, i.e., to a reduced functioning of the ß-adrenergic receptors or of some of the reactions between receptor activation and subsequent response (Szentivanyi, 1968). We have shown that enhanced bronchoconstriction, BC (i.e., unspecific broncho-pulmonary hyperresponsiveness) follows the administration of a booster injection of antigen to actively sensitized guinea-pigs (Pretolani et al., 1988). This led us now to study the effects of pertussis toxin (PT), the active component of B. pertussis on broncho-pulmonary responsiveness. PT was administered i.v. to guinea-pigs at 0.8-20 µg/kg 6-72 h before they were stimulated, under pentobarbitone anesthesia, with i.v. histamine (0.5-18 µg/kg) or serotonin (0.5-8 µg/kg), at 10 min intervals. Bronchial resistance to infusion was evaluated by the method of Konzett-Rössler in an H₂O. PT induced leukocytosis (lymphocytosis), and in 10 animals the number of circulating leukocytes increased from 5,700±800 to 38,500±3,700 at the dose of 20 µg/kg after 72 h. This effect was dose- and time-dependent and started within 6 h. Initially no differences were observed between the bronchoconstrictor responses to histamine or to serotonin of control and PT-treated animals but, when propranolol was used (1 mg/kg i.v. and 3 mg/kg i.p.), BC was slightly increased only (% BC: 13.4±2.8 up to 18.6±3.5) in control, but was markedly increased (% BC: 8.9±2.8 to 70.5±4.4, p<0.001) in animals treated 72 h beforehand with PT at 20 µg/kg. Similar effects were observed with serotonin. In contrast, BC and the accompanying leukopenia induced by the i.v. administration of the secretagogue N-formyl-L-methionyl-L-leucyl-L-phenylalanine (fMLP) (Boukili et al., 1986 and 1989) were antagonized by PT. Because of the contrasting effects on fMLP and on histamine and serotonin, isolated lungs provided by PT-treated animals where used. Under these conditions, BC and histamine and thromboxane A₂ releases induced by the intra-pulmonary administration of fMLP were suppressed but the effects of OA (3 ng-100 ng) injected i.p. into the lungs of guinea-pigs immunized with 10 µg ovalbumin (OA) in Al(OH)₃ injected i.p. twice, at a 2-week interval) were enhanced. PT thus modifies negatively the signal transductions for cells involved in the lung responses to fMLP, but positively the effects of the direct constrictor agents histamine and serotonin and of antigen, which induces BC via these mediators. Our data suggest that PT prevents the effects of fMLP on a target other than the neutrophil, since it was effective on the isolated lungs (Boukili et al, 1989), possibly via its recognized effects on the Gi protein of other effector systems present in the lung. Hyperresponsiveness may result from an enhanced mediator release, possibly due to down regulation of a Gi protein, associated to a direct effect on smooth muscle at a level which is under investigation.

1. Boukili, M.A., Bureau, M., Légerie, V., Lefort, J., Lelouch-Tubiana, A., Malanchère, E. & Vargaftig, B.B. (1986) Br. J. Pharmac. 89, 349-359.
2. Boukili, M.A., Bureau, M., Lelouch-Tubiana, A., Lelouch-Tubiana, A., Malanchère, E. & Vargaftig, B.B. (1989) Br. J. Pharmac.
3. Kind, L.S. (1958) Bact. Rev., 22, 173.
4. Parfentjev, I.A. & Goodline, M.A. (1948) J. Pharmac. exp. Ther. 92, 411.
5. Pretolani, M., Lefort, J. & Vargaftig B.B. (1988) Am. Rev. Respir. Dis., 138, 1572-1578.
6. Szentivanyi, A. (1968) J. Allergy, 42, 203-232.

---

68P   AN ANOMALOUS EFFECT OF SALBUTAMOL IN SENSITISED GUINEA-PIGS

I. Chapman*, L. Mazzoni & J. Morley, Preclinical Research, Sandoz Ltd., Basel CH-4002, Switzerland.

Eosinophils migrate to the intrapulmonary airways of sensitised guinea-pigs in response to inhaled allergen. Whilst assessing the capacity of anti-asthma drugs to inhibit this phenomenon, it was noted that animals pretreated with salbutamol (S) (1 mg/kg/day) by subcutaneous infusion invariably died on inhalation of allergen, in marked contrast to animals that were untreated or received other anti-asthma drugs. The contribution of altered airway smooth muscle function to this untoward effect has been investigated.

Guinea-pigs (450-600 gm) were sensitised by intraperitoneal injection (1 ml) of a suspension containing ovalbumin (OA, 10 ug/ml) and aluminium hydroxide (10 mg/ml) and separately with pertussis toxin (0.25 ml) on day 0, boosted on day 14 and implanted with either saline (C) or salbutamol (S) (1 mg/kg/day, Alzet minipump, s.c.) between day 14 and day 21. Six days later, animals were anaesthetised with phenobarbitone (100 mg/kg i.p.) and pentobarbitone (30 mg/kg i.p.) paralysed with gallamine (10 mg/kg i.m.) and ventilated (1 hz, 6 ml/kg) via a tracheal cannula. Airway resistance (R, cm H₂O/l/sec) and compliance (C₍ₐ₎, ml H₂O/l/sec) were calculated from measurement of tracheal airflow and transpulmonary pressure (Digital electronic pulmonary monitoring system, Mumed Ltd., U.K.). Animals were challenged with aerosolized OA (10-1000 ug/ml for 10 min) and changes in R and C₍ₐ₎ were monitored at each breath. Airway responses to inhaled OA or intravenous histamine (1.0 & 1.8 ug/kg) were expressed as the maximal increase in R (mean±sem). Responses to histamine in naive animals (107±67, 198±77, n=4) were not dissimilar from C animals (109±48, 262±91, n=10). Prior treatment with S (1 mg/kg/day s.c.) resulted in a slight reduction of these responses (46±13, 139±42, n=10, NS). No response to inhaled OA (100 ug) was observed in naive animals, in contrast to C animals (132±38, n=10) which developed increased reactivity to histamine following antigen challenge (418±64, 799±76, n=10). In animals pretreated with S, the reaction to antigen (334±58, n=10) was significantly (P<0.001) increased, even though airway responses to histamine were slightly reduced (225±66, 613±106, n=10).

The present results demonstrate that pretreatment of sensitised guinea-pigs with S augments the response to antigen. Altered distribution or increased dosage of inhaled allergen, altered airway reactivity or hypoxic vasoconstriction are mechanisms that might contribute to this phenomenon.

DLEV012175

United States Patent [19]

Sunshine et al.

[11] Patent Number: 4,975,426

[45] Date of Patent: Dec. 4, 1990

[54] COUGH/COLD MIXTURES COMPRISING NON-SEDATING ANTIHISTAMINE DRUGS

[75] Inventors: Abraham Sunshine, New York; Eugene M. Laska, Larchmont; Carole E. Siegel, Mamaroneck, all of N.Y.

[73] Assignee: Analgesic Associates, Larchmont, N.Y.

[21] Appl. No.: 315,161

[22] Filed: Feb. 24, 1989

Related U.S. Application Data

[62] Division of Ser. No. 59,635, Jun. 8, 1987, Pat. No. 4,829,064.

[51] Int. Cl.⁵ .................... A61K 31/60; A61K 31/62; A61K 31/615; A61K 31/505; A61K 31/44; A61K 31/445; A61K 31/19

[52] U.S. Cl. ......................... 514/159; 514/161; 514/165; 514/166; 514/256; 514/290; 514/315; 514/336; 514/570

[58] Field of Search .............. 514/159, 165, 256, 290, 514/315, 336, 570, 629, 630

[56] References Cited

PUBLICATIONS

Handbook of Nonprescription Drugs 8th ed. (1986) pp. 137–139 and 166.
The Merck Index 10th ed (1983), pp. 1310–1311 and APP-1.
Chemical Abstracts 104(1):517, Cohen et al. (1986).
Chemical Abstracts 106(5):27517t, Roman et al. (1986).
Chemical Abstracts 106(15):113384d, Calcutt et al. (4/13/87).

Primary Examiner—Douglas W. Robinson
Assistant Examiner—Raymond J. Henley, III
Attorney, Agent, or Firm—Burns, Doane, Swecker & Mathis

[57]                    ABSTRACT

Pharmaceutical compositions and methods of using same comprising aspirin, sodium salicylate, salicylamide or acetaminophen, in combination with a non-sedating antihistamine and optionally one or more other active components selected from a decongestant, cough suppressant (antitussive) or expectorant are provided for the relief of cough, cold, cold-like and/or flu symptoms and the discomfort, pain, headache, fever and general malaise associated therewith.

33 Claims, No Drawings

ATTACHMENT D

DLEV012176

# United States Patent [19]

Sunshine et al.

[11]  Patent Number:  4,923,898

[45]  Date of Patent:  May 8, 1990

[54] ANALGESIC, ANTI-INFLAMMATORY AND SKELETAL MUSCLE RELAXANT COMPOSITIONS COMPRISING NON-STEROIDAL ANTI-INFLAMMATORY DRUGS AND MUSCULOSKELETAL RELAXANTS AND METHODS OF USING SAME

[75] Inventors: Abraham Sunshine, New York; Eugene M. Laska, Larchmont; Carole E. Siegel, Mamaroneck, all of N.Y.

[73] Assignee: Analgesic Associates, Larchmont, N.Y.

[21] Appl. No.: 227,989

[22] Filed: Aug. 3, 1988

## Related U.S. Application Data

[60] Division of Ser. No. 114,751, Oct. 30, 1987, Pat. No. 4,780,463, which is a division of Ser. No. 815,502, Jan. 2, 1986, Pat. No. 4,722,938, which is a continuation of Ser. No. 686,380, Dec. 26, 1984, abandoned.

