

Address:    COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D. C. 20231

PAYOR NUMBER
002644

HESLIN & ROTHENBERG          M75N4
5 COLUMBIA CIRCLE
ALBANY NY 12203



701 027B

# MAINTENANCE FEE STATEMENT

The data shown below is from the records of the Patent and Trademark Office. If the maintenance fees and any necessary surcharges have been timely paid for the patents listed below, the notation "PAID" will appear in column 10, "status" below.

If a maintenance fee payment is defective, the reason is indicated by code in column 10, "status" below. An explanation of the codes appears on the reverse of the Maintenance Fee Statement. TIMELY CORRECTION IS REQUIRED IN ORDER TO AVOID EXPIRATION OF THE PATENT. NOTE 37 CFR 1.377. THE PAYMENT(S) WILL BE ENTERED UPON RECEIPT OF ACCEPTABLE CORRECTION. IF PAYMENT OR CORRECTION IS SUBMITTED DURING THE GRACE PERIOD, A SURCHARGE IS ALSO REQUIRED. NOTE 37 CFR 1.20(k) and (l).

If the statement of small entity status is defective the reason is indicated below in column 10 for the related patent number. THE STATEMENT OF SMALL ENTITY STATUS WILL BE ENTERED UPON RECEIPT OF ACCEPTABLE CORRECTION.

| ITM NBR | PATENT NUMBER | FEE CDE | FEE AMOUNT | SUR CHARGE | SERIAL NUMBER | PATENT DATE | FILE DATE | PAY YR | SML ENT | STAT |
|---------|---------------|---------|------------|------------|---------------|-------------|-----------|--------|---------|------|
| 1 | 5,362,755 | 283 | 525 | ---- | 08/163,581 | 11/08/94 | 12/07/93 | 04 | YES | PAID |

If the "status" column for a patent number listed above does not indicate "PAID" a code or an asterisk (*) will appear in the "status" column. Where an asterisk (*) appears, the codes are set out below by the related item number. An explanation of the codes indicated in the "status" column and as set out below by the related item number appears on the reverse of the maintenance fee statement.

| ITM NBR | ATTY DKT NUMBER |
|---------|------------------|
| 1 | SPC8905 |

DIRECT THE RESPONSE TOGETHER WITH ANY QUESTIONS ABOUT THIS NOTICE TO:
COMMISSIONER OF PATENTS AND TRADEMARKS, BOX M. FEE, WASHINGTON, DC 20231

PTOL-436 (REV. 11-87)

☆ U.S.  SPO: 1998-433-690/73138

DLEV012316

**Chronology of Significant Activites Regarding IND 47,363 and NDA 20-837 for Xopenex™ (levalbuterol HCl) Inhalation Solution**

**(February 28, 1995, through March 25, 1999)**

| Date | Activity |
|---|---|
| February 28, 1995 | IND – Original IND Submission |
| March 28, 1995 | IND – Response to FDA Request of 3-27-95: Plasma sampling info in 28 d & 90 d oral & inhalation tox studies. |
| May 21, 1995 | IND – Protocol Amendment: New Investigator to Protocol 051.005.0 |
| October 9, 1995 | IND – FDA Minutes of 7-25-95 Meeting.  Protocol Amendment: Change in Investigator for study 051-005 – Atlanta site |
| January 29, 1996 | IND – Information Amendment: Pharm/Tox (2 reports) |
| February 15, 1996 | IND – EOP2 Package, Revised Investigator's Brochure dated 2-17-95, Clinical Info, Draft Labeling, New Protocol 051-012, Request for End of Phase 2 Meeting |
| March 13, 1996 | IND – Response to FDA's requests for Draft Dog Inhalation Protocols |
| March 22, 1996 | IND – Response to FDA Request of 3-19-96 for Information: Amendment to Chemistry, Manufacturing & Controls Section of IND – new method of manufacture of drug substance; new manufacturer & updated documentation for (R)-Albuterol and (RS)-Albuterol .021% & .042%(w-w) |
| April 12, 1996 | IND – Revised draft of Protocol 051-012 in response to FDA's request of 4-10-96 |
| May 31, 1996 | IND –Sepracor Minutes for EOP2 Meeting held 4-25-96. |
| June 5, 1996 | IND – IND Annual Report (March 25, 1995 – March 27, 1996) |
| June 10, 1996 | IND – Protocol Amendment: New Protocol (051-006); CMC Amendment (S)-Albuterol |
| July 1, 1996 | IND – Protocol Amendment: New Protocol (051-024); Information Amendment: CMC for active comparator, (RS)-Albuterol Inhalation Solution; Contract Research Organization (PPD's) Responsibilities for 051-024 as item number 13 of Form 1571. |
| July 8, 1996 | IND – Protocol Amendment: Change in Protocol (051-024, Amendment No. 1) |
| July 9, 1996 | IND – Protocol Amendment: Change in Protocol (051-006, Amendment No. 1) |
| July 11, 1996 | IND – Information Amendment: CMC.  Responses to (a) questions from 5-3-95 letter from FDA and (b) questions raised during EOP2 Meeting from Fax 7-1-96. |
| July 23, 1996 | IND – Protocol Amendment: Change in Protocol (051-006, Amendment No. 2) |
| July 29, 1996 | IND – Protocol Amendment: New Protocol (051-025); Response to the Division's Fax of July 1, 1996. |
| July 31, 1996 | IND – Protocol Amendment: New Protocol – Draft Pediatric Protocol (051-010) for FDA review |
| August 6, 1996 | IND – FDA Minutes of CDER Office of Pharmaceutical Science-Sepracor Inc. Pharmaceuticals Meeting on August 6, 1996. |
| August 12, 1996 | IND – IND Safety Report (051-006) – chest pain-pleurisy of viral etiology |
| August 12, 1996 | IND – IND Safety Report (051-024) – exacerbation of asthma |
| August 20, 1996 | IND – Protocol Amendment: New Investigators: Protocol 051-024 |
| August 27, 1996 | IND – Draft protocol 051-021 for FDA review |

DLEV012317

**Chronology of Significant Activites Regarding IND 47,363 and NDA 20-837 for Xopenex™ (levalbuterol HCl) Inhalation Solution**

**(February 28, 1995, through March 25, 1999)**

| Date | Activity |
|---|---|
| September 12, 1996 | *IND* – IND Safety Report, Protocol 051-024, left face numbness, Dr. Tommy C. Sim, Texas |
| September 20, 1996 | *IND* – Protocol Amendment: New Investigators to Protocol 051-024 |
| October 18, 1996 | *IND* – Protocol Amendment: New Investigators to Protocol 051-024 |
| October 28, 1996 | *IND* – Information Amendment: CMC – lower dosage (0.156-0-312). Protocol Amendment: New Protocol (051-010). |
| November 4, 1996 | *IND* – Protocol Amendment: Change in Protocol (Amendment No. 2 to 051-024) |
| November 11, 1996 | *IND* – Protocol Amendment: Change in Protocol (Amendment No. 1 to 051-010) |
| November 18, 1996 | *IND* – Protocol Amendment: New Investigator J. Fink, Milwaukee) to protocol 051-024 |
| November 19, 1996 | *IND* – Protocol Amendment: Change in Protocol (Final amendment to protocol 051-021) |
| December 16, 1996 | *IND* – Protocol Amendment: New Investigators (R. Cohen, Lawrenceville, GA and S. Gawchik, Chester, PA) to protocol 051-024 |
| December 23, 1996 | *IND* – Protocol Amendment: Change in Protocol (Amendment No. 2 to Protocol 051-021) |
| December 24, 1996 | *IND* – Safety Report: Exacerbation of Asthma (ADR#961116.0051.1) |
| December 24, 1996 | *IND* – Safety Report: Exacerbation of Asthma (ADR#961114.0051.1) |
| January 8, 1997 | *IND* – Protocol Amendment: Change in Protocol (Amendment No. 3 to protocol 051-021) |
| January 9, 1997 | *IND* – Protocol Amendment: Additional new principal investigator (T Sim, Friendswood, TX) for 051-010 |
| January 15, 1997 | *IND* – Protocol Amendment: New Protocol (051-017) – Exercise Induced Protocol |
| January 27, 1997 | *IND* – Request for Pre-NDA meeting |
| January 28, 1997 | *IND* – Safety Report: Exacerbation of Asthma (ADR#970103.0051.1) |
| February 4, 1997 | *IND* – Request to consider Study 051-006 as an adequate cumulative dose safety study |
| February 20, 1997 | *IND* – USAN for (R)-albuterol HCl |
| February 20, 1997 | *IND* – Pre-NDA Meeting Package |
| March 12, 1997 | *IND* – Information Amendment: Pharm-tox |
| March 12, 1997 | *IND* – Pre-NDA Meeting Package Supplement |
| March 20, 1997 | *IND* – Response to FDA Request for information for Pre-NDA meeting |
| March 31, 1997 | *IND* – General Correspondence: Request for tradename review |
| April 15, 1997 | *IND* – Response to FDA Request for Information of 4-15-97: explanation for Levalbuterol NDA as a 505(b)(2) |
| April 16, 1997 | *IND* – Safety Report: Death (SAE # 970324.0051.1) |
| May 7, 1997 | *IND* – Protocol Amendment: Change in Protocol 051-017 (Amendments 1 & 2); Response to FDA's Request for Information in Fax dated 4-2-97 |

DLEV012318

Chronology of Significant Activites Regarding IND 47,363 and NDA 20-837 for
Xopenex™ (levalbuterol HCl) Inhalation Solution

(February 28, 1995, through March 25, 1999)

| Date | Activity |
|---|---|
| May 13, 1997 | *IND* – Protocol Amendment: Changes in Forms FDA 1572 for Protocol No. 051-024 |
| June 23, 1997 | *IND* – General Correspondence: Confirm levalbuterol NDA as a 505(b)(2) application |
| June 30, 1997 | *NDA* – Original NDA Submission |
| July 2, 1997 | *NDA* – Submission: Type 1 DMF (Original Submission), Sepracor Canada Ltd. |
| July 11, 1997 | *IND* – Protocol Amendment: Change in protocol (051-017 – Amendment No. 3 and revised Protocol #1) |
| July 17, 1997 | *NDA* – Submission: Summary of proposed product for planned submission of Multidose Vial formulation |
| July 21, 1997 | *IND* – General Correspondence: Re-submit Levalbuterol HCl Multidose Inhalation Solution Proposal and request for comments |
| July 22, 1997 | *IND* – Protocol Amendment: New Protocol No. 051-023 |
| July 24, 1997 | *IND* – IND Annual Report (March 28, 1996 – June 30, 1997) |
| August 13, 1997 | *IND* – Protocol Amendment: New Investigator (E. Israel, Boston) to 051-023 |
| September 2, 1997 | *IND* – Protocol Amendment: Change in Protocol (051-023 – Amendment No. 1) |
| September 4, 1997 | *NDA* – Submission: 90-Day Conference Request |
| September 15, 1997 | *NDA* – Submission: Clinical Site Inspection Packages for 051-024, Drs. Colton (FL), Edwards (NY), and Sim (TX) |
| September 17, 1997 | *NDA* – Submission: Copies of PAI cover letters sent to Dr. Ju |
| October 13, 1997 | *NDA* – Submission: Justification for the use of tradename, ZOPEN™ |
| October 21, 1997 | *NDA* – Submission: Responses to CMC comments dated August 13, 1997 |
| October 31, 1997 | *NDA* – Submission: Response to Request for Information:  Clinical Documentation for Thomas Edwards, MD |
| November 4, 1997 | *NDA* – Submission: Final internal audit report for Thomas Edwards, MD |
| November 4, 1997 | *NDA* – Submission: Additional analysis of Study 051-024 requested by Dr. Nicklas on 10-31-97 |
| November 6, 1997 | *NDA* – Submission: Withdrawal of environmental assessment (V006, P001-032) and correspondence dated July 17, 1997 |
| November 20, 1997 | *NDA* – Submission: Section 9:  120-Day Safety Update |
| December 1, 1997 | *NDA* – Submission: Study 051-010 body weight considerations |
| December 8, 1997 | *NDA* – Submission: Request for tradename secondary evaluation |
| December 17, 1997 | *IND* – Information Amendment: CMC |
| December 22, 1997 | *IND* – Protocol Amendment: Change in Protocol (051-023 – Amendment No. 2) |
| December 23, 1997 | *IND* – Protocol Amendment: New Protocol – 051-027 (Proposed Phase 4 Study) |
| January 12, 1998 | *NDA* – Submission: Additional analysis of Study No. 051-024 Safety Data |
| January 21, 1998 | *NDA* – Submission: Proposed tradename for levalbuterol, XOPEN |
| January 23, 1998 | *NDA* – Submission: Request for tradename review-clarification |

DLEV012319

**Chronology of Significant Activites Regarding IND 47,363 and NDA 20-837 for Xopenex™ (levalbuterol HCl) Inhalation Solution**

