IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEPRACOR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-113-JJF |
| | ) | (Consolidated) |
| DEY, L.P. and DEY, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | **REDACTED** |
| SEPRACOR, INC., | ) | **PUBLIC VERSION** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BARR LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF SAM V. DESAI IN SUPPORT OF DEFENDANTS
DEY, L.P. AND DEY, INC.'S OPENING CLAIM CONSTRUCTION BRIEF**

**(VOLUME II of III – EXS. 11-13)**

*Of Counsel:*

Edgar H. Haug
Sam V. Desai
Frommer, Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Elizabeth A. Leff
Frommer, Lawrence & Haug LLP
1667 K Street, N.W.
Washington, DC 20006
(202) 292-1530

Dated: April 10, 2008

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants
Dey, L.P. and Dey, Inc.*

{00208194;v1}