



METHOD FOR TREATING ASTHMA USING

OPTICALLY PURE R(-) ALBUTEROL

Abstract of the Disclosure

    The optically pure R(-) isomer of albuterol,
05 which is substantially free of the S(+) isomer, is a
potent bronchodilator for relieving the symptoms
associated with asthma in individuals.  A method is
disclosed utilizing the optically pure R(-) isomer
of albuterol for treating asthma while minimizing
10 the side effects associated with albuterol.

DLEV011032





PATENT APPLICATION
DOCKET NO: SPC89-05

## METHOD FOR TREATING ASTHMA USING
## OPTICALLY PURE R(-) ALBUTEROL

### Description

### Background

05     Albuterol is a drug belonging to the general
class of beta-adrenergic compounds. The prime
action of beta-adrenergic drugs is to stimulate
adenyl cyclase, the enzyme which catalyzes the
formation of cyclic-3',5'-adenosine monophosphate
10 (AMP) from adenosine triphosphate (ATP). The cyclic
AMP formed mediates the cellular responses.
Albuterol acts selectively on beta-adrenergic
receptors to relax smooth muscle tissue, for
example, in the bronchial system. Albuterol is most
15 commonly used to treat bronchial spasms associated
with asthma and is the active component in
well-known commercial bronchodilators such as
Proventil and Ventolin.

     The form in which albuterol is presently used
20 is a racemic mixture. That is, it is a mixture of
optical isomers, called enantiomers. Enantiomers
are structurally identical compounds which differ
only in that one isomer is a mirror image of the
other and the mirror images cannot be superimposed.
25 This phenomenon is known as chirality. Most biolog-
ical molecules exist as enantiomers and exhibit
chirality. Although structurally identical,
enantiomers can have profoundly different effects in
biological systems: one enantiomer may have a

DLEV011833

-4-

obtainable by methods known to those of skill in the
art, for example, by synthesis from an optically
pure intermediate.

In the present method, the R(-) isomer of
05    albuterol is administered to an individual who has
asthma.   For example, R(-) albuterol is administered
to an individual after onset of asthma to reduce
breathing difficulty resulting from asthma.   In
another embodiment, optically pure R(-) albuterol is
10    administered prophylactically, that is, before the
bronchiospasm begins in an asthma attack, to prevent
its occurrence or to reduce the extent to which it
occurs.

In the present method, R(-) albuterol can be
15    administered by inhalation, by subcutaneous or other
injection, orally, intravenously, topically, parent-
erally, transdermally, rectally or via an implanted
reservoir containing the drug.   The form in which
the drug will be administered (e.g., inhalant,
20    powder, tablet, capsule, solution, emulsion) will
depend on the route by which it is administered.
The quantity of the drug to be administered will be
determined on an individual basis, and will be based
at least in part on consideration of the
25    individual's size, the severity of the symptoms to
be treated and the result sought.   In general,
quantities of optically pure R(-) albuterol suffi-
cient to reduce the symptoms of asthma will be
administered.   The actual dosage (quantity
30    administered at a time) and the number of
administrations per day will depend on the mode of

-5-

administration, for example, by inhaler, nebulizer
or oral administration. About 30 mcg to about 90
mcg of the optically pure R(-) isomer of albuterol
given by inhalation one or more times per day will
05 be adequate in most individuals to produce the
desired bronchodilation effect. For oral
administration, e.g., tablet or syrup, a dose of
about 1 mg to about 8 mg two to four times daily is
administered to produce the desired effect.
10      In the method of the present invention, the
optically pure R(-) isomer of albuterol can be
administered together with one or more other
drug(s). For example, an antiasthmatic drug such as
theophylline or terbutaline, or an antihistamine or
15 analgesic such as aspirin, acetaminophen or
ibuprofen, can be given with or in close temporal
proximity to administration of optically pure, R(-)
albuterol. The two (or more) drugs (the optically
pure active isomer of albuterol and another drug)
20 can be administered in one composition or as two
separate entities. For example, they can be
administered in a single capsule, tablet, powder or
liquid, etc. or as individual compounds. The
components included in a particular composition, in
25 addition to optically pure albuterol and another
drug or drugs, are determined primarily by the
manner in which the composition is to be adminis-
tered. For example, a composition to be
administered in inhalant form can include, in
30 addition to the drug(s), a liquid carrier and/or
propellant. A composition to be administered in

DLEV011835

-6-

tablet form can include a filler (e.g., lactose), a
binder (e.g., carboxymethyl cellulose, gum arabic,
gelatin), an adjuvant, a flavoring agent, a coloring
agent and a coating material (e.g., wax or a
05   plasticizer).  A composition to be administered in
liquid form can include the combination of drugs
and, optionally, an emulsifying agent, a flavoring
agent and/or a coloring agent.

