US005547994A

# United States Patent [19]

## Barberich et al.

[11] Patent Number: 5,547,994

[45] Date of Patent: Aug. 20, 1996

[54] **METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(−) ALBUTEROL**

[75] Inventors: Timothy J. Barberich, Concord; James W. Young, Still River, both of Mass.

[73] Assignee: Sepracor, Inc., Marlborough, Mass.

[21] Appl. No.: 335/497

[22] Filed: Nov. 7, 1994

### Related U.S. Application Data

[63] Continuation of Ser. No. 163,589, Dec. 7, 1993, Pat. No. 5,362,755, which is a continuation of Ser. No. 694,725, Jan. 9, 1992, abandoned, which is a continuation of Ser. No. 461,282, Jan. 5, 1994, abandoned.

[51] Int. Cl.[6] .......................................... A61K 31/135
[52] U.S. Cl. .................................... 514/649; 514/826
[58] Field of Search .............................. 514/649, 826

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

5,362,755 11/2994 Barberich et al. ...................... 514/649

#### FOREIGN PATENT DOCUMENTS

2225503 7/1991 United Kingdom .

#### OTHER PUBLICATIONS

Tan et al. "Stereoselective Disposition of Salbutamol Enantiomers . . ." Clin. Chem. 33, 1026 (1987).
Brittain et al. "Some observations on the β-adrenoceptor agonist . . ." Br. J. Pharmac. 48, 144–147 (1973).

Hartley et al. "Absolute Configuration of the Optical Isomers of Salbutamol" J. Med. Chem. 12, 995 (1971).
Hawkins et al. "Relative Potency of (−) and (±)-Salbutamol on Guinea Pig . . ." J. Med. Chem. 16, 856–857 (1973).
Buckner et al. "Studies on the Effects of Enantiomers of Soterenol, Trimetoquinol . . ." J. Pharm. Exp. Ther. 189, 616–625 (1974).
Passowicz-Muszynska E. "Effect on beta adrenergic receptors of tachyphylaxis . . ." Index Medicus 91:16428? (1990).
Paavola "Effect of corticosteroids on the action of sympathomimetic" Index Medicus 86:05197? (1985).
Chapman et al. "An anomalous effect of salbutamol in sensitised guinea pig" Brit. J. Pharmacol 99, 569 (1990).
Morley et al. "Effects of (+)-and racemic salbutamol on airway responses in the guinea pig" Brit. J. Pharmacol. 104, 295P (1991).
Chapman et al. "Racemic mixture at root of warning symptoms? Active monitoring . . ." Tips 13, 231–232 (1992).
Multani et al. "Comparison of acute bronchodilator effects of oral salbutamol . . ." Chem. Abstr. 89: 123529m (1978).

Primary Examiner—Raymond Henley, III
Attorney, Agent or Firm—Heslin & Rothenberg, P.C.

[57] **ABSTRACT**

The optically pure R(−) isomer of albuterol, which is substantially free of the S(+) isomer, is a potent bronchodilator for relieving the symptoms associated with asthma in individuals. A method is disclosed utilizing the optically pure R(−) isomer of albuterol for treating asthma while minimizing the side effects associated with albuterol.

6 Claims, No Drawings

DLEV011780

5,547,994

| 1 | 2 |

**METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(−) ALBUTEROL**

**CROSS REFERENCE TO RELATED APPLICATIONS**

This application is a continuation of application Ser. No. 08/163,581, filed Dec. 7, 1993 and now U.S. Pat. No. 5,362,755, which was a continuation of application Ser. No. 07/895,725, filed Jun. 9, 1992, now abandoned, which was a continuation of application Ser. No. 07/461,262 filed Jan. 5, 1990, now abandoned.

**BACKGROUND**

Albuterol is a drug belonging to the general class of beta-adrenergic compounds. The prime action of beta-adrenergic drugs is to stimulate adenyl cyclase, the enzyme which catalyzes the formation of cyclic-3',5'-adenosine monophosphate (AMP) from adenosine triphosphate (ATP). The cyclic AMP formed mediates the cellular responses. Albuterol acts selectively on beta-adrenergic receptors to relax smooth muscle tissue, for example, in the bronchial system. Albuterol is most commonly used to treat bronchial spasms associated with asthma and is the active component in well-known commercial bronchodilators such as Proventil and Ventolin.

The form in which albuterol is presently used is a racemic mixture. That is, it is a mixture of optical isomers, called enantiomers. Enantiomers are structurally identical compounds which differ only in that one isomer is a mirror image of the other and the mirror images cannot be superimposed. This phenomenon is known as chirality. Most biological molecules exist as enantiomers and exhibit chirality. Although structurally identical, enantiomers can have profoundly different effects in biological systems; one isomer may have a specific biological activity while the other enantiomer has no biological activity at all, or may have an entirely different form of biological activity.

**SUMMARY OF THE INVENTION**

The present invention relates to a method of treating bronchial disorders, such as asthma, in an individual, by administering to the individual an amount of optically pure R(−) albuterol which is active in bronchial tissue sufficient to reduce bronchial spasms associated with asthma while minimizing side effects associated with albuterol. The method is particularly useful in treating asthma while minimizing side effects, such as central nervous system stimulatory effects and cardiac arrythmia. In these applications, it is important to have a composition which is a potent bronchodilator and which does not exhibit the adverse side effects of many beta-adrenergic drugs. A composition containing the pure R(−) isomer of albuterol is particularly useful for this application because this isomer exhibits these desired characteristics. The present method provides a safe, effective method for treating asthma while reducing undesirable side effects, for example, tremor, nervousness, shakiness, dizziness and increased appetite, and particularly, cardiac arrythmia, typically associated with beta-adrenergic drugs. In children, side effects such as excitement, nervousness and hyperkinesis are reduced when the pure isomer is administered. In addition to the above, at certain levels racemic albuterol can cause teratogenic effects, which are believed to be associated with the S(+) isomer. Administering the pure isomer reduces the teratogenic potential which is associated with the S(+) isomer of albuterol.

**DETAILED DESCRIPTION OF THE INVENTION**

The present invention relies on the bronchodilation activity of the R(−) enantiomer of albuterol to provide relief from bronchial disorders, while simultaneously reducing undesirable side effects, for example, central nervous system stimulatory effects and cardiac disorders, commonly experienced by albuterol users. In the present method, the optically pure R(−) isomer of albuterol, which is substantially free of the S(+) enantiomer, is administered alone, or in combination with one or more other drug(s) in adjunctive treatment, to an individual in whom asthma relief (e.g., relief from bronchial spasms, shortness of breath) is desired. The optically pure R(−) isomer of albuterol as used herein refers to the levorotatory optically pure isomer of α¹-[(tert-butylamino) methyl]-4-hydroxy-m-xylene-α, α'-diol, and to any biologically acceptable salt or ester thereof. The terms "optically pure" or "substantially free of the S(+) enantiomer" as used herein means that the composition contains at least 90% by weight of the R(−) isomer of albuterol and 10% by weight or less of the S(+) isomer. Optically pure albuterol is readily obtainable by methods known to those of skill in the art, for example, by synthesis from an optically pure intermediate.

In the present method, the R(−) isomer of albuterol is administered to an individual who has asthma. For example, R(−) albuterol is administered to an individual after onset of asthma to reduce breathing difficulty resulting from asthma. In another embodiment, optically pure R(−) albuterol is administered prophylactically, that is, before the bronchospasm begins in an asthma attack, to prevent its occurrence or to reduce the extent to which it occurs.

In the present method, R(−) albuterol can be administered by inhalation, by subcutaneous or other injection, orally, intravenously, topically, parenterally, transdermally, nasally or via an implanted reservoir containing the drug. The form in which the drug will be administered (e.g., inhalant, powder, tablet, capsule, solution, emulsion) will depend on the route by which it is administered. The quantity of the drug to be administered will be determined on an individual basis, and will be based at least in part on consideration of the individual's size, the severity of the symptoms to be treated and the result sought. In general, a quantity of optically pure R(−) albuterol sufficient to reduce the symptoms of asthma will be administered. The actual dosage (quantity administered at a time) and the number of administrations per day will depend on the mode of administration, for example, by inhaler, nebulizer or oral administration. About 30 mcg to about 90 mcg of the optically pure R(−) isomer of albuterol given by inhalation one or more times per day will be adequate in most individuals to produce the desired bronchodilation effect. For oral administration, e.g., tablet or syrup, a dose of about 1 mg to about 8 mg two to four times daily is administered to produce the desired effect.

In the method of the present invention, the optically pure R(−) isomer of albuterol can be administered together with one or more other drug(s). For example, an antiasthmatic drug such as theophylline or terbutaline, or an antihistamine or analgesic such as aspirin, acetaminophen or ibuprofen, can be given with or in close temporal proximity to administration of optically pure, R(−) albuterol. The two (or more) drugs (the optically pure active isomer of albuterol and another drug) can be administered in one composition or as two separate entities. For example, they can be administered in a single capsule, tablet, powder, or liquid, etc. or as individual compounds. The components included in a par-

DLEV011781

5,547,994

3

ticular composition, in addition to optically pure albuterol and another drug or drugs, are determined primarily by the manner in which the composition is to be administered. For example, a composition to be administered in inhalant form can include, in addition to the drug(s), a liquid carrier and/or propellant. A composition to be administered in tablet form can include a filler (e.g., lactose), a binder (e.g., carboxymethyl cellulose, gum arabic, gelatin), an adjuvant, a flavoring agent, a coloring agent and a coating material (e.g., wax or a plasticizer). A composition to be administered in liquid form can include the combination of drugs and, optionally, an emulsifying agent, a flavoring agent and/or a coloring agent.

In general, according to the method of the present invention, the optically pure R(−) isomer of albuterol, alone or in combination with another drug(s), is administered to an individual periodically as necessary to reduce symptoms of asthma.

