# 3A
LB
6/12/08

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Barberich et al.          Atty Dkt. No.: 0701:027F

Serial No.:    Unknown
               Continuation of 08/691,604
               Filed: August 15, 1996
               Group Art Unit: 1205
               Examiner: Henley III, R.

Title: METHOD FOR TREATING ASTHMA USING OPTICALLY PURE
       R(-)ALBUTEROL


To: Assistant Commissioner for Patents
    Box PATENT APPLICATION
    Washington, D.C.  20231

### Preliminary Amendment Under 37 C.F.R. 1.115

Dear Sir;

Prior to examination, please amend the application as
follows:

### In the Title:

Please delete "METHOD FOR TREATING ASTHMA USING OPTICALLY
PURE R(-)ALBUTEROL" and substitute therefor --METHOD FOR INDUCING
BRONCHODILATION USING OPTICALLY PURE R(-)ALBUTEROL--.

### In the specification:

Page 1, between line 2 and line 3, insert:

--Cross Reference to Related Applications

This application is a continuation of ~~our prior copending~~
application 08/691,604, filed August 15, 1996, which was a
now U.S. Patent 5,760,090,

P:\USER\WRF\0701027F.PAM
April 2, 1998

10

Continuation of 08/691,604
Atty Dkt. No.: 0701.027F
Barberich et al.
Page -2-

*filed November 7, 1994*

continuation of application 08/335,480, now US patent 5,547,994,
which was a continuation of application 08/163,581, now US patent
5,362,755, which was a continuation of application 07/896,725,
now abandoned, which was a continuation of application
07/461,262, filed January 5, 1990, now abandoned.--

*filed December 7, 1993*

*filed June 9, 1992*

In the Claims:

    Cancel claims 1-12.


    Please add the following claims:


    13.   (New)  A method of inducing bronchodilation or
providing relief of bronchospasm, comprising administering to an
individual a quantity of optically pure R-(-) albuterol
sufficient to induce said bronchodilation.


    14.   (New)  A method according to Claim 13, wherein the
albuterol comprises at least 90% by weight of the R(-) isomer and
not more than 10% by weight of the S(+) isomer.


    15.   (New)  A method according to Claim 13, wherein the
albuterol comprises at least 99% by weight of the R(-) isomer and
1% or less by weight of the S(+) isomer.

F:\USERS\BJFP\0701027F.PAM
April 2, 1996

DLEV011656

Continuation of 08/691,604
Atty Dkt. No.: 0701.027F
Barberich et al.
Page -3-

19. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered by inhalation.

21. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered in an amount of about 30 µg to about 90 µg.

18. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered orally.

19. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered in an amount of about 1 mg to about 8 mg.

20. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered as a syrup.

21. (New)  A method according to Claim 19, wherein the optically pure R(-) albuterol is administered as a syrup.

22. (New)  A method of inducing bronchodilation or providing relief of bronchospasm while reducing the concomitant liability of adverse effects associated with racemic albuterol, comprising administering to an individual a quantity of optically

F:\USERS\RF\FP\0701027F.PAM
April 2, 1998

Continuation of 08/691,604
Atty Dkt. No.: 0701.027F
Barberich et al.
Page -4-

pure R-(-) albuterol sufficient to induce said bronchodilation while simultaneously reducing said adverse effects.

## REMARKS

The present application is a continuation of US application, serial number 08/691,604. Claims 1-12 were present in the application as filed. All claims pending in the original application are canceled by amendment above and are replaced by new claims. Claims 13-22 are therefore pending in this continuation application.

In the parent application, 08/691,604, claims were allowed to "a method of treating asthma". New claims 13-22 relate to "a method for inducing bronchodilation or providing relief of bronchospasms". Support for the new wording relating to inducing bronchodilation or providing relief of bronchospasms is found on page 5, line 5-6, page 3, line 8-9 and elsewhere in the specification. Applicants respectfully submit that new claims 13-22 are allowable with a terminal disclaimer for reasons of record in parent application 08/691,604.

P:\USER\NKF\0701027F.PAM
April 2, 1998

13

DLEV011658

Continuation of 08/691,604
Atty Dkt. No.: 0701.027F
Barberich et al.
Page -5-

In order to expedite prosecution, Applicants enclose herewith terminal disclaimers in accordance with 37 CFR 1.321 (b) and (c) and fees under 37 C.F.R. 1.20(d).

Respectfully submitted,

Philip E. Hansen
Agent for Applicants
Reg. No. 32,700

Dated: April 21, 1998

Address for Correspondence:
Philip E. Hansen
Heslin & Rothenberg, P.C.
5 Columbia Circle
Albany, New York. 12203
Telephone: (518) 452-5600
Facsimile: (518) 452-5579

A

F:\USERS\RFF\0701027F.PAM
April 2, 1998

DLEV011659

| TERMINAL DISCLAIMER TO OBVIATE A PROVISIONAL DOUBLE PATENTING REJECTION OVER A PENDING SECOND APPLICATION | Docket No. 0701.02F |
|---|---|

In re Application of:   Barberich et al.

Application No. 3N 08/023551                16X · 5-15 98
                                            henley         GR
Filed:   04/21/98                                           1646,

For:   METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-)-ALBUTEROL

The owner, **SEPRACOR, INC.** of **100.00** percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application, which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 to 156 and 173 as shortened by any terminal disclaimer filed prior to the grant of any patent granted on pending second Application Number **08/691,604** , filed on **August 15, 1996**
The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and any patent granted on the second application are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term of any patent granted on the instant application, as defined in 35 U.S.C. 154 to 156 and 173 of any patent granted on the second application, as shortened by any terminal disclaimer filed prior to the patent grant, in the event that any such granted patent: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims cancelled by a reexamination certificate, is reissued, or is any manner terminated prior to the expiration of its full statutory term as shortened by any terminal disclaimer filed prior to its grant.

Check either box 1 or 2, if appropriate.                                     MAY 1 1 1998

1.   ☐   For submissions on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful statements may jeopardize the validity of the application or any patent issued thereon.

2.   ☒   The undersigned is an attorney of record.

3.   Owner/applicant is   ☒ Small entity   ☐ Large entity

The terminal disclaimer fee under 37 CFR 1.20(d) is   $55.00   and is to be paid as follows:

☒ A check in the amount of the fee is enclosed.

☒ The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number   08-1935   . A duplicate copy of this sheet is enclosed.

PTO suggested wording for terminal disclaimer was

☒ unchanged.   ☐ changed (if changed, an explanation should be supplied.)

_Philip E Hansen_                      Dated: _April 21, 1998_
Signature

Name and Address of Person Signing

Philip E. Hansen
Heslin & Rothenberg, P.C.
5 Columbia Circle
Albany, NY 12203
03 NVILLARI 00000012 09063551
              55.00 OP

I certify that this document and fee is being deposited on with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

_____
Signature of Person Mailing Correspondence

_____
Typed or Printed Name of Person Mailing Correspondence

Copyright 1995 Legalsoft                                      P28/REV01

DLEV011660

| Terminal Disclaimer To Obviate A Double Patenting Rejection Over A Prior Patent | Docket No. 0701.027F |
|---|---|

In Re Application Of:   **Barberich et al.**

| Serial No. | Filing Date 04/21/98 | Examiner | Group Art Unit |
|---|---|---|---|

Invention:   **METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-)-ALBUTEROL**

Owner of Record:   **SEPRACOR, INC.**

RECEIVED

MAY 1 1 1998

MATRIX CUSTOMER
SERVICE CENTER

## TO THE ASSISTANT COMMISSIONER FOR PATENTS:

The above-identified owner of record of a  100%  percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application, which would extend beyond the expiration date of the full statutory term, defined in 35 U.S.C. 154 to 156 and 173, as presently shortened by any terminal disclaimer, of prior Patent No.   5,547,994  . The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned.  This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors and/or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 to 156 and 173 of the prior patent, as presently shortened by any terminal disclaimer, in the event that it later expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 C.F.R. 1.321, has all claims cancelled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. ☐ For submissions on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2. ☒ The undersigned is an attorney of record.

Signature

Dated: *April 21, 1998*

**Philip E. Hansen**
Typed or Printed Name

☒ Terminal disclaimer fee under 37 C.F.R. 1.20(d) included.
☒ PTO suggested wording for terminal disclaimer was unchanged.
☐ Certification under 37 C.F.R. 3.73(b) is required if terminal disclaimer is signed by the assignee.

Copyright 1997 LegalStar

P32/REV01

| Terminal Disclaimer To Obviate A Double Patenting Rejection Over A Prior Patent | Docket No. 0701.027F |
|---|---|

In Re Application Of:  Barberich et al.

| Serial No. | Filing Date 04/21/98 | Examiner | Group Art Unit |
|---|---|---|---|

Invention:  **METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-)-ALBUTEROL**

**RECEIVED**

Owner of Record:  SEPRACOR, INC.

MAY 1 1 1998
OMER
MATRIX CUSTOMER
SERVICE CENTER

### TO THE ASSISTANT COMMISSIONER FOR PATENTS:

The above-identified owner of record of a  100%  percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application, which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 to 156 and 173, as presently shortened by any terminal disclaimer, of prior Patent No.   5,362,755  . The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors and/or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 to 156 and 173 of the prior patent, as presently shortened by any terminal disclaimer, in the event that it later expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 C.F.R. 1.321, has all claims cancelled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. ☐  For submissions on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2. ☒  The undersigned is an attorney of record.

Signature

Dated: *April 21, 1998*

Philip E. Hansen
*Typed or Printed Name*

☒  Terminal disclaimer fee under 37 C.F.R. 1.20(d) included.
☒  PTO suggested wording for terminal disclaimer was unchanged.
04/1998  Certification under 37 C.F.R. 3.73(b) is required if terminal disclaimer is signed by the assignee.
1248                                      55.00 OP

Copyright 1997 LegalStar

P32/REV01

DLEV011662

SUBJECT: DECISION ON TERMINAL DISCLAIMER INFORMAL FORM

DATE: 6-15-98                          APPL. S.N. 09/063,551

TO EXAMINER: R. Henley                 ART UNIT: 1614

M. MINTGOMERY ROOM 11E18               MAILROOM DATE: 4-21-98

AFTER FINAL YES _____ NO ✓ NUMBER OF T.D.(S). FILED 3

INSTRUCTIONS: I have reviewed the submitted T.D. with the results as set forth below. If you agree, please use the appropriate form paragraphs identified by this informal memo in your next office action to notify applicant about the T.D. If you disagree with my analysis or have questions at all about the acceptability of the T.D., please see me or our Special Program Examiner. THIS FORM SHOULD BE PLACED IN THE FILE JACKET. THIS INFORMAL MEMO ONLY. IT MUST NOT BE MAILED TO APPLICANT. DO NOT COPY OR INSERT INTO FILE

[✓] The T.D. is PROPER and has been recorded. (See 14.23).

[ ] The T.D. is NOT PROPER and has not been accepted for the reason(s) checked below. (See 14.24).

[ ] The recording fee of $_____ has not been submitted nor is there any pre authorization in the application file to charge to a deposit account. (See 14.26.07)

[ ] Application Examiner has not processed T.D. fee. (See fee authorization.)

[ ] The T.D. does not satisfy Rule 321(b)(3) in that the person who has signed the T.D. has not stated his/her interest (and/or the extent of the interest of the business entity represented by the signature) in the application/patent. (See 14.26 and 14.26.01).

[ ] The T.D. lacks the enforceable only during the common ownership clause needed to overcome a double patenting rejection, Rule 321(c). (See 14.27, 14.27.01).

[ ] It is directed to a particular claims(s), which is not acceptable since "the disclaimer must be a terminal portion of the term of the entire patent to be granted". MPEP 1490. (See 14.26, 14.26.02).

[ ] The person who signed the terminal disclaimer:
     [ ] has failed to state his/her capacity to sign for the business entity. (See 14.28).
     [ ] is not recognized as an officer of the assignee. (See 14.29 and possibly 14.29.01).

[ ] No documentary evidence of a chain of title from the original inventor(s) to assignee has been submitted, nor is the reel and frame specified as to where such evidence is recorded in the office. 37 CFR 3.73(b). (See 1140 O.G. 72). NOTE: This documentary evidence or the specifying of the reel and frame may be found in the T.D. or in a separate paper submitted by applicant. (See 14.30).

[ ] No "statement" specifying that the evidentiary documents have been reviewed and that, to the best of the assignee's knowledge and belief the title is in the assignee seeking to take action. 37 CFR 3.73(b). (See 1140 O.G. 72) (See 14.31).

[ ] The T.D. is not signed. (See 14.26, 14.26.3), or 14.26.03 if TD is not signed by all the owners.

[ ] Attorney not of record in oath/decl. or a separate paper filed appointing a new or associate attorney. (See 14.29.01).

[ ] The serial number of the application (or the number of the patent) which forms the basis for the double patenting is missing or incorrect. (See 14.32).

[ ] The serial number of this application (or the number of the patent in reexam or reissue case(s) being disclaimed is missing or incorrect. (See 14.26, 14.26.04 or 14.26.05).

[ ] The period disclaimed is incorrect or not specified. (See 14.27, 14.27.2 or 14.27.3)(For Samples 14.27.04 and 14.27.05)

[ ] Other: _____
           _____
           _____

[ ] Suggestion to request refund of $_____ . (See 14.35, 14.36).