[51] Int. Cl.⁵ ............................................. A61K 31/19
[52] U.S. Cl. ................................................. 514/557
[58] Field of Search ................................... 514/557

[56] References Cited

## U.S. PATENT DOCUMENTS

4,683,243  7/1987  Sunshine et al. ...................... 514/557

## FOREIGN PATENT DOCUMENTS

2121529  8/1972  France .

## OTHER PUBLICATIONS

*Physicians' Desk Reference*, 28th Ed., (1974), p. 972.
Armas & Valencia, "Eficacia terapeutica de la associacion naproxen-carisoprodol en ciertas enfermedader musculoesqueleticas", [Therapeutic Effectiveness of Naproxen–Carisoprodol Association in Certain Musculoskeletal Disorders], in Investigation Medica Interacional, pp. 350–356, (1983), and English translation thereof.
Goti & Valenica, "Caracterizacion clinica de una nueva asociacion (naproxen+carisprodol) en padecimientos del aparato musculoesqueletico", [Clinical Description of a New Association (Naproxen+Carisoprodol) in Ailments of the Musculoskeletal Apparatus], *Investigation Medica Internacional*, pp. 475–478, (1983), and English translation thereof.
Socialist Republic of Romania Description of Invention 82,717, copy of patent and English translation thereof.
Rego, "Mio-Relaxantes No Tratamento Das Lombalgias Aguda E Da Lombó–Ciaticas Recentes", [Muscle Relaxants in the Treatment of Acute Lumbalgias and Recent Lumbo–Sciatica Cases], *Acta Reumatolgica Portuguesa*, II, 2:363–364, (1974), copy of the original and English translation thereof.
Schror, "Analgetisch–antiphlogistische Therapie Von Schmerzzustanden des Bewegungsapparates", [Analgesic–Antiphlogistic Therapy of Locomotor System Pain], *Therapiewoche*, 28, 5657–5663, (1978), copy of the original and English translation thereof.
Schar, "Medikamentose Behandlung von Lumboischialgien", [Drug Treatment of the Lumbago–Sciatica Syndrome], Schweiz. Rundschau Med., (Praxis), vol. 68, No. 5, pp. 141–142, (Jan. 30, 1979), copy of original article and English translation thereof.
Kolodny and Klipper, "Bone and Joint Diseases in the Elderly", *Hospital Practice*, pp. 91–101, (Nov., 1976).
Nascimento, "Use of an Association Containing an Analgesic, a Muscle Relaxant and Vitamin B Complex in Degenerative Joint Diseases, Extra–Articular Rheumatic Ailments and Traumatic Afflictions", *F. med.* (BR), 83(3):361–363, (1981), original article and English translation thereof.
Repschlaeger and McPherson, "Classification, Mechanism and Management of Headache", *Clinical Pharmacy*, vol. 3, pp. 139–150, (Mar.–Apr. 1984).

*Primary Examiner*—Stanley J. Friedman
*Attorney, Agent, or Firm*—Burns, Doane, Swecker & Mathis

[57]  ABSTRACT

Novel pharmaceutical analgesic, anti-inflammatory and skeletal muscle relaxant compositions and methods of using same comprising an analgesically and anti-inflammatory effective amount of at least one non-steroidal anti-inflammatory drug other than aspirin, acetaminophen and phenacetin, in combination with an effective amount of a skeletal muscle relaxant.

20 Claims, No Drawings

ATTACHMENT E

DLEV012177



# United States Patent [19]

Sunshine et al.

[11] Patent Number: 5,02*

[45] Date of Patent: Jun. 1*

[54] COUGH/COLD MIXTURES COMPRISING NON-STEROIDAL ANTI-INFLAMMATORY DRUGS

[75] Inventors: Abraham Sunshine, New York; Eugene M. Laska, Larchmont; Carole E. Siegel, Mamaroneck, all of N.Y.

[73] Assignee: Analgesic Associates, Larchmont, N.Y.

[21] Appl. No.: 438,074

[22] Filed: Nov. 20, 1989

### Related U.S. Application Data

[62] Division of Ser. No. 164,099, Jan. 15, 1988, Pat. No. 4,920,149, which is a division of Ser. No. 887,205, Jul. 21, 1986, Pat. No. 4,738,966, which is a division of Ser. No. 752,546, Jul. 8, 1985, Pat. No. 4,619,934, which is a division of Ser. No. 598,502, Apr. 9, 1984, Pat. No. 4,552,899.

[51] Int. Cl.⁵ ............... A61K 31/19; A61K 31/44; A61K 31/435; A61K 31/445

[52] U.S. Cl. ............... 514/277; 514/290; 514/325; 514/568; 514/653

[58] Field of Search ........... 514/568, 653, 277, 290, 514/325

Primary Examiner—Stanley J. Friedman
Attorney, Agent, or Firm—Burns, Doane, Swecker & Mathis

[57]           ABSTRACT

Pharmaceutical compositions and methods of using same comprising a non-steroidal anti-inflammatory drug in combination with at least one other active component selected from an antihistamine, decongestant, cough suppressant (antitussive) or expectorant are provided for the relief of cough, cold and cold-like symptoms.

23 Claims, No Drawings

ATTACHMENT F

DLEV012178

0701 027                                                                N

s substrate for
nal of Biological

I. (1986).Tissue
ogenous substrate
inase. Endocrino-

za virus transfor-
known polypeptide

tyl and palmityl
cel Chemistry.262-

t. liver membranes
. substrate for the
: epidermal growth

apidly stimulates
ntact cells.Nature

icher E.,Obermaier
a 46-KDa membrane
lation of several
e National Academy

.C.,Wang P.H.,Kahn
type 1 insulin
cells.III Interna-
.Madrid.

R.V.,Taylor S.I.
coprotein substrate
e in intact H-35
of Science .U.S.A.

THE β-ADRENERGIC RECEPTOR KINASE:  ROLE IN HOMOLOGOUS DESENSITIZATION
IN S49 LYMPHOMA CELLS

Ruth H. Strasser, Jeffrey L. Benovic,
Robert J. Lefkowitz and Marc G. Caron

Howard Hughes Medical Institute
Departments of Medicine, Biochemistry and Physiology
Duke University Medical Center
Durham, North Carolina  27710  USA

Summary

   Phosphorylation of the β-adrenergic receptor (βAR) is closely
associated with homologous desensitization of the β-adrenergic
receptor-coupled adenylate cyclase system.  Homologous desensitization
and receptor phosphorylation also occur in cell mutants which are
deficient in their cAMP-dependent protein kinase (kin⁻ mutant of S49
lymphoma cells).  βAR phosphorylation is mediated by a cAMP-independent
protein kinase which phosphorylates the receptor only when it is
occupied by a β-agonist.  During the time course of desensitization the
βAR kinase (βARK) activity is translocated from a cytoplasmic to a
plasma membrane location.  βARK translocation can also be effected by
prostaglandin $E_1$ (PGE$_1$) suggesting that this βARK may represent a more
general enzyme capable of phosphorylating other adenylate
cyclase-coupled receptors.  Thus, βARK may play a key role in the
process of homologous desensitization of adenylate cyclase coupled
receptors.

   Extracellular hormones interact with specific receptors at the
outer surface of the plasma membrane and thus initiate a cellular
response.  One of the best studied transmembrane signalling systems
known to be coupled to the occupancy of cell surface receptors is
adenylate cyclase.  The adenylate cyclase system is composed of various
components all of which have been purified to homogeneity (Shorr et al.,
1982; Homcy et al., 1983; Benovic et al., 1984; Codina et al., 1984;
Northup et al., 1980; Sternweis et al., 1981; Bokoch et al., 1984;
Pfeuffer et al., 1985).  Initially, agonist binding to the receptor
promotes coupling of the occupied receptor to one of the guanine
nucleotide binding regulatory proteins.  These proteins are members of a

Adv. Exp. med. Biol. 231, 503-517 (1988)                    503

EXHIBIT 1

DLEV012179

family of heterotrimeric proteins consisting of $\alpha$, $\beta$ and $\gamma$ subunits. Stimulatory receptors like the $\beta$-adrenergic (Cerione et al., 1984) or glucagon (Iyengar et al., 1979) receptors couple to the stimulatory regulatory protein $N_s$ (or $G_s$) whereas inhibitory receptors like the $\alpha_2$-adrenergic (Jacobs et al., 1976) or $M_2$-muscarinic (Harden et al., 1982) receptors couple to the inhibitory regulatory protein $N_i$ (or $G_i$).

Prolonged exposure to agonist hormones, either stimulatory or inhibitory, results in an attenuation of the response to the hormonal activation, a phenomenon called tachyphylaxis or desensitization (Harden, 1983; Sibley and Lefkovitz, 1985; Sharma et al., 1975). One of the best studied models for desensitization is the $\beta$-adrenergic receptor-coupled adenylate cyclase system. In this system two different forms of desensitization have been characterized. Homologous or hormone-specific desensitization results in an attenuated response only to the desensitizing hormone. In contrast, the heterologous form of desensitization leads to a general decrease of adenylate cyclase activity promoted not only by the desensitizing hormone but by other hormones and non-hormonal stimulators as well.

Previous studies have demonstrated that phosphorylation of the $\beta$-adrenergic receptor is involved in the mechanism of heterologous desensitization (Stadel et al., 1983; Sibley et al., 1984). In this form of desensitization phosphorylation of the $\beta$-adrenergic receptor is at least in part cAMP-dependent and mediated by the cAMP-dependent protein kinase (protein kinase A) (Strulovici et al., 1984; Sibley et al., 1984; Benovic et al., 1985).