**(February 28, 1995, through March 25, 1999)**

| Date | Activity |
|---|---|
| February 20, 1998 | *NDA* – Submission: Clinical Site Inspection Package—Data for Howard Schwartz, MD (OH) |
| March 11, 1998 | *NDA* – Letter to FDA: Request for tradename secondary LNC evaluation XOPEN™ for Levalbuterol HCl |
| March 17, 1998 | *IND* – Protocol Amendment: Change in Protocol (Amendments to 051-027) |
| April 9, 1998 | *NDA* – Amendment: Submission of Additional Analysis of Study 051-024, safety data |
| April 10, 1998 | *IND* – Protocol Amendment: Change in Protocol (051-027) |
| May 13, 1998 | *NDA* – Clarifications/response to CPT's 483s concerning the Levalbuterol NDA stability data/proposal for follow-up |
| May 18, 1998 | *IND* – Protocol Amendment: New Investigators (051-027) |
| May 28, 1998 | *NDA* – Submission: CMC Amendment: Responses to May 4 and 20, 1998 IR letters and May 26, 1998, Stability Updates Amendment |
| June 16, 1998 | *NDA* – Letter to FDA: Amendment to NDA Patent Information, U.S. Patent No. 5,760,090 |
| June 18, 1998 | *IND* – Protocol Amendment: New Investigators (051-027) |
| June 26, 1998 | *NDA* – Submission: CMC Amendment—Remove Cipla as supplier of raw materials |
| July 1, 1998 | *NDA* – Letter from FDA: Approvable Letter and Patient Labeling |
| July 10, 1998 | *NDA* – Letter to FDA: Response to 7-1-98 Approvable Letter |
| July 20, 1998 | *NDA* – Submission: Updated Questions for 7-21-98 Teleconference |
| July 23, 1998 | *IND* – Protocol Amendment: New Investigators (051-027) |
| August 6, 1998 | *NDA* – Resubmission and Complete Response to Regulatory Action Letter of 1 July 1998 |
| September 18, 1998 | *IND* – Protocol Amendment: New Investigator (051-027) |
| September 24, 1998 | *NDA* – Submission: Response to FDA Communication of 31 August 1998 |
| September 25, 1998 | *IND* – Protocol Amendment: New Protocol (051-902 [CEP study]) |
| September 30, 1998 | *NDA* – Submission: Correction of albuterol aldehyde specification |
| October 19, 1998 | *NDA* – Submission: Request for teleconference to discuss recalculating PDUFA goal date of March 25, 1999 (as described in FDA letter of 10-7-98) to February 11, 1999 (as described in Sepracor fax of 10-16-98) and to discuss final labeling. |
| October 22, 1998 | *IND* – Protocol Amendment: New Investigators (051-902 [CEP study]) |
| November 10, 1998 | *IND* – Letter of Authorization to Incorporate by Reference, for IND 51,117/William Spiegel, MD |
| November 19, 1998 | *IND* – Protocol Amendment: New Investigators (051-902 [CEP study]) |
| December 2, 1998 | *IND* – Protocol Amendments: Change in Protocol (051-027), New Investigators |
| December 2, 1998 | *IND* – Annual Report (July 1, 1997 – June 30, 1998) |
| December 11, 1998 | *NDA* – Submission: Issuance of U.S. Patent No. 5,844,002 |

**Page 4 of 5**

DLEV012320

Chronology of Significant Activites Regarding IND 47,363 and NDA 20-837 for
Xopenex™ (levalbuterol HCl) Inhalation Solution

(February 28, 1995, through March 25, 1999)

| Date | Activity |
|---|---|
| December 18, 1998 | *NDA* – Submission: Response to FDA request for diskettes containing CMC information from August 6, 1998; September 24 and 30, 1998 (2 diskettes and accompanying letter). |
| December 23, 1998 | *IND* – Protocol Amendment: New Investigators (051-902 [CEP Study]) |
| December 24, 1998 | *IND* – Protocol Amendment: New Investigators (051-027) |
| January 8, 1999 | *NDA* – Submission: Response to request (of 1-4-99) for electronic copy of CMC data in the 5-28-98 submission |
| January 28, 1999 | *NDA* – Submission: Information on Stability Testing—discontinuance of Consumer Product Testing Co. for stability testing of drug substance and drug product |
| January 29, 1999 | *NDA* – Submission: Electronic Copy of 1-28-99 Submission—Information on Stability Testing |
| February 16, 1999 | *IND* – Protocol Amendment: New Principal Investigator, 051-027 (Peter Economou, MD, Alberqueque) |
| February 24, 1999 | *NDA* – Submission: Acknowledgement of the fax of revised draft labeling received 2-23-99. Reference made to submissions of 8-6-98 and 9-24-98. |
| March 8, 1999 | *NDA* – Submission: Revised Draft Labeling, Version 03-08-99 |
| March 10, 1999 | *NDA* – Submission: Proposed Core Promotional Materials |
| March 15, 1999 | *IND* – Information Amendment: Pharmacology/ Toxicology (Document Nos. 051-820, 051-821, 051-486, 051-463, 051-476, and 051-465A) |
| March 18, 1999 | *NDA* – Submission: Response to FDA Communication Dated 15 March 1999 (CMC Comments)—includes updated stability data for the drug substance and drug product at the 24-month time interval |
| March 18, 1999 | *NDA* – Submission: Samples of cartons and foil pouch labels to replace those previously submitted on 24 September 1998, including foil pouch for the 0.63 mg/3mL vials, which changed since the September submission |
| March 22, 1999 | *NDA* – Submission: Safety Update and CMC Information (provides information requested during teleconferences of March 16 and March 19, 1999) |
| March 23, 1999 | *NDA* – Submission: Revised Draft Labeling, Version 03-23-99 (requested during teleconference of March 22, 1999) |
| March 24, 1999 | *NDA* – Submission: Commitment regarding package labeling (foil pouches) |
| March 25, 1999 | *IND* – Protocol Amendment: Protocol Concept–Submission of proposal to conduct pediatric study 051-031 |
| March 25, 1999 | *NDA* – FDA Approval Letter for NDA 20-837 |

DLEV012321



BOX PATENT EXT.

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Atty. Docket No. 046714/0113

In re:        U.S. Patent No. 5,362,755

Patentee:    Timothy J. BARBERICH, *et al.*

Assignee:    Sepracor, Inc..

Issue Date:  November 8, 1994

## CERTIFICATION

Commissioner of Patents and Trademarks
Washington, D.C. 20231
BOX PATENT EXT.

Sir:

I, Harold C. Wegner, do hereby certify that this accompanying application for extension of the term of U.S. Patent 5,362,755 under 35 U.S.C. § 156 including its attachments and supporting papers is being submitted as one original and one duplicate copy thereof.

Respectfully submitted,

21 May 1999
Date:

for  Harold C. Wegner
Reg. No. 25,258

Reg. No. 29,766

Foley & Lardner
3000 K Street, N.W.
Suite 500
Washington, D.C. 20007-5109
Tel: 202-672-5300
Fax: 202-672-5399

002.216740

DLEV012322

BOX PATENT EXT.

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

Atty. Docket No. 046714/0113

In re:          U.S. Patent No. 5,362,755

Patentee:       Timothy J. BARBERICH, *et al.*

Assignee:       Sepracor, Inc.

Issue Date:     November 8, 1994

<u>DECLARATION</u>

Commissioner of Patents and Trademarks
Washington, D.C. 20231
BOX PATENT EXT.

Sir:

As agent for the owner of record of U.S. Patent 5,362,755 I declare that:

(1) I am a patent attorney authorized to practice before the United States Patent and Trademark Office and I have general authority from the owner of United States Patent 5,362,755 to act on behalf of the owner in patent matters;

(2) I have reviewed and understand the contents of the accompanying application, which is submitted pursuant to 37 C.F.R. § 1.740 for extension of U.S. Patent 5,362,755;

(3) I believe that U.S. Patent 5,362,755 is subject to extension pursuant to 37 C.F.R. § 1.710;

(4) I believe an extension of the length claimed is justified under 35 U.S.C. § 156 and the applicable regulations; and

002.211459                              -1-

DLEV012323



**BOX PATENT EXT.**

(5) I believe that U.S. Patent 5,362,755, for which this extension is sought, meets the conditions for extension of the term of a patent as set forth in 37 C.F.R. § 1.720.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this application and any extension of U.S. Patent No. 5,362,755.

Respectfully submitted,

21 May 1997
_____
Date

_____ Reg. No. 31,766
for Harold C. Wegner
Reg. No. 25,258

Foley & Lardner
3000 K Street, N.W.
Suite 500
Washington, D.C. 20007-5109
Tel: 202-672-5300
Fax: 202-672-5399

002.211459

DLEV012324



# ATTACHMENT F

## Letters

DLEV012325

JUL 10 1996

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Ronald L. Wilson, Director
Health Assessment Policy Staff
Office of Health Affairs (HFY-20)
Food and Drug Administration
5600 Fishers Lane, Room 15-22
Rockville, MD 20857

Dear Mr. Wilson:

The attached application for patent term extension of U.S. Patent No. 4,309,445, which issued January 5, 1982, was filed on June 25, 1996, under 35 U.S.C. § 156.

The assistance of your Office is requested in confirming that the product identified in the application, REDUX™ (dexfenfluramine hydrochloride), has been subject to a regulatory review period within the meaning of 35 U.S.C. § 156(g) before its first commercial marketing or use and that the application for patent term extension was filed within the sixty-day period after the product was approved. Since a determination has not been made whether the patent in question claims a product which has been subject to the Federal Food, Drug and Cosmetic Act, this communication is NOT to be considered as notice which may be made in the future pursuant to 35 U.S.C. § 156(d)(2)(A).

Our review of the application to date indicates that the subject patent would be eligible for extension of the patent term under 35 U.S.C. § 156 if the approval of REDUX™ (dexfenfluramine hydrochloride) is considered to be the first permitted commercial use of the product. It is noted that the application argues that, although a racemate of REDUX™, fenfluramine (PONDIMIN®), has been previously approved, the prior approval of PONDIMIN® should not disqualify the approval of REDUX™ from being considered the first permitted commercial use of dexfenfluramine hydrochloride. See particularly Attachment E to the application for patent term extension.

Inquiries regarding this communication should be directed to Karin Tyson at (703) 306-3159.

Hiram A. Bernstein
Senior Legal Advisor
Special Program Law Office
Office of the Deputy Assistant Commissioner
for Patent Policy and Project

cc:     Charles E. Van Horn
        Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
        1300 I Street, N.W.
        Washington, D.C. 20005-3315

kt

DLEV012326

SENT BY:FDA/HA/HAPS ;11-21-96 ; 9:24 ; 301 443 0232→ 703 308 6916:# 2/ 2



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

O I P E
MAY 2 1 1999
PATENT & TRADEMARK OFFICE

Food and Drug Administration
Rockville MD 20857

NOV 2 1 1996

Re: REDUX™
Docket No. 96E-0265

Stephen G. Kunin
Deputy Assistant Commissioner for
Patent Policy and Projects
U.S. Patent and Trademark Office
Box Pat Ext.
Assistant Commissioner for Patents
Washington, D.C. 20231

RECEIVED
NOV 2 6 1996
PETITIONS OFFICE

Dear Mr. Kunin:

This is in regard to the application for patent term extension for U.S. Patent No. 4,309,445 filed by Interneuron Pharmaceuticals, Inc. under 35 U.S.C. § 156. The human drug product claimed by the patent is REDUX™ (dexfenfluramine hydrochloride), which was assigned New Drug Application (NDA) No. 20-344.

A review of the Food and Drug Administration's official records indicates that this product was subject to a regulatory review period before its commercial marketing or use, as required under 35 U.S.C. § 156(a)(4). Our records also indicate that it represents the first permitted commercial marketing or use of this product, as defined under 35 U.S.C. § 156(f)(1), and interpreted by the courts in Glaxo Operations UK Ltd. v. Quigg, 706 F. Supp. 1224 (E.D. Va. 1989), aff'd, 894 F.2d 392 (Fed. Cir. 1990).

The NDA was approved on April 29, 1996, which makes the submission of the patent term extension application on June 25, 1996, timely within the meaning of 35 U.S.C. § 156(d)(1).

Should you conclude that the subject patent is eligible for patent term extension, please advise us accordingly. As required by 35 U.S.C. § 156(d)(2)(A), we will then determine the applicable regulatory review period, publish the determination in the Federal Register, and notify you of our determination.

Please let me know if we can be of further assistance.

Sincerely,

Ronald L. Wilson, Director
Health Assessment Policy Staff
Office of Health Affairs

cc:    Charles E. Van Horn
       Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
       1300 I Street, N.W.
       Washington, D.C. 20005-3315

DLEV012327



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

JUL 2 9 1999

David T. Read
Acting Director Regulatory Policy Staff, CDER
Food and Drug Administration
1451 Rockville Pike, HFD-7
Rockville, MD 20852

Dear Mr. Read:

The attached application for patent term extension of U.S. Patent No. 5,362,755 was filed on
May 21, 1999, under 35 U.S.C. § 156.

The assistance of your Office is requested in confirming that the product identified in the
application, XOPONEX® (levalbuterol hydrochloride), has been subject to a regulatory review
period within the meaning of 35 U.S.C. § 156(g) before its first commercial marketing or use and
that the application for patent term extension was filed within the sixty-day period after the
product was approved. Since a determination has not been made whether the patent in question
claims a product which has been subject to the Federal Food, Drug and Cosmetic Act, this
communication is NOT to be considered as notice which may be made in the future pursuant to
35 U.S.C. § 156(d)(2)(A).