In general, according to the method of the
10   present invention, the optically pure R(-) isomer of
albuterol, alone or in combination with another
drug(s), is administered to an individual period-
ically as necessary to reduce symptoms of asthma.

The present composition and method provide an
15   effective treatment for asthma while minimizing the
undesirable side effects associated with albuterol
use.  These side effects include central nervous
system effects, such as tremor, nervousness,
shakiness, dizziness and increased appetite, and
20   cardiac effects, such as cardiac arrythmia.  In
children, side effects, such as excitement,
nervousness and hyperkinesia, are reduced when the
pure isomer is administered.  In addition,
teratogenic effects associated with albuterol are
25   believed to reside in the S(+) enantiomer.  Thus,
administering the pure R(-) isomer may reduce the
teratogenic potential associated with albuterol.

Equivalents

Those skilled in the art will recognize, or be
30   able to ascertain, using no more than routine

DLEV011836



-7-

experimentation, many equivalents to the specific
embodiments of the invention described herein. Such
equivalents are intended to be encompassed in the
scope of the following claims.

DLEV011837

-8-

## CLAIMS

1. A method of treating asthma in an individual
with albuterol, while reducing side effects
associated with albuterol, comprising adminis-
tering to the individual a quantity of an
optically pure R(-) isomer of albuterol
sufficient to result in bronchodilation, said R
isomer being substantially free of its S(+)
isomer.

2. A method of Claim 1 wherein the amount of the
R(-) isomer of albuterol is greater than
approximately 90% by weight.

3. A method of Claim 2 wherein the amount of the
R(-) isomer of albuterol is greater than 99% by
weight.

4. A method of Claim 1 comprising administering to
the individual by inhalation from approximately
30 mcg to approximately 90 mcg of the R(-)
isomer of albuterol per dose.

5. A method of Claim 1 comprising orally
administering to the individual from
approximately 1 mg to approximately 8 mg of the
R(-) isomer of albuterol two to four times
daily.

DLEV011838

-9-

6. A method of treating asthma in an individual with albuterol, while reducing side effects associated with albuterol, comprising

05 administering to the individual a quantity of an optically pure R(-) isomer of albuterol sufficient to result in bronchodilation and at least one additional drug.

7. A method of Claim 6 wherein the additional drug is selected from the group consisting of:

10 bronchodilators, antihistamines and analgesics.

8. A method of Claim 7 wherein the analgesic is selected from the group consisting of: aspirin, acetaminophen and ibuprofen.

9. A composition comprising an optically pure R(-)

15 isomer of albuterol and at least one additional drug.

10. A composition of Claim 9 containing at least 90% by weight of the R(-) isomer of albuterol.

11. A composition of Claim 10 containing at least

20 99% by weight of the R(-) isomer of albuterol.

12. A composition of Claim 9 wherein the additional drug is selected from the group consisting of: bronchodilators, antihistamines and analgesics.

DLEV011839

08/335,480

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### Declaration for Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name:

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-)

ALBUTEROL

the specification of which (check one)

☐      is attached hereto.