The present composition and method provide an effective treatment for asthma while minimizing the undesirable side effects associated with albuterol use. These side effects include central nervous system effects, such as tremor, nervousness, shakiness, dizziness and increased appetite, and cardiac effects, such as cardiac arrythmia. In children, side effects, such as excitement, nervousness and hyperuria, are reduced when the pure isomer is administered. In addition, teratogenic effects associated with albuterol are believed to reside in the S(+) enantiomer. Thus, administering the pure R(−) isomer may reduce the teratogenic potential associated with albuterol.

## EQUIVALENTS

Those skilled in the art will recognize, or be able to ascertain, using no more than routine experimentation, many equivalents to the specific embodiments of the invention

4

described herein. Such equivalents are intended to be encompassed in the scope of the following claims.

We claim:

1. A method of treating an acute attack of asthma, while reducing side effects associated with the acute administration of racemic albuterol, comprising administering to an individual suffering from acute attack of asthma a quantity of an optically pure R(−) isomer of albuterol sufficient to result in bronchodilation while simultaneously reducing undesirable side effects, said R isomer being substantially free of its S(+) isomer.

2. A method of claim 1 wherein the amount of the R(−) isomer of albuterol is greater than approximately 90% by weight.

3. A method of claim 2 wherein the amount of the R(−) isomer of albuterol is greater than 99% by weight.

4. A method of claim 1 comprising administering to the individual by inhalation from approximately 20 mcg to approximately 90 mcg of the R(−) isomer of albuterol per dose.

5. A method of treating an acute attack of asthma, while reducing side effects associated with the acute administration of racemic albuterol, comprising administering to an individual suffering from an acute attack of asthma a quantity of an optically pure R(−) isomer of albuterol sufficient to result in bronchodilation while simultaneously reducing undesirable side effects, and at least one additional drug selected from the group consisting of bronchodilators, antihistamines and analgesics.

6. A method of claim 5 wherein the analgesic is selected from the group consisting of aspirin, acetaminophen and ibuprofen.

* * * * *

DLEV011782

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: Barberich *et al.*

Ser. No.: 08/691,604

Filed: August 15, 1996

Title:   METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-)
         ALBUTEROL

Docket No.: 0701.027D

Group Art Unit: 1205

Examiner: Henley III, R.

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the U.S. Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Box Non Fee Amendment, Washington, D.C. 20231, on November 20, 1997.

Philip E. Hansen
Agent for Applicants
Reg. No. 32,700

Date of Signature:   November 20, 1997

Assistant Commissioner for Patents
Box Non Fee Amendment
Washington, D.C. 20231

## AMENDMENT AND RESPONSE UNDER 37 C.F.R. 1.111

Dear Sir:

This is a response to an Office Action mailed August 25, 1997 (paper number 9). As response to the Action is due by November 25, 1997, this paper is timely filed.

## Amendment

Please amend the application as follows:

In the claims:

Please cancel claims 13 and 14.

Line 1 of claims 15, 16, 17 and 19, delete "13 or 14" and insert therefor —23—.

DLEV011783

USSN 08/691,604
Barberich *et al.*
Page -2-

## Response

The present application is a continuation of USSN 08/335,480, which included claims 1-12. All claims pending in the original application were canceled and new claims 13-23 were added in a preliminary amendment filed with the present application. Claims 13 and 14 are canceled herein; claims 15-23 are pending in this continuation application.

## Statutory Double Patenting Rejection

Claim 13 was rejected as claiming the same invention as that of claim 1 of prior U.S. Patent No. 5,547,994 and claim 14 was rejected as claiming the same invention of claim 1 of prior U.S. Patent No. 5,362,755. To overcome this rejection, both claim 13 and claim 14 have been canceled by amendment above.

## Obvious-type Non-Statutory Double Patenting Rejection

Claims 13 and 15-22 were rejected as being unpatentable over claims 1-4 of prior U.S. Patent No. 5,547,994. Claims 14 and 15-22 were rejected as being unpatentable over claims 1-5 of prior U.S. Patent No. 5,362,755. Claim 23 was rejected as being unpatentable over claim 1 of prior U.S. Patent No. 5,547,994 and claim 1 of prior U.S. Patent No. 5,362,755.

In response to the above rejections, Applicants herewith submit Terminal Disclaimers in accordance with 37 CFR 1.321 (b) and (c) and fee under 37 C.F.R. 1.20(d).

## Disclosure of Information under 37 CFR §1.56

In the prosecution of parent case 08/335,480 (now US patent 5,547,994), applicants presented a Declaration under 37 CFR §1.132 by John R. McCullough. Dr. McCullough presented results of tests on airway smooth muscle cells that demonstrated unexpected differences among the enantiomers and racemate of albuterol on calcium mobilization and on

USSN 08/691,604
Barberich *et al.*
Page -3-

airways hyperreactivity. Following the presentation of this declaration and the accompanying response on January 22, 1996, the claims were allowed. Earlier in prosecution, on June 6, 1995, applicants had presented a Declaration under 37 CFR §1.132 by Dean A. Handley showing the tremorogenicity of the enantiomers in mice. From the results in mice, Dr. Handley concluded that the use of the pure R enantiomer would result in less potential for tremorogenicity in humans. In the next Office Action following that declaration, the Examiner maintained the rejection and noted that the Handley declaration had been carefully considered, but it did not persuade the Examiner of error in his earlier rejection.

Subsequent to the prosecution of the '480 case, applicants have undertaken clinical trials in preparation for bringing the compositions and methods of the invention onto the market, including clinical trials directed toward determining tremorogenicity in humans. The results of the studies indicate that, notwithstanding the effects seen in the mouse tremorogenicity study, the S enantiomer does not appear to be tremorogenic in humans. Applicants therefore do not believe it would be proper to rely on the declaration of Dr. Handley for patentability. Applicants present this information in order to satisfy their duty of disclosure, but they believe it has no practical effect on the patentability *vel non* of the claims, since the Examiner did not rely on the declaration of Dr. Handley for his determination of allowability. As regards the findings in the declaration of Dr. McCullough, on which the Examiner appears to have relied for allowance, Dr. McCullough remains comfortable with the results and conclusions presented in that declaration.

DLEV011785



USSN 08/691,604
Barberich *et al.*
Page 4

There being no further outstanding issues, the application is believed in condition for allowance and such action is respectfully requested. However, should the Examiner have any further questions or comments regarding the pending claims, he is urged to contact Applicant's representative at the number below.

Respectfully submitted,

Philip E. Hansen
Agent for Applicants
Reg. No. 32,700

Dated: *November 20, 1997*

Heslin & Rothenberg, P.C.
5 Columbia Circle
Albany, New York 12203
Telephone: (518) 452-5600
Facsimile: (518) 452-5579

DLEV011786

**Terminal Disclaimer To Obviate A Double Patenting Rejection Over A Prior Patent**

| | Docket No. 0701.027D |

In re Application Of: **Barberich et al.**

| Serial No. | Filing Date | Examiner | Group Art Unit |
|---|---|---|---|
| 08/691,604 | 08/15/96. | Henley III, R. | 1205 |

Invention: **METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-)-ALBUTEROL**

Owner of Record: **SEPRACOR, INC.**

### TO THE ASSISTANT COMMISSIONER FOR PATENTS:

The above-identified owner of record of a 100% percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application, which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 to 156 and 173, as presently shortened by any terminal disclaimer, of prior Patent No. 5,362,755. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors and/or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 to 156 and 173 of the prior patent, as presently shortened by any terminal disclaimer, in the event that it later expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 C.F.R. 1.321, has all claims cancelled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

☐ For submissions on behalf of an organization (e.g. corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

☒ The undersigned is an attorney of record.

Signature _____     Dated: November 20, 1997

*Signature*

Philip E. Hansen
*Typed or Printed Name*

☒ Terminal disclaimer fee under 37 C.F.R. 1.20(d) included.
☒ PTO suggested wording for terminal disclaimer was unchanged.

Certification under 37 C.F.R. 3.73(b) is required if terminal disclaimer is signed by the assignee.

110.00 OP

Copyright 1997 LegalEase

| Terminal Disclaimer To Obviate A Double Patenting Rejection Over A Prior Patent | Docket No. 0701.027D |
|---|---|

Re Application Of: Barberich et al.

| Serial No. 08/691,604 | Filing Date 08/15/96 | Examiner Henley III, R. | Group Art Unit 1205 |
|---|---|---|---|

Invention: **METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-)-ALBUTEROL**

Owner of Record: SEPRACOR, INC.

## TO THE ASSISTANT COMMISSIONER FOR PATENTS:

The above-identified owner of record of a 100% percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application, which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 to 156 and 173, as presently shortened by any terminal disclaimer, of prior Patent No. 5,547,994 . The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors and/or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 to 156 and 173 of the prior patent, as presently shortened by any terminal disclaimer, in the event that it later expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 C.F.R. 1.321, has all claims cancelled by a reexamination certificate, is reissued, or is in any manner terminated prior to expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

☐ For submissions on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

☒ The undersigned is an attorney of record.

Signature                                           Dated: *November 20, 1997*

Philip E. Hansen
Typed or Printed Name

☒ Terminal disclaimer fee under 37 C.F.R. 1.20(d) included.
☒ PTO suggested wording for terminal disclaimer was unchanged.
Certification under 37 C.F.R. 3.73(b) is required if terminal disclaimer is signed by the assignee.