[ ] EXAMINER NOTE: IF APPLICATION IS IN CONDITION FOR ALLOWANCE ANY OF THE ABOVE INFORMALTIES MAY BE FAXED IN TO THE GROUP

FOR SAMPLE TERMINAL DISCLAIMERS AND CERTIFICATES:

[ ] Sample of a TD over a pending application and assignee Certificate (See 14.37).
[ ] Sample of a TD over a prior patent and assignee Certificate (See 14.38).
[ ] Sample Assignee Certificate under 37 CFR 3.73 (b) (See 14.39)

DLEV011663



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/063,551 | 04/21/98 | BARBERICH | T | 0701-027F |

HM42/0624

PHILIP E HANSEN
HESLIN & ROTHENBERG
5 COLUMBIA CIRCLE
ALBANY NY 12203

| HENLEY III, R |
|---|
| EXAMINER |

| 1614 | 5 |
|---|---|
| ART UNIT | PAPER NUMBER |

06/24/98

DATE MAILED:

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

DLEV011664

| *Notice of Allowability* | Application No. 09/063,551 | Applicant(s) Timothy J. Barberich, et al. |
|---|---|---|
| | Examiner Ray Henley | Group Art Unit 1614 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *the papers filed April 21, 1998* _____

☒ The allowed claim(s) is/are *13-22* _____

☒ The drawings filed on _____ are acceptable.

☒ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____.

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☐ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____.

    ☐ including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s).    2

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

☐ Interview Summary, PTO-413

☐ Examiner's Amendment/Comment

☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

☐ Examiner's Statement of Reasons for Allowance

RAYMOND HENLEY, III
PRIMARY EXAMINER
GROUP 1200

DLEV011665

**Notice of References Cited**

| Application No. | Applicant(s) |
|---|---|
| 09/085,961 | Timothy J. Barberich, et al. |

| Examiner | Group Art Unit | |
|---|---|---|
| Ray Henry | 1614 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | 5,760,090 | 6/2/98 | Barberich et al. | 514 | 649 |
| B | 5,362,755 | 11/94 | Barberich et al. | 514 | 649 |
| C | 5,547,994 | 8/96 | Barberich et al. | 514 | 649 |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

### NON-PATENT DOCUMENTS

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

\* A copy of this reference is not being furnished with this Office action.
[See Manual of Patent Examining Procedure, Section 707.05(a).]

U.S. Patent and Trademark Office
PTO-892 (Rev. 9-95)    **Notice of References Cited**    Part of Paper No. __5__

DLEV011666



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

HM42/0624

PHILIP E HANSEN
HESLIN & ROTHENBERG
5 COLUMBIA CIRCLE
ALBANY NY 12203

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/063,551 | 04/21/98 | 010 | HENLEY III, R | 1614 | 06/24/98 |

Title Named
Applicant: BARBERICH,    TIMOTHY J.

Title OF
Invention METHOD FOR INDUCING BRONCHODILATION USING OPTICALLY PURE R(-) ALBUTEROL
(AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 0701.027F | 514-649.000 | F87 | UTILITY | NO | $1320.00 | 09/ |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

### HOW TO RESPOND TO THIS NOTICE:

Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or

B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

I. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B-Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

II. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
fees when due.**

PATENT AND TRADEMARK OFFICE COPY.

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

U.S. GPO: 1996-437-639/60029

DLEV011667

PART B- ISSUE FEE TRANSMITTAL

Complete and mail this form, together with applicable fees, to: **Box ISSUE FEE**
Assistant Commissioner for Patents
Washington, D.C. 20231

242 - 660
aa - 30

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

PHILIP E HANSEN
HESLIN & ROTHENBERG
5 COLUMBIA CIRCLE
ALBANY NY 12203

RECEIVED
Publishing Division
SEP 08 1998

16

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

_____ (Depositor's name)
Philip E. Hansen
_____ (Signature)
September 3, 1998 (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/063,551 | 04/21/98 | 010 | HENLEY III, R. | 1614 | 06/24/98 |

First Named Applicant
BARBERICH,    TIMOTHY J.

TITLE OF INVENTION METHOD FOR INDUCING BRONCHODILATION USING OPTICALLY PURE R(-)ALBUTEROL (AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 0701.027F | 514-649.000 | F87 | UTILITY | NO | $660.00 | 09/24/98 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" indication form PTO/SB/47) attached.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Heslin & Rothenberg
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.
(A) NAME OF ASSIGNEE    Sepracor, Inc.

(B) RESIDENCE: (CITY & STATE OR COUNTRY) Marlborough, MA

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ individual ☒ corporation or other private group entity ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☐ Advance Order - # of Copies _____ 10

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER __08-1935__
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☐ Issue Fee
☐ Advance Order - # of Copies ____

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.
(Authorized Signature) _____ (Date) 9/3/98

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

09/21/1998 SHARRELL 00000222 09063551
01 FC:142                660.00 OP
02 FC:561                 30.00 OP

TRANSMIT THIS FORM WITH FEE

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

DLEV011668



PTO UTILITY GRANT
Paper Number _____

**The Commissioner of Patents
and Trademarks**

*Has received an application for a patent for a
new and useful invention. The title and de-
scription of the invention are enclosed. The
requirements of law have been complied with,
and it has been determined that a patent on
the invention shall be granted under the law.*

*Therefore, this*

**United States Patent**

*Grants to the person(s) having title to this
patent the right to exclude others from mak-
ing, using, offering for sale, or selling the in-
vention throughout the United States of
America or importing the invention into the
United States of America for the term set forth
below, subject to the payment of maintenance
fees as provided by law.*

*If this application was filed prior to June 8,
1995, the term of this patent is the longer of
seventeen years from the date of grant of this
patent or twenty years from the earliest effec-
tive U.S. filing date of the application, sub-
ject to any statutory extension.*

*If this application was filed on or after June
8, 1995, the term of this patent is twenty years
from the U.S. filing date, subject to an statu-
tory extension. If the application contains a
specific reference to an earlier filed applica-
tion or applications under 35 U.S.C. 120, 121
or 365(c), the term of the patent is twenty years
from the date on which the earliest applica-
tion was filed, subject to any statutory exten-
sion.*

*Bruce Lehman*
Commissioner of Patents and Trademarks

And

Form PTO-1584 (Rev. 2/97)

The
United
States
of
America

DLEV011669

MAIL ROOM AUG

BD

# PATENT SPECIFICATION

(11) 1298494

NO DRAWINGS

(21) Application No. 29367/70    (22) Filed 17 June 1970

(23) Complete Specification filed 18 May 1971

(45) Complete Specification published 6 Dec. 1972

(51) International Classification C07C 91/34 101/72 A61K 27/00

(52) Index at acceptance

C2C  220 226 227 22Y 29X 29Y 302 30Y 322 323 32Y 360
361 362 364 365 366 368 36Y 456 45Y 503 509
50Y 620 623 624 628 650 652 65X 662 668 682
790 79Y LF LS

(72) Inventor DAVID MIDDLEMISS

## (54) PHENYLETHANOLAMINE DERIVATIVES

(71) We, ALLEN & HANBURYS LIMITED, a British Company of Three Colts Lane, Bethnal Green, London, E.2., do hereby declare the invention, for which we pray that a patent may be granted to us, and the method by which it is to be performed, to be particularly described in and by the following statement:—

This invention is concerned with a process for the preparation of optical enantiomers of certain 1 - phenyl - 2 - aminoethanol derivatives which are described in particular in our United Kingdom Specification No. 1,200,886.

In our said United Kingdom Specification No. 1,200,886 there are described phenylaminoethanol derivatives which may stimulate β - adrenergic receptors e.g. α¹ - t - butylaminomethyl - 4 - hydroxy - m - xylene - α¹,α² - diol (I). The practical utility of such activity is more fully described in said Specification.

The phenylaminoethanol derivatives (I) may exist in two optically isomeric forms and according to the invention we have discovered a new process for the preparation of such isomers; the advantage of this process is that it facilitates the production of pure isomers. This is of particular importance in this case since the pharmacological activity of one isomer in standard tests for bronchodilator action is very much greater than that of the other.

The present invention therefore relates to a process for the preparation of optical enantiomers of α¹ - t - butylaminomethyl - 4 - hydroxy - m - xylene - α¹,α² - diol (I):





[Price 25p]

and physiologically acceptable acid addition salts thereof, which comprises treating a basic ester of the general formula II:

in which Alk represents a straight or branched chain alkyl radical containing 1 to 6 carbon atoms with an optically active form of di - p - toluoyl tartaric acid in an organic solvent, crystallising the product, isolating a selected crystalline fraction, and recovering from said fraction an optical enantiomer of formula II, whereafter the optical enantiomer of formula I is recovered either as such or in the form of an acid addition salt by removal of the protective benzyl groups, with previous, simultaneous or subsequent conversion of the —COOAlk group to a group —CH₂OH.

The organic solvent in which the optically active form of di - p - toluoyl tartaric acid is dissolved is preferably an organic ester such as ethyl acetate. The group —COOAlk may be converted to the group —CH₂OH by reduction with a suitable metal hydride or complex metal hydride, e.g. lithium aluminium hydride whilst the protective benzyl groups may be removed by catalytic hydrogenolysis over a noble metal catalyst e.g. a palladium charcoal catalyst.

The R(—) isomer of (I) has been found to be approximately fifty times more active than the S(+) isomer in antagonising the increased bronchial resistance produced by administration of acetyl chlorine in the anaesthetised guinea-pig (Konzett-Rossler preparation). The isomers (as the acetate-monomethanolate) have the following physical characteristics:

DLEV011670

| | m.p. | $[\alpha]_D^{22}$ | c(MeOH) |
|---|---|---|---|
| R(−) isomer | 143.9°C | +36.9° | 0.23 |
| S(+) isomer | 143.0°C | −36.9° | 0.27 |

The isomers themselves have the following characteristics:

| | | |
|---|---|---|
| R(−) isomer | −26° | 0.36 |
| S(+) isomer | +25° | 0.4 |

In a further aspect of the invention there fore there are provided optically isomeric forms of the compound of formula I and their salts. The invention also provides pharmaceutical compositions comprising said isomers or their salts.

The invention also extends to the optically pure methyl esters of formula II.

Such pharmaceutical compositions may include as carrier any material conventionally referred to as such and includes excipients and formulatory agents. The compositions may contain supplementary medicinal agents if desired. Suitable solid carriers include maize starch, calcium sulphate dihydrate, lactose etc.

The compositions may include for instance solid and liquid preparations for oral use, suppositories, injections, or forms suitable for administration by inhalation.

Oral administration is most convenient in the form of tablets which may be prepared according to conventional methods, and may be coated if required. Soluble tablets suitable for sublingual administration may also be used.

Injections may be formulated with the aid of physiologically acceptable carriers and agents as solutions, suspensions or as dry products for reconstitution before use.

For administration by inhalation the compositions according to the invention are conveniently in the form of an aerosol spray presentation.

The following Examples illustrate the invention: (in these Examples as elsewhere in the Specification the abbreviation $t$ in relation to butyl means tertiary).

Example 1

Resolution of dl - 5 - (2 - Benzyl - $t$ - butylamino - 1 - hydroxyethyl) - 2 - benzyloxy-benzoic acid, methyl ester and conversion into the (+) and (−) isomer of $\alpha^1$ - $t$ - butylaminomethyl - 4 - hydroxy - m - $\alpha^1,\alpha^2$-diol

(−) - 5(2 - Benzyl - $t$ - butylamino - 1 - hydroxyethyl) - 2 - benzyloxy benzoic acid, methyl ester.

A solution of the racemic base (30 g.) prepared by condensing methyl 2 - benzyloxy - 5 - bromoacetyl benzoate [see Collin et al, J. Med. Chem. 13 674 (1970)] with $t$ - butylbenzylamine in ethyl methyl ketone and

reducing the crude product with sodium borohydride in ethanol by the general procedures already described in our United Kingdom Patent Specification No. 1,200,886 and (+) - O,O - di - $p$ - toluoyltartaric acid (25.6 g.) in ethyl acetate (350 ml) at 70° was cooled slowly to room temperature and the precipitated salt was filtered off and dried (27 g., m.p. 130.0°, $[\alpha]_D^{23}$+49°, c=1, MeOH). Three recrystallisations from ethyl acetate gave material of constant rotation and melting point (m.p. 142.5° $[\alpha]_D^{23}$+47°, c=1.2, MeOH). This salt (10 g) in ethyl acetate was washed with sodium bicarbonate solution to remove the toluoyl tartaric acid.

The ethyl aceate was then evaporated and the residue recrystallised from petroleum ether (b.p. 40—60°C) to give the free base as colourless needles, (3 g, m.p. 87.0° $[\alpha]_D^{23}$−18.4, c=0.38, MeOH).

(+) - 5(2 - Benzyl - $t$ - butylamino - 1 - hydroxyethyl) - 2 - benzyloxybenzoic acid, methyl ester.

This material was isolated from a procedure similar to the above using (−) - O,O - di - $p$ - toluoyl tartaric acid as the resolving agent. Thus a solution of the racemic base (30 g) and (−) - O,O - di - $p$ - toluoyl tartaric acid (25.6 g) in ethyl acetate (350 ml) deposited a salt, (27 g. m.p. 134—5° $[\alpha]_D^{23}$−48°, c=1, MeOH). Three recrystallisations from ethyl acetate gave material with constant m.p. 141.5° and $[\alpha]_D^{23}$−47°, c=1.5, MeOH. This salt (11 g) in ethyl acetate was converted into the free base, by extraction of the (−) - O,O - di - $p$ - toluoyl tartaric acid with sodium bicarbonate solution. The ethyl acetate was removed and the residue recrystallised from petroleum ether (b.p. 40—60°) to give the free base (4.5 g., mp 87.0° $[\alpha]_D^{23}$+18.3, c=0.35, MeOH).