Homologous desensitization, however, appears to be independent of cAMP since it has been observed in systems which are defective in their cAMP-dependent pathway (Green and Clark, 1981; Green et al., 1981; Perkins, 1983; Clark et al., 1985). These systems either lack the $N_s$ protein or a functional cAMP-dependent protein kinase. Consequently $\beta$-adrenergic receptor occupancy does not result in an increase in intracellular cAMP levels (cyc⁻ mutant of S49 lymphoma cells) (Bourne et al., 1975; Bourne et al., 1981; Ross and Gilman, 1977) or cAMP-dependent protein phosphorylation (kin⁻ mutant of S49 lymphoma cells) (Steer et al., 1976; Steinberg et al., 1978; Mahan et al., 1985). Therefore, if phosphorylation of the $\beta$-adrenergic receptor is involved in the process of homologous desensitization it must be catalyzed by a non cAMP-dependent protein kinase. To address these questions we utilized the kin⁻ mutant of the S49 lymphoma cells (Steer et al., 1976; Steinberg et al., 1978; Mahan et al., 1985). We document here a cAMP independent pathway of $\beta$-adrenergic receptor active phosphorylation during homologous desensitization. The kinase involved in this phosphorylation

504

DLEV012180

id γ subunits.
: al., 1984) or
: stimulatory
ors like the
arden et al.,
tein $N_i$ (or $G_i$).
mulatory or
o the hormonal
ictization
., 1975). One of
renergic
em two different
logous or
ad response only
ogous form of
: cyclase
but by other

tion of the
terologous
4). In this
gic receptor is
-dependent
34; Sibley et

independent of
ective in their
il., 1981;
: lack the $N_s$
onsequently
rease in
lls) (Bourne et
cAMP-dependent
s) (Steer et
Therefore, if
in the process
on
: we utilized
1976; Steinberg
P independent
ring
hosphorylation

process is distinct from other known kinases and phosphorylates only the agonist occupied form of the β-adrenergic receptor. Moreover, during desensitization the cytosolic kinase activity becomes transiently translocated to the plasma membranes in a cAMP-independent manner.

MATERIALS AND METHODS

Cells and incubations — S49 lymphoma cells, wild type (clone 24.3.2) and $kin^-$ mutants (clone 25.6.1), were grown in Dulbecco's modified Eagle's medium with 10% horse serum. Cells were harvested by centrifugation (800 x g, 3 min), washed three times with phosphate-free Dulbecco's modified Eagle's medium and incubated at 37°C for various periods of time (as indicated) in the presence of a β-adrenergic agonist for desensitization. To study the in situ phosphorylation of the β-adrenergic receptor the intracellular pool of ATP was labeled by incubating the cell with carrier-free $^{32}P$ (0.3 mCi/ml) prior to desensitization. The desensitization incubation was stopped by adding ice-cold phosphate-buffered saline with propranolol ($10^{-6}$ M) followed by immediate sedimentation of the cells (800 x g, 5 min).

Purification of the β-adrenergic receptor — The purification of the in situ phosphorylated β-adrenergic receptor was performed by affinity chromatography as previously described (Strasser et al., 1986a). Purified β-adrenergic receptor from hamster lung (Benovic et al., 1984) was used as a substrate for the receptor kinase assays.

Preparation of cell fractions for assay of β-adrenergic receptor kinase — After incubation (as described above) the sedimented cells were lysed in 2 volumes of 10 mM Tris, 15 mM MgCl, 5 mM EDTA, $10^{-4}$ M PMSF, 5 μg/ml leupeptin, 5 μg/ml pepstatin, pH 7.4 using a glass homogenizer (20 strokes). Unbroken cells and cell nuclei were sedimented at 800 x g for 10 min and discarded. The plasma membranes were then sedimented at 48,000 x g for 20 min. To obtain a cytosolic fraction the 48,000 x g supernatant was centrifuged at 150,000 x g for 60 min. To test for the receptor kinase activity the cytosolic and plasma membrane fractions were used directly.

Kinase assay — Pure β-adrenergic receptor was reconstituted into phospholipid vesicles as previously described (Benovic et al., 1986). The reconstituted β-adrenergic receptor (≈ 5 pmol) was incubated in 25 mM Tris, 10 mM NaCl, 1.5 mM EDTA, 1 mM EGTA, 5 mM MgCl₂, 5 mM NaF, 50 μM Na₃VO₄, $10^{-4}$ M PMSF, 5 μg/ml leupeptin, 5 μg/ml pepstatin, pH 7.4 in the presence of 50 μM [γ-$^{32}P$]ATP (25 cpm/fmol), with or without $10^{-4}$ M isoproterenol or the β antagonist alprenolol ($10^{-5}$ M) and in the presence of the appropriate kinase preparation for 20 min at 30°C in a

505

DLEV012181

total volume of 100 μl.  The reaction was stopped by adding 1 ml of
ice-cold 100 mM NaCl, 10 mM Tris, 2% digitonin, pH 7.2.  The
β-adrenergic receptor was then repurified by affinity chromatography
(Benovic et al. 1986).

Other assays — β-Adrenergic receptor assays, adenylate cyclase
assays and NaDodSO$_4$/polyacrylamide gel electrophoresis were performed
essentially as described in Strasser et al. (1986a).

RESULTS

Wild type (WT) and kin⁻ mutants of the S49 lymphoma cells
preincubated with carrier-free [$^{32}$P]Pi to label the intracellular ATP
pool (Strasser et al., 1986a), were incubated in the presence of 10$^{-4}$ M
isoproterenol to induce desensitization.  Homologous desensitization
(agonist specific) was documented by measuring the adenylate cyclase
activity in the plasma membranes (data not shown).  As shown in Fig. 1
homologous desensitization induces a dramatic increase in the
phosphorylation of the β-adrenergic receptor of both the wild type and
the kin⁻ mutant of the S49 lymphoma cells (0.2 mol P/mol β-adrenergic
receptor for control and 0.8 mol P/mol for desensitized cells).  These
results indicate that a non cAMP-dependent pathway is involved in the
phosphorylation process of the β-adrenergic receptor during homologous
desensitization.

To identify the kinase activity which is involved in this
phosphorylation process, the cytoplasmic and plasma membrane fractions
from untreated kin⁻ mutants of the S49 lymphoma cells were tested for
their ability to phosphorylate pure βAR reconstituted into phospholipid
vesicles.  As shown in Fig. 2 cytoplasmic fractions of these cells
phosphorylate the βAR but only in the presence of the β-agonist
isoproterenol.  The presence of the β-agonist induces about a 5-to-10-
fold increase in the phosphorylation of the βAR.  The effect of the
agonist can be completely blocked by the β antagonist alprenolol.  These
data indicate that in the reconstituted system agonist occupancy of the
βAR induces a state of the receptor which makes it a much better
substrate for βARK activity present in the cytosol of these cells.  This
effect of agonist is independent of the generation of cAMP or presumably
any other unknown second messenger since the effect is observed in an in
vitro system utilizing purified components.

As mentioned above the β-adrenergic receptor kinase is a
predominantly cytosolic enzyme.  Yet the β-adrenergic receptor is an
integral membrane glycoprotein (Stiles et al., 1984).  Thus, the
question arises as to how does a cytosolic enzyme function to

506

DLEV012182

ding 1 ml of

The

hromatography

late cyclase

were performed

a cells

racellular ATP

esence of $10^{-4}$ M

ensitization

ylate cyclase

shown in Fig. 1

in the

e wild type and

l β-adrenergic

cells). These

nvolved in the

ring homologous

in this

brane fractions

ere tested for

nto phospholipid

these cells

-agonist

bout a 5-to 10-

ffect of the

lprenolol. These

occupancy of the

ch better

hese cells. This

AMP or presumably

observed in an <u>in</u>

e is a

receptor is an

Thus, the

ion to



Fig. 1.  Phosphorylation of the β-adrenergic receptor during
desensitization in WT and kin⁻ S49 lymphoma cells.  Wild type and kin⁻
mutants of the S49 lymphoma cells were incubated (37°C) with 0.3 uCi
$^{32}$P$_i$/ml Pi as described in Methods.  Desensitization was induced by
incubating the cells with isoproterenol ($10^{-5}$ M) for 20 min.  The
β-adrenergic receptors were purified and visualized by autoradiography
after gel electrophoresis (see Methods).  Indicated on the left is the
relative mobility of the molecular weight standards.  Indicated on the
right (arrow) is the relative mobility of the β-adrenergic receptors
derived either from control (lane 1) or desensitized (lane 2) wild type
cells or control (lane 3) or desensitized (lane 4) kin⁻ mutant cells.

507

DLEV012183



Fig. 2.  Influence of agonist occupancy on phosphorylation of the
β-adrenergic receptor by the β-adrenergic receptor kinase.  Pure hamster
lung β-adrenergic receptor was reconstituted into lipid vesicles and
incubated for 30 min at 30°C with crude β-adrenergic receptor kinase
prepared from a kin⁻ cell cytosol fraction.  The incubations also
contained either no ligand (control), 100 μM (−)-isoproterenol (Iso) or
100 μM (−)-isoproterenol + 10 μM (±)alprenolol (Iso + Alp).
Phosphorylated β-adrenergic receptor was then repurified,
electrophoresed on a 10% polyacrylamide gel and visualized by
autoradiography (see Methods).