Our review of the application to date indicates that the subject patent would be eligible for
extension of the patent term under 35 U.S.C. § 156 IF the approval of XOPONEX® (levalbuterol
hydrochloride) is considered the first permitted use of levalbuterol hydrochloride, or a salt or ester
thereof. As noted in the application, albuterol has been previously approved and albuterol
contains levalbuterol hydrochloride. See also the Prescription Drug Product List, Page 3-10,
Approved Drug Products with Therapeutic Equivalence Evaluations, 18th Edition, attached. In
addition, the posting on FDA's home page (http://www.fda.gov/oder/da/da0399.HTM) for the
approval of XOPONEX indicates that the approval of levalbuterol hydrochloride the approval of
a new formulation (a new dosage form or new formulation of an active ingredient already on the
market) and not a new drug. See attachment 2.

Inquiries regarding this communication should be directed to the undersigned at (703) 306-3159
(telephone) or (703)308-6916 (facsimile).

Karin Tyson
Karin Tyson
Senior Legal Advisor/Special Program Law Office
Office of the Deputy Assistant Commissioner
  for Patent Policy and Projects

cc:  HAROLD C. WEGNER
     FOLEY & LARDNER
     WASHINGTON HARBOUR, SUITE 500
     3000 K STREET NW
     WASHINGTON DC 20007-5109

DLEV012328

Attachment #1

## PRESCRIPTION DRUG PRODUCT LIST

3-10

**ALBENDAZOLE**
TABLET; ORAL
+ ALBENZA
SMITHKLINE BEECHAM    200MG

**ALBUMIN CHROMATED CR-51 SERUM**
INJECTABLE; INJECTION
+ CHROMALBIN
ISO TEX    100 uCI/VIAL    N17835 001

**ALBUMIN HUMAN**
INJECTABLE; INJECTION
+ OPTISON
MOLECULAR BIOSYSTEMS    10MG/ML    N20899 001    DEC 31, 1997

**ALBUMIN IODINATED I-125 SERUM**
INJECTABLE; INJECTION
RADIOIODINATED SERUM ALBUMIN (HUMAN) I125A I 125
MALLINCKRODT    0.67 uCI/ML / 10 uCI/ML / 100 uCI/ML
N17844 003
N17844 001
N17844 002

**ALBUMIN IODINATED I-131 SERUM**
INJECTABLE; INJECTION
MEGATOPE
ISO TEX    0.5mCI/VIAL    N17837 001
1mCI/VIAL    N17837 002

**ALBUTEROL**
AEROSOL, METERED; INHALATION
ALPHARMA
MEDEF...    0.09MG/INH    0.09MG/INH

AEROSOL, METERED; INHALATION
AB + PROVENTIL
NORTON WARFORD    0.09MG/INH    N74072 001    AUG 01, 1996
N73272 001    DEC 20, 1995

BN + PROVENTIL
SCHERING    0.09MG/INH    N17559 001
AB + VENTOLIN
GLAXO WELLCOME    0.09MG/INH    N18473 001

**ALBUTEROL SULFATE**
AEROSOL, METERED; INHALATION
AB + PROVENTIL-HFA
3M    EQ 0.09MG BASE/INH    N20503 001    AUG 15, 1996

+ CAPSULE; INHALATION
VENTOLIN ROTOCAPS
GLAXO WELLCOME    EQ 0.2MG BASE    N19499 001    MAY 04, 1988

SOLUTION; INHALATION
AB + ALPHARMA    EQ 0.5% BASE    N73533 001    SEP 26, 1995
COPLEY PHARM    EQ 0.5% BASE    N73495 001    MAY 28, 1993
AB + DEY    EQ 0.5% BASE    N73107 001    NOV 27, 1991
AB + NEPHRON    EQ 0.0833 BASE    N72652 001    FEB 21, 1992
AB + PROVENTIL
SCHERING    EQ 0.0833 BASE    N74880 001    SEP 17, 1997
EQ 0.0833 BASE    N19243 002    JAN 14, 1987
EQ 0.0833 BASE    N19243 001    JAN 14, 1987
EQ 0.5% BASE    N19773 001    APR 23, 1992
EQ 0.5% BASE    N19269 002
JAN 16, 1987

BEST AVAILABLE COPY

DLEV012329

Attachment #2

U.S. Food and Drug Administration
Center for Drug Evaluation and Research

# Drug Approvals for March 1999

Definitions and Notes

## March 1999

## Original New Drug Applications

Original Application #: 020966
Approval Date: 30-MAR-99
Trade Name: SPORANOX
Chemical Type: 3
Therapeutic Potential: S
Dosage Form: INJECTABLE
Applicant: JANSSEN RESEARCH FDN DIV JOHNSON AND JOHNSON
Active Ingredient(s): ITRACONAZOLE
OTC/RX Status: RX
Indication(s): For the treatment of blastomycosis, histoplasmosis and aspergillosis in immunocompromised and non-immunocompromised patients

Original Application #: 020908
Approval Date: 26-MAR-99
Trade Name: VAGIFEM
Chemical Type: 3
Therapeutic Potential: S
Dosage Form: TABLET
Applicant: NOVO NORDISK PHARMACEUTICAL INC
Active Ingredient(s): ESTRADIOL
OTC/RX Status: RX
Indication(s): For the relief of postmenopausal atrophic vaginitis due to estrogen deficiency

Original Application #: 020837
Approval Date: 25-MAR-99
Trade Name: XOPENEX
Chemical Type: 3
Therapeutic Potential: S
Dosage Form: SOLUTION
Applicant: SEPRACOR PHARMACEUTICALS
Active Ingredient(s): LEVALBUTEROL HYDROCHLORIDE

DLEV012330

OTC/RX Status: RX
Indication(s): For the treatment or prevention of bronchospasm in adults and adolescents 12 years of age and older with reversible obstructive airway disease

Original Application #: 020992
Approval Date: 24-MAR-99
Trade Name: CENESTIN
Chemical Type: 3
Therapeutic Potential: S
Dosage Form: TABLET
Applicant: DURAMED PHARMACEUTICALS INC
Active Ingredient(s): ESTROGENS, CONJUGATED
OTC/RX Status: RX
Indication(s): For use in the treatment of moderate-to-severe vasomotor symptoms associated with the menopause

Original Application #: 020612
Approval Date: 19-MAR-99
Trade Name: LIDODERM
Chemical Type: 3
Therapeutic Potential: S
Dosage Form: FILM, EXTENDED RELEASE
Applicant: HIND HEALTH CARE
Active Ingredient(s): LIDOCAINE
OTC/RX Status: RX
Indication(s): For the treatment of pain in post-herpatic neuralgia

Original Application #: 020980
Approval Date: 09-MAR-99
Trade Name: LAMISIL
Chemical Type: 6
Therapeutic Potential: S
Dosage Form: EMULSION, CREAM
Applicant: NOVARTIS PHARMACEUTICALS CORP
Active Ingredient(s): TERBINAFINE HYDROCHLORIDE
OTC/RX Status: OTC
Indication(s): For the treatment of tinea pedis (athlete's foot), tinea cruris (jock itch) and tinea corporis (ringworm) due to Epidermophyton floccosum, Trichophyton mentagrophytes and Trichophyton rubrum

Original Application #: 020994

DLEV012331

JAN-06-2004  10:54        DIDP                                    3018274576    P.02/02
**DEPARTMENT OF HEALTH & HUMAN SERVICES**                        Public Health Service

Food and Drug Administration
Rockville MD 20857

Re: Xoponex
Docket No. 99E-5116

The Honorable James E. Rogan
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office          DEC 30 2002
Box Pat. Ext.
P.O. Box 2327
Arlington, VA 22202

Dear Director Rogan:

This is in regard to the application for patent term extension for U.S. Patent No. 5,362,755 filed by
Sepracor, Inc., under 35 U.S.C. § 156. The human drug product claimed by the patent is Xoponex
(levalbuterol), which was assigned new drug application (NDA) No. 20-837.

A review of the Food and Drug Administration's official records indicates that this product was
subject to a regulatory review period before its commercial marketing or use, as required under 35
U.S.C. § 156(a)(4). Our records also indicate that it represents the first permitted commercial
marketing or use of the product, as defined under 35 U.S.C. § 156(f)(1), and interpreted by the courts
in *Glaxo Operations UK Ltd. v. Quigg*, 706 F. Supp. 1224 (E.D. Va. 1989), *aff'd*, 894 F. 2d 392
(Fed. Cir. 1990).

The NDA was approved on March 25, 1999, which makes the submission of the patent term
extension application on May 21, 1999, timely within the meaning of 35 U.S.C. § 156(d)(1).

Should you conclude that the subject patent is eligible for patent term extension, please advise us
accordingly. As required by 35 U.S.C. § 156(d)(2)(A) we will then determine the applicable
regulatory review period, publish the determination in the *Federal Register*, and notify you of our
determination.

Please let me know if we can be of further assistance.

Sincerely yours,

Jane A. Axelrad
Associate Director for Policy
Center for Drug Evaluation and Research

cc:     Harold C. Wegner
        Foley & Lardner
        Washington Harbour, Suite 500
        3000 K Street, NW
        Washington, DC  20007-5109

DLEV012332

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Atty Docket No. 046714/0113

In re:        U.S. Patent No. 5,362,755

Patentee:     Timothy J. BARBERICH et al.

Assignee:     Sepracor, Inc.

Issue Date:   November 8, 1994

### STATUS INQUIRY

Commissioner for Patents and Trademarks
Washington, D.C. 20231

FAX RECEIVED

APR 0 1 2003

PETITIONS OFFICE

Applicants respectfully inquire as to the status of the above-referenced patent term extension. The patent has an issue date of November 8, 1994. A Request for Extension of Patent Term Under 35 U.S.C. §156 was filed May 21, 1999. The last known communication regarding this patent was a letter dated December 30, 2002 (copy attached), to The Honorable James E. Rogan, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office from Jane A. Axelrad, Associate Director for Policy, Center for Drug Evaluation and Research, Food and Drug Administration. To date, no further communication has been received on this application.

Respectfully submitted,

Date  _April 1, 2003_          By _[signature]_

FOLEY & LARDNER,
Customer Number: 22428

**22428**
PATENT TRADEMARK OFFICE

Telephone:   (202) 672-5569
Facsimile:   (202) 672-5399

Stephen B. Maebius
Attorney for Applicant
Registration No. 35,264

002.993485.1

DLEV012333

FOLEY & LARDNER
· ATTORNEYS AT LAW ·
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 500
WASHINGTON, D.C. 20007-5100
TELEPHONE: (202) 672-5300
FACSIMILE: (202) 672-5399

# FACSIMILE TRANSMISSION
(Three)
Total # of Pages 3 (including this page)

| TO: | PHONE: | FAX #: |
|---|---|---|
| KARIN FERRITER<br>U.S. Patent and Trademark Office<br>Office of Petitions | 703-306-3159 | 703-308-6916 |

|  | Diana Meinecke Legal Assistant to<br>Stephen B. Maebius |
|---|---|
| From: | |
| Sender's Direct Dial: | 202-945-6135 |
| Date: | April 1, 2003 |

FAX RECEIVED

APR 0 1 2003

PETITIONS OFFICE

**MESSAGE:**

U. S. Patent No. 5,362,755
Sepracor, Inc.

The Commissioner is hereby authorized to charge any deficiency or credit any overpayment to Deposit Account
No. 19-0741 in reference to the required Amendment fee.

_Stephen B. Maebius, Reg. No. 35,264_

## CERTIFICATION

I hereby certify that this document is being facsimile transmitted to U.S. Patent and Trademark Office, Attn:
Karin Ferriter, Office of Petitions, on the date shown below. (1) Status Inquiry.

4/1/03                    _Diana H. Meinecke_
Date                       Diana H. Meinecke

If there are any problems with this transmission or if you have not
received all of the pages, please call 202-945-6135.

| Operator: | Time Sent: | Return Original To: |
|---|---|---|
| | | Diana Meinecke |

CONFIDENTIALITY NOTICE: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND
CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT
COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED
RECIPIENT OR ANY AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU
HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE
IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY
TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

D02.993523.1

Cover Page 1 of 1

DLEV012334

03/27/03    17:04    NO. 022    P02

**DEPARTMENT OF HEALTH & HUMAN SERVICES**    Public Health Service

Food and Drug Administration
Rockville MD 20857

Re: Xoponex
Docket No. 99E-5116

The Honorable James E. Rogan
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office
Box Pat. Ext.
P.O. Box 2327
Arlington, VA 22202

DEC 30

FAX RECEIVED

APR 0 1 2003

Dear Director Rogan:

PETITIONS OFFICE

This is in regard to the application for patent term extension for U.S. Patent No. 5,362,755 filed by Sepracor, Inc., under 35 U.S.C. § 156. The human drug product claimed by the patent is Xoponex (levalbuterol), which was assigned new drug application (NDA) No. 20-837.