☒      was filed on January 5, 1990          as
        Application Serial No. 07/461,262      (if applicable)
        and was amended on

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

### Prior Foreign Application(s)

|  |  |  | Priority Claimed |  |
|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year filed) | ☐ Yes | ☐ No |
| (Number) | (Country) | (Day/Month/Year filed) | ☐ Yes | ☐ No |
| (Number) | (Country) | (Day/Month/Year filed) | ☐ Yes | ☐ No |

DLEV011840

-2-

I hereby claim the benefit under Title 35, United States
Code, §120 of any United States application(s) listed below
and, insofar as the subject matter of each of the claims of
this application is not disclosed in the prior United States
application in the manner provided by the first paragraph of
Title 35, United States Code, §112, I acknowledge the duty to
disclose material information as defined in Title 37, Code of
Federal Regulations, §1.56(a) which occurred between the filing
date of the prior application and the national or PCT
international filing date of this application:

(Application Serial No.)   (Filing date)   (Status, patented,
                                            pending, abandoned)

(Application Serial No.)   (Filing date)   (Status, patented,
                                            pending, abandoned)

   As a named inventor, I hereby appoint the following
attorney(s) and/or agent(s) to prosecute this application and
transact all business in the Patent and Trademark Office
connected therewith.

   I also hereby grant additional Powers of Attorney to the
following attorney(s) and/or agent(s) to file and prosecute an
international application under the Patent Cooperation Treaty
based upon the above-identified application, including a power
to meet all designated office requirements for designated
states.

   David E. Brook          Registration No. 22,592
   James M. Smith          Registration No. 28,043
   Leo R. Reynolds         Registration No. 20,984
   Giulio A. DeConti, Jr.  Registration No. 31,503
   Richard A. Wise         Registration No. 18,041
   Patricia Granahan       Registration No. 32,227
   Mary Lou Wakimura       Registration No. 31,804
   Thomas O. Hoover        Registration No. 32,470
   Paula A. Campbell       Registration No. 32,503
   Alice C. Olek           Registration No. 33,542

all of Hamilton, Brook, Smith and Reynolds, P.C., Two Militia
Drive, Lexington, Massachusetts 02173;

   and

   Send correspondence to: Patricia Granahan, Esq.
      HAMILTON, BROOK, SMITH & REYNOLDS, P.C.
      Two Militia Drive, Lexington, Massachusetts 02173

   Direct telephone calls to: Patricia Granahan, Esq.

                    617-861-6240

DLEV011841

NOV 07 '94 02:38PM SEPRACOR INC MARLBORO                                    P.4/4

-3-

I hereby declare that all statements made herein of my own
knowledge are true and that all statements made on information
and belief are believed to be true; and further that these
statements were made with the knowledge that willful false
statements and the like so made are punishable by fine or
imprisonment, or both, under Section 1001 of Title 18 of the
United States Code and that such willful false statements may
jeopardize the validity of the application or any patent issued
thereon.

Full name of sole
  or first inventor   Timothy J. Barberich
Inventor's
  Signature   _Timothy J. Barberich_         Date  2/28/90
Residence   73 Nashoba Road
            Concord, Massachusetts 01742
Citizenship   USA          MA
Post Office Address   SAME

Full name of second joint
  inventor, if any   James W. Young
Second Inventor's
  Signature   _James W. Young_         Date  1 March 90
Residence   295 Still River Road
            Still River, Massachusetts 01467
Citizenship   USA          MA
Post Office Address   SAME

Full name of third joint
  inventor, if any _____
Third Inventor's
  Signature _____   Date _____
Residence _____

Citizenship _____
Post Office Address _____

Full name of fourth joint
  inventor, if any _____
Fourth Inventor's
  Signature _____   Date _____
Residence _____

Citizenship _____
Post Office Address _____

DLEV011842



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | RECEIPT DATE | FIRST NAMED APPLICANT | | ATTY. DOCKET NO./TITLE |
|---|---|---|---|---|
| 09/335,480 | 11/07/94 | BARBERICH | T | 0701,027C |

03A1/1216

PHILIP E HANSEN
HESLIN AND ROTHENBERG
5 COLUMBIA CIRCLE
ALBANY  NY 12203-5160

0000

12/16/94

## NOTICE OF INCOMPLETE APPLICATION FILED UNDER
### 37 CFR 1.60

A filing date has NOT been assigned since 37 CFR 1.60 has not been complied with for the reason(s) indicated below:

1. ☒ A copy of the specification (description and claims) filed in the parent application:
    a. ☐ is missing.
    b. ☐ has page(s) 2, 3 missing.
    c. ☐ has the description of the invention missing.
    d. ☐ has claim(s) _____ missing.

2. ☐ A copy of the drawings as filed in the parent application is missing.