Copyright 1997 LegalStar                                    PTODREV01

DLEV011788

**SUBJECT: DECISION ON TERMINAL DISCLAIMERS INFORMAL FORM**

DATE: 12-15-97                                    APPL. S.N.: 08/691,684

TO EXAMINER: P. Healey                            ART UNIT: 1205

M. Montgomery ROOM 6618              MAILROOM DATE: 11-24-97

AFTER FINAL YES ___ NO ___ NUMBER OF T.D(S). FILED ___

**INSTRUCTIONS:** I have reviewed the submitted T.D. with the results as set forth below. If you agree, please use the appropriate form paragraph identified by this informal memo in your next office action to notify applicant about the T.D. If you disagree with my analysis or have questions at all about the acceptability of the T.D., please see me at our Special Program Examiner _____. THIS IS AN INTERNAL MEMO ONLY. IT MUST NOT BE MAILED TO APPLICANT, NOR SHOULD A COPY BE KEPT IN FILE.

[ X ] The T.D. is PROPER and has been recorded. (See 14.23).

[ ] The T.D. is NOT PROPER and has not been accepted for the reason(s) checked below. (See 14.24).

[ ] The recording fee of $ _____ has not been submitted nor is there any pre authorization in the application file to charge to a deposit account. (See 14.25.07)

[ ] Application Examiner has not processed T.D. fee. (See fee authorization).

[ ] The T.D. does not satisfy Rule 321(b)(3) in that the person who has signed the T.D. has not stated his/her interest (and/or the extent of the interest of the business entity represented by the signature) in the application/patent. (See 14.26 and 14.26.01).

[ ] The T.D. lacks the enforceable only during the common ownership clause needed to overcome a double patenting rejection, Rule 321(c). (See 14.27, 14.27.01).

[ ] It is directed to a particular claim(s), which is not acceptable since "the disclaimer must be of a terminal portion of the term of the entire patent to be granted". MPEP 1490. (See 14.26, 14.26.02).

[ ] The person who signed the terminal disclaimer:
    [ ] has failed to state his/her capacity to sign for the business entity. (See 14.28).
    [ ] is not recognized as an officer of the assignee. (See 14.29 and possibly 14.29.01).

[ ] No documentary evidence of a chain of title from the original inventor(s) to assignee has been submitted, nor is the reel and frame specified as to where such evidence is recorded in the office. 37 CFR 3.73(b). (See 1140 O.G. 72). NOTE: The documentary evidence of the specifying of the reel and frame may be found in the T.D. or in a separate paper submitted by applicant. (See 14.30).

[ ] No "statement" specifying that the evidentiary documents have been reviewed and that, to the best of the assignee's knowledge and belief the title is in the assignee seeking to take action. 37 CFR 3.73(b). (See 14.31).

[ ] The T.D. is not signed. (See 14.25, 14.25.3), or 14.25.03 if TD is not signed by all the owners.

[ ] Attorney not of record in oath/decl. or a separate paper filed appointing a new or associate attorney. (See 14.29.01).

[ ] The serial number of the application (or the number of the patent) which forms the basis for the double patenting is missing or incorrect. (See 14.32).

[ ] The serial number of the application (or the number of the patent in reexam or reissue case(s) being disclaimed is missing or incorrect. (See 14.25, 14.25.04 or 14.26.05).

[ ] The period disclaimed is incorrect or not specified. (See 14.27, 14.27.2 or 14.27.3)(For Sample 14.27.04 and 14.27.05)

[ ] Other: _____

_____

_____

[ ] Suggestion to request refund of $ _____. (See 14.35, 14.36).

[ ] **EXAMINER NOTE: IF APPLICATION IS IN CONDITION FOR ALLOWANCE ANY OF THE ABOVE INFORMALITIES MAY BE FAXED IN TO THE GROUP**

**FOR SAMPLE TERMINAL DISCLAIMERS AND CERTIFICATES:**

[ ] Sample of a TD over a pending application and assignee Certificate (See 14.37).
[ ] Sample of a TD over a prior patent and assignee Certificate (See 14.38).
[ ] Sample Assignee Certificate under 37 CFR 3.73 (b) (See 14.39)

DLEV011789

| *Notice of Allowability* | Application No. 08/691,604 | Applicant(s) Timothy L. Barberich et al. | |
|---|---|---|---|
| | Examiner Ray Henley | Group Art Unit 1205 | |

...laims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included ...with (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be ...d in due course.

☐ ...is communication is responsive to *the amendment and terminal disclaimer filed November 24, 1997*

☐ ...e allowed claim(s) is/are *16-23*

☐ ...e drawings filed on _____ are acceptable.

☐ ...cknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been
   ☐ received.
   ☐ received in Application No. (Series Code/Serial Number) _____
   ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   *Certified copies not received: _____
☐ ...cknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A ...ORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE ... MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ...ANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ ...te attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses ...at the oath or declaration is deficient.  A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☐ ...plicant MUST submit NEW FORMAL DRAWINGS
   ☐ ...because the originally filed drawings were declared by applicant to be informal.
   ☐ ...including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or ...o Paper No. _____
   ☐ ...including changes required by the proposed drawing correction filed on _____ which has been ...pproved by the examiner.
   ☐ ...including changes required by the attached Examiner's Amendment/Comment.

... tifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the ...ings.  The drawings should be filed as a separate paper with a transmittal letter addressed to the Official ...aftsperson.

☐ ...e the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

...ponses to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES ...ERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER ...TE of the NOTICE OF ALLOWANCE should also be included.

...ment(s)
☐ ...Notice of References Cited, PTO-892
☐ ...ormation Disclosure Statement(s), PTO-1449, Paper No(s). _____
☐ ...Notice of Draftsperson's Patent Drawing Review, PTO-948
☐ ...Notice of Informal Patent Application, PTO-152
☐ ...erview Summary, PTO-413
☐ ...aminer's Amendment/Comment
☐ ...aminer's Comment Regarding Requirement for Deposit of Biological Material
☐ ...aminer's Statement of Reasons for Allowance

RAYMOND HENLEY III
PRIMARY EXAMINER
GROUP 1200

...ent Office
...v. 9-95)    Notice of Allowability    Part of Paper No. 12

DLEV011790



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

Address: Box ISSUE FEE
ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

12M2/1217

PHILIP E. HANSEN
HESLIN AND ROTHENBERG
5 COLUMBIA CIRCLE
ALBANY NY 12203

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/691,604 | 08/15/96 | 009 | HENLEY III, R | 1205 | 12/17/97 |

BARBERICH, TIMOTHY L.

METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL

| ATTYS DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 0701.0275 | 514-649.000 | V41 | UTILITY | YES | $660.00 | 03/17/98 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.

THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.

### HOW TO RESPOND TO THIS NOTICE:

I. If the SMALL ENTITY status shown above is
   SMALL ENTITY is shown as yes, verify your
   SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the
   FEE DUE shown and notify the Patent and
   Trademark Office of the change in status, or

B. If the status is the same, pay the FEE DUE shown
   above.

II. If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with,
   payment of 1/2 the FEE DUE shown above.

Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned.
If you are charging the ISSUE FEE to your deposit account, section "6b" of Part B should be completed.

All communications regarding this application must give application number and batch number.
Please direct all communication prior to issuance to Box ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
fees when due.

3. PATENT AND TRADEMARK OFFICE COPY.

PTO-L-85 (REV. 10-93)                                                     *U.S. GPO: 1995:406-466/40571*

DLEV011791

PART B—ISSUE FEE TRANSMITTAL

*G INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence
g the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to addresses entered in Block 1 unless you direct otherwise,
specifying new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment
Fee or thereafter. See reverse for Certificate of Mailing, below.

ne Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

*Hour Statement:* This form is estimated to take 0.2 hours to complete. Time will vary
ng on the needs of the individual case. Any comments on the amount of time required to
e this form should be sent to the Chief Information Officer, Patent and Trademark Office,
ton, D.C. 20231.

*SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO:* Box Issue Fee,
nt Commissioner for Patents, Washington, D.C. 20231.

| | |
|---|---|
| **2. INVENTOR(S) ADDRESS CHANGE** (Complete only if there is a change) | |
| INVENTOR'S NAME | |
| Street Address | |
| City, State and Zip Code | |
| CO-INVENTOR'S NAME | |
| Street Address | |
| City, State and Zip Code | |
| ☐ Check if additional changes are enclosed | |

*RRESPONDENCE ADDRESS*

PHILIP E HANSEN
HESLIN AND ROTHENBERG
5 COLUMBIA CIRCLE
ALBANY NY 12203

RECEIVED
12/09/97 Group Division
MAR 19 1998
07

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/691,604 | 08/15/96 | 009 | HENLEY III, R | 1206 | 12/17/97 |

*cant* BARBERICH,     TIMOTHY L.

*Title* METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(−) ALBUTEROL

| TTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 0781.027D | 514-649.000 | V41 | UTILITY | YES | $660.00 | 03/17/98 |

| 3. correspondence address change (Complete only if there is a change) | 4. For printing of the patent front page, list the names of not more than 3 registered patent attorneys or agents. OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed. | Heslin & Rothenberg, P.C. |
|---|---|---|
| | | 2. |
| | | 3. |

**5. ASSIGNEE** DATA TO BE PRINTED ON THE PATENT (print or type)

*(A) NAME OF ASSIGNEE*
Sepracor Inc.