(+) - $\alpha^1$ - $t$ - Butylaminomethyl - 4 - hydroxy - m - xylene - $\alpha^1,\alpha^2$ - diol acctate

A solution of (−) - 5(2 - Benzyl - $t$ - butylamino - 1 - hydroxyethyl) - 2 - benzyloxy benzoic acid, methyl ester (2.5 g) in dry tetrahydrofuran was added during 5 minutes to a stirred suspension of lithium aluminium hydride (0.5 g) in dry tetrahydrofuran (50 ml) and the mixture was heated to reflux and then allowed to cool. Excess hydride was decomposed with water and the product extracted with ether. Evaporation of the ether gave $\alpha^1$ - benzyl - $t$ - butylaminomethyl - 4 - benzyloxy - m - xylene - $\alpha^1,\alpha^2$ - diol (2.1 g) as a colourless oil that was hydrogenated (50 ml) in the presence of 10%

DLEV041671

1,298,494                                        3

palladium on carbon (0.7 g) until uptake ceased. Removal of the catalyst and solvent gave (+) - $\alpha^1$ - $t$ - butylaminomethyl - 4 - hydroxy - $m$ - xylene - $\alpha^1,\alpha^3$ - diol as a colourless gum ([$\alpha$]$_D$$^{24}$ +25°, c=0.4, MeOH). This was converted into a crystalline acetate salt (m.p. 143.0°, [$\alpha$]$_D$$^{24}$ +36.9°, c=0.23, MeOH (from methanolether). Analysis of this salt confirmed the presence of one molecule of methanol of crystallisation.

(−) - $\alpha^1$ - $t$ - Butylaminomethyl - 4 - hydroxy - $m$ - xylene - $\alpha^1,\alpha^3$ - diol acetate
In a manner similar to that above (+) -

5(2 - benzyl - $t$ - butylamino - 1 - hydroxy-ethyl) - 2 - benzyloxybenzoic acid, methyl ester was reduced with lithium aluminium hydride and then hydrogenated to give (−) - $\alpha^1$ - $t$ - butylaminomethyl - 4 - hydroxy - $m$ - xylene - $\alpha^1,\alpha^3$ - diol ([$\alpha$]$_D$$^{24}$ −26°, c=0.56, MeOH). The acetate salt monomethanolate had mp 143.9°, [$\alpha$]$_D$$^{23}$ −36.9°, c=0.27, MeOH.

The following are Examples of pharmaceutical compositions containing isomers or their salts according to the invention. In each case the term active ingredient means one of the two isomers or their salts prepared according to Example I.

### Example 2
Tablets suitable for oral administration.

| Formula | 1 mg Tablet | 10,000 Tablets. |
|---|---|---|
| active ingredient | 1.2 mg | 12.0 g |
| calcium sulphate dihydrate | 88.2 mg | 882.0 g |
| maize starch | 24.0 mg | 240.0 g |
| Amijel | 6.0 mg | 60.0 g |
| magnesium stearate | 0.6 mg | 6.0 g |
| | 120.0 mg | 1200.0 g |

### Method
1. All the ingredients except the magnesium stearate, are mixed together, the mixed powders are granulated with water, and the damp mass is passed through a 16 mesh screen.

2. The wet granules are dried, and then passed through a 20 mesh screen.

3. The dried granules and the magnesium stearate are mixed together and compressed on a suitable tablet machine fitted with ¼" normal convave punches, to produce the required tablets.

### Example 3
An aerosol formulation, expressed in terms of a single metered dose.

| Formula | | |
|---|---|---|
| active ingredient | 100 | µg dose |
| oleic acid | 10 | µg |
| dichlorodifluoromethane | 61 | mg |
| trichlorofluoromethane | 24 | mg |

### Method
The active ingredient, the oleic acid and part of the trichlorofluoromethane are mixed together. The suspension is then diluted with the remainder of the trichlorofluoromethane, and the requisite quantity is filled into aluminium aerosol containers which are closed by a suitable metering valve. The containers are then pressurised with dichlorodifluoromethane.

### Example 4

| Formula | | |
|---|---|---|
| active ingredient | 120 | µg dose |
| sorbitan Trioleate | 120 | µg |
| Dichlorodifluoromethane B.P.C. | 61 | mg |
| Trichlorofluoromethane B.P.C. | 24 | mg |

### Method
Mix together the active ingredient, sorbitan trioleate, and part of the trichlorofluoromethane. The suspension is then diluted with the remainder of the trichlorofluoromethane and the requisite quantity of filled into aluminium aerosol containers, which are closed by a suitable metering valve. The containers are then pressurised with dichlorodifluoromethane.

### Example 5

| Formula | | |
|---|---|---|
| active ingredient | 120 | µg dose |
| 2-dimethylaminoethanol | 26.6 | µg |
| Oleic acid B. P. 1963 | 93.4 | µg |
| Dichlorodifluoromethane B.P.C. | 61 | mg |
| Trichlorofluoromethane B.P.C. | 24 | mg |

### Method
The active ingredient, the oleic acid, 2 - dimethylaminoethanol and part of the trichlorofluoromethane are mixed together. The suspension is then diluted with the remainder of the trichlorofluoromethane, and the requisite quantity is filled into aluminium aerosol containers, which are closed by a

DLEV011672

4

1,298,494

suitable metering valve. The containers are then pressurised with dichlorodifluoromethane.

WHAT WE CLAIM IS:—

1. A process for the preparation of optical enantiomers of -$\alpha^1$ - $t$ - butylaminomethyl - 4 - hydroxy - m - xylene - $\alpha^1,\alpha^2$ - diol (I):

(I)

and physiologically acceptable acid addition salts thereof, which comprises treating a basic ester of the general formula II:

(II)

in which Alk represents a straight or branched chain alkyl radical containing 1 to 6 carbon atoms with an optically active form of di - p - toluoyl tartaric acid in an organic solvent, crystallising the product, isolating a selected crystalline fraction, and recovering from said fraction an optical enantiomer of formula II, whereafter the optical enantiomer of formula I is recovered either as such or in the form of an acid addition salt by removal of the protective benzyl groups, with previous, simultaneous or subsequent conversion of the —COOAlk group to a group —CH₂OH.

2. A process as claimed in claim 1 in which the organic solvent used for the resolving acid is an organic ester.

3. A process as claimed in claim 2 in which the solvent is ethyl acetate.

4. A process as claimed in any of claims 1 to 3 for the production of compounds of formula I in which prior to the removal of the protective groups, the COOAlk group is converted to a group —CH₂OH by reduction with lithium aluminium hydride, and in which the protective groups are then removed by catalytic hydrogenolysis with a palladium charcoal catalyst.

5. A process as claimed in claim 4 for the production of the (+) isomer of $\alpha^1$ - $t$ - butylaminomethyl - 4 - hydroxy - m - xylene - $\alpha^1,\alpha^2$ - diol, which comprises preparing the salt of (+) - O,O - di - p - toluoyl tartaric acid and the dl racemate of 5(2 - benzyl - $t$ - butylamino - 1 - hydroxy-ethyl) - 2 - benzyloxy benzoic acid, methyl ester in an organic solvent, recovering a

selected salt of constant rotation by fractional crystallisation, decomposing said salt to recover the (−) isomer of the ester, reducing said ester with lithium aluminium hydride and hydrogenating the product using a palladium charcoal catalyst.

6. A process as claimed in claim 4 for the production of the (−) isomer of $\alpha^1$ - $t$ - butylaminomethyl - 4 - hydroxy - m - xylene $\alpha^1,\alpha^2$ - diol, which comprises preparing the salt of (−) - O,O - di - p - toluoyl tartaric acid and the dl racemate of 5(2 - benzyl - $t$ - butylamino - 1 - hydroxy-ethyl) - 2 - benzyloxy benzoic acid, methyl ester in an organic solvent, recovering a selected salt of constant rotation by fractional crystallisation, decomposing said salt to recover the (+) isomer of the ester, reducing said ester with lithium aluminium hydride and hydrogenating the product using a palladium charcoal catalyst.

7. A process as claimed in claim 1 substantially as herein described with reference to Example 1.

8. Optical enantiomers of $\alpha^1$ - $t$ - butylaminomethyl - 4 - hydroxy - m - xylene - $\alpha^1,\alpha^2$ - diol and physiologically acceptable acid addition salts thereof when prepared by a process as claimed in any of claims 1 to 7.

9. The R(−) isomer of $\alpha^1$ - $t$ - butylaminomethyl - 4 - hydroxy - m - xylene - $\alpha^1,\alpha^2$ - diol in the form of the acetate mono-methanolate having m.p. 143.9°C and $[\alpha]_D^{25} = -36.9°$, c (MeOH)=0.27.

10. The S(+) isomer of $\alpha^1$ - $t$ - butylaminomethyl - 4 - hydroxy - m - xylene - $\alpha^1,\alpha^2$ - diol in the form of the acetate mono-methanolate having m.p. 143.0°C and $[\alpha]_D^{25} = +36.9°$, c (MeOH)=0.23.

11. The R(−) isomer of $\alpha^1$ - $t$ - butylaminomethyl - 4 - hydroxy - m - xylene - $\alpha^1,\alpha^2$ - diol having $[\alpha]_D^{24} = -26°$, c=0.36 MeOH.

12. The S(+) isomer of $\alpha^1$ - $t$ - butylaminomethyl - 4 - hydroxy - m - xylene - $\alpha^1,\alpha^2$ - diol having $[\alpha]_D^{24} + 25°$, c=0.4 MeOH.

13. A pharmaceutical composition comprising as active ingredient or as one such ingredient an optical enantiomer as claimed in claim 8 in association with a non-toxic pharmaceutical carrier.

14. A composition as claimed in claim 13 adapted for oral use.

15. A composition as claimed in claim 13 adapted for parenteral administration.

16. A composition as claimed in claim 13 adapted for inhalation.

17. Compositions as claimed in any of claims 13 to 16 in which the active ingredient is or includes the acetate monomethanolate defined in claim 9 or claim 10.

18. Compositions as claimed in any of

DLEV011673

1,298,494                                                                                5

claims 13 to 16 in which the active ingredient is or includes the diol defined in claim 11 or 12.

19. Compositions as claimed in claim 13 substantially as herein described with reference to any one of Examples 2 to 5.

20. (−) − 5(2 − Benzyl − t − butylamino − 1' − hydroxyethyl) − 2 − benzyloxy benzoic acid, methyl ester, m.p. 87.0°C, $[\alpha]_D^{25} -18.4$, c=0.28, MeOH.

21. (+) − 5(2 − Benzyl − t − butylamino −

1 − hydroxyethyl) − 2 − benzyloxy benzoic acid, methyl ester m.p. 87.0°C. $[\alpha]_D^{25} +18.3$, c=0.35 MeOH.

ELKINGTON & FIFE,
Chartered Patent Agents,
High Holborn House,
52/54 High Holborn,
London, WC1V 6SH.
Agents for the Applicants.

Printed for Her Majesty's Stationery Office, by the Courier Press, Leamington Spa, 1972.
Published by The Patent Office, 25 Southampton Buildings, London, WC2A 1AY, from which copies may be obtained.

DLEV011674

UK Patent Application (19) GB (11) 2 255 503 (13) A

(43) Date of A publication 11.11.1992

(21) Application No 9207363.4

(22) Date of filing 03.04.1992

(30) Priority data
(31) 9107196     (32) 05.04.1991     (33) GB

(71) Applicant
Sandoz Ltd

(Incorporated in Switzerland)

65 Lichtstrasse, CH-4002 Basle,
Switzerland

(72) Inventor
John Morley

(74) Agent and/or Address for Service
B A Yorke & Co
Coomb House, 7 St John's Road, Isleworth,
Middlesex, TW7 6NH, United Kingdom

(51) INT CL⁵
A61K 31/135 31/445 31/495

(52) UK CL (Edition K)
A5B BHA BJA B180 B327 B42Y B422 B43Y B431
B44Y B442 B45Y B451 B48Y B480 B482 B483
B486 B49Y B491 B493 B50Y B502 B503 B506
B54Y B541 B55Y B551 B552 B553 B56Y B566
B57Y B575 B576 B61Y B616 B63Y B636 B637
B64Y B644 B646 B65Y B654
U1S S1321

(56) Documents cited
EP 0455155 A1     WO 91/09596 A1
Chem. Pharm. Bull. 26(4), 1123-9 (1976)
J. Med. Chem. 14(9), 895-6 (1971)
J. Liq. Chromatogr. 11, 2147-63 (1988)
Biochem. Pharmacol. 35(12) 1981-5, (1986)
Br. J. Clin. Pharmacol. 27, 49-56, (1989)

(58) Field of search
UK CL (Edition K) A5B BHA BJA
INT CL⁵ A61K
Online database: DIALINDEX, CAS-ONLINE
(MEDICINE)

(54) Bronchodilator enantiomers

(57) Improved use of selective β₂ sympathomimetic bronchodilator drugs in the therapy of obstructive or inflammatory airways disease, e.g. asthma, comprises use in enantiomeric rather than conventional racemic form. The improved use reduces occurrence of side effect, e.g. exacerbation of basal disease status or compromise or deterioration of lung function. The active compound is used in the form of its R-enantiomer e.g. Albuterol, Terbutaline, Fenoterol, Metaproterenol, Orciprenaline, Carbuterol or Isoetharine, optionally in combination with Ketotifen.

GB 2 255 503 A

DLEV011675

- 1 -

2275573

# IMPROVED USE OF $\beta_2$ BRONCHODILATOR DRUGS

The present invention relates to a new and improved use of selective $\beta_2$ sympathomimetic bronchodilator drugs in the therapy of obstructive or inflammatory airways disease, especially asthma.