508

DLEV012184

phosphorylate a plasma membrane protein?  In an attempt to answer this
question we followed cytoplasmic enzyme activity and _in situ_
phosphorylation of the β-adrenergic receptor as a function of time of
exposure to isoproterenol.  As the β-adrenergic receptors become rapidly
phosphorylated, the β-adrenergic receptor kinase activity rapidly
disappears from the cytosolic fraction (Fig. 3).  After 15 min of

phorylation of the
inase.  Pure hamster
pid vesicles and
receptor kinase
ubations also
roterenol (Iso) or
Alp).
fied,
alized by

Fig. 3.  Time course of cytoplasmic BARK activity and in situ
β-adrenergic receptor phosphorylation during desensitization.  Kin
mutants of the S49 lymphoma cells were incubated 0-30 min in the
presence of 10⁻⁵ M isoproterenol to induce homologous desensitization.
The β-adrenergic receptor kinase activity relative to control (●) was
measured using the reconstituted, agonist occupied hamster lung receptor
as substrate (see Methods).  The phosphorylation of the β-adrenergic
receptor (○) within the plasma membrane of the intact cells (in situ)
was quantitated after autoradiography of the purified receptor (see
Methods).

509

DLEV012185

isoproterenol induced desensitization about 75% of the kinase activity
has vanished from the cytosol (Fig. 3). This decrease in cytosolic
kinase activity is accompanied by a simultaneous increase in the kinase
activity associated with the plasma membrane. As shown in Fig. 4, an
increase in membrane activity of about 6.5 fold can be observed
indicating that the β-adrenergic receptor kinase is translocated from
the cytosol to the plasma membrane upon β agonist promoted
desensitization. At longer times (Fig. 3) (20-60 min) when the extent
of phosphorylation of the total pool of receptor decreases the cytosolic
kinase activity returns to control levels (data not shown).



Fig. 4. Translocation of the β-adrenergic receptor kinase from the
cytosol to the plasma membrane. Kin⁻ mutants of the S49 lymphoma cells
were desensitized for 15 min with 10⁻⁵ M isoproterenol (ISO) or 10⁻⁶ M
prostaglandin E₁. The β-adrenergic receptor kinase activity was
measured in the cytoplasmic (cytosol) and in the plasma membrane
(membrane) fractions using the reconstituted, agonist occupied
β-adrenergic receptor as substrate (see Methods). Indicated are the
relative kinase activities compared to controls.

These data suggests that specific agonist occupancy of the
β-adrenergic receptor triggers the translocation of the receptor kinase.
We next wished to determine whether this kinase is a specific β-receptor
kinase or whether it is an enzyme with more general substrate
specificity. Since the β-adrenergic receptor is the only adenylate

510

DLEV012186



kinase activity
in cytosolic
ase in the kinase
n in Fig. 4, an
observed
anslocated from
oted
when the extent
ases the cytosolic
own).

ξAR KINASE ACTIVITY (% of Control)

— 900
— 700
— 500
— 300
— 100

tor kinase from the
S49 lymphoma cells
1 (ISO) or $10^{-6}$ M
ctivity was
as membrane
occupied
dicated are the

cy of the
e receptor kinase.
pecific β-receptor
bstrate
nly adenylate

cyclase stimulatory receptor purified to homogeneity we attempted to use this translocation phenomenon of the kinase to further probe the specificity of this kinase. S49 lymphoma cells are known to possess prostaglandin $E_1$ ($PGE_1$) receptors coupled to stimulation of adenylate cyclase (Bourne et al., 1982). As has been shown previously (Strasser et al., 1986) prolonged exposure of S49 lymphoma cells to $PGE_1$ induces a homologous form of desensitization to $PGE_1$ stimulation of adenylate cyclase. Strikingly, $PGE_1$ induced desensitization of the $PGE_1$ stimulated adenylate cyclase also promotes a translocation of the receptor kinase activity from the cytosol to the plasma membrane (Figure 4).

DISCUSSION

The data presented here document that: 1) β-adrenergic agonists can stimulate the phosphorylation of their own receptors, the β-adrenergic receptor, via a cAMP-independent pathway. 2) This phosphorylation is carried out by a kinase (βARK) which is exquisitely specific for the agonist occupied form of the β-adrenergic receptor. 3) βARK is a cytosolic enzyme which appears to translocate to the plasma membrane upon occupancy of the β-receptor with an agonist. 4) βARK may have a broader specificity since other stimulators of adenylate cyclase such as $PGE_1$ will promote the translocation of the activity from cytosol to plasma membrane. 5) Phosphorylation of the β-adrenergic receptor by βARK appears to correlate temporally with the process of homologous desensitization in S49 cells.

Moreover, this receptor kinase activity has been separated from other known kinase activities by sequential chromatography on molecular sieve HPLC and DEAE chromatography (Benovic et al., 1986). It was found that the β-adrenergic receptor kinase does not phosphorylate such common substrates as mixed histones or casein. Moreover the β-adrenergic receptor kinase is not stimulated by common kinase activators such as cAMP, cGMP, $Ca^{2+}$/calmodulin or $Ca^{2+}$/phosphatidylserine indicating that the β-adrenergic receptor kinase is distinct from other known kinases (Benovic et al., 1986).

The homologous nature of desensitization is characterized by a selective blunting of the response to the desensitizing agonist. Thus, phosphorylation of the agonist-occupied form of the β-adrenergic receptor by βARK provides a mechanism which can account for the phenomenon of homologous desensitization. Our current understanding of the process of homologous desensitization can be outlined as follows. Initially the agonist binds to its receptor inducing a putative conformational change which enables the receptor to interact with the

DLEV012187

guanine nucleotide regulatory protein $N_s$. This results in stimulation
of adenylate cyclase. Independent of the generation of the second
messenger cAMP the cytosolic receptor kinase becomes associated with the
plasma membrane where it interacts with and phosphorylates the
agonist-occupied form of the receptor. The phosphorylated receptors are
uncoupled from their interaction with $N_s$ (unpublished observations).
The phosphorylated receptors are then sequestered away from the plasma
membrane into a vesicular compartment (Harden, 1983; Sibley and
Lefkowitz, 1985). Whether receptor phosphorylation represents the
trigger for sequestration or whether this sequestered compartment
represents a specific site for receptor dephosphorylation are questions
requiring further investigation (Sibley et al., 1986).

The most remarkable property of βARK is its exquisite specificity
for the agonist-occupied form of the β-adrenergic receptor. This
situation is strikingly similar to the light adaptation process in the
rod outer segment of the eye where rhodopsin phosphorylation is
catalyzed by a specific rhodopsin kinase which phosphorylates only
bleached rhodopsin (i.e. the "agonist" occupied form of the light
receptor) (Bownds et al., 1972; Kuhn and Dreyer, 1972; Shichi et al.,
1974, 1978). Rhodopsin phosphorylation attenuates the ability of
rhodopsin to activate transducin, the nucleotide binding protein
involved in this system (Shichi et al. 1984; Wilden et al., 1986).
Thus, in addition to the similarities that exist in the functional
components of these disparate systems (hormonal transduction and light
perception) the discovery of a hormone receptor specific kinase suggests
that these systems may share common regulatory mechanisms.

This homology has been further strengthened by the recent cloning
of the gene for the hamster β-adrenergic receptor (Dixon et al., 1986).
The β-adrenergic receptor and rhodopsin share several similar features
including two glycosylation sites near the amino-terminus, seven
putative trans-membrane helices, some amino acid homology and potential
sites of phosphorylation. Phosphorylation of rhodopsin by rhodopsin
kinase is known to occur primarily at serine and threonine residues
clustered at the C-terminal 15 amino acids. The hamster β-adrenergic
receptor also possesses a serine and threonine rich region in the last
C-terminal 21 amino acids which may represent the site of βARK
phosphorylation.

The S49 lymphoma cell, in particular the kin⁻ mutant which lacks
protein kinase A, has served as a useful tool in the identification of a
novel protein kinase (βARK) specific for the agonist occupied form of
adenylate cyclase coupled receptors. This kinase may play an important

512

DLEV012188

stimulation
e second
iated with the
the
receptors are
rvations).
m the plasma
y and
ents the
artment
are questions

specificity
. This
ocess in the
on is
tes only
e light
chi et al.,
lity of
rotein
, 1986).
ictional
on and light
inase suggests

ent cloning
al., 1986).
ar features
seven
nd potential
hodopsin
residues
adrenergic
in the last
ARK

hich lacks
fication of a
ed form of
an important

role in the process of homologous desensitization of adenylate cyclase reponsiveness. Moreover, the discovery of this enzyme greatly strengthens the homology which exists between such disparate systems as light transduction and hormone responsiveness.

References

Benovic JL, Shorr RGL, Caron MG, Lefkowitz RJL (1984) The mammalian $\beta_2$-adrenergic receptor: Purification and characterization. Biochemistry 23:4510-4518.

Benovic JL, Pike LJ, Cerione RA, Staniszewski C, Yoshimasa T, Codina J, Caron MG, Lefkowitz RJ (1985) Phosphorylation of the mammalian β-adrenergic receptor by cyclic AMP-dependent protein kinase: Regulation of the rate of receptor phosphorylation and dephosphorylation by agonist occupancy and effects on coupling of the receptor to the stimulatory guanine nucleotide regulatory protein. J Biol Chem 260:7094-7101.

Benovic JL, Strasser RH, Caron MG, Lefkowitz RJ (1986) β-Adrenergic receptor kinase: Identification of a novel protein kinase that phosphorylates the agonist-occupied form of the receptor. Proc Natl Acad Sci USA 83:2737-2801.

Bokoch GM, Katada T, Northup JK, Ui M, Gilman AG (1984) Purification and properties of the inhibitory guanine nucleotide binding regulatory component of adenylate cyclase. J Biol Chem 259:3560-3567.