A review of the Food and Drug Administration's official records indicates that this product was subject to a regulatory review period before its commercial marketing or use, as required under 35 U.S.C. § 156(a)(4). Our records also indicate that it represents the first permitted commercial marketing or use of the product, as defined under 35 U.S.C. § 156(f)(1), and interpreted by the courts in *Glaxo Operations UK Ltd. v. Quigg*, 706 F. Supp. 1224 (E.D. Va. 1989), *aff'd*, 894 F. 2d 392 (Fed. Cir. 1990).

The NDA was approved on March 25, 1999, which makes the submission of the patent term extension application on May 21, 1999, timely within the meaning of 35 U.S.C. § 156(d)(1).

Should you conclude that the subject patent is eligible for patent term extension, please advise us accordingly. As required by 35 U.S.C. § 156(d)(2)(A), we will then determine the applicable regulatory review period, publish the determination in the *Federal Register*, and notify you of our determination.

Please let me know if we can be of further assistance.

Sincerely yours,

*Jane A. Axelrad*

Jane A. Axelrad
Associate Director for Policy
Center for Drug Evaluation and Research

cc:    Harold C. Wegner
Foley & Lardner
Washington Harbour, Suite 500
3000 K Street, NW
Washington, DC 20007-5109

BEST AVAILABLE COPY



# HESLIN ROTHENBERG FARLEY & MESITI P.C.

### INTELLECTUAL PROPERTY LAW

PATENTS • TRADEMARKS • COPYRIGHTS

Robert E. Heslin
Jeff Rothenberg
Kevin P. Radigan
Susan E. Farley
Nicholas Mesiti
Philip E. Hansen*
Blanche E. Schiller
Wayne F. Reinke
Candice J. Clement
David P. Miranda

*Patent Agent*

Attorneys at Law
5 Columbia Circle
Albany, New York 12203
Telephone: (518) 452-5600
Facsimile: (518) 452-5579
www.hrfmlaw.com

Kathy Smith Dias
Mary Louise Gioeni
David A. Pascarella
Victor A. Cardona
Lee Palmateer
John Pietrangelo*
Brett M. Hutton
James M. Syta

Martha L. Boden
Of Counsel

July 2, 2003

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Certificate
JUL 1 4 2003
of Correction

Re:    Correction of Mistake in Printed Patent
       Under §1480 of the Manual of Patent
       Examining Procedures
       U.S. Patent No.:    5,362,755
       Date of Patent:     November 8, 1994
       Inventor(s):        Barberich et al.
       Our File No.:       0701.027B

Dear Sir:

    Upon proofreading the above-referenced patent, we noticed an error in the printed patent made by the Patent Office.

    Transmitted herewith is a proposed Certificate of Correction effecting a corrective amendment.

    The patentee respectfully solicits the granting of the requested Certificate of Correction.

    Respectfully submitted,

    Philip E. Hansen
    Registration No. 32,700
    Agent for Applicants

PEH/cma
Enclosure

N:\USERS\STAFF\CMA\Samples\0701027B-LET01-PTO.DOC
July 2, 2003

DLEV012336

# UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,362,755

DATED : November 8, 1994

INVENTOR(S) : Barbarich et al.

It is certified that error appears in the above-identified patent and that said Letters Patent are hereby corrected as shown below:

~~Claims:~~

~~Claim 6:~~

Col. 4, line 30, delete the word "or" and insert the word --of--

MAILING ADDRESS OF SENDER:

Philip E. Hansen, Ph.D.
Heslin Rothenberg Farley & Mesiti P.C.
5 Columbia Circle
Albany, New York 12203
Telephone: (518) 452-5600
Facsimile: (518) 452-5579

PATENT NO. → 5,362,755

FORM PTO-1050 (REV. 3-75) (Modified)
Copyright 1994 Legalsoft     P15/REV01

DLEV012337

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.      : 5,362,755                                          Page 1 of  1
DATED           : November 8, 1994
INVENTOR(S)     : Barbarich et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 4,
Line 30, delete the word "or" and insert the word -- of --

Signed and Sealed this

Thirtieth Day of September, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

DLEV012338

 UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENT
UNITED STATES PATENT AND TRADEMARK OFFIC
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.go

David T. Read
Acting Director Health Assessment Policy Staff, CDER
Food and Drug Administration
1451 Rockville Pike, HFD-7
Rockville, MD 20852

**MAILED**

**JAN 0 6 2004**

**REEXAM UNIT**

Dear Mr. Read:

Transmitted herewith is a copy of the application for patent term extension of U.S. Patent No. 5,362,755. The application was filed on May 21, 1999, under 35 U.S.C. § 156.

The patent claims a product that was subject to regulatory review under the Federal Food, Drug and Cosmetic Act. Subject to final review, the subject patent is considered to be eligible for patent term restoration. Thus, a determination by your office of the applicable regulatory review period is necessary. Accordingly, notice and a copy of the application are provided pursuant to 35 U.S.C. § 156(d)(2)(A).

Inquiries regarding this communication should be directed to the undersigned at (703) 306-3159 (telephone) or (703)872-9411 (facsimile).

Karin Ferriter
Senior Legal Advisor
Office of Patent Legal Administration
Office of the Deputy Commissioner
for Patent Examination Policy

cc:     Harold C. Wegner
        Foley & Lardner
        Washington Harbour, Suite 500
        3000 K Street NW
        Washington DC 20007-5109

RE: XOPONEX ® (levelbuterol HCl)
Docket No. 99E-5116

DLEV012339

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
Rockville MD 20857

Re: Xopenex
Docket No.: 99E-5116

The Honorable Jon Dudas
Acting Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office
Box Pat. Ext.
P.O. Box 1450
Alexandria, VA 22313-1450

JUN 2 3 2004

Dear Acting Director Dudas:

This is in regard to the application for patent term extension for U.S. Patent No. 5,362,755, filed by Sepracor, Inc., under 35 U.S.C. section 156 et seq. We have reviewed the dates contained in the application and have determined the regulatory review period for Xopenex, the human drug product claimed by the patent.

The total length of the regulatory review period for Xopenex is 1,458 days. Of this time, 824 days occurred during the testing phase and 634 days occurred during the approval phase. These periods of time were derived from the following dates:

1.  The date an exemption under subsection 505(i) of the Federal Food, Drug, and Cosmetic Act involving this drug product became effective:  March 30, 1995.

    The applicant claims February 28, 1995, as the date the investigational new drug application (IND) became effective. However, FDA records indicate that the IND effective date was March 30, 1995, which was thirty days after FDA receipt of the IND.

2.  The date the application was initially submitted with respect to the human drug product under section 505(b) of the Federal Food, Drug, and Cosmetic Act:  June 30, 1997.

    FDA has verified the applicant's claim that the new drug application (NDA) for Xopenex (NDA 20-837) was initially submitted on June 30, 1997.

3.  The date the application was approved:  March 25, 1999.

    FDA has verified the applicant's claim that NDA 20-837 was approved on March 25, 1999.

DLEV012340

Dudas – Xopenex – page 2

This determination of the regulatory review period by FDA does not take into account the effective date of the patent, nor does it exclude one-half of the testing phase as required by 35 U.S.C. section 156(c)(2).

Please let me know if we can be of further assistance.

Sincerely yours,

*Jane A. Axelrad*

Jane A. Axelrad
Associate Director for Policy
Center for Drug Evaluation and Research

cc:    Harold C. Wegner
       Foley & Lardner
       Washington Harbour, Suite 500
       3000 K Street, NW
       Washington, DC 20007-5109

DLEV012341



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
Rockville MD 20857

Re: Xopenex
Docket No.: 99E-5116

The Honorable Jon Dudas
Acting Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office
Box Pat. Ext.
P.O. Box 1450
Alexandria, VA 22313-1450

JAN 2 3 200?

Dear Acting Director Dudas:

This is in regard to the application for patent term extension for U.S. Patent No. 5,362,755, filed by Sepracor, Inc., under 35 U.S.C. section 156 et seq. We have reviewed the dates contained in the application and have determined the regulatory review period for Xopenex, the human drug product claimed by the patent.

The total length of the regulatory review period for Xopenex is 1,458 days. Of this time, 824 days occurred during the testing phase and 634 days occurred during the approval phase. These periods of time were derived from the following dates:

1.    The date an exemption under subsection 505(i) of the Federal Food, Drug, and Cosmetic Act involving this drug product became effective:  March 30, 1995.

   The applicant claims February 28, 1995, as the date the investigational new drug application (IND) became effective. However, FDA records indicate that the IND effective date was March 30, 1995, which was thirty days after FDA receipt of the IND.

2.    The date the application was initially submitted with respect to the human drug product under section 505(b) of the Federal Food, Drug, and Cosmetic Act:  June 30, 1997.

   FDA has verified the applicant's claim that the new drug application (NDA) for Xopenex (NDA 20-837) was initially submitted on June 30, 1997.

3.    The date the application was approved:  March 25, 1999.

   FDA has verified the applicant's claim that NDA 20-837 was approved on March 25, 1999.

DLEV012342

Dudas - Xopenex - page 2

This determination of the regulatory review period by FDA does not take into account the effective date of the patent, nor does it exclude one-half of the testing phase as required by 35 U.S.C. section 156(c)(2).

Please let me know if we can be of further assistance.

Sincerely yours,

Jane A. Axelrad
Associate Director for Policy
Center for Drug Evaluation and Research

cc:     Harold C. Wegner
        Foley & Lardner
        Washington Harbour, Suite 500
        3000 K Street, NW
        Washington, DC 20007-5109

DLEV012343



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

Food and Drug Administration
Rockville MD 20857

Re: Xopenex
Docket No. 99E-5116

The Honorable Jon Dudas
Under Secretary of Commerce for Intellectual Property and
    Director of the United States Patent and Trademark Office
Box Pat. Ext.
P.O. Box 1450
Alexandria, VA 22313-1450

APR ⁻8 2005

Dear Director Dudas:

This is in regard to the patent term extension application for U.S. Patent No. 5,362,755 filed by
Sepracor, Inc. under 35 U.S.C. § 156. The patent claims Xopenex (levalbuterol), NDA 20-837.

In the July 12, 2004, issue of the Federal Register (69 Fed. Reg. 41812), the Food and Drug
Administration published its determination of this product's regulatory review period, as required under
35 U.S.C. § 156(d)(2)(A). The notice provided that on or before January 10, 2005, 180 days after the
publication of the determination, any interested person could file a petition with FDA under 35 U.S.C.
§ 156(d)(2)(B)(i) for a determination of whether the patent term extension applicant acted with due
diligence during the regulatory review period.

The 180-day period for filing a due diligence petition pursuant to this notice has expired and FDA has
received no such petition. Therefore, FDA considers the regulatory review period determination to be
final.

Please let me know if we can provide further assistance.

Sincerely yours,

Jane A. Axelrad
Associate Director for Policy
Center for Drug Evaluation and Research

cc:    Harold C. Wegner
       Foley & Lardner
       Washington Harbour, Suite 500
       3000 K Street, NW
       Washington, DC 20007-5109

DLEV012344



UNITED STATES PATENT AND TRADEMARK OFFICE

OCT 11 2005

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Harold C. Wegner
Foley & Lardner
Washington Harbour, Suite 500
3000 K Street NW
Washington DC 20007-5109

In Re:  Patent Term Extension
        Application for
        U.S. Patent No. 5,362,755

A determination has been made that U.S. Patent No. 5,362,755, which claims the drug product XOPONEX (levalbuterol HCl), is eligible for patent term extension under 35 U.S.C. § 156. The period of extension has been determined to be 503 days.

A single request for reconsideration of this final determination as to the length of extension of the term of the patent may be made if filed within one month of the date of this notice. Extensions of time under 37 CFR § 1.136(a) are not applicable to this time period. In the absence of such request for reconsideration, the Director will issue a certificate of extension, under seal, for a period of 503 days.

The period of extension has been calculated using the Food and Drug Administration (FDA) determination of the length of the regulatory review period published in the Federal Register of July 12, 2004 (69 Fed. Reg. 41812). Under 35 U.S.C. § 156(c):

$$\text{Period of Extension} = \tfrac{1}{2} \text{ (Testing Phase) + Approval Phase}$$
$$= \tfrac{1}{2} (824 - 0) + 634$$
$$= 1,046 \text{ days}$$

Since the regulatory review period began March 30, 1995, after the patent issue date (November 8, 1994), the entire period has been considered in the above determination. No determination of a lack of due diligence under 35 U.S.C. § 156(c)(1) was made.

However, the 14 year exception of 35 U.S.C. § 156(c)(3) operates to limit the term of the extension in the present situation because it provides that the period remaining in the term of the patent measured from the date of approval of the approved product plus any patent term extension cannot exceed fourteen years. The period of extension calculated above, 1,046 days, would extend the patent from November 8, 1994 (35 U.S.C. § 154) to September 19, 2014, which is beyond the 14-year limit (the approval date is March 25, 1999, thus the 14 year limit is March 25, 2013). The period of extension is thus limited to March 25, 2013, by operation of 35 U.S.C. § 156(c)(3). Accordingly, the period of extension is the number of days to extend the term of the patent from its original expiration date, November 8, 2011, to and including March 25, 2013, or 503 days.

The limitations of 35 U.S.C. § 156 (g)(6) do not operate to further reduce the period of extension determined above.