3. ☐ A copy of any amendments referred to in the oath or declaration filed to complete the parent application is missing.

4. ☐ A statement is missing that the application papers filed are a true copy of the prior application, and that no amendments referred to in the oath or declaration filed in the prior application introduced new matter. Such statement must be made by the applicant or applicant's attorney or agent and must be a verified statement if made by a person not registered to practice before the United States Patent and Trademark Office.

5. ☐ Other:

The filing date will be the date of receipt of the items required above unless otherwise indicated. Any assertions that the items required above were submitted, or explaining the delay in supplying the omitted items, must be by a petition directed to the attention of the Office of the Assistant Commissioner for Patents. Any such petition must be accompanied by the $ 130 petition fee (37 CFR 1.17(i)(1)). If the petition states that the application is complete, a request for refund of the petition fee may be included in the petition.

All of the items noted above must be submitted within TWO MONTHS of the date of this notice, or the application will be returned upon request or otherwise disposed of.

Direct the response and any questions about this notice to, Attention: Application Processing Division, Special Processing and Correspondence Branch.

*A copy of this notice MUST be returned with the response.*

Application Processing Division
(703) 308-1209

DLEV011843

O3tO 12/19/94

0701.027C

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Barberich et al.

Serial No.:  08/335,480                    Group Art Unit: 1205

Filed:  November 7, 1994                   Examiner:

Title:  METHOD FOR TREATING ASTHMA USING OPTICALLY PURE
        (R)-ALBUTEROL

## CERTIFICATE OF MAILING

I hereby certify that this correspondence
is being deposited with the U.S. Postal
Service as first class mail in an envelope
addressed to: Hon. Commissioner of Patents
and Trademarks, Application Processing
Division, Special Processing and
Correspondence Branch, Washington, D.C.
20231, December 21, 1994.

Philip E. Hansen
Agent for Applicant
Reg. No. 32,700

Date of Signature: December 21, 1994

To: Hon. Commissioner of Patents and Trademarks
    Application Processing Division
    Special Processing and Correspondence Branch
    Washington, D.C. 20231

### Response to Notice of Incomplete Application
### Filed Under 37 C.F.R. 1.60

Dear Sir:

This is in response to the Notice of Incomplete
Application in the above case. Response is required by
February 16, 1995; this response is therefore timely filed.
The Notice indicates that the copy of the specification filed
on November 7, 1994 was missing pages 2 and 3. Enclosed
herewith are copies of pages 2 and 3 and a copy of the Notice.

P:\HANSEN\PPY\0701027C.RES
December 21, 1994

DLEV011844

Barberich et al.
Serial No.: 08/335,480
Filed: November 7, 1994
Page -2-

I hereby verify that the attached pages 2 and 3 are true
copies of the latest inventor signed prior application, serial
number 08/163,581 as originally filed on December 7, 1993 and
further that all statements made herein of my own knowledge
are true and that all statements made on information and
belief are believed to be true; and further that these
statements are made with the knowledge that willful false
statements and the like so made are punishable by fine or
imprisonment, or both, under Section 1001 of Title 18 of the
United States Code and that such willful false statements may
jeopardize the validity of the application or any patent
issuing thereon.

Respectfully submitted,

Philip E. Hansen
Agent for Applicants
Reg. No. 32,700

Dated: December 21, 1994

Address for Correspondence:
Philip E. Hansen
Heslin & Rothenberg, P.C.
5 Columbia Circle
Albany, New York   12203-5160
Telephone: (518) 452-5600
Facsimile: (518) 452-5579

P:\USER\SURF\V70\017C.RES
December 21, 1994

DLEV011845



-2-

specific biological activity while the other
enantiomer has no biological activity at all, or may
have an entirely different form of biological
activity.