*(B) RESIDENCE (CITY & STATE OR COUNTRY)*
Marlborough, Massachusetts

☐ The following fees are enclosed:
☐ Issue Fee
☐ Advance Order - # of Copies ____ 10
☐ The following fees should be charged to:
DEPOSIT ACCOUNT NUMBER ____
(ENCLOSE A COPY OF THIS FORM)
☐ Issue Fee
☐ Advance Order - # of Copies ____
☐ Any Deficiencies in Enclosed Fees

*The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.*

(signature)                     Date 3/17/98

*NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.*

**Certificate of Mailing**

This certificate of mailing is used, it can be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers.
additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

I certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in
lope addressed to: Box ISSUE FEE
                    Assistant Commissioner for Patents
                    Washington, D.C. 20231

March 17, 1998                            (Date)
Philip E. Hansen                          (Name of person making deposit)
(signature)                               (Signature)
March 17, 1998                            (Date)

1. TRANSMIT THIS FORM WITH FEE

PTOL-85 (05-96) Approved for use through 05/31/99. OMB 0651-0033     Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

DLEV011792



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | PATENT NUMBER | GROUP ART UNIT | FILE WRAPPER LOCATION |
|---|---|---|---|
| 08/691,604 | 5760090 | 1614 | 9200 4 0012 011 105 |

## Change of Address/Power of Attorney

The following fields have been set to Customer Number 2264 on 02/28/2005

- Correspondence Address
- Power of Attorney
- Maintenance Fee Address

The address of record for Customer Number 2264 is:
HESLIN ROTHENBERG FARLEY & MESITI P.C.
5 COLUMBIA CIRCLE
ALBANY, NY 12203

The Practitioners of record for Customer Number 2264 are:

PTO INSTRUCTIONS:

Please take the following action when the correspondence address has been changed to a customer number:
1) Add 'ADDRESS CHANGE TO CUSTOMER NUMBER' on the next available content line of the File Jacket.
2) Put a line through the old address on the File Jacket and enter the Customer Number as the new address.
3) File this Notice in the File Jacket.

Please take the following action when the correspondence address has NOT been changed:
1) File this Notice in the File Jacket.

DLEV011793



PTO UTILITY GRANT

Paper Number 13

**The Commissioner of Patents
and Trademarks**

*Has received an application for a patent for a
new and useful invention. The title and de-
scription of the invention are enclosed. The
requirements of law have been complied with,
and it has been determined that a patent on
the invention shall be granted under the law.*

*Therefore, this*

**United States Patent**

*Grants to the person(s) having title to this
patent the right to exclude others from mak-
ing, using, offering for sale, or selling the in-
vention throughout the United States of
America or importing the invention into the
United States of America for the term set forth
below, subject to the payment of maintenance
fees as provided by law.*

*If this application was filed prior to June 8,
1995, the term of this patent is the longer of
seventeen years from the date of grant of this
patent or twenty years from the earliest effec-
tive U.S. filing date of the application, sub-
ject to any statutory extension.*

*If this application was filed on or after June
8, 1995, the term of this patent is twenty years
from the U.S. filing date, subject to an stat-
utory extension. If the application contains a
specific reference to an earlier filed applica-
tion or applications under 35 U.S.C. 120, 121
or 365(c), the term of the patent is twenty years
from the date on which the earliest applica-
tion was filed, subject to any statutory exten-
sion.*

*Bruce Lehman*
Commissioner of Patents and Trademarks

*Pamela Morton*
Attest

Form PTO-1584 (Rev. 2/97)

DLEV011794




⑲ BUNDESREPUBLIK

DEUTSCHLAND



DEUTSCHES

PATENTAMT

⑫ **Patentschrift**

⑪ **DE 21 28 258 C 2**

Ⓐ2

⑤¹ Int. Cl.³:

C 07 C 91/34
A 61 K 31/135

DE 21 28 258 C 2

㉑ Aktenzeichen:       P 21 28 258.6-42
㉒ Anmeldetag:        7. 6. 71
㊽ Offenlegungstag:   23. 12. 71
㊼ Veröffentlichungstag
   der Patenterteilung:  11. 8. 83

Innerhalb von 3 Monaten nach Veröffentlichung der Erteilung kann Einspruch erhoben werden

㉚ Unionspriorität: ㉜ ㉝ ㉛
17.06.70 GB 29367-70

㉘ Patentinhaber:
Allen & Hanburys Ltd., London, GB

㉔ Vertreter:
Jung, E., Dipl.-Chem. Dr.phil.; Schirdewahn, J.,
Dipl.-Phys. Dr.rer.nat., Pat.-Anw., 8000 München

㉕ Erfinder:
Middlemiss, David, London, GB

㉚ Im Prüfungsverfahren entgegengehaltene
Druckschriften nach § 44 PatG:
FR     15 57 677

㊾ Verfahren zur Herstellung der optischen Enantiomeren von α¹-tert.-Butylaminomethyl-4-hydroxy-m-xylylen-α¹,
α³-diol, das R(-)-Enantiomere in Form des Hydrogenacetat-monomethanol-Solvats und Arzneimittel

BUNDESDRUCKEREI   08.83   308 130/18

DLEV011795

21 28 258

1                 2

Patentansprüche:

1. Verfahren zur Herstellung der optischen Enantiomeren von α¹-tert.-Butylaminomethyl-4-hydroxy-m-xylylen-α¹,α³-diol der Formel I



und ihrer Salze mit Säuren, dadurch gekennzeichnet, daß man einen basischen Ester der allgemeinen Formel II



in der R einen unverzweigten oder verzweigten Alkylrest mit 1 bis 6 Kohlenstoffatomen bedeutet, mit einer optisch aktiven Form der Di-p-toluylweinsäure in einem organischen Lösungsmittel umsetzt, das entstandene Salz fraktioniert kristallisiert und die diastomeren Salze auftrennt, hieraus in üblicher Weise die Base in Freiheit setzt und diese in beliebiger Reihenfolge reduziert und katalytisch entbenzyliert und gegebenenfalls die erhaltene Verbindung mit einer anorganischen oder organischen Säure in ein Salz überführt.

2. Verfahren nach Anspruch 1, dadurch gekennzeichnet, daß man die Umsetzung mit der optisch aktiven Form der Di-p-toluylweinsäure in einem Carbonsäureester als Lösungsmittel durchführt.

3. Verfahren nach Anspruch 1 und 2, dadurch gekennzeichnet, daß man die Reduktion mit Lithiumaluminiumhydrid durchführt und zur katalytischen Entbenzylierung einen Palladium-auf-Holzkohle-Katalysator verwendet.

4. Verfahren nach Anspruch 1 bis 3, dadurch gekennzeichnet, daß man das Verfahren, ausgehend von dem dl-Racemat des 5-(2-Benzyl-tert.-butylamino-1-hydroxyäthyl)-2-benzyloxybenzoesäuremethylesters als basischem Ester der allgemeinen Formel II, durchführt.

5. R(—)-Enantiomer von α¹-tert.-Butylaminoäthyl-4-hydroxy-m-xylylen-α¹,α³-diol-hydrogenacetat-mononomethanol-Solvat.

6. Arzneimittel enthaltend das gemäß Anspruch 1 bis 4 hergestellte R(—)-Enantiomere oder dessen Säureadditionssalze oder die Verbindung gemäß Anspruch 5, als Wirkstoff.

Aus der FR-PS 15 57 677 sind Phenylaminoäthanol-Derivate, wie α¹-tert.-Butylaminomethyl-4-hydroxy-m-xylylen-α¹,α³-diol, bekannt. Diese Verbindungen können die β-Rezeptoren der adrenergenen Nerven stimulieren. Diese Phenylaminoäthanol-Derivate können theoretisch in zwei optisch isomeren Formen vorliegen. Ebenso wie in Beispiel 16 der FR-PS 15 57 677 ist bisher nur die Racematform der vorstehend genannten Verbindung beschrieben worden.

Aufgabe der Erfindung war es daher, ein Verfahren zur Herstellung der optisch aktiven isomeren Formen (Enantiomeren) von α¹-tert.-Butylaminomethyl-4-hydroxy-m-xylylen-α¹,α³-diol in möglichst reiner Form bereitzustellen. Diese Aufgabe wird durch die Erfindung gemäß den Patentansprüchen 1 bis 4 gelöst.

Weitere Gegenstände der Erfindung sind das R(—)-Enantiomere des α¹-tert.-Butylaminomethyl-4-hydroxy-m-xylylen-α¹,α³-diol-4-hydrogenacetat-mono-methanol-Solvats gemäß Anspruch 5 sowie Arzneimittel auf der Basis des durch das erfindungsgemäße Verfahren erhältlichen R(—)-Enantiomeren oder dessen Säureadditionssalzen oder des Hydrogenacetat-mono-methanol-Solvats der vorgenannten Diols, entsprechend Anspruch 6.

Das erfindungsgemäße Verfahren zur Herstellung der optischen Enantiomeren von α¹-tert.-Butylaminomethyl-4-hydroxy-m-xylylen-α¹,α³-diol der Formel I



DLEV011796

3    2 128 238

zu ihrer pharmakologisch verträglichen Salze mit Säuren ist dadurch gekennzeichnet, daß man einen basischen Ester der allgemeinen Formel II

ROOC—⟨benzene ring⟩—CH—CH$_2$—N⟨CH$_2$C$_4$H$_5$ / tert.-C$_4$H$_9$⟩     (II)
with C$_2$H$_5$—CH$_2$O— substituent and OH group

in der R einen unverzweigten oder verzweigten Alkylrest mit 1 bis 6 Kohlenstoffatomen bedeutet, mit der optisch aktiven Form der Di-p-toluylweinsäure in einem organischen Lösungsmittel umsetzt, das entstandene Salz fraktioniert kristallisiert und die diastereomeren Salze auftrennt, hieraus in üblicher Weise die Base in Freiheit setzt und diese in beliebiger Reihenfolge reduziert und katalytisch entbenzyliert und gegebenenfalls die erhaltene Verbindung mit einer anorganischen Säure in ein Salz überführt.

Die erfindungsgemäße Gewinnung der optischen Antiomeren unterscheidet sich von der in der FR-PS 1 57 677 angesprochenen üblichen Racematspaltung dadurch, daß nicht das als Endprodukt gewünschte Diol einer Trennbehandlung unterworfen wird, sondern eine Vorstufe in Form des basischen Esters gemäß Formel II. Auf diese Weise lassen sich die betreffenden Antiomeren in sehr reiner Form gewinnen, was bisher nicht möglich war.

Diese Reinheit und die hohe pharmakologische Aktivität, speziell des R(—)-Isomeren sind besonders wertvoll für den Einsatz als Wirkstoff in Arzneimitteln. Die Reduktion wird z. B. mit einem Metallhydrid oder komplexen Metallhydrid durchgeführt. Die Entbenzylierung wird durch hydrierende Spaltung in Gegenwart eines Edelmetallkatalysators, wie Palladium, durchgeführt. Das Produkt kann als Salz mit einer Säure isoliert werden.