Bronchodilator drugs employed in the therapy of obstructive or inflammatory airways disease, e.g. asthma, are divisible into three classes:

1. Adrenergic or sympathomimetic drugs (the terms "adrenergic" and "sympathomimetic" are used in the art interchangeably);
2. Anticholinergic drugs; and
3. Methylxanthine drugs.

The present invention is concerned with the first of these drug classes.

The adrenergic or sympathomimetic drugs are so called because they are understood to exert their effect through their action on the body's adrenergic receptors of which there are three functionally divided types, the $\alpha$, $\beta_1$ and $\beta_2$ receptors. On the basis of their interaction with these three receptor types, the adrenergic or sympathomimetic drugs are in turn classifiable into three groups:

1 Non-selective sympathomimetic drugs;
2 Non-selective $\beta$ sympathomimetic drugs; and
3 Selective $\beta_2$ sympathomimetic bronchodilator drugs.

DLEV011676

- 2 -                    100-7730

drugs of group 1.1 exert both $\alpha$ and $\beta$ sympathomimetic effects. They include the drug substances adrenaline and ephedrine. Both adrenaline and ephedrine are known clinically as bronchodilators. Though adrenaline, despite side effect induced via its $\alpha$-sympathomimetic properties, is still used by some practitioners for the treatment of acute asthma, both adrenaline and ephedrine have been largely superseded in asthma therapy.

The drugs of group 1.2 have both $\beta_1$ and $\beta_2$ sympathomimetic activity but no, or only limited, $\alpha$-sympathomimetic activity. Of the group 1.2 drugs, isoprenaline is the best known representative. Isoprenaline differs from the drugs of group 1.3 in its faster onset but shorter duration of action and its cardiac stimulating effects which result largely from its $\beta_1$ activity. Though isoprenaline has previously been extensively used as bronchodilator therapy in asthma, its use has today become clinically restricted. Thus, in the UK, a rise in the rate of asthma death in the 1960's believed to have been specifically associated with isoprenaline usage has resulted in discontinuation of its clinical application.

The selective $\beta_2$ sympathomimetic bronchodilator drugs of group 1.3 (herein referred to for convenience collectively as "GROUP 1.3 DRUGS") act, as their name implies, selectively on the $\beta_2$ adrenergic receptors. The GROUP 1.3 DRUGS include for example, the drug substances a) TERBUTALINE, b) ALBUTEROL (also known as SALBUTAMOL), c) FENOTEROL, d) HEXOPRENALINE, e) RIMITEROL; f) ISOETHARINE, g) METAPROTERENOL, h) REPROTEROL, i) CLENBUTEROL, j) PROCATEROL, k) CARBUTEROL, l) TULOBUTEROL, m) PIRBUTEROL, n) BITOLTEROL and, more recently, the so-called "long acting selective $\beta_2$ sympathomimetic bronchodilator drug substances" o) FORMOTEROL, p) BAMBUTEROL and q) SALMETEROL [(R,S)-1-(4-hydroxy-3-hydroxymethylphenyl)-2-{6-(4-

DLEV011677

- 3 -                                    1t. 7730

phenylbutoxy)hexylamino]ethanol]. All of the above recited
GROUP 1.3 DRUGS are commercially available and clinically
used, generally in pharmaceutically acceptable salt form,
e.g. as the sulphate [(a), (b), (d) and (g)], hydrobromide
[(c) and (e)], hydrochloride [(f), (h) to (l) and (p)];
dihydrochloride [(d) and (m)], fumarate [(o)],
methanesulfonate [(n)], hydroxynaphthoate [(q)] or, where
appropriate, one or other of the hydrate forms thereof - see
e.g. Merck Index, 11th edition (1989), items 9089 (a), 209
(b), 3927 (c), 4628 (d), 8223 (e), 5053 (f), 5836 (g), 8142
(h), 2347 (i), 7765 (j), 1840 (k), 9720 (l), 7461 (m), 1317
(n), 4159 (o) and 963 (p) and references cited therein and,
for (q), Am. Rev. Resp. Dis. 137 (4; 2/2) 32 (1988).

Further GROUP 1.3 DRUGS currently in development include for
example the drug substances r) BROXATEROL, s) ETANTEROL, t)
IMOXITEROL, u) NAMINTEROL, v) PICUMETEROL, w) RP 58802
[Rhône-Poulenc], x) RU 42173 [Hoechst Roussel-Uclaf] and y)
SX 90055 [Schering].

GROUP 1.3 DRUGS characteristically contain as part of their
structure an ethanolamine or 2-amino-ethanol moiety of
formula I

$$R_1-CH-CH-N \begin{array}{c} OH \\ | \\ 1 \end{array} \begin{array}{c} R_2 \\ | \\ 2 \end{array} \begin{array}{c} R_3 \\ | \\ \end{array} \qquad (I)$$

in which $R_1$ is an aromatic group.

Commonly $R_1$ is 3,4- or 3,5-dihydroxyphenyl as in the case of
the GROUP 1.3 DRUGS (a), (c), (d); (e), (f), (g) and (h)
above or 4-hydroxy-3-hydroxymethylphenyl as in the case of
the GROUP 1.3 DRUGS (b) and (q). $R_1$ may also be, e.g.,
4-hydroxymethyl-3-hydroxy-6-pyridyl; 3,4-ditoluoyloxy-
phenyl; 3-formylamino-4-hydroxyphenyl;

DLEV011678

- 4 -                    00-7730

3,5-N,N-dimethylcarbamoyloxyphenyl;
4-amino-3,5-dichlorophenyl; 4-hydroxy-3-ureidophenyl; or
2-chlorophenyl as in the case of the GROUP 1.3 DRUGS (l),
(m), (o), (p), (i), (k) and (l) respectively.

$R_3$ in formula I is commonly H. An exception in this respect
is the GROUP 1.3 DRUG (e) above. In this case $R_2$ and $R_3$
together are a group of formula -(CH$_2$)$_4$-.

$R_2$ in formula I is also commonly H. Exceptions in this
respect are the GROUP 1.3 DRUG (e), as noted above, as well
as (f) and (j) in both of which $R_2$ is ethyl.

Since the formula I moiety comprises at least 1 asymmetric
carbon atom (C1 in formula I), all of the GROUP 1.3 DRUGS
exist in optically active isomeric form, with the said
carbon atom having the (R) or (S) configuration [as
designated using the Cahn-Ingold-Prelog system (Angew. Chem.
Intern. Ed. 5, 385-415 (1966)]. When the said carbon atom is
the sole asymmetric carbon atom present, GROUP 1.3 DRUGS
thus exist as individual (R) or (S) enantiomers or in
racemic [(RS)] form, i.e. as a 50:50 mixture of the (R) and
(S) enantiomers.

Individual GROUP 1.3 DRUGS in which $R_2$ in the formula I
moiety is other than H or in which the remainder of the
molecule includes an asymmetric carbon atom exist in a
variety of isomeric forms, i.e. in individual (R,R), (S,S),
(R,S) and (S,R) isomeric form, as racemic [(RS,RS) and
(RS,SR)] mixtures comprising the (R,R) plus (S,S) and (R,S)
plus (S,R) enantiomeric pairs, as well as in the form of
diastereomeric mixtures comprising all four isomeric forms.
This is so, for example, in the case of the GROUP 1.3 DRUGS
(c), (d), (e), (f) and (o) above.

Individual enantiomers [e.g. (R) or (S), or (R,R) or (S,S)
enantiomers] of GROUP 1.3 DRUGS are known and have been

DLEV011679

- 5 -                    0-7730

described together with processes for their production in
the literature. Pharmacological studies and clinical, e.g.
metabolic, investigations employing healthy volunteers have
also been carried out using individual enantiomers of GROUP
1.3 DRUGS. It is furthermore known that the
$\beta_2$ sympathomimetic/bronchodilator activity of GROUP 1.3 DRUGS
resides primarily in individual enantiomers in which the
hydroxy bearing carbon atom, C1 in formula I has the (R)
configuration. The corresponding (S) enantiomer in contrast
has no or very little bronchodilator activity. (See e.g.
Murase et al., Chem. Pharm. Bull. 26 (4), 1123-1129 (1976);
Hartley et al., J. Med. Chem. 14 (9), 895-896 (1971);
Okamoto et al., J. Liq. Chromatogr. 11, 2147-2163 (1988),
Koster et al., Biochem. Pharmacol., 35 (12), 1981-1985
(1986), Borgström et al., Br. J. Clin. Pharmac., 27, 49-56
(1989) and references therein.]

This knowledge notwithstanding, GROUP 1.3 DRUGS are marketed
and employed for regular clinical usage, e.g. in the
treatment of obstructive or inflammatory airways disease, in
racemic [(RS)] form, that is as mixtures of the
bronchodilatatorily active (R) and inactive (S) enantiomeric
pairs. [In the case of GROUP 1.3 DRUGS comprising two
asymmetric carbon atoms the clinically employed racemic
mixture is commonly that comprising the (R,R) plus (S,S)
enantiomeric pair, i.e. the (RS,RS) racemate, as in the case
of the so called "A racemate" of FENOTEROL – cf. Merck
Index, Loc. cit.]

The GROUP 1.3 DRUGS can be administered orally, parenterally
or (most commonly) by inhalation, e.g. using nebulisers or
metered aerosol devices or as inhaled powders. Inhalation of
GROUP 1.3 DRUGS presently represents the mainstay of
bronchodilator therapy for the treatment of asthma of all
grades of severity. The duration of bronchodilatation
induced by the majority of GROUP 1.3 DRUGS is relatively
short and they are employed to relieve asthma attack as and

DLEV011680

when it occurs. As indicated above, the more recently
introduced GROUP 1.3 DRUGS, e.g. (o), (p) and (q) above, are
characterised by their longer duration of action and hence
apparent reduced frequency of dosaging required.

Although the GROUP 1.3 DRUGS are effective and generally
seem to be well tolerated, their safety, especially at high
dosages, has been questioned over many years and numerous
reports have appeared on the adverse effects of GROUP 1.3
DRUG therapy (see e.g. Paterson et al: "American Review of
Respiratory Disease, 120, 844 to 1187 (1979) especially at
p.p. 1165 et seq.). More recently, from New Zealand, where a
continuing increase in asthma death has been recorded, two
case control studies reported in the Lancet have linked
increase in asthma mortality to use of the GROUP 1.3 DRUG,
FENOTEROL - see in particular: Editorial "$\beta_2$ agonists in
asthma: relief, prevention, morbidity", Lancet, 336,
1411-1412 (1990). A subsequently reported Canadian study
finds that the use of inhaled GROUP 1.3 DRUGS, principally
FENOTEROL and ALBUTEROL, is associated with "an increased
risk of the combined outcome of fatal and near-fatal asthma,
as well as of death from asthma alone" - see Spitzer et al.,
New England J. of Med., 326 (8), 501-506 (1992) and the
Editorial to the same issue at page 560.

Various possible explanations for observed episodes of
increased airway obstruction, arterial hypoxaemia or
"anomolous" or "paradoxical" bronchospasm, as well as
increased morbidity associated with GROUP 1.3 DRUG usage, in
particular long term/high dose usage, have been proposed.

These have included, for example, reactive myogenic tone,
increased inflammatory burden, adrenoceptor tachyphylaxis
and induction of airway hyperreactivity, as well as the
involvement of spasmogenic drug metabolic products or long
term influence of aerosol spray propellants - see e.g.
Paterson et al. loc. cit. and Morley et al. Eur. Respir. J.,

DLEV011681

- 7 -                    10 730

1-5 (1990).

already noted, an increase in asthma death had earlier
en associated with use of the GROUP 1.2 DRUG isoprenaline.
oprenaline is metabolised in part by the enzyme
techol-O-methyl transferase, giving a 3-methoxy derivative
ich has β-adrenoceptor antagonist activity. It has, for
ample, been suggested that it is this metabolite which was
e cause of difficulty. More recently it has been proposed
at isoprenaline-induced asthmatic exacerbation is due to
exacerbation of airways-hyperreactivity or inflammatory
atus common to the (S) [or (+)] and (R) [or (-)]
antiomers of isoprenaline [see e.g. : Mazzoni et al.,
it. J. Pharmacol., $91$, 326 (1987); Morley et al., J.
ysiol., $390$, 180 P (1987) and Lancet, July 16, 1988, p.
0; and Sanjar et al., J. Physiol, $425$, 43-54 (1990) -
oprenaline like the GROUP 1.3 DRUGS was employed
inically in (RS) racemic [or ($\pm$) form.] No consensus on
e subject has however been reached within the scientific
mmunity and no evidence has hitherto been adduced which
ght link experience with isoprenaline to that with GROUP
3 DRUGS.

the same time there is mounting concern within the
dical profession as to the potential dangers of GROUP 1.3
UG usage in asthma therapy. To quote the Lancet Editorial
ready referred to:
hese studies raise serious question about the use of β₂
onists [i.e. GROUP 1.3 DRUGS ]. The findings of Sears et
. could be interpreted as supporting the current trend
wards earlier use of corticosteroids and other preventers
 inflammation [for asthma therapy] rather than
rseverence with an escalating bronchodilator regimen. The
ndings of the Nottingham and Dunedin groups also indicate
at there is some way to go before long acting β₂ agonist
eparations such as salmeterol and formoterol can be
reservedly recommended for routine use in the management

DLEV011682

- 8 -                    100-7750

of asthma. There seem to be clear advantages of compliance and possibly of anti-inflammatory activity associated with such agents, but the potential for adverse effects cannot be ignored. Clinicians researchers and pharmaceutical companies must now attempt to redefine the use of $\beta_2$ agonists in asthma." [Emphasis added.]