Bourne HR, Coffino P, Tomkins GM (1975) Selection of a variant lymphoma cell deficient in adenylate cyclase. Science 187:750-752.

Bourne HR, Kaslow D, Kaslow DR, Salomon MR, Licho V (1981) Hormone-sensitive adenylate cyclase mutant phenotype with normally regulated beta-adrenergic receptors uncoupled from catalytic adenylate cyclase. Mol Pharm 20:435-441.

Bourne HR, Beidermann B, Steinberg F, Brothers VM (1982) Three adenylate cyclase phenotypes in S49 lymphoma cells produced by mutations of one gene. Mol Pharm 22:204-210.

Bownds D, Daves J, Miller J, Stahlman M (1972) Phosphorylation of frog photoreceptor membranes induced by light. Nature (London) New Biol 237:125-127.

Cerione RA, Sibley DR, Codina J, Benovic JL, Winslow J, Neer EJ, Birnbaumer L, Caron MG, Lefkowitz RJ (1984) Reconstitution of a hormone-sensitive adenylate cyclase system: The pure β-adrenergic receptor and guanine nucleotide regulatory protein confer hormone responsiveness on the resolved catalytic unit. J Biol Chem 259:9979-9982.

DLEV012189

Clark RB, Friedman J, Piashad N, Ruoho AE (1985) Epinephrine-induced sequestration of the β-adrenergic receptor in cultured S49 WT and cyc⁻ lymphoma cells. J Cyclic Nucleotide Protein Phosphorylation Res 10:97–119.

Codina J, Hildebrandt JD, Sekura RD, Birnbaumer M, Bryan J, Manclark R, Iyengar R, Birnbaumer L (1984) $N_s$ and $N_i$, the stimulatory and inhibitory regulatory components of adenylate cyclase: Purification of the human erythrocyte proteins without the use of activating regulatory ligands. J Biol Chem 259:5871–5886.

Dixon RAF, Kobilka BK, Strader DJ, Benovic JL, Dohlman HG, Frielle T, Bolanowski MA, Bennett CD, Rands E, Diehl RE, Mumford RA, Slater EE, Sigal IS, Caron MG, Lefkowitz RJ, Strader CD (1986) Cloning of the gene and cDNA for mammalian β-adrenergic receptor and homology with rhodopsin. Nature 321:75–79.

Green DA, Clark RB (1981) Adenylate cyclase coupling proteins are not essential for agonist-specific desensitization of lymphoma cells. J Biol Chem 256:2105–2108.

Green DA, Friedman J, Clark RB (1981) Epinephrine desensitization of adenylate cyclase from cyc⁻ and S49 cultured lymphoma cells. J Cyclic Nucleotide Res 7:161–172.

Harden TK, Scheer AG, Smith MM (1982) Differential modification of the interaction of cardiac muscarinic cholinergic and beta-adrenergic receptors with guanine nucleotide binding component(s). Mol Pharm 21:570–580.

Harden TK (1983) Agonist-induced desensitization of the β-adrenergic receptor-linked adenylate cyclase. Pharmacol Res 35:5–32.

Homcy CJ, Rockson SG, Countaway J, Egan DA (1983) Purification and characterization of the mammalian $\beta_2$-adrenergic receptor. Biochemistry 22:660–668.

Iyengar R, Swartz TL, Birnbaumer L (1979) Coupling of glucagon receptor to adenyl cyclase: Requirement of a receptor-related guanyl nucleotide binding site for coupling of receptor to the enzyme. J Biol Chem 254:1119–1123.

Jacobs KH, Saw W, Schultz G (1976) Reduction of adenylate cyclase activity in lysates of human platelets by the alpha-adrenergic component of epinephrine. J Cyclic Nucleotide Res 2:281–286.

Kuhn H, Dreyer WL (1972) Light dependent phosphorylation of rhodopsin by ATP. FEBS Lett 20:1–6.

Mahan LC, Koochman AM, Insel PA (1985) Genetic analysis of

514

DLEV012190

ic receptor in

ucleotide

J,
i the
adenylate
eins without the
59:5871–5886.
HG, Frielle
nford RA, Slater
986) Cloning of
or and homology

teins are
of lymphoma

itization
phoma cells.

ication of
nd
inding

rmacol Res

cation and
eptor.

ucagon
or-related
ptor to the

e cyclase
–adrenergic
:281–286.
i of

of

β-adrenergic receptor internalization. Proc Natl Acad Sci USA 82:129–133.

Northup JK, Sternweis PC, Smigel MD, Schleifer LS, Ross EM, Gilman AG (1980) Purification of the regulatory component of adenylate cyclase. Proc Natl Acad Sci USA 77:6516–6520.

Perkins JP (1983) Desensitization of the response of adenylate cyclase to catecholamines. Curr Top Memb Trans 18:85–108.

Pfeuffer E, Dreher RM, Metzger H, Pfeuffer T (1985) Catalytic unit of adenylate cyclase: Purification and identification by affinity crosslinking. Proc Natl Acad Sci USA 82:3086–3090.

Ross EM, Gilman AG (1977) Reconstitution of catecholamine-sensitive adenylate cyclase activity: Interaction of solubilized components with receptor-replete membranes. Proc Natl Acad Sci USA 74:3715–3719.

Sharma SK, Klee WA, Nirenberg M (1975) Dual regulation of adenylate cyclase accounts for narcotic dependence. Proc Natl Acad Sci USA 72:3092–3096.

Shichi H, Somers RL, O'Brien PJ (1974) Phosphorylation of opsin: Most rhodopsin molecules are not phosphorylated. Biochem Biophys Res Commun 61:217–221.

Shichi H, Somers RL (1978) Light-dependent phosphorylation of rhodopsin: Purification and properties of rhodopsin kinase. J Biol Chem 253:7040–7046.

Shichi, H, Yamamoto, K and Somers, RL (1984) GTP binding protein: properties and lack of activation by phosphorylated rhodopsin. Vision Res 24:1523–1531.

Shorr, RGL, Lefkowitz RJ and Caron MG (1981) Purification of the β-adrenergic receptor: Identification of the hormone binding site. J Biol Chem 256:5820–5826.

Sibley DR, Peters JR, Nambi P, Caron MG, Lefkowitz RJ (1984) Desensitization of turkey erythrocyte adenylate cyclase: β-Adrenergic receptor phosphorylation is correlated with alteration of the adenylate cyclase activity. J Biol Chem 259:9742–9749.

Sibley DR, Lefkowitz RJ (1985) Adenylate cyclase-coupled hormone receptors: Molecular mechanisms of desensitization. Nature (London) 317:124–129.

Sibley DR, Strasser RH, Caron MG, Lefkowitz RJ (1985) Homologous desensitization of adenylate cyclase is associated with phosphorylation of the β-adrenergic receptor. J Biol Chem 260:3883–3886.

Sibley DR, Strasser RH, Daniel K, Caron MG, Lefkowitz, RJ (1986)

DLEV012191



Homologous desensitization of adenylate cyclase: The role of
β-adrenergic receptor phosphorylation and dephosphorylation. Fed
Proc 45:798.

Stadel JM, Nambi P, Shorr RGL, Sawyer DF, Caron MG, Lefkowitz, RJ
(1983) Catecholamine-induced desensitization of turkey erythrocyte
adenylate cyclase is associated with phosphorylation of the
β-adrenergic receptor. Proc Natl Acad Sci USA 80:3173-3177.

Steer M, Insel PA, Melmon KL, Coffino P (1976) Agonist-specific
refractoriness induced by isoproterenol: Studies with cell mutants.
J Biol Chem 251:7572-7576.

Steinberg RA, Van Daalen Wetters T, Coffino P (1978)
Kinase-negative mutants of S49 mouse lymphoma cells carry a
transdominant mutation affecting expression of cAMP-dependent
protein kinase. Cell 15:1351-1361.

Sternweis PC, Northup JK, Smigel MD, Gilman AG (1981) The
regulatory component of adenylate cyclase: Purification and
properties. J Biol Chem 256:11517-11526.

Stiles GL, Benovic JL, Caron MG, Lefkowitz RJ (1984) Mammalian
β-adrenergic receptors: Distinct glycoprotein populations
containing high mannose or complex type carbohydrate chains. J Biol
Chem 259:8655-8663.

Strasser RH, Cerione RA, Codina J, Caron MG, Lefkowitz RJ (1985)
Homologous desensitization of the β-adrenergic receptor: Functional
integrity of the desensitized receptor from mammalian lung. Mol
Pharmacol 28:237-245.

Strasser RH, Sibley DR, Lefkowitz RJ (1986a) A novel
catecholamine-activated cAMP-independant pathway for β-adrenergic
receptor phosphorylation in wild-type and mutant S49 lymphoma
cells: Mechanism of homologous desensitization of adenylate
cyclase. Biochemistry 25:1371-1377.

Strasser RH, Benovic JL, Caron MG, Lefkowitz RJ (1986b) β-Agonist
and prostaglandin $E_1$-induced translocation of the β-adrenergic
receptor kinase: Evidence that the kinase may act on multiple
adenylate cyclase coupled receptors. Proc Natl Acad Sci USA, 83:
6362-6366.

Strulovici B, Cerione RA, Kilpatrick BF, Caron MG, Lefkowitz RJ
(1984) Direct demonstration of impaired functionality of a purified
desensitized β-adrenergic receptor in a reconstituted system.
Science 225:837-840.