Upon issuance of the certificate of extension, the following information will be published in the Official Gazette:

U.S. Patent No.:        5,362,755

Granted:                November 8, 1994

Applicant:              Timothy J. Barberich, et al.

DLEV012345

U.S. Patent No. 5,362,755                                                    Page 2

      Owner of Record:            Sepacor, Inc.

      Title:                      Method for Treating Asthma Using Optically Pure
                                      (R)-Albuterol

      Classification:             514/649

      Product Trade Name:         XOPONEX (levalbuterol HCl)

      Term Extended:              503 days

      Expiration of Extension:    March 25, 2013

Any correspondence with respect to this matter should be addressed as follows:

By mail:    Mail Stop Patent Ext.          By FAX:      (571) 273-7744
            Commissioner for Patents
            P.O. Box 1450
            Alexandria, VA 22313-1450.

Telephone inquiries related to this determination should be directed to the undersigned at (571) 272-7744

Karin L. Ferriter
Senior Legal Advisor
Office of Patent Legal Administration
Office of the Deputy Commissioner
  for Patent Examination Policy

cc:    Office of Regulatory Policy          RE:  XOPONEX (levalbuterol HCl)
      HFD - 13                         FDA Docket No.: 99E-5116
      5600 Fishers Lane
      Rockville, MD  20857
      Attention: Claudia Grillo

DLEV012346

  

(19) UK Patent Application (19) GB (11) 2 255 503 (13) A

(43) Date of A publication 11.11.1992

(21) Application No 9207363.4

(22) Date of filing 03.04.1992

(30) Priority data
(31) 9107196     (32) 05.04.1991     (33) GB

(71) Applicant
Sandoz Ltd

(Incorporated in Switzerland)

35 Lichtstrasse, CH-4002 Basle,
Switzerland

(72) Inventor
John Morley

(74) Agent and/or Address for Service
B A Yorke & Co
Coomb House, 7 St John's Road, Isleworth,
Middlesex, TW7 6NH, United Kingdom

(51) INT CL⁵
A61K 31/135 31/445 31/495

(52) UK CL (Edition K)
A5B BHA BJA B180 B327 B42Y B422 B43Y B431
B44Y B442 B45Y B451 B48Y B480 B482 B483
B486 B49Y B491 B493 B50Y B502 B503 B506
B54Y B541 B55Y B551 B552 B553 B55Y B566
B57Y B575 B576 B61Y B616 B63Y B636 B637
B64Y B644 B646 B65Y B654
U1S S1321

(56) Documents cited
EP 0455155 A1     WO 91/09596 A1
Chem. Pharm. Bull. 26(4), 1123-9 (1976)
J. Med. Chem. 14(9), 895-6 (1971)
J. Liq. Chromatogr. 11, 2147-63 (1988)
Biochem. Pharmacol. 35(12) 1981-5, (1986)
Br. J. Clin. Pharmacol. 27, 49-56, (1989)

(58) Field of search
UK CL (Edition K) A5B BHA BJA
INT CL⁵ A61K
Online database: DIALINDEX, CAS-ONLINE
(MEDICINE)

(54) Bronchodilator enantiomers

(57) Improved use of selective $\beta_2$ sympathomimetic bronchodilator drugs in the therapy of obstructive or inflammatory airways disease, e.g. asthma, comprises use in enantiomeric rather than conventional racemic form. The improved use reduces occurrence of side effect, e.g. exacerbation of basal disease status or compromise or deterioration of lung function. The active compound is used in the form of its R-enantiomer e.g. Albuterol, Terbutaline, Fenoterol, Metaproterenol, Orciprenaline, Carbuterol or Isoetharine, optionally in combination with Ketotifen.

GB 2 255 503 A

DLEV012347

2275573

IMPROVED USE OF $\beta_2$ BRONCHODILATOR DRUGS

The present invention relates to a new and improved use of selective $\beta_2$ sympathomimetic bronchodilator drugs in the therapy of obstructive or inflammatory airways disease, especially asthma.

Bronchodilator drugs employed in the therapy of obstructive or inflammatory airways disease, e.g. asthma, are divisible into three classes:

1. Adrenergic or sympathomimetic drugs (the terms "adrenergic" and "sympathomimetic" are used in the art interchangeably);
2. Anticholinergic drugs; and
3. Methylxanthine drugs.

The present invention is concerned with the first of these drug classes.

The adrenergic or sympathomimetic drugs are so called because they are understood to exert their effect through their action on the body's adrenergic receptors of which there are three functionally divided types, the $\alpha$, $\beta_1$ and $\beta_2$ receptors. On the basis of their interaction with these three receptor types, the adrenergic or sympathomimetic drugs are in turn classifiable into three groups:

1.1 Non-selective sympathomimetic drugs;
1.2 Non-selective $\beta$ sympathomimetic drugs; and
1.3 Selective $\beta_2$ sympathomimetic bronchodilator drugs.

DLEV012348



- 2 -                    00-7730

Drugs of group 1.1 exert both $\alpha$ and $\beta$ sympathomimetic effects. They include the drug substances adrenaline and ephedrine. Both adrenaline and ephedrine are known clinically as bronchodilators. Though adrenaline, despite side effect induced via its $\alpha$-sympathomimetic properties, is still used by some practitioners for the treatment of acute asthma, both adrenaline and ephedrine have been largely superseded in asthma therapy.

The drugs of group 1.2 have both $\beta_1$ and $\beta_2$ sympathomimetic activity but no, or only limited, $\alpha$-sympathomimetic activity. Of the group 1.2 drugs, isoprenaline is the best known representative. Isoprenaline differs from the drugs of group 1.3 in its faster onset but shorter duration of action and its cardiac stimulating effects which result largely from its $\beta_1$ activity. Though isoprenaline has previously been extensively used as bronchodilator therapy in asthma, its use has today become clinically restricted. Thus, in the UK, a rise in the rate of asthma death in the 1960's believed to have been specifically associated with isoprenaline usage has resulted in discontinuation of its clinical application.

The selective $\beta_2$ sympathomimetic bronchodilator drugs of group 1.3 (herein referred to for convenience collectively as "GROUP 1.3 DRUGS") act, as their name implies, selectively on the $\beta_2$ adrenergic receptors. The GROUP 1.3 DRUGS include for example, the drug substances
a) TERBUTALINE, b) ALBUTEROL (also known as SALBUTAMOL),
c) FENOTEROL, d) HEXOPRENALINE, e) RIMITEROL,
f) ISOETHARINE, g) METAPROTERENOL, h) REPROTEROL,
i) CLENBUTEROL, j) PROCATEROL, k) CARBUTEROL,
l) TULOBUTEROL, m) PIRBUTEROL, n) BITOLTEROL and, more recently, the so-called "long acting selective $\beta_2$ sympathomimetic bronchodilator drug substances"
o) FORMOTEROL, p) BAMBUTEROL and q) SALMETEROL
[(R,S)-1-{4-hydroxy-3-hydroxymethylphenyl)-2-{6-(4-

DLEV012349

- 3 -    100-130

-phenylbutoxy)hexylamino]ethanol]. All of the above recited
GROUP 1.3 DRUGS are commercially available and clinically
used, generally in pharmaceutically acceptable salt form,
e.g. as the sulphate [(a), (b), (d) and (g)], hydrobromide
[(c) and (e)], hydrochloride [(f), (h) to (l) and (p)],
dihydrochloride [(d) and (m)], fumarate [(o)],
methanesulfonate [(n)], hydroxynaphthoate [(q)] or, where
appropriate, one or other of the hydrate forms thereof — see
e.g. Merck Index, 11th edition (1989), items 9089 (a), 209
(b), 3927 (c), 4628 (d), 8223 (e), 5053 (f), 5836 (g), 8142
(h), 2347 (i), 7765 (j), 1840 (k), 9720 (l), 7461 (m), 1317
(n), 4159 (o) and 963 (p) and references cited therein and,
for (q), Am. Rev. Resp. Dis. 137 (4, 2/2) 32 (1988).

Further GROUP 1.3 DRUGS currently in development include for
example the drug substances r) BROXATEROL, s) ETANTEROL, t)
IMOXITEROL, u) NAMINTEROL, v) PICUMETEROL, w) RP 58802
[Rhône-Poulenc], x) RU 42173 [Hoechst Roussel-Uclaf] and y)
ZK 90055 [Schering].

GROUP 1.3 DRUGS characteristically contain as part of their
structure an ethanolamine or 2-amino-ethanol moiety of
formula I

$$R_1-CH-CH-N- \qquad (I)$$

$$\begin{array}{ccc} OH & R_2 & R_3 \\ | & | & | \\ R_1-CH-CH-N- \\ \phantom{R_1-}1 \phantom{-}2 \end{array} \qquad (I)$$

in which $R_1$ is an aromatic group.

Commonly $R_1$ is 3,4- or 3,5-dihydroxyphenyl as in the case of
the GROUP 1.3 DRUGS (a), (c), (d), (e), (f), (g) and (h)
above or 4-hydroxy-3-hydroxymethylphenyl as in the case of
the GROUP 1.3 DRUGS (b) and (q). $R_1$ may also be, e.g.,
2-hydroxymethyl-3-hydroxy-6-pyridyl; 3,4-ditoluoyloxy-
phenyl; 3-formylamino-4-hydroxyphenyl;

DLEV012350

 – 4 – 0-7730

3,5-N,N-dimethylcarbamoyloxyphenyl;
4-amino-3,5-dichlorophenyl; 4-hydroxy-3-ureidophenyl; or
2-chlorophenyl as in the case of the GROUP 1.3 DRUGS (l),
(m), (o), (p), (i), (k) and (l) respectively.

$R_3$ in formula I is commonly H. An exception in this respect
is the GROUP 1.3 DRUG (e) above. In this case $R_2$ and $R_3$
together are a group of formula $-(CH_2)_4-$.

$R_2$ in formula I is also commonly H. Exceptions in this
respect are the GROUP 1.3 DRUG (e), as noted above, as well
as (f) and (j) in both of which $R_2$ is ethyl.

Since the formula I moiety comprises at least 1 asymmetric
carbon atom (CI in formula I), all of the GROUP 1.3 DRUGS
exist in optically active isomeric form, with the said
carbon atom having the (R) or (S) configuration [as
designated using the Cahn-Ingold-Prelog system [Angew. Chem.
Intern. Ed. 5, 385-415 (1966)]. When the said carbon atom is
the sole asymmetric carbon atom present, GROUP 1.3 DRUGS
thus exist as individual (R) or (S) enantiomers or in
racemic [(RS)] form, i.e. as a 50:50 mixture of the (R) and
(S) enantiomers.

Individual GROUP 1.3 DRUGS in which $R_2$ in the formula I
moiety is other than H or in which the remainder of the
molecule includes an asymmetric carbon atom exist in a
variety of isomeric forms, i.e. in individual (R,R), (S,S),
(R,S) and (S,R) isomeric form, as racemic [(RS,RS) and
(RS,SR)] mixtures comprising the (R,R) plus (S,S) and (R,S)
plus (S,R) enantiomeric pairs, as well as in the form of
diastereomeric mixtures comprising all four isomeric forms.
This is so,for example,in the case of the GROUP 1.3 DRUGS
(c), (d), (e), (f) and (g) above.

Individual enantiomers [e.g. (R) or (S), or (R,R) or (S,S)
enantiomers] of GROUP 1.3 DRUGS are known and have been

DLEV012351

— 5 —                    100 730

described together with processes for their production in
the literature. Pharmacological studies and clinical, e.g.
metabolic, investigations employing healthy volunteers have
also been carried out using individual enantiomers of GROUP
1.3 DRUGS. It is furthermore known that the
$\beta_2$ sympathomimetic/bronchodilator activity of GROUP 1.3 DRUGS
resides primarily in individual enantiomers in which the
hydroxy bearing carbon atom, C1 in formula I has the (R)
configuration. The corresponding (S) enantiomer in contrast
has no or very little bronchodilator activity. [See e.g.
Murase et al., Chem. Pharm. Bull., 26 (4), 1123–1129 (1976);
Hartley et al., J. Med. Chem. 14 (9), 895–896 (1971);
Okamoto et al., J. Liq. Chromatogr. 11, 2147–2163 (1988),
Koster et al., Biochem. Pharmacol., 35 (12), 1981–1985
(1986), Borgström et al., Br. J. Clin. Pharmac., 27, 49–56
(1989) and references therein.]

This knowledge notwithstanding, GROUP 1.3 DRUGS are marketed
and employed for regular clinical usage, e.g. in the
treatment of obstructive or inflammatory airways disease, in
racemic [(RS)] form, that is as mixtures of the
bronchodilatatorily active (R) and inactive (S) enantiomeric
pairs. [In the case of GROUP 1.3 DRUGS comprising two
asymmetric carbon atoms the clinically employed racemic
mixture is commonly that comprising the (R,R) plus (S,S)
enantiomeric pair, i.e. the (RS,RS) racemate, as in the case
of the so called "A racemate" of FENOTEROL — cf. Merck
Index, Loc. cit.]