5    Summary of the Invention

The present invention relates to a method of
treating bronchial disorders, such as asthma, in an
individual, by administering to the individual an
amount of optically pure R(-) albuterol which is
10    active in bronchial tissue sufficient to reduce
bronchial spasms associated with asthma while
minimizing side effects associated with albuterol.
The method is particularly useful in treating asthma
while reducing side effects, such as central nervous
15    system stimulatory effects and cardiac arrythmia.
In these applications, it is important to have a
composition which is a potent broncho-dilator and
which does not exhibit the adverse side effects of
many beta-adrenergic drugs. A composition
20    containing the pure R(-) isomer of albuterol is
particularly useful for this application because
this isomer exhibits these desired characteristics.
The present method provides a safe, effective method
for treating asthma while reducing undesirable side
25    effects, for example, tremor, nervousness,
shakiness, dizziness and increased appetite, and
particularly, cardiac arrythmia, typically
associated with beta-adrenergic drugs. In children,
side effects such as excitement, nervousness and
30    hyperkinesia are reduced when the pure isomer is

DLEV011846

-3-

administered. In addition to the above, at certain
levels racemic albuterol can cause teratogenic
effects, which are believed to be associated with
the S(+) isomer. Administering the pure isomer
05  reduces the teratogenic potential which is
associated with the S(+) isomer of albuterol.

Detailed Description of the Invention

    The present invention relies on the broncho-
dilation activity of the R(-) enantiomer of
10  albuterol to provide relief from bronchial
disorders, while simultaneously reducing undesirable
side effects, for example, central nervous system
stimulatory effects and cardiac disorders, commonly
experienced by albuterol users. In the present
15  method, the optically pure R(-) isomer of albuterol,
which is substantially free of the S(+) enantiomer,
is administered alone, or in combination with one or
more other drug(s) in adjunctive treatment, to an
individual in whom asthma relief (e.g., relief from
20  bronchial spasms, shortness of breath) is desired.
The optically pure R(-) isomer of albuterol as used
herein refers to the levorotatory optically pure
isomer of α-[(tert-butylamino) methyl]-4-hydroxy-m-
xylene-α, α'-diol, and to any biologically accept-
25  able salt or ester thereof. The terms "optically
pure" or "substantially free of the S(+) enantiomer"
as used herein means that the composition contains
at least 90% by weight of the R(-) isomer of
albuterol and 10% by weight or less of the S(+)
30  isomer. Optically pure albuterol is readily

DLEV011847



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| NUMBER | RECEIPT DATE | FIRST NAMED APPLICANT | | ATTY. DOCKET NO./TITLE |
|---|---|---|---|---|
| 535,480 | 11/07/94 | BARBERICH | T | 0701.027C |

03A1/1216

L.IP E HANSEN
LIN AND ROTHENBERG
COLUMBIA CIRCLE
ANY NY 12203-5160

0900

NOTICE OF INCOMPLETE APPLICATION FILED UNDER
37 CFR 1.60

A filing date has NOT been assigned since 37 CFR 1.60 has not been complied with for the reason(s) indicated below:

1. ☒ A copy of the specification (description and claims) filed in the parent application:
   a. ☐ is missing.
   b. ☒ has page(s) _____ missing.
   c. ☐ has the description of the invention missing.
   d. ☐ has claim(s) _____ missing.

2. ☐ A copy of the drawings as filed in the parent application is missing.

3. ☒ A copy of any amendments referred to in the oath or declaration filed to complete the parent application is missing.

4. ☐ A statement is missing that the application papers filed are a true copy of the prior application, and that no amendments referred to in the oath or declaration filed in the prior application introduced new matter. Such statement must be made by the applicant or applicant's attorney or agent and must be a verified statement if made by a person not registered to practice before the United States Patent and Trademark Office.

5. ☐ Other:

The filing date will be the date of receipt of the items required above unless otherwise indicated. Any assertions that the items required above were submitted, or explaining the delay in supplying the omitted items, must be by a petition directed to the attention of the Office of the Assistant Commissioner for Patents. Any such petition must be accompanied by the $ _____ petition fee (37 CFR 1.17(i)(1)). If the petition states that the application is complete, a request for refund of the petition fee may be included in the petition.

All of the items noted above must be submitted within TWO MONTHS of the date of this notice, or the application will be returned upon request or otherwise disposed of.

Direct the response and any questions about this notice to: Attention: Application Processing Division, Special Processing and Correspondence Branch.