Die Isomeren haben in der Form des Acetat-Monomethanolats folgende physikalische Eigenschaften:

| | Smp. °C | [α]$_D^{20}$ | c(CH$_3$OH) |
|---|---|---|---|
| R(—)-Isomer | 143,9 | —36,9° | 0,27 |
| S(+)-Isomer | 143,0 | +36,9° | 0,23 |

Die reinen Isomeren der Formel I haben folgende Eigenschaften:

| | | [α]$_D^{20}$ | c(CH$_3$OH) |
|---|---|---|---|
| R(—)-Isomer | | —26,0° | 0,36 |
| S(+)-Isomer | | +25° | 0,4 |

Die Salze können sich von organischen oder anorganischen Säuren ableiten, wie Maleinsäure, Fumarsäure, Apfelsäure, Bernsteinsäure, Essigsäure, Weinsäure, Salzsäure, Schwefelsäure und Phosphorsäure.

Das R(—)-Isomer der Verbindung der Formel I wirkt so als Antagonist der erhöhten Bronchialresistenz, die durch Verabfolgen von Acetylcholin an anästhesierte Meerschweinchen erzeugt wird (Konzett-Rössler-Präparat).

Daher betrifft die Erfindung auch Arzneimittel entsprechend der oben gegebenen Definition, welche gegebenenfalls übliche pharmakologisch verträgliche Hilfsstoffe und bzw. oder Trägerstoffe enthalten.

Beispiele für geeignete feste Trägerstoffe sind Maisstärke, Calciumsulfatdihydrat und Milchzucker.

Die Arzneimittel können entweder feste oder flüssige Präparate zur oralen Verabfolgung, Suppositorien, Injektionspräparate oder Inhalationspräparate sein. Präparate zur oralen Verabreichung liegen vorzugsweise in Form von Tabletten vor, die nach üblichen Verfahren hergestellt und gegebenenfalls dragiert sein können. Es können auch lösliche Sublingualtabletten in Frage.

Injektionspräparate können mit physiologisch verträglichen Trägerstoffen und Hilfsstoffen als Lösungen, Suspensionen oder als Trockenpräparate werden, die vor der Verwendung mit dem Verdünnungsmittel versetzt werden. Inhalationspräparate werden vorzugsweise in Form von Aerosolspray-Präparaten hergestellt.

Die Beispiele erläutern die Erfindung.

### Beispiel 1

Spaltung von dl-5-(2-Benzyl-tert.-butyl-amino-1-hydroxyäthyl)-2-benzyloxybenzoesäuremethylester und Umwandlung in die (+)- und (—)-Isomeren von α-tert.-Butyl-aminomethyl-4-hydroxy-m-xylylen-α,α′-diol

#### a) (—)-5-(2-Benzyl-tert.-butylamino-1-hydroxyäthyl)-2-benzyloxybenzoesäure-methylester

Eine Lösung von 30 g der racemischen Base, hergestellt durch Kondensation von 2-Benzyloxy-5-bromacetylbenzoesäuremethylester (vgl. J. Med. Chem. Bd. 13 [1970] S. 674) mit tert.-Butylbenzylamin in Methyläthylketon und Reduktion des erhaltenen Produktes mit Natriumborhydrid in Äthanol nach dem in der FR-Patentschrift 15 57 677 beschriebenen Verfahren — und 25,6 g (+)-O,O-Di-p-toluylweinsäure in 350 ml Äthylacetat wird auf 70°C erwärmt und anschließend langsam auf Raumtemperatur abkühlen gelassen. Das auskristallisierte Salz wird abfiltriert und getrocknet. Ausbeute 27 g vom F 130,0°C; [α]$_D^{20}$ = +69° (c=1; CH$_3$OH). Nach dreimaliger Umkristallisation aus Äthylacetat erhält man die Verbindung mit konstantem Schmelzpunkt von 142,5°C und konstantem Drehwert [α]$_D^{20}$ = +47°C (c=1,2; CH$_3$OH).

10 g des erhaltenen Salzes in Äthylacetat werden mit wäßriger Natriumbicarbonatlösung behandelt. Die freie Base geht in die Äthylacetatphase über während die Toluylweinsäure in die wäßrige Lösung übergeht. Die Äthylacetatlösung wird eingedampft und der Rückstand aus Petroläther (Siedebereich 40 bis 50°C) umkristallisiert. Man erhält 3 g der freien Base in farblosen Nadeln vom F 90,0°C; [α]$_D^{20}$ = —18,4° (c=0,38; CH$_3$OH).

#### b) (+)-5-(2-Benzyl-tert.-butylamino-1-hydroxyäthyl)-2-benzyloxybenzoesäure-methylester

Diese Verbindung wird in ähnlicher Weise wie

DLEV011797

## 21 28 258

6

vorstehend beschrieben mit (—)-O,O-Di-p-toluylweinsäure erhalten. Es werden 30 g der racemischen Base und 25,6 g (—)-O,O-Di-p-toluylweinsäure in 350 ml Äthylacetat zur Umsetzung gebracht. Ausbeute 27 g des Salzes vom F 134 bis 135° C; [α] = —48° (c=1: CH₃OH). Nach dreimaliger Umkristallisation aus Äthylacetat hat das Salz einen konstanten Schmelzpunkt von 141,5° C und einen konstanten Drehwert [α] von —47° (c=1,5:CH₃OH).

11 g des erhaltenen Salzes in Äthylacetat werden mit wäßriger Natriumbicarbonatlösung behandelt. Die in Freiheit gesetzte Base geht in die Äthylacetatphase über, während die (—)-O,O-Di-p-toluylweinsäure in die wäßrige Lösung übergeht. Die Äthylacetatlösung wird eingedampft und der Rückstand aus Petroläther vom Siedebereich 40 bis 60° C umkristallisiert. Man erhält 4,5 g der freien Base vom F 87,0° C; [α] = +18,3° (c=0,39: CH₃OH).

c) (+)-α'-tert.-Butylaminomethyl-4-hydroxy-
m-xylylen-α¹,α³-diol-acetat

Eine Lösung von 2,5 g (—)-5-(2-Benzyl-tert.-butylamino-1-hydroxyäthyl)-2-benzyloxybenzoesäuremethylester in wasserfreiem Tetrahydrofuran wird innerhalb eines Zeitraumes von 5 Minuten in eine gerührte Lösung von 0,5 g Lithiumaluminiumhydrid in 50 ml wasserfreiem Tetrahydrofuran eingetropft. Das Gemisch wird unter Rückfluß erhitzt und abkühlen gelassen. Anschließend wird nicht umgesetztes Lithiumaluminiumhydrid mit Wasser zersetzt und das Gemisch mit Äther extrahiert. Nach dem Eindampfen des Ätherextraktes hinterbleiben 2,1 g α'-Benzyl-tert.-butylaminomethyl-4-benzyloxy-m-xylylen-α¹,α³-diol als farbloses Öl. Das farblose Öl wird in 50 ml Äthylacetat in Gegenwart von 0,7 g 10prozentigen Palladium-auf-Holzkohle hydriert, bis die Wasserstoffaufnahme aufhört. Nach dem Abfiltrieren des Katalysators und Verdampfen des Lösungsmittels hinterbleibt (+)-α'-tert.-butylaminomethyl-4-hydroxy-m-xylylen-α¹,α³-diol als farbloses Produkt; [α] = +25° (c=0,4; CH₃OH). Die freie Base wird in das kristalline Acetat umgewandelt, das nach Umkristallisation aus einer Mischung von Methanol und Äther bei 143,0° C schmilzt; [α] = +36,9° (c=0,23: CH₃OH). Dieses Salz kristallisiert mit 1 Mol Methanol.

d) (—)-α'-tert.-Butylaminomethyl-4-hydroxy-
m-xylylen-α¹,α³-diol-acetat

Auf die in (c) beschriebene Weise wird der (+)-5-(2-Benzyl-tert.-butylamino-1-hydroxyäthyl)-2-benzyloxybenzoesäuremethylester mit Lithiumaluminiumhydrid reduziert und anschließend katalytisch entbenzyliert. Man erhält das (—)-α'-tert.-Butylaminomethyl-4-hydroxy-m-xylylen-α¹,α³-diol; [α] = —26° (c=0,36; CH₃OH). Die freie Base wird in das Acetat überführt und aus Methanol umkristallisiert. Das Acetat kristallisiert mit 1 Mol Methanol und schmilzt bei 143,9° C; [α] = —36,9° (c=0,27; CH₃OH).

Die nachstehenden Beispiele erläutern die Herstellung von Arzneipräparaten aus den optischen Enantiomeren oder ihren Salzen, die gemäß Beispiel 1 hergestellt wurden.

### Beispiel 2

Zur Herstellung von Tabletten werden die nachstehend aufgeführten Bestandteile in den angegebenen Mengen verwendet.

| Rezeptur | 1 mg Tablette | 10 000 Tabletten |
|---|---|---|
| Arzneistoff | 1,2 mg | 12,0 g |
| Calciumsulfat-dihydrat | 88,2 mg | 882,0 g |
| Maisstärke | 24,0 mg | 240,0 g |
| Modifizierte Stärke | 6,0 mg | 60,0 g |
| Magnesiumstearat | 0,6 mg | 6,0 g |
| | 120,0 mg | 1200,0 g |

Die Tabletten werden folgendermaßen hergestellt:

1. Sämtliche Bestandteile, mit Ausnahme des Magnesiumstearats, werden miteinander vermischt, das Pulvergemisch wird mit Wasser granuliert und die feuchte Masse durch ein Sieb der lichten Maschenweite 12 mm passiert.
2. Das feuchte Granulat wird getrocknet und anschließend durch ein Sieb der lichten Maschenweite 0,841 mm passiert.
3. Das getrocknete Granulat und das Magnesiumstearat werden hierauf miteinander vermischt und in einer Tablettiermaschine mit üblichen konkaven Stempeln mit einem Durchmesser von 6,35 mm zu Tabletten verpreßt.