Equally there has been evident inability or reluctance to conceive of any problem in relation to GROUP 1.3 DRUG therapy as being inherent in GROUP 1.3 DRUGS themselves or as hitherto employed - cf. the following, taken from the Editorial to the New England Journal of Medicine also previously referred to: "Although ... too much reliance is placed on beta-agonists [GROUP 1.3 DRUGS], it is difficult to believe that the problem is related directly to the more regular use of inhaled beta-agonists."

In accordance with the present invention it has now been found that, whereas bronchodilator efficacy of GROUP 1.3 DRUGS is associated with, or associated primarily with, one optically active enantiomer, the bronchodilatatory less active or inactive enantiomer or antipode induces an adverse effect, e.g. in asthma. (This finding does not, of course, exclude the possibility that the isomer having bronchodilator efficacy may also possess adverse pharmacological properties which are masked or compensated for by its beneficial bronchodilator efficacy.) The present invention thus surprisingly teaches that the long-standing problems inherent in GROUP 1.3 DRUG therapy may unexpectedly be met or ameliorated by the relatively simple expedient of administering GROUP 1.3 DRUGS not, as hitherto, in the form of a racemic mixture but in the form of the individual bronchodilatatory effective enantiomer (referred to hereinafter for convenience as the "BRONCHODILATOR ENANTIOMER").

While the suitability, in particular of high-dose or

DLEV011683

- 9 -                    120-7730

long-term, GROUP 1.3 DRUG therapy has long been a subject of debate and, more recently, acute question, the practice of administering drugs of this group as racemic mixtures has continued. This practice has been accepted by drug registration authorities world-wide and even the most recently introduced of the GROUP 1.3 DRUGS have been developed for clinical use as racemic mixtures.

This practice is based upon the assumption or understanding that the non-bronchodilator component of the racemic mixture, i.e. the bronchodilatorily less or inactive enantiomer or antipode of the BRONCHODILATOR ENANTIOMER is devoid of any relevant drug effect and can thus be administered together with the BRONCHODILATOR ENANTIOMER essentially as inactive ballast and without risk to the patient. The teaching of the invention thus stands in stark opposition to long, widely established and continuing practice.

While simple in conception, the present invention thus runs contrary to to the wisdom of the art. In that the GROUP 1.3 DRUGS clearly offer very considerable potential benefit for bronchodilator usage in asthma, the need to find a means of avoiding, ameliorating or restricting disadvantages inherent in their use is urgent and crucial. By meeting this need, the present invention may be anticipated to bring immeasurable benefit both to the medical profession and the world asthma population.

In accordance with the foregoing the present invention provides:

A    An improved (e.g. safer) method of treating inflammatory or obstructive airways disease or a method of treating inflammatory or obstructive airways disease with the avoidance, amelioration or restriction of deleterious side effect, in a human subject in need thereof, which

DLEV011684

- 10 -                        100-7730

method comprises administering to said subject a GROUP
1.3 DRUG, said GROUP 1.3 DRUG being administered
predominantly in the form of its BRONCHODILATOR
ENANTIOMER; or, in the alternative:

B    A GROUP 1.3 DRUG predominantly in the form of its
BRONCHODILATOR ENANTIOMER for use in the improved (e.g.
safer) treatment of inflammatory or obstructive airways
disease in humans, or for use in the treatment of
inflammatory or obstructive airways disease in humans
to avoid, ameliorate or restrict deleterious side
effect, or for use in the preparation of a
pharmaceutical composition for use in such treatment.

GROUP 1.3 DRUGS to which the present invention applies
include any selective $\beta_2$ sympathomimetic bronchodilator drug
comprising an ethanolamine moiety, e.g. of formula I as
illustrated above wherein $R_1$ is an aromatic group, for
example a moiety of formula I as illustrated above wherein
$R_1$, $R_2$ and $R_3$, individually or collectively have any one or
more of the meanings hereinbefore recited.

Specific GROUP 1.3 DRUGS to which the present invention
applies include any of the drug products (a) through (y),
especially (a) through (q) hereinbefore identified and, in
particular, (b) ALBUTEROL and the "long acting" GROUP 1.3
DRUGS, in particular (o) FORMOTEROL, (p) BAMBUTEROL and (q)
SALMETEROL. The invention is to be understood as relating to
GROUP 1.3 DRUGS both in free form as well as pharma-
ceutically acceptable acid addition salt form, e.g. as
hereinbefore set forth for the GROUP 1.3 DRUGS (a) through
(q), and including hydrate forms thereof. All references to
GROUP 1.3 DRUGS, whether individually or collectively and in
whatever manner, in relation to the present invention both
herein and in the accompanying claims are to be understood
accordingly as embracing such salt and hydrate forms.

DLEV011685

- 11 -                    0-7730

As hereinbefore described in relation to formula I, Cl in
BRONCHODILATOR ENANTIOMER of GROUP 1.3 DRUGS
characteristically has the (R) configuration. In the case of
GROUP 1.3 DRUGS having a single asymmetric carbon atom
BRONCHODILATOR ENANTIOMER will thus be the (R) enantiomer.
In the case of GROUP 1.3 DRUGS having two asymmetric carbon
atoms BRONCHODILATOR ENANTIOMER will be the (R,R) or (R,S)
isomer. In practice, GROUP 1.3 DRUGS having two asymmetric
carbon atoms have hitherto been used in clinic generally in
the form of the (RS,RS) racemic mixture and it is the (R,R)
enantiomer which generally has the greatest bronchodilator
potency (see e.g. Murase et al., loc. cit.). In the case of
GROUP 1.3 DRUGS hving two asymmetric carbon atoms
BRONCHODILATOR ENANTIOMER will thus usually be the (R,R)
enantiomer.

In practicing the present invention, GROUP 1.3 DRUG is
employed predominantly in the form of its BRONCHODILATOR
ENANTIOMER. Preferably GROUP 1.3 DRUG will be employed in
the form of its pure or substantially pure BRONCHODILATOR
ENANTIOMER, that is in a form free or substantially free of
other isomeric forms, in particular of the chirally opposite
("non-bronchodilator") antipode. Suitably GROUP 1.3 DRUGS
will comprise at least >75%, preferably at least 90%, e.g.
>95% or >98% BRONCHODILATOR ENANTIOMER. As previously
indicated GROUP 1.3 DRUGS in pure or substantially pure
isomeric form are known [see for example Murase et al. and
Hartley et al. loc. cit. and other references referred to in
the Merck Index hereinbefore cited] or may be obtained
analogously, e.g. by resolution of diastereomeric salt
forms/chromatographic techniques.

The present invention provides a method or use for the
treatment of inflammatory airways disease, in particular for
effecting bronchodilatation, e.g. as a means of alleviating
airways obstruction, in particular acute airways
obstruction, e.g. asthma attack, occurring in such disease.

DLEV011686

The invention thus provides symptomatic, rather than prophylactic, therapy for such disease.

The teaching of the present invention is applicable in the therapy of inflammatory or obstructive airways disease, in particular any such disease for which GROUP 1.3 DRUG therapy is commonly practiced, for example chronic obstructive pulmonary disease, e.g. consequential to cystic fibrosis, emphysema and, especially, chronic bronchitis and, most especially, asthma.

The present invention avoids deleterious side effects hereinbefore resulting or observed in, e.g. asthmatic patients consequent to conventional clinical usage of GROUP 1.3 DRUGS as racemic mixtures. In particular the invention provides means to avoid, ameliorate or restrict deleterious side effect, e.g. side effect deleterious to the airways. Thus the invention provides means to avoid, ameliorate or restrict exacerbation of disease status, for example basal disease, e.g. basal asthmatic, status or to avoid, ameliorate or restrict compromise or deterioration of lung function, or any other side effect concomitant to conventional clinical usage, for example "anomolous", "rebound" or "paradoxical" bronchospasm and, especially, increase in airway obstruction, exacerbation of late asthmatic response or non-specific bronchial reactivity or arterial hypoxaemia. Without limiting the present invention to any specific theory or mode of action, the present invention is in particular to be understood as providing a means for the avoidance, amelioration or restriction of exacerbation of airways hyperreactivity and/or of inflammatory or other event associated with, or which is an aetiological component of, inflammatory or obstructive airways disease, e.g. asthma. Such events are to be understood as including for example, inflammatory cell infiltration of the lungs or airways, connective tissue deposition or smooth muscle hyperplasia within the lungs or

DLEV011687

- 13 -                    30-7730

airways or other morphological change associated with
asthmatic status. The present invention also provides a
means of preventing or reducing morbidity, e.g. asthma
morbidity, ascribable to conventional, e.g. high dosage or
long term, GROUP 1.3 DRUG usage.

The present invention is especially applicable in the
therapy of bronchial asthma of whatever type or genesis. It
is applicable to both intrinsic and extrinsic asthma. It is
especially applicable to the treatment of allergic or atopic
(i.e. IgE-mediated) asthma or non-atopic asthma, as well as
exercise induced asthma, occupational asthma, asthma induced
following bacterial infection or drug, e.g. aspirin,
ingestion and other non-allergic asthmas. Treatment of
asthma is also to be understood as embracing treatment of
subjects, e.g. of less than 4 or 5 years of age, exhibiting
chronic cough or wheezing symptoms, in particular at night,
and diagnosed or diagnosable as "wheezy infants", i.e. as
embracing the treatment of "wheezy infant syndrome". Other
diseases to which the present invention is in particular
applicable include for example chronic obstructive pulmonary
or airways disease (COPD or COAD).

As previously mentioned, the present invention embraces the
understanding that BRONCHODILATOR ENANTIOMERS of GROUP 1.3
DRUGS may themselves exhibit adverse pharmacological
properties in common with the non-bronchodilator antipodes,
which are masked, or compensated for, by their
bronchodilator efficacy. As a direct corollary to this and
in the light of the understanding of said adverse effects as
taught by the invention, the therapeutic benefit of
BRONCHODILATOR ENANTIOMERS may be yet further improved by
co-administration of drug substances capable of reversing or
inhibiting the development of airways hyperreactivity,
notably the drug substance KETOTIFEN (cf. Merck Index, loc.
cit. item 5187). Accordingly in a further aspect the present
invention provides:

DLEV011688

- 14 -                                100-7730

C    A method as defined under A above, which method
     additionally comprises administration of KETOTIFEN; or

D    A GROUP 1.3 DRUG predominantly in the form of its
     BRONCHODILATOR ENANTIOMER for use as defined under B
     above, wherein said use comprises use in conjunction
     with use of KETOTIFEN, i.e. additionally comprises
     administration of KETOTIFEN.

KETOTIFEN is known and commercially available, e.g. in
pharmaceutically acceptable acid addition salt form, for
example as its hydrogen fumarate, for use, inter alia, as an
asthma prophylactic drug. References to KETOTIFEN herein are
to be understood as embracing KETOTIFEN in free base form or
in the form of any of its pharmaceutically acceptable acid
addition salts.

For the above purposes KETOTIFEN will generally be
administered in anti-asthmatically effective amount, i.e. at
dosages conventionally administered for the prophylaxis of
asthma, as hereinafter described. In practicing the
invention KETOTIFEN may be administered either concomitantly
with or independently of BRONCHODILATOR ENANTIOMER of GROUP
1.3 DRUG, e.g. in a separate daily regimen during the course
of therapy employing BRONCHODILATOR ENANTIOMER of GROUP 1.3
DRUG.

The deleterious effects of the non-bronchodilator enantiomer
(i.e. antipode of BRONCHODILATOR ENANTIOMER) of GROUP 1.3
DRUGS, e.g. of (S)-ALBUTEROL and (S)-TERBUTALINE [the dextro
or (+) optically active isomers] as well as the advantages
obtaining from the application of the present invention may
be demonstrated in conventional animal models as well as in
clinical trials for example as follows:

DLEV011689

- 15 -                    00-7730

Example 1: Influence of non-bronchodilator enantiomers of
GROUP 1.3 DRUGS on airways hyperreactivity in the guinea pig

Guinea-pigs (circa 500g) are anaesthetised by
intraperitoneal injection of sodium phenobarbitone
(100mg/kg) and sodium pentobarbitone (30mg/kg) then
paralysed by intramuscular injection of gallamine (10mg/kg).
Animals are ventilated (8ml/kg, 1Hz) via a tracheal cannula
using a mixture of air and oxygen (50:50, v/v). Ventilation
is monitored at the trachea by a pneumotachograph (type
0000, Fleisch, Zabona A.G., CH) connected to a differential
pressure transducer (type MP 4514871, Validyne, USA).
Coincident pressure changes within the thorax are measured
via an intrathoracic cannula, using a differential pressure
transducer (type MP 4524, Validyne, USA); blood pressure and
heart rate are recorded from the carotid artery using a
pressure transducer (type P23Dd, Gould, USA). From
measurements of air-flow and intrathoracic pressure, both
airway resistance ($R_L$) and compliance ($C_{dyn}$) are calculated
at each respiratory cycle using a digital electronic
pulmonary monitoring system (PMS, Mumed Ltd, London, UK) and
recorded. Blood pressure, intrathoracic pressure, airflow
and computed $R_L$ and $C_{dyn}$ in real time are displayed on a
visual display unit (model AT3, IBM, USA). Experimental data
is stored electronically and experimental traces or
processed data are plotted on a laser printer (Laser Jet
Series II, Hewlett Packard, USA) as required.