Wilden, U, Hall, SW, Kuhn, H (1986) Phosphodiesterase activation

DLEV012192

role of⁻
lation. Fed

itz, RJ
y erythrocyte
of the
–3177.
cific
cell mutants.

arry a
ependent

on and

lian
ions
chains. J Biol

(1985)
or: Functional
lung. Mol

β-adrenergic
lymphoma
nylate

Agonist
drenergic
multiple
ci USA, 83:

tz RJ
of a purified
system.

vation

by photoexcited rhodopsin is quenched when rhodopsin is
phosphorylated and binds the intrinsic 48K-DA protein of rod outer
segment. Proc Natl.Acad Sci USA 83, 1174–1178.

517

DLEV012193

J. Morley , I.D. Chapman, A. Foster, K. Hoshiko & L. Mazzoni, Preclinical Research, Sandoz Pharma Ltd., 4002 Basel, Switzerland.

In recent years, the incidence and severity of asthma, as well as associated death rates, have increased in several countries. It is appropriate therefore to ascertain whether anti-asthma drugs exhibit adverse effects that might contribute to these changes. An association between usage of beta-adrenoceptor agonist drugs and airway hyperreactivity in clinical asthma (Anonymous, 1990) has prompted study of (±)salbutamol, the most commonly used bronchodilator.

In the anaesthetised ventilated guinea-pig (Sanjar et al., 1990), reactivity of the airways to intravenous histamine (1.0-3.2 µg/kg) was enhanced significantly (p <0.01, n=10,) following an intravenous infusion for one hour of (+)salbutamol (100 µg/kg), the non-bronchodilator enantiomer of racemic salbutamol. In studies with racemic salbutamol the bronchodilator action of (-) salbutamol precluded demonstration of airway hyperreactivity; hence, airway hyperreactivity was not detected following infusion of (±)salbutamol over 1 hour (100 µg/kg, n=10). However, increased responsivity to histamine was demonstrable four days after sustained subcutaneous infusion of (±)salbutamol (1 mg/kg/day, n=10), implying that the effect of (+)salbutamol on airway responsivity was less prone to tachyphylaxis than the spasmolytic effect of (-)salbutamol.

Subcutaneous infusion of (±)salbutamol (1 mg/kg) for more than two days increased the susceptibility of sensitised guinea-pigs to inhaled ovalbumin and caused almost 100 % mortality: an effect which was abrogated by inhalation of aerosolised (±)isoprenaline (0.1 % w/v) or subcutaneous injection of (±)salbutamol (1 mg/kg), immediately prior to inhalation of ovalbumin. Following subcutaneous infusion of (±)salbutamol (1 mg/kg, n=10) for 5 days, increased obstruction of the airways during inhalation or intravenous injection of ovalbumin was evident, which could account for death in such animals. Whether an increased incidence of neutrophils in the airway lumen observed 24 hours after inhalation of salbutamol (Boubekeur et al., 1989) contributed to the observed increase in airway reactivity has yet to be determined.

The capacity of (±)isoprenaline to induce airway hyperreactivity has been reported previously (Sanjar et al., 1990) and provides a plausible mechanism to account for the epidemic of asthma deaths twenty years ago (Speizer et al., 1968). In light of contemporary clinical evidence that bronchodilator therapy can be associated with enhanced airway reactivity, the pharmacology of (+)salbutamol and other (+)isomers of substituted catecholamines merits clinical investigation.

Anonymous (1990) Lancet, 336, 1411-1412.
Boubekeur, K., Aoki, S., Anderson, G., Sanjar, S. and Morley J. (1989) Eur. Resp. J., 2, 755 S.
Sanjar, S., Kristersson, A., Mazzoni, L. et al. (1990) J. Physiol., 425, 43-54.
Speizer, F.E., Doll, R. and Heaf, P. (1968) Br. Med. J., 1, 335-339.

---

296P  NITRIC OXIDE AND ACETYLCHOLINE HYPERPOLARIZE SMOOTH MUSCLE CELLS IN THE RAT SMALL MESENTERIC ARTERY BY DIFFERENT MECHANISMS

C.J. Garland & G.A McPherson  The Baker Medical Research Institute, Commercial Road, Prahran, Victoria 3181, Australia

Acetylcholine and related cholinomimetics stimulate endothelium-dependent hyperpolarization and relaxation in arterial smooth muscle cells (Bolton et al, 1984; Taylor & Weston, 1988; McPherson & Angus, 1991). The differential sensitivity of the hyperpolarization and relaxation to various blocking agents has led to the suggestion that these events are mediated by separate endothelium-derived factors (Taylor & Weston, 1988). Recently, Tare & co-workers (1990) have demonstrated that nitric oxide, which appears to be or is closely related to EDRF, can stimulate smooth muscle hyperpolarization as well as relaxation, implying a role for nitric oxide in the endothelium-dependent hyperpolarization to acetylcholine. The present study investigated and compared the responses to both acetylcholine and nitric oxide in the rat mesenteric artery in a myograph.

Smooth muscle cells in isolated segments of rat small mesenteric artery had a resting potential around -57mV. Both acetylcholine and nitric oxide stimulated concentration-dependent hyperpolarization. The hyperpolarization to acetylcholine was endothelium-dependent, and increased the membrane potential to around -67mV. If the artery was first exposed to noradrenaline (1-3µM), the smooth muscle cells contracted, and were depolarized to -35mV. Acetylcholine again hyperpolarized the membrane to around -67mV with the highest concentration tested (3µM) and in addition, reversed the contraction by over 90%. Both the hyperpolarization and the relaxation were unaffected by the presence of glibenclamide (3µM). Nitric oxide (0.1-1µmole), applied either as a gas in solution or released from acidified sodium nitrite, produced a transient hyperpolarization of the resting membrane potential which varied between 3 and 9mV. Unlike acetylcholine, the hyperpolarization was abolished by prior smooth muscle depolarization in the presence of noradrenaline, although at this time nitric oxide stimulated marked smooth muscle relaxation. Glibenclamide (3µM) reversably blocked the hyperpolarization of the resting membrane potential which occurred in response to nitric oxide.

These data show that the smooth muscle hyperpolarizations to acetylcholine and nitric oxide are induced in different ways. The voltage-dependent block of hyperpolarization to nitric oxide suggests the involvement of inwardly-rectifying potassium channels, which because of their sensitivity to glibenclamide may be ATP-dependent.

CJG was supported by a Wellcome-Ramaciotti Travel Fellowship.

Bolton, T.B., Lang, R.J. & Takewaki, T. (1984). J. Physiol. 351, 549-572.
McPherson, G.A. & Angus, J.A. (1991). Brit. J. Pharmacol. 103, 1184-1190.
Tare, M., Parkington, H.C., Coleman, H.A., Neild, T.O. & Dusting, C.J. (1990) Nature 346, 69-71.
Taylor, S.G. & Weston A.H. (1988). Trends. Pharmacol. Sci. 9, 272-274.

EXHIBIT 2

DLEV012194



*Racemic mixtures at root of worsening symptoms?*

# Active enantiomers may cause adverse effects in asthma

In a recent discussion in TiPS[1], of mechanisms whereby $\beta_2$-adrenoceptor-selective sympathomimetic drugs might worsen asthma symptoms, Barnes and Chung make no mention of the possibility that enantiomers of these racemic mixtures might be culpable. Isoprenaline, salbutamol, salmeterol and terbutaline have one chiral centre and are racemic mixtures of two enantiomers, with $\beta_2$-adrenoceptor agonist activity residing in the R-enantiomers. Fenoterol and formoterol have two chiral centres, giving rise to two possible diastereomers each having two enantiomers and, although marketed as single diastereomers, they are racemic mixtures of the R,R- and S,S-enantiomers.

Although it is generally accepted that the activity of a single enantiomer accounts for the biological effects of sympathomimetics, potent biological properties, unrelated to adrenoceptor occupancy,

are documented. For instance, racemic tretoquinol not only relaxes airway smooth muscle but is also a potent inhibitor of platelet activation. Relaxation of guinea-pig trachea can be attributed to the (−)-s-enantiomer (pD₂ ≈ 7.10) rather than the (+)-s-enantiomer (pD₂ ≈ 5.54)[3], whereas inhibition of human platelet aggregation by the thromboxane $A_2$ mimetic U46619 is a property of (+)-s-tretoquinol (IC₅₀ = 0.99±0.02 µM) rather than (−)-s-tretoquinol (IC₅₀ = 39.6±4.3 µM)[3].

The capacity of sympathomimetics to facilitate sudden death in response to inhaled allergen or airway spasmogens in the guinea-pig is long established. In studying the mechanism whereby salbutamol increases susceptibility of the sensitized guinea-pig to airway spasmogens[5], we noted that intravenous infusion of (+)-s-salbutamol induces airway hyperreactivity to leukotriene $C_4$ (Ref. 6) by a mechanism closely analogous

© 1992 Elsevier Science Publishers Ltd (UK)   0165-6147/92/$05.00

232

to that detailed for (+)-s-isoprenaline (i.e. unaffected by racemic propranolol but prevented by vagal section)[5].

More recently, we have observed that intratracheal instillation of s-isoprenaline, s-salbutamol and s-terbutaline are similarly efficacious in evoking increased airway responsivity to intravenous injection of histamine in the anaesthetized guinea-pig. Such observations demonstrate that enantiomers of sympathomimetics are not inert and hence may contribute to adverse effects of the type discussed by Barnes and Chung. It has long been recognized that use of sympathomimetics for asthma therapy is

associated with a range of inconsistent, or frankly paradoxical, effects[6]. Rather than adding further material (i.e. glucocorticosteroids) to existing products as proposed, our findings indicate that it may be prudent to remove enantiomers that were previously thought to be biologically inert.