The GROUP 1.3 DRUGS can be administered orally, parenterally
or (most commonly) by inhalation, e.g. using nebulisers or
metered aerosol devices or as inhaled powders. Inhalation of
GROUP 1.3 DRUGS  presently represents the mainstay of
bronchodilator therapy for the treatment of asthma of all
grades of severity. The duration of bronchodilatation
induced by the majority of GROUP 1.3 DRUGS is relatively
short and they are employed to relieve asthma attack as and

DLEV012352

- 6 -                    0-7730

when it occurs. As indicated above, the more recently
introduced GROUP 1.3 DRUGS, e.g. (o), (p) and (q) above, are
characterised by their longer duration of action and hence
apparent reduced frequency of dosaging required.

Although the GROUP 1.3 DRUGS are effective and generally
seem to be well tolerated, their safety, especially at high
dosages, has been questioned over many years and numerous
reports have appeared on the adverse effects of GROUP 1.3
DRUG therapy (see e.g. Paterson et al: "American Review of
Respiratory Disease, 120, 844 to 1187 (1979) especially at
p.p. 1165 et seq.). More recently, from New Zealand, where a
continuing increase in asthma death has been recorded, two
case control studies reported in the Lancet have linked
increase in asthma mortality to use of the GROUP 1.3 DRUG,
FENOTEROL - see in particular Editorial "$\beta_2$ agonists in
asthma: relief, prevention, morbidity", Lancet, 336,
1411-1412 (1990). A subsequently reported Canadian study
finds that the use of inhaled GROUP 1.3 DRUGS, principally
FENOTEROL and ALBUTEROL, is associated with "an increased
risk of the combined outcome of fatal and near-fatal asthma,
as well as of death from asthma alone" - see Spitzer et al.,
New England J. of Med., 326 (8), 501-506 (1992) and the
Editorial to the same issue at page 560.

Various possible explanations for observed episodes of
increased airway obstruction, arterial hypoxaemia or
"anomolous" or "paradoxical" bronchospasm, as well as
increased morbidity associated with GROUP 1.3 DRUG usage, in
particular long term/high dose usage, have been proposed.

These have included, for example, reactive myogenic tone,
increased inflammatory burden, adrenoceptor tachyphylaxis
and induction of airway hyperreactivity, as well as the
involvement of spasmogenic drug metabolic products or long
term influence of aerosol spray propellants - see e.g.
Paterson et al. loc. cit. and Morley et al. Eur. Respir. J.,

DLEV012353

3, 1-5 (1990).

As already noted, an increase in asthma death had earlier been associated with use of the GROUP 1.2 DRUG isoprenaline. Isoprenaline is metabolised in part by the enzyme catechol-O-methyl transferase, giving a 3-methoxy derivative which has β-adrenoceptor antagonist activity. It has, for example, been suggested that it is this metabolite which was the cause of difficulty. More recently it has been proposed that isoprenaline-induced asthmatic exacerbation is due to an exacerbation of airways-hyperreactivity or inflammatory status common to the (S) [or (+)] and (R) [or (-)] enantiomers of isoprenaline [see e.g. : Mazzoni et al., Brit. J. Pharmacol, 91, 326 (1987); Morley et al., J. Physiol., 390, 180 P (1987) and Lancet, July 16, 1988, p. 160; and Sanjar et al., J. Physiol, 425, 43-54 (1990) — isoprenaline like the GROUP 1.3 DRUGS was employed clinically in (RS) racemic [or (±)] form.] No consensus on the subject has however been reached within the scientific community and no evidence has hitherto been adduced which might link experience with isoprenaline to that with GROUP 1.3 DRUGS.

At the same time there is mounting concern within the medical profession as to the potential dangers of GROUP 1.3 DRUG usage in asthma therapy. To quote the Lancet Editorial already referred to:

"These studies raise serious question about the use of β₁ agonists [i.e. GROUP 1.3 DRUGS ]. The findings of Sears et al. could be interpreted as supporting the current trend towards earlier use of corticosteroids and other preventers of inflammation [for asthma therapy] rather than perseverence with an escalating bronchodilator regimen. The findings of the Nottingham and Dunedin groups also indicate that there is some way to go before long acting β₁ agonist preparations such as salmeterol and formoterol can be unreservedly recommended for routine use in the management

DLEV012354



- S -    0-7730

of asthma. There seem to be clear advantages of compliance
and possibly of anti-inflammatory activity associated with
such agents, but the potential for adverse effects cannot be
ignored. <u>Clinicians researchers and pharmaceutical companies
must now attempt to redefine the use of $\beta_2$ agonists in
asthma</u>." [Emphasis added.]

Equally there has been evident inability or reluctance to
conceive of any problem in relation to GROUP 1.3 DRUG
therapy as being inherent in GROUP 1.3 DRUGS themselves or
as hitherto employed - cf. the following, taken from the
Editorial to the New England Journal of Medicine also
previously referred to: "Although ... too much reliance is
placed on beta-agonists [GROUP 1.3 DRUGS], it is difficult
to believe that the problem is related directly to the more
regular use of inhaled beta-agonists."

In accordance with the present invention it has now been
found that, whereas bronchodilator efficacy of GROUP 1.3
DRUGS is associated with, or associated primarily with, one
optically active enantiomer, the bronchodilatatory less
active or inactive enantiomer or antipode induces an adverse
effect, e.g. in asthma. (This finding does not, of course,
exclude the possibility that the isomer having
bronchodilator efficacy may also possess adverse
pharmacological properties which are masked or compensated
for by its beneficial bronchodilator efficacy.) The present
invention thus surprisingly teaches that the long-standing
problems inherent in GROUP 1.3 DRUG therapy may unexpectedly
be met or ameliorated by the relatively simple expedient of
administering GROUP 1.3 DRUGS not, as hitherto, in the form
of a racemic mixture but in the form of the individual
bronchodilatatory effective enantiomer (referred to
hereinafter for convenience as the "BRONCHODILATOR
ENANTIOMER").

While the suitability, in particular of high-dose or

DLEV012355

long-term, GROUP 1.3 DRUG therapy has long been a subject of debate and, more recently, acute question, the practice of administering drugs of this group as racemic mixtures has continued. This practice has been accepted by drug registration authorities world-wide and even the most recently introduced of the GROUP 1.3 DRUGS have been developed for clinical use as racemic mixtures.

This practice is based upon the assumption or understanding that the non-bronchodilator component of the racemic mixture, i.e. the bronchodilatorily less or inactive enantiomer or antipode of the BRONCHODILATOR ENANTIOMER is devoid of any relevant drug effect and can thus be administered together with the BRONCHODILATOR ENANTIOMER essentially as inactive ballast and without risk to the patient. The teaching of the invention thus stands in stark opposition to long, widely established and continuing practice.

While simple in conception, the present invention thus runs contrary to to the wisdom of the art. In that the GROUP 1.3 DRUGS clearly offer very considerable potential benefit for bronchodilator usage in asthma, the need to find a means of avoiding, ameliorating or restricting disadvantages inherent in their use is urgent and crucial. By meeting this need, the present invention may be anticipated to bring immeasurable benefit both to the medical profession and the world asthma population.

In accordance with the foregoing the present invention provides:

A    An improved (e.g. safer) method of treating inflammatory or obstructive airways disease or a method of treating inflammatory or obstructive airways disease with the avoidance, amelioration or restriction of deleterious side effect, in a human subject in need thereof, which

DLEV012356

 – 10 –    00-7730

method comprises administering to said subject a GROUP 1.3 DRUG, said GROUP 1.3 DRUG being administered predominantly in the form of its BRONCHODILATOR ENANTIOMER; or, in the alternative:

B    A GROUP 1.3 DRUG predominantly in the form of its BRONCHODILATOR ENANTIOMER for use in the improved (e.g. safer) treatment of inflammatory or obstructive airways disease in humans, or for use in the treatment of inflammatory or obstructive airways disease in humans to avoid, ameliorate or restrict deleterious side effect, or for use in the preparation of a pharmaceutical composition for use in such treatment.

GROUP 1.3 DRUGS to which the present invention applies include any selective $\beta_2$ sympathomimetic bronchodilator drug comprising an ethanolamine moiety, e.g. of formula I as illustrated above wherein $R_1$ is an aromatic group, for example a moiety of formula I as illustrated above wherein $R_1$, $R_2$ and $R_3$, individually or collectively have any one or more of the meanings hereinbefore recited.

Specific GROUP 1.3 DRUGS to which the present invention applies include any of the drug products (a) through (y), especially (a) through (q) hereinbefore identified and, in particular, (b) ALBUTEROL and the "long acting" GROUP 1.3 DRUGS, in particular (o) FORMOTEROL, (p) BAMBUTEROL and (q) SALMETEROL. The invention is to be understood as relating to GROUP 1.3 DRUGS both in free form as well as pharma-ceutically acceptable acid addition salt form, e.g. as hereinbefore set forth for the GROUP 1.3 DRUGS (a) through (q), and including hydrate forms thereof. All references to GROUP 1.3 DRUGS, whether individually or collectively and in whatever manner, in relation to the present invention both herein and in the accompanying claims are to be understood accordingly as embracing such salt and hydrate forms.

DLEV012357

- 11 -                    10    730

As hereinbefore described in relation to formula I, Cl in
BRONCHODILATOR ENANTIOMER of GROUP 1.3 DRUGS
characteristically has the (R) configuration. In the case of
GROUP 1.3 DRUGS having a single asymmetric carbon atom
BRONCHODILATOR ENANTIOMER will thus be the (R) enantiomer.
In the case of GROUP 1.3 DRUGS having two asymmetric carbon
atoms BRONCHODILATOR ENANTIOMER will be the (R,R) or (R,S)
isomer. In practice, GROUP 1.3 DRUGS having two asymmetric
carbon atoms have hitherto been used in clinic generally in
the form of the (RS,RS) racemic mixture and it is the (R,R)
enantiomer which generally has the greatest bronchodilator
potency (see e.g. Murase et al., loc. cit.). In the case of
GROUP 1.3 DRUGS hving two asymmetric carbon atoms
BRONCHODILATOR ENANTIOMER will thus usually be the (R,R)
enantiomer.

In practicing the present invention, GROUP 1.3 DRUG is
employed predominantly in the form of its BRONCHODILATOR
ENANTIOMER. Preferably GROUP 1.3 DRUG will be employed in
the form of its pure or substantially pure BRONCHODILATOR
ENANTIOMER, that is in a form free or substantially free of
other isomeric forms, in particular of the chirally opposite
("non-bronchodilator") antipode. Suitably GROUP 1.3 DRUGS
will comprise at least >75%, preferably at least 90%, e.g.
>95% or >98% BRONCHODILATOR ENANTIOMER. As previously
indicated GROUP 1.3 DRUGS in pure or substantially pure
isomeric form are known (see for example Murase et al. and
Hartley et al. loc. cit. and other references referred to in
the Merck Index hereinbefore cited) or may be obtained
analogously, e.g. by resolution of diastereomeric salt
forms/chromatographic techniques.

The present invention provides a method or use for the
treatment of inflammatory airways disease, in particular for
effecting bronchodilatation, e.g. as a means of alleviating
airways obstruction, in particular acute airways
obstruction, e.g. asthma attack, occurring in such disease.

DLEV012358

- 12 -    100-7730

The invention thus provides symptomatic, rather than prophylactic, therapy for such disease.

The teaching of the present invention is applicable in the therapy of inflammatory or obstructive airways disease, in particular any such disease for which GROUP 1.3 DRUG therapy is commonly practiced, for example chronic obstructive pulmonary disease, e.g. consequential to cystic fibrosis, emphysema and, especially, chronic bronchitis and, most especially, asthma.

The present invention avoids deleterious side effects hereinbefore resulting or observed in, e.g. asthmatic, patients consequent to conventional clinical usage of GROUP 1.3 DRUGS as racemic mixtures. In particular the invention provides means to avoid, ameliorate or restrict deleterious side effect, e.g. side effect deleterious to the airways. Thus the invention provides means to avoid, ameliorate or restrict exacerbation of disease status, for example basal disease, e.g. basal asthmatic, status or to avoid, ameliorate or restrict compromise or deterioration of lung function, or any other side effect concomitant to conventional clinical usage, for example "anomolous", "rebound" or "paradoxical" bronchospasm and, especially, increase in airway obstruction, exacerbation of late asthmatic response or non-specific bronchial reactivity or arterial hypoxaemia. Without limiting the present invention to any specific theory or mode of action, the present invention is in particular to be understood as providing a means for the avoidance, amelioration or restriction of exacerbation of airways hyperreactivity and/or of inflammatory or other event associated with, or which is an aetiological component of, inflammatory or obstructive airways disease, e.g. asthma. Such events are to be understood as including for example, inflammatory cell infiltration of the lungs or airways, connective tissue deposition or smooth muscle hyperplasia within the lungs or

DLEV012359



- 13 -         16 7730

airways or other morphological change associated with
asthmatic status. The present invention also provides a
means of preventing or reducing morbidity, e.g. asthma
morbidity, ascribable to conventional, e.g. high dosage or
long term, GROUP 1.3 DRUG usage.