*A copy of this notice MUST be returned with the response.*

Application Processing Division
(703) 308-1202

DLEV011848

365-201

OMB No. 0651-0011 (12/31/94)

**DIVISION-CONTINUATION PROGRAM APPLICATION TRANSMITTAL FORM**

ATTORNEY'S DOCKET NO.
0701 027C

| DOCKET NUMBER | ANTICIPATED CLASSIFICATION OF THIS APPLICATION: | | PRIOR APPLICATION | |
|---|---|---|---|---|
| 0701 027C | CLASS | SUBCLASS | EXAMINER | ART UNIT |
| | 514 | 649 | Henley | 1205 |

To the Commissioner of Patents and Trademarks:

This is a request for filing a ☒ continuation ☐ divisional application under 37 CFR 1.60, of pending prior application serial no. 08/163,581 filed on December 7, 1992, of Timothy J. Barberich and James W. Young for Method for Treating Asthma Using Optically Pure (R)-Albuterol

1.  Enclosed is a copy of the latest inventor signed prior application, including the oath or declaration as originally filed. I hereby verify that the attached papers are a true copy of the latest inventor signed prior application serial no. 08/163,581 as originally filed on December 7, 1993, and further that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| Claims | (1) For | (2) Number Filed | (3) Number extra | (4) Rate | (5) Calculations |
|---|---|---|---|---|---|
| | Total Filing | 12 - 20 = | 0 | X $22.00 | $ |
| | Independent Claims | 3 - 3 = | 0 | X $ 75.00 | |
| | Multiple Dependent Claim(s) (if applicable) | | | + $240.00 | |
| | | | | Basic fee | + + $730.00 |
| | | | | Total of Above Calculations → | |
| | Reduction by 1/2 for filing by small entity (Note 37 CFR 1.9, 1.27, 1.28) if applicable, affidavit must be filed also. | | | | − 365.00 |
| | | | | Total National Fee | $ 365.00 |

2. ☒ The Commissioner is hereby authorized to charge any fees which may be required, or credit any over-payment to Deposit Account No. 08-1935. A duplicate copy of this sheet is enclosed.

3. ☒ A check in the amount of $ 365.00 is enclosed.

4. ☐ Cancel in this application original claims of the prior application before calculating the filing fee. (At least one original independent claim must be retained for filing purposes.)

5. ☒ Amend the specification by inserting before the first line the sentence: This application is a ☒ continuation, ☐ division, of application serial no. 08/163,581, filed 12/7/93

6. ☐ Transfer the drawings from the pending prior application to this application and abandon said prior application, as of the filing date accorded this application. A duplicate copy of this sheet is enclosed for filing in prior application file. (May only be used if signed by person authorized by $ 1.138 and before payment of issue fee.)

Form PTO-FB-A520 (/0-82) Page 1 of 2    Patent and Trademark Office - U.S. DEPARTMENT of COMMERCE

DLEV011849

a. ☐ New formal drawings are enclosed.

b. ☐ Priority of application serial no. _____ filed on _____ in _____

_____ (country) is claimed under 35 U.S.C. 119.

☐ The certified copy has been filed in prior application serial no. _____

_____ filed _____

7. ☒ The prior application is assigned of record to     Sepracor, Inc. _____

8. ☐ A preliminary amendment is enclosed.

9. ☒ A verified statement claiming small entity status is enclosed in parent application Serial Number 08/163,581 filed December 7, 1993 and is still proper.

10. ☐ Also enclosed _____

_____

11. ☒ The power of attorney in the prior application is to.
Hamilton, Brook, Smith and Reynolds, P.C.; an Associate Power of
Attorney to Philip E. Hansen was filed July 14, 1993

_____

a. ☒ The power appears in the original papers in the prior application.

b. ☐ Since the power does not appear in the original papers, a copy of the power in the prior application is enclosed.

c. ☐ Address all future communications : (May only be completed by applicant, or attorney or agent of record)

Philip E. Hansen, Heslin & Rothenberg, P.C.

5 Columbia Circle

Albany, NY 12203-5160

11/7/94          _____ Philip E. Hansen
(date)                (signature)

Address of signator: ☐ inventor(s)                              ☐ filed under 1.34(a)
                     ☐ assignee of complete interest
                     ☒ attorney or agent of record

5 Columbia Circle

Albany, NY 12203-5160

DLEV011850



Paper No. 4 (IDS)

11/11/94    IS    MISSING

DLEV011851