### Beispiel 3

Zur Herstellung eines Aerosolpräparates werden die nachstehend genannten Bestandteile miteinander vermischt:

| Rezeptur | 100 µg Dosis |
|---|---|
| Arzneistoff | 100 µg |
| Ölsäure | 10 µg |
| Dichlordifluormethan | 61 mg |
| Trichlorfluormethan | 24 mg |

Der Arzneistoff, die Ölsäure und ein Teil des Trichlorfluormethans werden miteinander vermischt. Anschließend wird die erhaltene Suspension mit dem restlichen Trichlorfluormethan verdünnt und in eine Sprühdose abgefüllt, die mit einem Dosierventil verschlossen wird. Hierauf wird in die Sprühdose Dichlordifluormethan aufgepreßt.

### Beispiel 4

Zur Herstellung eines Aerosolpräparates werden die nachstehend genannten Verbindungen miteinander vermischt:

| Rezeptur | 100 µg Dosis |
|---|---|
| Arzneistoff | 120 µg |
| Sorbitrioleat | 120 µg |
| Dichlordifluormethan | 61 mg |
| Trichlorfluormethan | 24 mg |

Der Arzneistoff, das Sorbitrioleat und ein Teil des Trichlorfluormethans werden miteinander vermischt. Hierauf wird die erhaltene Suspension mit dem restlichen Trichlorfluormethan verdünnt und in der erforderlichen Menge in eine Sprühdose abgefüllt, die mit einem Dosierventil versehen wird. Danach wird in die Sprühdose Dichlordifluormethan aufgepreßt.



7                        21 28 258                        8

Beispiel 5

Zur Herstellung eines Aerosolpräparates werden die nachstehend genannten Bestandteile verwendet:

| Rezeptur | 100 μg Dosis |
|---|---|
| Arzneistoff | 120 μg |
| 2-Dimethylaminoäthanol | 26,0 μg |
| Ölsäure | 93,4 μg |
| Dichlordifluormethan | 61 mg |
| Trichlorfluormethan | 24 mg |

Der Arzneistoff, die Ölsäure, das 2-Dimethylaminoäthanol und ein Teil des Trichlorfluormethans werden miteinander vermischt. Hierauf wird die erhaltene Suspension mit dem restlichen Trichlorfluormethan verdünnt und die erforderliche Menge in eine Sprühdose abgefüllt, die mit einem Dosierventil verschlossen wird. Danach wird in die Sprühdose Dichlordifluormethan aufgepreßt.

DLEV011799

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 1995

Application or Docket Number: 691604

## CLAIMS AS FILED - PART 1

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 375.00 | | | 750.00 |
| TOTAL CLAIMS | 12 | minus 20 = | X$11= | | OR | X$22= | |
| INDEPENDENT CLAIMS | 3 | minus 3 = | x39= | | | X78= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +125= | | | +250= | |
| If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | 375 | OR | TOTAL | |

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | X$11= | | OR | X$22= | |
| Independent | * | Minus *** | = | x39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +125= | | OR | +250= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | X$11= | | OR | X$22= | |
| Independent | * | Minus *** | = | x39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +125= | | OR | +250= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | X$11= | | OR | X$22= | |
| Independent | * | Minus *** | = | x39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +125= | | OR | +250= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Form PTO-875
(Rev. 10/95)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

DLEV011800



DLEV011801



DLEV011802

BAR CODE LABEL

# U.S. PATENT APPLICATION

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/335,480 | 11/07/94 RULE 60 | 514 | 1205 |

TIMOTHY J. BARBERICH, CONCORD, MA; JAMES W. YOUNG, STILL RIVER, MA.

**CONTINUING DATA********************
VERIFIED    THIS APPLN IS A CON OF   08/163,581 12/07/93 PAT    5,362,755
            WHICH IS A CON OF   07/896,725 06/09/92
            WHICH IS A CON OF   07/461,262 01/05/90

**FOREIGN/PCT APPLICATIONS*************
VERIFIED

FOREIGN FILING LICENSE GRANTED 01/20/95    ***** SMALL ENTITY *****

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| MA | 0 | 12 | 3 | $365.00 | 0701.027C |

PHILIP N HANSEN
HESLIN AND ROTHENBERG
5 COLUMBIA CIRCLE
ALBANY  NY 12203-5160

METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL

This is to certify that annexed hereto is a true copy from the records of the United States
Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                          Certifying Officer

DLEV011803

US005760090A

# United States Patent [19]

**Barberich et al.**

[11] Patent Number: **5,760,090**

[45] Date of Patent: *Jun. 2, 1998

[54] **METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL**

[75] Inventors: Timothy J. Barberich, Concord; James W. Young, Still River, both of Mass.

[73] Assignee: Sepracor, Inc., Marlborough, Mass.

[*] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,362,755.

[21] Appl. No.: 691,664

[22] Filed: **Aug. 15, 1996**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 355,480, Nov. 7, 1994, Pat. No. 5,547,994, which is a continuation of Ser. No. 10,461, Jan. 29, 1993, Pat. No. 5,362,755, which is a continuation-in-part of Ser. No. 506,722, Jan. 9, 1992, abandoned, which is a continuation of Ser. No. 461,201, Jan. 5, 1990, abandoned.

[51] Int. Cl.⁶ .................................... A61K 31/135

[52] U.S. Cl. .......................... 514/649; 514/826

[58] Field of Search .................. 514/649

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 5,362,755 | 11/1994 | Barberich et al. | 514/649 |
| 5,547,994 | 4/1996 | Barberich et al. | 514/649 |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 2042258 | 11/1983 | Germany | |
| 1298495 | 3/1971 | United Kingdom | |
| 2255503 | 7/1992 | United Kingdom | |

**OTHER PUBLICATIONS**

Tan et al., "Stereoselective Disposition of Salbutamol Enantiomers," *Clin. Chem.* 33, 1026 (1987).

Brittain, et al., "Some observations on the β-adrenoceptor agonist . . ." *Br. J. Pharmac.* 48, 144–147 (1973).

Hartley et al. "Absolute Configuration of the Optical Isomers of Salbutamol," *J. Med. Chem.* 12, 964 (1971).

Brittain et al. "Relative potency of β-(±)-salbutamol on Guinea Pig . . ." *J. Med. Chem.* 16, 354–357 (1972).

Buckner et al. "Studies on the Effects of Enantiomers of Soterenol, Trimetoquinol . . ." *J. Pharm. Exp. Ther.* 189, 616–625 (1974).

Paszawicz-Marszyska E. "Effect on beta adrenergic receptors of tachyphylaxis . . ." *Index Medicus* 91:16409.

Tecayea, "Effect of cortico steroids on the action of beta mimetics . . ." *Index Medicus* 85051996.

Chahine A.M., et al. "Relative affinity of salbutamol in . . . airway smooth muscle," *Br. J. Pharmacol.* 71, 658 (1980).

Morley J. et al. "Effects of (±) and racemic salbutamol on airway responses in the guinea pig," *Br. J. Pharmacol.* 104, 295P (1991).

Chapman et al. "Racemic mixtures at root of worsening symptoms" *Active questioners . . .* 71/91 U. 221-222 (1992).

Mistral et al. "Comparison of acute bronchodilator effects of oral salbutamol . . ." *Chem. Abstr.* 89: 123259n (1978).

*Primary Examiner*—Raymond Henley, III
*Attorney, Agent, or Firm*—Heslin & Rothenberg, P.C.

[57] **ABSTRACT**

The optically pure R(-) isomer of albuterol, which is substantially free of the S(+) isomer, is a potent bronchodilator for relieving the symptoms associated with asthma in individuals. A method is disclosed utilizing the optically pure R(-) isomer of albuterol for treating asthma while minimizing the side effects associated with albuterol.

**9 Claims, No Drawings**

DLEV011804

5,760,090

1

# METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(−) ALBUTEROL

This is a continuation of U.S. application Ser. No. 08/335,480, filed Nov. 7, 1994, now U.S. Pat. No. 5,547, 994, which is a continuation of U.S. application Ser. No. 08/163,581 filed Dec. 7, 1993, now U.S. Pat. No. 5,362,755, which is a continuation of U.S. application Ser. No. 07/7896, 725, filed Jan. 9, 1992, abandoned, which is a continuation of U.S. application Ser. No. 07/461,262, filed Jan. 5, 1990, abandoned.

## BACKGROUND

Albuterol is a drug belonging to the general class of beta-adrenergic compounds. The prime action of beta-adrenergic drugs is to stimulate adenyl cyclase, the enzyme which catalyzes the formation of cyclic-3',5'-adenosine monophosphate (AMP) from adenosine triphosphate (ATP). The cyclic AMP formed mediates the cellular responses. Albuterol acts selectively on beta-adrenergic receptors to relax smooth muscle tissue, for example, in the bronchial system. Albuterol is most commonly used to treat bronchial spasms associated with asthma and is for that purpose as well-known commercial bronchodilator such as Proventil and Ventolin.

The form in which albuterol is presently used is a racemic mixture. That is, it is a mixture of optical isomers, called enantiomers. Enantiomers are structurally identical compounds which differ only in that one isomer is a mirror image of the other and the mirror images cannot be superimposed. This phenomenon is known as chirality. Most biological molecules exist as enantiomers and exhibit chirality. Although structurally identical, enantiomers can have profoundly different effects in biological systems: one enantiomer may have a specific biological activity while the other enantiomer has no biological activity at all or may have an entirely different form of biological activity.