1)  In a first series of experiments responsivity of the
    airways to intravenous injection of histamine
    (0.56-1.8µg/kg at 10 min. intervals) is defined before,
    and twenty minutes after, intravenous infusion of (S)-
    ALBUTEROL over one hour (total dose 100µg/kg). Increase
    of airway resistance following intravenous injection of
    histamine (0.56, 1.0 & 1.8µg/kg) in one experimental run
    is recorded as (10 ± 1.8, 41.03 ± 9.14 & 223 ± 69.91
    cmH$_2$0/1/sec.) before and (60.01 ± 12.86, 149.06 ± 31:64

DLEV011690

- 16 -                           100-7730

& 539 ± 185.14 cmH$_2$0/1/sec.) after infusion of (S)-ALBUTEROL (100μg/kg). Incremental differences for successive doses of histamine recorded are 50.1, 108.03 & 316 cmH$_2$0/1/sec. By comparison, increased airway resistance in response to intravenous injection of histamine (0.56, 1.0 & 1.8μg/kg) before and after intravenous infusion of vehicle (0.9% saline) is recorded as (7.05 ± 1.17, 21.68 ± 3.05, 86.45 ± 14.13 and 15.04 ± 2.57, 30.42 ± 5.39, 101 ± 20 respectively) so that incremental differences for successive doses of histamine are 7.99, 8.74 & 14.75 cmH$_2$0/1/sec.

2) In a second series of experiments employing guinea pigs actively sensitised to ovalbumin (as described in Sanjar et al., Br. J. Pharmacol. 99, 679-686 (1990)); responsivity of the airways to intravenous injection of histamine (as under 1 above) before and after intratracheal instillation of tragant (0.2ml) alone or containing (S)-ALBUTEROL (10μg) or (S)-TERBUTALINE (10μg) is defined. In this test model both (S)-ALBUTEROL and (S)-TERBUTALINE are found to induce significant increase of airway resistance on intravenous injection of histamine as compared with animals receiving tragant only.

Similar or equivalent results are obtained employing non-bronchodilator enantiomer of other GROUP 1.3 DRUGS, e.g. the (S) or (S,S) enantiomer of GROUP 1.3 DRUGS (c) to (q) as hereinbefore set forth, at the same or equivalent dosage rates.

Example 2: Influence of non-bronchodilator enantiomer of GROUP 1.3 DRUGS on the lung function of asthmatic patients

The trial is carried out in double blind, placebo controlled format. Subjects are stable asthmatics with evident on-going

DLEV011691

- 17 -                           P  17730

compromisation of lung function. Typical subjects include
allergic asthmatics or non-allergic (intrinsic asthmatics)
with no evidence of atopy, clinically stable and using
conventional nebulised GROUP 1.3 DRUGS therapy regularly.
Asthma medication is withdrawn ca. 12 hours prior to
investigation and pulmonary function (FEV$_1$) is monitored at
regular intervals prior to and following adminsitration of
test substance or placebo (vehicle). Additionally PD20 for
histamine is determined by measuring the effect of inhaled
aerosols of histamine solutions (0.0625-8mg/ml) 0.5 hrs
before as well as 2.5 and 7.5 hrs after exposure to test
substance/vehicle.

Test substance comprises GROUP 1.3 DRUG administered by the
inhaled route either in racemic form (in accordance with
conventional practice) at conventional single dose level or
in substantially pure non-bronchodilator enantiomeric form
at 0.25 to 0.5 x the conventional single dose level.

In subjects receiving GROUP 1.3 DRUG in conventional,
racemic form, e.g. receiving (R,S)-ALBUTEROL,
(R,S)-TERBUTALINE or (RS,RS)-FENOTEROL, dose related
reduction of airflow obstruction is observed as compared
with subjects receiving placebo. Results thus accord with
conventional observations for GROUP 1.3 DRUG therapy.

In subjects receiving GROUP 1.3 DRUG in substantially pure
non-bronchodilator enantiomeric form, e.g. receiving
(S)-ALBUTEROL, (S)-TERBUTALINE or (S,S)-FENOTEROL, after
potential transient reduction in airflow obstruction
attributable to any BRONCHODILATOR ENANTIOMER present in the
administered material, individual subjects exhibit a
sustained fall in FEV$_1$, accompanied by increased wheezing
and discomfort as compared with results obtained from
subjects receiving placebo.

In practicing the present invention, BRONCHODILATOR

DLEV011692

) — 18 —            ) 100-7730

ENANTIOMER of GROUP 1.3 DRUG may be administered in any form
or by any route known or conventionally employed in relation
to use of selected GROUP 1.3 DRUG in conventional racemic
form, e.g. orally in the form of tablets, capsules, syrups,
granulates and micro-granulates etc., intravenously in the
form of an injectable solution, or by the pulmonary route.
Preferably BRONCHODILATOR ENANTIOMER of GROUP 1.3 DRUG will
be administered via the pulmonary route, e.g. by inhalation
from an appropriate dispenser device, e.g. as hereinbefore
indicated or as otherwise known or used in the art.

Dosages of BRONCHODILATOR ENANTIOMER of GROUP 1.3 DRUG
employed in practicing the present invention will vary, e.g.
depending on the particular GROUP 1.3 DRUG selected, the
selected route of administration, the particular condition
to be treated, the severity of the condition to be treated
and the effect desired. In general however dosages of
BRONCHODILATOR ENANTIOMER of the selected GROUP 1.3 DRUG
will be of the order of about 40% to 60%, e.g. about 50%, of
dosages administered employing the same GROUP 1.3 DRUG in
conventional, racemic form. This lowering of the dosage may
readily be achieved, e.g. by preparing galenic forms
comprising BRONCHODILATOR ENANTIOMER of the selected GROUP
1.3 DRUG as active ingredient in the same concentration as
in conventionally employed dosage forms and reducing the
daily dosaging requirement by ca. 50%, or by preparing
galenic forms comprising BRONCHODILATOR ENANTIOMER as active
ingredient at ca. 50% of the concentration conventionally
employed for GROUP 1.3 DRUG and maintaining conventional
daily dosaging requirements. In the latter case, the 50%
reduction in active ingredient content will be compensated
by the addition of the equivalent amount of an appropriate,
inert pharmaceutically acceptable diluent or carrier.

Thus for administration by inhalation, (R,S)-ALBUTEROL is
conventionally administered, e.g. via a metered dose aerosol
delivering 100μg racemic drug substance per actuation. For

DLEV011693

19 -                    1C. 7730

adults, administration is conventionally effected 3 to 4
times/day with 2 actuations at each administration, to give
a dosage per administration of 200µg drug substance. The
canisters employed in the delivery device contain ca. 20mg
(R,S)-ALBUTEROL or sufficient for 200 actuations.

Employing pure or substantially pure (R)-ALBUTEROL in
accordance with the present invention, administration can be
effected employing an identical regimen to that used for the
racemate but using canisters containing ca. 10mg
(R)-ALBUTEROL, giving a metered dose of 50µg drug substance
per actuation or a dosage of 100µg drug substance 3 to 4
times/day, or using canisters containing ca. 20mg (R)-
ALBUTEROL, giving a metered dose of 100µg drug substance per
actuation and applying only 1 instead of 2 actuations at
each administration.

From the foregoing it will be appreciated that suitable
galenic formulations for practicing the present invention
may be in all material respects identical to those employed
for delivery of conventional, racemic GROUP 1.3 DRUG, but
with appropriate compensation for reduction in active
ingredient content where required.

As previously indicated, in practicing the present
invention, BRONCHODILATOR ENANTIOMER of GROUP 1.3 DRUG is
preferably administered by the pulmonary route, e.g. by
inhalation. Compositions employed will thus preferably be in
a form permitting, enabling or adapted for administration
via the pulmonary route. Such forms will in particular
include free flowing, or freely flowable, dispersible forms,
for example liquid or finely divided powder forms, capable
of or adapted to delivery as an inhalable spray, mist or
dispersion in air, e.g. following delivery from an
appropriate, e.g. aerosol, atomiser, dry powder dispenser or
like device. Carriers, excipients, diluents etc. employed in
such compositions will likewise preferably be selected from

DLEV011694

- 20 -                    00-1750

amongst those known, employed and/or recognised as suitable
for pulmonary administration.

The following examples are illustrative of compositions
suitable for use in accordance with the present invention:

Example 3

3.1  Tablets or capsules may contain the active agent in
admixture with conventional pharmaceutically acceptable
excipients, e.g. inert diluents such as calcium carbonate,
sodium carbonate, lactose and talc, granulating and
disintegrating agents, e.g. starch and alginic acid,
flavouring, colouring and sweetening agents, binding agents,
e.g. starch, gelatin and acacia, and lubricating agents,
e.g. magnesium stearate, stearic acid and talc, e.g. as
follows:

| INGREDIENTS | WT./DOSE |
|---|---|
| (R)-METAPROTERENOL (as its sulfate) in substantially pure form | 20.00 mg |
| Lactose (200 mesh) | 90.00 mg |
| Corn starch | 35.00 mg |
| Silicon dioxide (Aerosil 200) | 1.75 mg |
| Magnesium stearate | 3.25 mg |
| TOTAL | 150.00 mg |

The ingredients are intimately admixed employing
conventional galenic procedures, filled into hard gelatin
capsules and the capsules sealed.

The capsules are useful in accordance with the present
invention in the therapy of asthma on administration in
adults 2x daily to give a daily dose of 40mg/day/p.o..
Alternatively capsules may be prepared comprising 10.00mg

DLEV011695

)1 -                    100 - )30

(R)-ORCIPRENALINE (as its sulfate) for administration in
adults 4x daily.

Equivalent oral compositions may be prepared comprising
BRONCHODILATOR ENANTIOMER of any other GROUP 1.3 DRUG, e.g.
as hereinbefore referred to, either at conventional unit
dosage drug concentration* for administration at 50%
conventional dosaging rate* or at 50% conventional unit
dosage drug concentration for administration at conventional
dosaging rate.

*For the drug substances TERBUTALINE, FENOTEROL and
CARBUTEROL for example, conventional oral unit dosage forms
(comprising racemic material) comprise 2.5 or 5.0mg; 5.0 or
10.0mg; and 2.3mg racemic material respectively, for
administration 2 to 4x daily.]

.2   Inhalable aqueous solutions may also be prepared in
conventional manner, e.g. optionally with the addition of
ethanol as solubilizer, and with acid buffering agents to an
acid pH of 4.0. Stabilizing and preserving agents may also
optionally be added. Suitable compositions for pulmonary
application from a conventional metered delivery device may
be made up for example as follows:

Aqueous solutions are prepared comprising (a) 0.5, (b) 1.0
and (c) 2.0 mg (R)-ALBUTEROL as the sulphate/ml and adjusted
to pH ca. 4.0 by the addition of $H_2SO_4$. Compositions are
filled in 2.5ml amounts, comprising 0.5%, 1.0% and 2.0%
(R)-ALBUTEROL, into plastic ampoules for insertion into a
conventional metered device, e.g. for use, in relation to
composition (a) with 2x actuation delivering a total of
50μg (R)-ALBUTEROL  2 to 4x daily, in relation to
composition (b) with 1x actuation delivering a total of
50μg (R)-ALBUTEROL  2 to 4x daily or in relation to
composition (c) with 1x actuation delivering a total of
50μg (R)-ALBUTEROL  1 to 2x daily.

DLEV011696

- 22 -                    100-7730

Equivalent compositions may be prepared comprising
BRONCHODILATOR ENANTIOMER of any other GROUP 1.3 DRUG, e.g.
as hereinbefore referred to, either at conventional unit
drug concentration** for administration at 50% conventional
dosaging rate or at 50% conventional drug concentration for
administration at conventional dosaging rate.

[**For the drug substances ISOETHARINE, METAPROTERENOL,
TERBUTALINE, FENOTEROL and CARBUTEROL for example,
conventional inhaled doses (per puff) are 350μg; 650μg;
250μg; 200μg; and 100μg racemate respectively, for use in
two puffs generally administered 2 to 4 or up to 6x daily.]

In accordance with the foregoing the present invention also
provides:

E    A pharmaceutical composition comprising a GROUP 1.3 DRUG
     predominantly in the form of its BRONCHODILATOR
     ENANTIOMER as active ingredient, together with a
     pharmaceutically acceptable diluent or carrier therefor.

Pharmaceutical compositions are to be understood as being,
in particular, compositions of which the individual
components are not only suitable or allowable for therapeutic
usage but which are manufactured and processed under
conditions of sterility appropriate or required for
therapeutic usage.

When the method of the present invention is practiced in
conjunction KETOTIFEN therapy, dosages of KETOTIFEN employed
will generally be the same or of similar order to KETOTIFEN
dosages as conventionally employed for the prophylaxis or
management of asthma, that is of the order of 1 to 4mg,
preferably 2 or 4mg/day/p.o., suitably administered in 1 or
2mg doses, preferably 1x or 2x daily, or in liquid e.g.
syrup form. Suitable oral dosage forms, e.g. 1mg and 2mg

DLEV011697

- 3 -                                   100 - 30

tablets and capsules as well as syrup formulations
comprising KETOTIFEN as active ingredient, for use in
practicing the present invention are known and commercially
available.

Utility of the present invention may also be demonstrated in
clinical trials, for example, performed as follows:

CLINICAL TRIAL I

Trial subjects are selected from patients having a clinical
history of asthma and demonstrable airway obstruction (e.g.
FEV$_1$ less than predicted from standard tables) that is
resolved by inhalation of clinical doses of GROUP 1.3 DRUGS
in conventional, racemic form [e.g. of (R,S)-ALBUTEROL].
Subjects also exhibit demonstrable increase in airway
reactivity to inhaled histamine or methacholine. Typically,
selected subjects are young adults (ca. 15 to 25 years of
age) allergic to pollens, animal danders or house dust mite,
using inhaled conventional, racemic GROUP 1.3 DRUG therapy
intermittently (e.g. according to subjective perception of
symptoms), with or without additional anti-asthma therapy
such as inhaled steroid, cromoglycate or KETOTIFEN.