I. D. CHAPMAN, K. H. BUCHHEIT, P. MANLEY AND J. MORLEY

*Preclinical Research, Sandoz Pharma Ltd, CH-4002 Basel, Switzerland.*

## References

1 Barnes, P. J. and Chung, K. F. (1992) *Trends Pharmacol. Sci.* 13, 20–23
2 Fedyna, J. S., Adejare, A., Miller, D. D.

and Feller, D. R. (1987) *Eur. J. Pharmacol.* 135, 161–171
3 Ahn, C. H., Romstedt, K. J., Wallace, L. J., Miller, D. D. and Feller, D. R. (1988) *Biochem. Pharmacol.* 37, 3023–3030
4 Conolly, M. E., Davies, D. S., Dollery, C. T. and George, C. F. (1971) *Br. J. Pharmacol.* 43, 389–402
5 Chapman, I. D., Mazzoni, L. and Morley, J. (1992) *Br. J. Pharmacol.* 99, 66P
6 Morley, J., Chapman, I. D., Foster, A., Hoshika, K. and Mazzoni, L. (1991) *Br. J. Pharmacol.* 104, 295P
7 Sanjar, S., Kristersson, A., Mazzoni, L., Morley, J. and Schaeublin, E. (1990) *J. Physiol.* 425, 43–54
8 Conolly, M. E., Hui, K. K., Brint, S. S. and Jenne, J. W. (1987) in *Drug Therapy for Asthma* (Jenne, J. W. and Murphy, S., eds), pp. 259–296, Marcel Dekker Inc.

U46619: 9,11-dideoxy-11a-epoxymethano-prostaglandin $F_{2\alpha}$

EXHIBIT 3

DLEV012195

**This Page is Inserted by IFW Indexing and Scanning
Operations and is not part of the Official Record**

## BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of the original
documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

☐ **BLACK BORDERS**

☐ **IMAGE CUT OFF AT TOP, BOTTOM OR SIDES**

☐ **FADED TEXT OR DRAWING**

☑ **BLURRED OR ILLEGIBLE TEXT OR DRAWING**

☐ **SKEWED/SLANTED IMAGES**

☐ **COLOR OR BLACK AND WHITE PHOTOGRAPHS**

☐ **GRAY SCALE DOCUMENTS**

☐ **LINES OR MARKS ON ORIGINAL DOCUMENT**

☐ **REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY**

☐ **OTHER:** _____

**IMAGES ARE BEST AVAILABLE COPY.
As rescanning these documents will not correct the image
problems checked, please do not report these problems to
the IFW Image Problem Mailbox.**

DLEV012196

DOCKET NO. __SPC89-05'__                                    PATENT APPLICATION

UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s): Timothy J. Barberich and James W. Young          95 MAR 29 AM 7:38

Serial No.: 07/896 886                        Group Art Unit: 1205

Filed: June 9, 1992                           Examiner: L. Schenkman

For:  METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to Honorable Commissioner of Patents and Trademarks, Washington, D.C. 20231 on ___2/10/93___

Hamilton, Brook, Smith & Reynolds, P.C.

Signature

Date

## PETITION FOR EXTENSION OF TIME

The Honorable Commissioner
 of Patents and Trademarks
Washington, D. C.    20231

Sir:

     The undersigned attorney petitions the Commissioner of Patents and Trademarks to extend the time for filing a    Response
to the    Office Action    dated    August 10, 1992
for  3   month(s) from   November 10, 1992    to   February 10, 1993

|  | Small Entity | Other than Small Entity |
|---|---|---|
| 1 month - | $  55 | $   110 |
| 2 months - | $ 180 | $   360 |
| 3 months - | X $ 420 | $   840 |
| 4 months - | $ 660 | $ 1,320 |

/XX/    Enclosed is a check in the amount of $ 420.00  to cover the
        cost of the extension.

/  /    Please charge Deposit Account No. 08-0380 in the amount
        of $_____ to cover the cost of the extension fee.

     Any deficiency or overpayment should be charged or credited to Deposit
Account No. 08-0380.  Two duplicate copies of this letter are enclosed.

                         Respectfully submitted,

                         Richard W. Wagner

                         Richard W. Wagner
                         Agent for Applicant(s)
                         Registration No. 34,480
                         Tel. (617) 861-6240

Lexington, Massachusetts 02173

Dated:  February 10, 1993

DLEV012197

DOCKET NO. SPC89-05'

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:   Timothy J. Barberich and James W. Young

Serial No.:   07/896,725          Group Art Unit:   1205

Filed:   June 9, 1992            Examiner:   L. Schenkman

METHOD FOR TREATING ASTHMA USING OPTICALLY
PURE R(-) ALBUTEROL

### CERTIFICATE OF MAILING

I hereby certify that this correspondence is being
deposited with the United States Postal Service as First
Class Mail in an envelope addressed to Honorable
Commissioner of Patents and Trademarks, Washington,
D.C. 20231 on 2/10/93

Hamilton, Brook, Smith & Reynolds, P.C.

_____     2/10/93
Signature                          Date

### DECLARATION

To:   Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

Dear Sir:

I, Gunnar Aberg, declare:

THAT I am a citizen of Sweden and a resident of the Town
of Westborough, Worcester County, Massachusetts;

THAT I am Vice-President of Research and Development,
Pharmaceutical Division, Sepracor, Inc., Marlborough,
Massachusetts.   From 1968 to 1973 I was Director of
Pharmacology at Bofors-Nobel Pharma, from 1974 to 1978 I was
Group Leader in General Pharmacology at AB Haessle, from 1978
to 1980, I was Director of Pharmacology at Astra
Pharmaceuticals, from 1980 to 1982 I was Director of

DLEV012198

-2-                    Docket No. SPC89-05

Cardiovascular Pharmacology at Ciba-Geigy; and from 1982 to
1988 I was Director of Pharmacology, and from 1988 to 1992
Executive Director of Pharmacology, at Bristol-Myers Squibb;

That I am a graduate of the University of Linkoping,
Sweden from which I hold a Ph.D. in Pharmacology and of the
University of Goteborg, Sweden from which I hold a Ph.D. in
Zoophysiology, and that I am an Associate Professor in Applied
Pharmacology at the University of Linkoping, Sweden;

That I have twenty-eight years' industrial experience in
the area of pharmacology research;

That I am an author of 86 articles on pharmacology,
including eight articles on adrenergic $\beta$-blockers and $\beta$-
agonists and that I am an inventor on seven U.S. patents and 6
pending U.S. applications and that I have made numerous
presentations before professional societies on the subject of
adrenergic drugs;

That I have reviewed carefully the Office Action dated
August 10, 1992 in the above case. I have also reviewed the
application in the above case and the art cited by the
examiner in his rejection, namely Chemical Abstracts
89:123259m (1978), Brittain et al., Harley et al., Hawkins, et
al. and Buckner et al.; and as a result of my review and
general knowledge of the subject area, I make the following
analysis:

The Chemical Abstracts reference teaches that racemic
albuterol may be used to treat asthma, but there is no
teaching in the reference that would motivate one skilled in
the art to go to the considerable trouble and expense of
isolating and administering either enantiomer.

Brittain et al. show that both enantiomers and the
racemic mixture of albuterol are very selective for $\beta_2$
receptors, but the isomeric activity ratio of R and S
albuterol on isolated tracheal muscle ($\beta_2$) vs atrial muscle
($\beta_1$) is "impossible to calculate...because the isomers are
virtually inactive on this tissue." R(-) and racemic
albuterol inhibited acetylcholine-induced bronchospasm in

DLEV012199

-3-                    Docket No. SPC89-05'

anesthetized guinea pigs at dose-levels of 2.5 to 100 µg/kg.
The corresponding figure for S(+) albuterol was 50 to 5000
µg/kg, indicating, as expected, a lower potency of the S-
isomer.  No difference was reported between the effects of
R(-) and R,S albuterol in the anesthetized guinea pig.  The
potency ratio of R(-) vs racemic albuterol could be calculated
when the compounds were tested in a model of acetylcholine-
enhanced pulmonary resistance in the dog, and indicated that
the R(-)-isomer was approximately twice as potent as the
racemate.  On the isolated guinea pig trachea, Brittain et al.
found R-albuterol to be approximately equipotent with the
racemate (table 1, page 146).  Thus, from a study of the
Brittain et al. reference I have not been able to conclude
anything definitive regarding either (1) the selectivity of
the R isomer vs the racemate, or (2) the relative potencies of
the two compounds.

Hartley and Middlemiss teach that both isomers and the
racemic mixture of albuterol act on $\beta_2$ receptors rather than $\beta_1$
receptors.  The effects of the R isomer and the racemic
mixture are equiactive on $\beta_2$ receptors of the intact guinea pig
trachea; indeed, it can be calculated from the reported data
that the racemate is 1.5 times as potent as the R(-) isomer.
There is no clear teaching with regard to selectivity between
$\beta_1$ and $\beta_2$ for the two isomers and the racemate, because the
ratio of trachea vs left atrium activity is roughly the same
for the R isomer and for the racemate, and the ratio of
trachea to right atrium shows a better ratio for the R isomer
but partial agonist activity for the R isomer and not for the
racemate.  Thus, no conclusion can be drawn from Hartley and
Middlemiss as to whether the R isomer would enjoy any
advantage over racemic albuterol in terms of side-effects.