The present invention is especially applicable in the
therapy of bronchial asthma of whatever type or genesis. It
is applicable to both intrinsic and extrinsic asthma. It is
especially applicable to the treatment of allergic or atopic
(i.e. IgE-mediated) asthma or non-atopic asthma, as well as
exercise induced asthma, occupational asthma, asthma induced
following bacterial infection or drug, e.g. aspirin,
ingestion and other non-allergic asthmas. Treatment of
asthma is also to be understood as embracing treatment of
subjects, e.g. of less than 4 or 5 years of age, exhibiting
chronic cough or wheezing symptoms, in particular at night,
and diagnosed or diagnosable as "wheezy infants", i.e. as
embracing the treatment of "wheezy infant syndrome". Other
diseases to which the present invention is in particular
applicable include for example chronic obstructive pulmonary
or airways disease (COPD or COAD).

As previously mentioned, the present invention embraces the
understanding that BRONCHODILATOR ENANTIOMERS of GROUP 1.3
DRUGS may themselves exhibit adverse pharmacological
properties in common with the non-bronchodilator antipodes,
which are masked, or compensated for, by their
bronchodilator efficacy. As a direct corollary to this and
in the light of the understanding of said adverse effects as
taught by the invention, the therapeutic benefit of
BRONCHODILATOR ENANTIOMERS may be yet further improved by
co-administration of drug substances capable of reversing or
inhibiting the development of airways hyperreactivity,
notably the drug substance KETOTIFEN (cf. Merck Index, loc.
cit. item 5187). Accordingly in a further aspect the present
invention provides:

DLEV012360

- 14 -                    100-7730

C    A method as defined under A above, which method
     additionally comprises administration of KETOTIFEN; or

D    A GROUP 1.3 DRUG predominantly in the form of its
     BRONCHODILATOR ENANTIOMER for use as defined under B
     above, wherein said use comprises use in conjunction
     with use of KETOTIFEN, i.e. additionally comprises
     administration of KETOTIFEN.

KETOTIFEN is known and commercially available, e.g. in
pharmaceutically acceptable acid addition salt form, for
example as its hydrogen fumarate, for use, inter alia, as an
asthma prophylactic drug. References to KETOTIFEN herein are
to be understood as embracing KETOTIFEN in free base form or
in the form of any of its pharmaceutically acceptable acid
addition salts.

For the above purposes KETOTIFEN will generally be
administered in anti-asthmatically effective amount, i.e. at
dosages conventionally administered for the prophylaxis of
asthma, as hereinafter described. In practicing the
invention KETOTIFEN may be administered either concomitantly
with or independently of BRONCHODILATOR ENANTIOMER of GROUP
1.3 DRUG, e.g. in a separate daily regimen during the course
of therapy employing BRONCHODILATOR ENANTIOMER of GROUP 1.3
DRUG.

The deleterious effects of the non-bronchodilator enantiomer
(i.e. antipode of BRONCHODILATOR ENANTIOMER) of GROUP 1.3
DRUGS, e.g. of (S)-ALBUTEROL and (S)-TERBUTALINE [the dextro
or (+) optically active isomers] as well as the advantages
obtaining from the application of the present invention may
be demonstrated in conventional animal models as well as in
clinical trials for example as follows:

DLEV012361

− 15 −                    1 − 7730

Example 1: Influence of non−bronchodilator enantiomers of
GROUP 1.3 DRUGS on airways hyperreactivity in the guinea pig

Guinea−pigs (circa 500g) are anaesthetised by
intraperitoneal injection of sodium phenobarbitone
(100mg/kg) and sodium pentobarbitone (30mg/kg) then
paralysed by intramuscular injection of gallamine (10mg/kg).
Animals are ventilated (8ml/kg, 1Hz) via a tracheal cannula
using a mixture of air and oxygen (50:50, v/v). Ventilation
is monitored at the trachea by a pneumotachograph (type
0000, Fleisch, Zabona A.G., CH) connected to a differential
pressure transducer (type MP 4514871, Validyne, USA).
Coincident pressure changes within the thorax are measured
via an intrathoracic cannula, using a differential pressure
transducer (type MP 4524, Validyne, USA); blood pressure and
heart rate are recorded from the carotid artery using a
pressure transducer (type P23Dd, Gould, USA). From
measurements of air−flow and intrathoracic pressure, both
airway resistance ($R_L$) and compliance ($C_{dyn}$) are calculated
at each respiratory cycle using a digital electronic
pulmonary monitoring system (PMS, Mumed Ltd, London, UK) and
recorded. Blood pressure, intrathoracic pressure, airflow
and computed $R_L$ and $C_{dyn}$ in real time are displayed on a
visual display unit (model AT3, IBM, USA). Experimental data
is stored electronically and experimental traces or
processed data are plotted on a laser printer (Laser Jet
Series II, Hewlett Packard, USA) as required.

1)  In a first series of experiments responsivity of the
    airways to intravenous injection of histamine
    (0.56−1.8µg/kg at 10 min. intervals) is defined before,
    and twenty minutes after, intravenous infusion of (S)−
    ALBUTEROL over one hour (total dose 100µg/kg). Increase
    of airway resistance following intravenous injection of
    histamine (0.56, 1.0 & 1.8µg/kg) in one experimental run
    is recorded as (10 ± 1.8, 41.03 ± 9.14 & 223 ± 69.91
    $cmH_2O/l/sec.$) before and (60.01 ± 12.86, 149.06 ± 31:64

DLEV012362

 – 16 – 00-7730

& 539 ± 185.14 cmH$_2$O/l/sec.) after infusion of (S)-
ALBUTEROL (100µg/kg). Incremental differences for
successive doses of histamine recorded are 50.1, 108.03
& 316 cmH$_2$O/l/sec. By comparison, increased airway
resistance in response to intravenous injection of
histamine (0.56, 1.0 & 1.8µg/kg) before and after
intravenous infusion of vehicle (0.9% saline) is
recorded as (7.05 ± 1.17, 21.68 ± 3.05, 86.45 ± 14.13
and 15.04 ± 2.57, 30.42 ± 5.39, 101 ± 20 respectively)
so that incremental differences for successive doses of
histamine are 7.99, 8.74 & 14.75 cmH$_2$O/l/sec.

2) In a second series of experiments employing guinea pigs
actively sensitised to ovalbumin [as described in Sanjar
et al., Br. J. Pharmacol. 99, 679-686 (1990)],
responsivity of the airways to intravenous injection of
histamine (as under 1 above) before and after
intratracheal instillation of tragant (0.2ml) alone or
containing (S)-ALBUTEROL (10µg) or (S)-TERBUTALINE
(10µg) is defined. In this test model both (S)-ALBUTEROL
and (S)-TERBUTALINE are found to induce significant
increase of airway resistance on intravenous injection
of histamine as compared with animals receiving tragant
only.

Similar or equivalent results are obtained employing
non-bronchodilator enantiomer of other GROUP 1.3 DRUGS, e.g.
the (S) or (S,S) enantiomer of GROUP 1.3 DRUGS (c) to (q) as
hereinbefore set forth, at the same or equivalent dosage
rates.

Example 2: Influence of non-bronchodilator enantiomer of
GROUP 1.3 DRUGS on the lung function of asthmatic patients

The trial is carried out in double blind, placebo controlled
format. Subjects are stable asthmatics with evident on-going

DLEV012363

- 17 -                    7730

compromisation of lung function. Typical subjects include
allergic asthmatics or non-allergic (intrinsic asthmatics)
with no evidence of atopy, clinically stable and using
conventional nebulised GROUP 1.3 DRUGS therapy regularly.
Asthma medication is withdrawn ca. 12 hours prior to
investigation and pulmonary function ($FEV_1$) is monitored at
regular intervals prior to and following adminsitration of
test substance or placebo (vehicle). Additionally PD20 for
histamine is determined by measuring the effect of inhaled
aerosols of histamine solutions (0.0625-8mg/ml) 0.5 hrs
before as well as 2.5 and 7.5 hrs after exposure to test
substance/vehicle.

Test substance comprises GROUP 1.3 DRUG administered by the
inhaled route either in racemic form (in accordance with
conventional practice) at conventional single dose level or
in substantially pure non-bronchodilator enantiomeric form
at 0.25 to 0.5 x the conventional single dose level.

In subjects receiving GROUP 1.3 DRUG in conventional,
racemic form, e.g. receiving (R,S)-ALBUTEROL,
(R,S)-TERBUTALINE or (RS,RS)-FENOTEROL, dose related
reduction of airflow obstruction is observed as compared
with subjects receiving placebo. Results thus accord with
conventional observations for GROUP 1.3 DRUG therapy.

In subjects receiving GROUP 1.3 DRUG in substantially pure
non-bronchodilator enantiomeric form, e.g. receiving
(S)-ALBUTEROL, (S)-TERBUTALINE or (S,S)-FENOTEROL, after
potential transient reduction in airflow obstruction
attributable to any BRONCHODILATOR ENANTIOMER present in the
administered material, individual subjects exhibit a
sustained fall in $FEV_1$, accompanied by increased wheezing
and discomfort as compared with results obtained from
subjects receiving placebo.

In practicing the present invention, BRONCHODILATOR

DLEV012364



- 18 -                        100-7730

ENANTIOMER of GROUP 1.3 DRUG may be administered in any form
or by any route known or conventionally employed in relation
to use of selected GROUP 1.3 DRUG in conventional racemic
form, e.g. orally in the form of tablets, capsules, syrups,
granulates and micro-granulates etc., intravenously in the
form of an injectable solution, or by the pulmonary route.
Preferably BRONCHODILATOR ENANTIOMER of GROUP 1.3 DRUG will
be administered via the pulmonary route, e.g. by inhalation
from an appropriate dispenser device, e.g. as hereinbefore
indicated or as otherwise known or used in the art.

Dosages of BRONCHODILATOR ENANTIOMER of GROUP 1.3 DRUG
employed in practicing the present invention will vary, e.g.
depending on the particular GROUP 1.3 DRUG selected, the
selected route of administration, the particular condition
to be treated, the severity of the condition to be treated
and the effect desired. In general however dosages of
BRONCHODILATOR ENANTIOMER of the selected GROUP 1.3 DRUG
will be of the order of about 40% to 60%, e.g. about 50%, of
dosages administered employing the same GROUP 1.3 DRUG in
conventional, racemic form. This lowering of the dosage may
readily be achieved, e.g. by preparing galenic forms
comprising BRONCHODILATOR ENANTIOMER of the selected GROUP
1.3 DRUG as active ingredient in the same concentration as
in conventionally employed dosage forms and reducing the
daily dosaging requirement by ca. 50%, or by preparing
galenic forms comprising BRONCHODILATOR ENANTIOMER as active
ingredient at ca. 50% of the concentration conventionally
employed for GROUP 1.3 DRUG and maintaining conventional
daily dosaging requirements. In the latter case, the 50%
reduction in active ingredient content will be compensated
by the addition of the equivalent amount of an appropriate,
inert pharmaceutically acceptable diluent or carrier.

Thus for administration by inhalation, (R,S)-ALBUTEROL is
conventionally administered, e.g. via a metered dose aerosol
delivering 100μg racemic drug substance per actuation. For

DLEV012365

- 19 -                    10/7730

adults, administration is conventionally effected 3 to 4
times/day with 2 actuations at each administration, to give
a dosage per administration of 200µg drug substance. The
canisters employed in the delivery device contain ca. 20mg
(R,S)-ALBUTEROL or sufficient for 200 actuations.

Employing pure or substantially pure (R)-ALBUTEROL in
accordance with the present invention, administration can be
effected employing an identical regimen to that used for the
racemate but using canisters containing ca. 10mg
(R)-ALBUTEROL, giving a metered dose of 50µg drug substance
per actuation or a dosage of 100µg drug substance 3 to 4
times/day, or using canisters containing ca. 20mg (R)-
ALBUTEROL, giving a metered dose of 100µg drug substance per
actuation and applying only 1 instead of 2 actuations at
each administration.

From the foregoing it will be appreciated that suitable
galenic formulations for practicing the present invention
may be in all material respects identical to those employed
for delivery of conventional, racemic GROUP 1.3 DRUG, but
with appropriate compensation for reduction in active
ingredient content where required.

As previously indicated, in practicing the present
invention, BRONCHODILATOR ENANTIOMER of GROUP 1.3 DRUG is
preferably administered by the pulmonary route, e.g. by
inhalation. Compositions employed will thus preferably be in
a form permitting, enabling or adapted for administration
via the pulmonary route. Such forms will in particular
include free flowing, or freely flowable, dispersible forms,
for example liquid or finely divided powder forms, capable
of or adapted to delivery as an inhalable spray, mist or
dispersion in air, e.g. following delivery from an
appropriate, e.g. aerosol, atomiser, dry powder dispenser or
like device. Carriers, excipients, diluents etc. employed in
such compositions will likewise preferably be selected from

DLEV012366

- 23 -                    100-1730

amongst those known, employed and/or recognised as suitable for pulmonary administration.