## SUMMARY OF THE INVENTION

The present invention relates to a method of treating bronchial disorders, such as asthma, in an individual, by administering to the individual an amount of optically pure R(−) albuterol, which is active in proportion of amount sufficient to reduce bronchial spasms associated with asthma while minimizing side effects associated with albuterol. The method is particularly useful in treating asthma while reducing side effects, such as central nervous system stimulatory effects and cardiac arrythmia. In these applications, it is important to have a composition which is a potent bronchodilator and which does not exhibit the adverse side effects of many beta-adrenergic drugs. A composition containing the pure R(−) isomer of albuterol is particularly useful for this application because this isomer exhibits these desired characteristics. The present method provides a safe, effective method for treating asthma while reducing undesirable side effects, for example, tremor, nervousness, shakiness, dizziness and increased appetite, and, particularly, cardiac arrythmia, typically associated with beta-adrenergic drugs. In addition, side effects such as excitement, nervousness and hyperkinesia are reduced when the pure isomer is administered. In addition to the above, at certain levels racemic albuterol can cause teratogenic effects, which are believed to be associated with the S(+) isomer. Administering the pure isomer reduces the teratogenic potential which is associated with the S(+) isomer of albuterol.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention relies on the broncho-dilation activity of the R(−) enantiomer of albuterol to provide relief from

2

bronchial disorders, while simultaneously reducing undesirable side effects, for example, central nervous system stimulatory effects and cardiac disorders, commonly experienced by albuterol users. In the present method, the optically pure R(−) isomer of albuterol, which is substantially free of the S(+) enantiomer, is administered alone, or in combination with one or more other drug(s) in sufficient quantities, to an individual in which asthma relief (e.g., relief from bronchial spasms, shortness of breath) is desired. The optically pure R(−) isomer of albuterol as used herein refers to the levo-rotatory optically pure isomer of α-[(tert-butylamino)methyl]-4-hydroxy-m-xylene-α, α-diol, and to any biologically acceptable salt or ester thereof. The term "optically pure" or "substantially free of the S(+) enantiomer" as used herein means that the composition contains at least 90% by weight of the R(−) isomer of albuterol and 10% by weight or less of the S(+) isomer. Optically pure albuterol is readily obtainable by methods known to those of skill in the art, for example, by synthesis from an optically pure intermediate.

In the present method, the R(−) isomer of albuterol is administered to an individual who has asthma. For example, R(−) albuterol is administered to an individual after onset of asthma or before breathing difficulty resulting from asthma. In general, optically pure R(−) albuterol is administered prophylactically, that is, before the bronchospasm begins in an asthma attack, to prevent the occurrence of or reduce the extent to which it occurs.

In the present method, R(−) albuterol can be administered by inhalation, by subcutaneous or other injection, orally, intravenously, topically, parenterally, transdermally, rectally or via an implanted reservoir containing the drug. The form in which the drug will be administered (e.g., inhalant, powder, tablet, capsule, solution, emulsion) will depend on the route by which it is administered. The quantity of the drug to be administered will be determined on an individual basis, and will be based at least in part on consideration of the individual's size, the severity of the symptoms to be treated and the result sought. In general, a quantity of optically pure R(−) albuterol sufficient to reduce the symptoms of asthma will be administered. The actual dosage (quantity administered at a time) and the number of administrations per day will depend on the mode of administration. For example, by inhalation, nebulized or oral administration. About 30 mg to about 100 mg of the optically pure R(−) isomer of albuterol given by inhalation two or more times per day will be adequate in most individuals to produce the desired bronchodilation effect. For oral administration in a tablet or syrup, a dose of about 1 mg to about 8 mg two to four times daily is administered to produce the desired effect.

In the method of the present invention, the optically pure R(−) isomer of albuterol can be administered together with one or more other drug(s). For example, an antiasthmatic drug such as theophylline or terbutaline, or an antihistamine or analgesic such as aspirin, acetaminophen or ibuprofen, can be given with or in close temporal proximity to administration of optically pure R(−) albuterol. The two (or more) drugs (the optically pure, active isomer of albuterol and another drug) can be administered in one composition or as two separate entities. For example, they can be administered in a single capsule, tablet, powder, or liquid, etc. or as individual compounds. The components included in a particular composition, in addition to optically pure albuterol and another drug or drugs, are determined primarily by the manner in which the composition is to be administered. For example, a composition to be administered in inhalant form can include, in addition to the drug(s), a liquid carrier and/or

DLEV011805

5,760,090

**3**

propellant. A composition to be administered in tablet form can include a filler (e.g., lactose), a binder (e.g., carboxymethyl-cellulose, gum arabic, gelatin), an adjuvant, a flavoring agent, a coloring agent and a coating material (e.g., wax or a plasticizer). A composition to be administered in liquid form can include the combination of drugs and, optionally, an emulsifying agent, a flavoring agent and/or a coloring agent.

In general, according to the method of the present invention, the optically pure R(−) isomer of albuterol, alone or in combination with another drug(s), is administered to an individual periodically as necessary to reduce symptoms of asthma.

The present composition and method provide an effective treatment for asthma while minimizing the undesirable side effects associated with albuterol use. These side effects include central nervous system effects, such as tremor, nervousness, shakiness, dizziness and increased irritability, and cardiac effects, such as cardiac arrythmia. In children, side effects, such as excitement, nervousness and hyperkinesia, are reduced when the pure isomer is administered. In addition, teratogenic effects associated with albuterol are believed to reside in the S(+) enantiomer. Thus, administering the pure R(−) isomer may reduce the teratogenic potential associated with albuterol.

### EQUIVALENTS

Those skilled in the art will recognize, or be able to ascertain, using no more than routine experimentation, many equivalents to the specific embodiments of the invention

**4**

described herein. Such equivalents are intended to be encompassed in the scope of the following claims.

We claim:

1. A method of treating asthma, while reducing side effects associated with the administration of racemic albuterol, comprising administering to an individual suffering from asthma a quantity of an optically pure R(−) isomer of albuterol sufficient to result in bronchodilation while simultaneously reducing undesirable side effects, said R isomer being substantially free of its S(+) isomer.

2. A method according to claim 1, wherein the albuterol comprises at least 90% by weight of the R(−) isomer and not more than 10% by weight of the S(+) isomer.

3. A method according to claim 1, wherein the albuterol comprises at least 99% by weight of the R(−) isomer and 1% or less by weight of the S(+) isomer.

4. A method according to claim 1, wherein the optically pure R(−) albuterol is administered by inhalation.

5. A method according to claim 4, wherein the optically pure R(−) albuterol is administered in an amount of about 30 μg to about 50 μg.

6. A method according to claim 1, wherein the optically pure R(−) albuterol is administered orally.

7. A method according to claim 6, wherein the optically pure R(−) albuterol is administered in an amount of about 1 mg to about 8 mg.

8. A method according to claim 6, wherein the optically pure R(−) albuterol is administered as a syrup.

9. A method according to claim 7, wherein the optically pure R(−) albuterol is administered as a syrup.

* * * * *

US005547994A

# United States Patent [19]

## Barberich et al.

[11]  Patent Number:  **5,547,994**

[45]  Date of Patent:  **Aug. 20, 1996**

[54] **METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(−) ALBUTEROL**

[75] Inventors: Timothy J. Barberich, Concord; James W. Young, Still River, both of Mass.

[73] Assignee: Sepracor, Inc., Marlborough, Mass.

[21] Appl. No.: 335,484

[22] Filed: Nov. 7, 1994

### Related U.S. Application Data

[63] Continuation of Ser. No. 163,581, Dec. 7, 1993, Pat. No. 5,362,755, which is a continuation of Ser. No. 896,223, Jun. 9, 1992, abandoned, which is a continuation of Ser. No. 461,252, Jan. 5, 1990, abandoned.

[51] Int. Cl.⁶ ............................................. A61K 31/135

[52] U.S. Cl. .................................. 514/649; 514/826

[58] Field of Search ........................... 514/649, 826

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

5,362,755  11/1994  Barberich et al. .................... 514/649

#### FOREIGN PATENT DOCUMENTS

2255059  11/1992  United Kingdom.

#### OTHER PUBLICATIONS

Tan et al. "Stereoselective Disposition of Salbutamol Enantiomers . . ." Clin. Pharm. 33, 1026 (1987).
Brittain et al. "Some observations on the β-adrenoceptor agonist . . ." Br. J. Pharmac. 48, 144–147 (1973).

Hartley et al. "Absolute Configuration of the Optical Isomers of Salbutamol" J. Med. Chem. 12, 995 (1971).
Hawkins et al. "Relative Potency of (−) and (+) Salbutamol on Guinea Pig . . ." J. Med. Chem. 16, 856–857 (1975).
Brittain et al. "Studies on the Effects of Enantiomers of Salbutamol, Trimetoquinol . . ." J. Pharm. Exp. Ther. 189, 616–625 (1974).
Patsowska-Marczenia E. "Effect on beta adrenergic receptors of tachyphylaxis . . ." Index Medicus 91:164287 (1990).
Patwela "Effect of corticosteroids on the action of sympathomimetics" Index Medicus 86:051970 (1985).
Chapman et al. "An accumulative effect of salbutamol in guinea pig guinea pig" Brit. J. Pharmacol 99, 603 (1990).
Morley et al. "Effects of (+) and racemic salbutamol on airway function in the guinea-pig" Brit. J. Pharmacol. 104, 2003 (1991).
Chapman et al. "Sucralose exposure at rest of vectoring cromoman? Active constituents . . ." Ther. 13, 251–252 (1992).
Mishuni et al. "Comparison of acute bronchodilator effects of oral salbutamol . . ." Chem. Abstr. 89: 123525m (1978).

Primary Examiner—Raymond Henley, III
Attorney, Agent, or Firm—Heslin & Rothenberg, P.C.