Trial subjects are divided into separate groups receiving
either conventional, racemic GROUP 1.3 DRUG [e.g.
(R,S)-ALBUTEROL] at conventional doses of 200μg or
BRONCHODILATOR ENANTIOMER of GROUP 1.3 DRUG dosing [e.g.
(R)-ALBUTEROL] at 50% doses of 100μg, all doses administered
by inhalation regularly, e.g. 2 to 4x daily over a period of
to 6 months. Concomitant additional therapy, as mentioned
above is maintained where used. Subjects are monitored at
monthly intervals during the course of the trial period for
airways hyperreactivity, preferably using leukotriene C$_4$ or
$_4$ as test spasmogen, e.g. as reported in references already
referred to hereinbefore.

DLEV011698

- 24 -                    100-7730

Increase in airway hyperreactivity is evidenced in subjects
receiving conventional, racemic GROUP 1.3 DRUG. Subjects
receiving BRONCHODILATOR ENANTIOMER in contrast exhibit a
clearly restricted tendency to increase in hyperreactivity
but exhibit equivalent benefit in terms of bronchodilator
action during exacerbation. In subjects receiving
concomitant KETOTIFEN yet further restricted trend towards
increase in hyperreactivity is observed.


CLINICAL TRIAL II

Subjects are selected from patient groups as described for
TRIAL I. Subjects receive conventional, racemic GROUP 1.3
DRUG [e.g. (R,S) ALBUTEROL at 200$\mu$g by inhalation] or
BRONCHODILATOR ENANTIOMER of GROUP 1.3 DRUG [e.g. (R)-
ALBUTEROL at 100$\mu$g by inhalation]. The alternative
therapies are assigned to individual subjects in randomized,
double-blind manner. Pulmonary function (e.g. $FEV_1$) and
sensitivity to a test of airway hyperreactivity (e.g.
inhaled aerosolised histamine) is determined before
drug-administration and after intervals (e.g. of 2 and 5
hours) post drug-administration.


In the case of subjects receiving conventional, racemic
GROUP 1.3 DRUG, evident mismatch is recorded between
observed drug bronchodilator efficacy and suppression of
manifestation of hyperreactivity, such that there is no
observed protection from manifestation of hyperreactivity
even though substantial bronchodilator response remains
evident. In subjects receiving BRONCHODILATOR ENANTIOMER,
degree of mismatch is significantly reduced while
bronchodilator efficacy is maintained.

DLEV011699

CLAIMS                                   100-7730

1.  A selective $\beta_2$ sympathomimatic bronchodilator drug
predominantly in the form of its BRONCHODILATOR
ENANTIOMER for use in the improved treatment of
inflammatory or obstructive airways disease in human.

2.  A selective $\beta_2$ sympathomimatic bronchodilator drug
predominantly in the form of its BRONCHODILATOR
ENANTIOMER for use as defined in claim 1, wherein the
improved treatment comprises treatment to avoid,
ameliorate or restrict occurrence of side effect
deleterious to the airways.

3.  A selective $\beta_2$ sympathomimatic bronchodilator drug
predominantly in the form of its BRONCHODILATOR
ENANTIOMER for use as defined in claim 1, wherein the
improved treatment comprises treatment to avoid,
ameliorate or restrict exacerbation of basal disease
status or compromise or deterioration of lung functio:

4.  A selective $\beta_2$ sympathomimatic bronchodilator drug
predominantly in the form of its BRONCHODILATOR
ENANTIOMER for use as defined in any one of claims 1 :
3, wherein said use comprises use in conjunction with
use of Ketotifen.

The BRONCHODILATOR ENANTIOMER of a selective $\beta_2$
sympathomimatic bronchodilator drug in pure or
substantially pure form for use as defined in any one :
claims 1 to 4.

The use of a selective $\beta_2$ sympathomimatic bronchodila::
drug predominantly in the form of its BRONCHODILATOR
ENANTIOMER or the use of the BRONCHODILATOR ENANTIOME:
of a selective $\beta_2$ sympathomimatic bronchodilator drug :
pure or substantially pure form for the preparation c::
pharmaceutical composition for use in a method of

DLEV011700

treatment as defined in any one of claims 1 to 4.

7.  A selective $\beta_2$ sympathomimatic bronchodilator drug
    selected from the group consisting of terbutaline,
    albuterol, fenoterol, hexoprenaline, rimiterol,
    isoetharine, orciprenaline, reproterol, clenbuterol,
    procaterol, carbuterol, tolobuterol, pirbuterol,
    bitolterol, formoterol, bambuterol and salmeterol
    predominantly in the form of its BRONCHODILATOR
    ENANTIOMER or the BRONCHODILATOR ENANTIOMER of a
    selective $\beta_2$ sympathomimatic bronchodilator drug
    selected from the aforesaid group in pure or
    substantially pure form for use as defined in any one of
    claims 1 to 4 or 6.

8.  A pharmaceutical composition comprising a $\beta_2$
    sympathomimatic bronchodilator drug predominantly in the
    form of its BRONCHODILATOR ENANTIOMER or the
    BRONCHODILATOR ENANTIOMER of a selective $\beta_2$
    sympathomimatic bronchodilator drug in pure or
    substantially pure form together with a pharmaceutically
    acceptable diluent or carrier therefor.

9.  A pharmaceutical composition according to claim 8
    wherein the $\beta_2$ sympathomimatic bronchodilator drug is
    selected from the group defined in claim 7.

10. Ketotifen for use in the preparation of a pharmaceutical
    composition for use in further improving use as defined
    in any one of claims 1 to 3 of a selective $\beta_2$
    sympathomimatic bronchodilator drug in the form of its
    BRONCHODILATOR ENANTIOMER or of the BRONCHODILATOR
    ENANTIOMER of a selective $\beta_2$ sympathomimatic
    bronchodilator drug in pure or substantially pure form.

DLEV011701



PATENT NO.

ORIGINAL CLASSIFICATION

CLASS 514 | 649

APPLICATION SERIAL NUMBER
09/063,551

CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |
|-------|-----------------------------------|
| 574 | 826 |
| | |
| | |
| | |

APPLICANT'S NAME (PLEASE PRINT)
Timothy J. Barbericheld

IF REISSUE, ORIGINAL PATENT NUMBER

INTERNATIONAL CLASSIFICATION (IRC)

| A | 6 | 1 | K | 31/135 |

GROUP ART UNIT
1614

ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME)

PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME)
Raymond J. Henley III

PTO 270
(REV. 5-91)

ISSUE CLASSIFICATION SLIP

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

DLEV011702

## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 1997

**Application or Docket Number**

09/063,551

### CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) | SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE | FEE | OR | RATE | FEE |
| BASIC FEE | | | | 395.00 | OR | | 790.00 |
| TOTAL CLAIMS | 10 | minus 20 = * | x$11= | | OR | x$22= | |
| INDEPENDENT CLAIMS | 2 | minus 3 = * | x41= | | OR | x82= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +135= | | OR | +270= | |
| | | | TOTAL | | OR | TOTAL | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT A | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
| | Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| | Independent | * | Minus *** | = | x41= | | OR | x82= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +135= | | OR | +270= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | | (Column 1) | (Column 2) | (Column 3) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT B | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
| | Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| | Independent | * | Minus *** | = | x41= | | OR | x82= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +135= | | OR | +270= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | | (Column 1) | (Column 2) | (Column 3) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT C | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
| | Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| | Independent | * | Minus *** | = | x41= | | OR | x82= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +135= | | OR | +270= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 8/97)          *U.S. Government Printing Office: 1997 - 430-571/69194          Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

DLEV011703

PART B—ISSUE FEE TRANSMIT

mplete and mail this form, together with    able fees, to:    Box ISSUE FEE
Assistant Commissioner for    ents,
Washington, D.C. 2023T

ILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1
ugh 4 should be completed where appropriate. All further correspondence including the Issue Fee
eipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current
rrespondence address as indicated unless corrected below or directed otherwise in Block 1, by (a)
cifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for
ntenance fee notifications.

Note: The certificate of mailing below can only be used for domestic
mailings of the Issue Fee Transmittal. This certificate cannot be used
for any other accompanying papers. Each additional paper, such as an
assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with
the United States Postal Service with sufficient postage for first class
mail in an envelope addressed to the Box Issue Fee address above on
the date indicated below.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any changes or use Block 1)

PM42/0624

PHILIP E HANSEN
HESLIN & ROTHENBERG
5 COLUMBIA CIRCLE
ALBANY NY 12203

Philip E Hansen _____ (Name)
_____ (Signature)
September 3, 1998 _____ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 09/063,551 | 04/21/98 | 010 | HENLEY III, R. | 1614 | 06/24/98 |

irst Named
pplicant    BARBERICH,    TIMOTHY J.

TITLE OF
ENTION METHOD FOR INDUCING BRONCHODILATION USING OPTICALLY PURE R(-)ALBUTEROL
(AS AMENDED)

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 1. | 0701.027F | 514-649.000 | F87 | UTILITY | NO | $660.00 | 09/24/9 |

Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form
PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent
attorneys or agents OR, alternatively, (2)
the name of a single firm (having as a
member a registered attorney or agent)
and the names of up to 2 registered patent
attorneys or agents. If no name is listed, no
name will be printed.

1 Heslin & Rothenberg
2 _____
3 _____

ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent.
Inclusion of assignee data is only appropriate when an assignment has been previously submitted to
the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for
filing an assignment.

(A) NAME OF ASSIGNEE    Sepracor, Inc.

(B) RESIDENCE: (CITY & STATE OR COUNTRY) Marlborough, MA

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ individual    ☒ corporation or other private group entity    ☐ government

4a. The following fees are enclosed (make check payable to Commissioner
of Patents and Trademarks):
☒ Issue Fee
☒ Advance Order - # of Copies ____ 10

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER ____ 08-1935
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☐ Issue Fee
☐ Advance Order - # of Copies ____

e COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

uthorized Signature    Philip E Hansen    (Date) 9/3/98

OTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney
agent; or the assignee or other party in interest as shown by the records of the Patent and
ademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary
pending on the needs of the individual case. Any comments on the amount of time required
complete this form should be sent to the Chief Information Officer, Patent and Trademark
ffice, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS
DDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for
atents, Washington D.C. 20231

nder the Paperwork Reduction Act of 1995, no persons are required to respond to a collection
information unless it displays a valid OMB control number.

**TRANSMIT THIS FORM WITH FEE**

C/B (REV.10-96) Approved for use through 06/30/98. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

DLEV011704

US005844002A

# United States Patent [19]

## Barberich et al.

[11]  Patent Number:  5,844,002

[45]  Date of Patent:  Dec. 1, 1998

[54]  METHOD FOR INDUCING BRONCHODILATION USING OPTICALLY PURE R(−) ALBUTEROL

[75]  Inventors: **Timothy J. Barberich**, Concord; **James W. Young**, Still River, both of Mass.

[73]  Assignee: **Sepracor, Inc.**, Marlborough, Mass.

[21]  Appl. No.: 63,553

[22]  Filed: **Apr. 21, 1998**

### Related U.S. Application Data

[63]  Continuation of Ser. No. 691,608, Aug. 15, 1996, Pat. No. 5,760,090, which is a continuation of Ser. No. 335,480, Nov. 7, 1994, Pat. No. 5,547,994, which is a continuation of Ser. No. 163,581, Dec. 7, 1993, Pat. No. 5,362,755, which is a continuation of Ser. No. 826,742, Jan. 9, 1992, abandoned, which is a continuation of Ser. No. 451,262, Jan. 3, 1990, abandoned.

[51]  Int. Cl.⁶ ............................................. A61K 31/135
[52]  U.S. Cl. ................................. 514/649; 514/826
[58]  Field of Search ........................... 514/649, 826

[56]  **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,362,755 | 11/1994 | Barberich et al. ............ 514/649 |
| 5,547,994 | 8/1996 | Barberich et al. ............ 514/649 |
| 5,760,090 | 6/1998 | Barberich et al. ............ 514/649 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 2112258 | of 1983 | Germany |
| 1298494 | of 1971 | United Kingdom |
| 2 255 503 | of 1992 | United Kingdom |

#### OTHER PUBLICATIONS

Tan et al. "Stereoselective Disposition of Salbutamol Enantiomers . . .", *Clin. Chem.* 33, 1026 (1987).

Brittain et al. "Some observations on the β-adrenoceptor agonist . . ." *Br. J. Pharmac.* 48, 144–147 (1973).

Hartley et al. "Absolute Configuration of the Optical Isomers of Salbutamol" *J. Med. Chem.* 12, 995 (1971).

Hawkins et al. "Relative Potency of (−) and (±) Salbutamol on Guinea Pig . . ." *J. Med. Chem.* 16, 856–857 (1973).

Buckner et al. "Studies on the Effects of Enantiomers of Soterenol, Trimetoquinol . . ." *J. Pharm. Exp. Ther.* 189, 616–625 (1974).

Paszowski-Muszyska B. "Effect on beta adrenergic receptors of tachyphylaxis . . ." *Index Medicus* 91:164282.

Piniewa "Effect of corticosteroids on the action of sympathomimetics" *Index Medicus* 86:051970.

Chapman et al. "An anomalous effect of salbutamol in sensitised guinea pigs" *Brit. J. Pharmacol* 99, 66P (1990).

Morley et al. "Effects of (+) and racemic salbutamol on airway responses in the guinea pig" *Brit. J. Pharmacol.* 104, 295P (1991).

Chapman et al. "Racemic mixtures, at root of worsening symptoms? Active enantiomers . . ." *TIPS* 13, 231–232 (1992).

Multani et al. "Comparison of acute bronchodilator effects of oral salbutamol, . . ." *Chem. Abstr.* 89: 123259n (1978).

*Primary Examiner*—Raymond Henley, III
*Attorney, Agent, or Firm*—Heslin & Rothenberg, P.C.