Hawkins and Klease characterize the study of Hartley and
Middlemiss by stating that Hartley reported that racemic
albuterol was 1.5 times as active as the minus enantiomer.  In
their studies, Hawkins and Klease found that the R enantiomer
was approximately twice as potent as the racemate.  They did

DLEV012200

-4-                    Docket No. SPC89-05

not examine any tissue other than guinea pig trachea so that
no conclusion relating to relative selectivity could be drawn.
Thus if one ignored the teachings of Brittain et al. and
particularly of Hartley et al., one could interpret the
Hawkins publication to disclose a small potency advantage for
the R isomer.  On a theoretical basis if the S isomer were
totally inactive, the racemate (being a 50-50 mixture) should
have a theoretical potency of about 50% that of the R isomer;
Hawkins' results would be consistent with that hypothesis.

The study by Buckner and Abel examines the ratio of
activity of the R and S isomers of albuterol in guinea pig
atria and guinea pig trachea.  They concluded "even though the
potencies of single isomers may differ as much as twenty-four
fold between atria and trachea, the stereoselectivity for
production of activity is the same."  That is, the
selectivity, as measured by the ratio of tracheal to atrial
activity, is the same for the two isomers.  Buckner did not
examine racemic albuterol so no conclusion can be drawn as
regards any potency advantage of a single pure R isomer vs the
racemate.

The combined teachings of all of the foregoing references
provide little clear direction.  If one ignores Hartley and
one of Brittain's experiments, with the intention of
selectively extracting from the references any advantage
associated with the R isomer, it appears that the R isomer may
enjoy a theoretical two-fold potency advantage over the
racemate.  However, as a practical matter, even were this the
case, it would not motivate a person of scientific skill and
experience in the pharmaceutical industry to prepare and
administer the pure R isomer instead of the racemate.  This is
because a process for the resolution of racemic albuterol
would inevitably produce R albuterol in less than 50% yield,
whereas the use of the racemic albuterol would, at worst,
provide 50% of the potency of the pure R.  Thus there is
little to be gained by resolving the racemate.

As regards the question of diminution of side effects of

DLEV012201



-5-                    Docket No. SPC89-05'

R-albuterol vs racemic albuterol, there is no clear teaching
in any of the references that R-albuterol would enjoy an
advantage over racemic albuterol on the basis of its
selectivity between $\beta_1$ and $\beta_2$ receptors.

In the instant application, Barberich and Young disclose
an unexpected diminution in side effects when the pure R
isomer of albuterol is administered.  Side effects of drugs
that have a predominant $\beta_2$ agonist component can arise from
four presently recognized and well characterized receptor
interactions: (a) non-adrenergic effects; (b) interaction of
the $\beta$-agonist with $\alpha$-receptors; (c) interaction of the $\beta_2$
agonist with $\beta_1$ receptors; and (d) interaction of the $\beta_2$
agonist with $\beta_2$ receptors.  The interactions of these drugs
with $\beta_3$ receptors (the adipocyte $\beta$-receptors) have not been
well defined and are therefore not discussed in this
declaration.  Non-adrenergic effects can be triggered by
interaction with any of the hundreds of other receptors and by
non-receptor interactions, and they can originate from
portions of the drug molecule outside the $\beta_2$ pharmacophore.
They are, for this reason, difficult to predict or screen for.
Interaction of $\beta$-agonists with $\alpha$-receptors are known in
epinephrine but are not of clinical significance in agonists
like albuterol.  Interaction of $\beta_2$ agonists with $\beta_1$-receptors,
causing pulmonary agents to exhibit cardiac side effects, is
well documented for isoproterenol and has been discussed above
for albuterol.  The literature cited in the office action
provides no evidence for an advantage of either enantiomer of
albuterol on the basis of $\beta_2$ vs $\beta_1$ specificity.

Interaction of $\beta_2$-agonists at $\beta_2$-receptors can give rise
to tachyphylaxis and perhaps to sensitization in addition to
the desired bronchodilation.  While well documented, these
effects are only recently beginning to be understood.
Tachyphylaxis appears to arise from mechanisms that are
subsequent to the receptor-ligand interaction.  [See Strasser
et al. Adv. Exp. Med. Biol. 231, 503-517 (1988)]

DLEV012202

-6-                    Docket No. SPC89-05'

The recent publications of Morley et al. [Brit. J. Pharmacol. 104, Supp. 295P (1991)] and Chapman et al. [Trends in Pharmacological Science 12 231-232 (1992)], which I have also reviewed, provide newly available support for applicants' disclosure in this respect.  The Morley and Chapman references disclose that the S(+) isomer in bronchial tissue causes a hypersensitivity to allergen.  This hypersensitivity is not usually observed in acute administration because the bronchodilator effect of the R enantiomer masks the hypersensitivity.  However, on subchronic treatment with racemic albuterol Morley et al. were able to detect the hypersensitivity.  They concluded from their experiments that the desired bronchodilator effect was prone to tachyphylaxis while the undesirable hypersensitivity is less prone to tachyphylaxis.  Indeed, in the Chapman et al. paper the authors recommend that it may be prudent to remove enantiomers that were previously thought to be biologically inert.  Their results support a previously undisclosed advantage to the use of pure R enantiomer in that the side effect of paradoxical hypersensitivity is likely to be ameliorated.

I further declare that all statements of the foregoing declaration made of my own knowledge are true and that those made upon information and belief are believed true and further that these statements are made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that willful false statements may jeopardize the validity of the above-identified application or any patent issuing thereon.

Signed by me this 8th day of February, 1993.

_____
Gunnar Aberg

DLEV012203



RWW/PG/bjn  2/10/93

This will acknowledge receipt of AMENDMENT C with Certificate
of Mailing and transmittal letter with Certificate of Mailing
and two copies and Attachments A – F

Applicants: Timothy J. Barberich and James W. Young
Serial No.: 07/896,725
Filed:       June 9, 1992
For:  METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(–)
      ALBUTEROL
Docket No.: SPC89-05

Date received in the PTO:



HAMILTON BROOK,
SMITH & REYNOLDS, P.C.

RWW/PG/bjn  2/10/93

This will acknowledge receipt of a DECLARATION (by Gunnar
Aberg) with Certificate of Mailing and Exhibits 1, 2 & 3,
for:

Applicants: Timothy J. Barberich and James W. Young
Serial No.: 07/896,725
Filed:       June 9, 1992
For:  METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(–)
      ALBUTEROL
Docket No.: SPC89-05

Date received in the PTO:

DLEV012204

07/896,725    06/09/92        BRANITCH



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231    SPC89-05

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | SCHENKEIN ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | 12M270607 | |

PATRICIA GRANAHAN
HAMILTON, BROOK, SMITH & REYNOLDS
TWO MILITIA DRIVE
LEXINGTON, MA 02173

| EXAMINER |
|---|
| 1205 |

| ART UNIT | PAPER NUMBER |
|---|---|
| | 26 |

DATE MAILED:

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☐ This application has been examined    ☒ Responsive to communication filed on 2/11/93    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire _____ 3 _____ month(s), _____ days from the date of this letter.
Failure to respond within this period for response will cause the application to become abandoned.  35 U.S.C. 133.

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice of Art Cited by Applicant, PTO-1449.
3. ☐ Information on How to Effect Drawing Changes, PTO-1474.

2. ☐ Notice re Patent Drawing, PTO-948.
4. ☐ Notice of Informal Patent Application, Form PTO-152.
6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _____ 1-6, 8 & 15-18 _____ are pending in the application.

Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims _____ 1-6, 8 & 15-18 _____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
are ☐ acceptable; ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the
examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed on _____ has been ☐ approved. ☐ disapproved (see explanation).

12. ☐ Acknowledgment is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received
☐ been filed in parent application, serial no. _____; filed on _____

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

PTOL-326 (Rev. 9-89)                    EXAMINER ACTION

DLEV012205

Serial No. 07/896,725                                    −2−

Art Unit    1205

1.    The application has been reviewed and, in response to the

Status Inquiry, an action on the merits follows:

2.    The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

> A patent may not be obtained though the invention is not
> identically disclosed or described as set forth in section
> 102 of this title, if the differences between the subject
> matter sought to be patented and the prior art are such that
> the subject matter as a whole would have been obvious at the
> time the invention was made to a person having ordinary
> skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which
> the invention was made.

> Subject matter developed by another person, which qualifies
> as prior art only under subsection (f) or (g) of section 102
> of this title, shall not preclude patentability under this
> section where the subject matter and the claimed invention
> were, at the time the invention was made, owned by the same
> person or subject to an obligation of assignment to the same
> person.

3.    Claims 1-6 and 15-18 are rejected under 35 U.S.C. § 103 as

being unpatentable over Chemical Abstracts for reasons of record.

4.    Claims 1-5 are rejected under 35 U.S.C. § 103 as being

unpatentable over Brittain et al, Hartley et al and Buckner et al

for reasons of record.

5.    Claims 6, 8 and 15-18 are rejected under 35 U.S.C. § 103 as

being unpatentable over Brittain et al, Hartley et al and Buckner

et al as applied to claims 1-5 are above, and further in view of

Chemical Abstracts for reasons of record.

DLEV012206

Serial No. 07/896,725                    -3-

Art Unit  1205

6.   Neither applicants' arguments or the Alberg declaration
obviate the propriety of the rejections.  Comments regarding the
unobviousness of using the R(-) isomer is not persuasive.  Note,
for example the summary of the Brittain et al Article regarding
the desirability of using the R(-) isomer and its effects on β-
adrenoreceptors.  Applicants has failed to show unexpected
activity or less undesirable side effects (e.g. comparative
therapeutic indices).  Again, applicants are reminded that such a
showing if made, may not be persuasive in view of the In re
Adamson decision.

     The term R-(claim 18) should be R(-).

SCHENKMAN:jd
May 24, 1993

                                   LEONARD SCHENKMAN
                                       EXAMINER
                                   ART UNIT 125

DLEV012207