The following examples are illustrative of compositions suitable for use in accordance with the present invention:

Example 3

3.1  Tablets or capsules may contain the active agent in admixture with conventional pharmaceutically acceptable excipients, e.g. inert diluents such as calcium carbonate, sodium carbonate, lactose and talc, granulating and disintegrating agents, e.g. starch and alginic acid, flavouring, colouring and sweetening agents, binding agents, e.g. starch, gelatin and acacia, and lubricating agents, e.g. magnesium stearate, stearic acid and talc, e.g. as follows:

| INGREDIENTS | WT./DOSE |
|---|---|
| (R)-METAPROTERENOL (as its sulfate) in substantially pure form | 20.00 mg |
| Lactose (200 mesh) | 90.00 mg |
| Corn starch | 35.00 mg |
| Silicon dioxide (Aerosil 200) | 1.75 mg |
| Magnesium stearate | 3.25 mg |
| TOTAL | 150.00 mg |

The ingredients are intimately admixed employing conventional galenic procedures, filled into hard gelatin capsules and the capsules sealed.

The capsules are useful in accordance with the present invention in the therapy of asthma on administration in adults 2x daily to give a daily dose of 40mg/day/p.o.. Alternatively capsules may be prepared comprising 10.00mg

DLEV012367

- 21 -                    100 730

(R)-ORCIPRENALINE (as its sulfate) for administration in adults 4x daily.

Equivalent oral compositions may be prepared comprising BRONCHODILATOR ENANTIOMER of any other GROUP 1.3 DRUG, e.g. as hereinbefore referred to, either at conventional unit dosage drug concentration* for administration at 50% conventional dosaging rate* or at 50% conventional unit dosage drug concentration for administration at conventional dosaging rate.

[*For the drug substances TERBUTALINE, FENOTEROL and CARBUTEROL for example, conventional oral unit dosage forms (comprising racemic material) comprise 2.5 or 5.0mg; 5.0 or 10.0mg; and 2.3mg racemic material respectively, for administration 2 to 4x daily.]

3.2  Inhalable aqueous solutions may also be prepared in conventional manner, e.g. optionally with the addition of ethanol as solubilizer, and with acid buffering agents to an end pH of 4.0. Stabilizing and preserving agents may also optionally be added. Suitable compositions for pulmonary application from a conventional metered delivery device may be made up for example as follows:

Aqueous solutions are prepared comprising (a) 0.5, (b) 1.0 or (c) 2.0 mg (R)-ALBUTEROL as the sulphate/ml and adjusted to pH ca. 4.0 by the addition of $H_2SO_4$. Compositions are filled in 2.5ml amounts, comprising 0.5%, 1.0% and 2.0% (R)-ALBUTEROL, into plastic ampoules for insertion into a conventional metered device, e.g. for use, in relation to composition (a) with 2x actuation delivering a total of 100μg (R)-ALBUTEROL 2 to 4x daily, in relation to composition (b) with 1x actuation delivering a total of 100μg (R)-ALBUTEROL 2 to 4x daily or in relation to composition (c) with 1x actuation delivering a total of 200μg (R)-ALBUTEROL 1 to 2x daily.

DLEV012368

 - 22 - 00-7730

Equivalent compositions may be prepared comprising
BRONCHODILATOR ENANTIOMER of any other GROUP 1.3 DRUG, e.g.
as hereinbefore referred to, either at conventional unit
drug concentration** for administration at 50% conventional
dosaging rate or at 50% conventional drug concentration for
administration at conventional dosaging rate.

[**For the drug substances ISOETHARINE, METAPROTERENOL,
TERBUTALINE, FENOTEROL and CARBUTEROL for example
conventional inhaled doses (per puff) are $350\mu g$; $650\mu g$;
$250\mu g$; $200\mu g$; and $100\mu g$ racemate respectively, for use in
two puffs generally administered 2 to 4 or up to 6x daily.]

In accordance with the foregoing the present invention also
provides:

E    A pharmaceutical composition comprising a GROUP 1.3 DRUG
     predominantly in the form of its BRONCHODILATOR
     ENANTIOMER as active ingredient, together with a
     pharmaceutically acceptable diluent or carrier therefor.

Pharmaceutical compositions are to be understood as being,
in particular, compositions of which the individual
components are not only suitable or allowable for therapeutic
usage but which are manufactured and processed under
conditions of sterility appropriate or required for
therapeutic usage.

When the method of the present invention is practiced in
conjunction KETOTIFEN therapy, dosages of KETOTIFEN employed
will generally be the same or of similar order to KETOTIFEN
dosages as conventionally employed for the prophylaxis or
management of asthma, that is of the order of 1 to 4mg,
preferably 2 or 4mg/day/p.o., suitably administered in 1 or
2mg doses, preferably 1x or 2x daily, or in liquid e.g.
syrup form. Suitable oral dosage forms, e.g. 1mg and 2mg

DLEV012369

- 23 -                100730

tablets and capsules as well as syrup formulations
comprising KETOTIFEN as active ingredient, for use in
practicing the present invention are known and commercially
available.

Utility of the present invention may also be demonstrated in
clinical trials, for example, performed as follows:

CLINICAL TRIAL I

Trial subjects are selected from patients having a clinical
history of asthma and demonstrable airway obstruction [e.g.
$FEV_1$ less than predicted from standard tables) that is
resolved by inhalation of clinical doses of GROUP 1.3 DRUGS
in conventional, racemic form [e.g. of (R,S)-ALBUTEROL].
Subjects also exhibit demonstrable increase in airway
reactivity to inhaled histamine or methacholine. Typically,
selected subjects are young adults (ca. 15 to 25 years of
age) allergic to pollens, animal danders or house dust mite,
using inhaled conventional, racemic GROUP 1.3 DRUG therapy
intermittently (e.g. according to subjective perception of
symptoms), with or without additional anti-asthma therapy
such as inhaled steroid, cromoglycate or KETOTIFEN.

Trial subjects are divided into separate groups receiving
either conventional, racemic GROUP 1.3 DRUG [e.g.
(R,S)-ALBUTEROL] at conventional doses of 200μg or
BRONCHODILATOR ENANTIOMER of GROUP 1.3 DRUG dosing [e.g.
(R)-ALBUTEROL] at 50% doses of 100μg, all doses administered
by inhalation regularly, e.g. 2 to 4x daily over a period of
1 to 6 months. Concomitant additional therapy, as mentioned
above is maintained where used. Subjects are monitored at
monthly intervals during the course of the trial period for
airways hyperreactivity, preferably using leukotriene $C_4$ or
$E_4$ as test spasmogen, e.g. as reported in references already
referred to hereinbefore.

DLEV012370

— 24 —                100-7730

Increase in airway hyperreactivity is evidenced in subjects
receiving conventional, racemic GROUP 1.3 DRUG. Subjects
receiving BRONCHODILATOR ENANTIOMER in contrast exhibit a
clearly restricted tendency to increase in hyperreactivity
but exhibit equivalent benefit in terms of bronchodilator
action during exacerbation. In subjects receiving
concomitant KETOTIFEN yet further restricted trend towards
increase in hyperreactivity is observed.


CLINICAL TRIAL II

Subjects are selected from patient groups as described for
TRIAL I. Subjects receive conventional, racemic GROUP 1.3
DRUG [e.g. (R,S) ALBUTEROL at 200µg by inhalation] or
BRONCHODILATOR ENANTIOMER of GROUP 1.3 DRUG [e.g. (R)-
ALBUTEROL at 100µg by inhalation]. The alternative
therapies are assigned to individual subjects in randomized,
double-blind manner. Pulmonary function (e.g. $FEV_1$) and
sensitivity to a test of airway hyperreactivity [e.g.
inhaled aerosolised histamine) is determined before
drug-administration and after intervals (e.g. of 2 and 5
hours) post drug-administration.

In the case of subjects receiving conventional, racemic
GROUP 1.3 DRUG, evident mismatch is recorded between
observed drug bronchodilator efficacy and suppression of
manifestation of hyperreactivity, such that there is no
observed protection from manifestation of hyperreactivity
even though substantial bronchodilator response remains
evident. In subjects receiving BRONCHODILATOR ENANTIOMER,
degree of mismatch is significantly reduced while
bronchodilator efficacy is maintained.

DLEV012371

CLAIMS                                           100-7730

1. A selective $\beta_2$ sympathomimatic bronchodilator drug
   predominantly in the form of its BRONCHODILATOR
   ENANTIOMER for use in the improved treatment of
   inflammatory or obstructive airways disease in humans.

2. A selective $\beta_2$ sympathomimatic bronchodilator drug
   predominantly in the form of its BRONCHODILATOR
   ENANTIOMER for use as defined in claim 1, wherein the
   improved treatment comprises treatment to avoid,
   ameliorate or restrict occurrence of side effect
   deleterious to the airways.

3. A selective $\beta_2$ sympathomimatic bronchodilator drug
   predominantly in the form of its BRONCHODILATOR
   ENANTIOMER for use as defined in claim 1, wherein the
   improved treatment comprises treatment to avoid,
   ameliorate or restrict exacerbation of basal disease
   status or compromise or deterioration of lung function.

4. A selective $\beta_2$ sympathomimatic bronchodilator drug
   predominantly in the form of its BRONCHODILATOR
   ENANTIOMER for use as defined in any one of claims 1 to
   3, wherein said use comprises use in conjunction with
   use of Ketotifen.

5. The BRONCHODILATOR ENANTIOMER of a selective $\beta_2$
   sympathomimatic bronchodilator drug in pure or
   substantially pure form for use as defined in any one of
   claims 1 to 4.

6. The use of a selective $\beta_2$ sympathomimatic bronchodilator
   drug predominantly in the form of its BRONCHODILATOR
   ENANTIOMER or the use of the BRONCHODILATOR ENANTIOMER
   of a selective $\beta_2$ sympathomimatic bronchodilator drug in
   pure or substantially pure form for the preparation of a
   pharmaceutical composition for use in a method of

DLEV012372



treatment as defined in any one of claims 1 to 4.

7. A selective $\beta_2$ sympathomimatic bronchodilator drug
selected from the group consisting of terbutaline,
albuterol, fenoterol, hexoprenaline, rimiterol,
isoetharine, orciprenaline, reproterol, clenbuterol,
procaterol, carbuterol, tolobuterol, pirbuterol,
bitolterol, formoterol, bambuterol and salmeterol
predominantly in the form of its BRONCHODILATOR
ENANTIOMER or the BRONCHODILATOR ENANTIOMER of a
selective $\beta_2$ sympathomimatic bronchodilator drug
selected from the aforesaid group in pure or
substantially pure form for use as defined in any one of
claims 1 to 4 or 6.

8. A pharmaceutical composition comprising a $\beta_2$
sympathomimatic bronchodilator drug predominantly in the
form of its BRONCHODILATOR ENANTIOMER or the
BRONCHODILATOR ENANTIOMER of a selective $\beta_2$
sympathomimatic bronchodilator drug in pure or
substantially pure form together with a pharmaceutically
acceptable diluent or carrier therefor.

9. A pharmaceutical composition according to claim 8
wherein the $\beta_2$ sympathomimatic bronchodilator drug is
selected from the group defined in claim 7.

10. Ketotifen for use in the preparation of a pharmaceutical
composition for use in further improving use as defined
in any one of claims 1 to 3 of a selective $\beta_2$
sympathomimatic bronchodilator drug in the form of its
BRONCHODILATOR ENANTIOMER or of the BRONCHODILATOR
ENANTIOMER of a selective $\beta_2$ sympathomimatic
bronchodilator drug in pure or substantially pure form.

08, 105873

9200 0212

PTO/SB/96 (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: BN Corporation, LLC

Application No./Patent No.: 5,477,735                Filed/Issue Date: December 26, 1995

Entitled: Two-Wire Constant Current Transducer

BN Corporation, LLC                                a  Delaware limited liability company
(Name of Assignee)                                    [Type of Assignee, e.g., corporation, partnership, university, government agency, etc.]

states that it is:

1. [X]  the assignee of the entire right, title, and interest; or

2. [ ]  an assignee of less than the entire right, title and interest.
       The extent (by percentage) of its ownership interest is _____ %

in the patent application/patent identified above by virtue of either:

A. [X] An assignment from the inventor(s) of the patent application/patent identified above. The assignment
       was recorded in the United States Patent and Trademark Office at Reel 6660 , Frame 0752 , or for
       which a copy thereof is attached.

OR

B. [ ] A chain of title from the inventor(s), of the patent application/patent identified above, to the current
       assignee as shown below:

       1. From: _____    To: _____
          The document was recorded in the United States Patent and Trademark Office at
          Reel _____, Frame _____, or for which a copy thereof is attached.

       2. From: _____    To: _____
          The document was recorded in the United States Patent and Trademark Office at
          Reel _____, Frame _____, or for which a copy thereof is attached.

       3. From: _____    To: _____
          The document was recorded in the United States Patent and Trademark Office at
          Reel _____, Frame _____, or for which a copy thereof is attached.

       [ ] Additional documents in the chain of title are listed on a supplemental sheet.

[A] Copies of assignments or other documents in the chain of title are attached.
    [NOTE: A separate copy (i.e., the original assignment document or a true copy of the original document)
    must be submitted to Assignment Division in accordance with 37 CFR Part 3, if the assignment is to be
    recorded in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

June 7 , 2002                          Tara A. Pimpton
        Date                                    Typed or printed name

                                        _____
                                                    Signature
                                        Secretary
                                        _____
                                                    Title

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on
the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC
20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

DLEV012374