[57]  **ABSTRACT**

The optically pure R(−) isomer of albuterol, which is substantially free of the S(+) isomer, is a potent bronchodilator for relieving the symptoms associated with asthma in individuals. A method is disclosed utilizing the optically pure R(−) isomer of albuterol for treating asthma while minimizing the side effects associated with albuterol.

**6 Claims, No Drawings**

DLEV011807

5,547,994

**1**

## METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(−) ALBUTEROL

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 08/163,531, filed Dec. 7, 1993 and now U.S. Pat. No. 5,362,755, which was a continuation of application Ser. No. 07/896,725, filed Jan. 9, 1992, now abandoned, which was a continuation of application Ser. No. 07/461,262 filed Jan. 5, 1990, now abandoned.

### BACKGROUND

Albuterol is a drug belonging to the general class of beta-adrenergic compounds. The prime action of beta-adrenergic drugs is to stimulate adenyl cyclase, the enzyme which catalyzes the formation of cyclic-3′,5′-adenosine monophosphate (AMP) from adenosine triphosphate (ATP). The cyclic AMP formed mediates the cellular responses. Albuterol acts selectively on beta-adrenergic receptors to relax smooth muscle tissue, for example, in the bronchial system. Albuterol is most commonly used to treat bronchial spasms associated with asthma and is the active compound in well-known commercial bronchodilators such as Proventil and Ventolin.

The form in which albuterol is presently used is a racemic mixture. That is, it is a mixture of optical isomers, called enantiomers. Enantiomers are structurally identical compounds which differ only in that one isomer is a mirror image of the other and the mirror images cannot be superimposed. This phenomenon is known as chirality. Most biological molecules exist as enantiomers and exhibit chirality. Although structurally identical, enantiomers can have profoundly different effects in biological systems; one enantiomer may have a specific biological activity, while the other enantiomer has no biological activity at all, or may have an entirely different form of biological activity.

### SUMMARY OF THE INVENTION

The present invention relates to a method of treating bronchial disorders, such as asthma, in an individual, by administering to the individual an amount of optically pure R(−) albuterol which is active in bronchial tissue sufficient to reduce bronchial spasms associated with asthma while minimizing side effects associated with albuterol. The method is particularly useful in treating asthma while reducing side effects, such as central nervous system stimulatory effects and cardiac arrythmia. In these applications, it is important to have a composition which is a potent bronchodilator and which does not exhibit the adverse side effects of many beta-adrenergic drugs. A composition containing the pure R(−) isomer of albuterol is particularly useful for this application because this isomer exhibits these desired characteristics. The present method provides a safe, effective method for treating asthma while reducing undesirable side effects, for example, tremor, nervousness, shakiness, dizziness and increased appetite, and particularly, cardiac arrythmia, typically associated with beta-adrenergic drugs. In children, side effects such as excitement, nervousness and hyperkinesia are reduced when the pure isomer is administered. In addition to the above, at certain levels racemic albuterol can cause teratogenic effects, which are believed to be associated with the S(+) isomer. Administering the pure isomer reduces the teratogenic potential which is associated with the S(+) isomer of albuterol.

**2**

## DETAILED DESCRIPTION OF THE INVENTION

The present invention relies on the bronchodilation activity of the R(−) enantiomer of albuterol to provide relief from bronchial disorders, while simultaneously reducing undesirable side effects, for example, central nervous system stimulatory effects and cardiac disorders, commonly experienced by albuterol users. In the present method, the optically pure R(−) isomer of albuterol, which is substantially free of the S(+) enantiomer, is administered alone, or in combination with one or more other drug(s) in adjunctive treatment, to an individual in whom asthma relief (e.g., relief from bronchial spasms, shortness of breath) is desired. The optically pure R(−) isomer of albuterol as used herein refers to the levorotatory optically pure isomer of α′-[(tert-butylamino) methyl]-4-hydroxy-m-xylene-α, α′-diol, and to any biologically acceptable salt or ester thereof. The term "optically pure" or "substantially free of the S(+) enantiomer" as used herein means that the composition consists of at least 90% by weight of the R(−) isomer of albuterol and 10% by weight or less of the S(+) isomer. Optically pure albuterol is readily obtainable by methods known to those of skill in the art, for example, by synthesis from an optically pure intermediate.

In the present method, the R(−) isomer of albuterol is administered to an individual who has asthma. For example, R(−) albuterol is administered to an individual after onset of asthma to reduce breathing difficulty resulting from asthma. In another embodiment, optically pure R(−) albuterol is administered prophylactically, that is, before the bronchospasm begins in an asthma attack, to prevent its occurrence or to reduce the extent to which it occurs.

In the present method, R(−) albuterol can be administered by inhalation, by subcutaneous or other injection, orally, intravenously, topically, parenterally, transdermally, rectally or via an implanted reservoir containing the drug. The form in which the drug will be administered (e.g., inhalant, powder, tablet, capsule, solution, emulsion) will depend on the route by which it is administered. The quantity of the drug to be administered will be determined on an individual basis, and will be based at least in part on consideration of the individual's size, the severity of the symptoms to be treated and the result sought. In general, quantities of optically pure R(−) albuterol sufficient to reduce the symptoms of asthma will be administered. The actual dosage (quantity administered at a time) and the number of administrations per day will depend on the mode of administration, for example, by inhaler, nebulizer or oral administration. About 50 mcg to about 90 mcg of the optically pure R(−) isomer of albuterol given by inhalation one or more times per day will be adequate in most individuals to produce the desired bronchodilation effect. For oral administration, e.g., tablet or syrup, a dose of about 1 mg to about 8 mg two to four times daily is administered to produce the desired effect.

R(−) isomer of albuterol can be administered together with one or more other drug(s). For example, an antimuscarinic drug such as theophylline or terbutaline, or an antihistamine or analgesic such as aspirin, acetaminophen or ibuprofen, can be given with or in close temporal proximity to administration of optically pure, R(−) albuterol. The two (or more) drugs (the optically pure active isomer of albuterol and another drug) can be administered in one composition or as two separate entities. For example, they can be administered in a single capsule, tablet, powder, or liquid, etc. or as individual compounds. The components included in a par-

DLEV011808

5,547,994

3

ticular composition, in addition to optically pure albuterol and another drug or drugs, are determined primarily by the manner in which the composition is to be administered. For example, a composition to be administered in inhalant form can include, in addition to the drug(s), a liquid carrier and/or propellant. A composition to be administered in tablet form can include a filler (e.g., lactose), a binder (e.g., carboxymethyl cellulose, gum arabic, gelatin), an adjuvant, a flavoring agent, a coloring agent and a coating material (e.g., wax or a plasticizer). A composition to be administered in liquid form can include the combination of drugs and, optionally, an emulsifying agent, a flavoring agent and/or a coloring agent.

In general, according to the method of the present invention, the optically pure R(−) isomer of albuterol, alone or in combination with another drug(s), is administered to an individual periodically as necessary to reduce symptoms of asthma.

The present composition and method provide an effective treatment for asthma while minimizing the undesirable side effects associated with albuterol use. These side effects include central nervous system effects, such as tremor, nervousness, dizziness, dizziness and increased appetite, and cardiac effects, such as cardiac arrhytmia. In children, side effects, such as excitement, nervousness and hyperkinesia, are reduced when the pure isomer is administered. In addition, teratogenic effects associated with albuterol are believed to reside in the S(+) enantiomer. Thus, administering the pure R(−) isomer may reduce the teratogenic potential associated with albuterol.

## EQUIVALENTS

Those skilled in the art will recognize, or be able to ascertain, using no more than routine experimentation, many equivalents to the specific embodiments of the invention

4

described herein. Such equivalents are intended to be encompassed in the scope of the following claims.

We claim:

1. A method of treating an acute attack of asthma, while reducing side effects associated with the acute administration of racemic albuterol, comprising administering to an individual suffering from an acute attack of asthma a quantity of an optically pure R(−) isomer of albuterol sufficient to result in bronchodilation while simultaneously reducing undesirable side effects, said R isomer being substantially free of its S(+) isomer.

2. A method of claim 1 wherein the amount of the R(−) isomer of albuterol is greater than approximately 90% by weight.

3. A method of claim 2 wherein the amount of the R(−) isomer of albuterol is greater than 99% by weight.

4. A method of claim 1 comprising administering to the individual by inhalation from approximately 20 mcg to approximately 50 mcg of the R(−) isomer of albuterol per dose.

5. A method of treating an acute attack of asthma, while reducing side effects associated with the acute administration of racemic albuterol, comprising administering to an individual suffering from an acute attack of asthma a quantity of an optically pure R(−) isomer of albuterol sufficient to result in bronchodilation while simultaneously reducing undesirable side effects, and at least one additional drug selected from the group consisting of bronchodilators, antihistamines and analgesics.

6. A method of claim 5 wherein the analgesic is selected from the group consisting of aspirin, acetaminophen and ibuprofen.

* * * * *

DLEV011809



## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 514 | 649 | 6/7/97 | RW |
| | update | 8/12/99 | RW |
| | update | 12/4/02 | M |

## SEARCH NOTES

| | Date | Exmr. |
|---|------|-------|
| Previewed Pant | 6/7/99 | RW |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 514 | 649 | 12/14/92 | P |

(RIGHT OUTSIDE)

DLEV011810



DLEV011811



PATENT APPLICATION

08691604

APPROVED FOR LICENSE ☑

INITIALS

CONTENTS

Date Entered or Counted

Date Received or Mailed

1. Application papers.    9-5-96

2. Issue Fee    11-7-96

3.    3/23/96

4. Preim

5. Petition Granted Fee    2-28-97

6. Restriction rqrn    10/12/97

7. Pre Amd    5-12-97

8.    July 14, 1997

9. Rej    10-25-97

10. Amdt B    Nov 24, 1997

11. Terminal Disc    11-24-97

12. Notice of Allowance    12/17/97

13. PTO GRANT JUN 2 1998

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

29.

30.

31.

32.

DLEV011812