[57]  **ABSTRACT**

The optically pure R(−) isomer of albuterol, which is substantially free of the S(+) isomer, is a potent bronchodilator for relieving the symptoms associated with asthma in individuals. A method is disclosed utilizing the optically pure R(−) isomer of albuterol for treating asthma while minimizing the side effects associated with albuterol.

**10 Claims, No Drawings**

5,844,002

| 1 | 2 |

## METHOD FOR INDUCING BRONCHODILATION USING OPTICALLY PURE R(−) ALBUTEROL

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 08/691,504, filed Aug. 15, 1996, now U.S. Pat. No. 5,760,090, which is a continuation of application Ser. No. 08/235,480, filed Nov. 7, 1994, now U.S. Pat. No. 5,547,994 which is a continuation of application Ser. No. 08/163,581, filed Dec. 7, 1993, now U.S. Pat. No. 5,362,755, which is a continuation of application Ser. No. 07/956,725, filed Jan. 9, 1992 now abandoned, which was a continuation of application Ser. No. 07/461,202, filed Jan. 5, 1990, now abandoned.

### BACKGROUND

Albuterol is a drug belonging to the general class of beta-adrenergic compounds. The prime action of beta-adrenergic drugs is to stimulate adenyl cyclase, the enzyme which catalyzes the formation of cyclic-3′,5′-adenosine monophosphate (AMP) from adenosine triphosphate (ATP). The cyclic AMP formed mediates the cellular responses. Albuterol acts selectively on beta-adrenergic receptors to relax smooth muscle tissue, for example, in the bronchial system. Albuterol is most commonly used to treat bronchial spasm associated with asthma and is the active component in well-known commercial bronchodilators such as Proventil and Ventolin.

The form in which albuterol is presently used is a racemic mixture. That is, it is a mixture of optical isomers, called enantiomers. Enantiomers are structurally, identical compounds which differ only in that one isomer is a mirror image of the other and the mirror images cannot be superimposed. This phenomenon is known as chirality. Most biological molecules exist as enantiomers and exhibit chirality. Although structurally identical, enantiomers can have profoundly different effects in biological systems: one enantiomer may have a specific biological activity while the other enantiomer has no biological activity at all, or may have an entirely different form of biological activity.

### SUMMARY OF THE INVENTION

The present invention relates to a method of treating bronchial disorders, such as asthma, in an individual, by administering to the individual an amount of optically pure R(−) albuterol which is active in bronchial tissue sufficient to reduce bronchial spasms associated with asthma while minimizing side effects associated with albuterol. The method is particularly useful in treating asthma while reducing side effects, such as central nervous system stimulatory effects and cardiac arrythmia. In these applications, it is important to have a composition which is a potent bronchodilator and which does not exhibit the adverse side effects of many beta-adrenergic drugs. A composition containing the pure R(−) isomer of albuterol is particularly useful for this application because this isomer exhibits these desired characteristics. The present method provides a safe, effective method for treating asthma while reducing undesirable side effects, for example, tremor, nervousness, shakiness, dizziness, and increased appetite, and particularly, cardiac arrythmia, typically associated with beta-adrenergic drugs. In children, side effects such as excitement, nervousness and hyperkinesia are reduced when the pure isomer is administered. In addition to the above, at certain levels racemic

albuterol can cause teratogenic effects, which are believed to be associated with the S(+) isomer. Administering the pure isomer reduces the teratogenic potential which is associated with the S(+) isomer of albuterol.

### DETAILED DESCRIPTION OF THE INVENTION

The present invention utilizes of the broncho-dilation activity of the R(−) enantiomer of albuterol to provide relief from bronchial disorders, while simultaneously reducing undesirable side effects, for example, central nervous system stimulatory effects and cardiac disorders, commonly experienced by albuterol users. In the present method, the optically pure R(−) isomer of albuterol, which is substantially free of the S(+) enantiomer, is administered alone, or in combination with one or more other drug(s) in adjunctive treatment, to an individual in whom asthma relief (e.g., relief from bronchial spasms, shortness of breath) is desired. The optically pure R(−) isomer of albuterol (as used herein refers to the levorotatory optically pure isomer of α1[(tert-butylamino)methyl]-4-hydroxy-m-xylene-α,α′-diol, and to any physiologically acceptable salt of either thereof. The term "optically pure" or "substantially free of the S(+) enantiomer" as used herein means that the composition contains at least 90% by weight of the R(−) isomer of albuterol and 10% by weight or less of the S(+) isomer. Optically pure albuterol is readily obtainable by methods known to those of skill in the art, for example, by synthesis from an optically pure intermediate.

In the present method, the R(−) isomer of albuterol is administered to an individual who has asthma. For example, R(−) albuterol is administered to an individual after onset of asthma to reduce breathing difficulty resulting from asthma. In another embodiment, optically pure R(−) albuterol is administered prophylactically, that is, before the bronchiospasm begins or an asthma attack, to prevent its occurrence or to reduce the extent to which it occurs.

In the present method, R(−) albuterol can be administered by inhalation, by subcutaneous or other injection, orally, intravenously, topically, parenterally, transdermally, rectally or via an implanted reservoir containing the drug. The form in which the drug will be administered (e.g., inhalant, powder, tablet, capsule, solution, emulsion) will depend on the route by which it is administered. The quantity of the drug to be administered will be determined on an individual basis, and will be based at least in part on consideration of the individual's size, the severity of the symptoms to be treated and the result sought. In general, quantities of optically pure R(−) albuterol sufficient to reduce the symptoms of asthma will be administered. The actual dosage (quantity administered at a time) and the number of administrations per day will depend on the mode of administration, for example, by inhaler, nebulizer or oral administration. About 30 mcg to about 90 mcg of the optically pure R(−) isomer of albuterol given by inhalation one or more times per day will be adequate in most individuals to produce the desired bronchodilation effect. For oral administration, e.g., tablet or syrup, a dose of about 1 mg to about 8 mg two to four times daily is administered to produce the desired effect.

In the method of the present invention, the optically pure R(−) isomer of albuterol can be administered together with one or more other drug(s). For example, an antiasthmatic drug such as theophylline or terbutaline, or an antihistamine or analgesic such as aspirin, acetaminophen or ibuprofen, can be given with or in close temporal proximity to administration of optically pure, R(−) albuterol. The two (or more)

DLEV011706

5,844,002

3

drugs (the optically pure active isomer of albuterol and another drug) can be administered in one composition or as two separate entities. For example, they can be administered in a single capsule, tablet, powder, or liquid, etc. or as individual compounds. The components included in a particular composition, in addition to optically pure albuterol and another drug or drugs, are determined primarily by the manner in which the composition is to be administered. For example, a composition to be administered in inhalant form can include, in addition to the drug(s), a liquid carrier and/or propellant. A composition to be administered in tablet form can include a filler (e.g., lactose), a binder (e.g., carboxymethyl cellulose, gum arabic, gelatin), an adjuvant, a flavoring agent, a coloring agent and a coating material (e.g., wax or a plasticizer). A composition to be administered in liquid form can include the combination of drugs and, optionally, an emulsifying agent, a flavoring agent and/or a coloring agent.

In general, according to the method of the present invention, the optically pure R(−) isomer of albuterol, alone or in combination with another drug(s), is administered to an individual periodically as necessary to reduce symptoms of asthma.

The present composition and method provide an effective treatment for asthma while minimizing the undesirable side effects associated with albuterol use. These side effects include central nervous system effects, such as tremor, nervousness, shakiness, dizziness and increased appetite, and cardiac effects, such as cardiac arrythmia. In children, side effects, such as excitement, nervousness and hyperkinesia, are reduced when the pure isomer is administered. In addition, teratogenic effects associated with albuterol are believed to reside in the S(+) enantiomer. Thus, administering the pure R(−) isomer may reduce the teratogenic potential associated with albuterol.

Equivalents

Those skilled in the art will recognize, or be able to ascertain, using no more than routine experimentation, many

4

equivalents to the specific embodiments of the invention described herein. Such equivalents are intended to be encompassed in the scope of the following claims.

We claim:

1. A method of inducing bronchodilation or providing relief of bronchospasm, comprising administering to an individual a quantity of optically pure R(−) albuterol sufficient to induce said bronchodilation.

2. A method according to claim 1, wherein the albuterol comprises at least 90% by weight of the R(−) isomer and not more than 10% by weight of the S(+) isomer.

3. A method according to claim 1, wherein the albuterol comprises at least 99% by weight of the R(−) isomer and 1% or less by weight of the S(+) isomer.

4. A method according to claim 1, wherein the optically pure R(−) albuterol is administered by inhalation.

5. A method according to claim 4, wherein the optically pure R(−) albuterol is administered in an amount of about 30 μg to about 90 μg.

6. A method according to claim 1, wherein the optically pure R(−) albuterol is administered orally.

7. A method according to claim 6, wherein the optically pure R(−) albuterol is administered in an amount of about 1 mg to about 8 mg.

8. A method according to claim 6, wherein the optically pure R(−) albuterol is administered as a syrup.

9. A method according to claim 7, wherein the optically pure R(−) albuterol is administered as a syrup.

10. A method of inducing bronchodilation or providing relief of bronchospasm while reducing the concomitant liability of adverse effects associated with racemic albuterol, comprising administering to an individual a quantity of optically pure R(−) albuterol sufficient to induce said bronchodilation while simultaneously reducing said adverse effects.

* * * * *

DLEV011707



## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 574 | 649 | 6/20/95 | RH |
|  | 826 |  |  |

## SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

| | Date | Exmr. |
|---|------|-------|
| None | | |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 574 | 649 | 6/24/95 | RH |
|  | 826 |  |  |

(RIGHT OUTSIDE)

DLEV011708

ISSUE-SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| DETERMINATION | W | 7534 | 00-20-98 |
| P.E. CLASSIFIER |  | 16 | 42998 |
| FORMALITY REVIEW | E7 | 5958 4 | 5/6/98 |

### INDEX OF CLAIMS

| | | | |
|---|---|---|---|
| ✓ | Rejected | N | Non-elected |
| = | Allowed | I | Interference |
| − | (Through numeral) Canceled | A | Appeal |
| ÷ | Restricted | O | Objected |

| Claim Final Original | Date | Claim Final Original | Date | Claim Final Original | Date |
|---|---|---|---|---|---|
| | | 51 | | 101 | |
| | | 52 | | 102 | |
| | | 53 | | 103 | |
| | | 54 | | 104 | |
| | | 55 | | 105 | |
| | | 56 | | 106 | |
| | | 57 | | 107 | |
| | | 58 | | 108 | |
| | | 59 | | 109 | |
| | | 60 | | 110 | |
| | | 61 | | 111 | |
| | | 62 | | 112 | |
| | | 63 | | 113 | |
| | | 64 | | 114 | |
| | | 65 | | 115 | |
| | | 66 | | 116 | |
| | | 67 | | 117 | |
| | | 68 | | 118 | |
| | | 69 | | 119 | |
| | | 70 | | 120 | |
| | | 71 | | 121 | |
| | | 72 | | 122 | |
| | | 73 | | 123 | |
| | | 74 | | 124 | |
| | | 75 | | 125 | |
| | | 76 | | 126 | |
| | | 77 | | 127 | |
| | | 78 | | 128 | |
| | | 79 | | 129 | |
| | | 70 | | 130 | |
| | | 81 | | 131 | |
| | | 82 | | 132 | |
| | | 83 | | 133 | |
| | | 84 | | 134 | |
| | | 85 | | 135 | |
| | | 86 | | 136 | |
| | | 87 | | 137 | |
| | | 88 | | 138 | |
| | | 89 | | 139 | |
| | | 90 | | 140 | |
| | | 91 | | 141 | |
| | | 92 | | 142 | |
| | | 93 | | 143 | |
| | | 94 | | 144 | |
| | | 95 | | 145 | |
| | | 96 | | 146 | |
| | | 97 | | 147 | |
| | | 98 | | 148 | |
| | | 99 | | 149 | |
| | | 100 | | 150 | |

If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)

DEEV011709



DELV0111710

U.S.S.N. U.S. PTO
09/063,551
04/22/98

PATENT APPLICATION

09063551

APR 2 9 98 27

INITIALS

## CONTENTS

| | Date received (Incl. C. of M.) or Date Mailed | | | Date received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|---|
| 1. Application papers. | | 42. | |
| 2. | | 43. | |
| 3. Prl amend A | 4-21-98 | 44. | |
| 4. Terminal Disc'l @ | 4-21-98 | 45. | |
| 5. Notice of Allowability | 6/24/98 | 46. | |
| 6. PTO GRANT OCT 6 1 1998 | | 47. | |
| 7. | | 48. | |
| 8. | | 49. | |
| 9. | | 50. | |
| 10. | | 51. | |
| 11. | | 52. | |
| 12. | | 53. | |
| 13. | | 54. | |
| 14. | | 55. | |
| 15. | | 56. | |
| 16. | | 57. | |
| 17. | | 58. | |
| 18. | | 59. | |
| 19. | | 60. | |
| 20. | | 61. | |
| 21. | | 62. | |
| 22. | | 63. | |
| 23. | | 64. | |
| 24. | | 65. | |
| 25. | | 66. | |
| 26. | | 67. | |
| 27. | | 68. | |
| 28. | | 69. | |
| 29. | | 70. | |
| 30. | | 71. | |
| 31. | | 72. | |
| 32. | | 73. | |
| 33. | | 74. | |
| 34. | | 75. | |
| 35. | | 76. | |
| 36. | | 77. | |
| 37. | | 78. | |
| 38. | | 79. | |
| 39. | | 80. | |
| 40. | | 81. | |
| 41. | | 82. | |

(FRONT)

DLEV011711