**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEPRACOR INC., | |
| Plaintiff, | |
| vs. | |
| DEY, L.P. and DEY, INC., | C.A. No. 06-113-JJF |
| Defendants. | CONSOLIDATED |
| SEPRACOR INC., | PUBLIC VERSION |
| Plaintiff, | |
| vs. | |
| BARR LABORATORIES, INC., | |
| Defendant. | |

**DECLARATION OF IMRON T. ALY IN SUPPORT OF BARR'S OPENING
MEMORANDUM REGARDING CLAIM CONSTRUCTION**

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Fax: (302) 571-1750
rherrmann@morrisjames.com

George C. Lombardi
Imron T. Aly
Elizabeth H. Erickson
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700

Originally filed:  April 10, 2008
Public version filed:  April 16, 2008

*Attorneys for Defendant Barr Laboratories, Inc.*

I, IMRON T. ALY, declare and state that:

1.      I am a partner at the law firm of Winston & Strawn LLP, located in Chicago, Illinois. I am counsel to Defendant Barr Laboratories, Inc. for this matter.

2.      Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent 5,362,755.

3.      Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent 5,547,994.

4.      Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent 5,760,090.

5.      Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent 5,844,002.

6.      Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent 6,083,993.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the following article: Jenny Bryan, *Ventolin Remains a Breath of Fresh Air for Asthma Sufferers, after 40 Years*, 279 The Pharm. J. 404, 404 (October 13, 2007), *available at* http://www.pjonline.com.

8.      Attached hereto as Exhibit 7 is a true and correct copy of Sepracor's original Patent Application dated January 5, 1990.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the Office Action from the Patent Office dated March 22, 1991.

10.     Attached hereto as Exhibit 9 is a true and correct copy of the Office Action from the Patent Office dated December 9, 1991.

11.     Attached hereto as Exhibit 10 is a true and correct copy of Sepracor's Amendment sent to the Patent Office dated July 14, 1992.

12.     Attached hereto as Exhibit 11 is a true and correct copy of Sepracor's Amendment sent to the Patent Office dated February 10, 1993.

13.     Attached hereto as Exhibit 12 is a true and correct copy of the Gunnar Aberg Declaration sent to the Patent Office February 10, 1993.

14.     Attached hereto as Exhibit 13 is a true and correct copy of Sepracor's Amendment sent to the Patent Office dated July 23, 1993.

15.     Attached hereto as Exhibit 14 is a true and correct copy of Sepracor's Preliminary Remarks sent to the Patent Office dated December 7, 1993.

16.     Attached hereto as Exhibit 15 is a true and correct copy of Sepracor's Amendment sent to the Patent Office dated June 9, 1995.

17.     Attached hereto as Exhibit 16 is a true and correct copy of Sepracor's Interview Summary sent to the Patent Office dated January 24, 1996.

18.     Attached hereto as Exhibit 17 is a true and correct copy of Sepracor's Amendment sent to the Patent Office dated May 7, 1997.

19.     Attached hereto as Exhibit 18 is a true and correct copy of Sepracor's Amendment sent to the Patent Office dated November 20, 1997.

20.     Attached hereto as Exhibit 19 is a true and correct copy of Sepracor's Amendment sent to the Patent Office dated April 21, 1998.

21.     Attached hereto as Exhibit 20 is a true and correct copy of Sepracor's Amendment sent to the Patent Office dated December 17, 1999.

22.     Attached hereto as Exhibit 21 is a true and correct copy of an excerpt from the transcript of the deposition of Dr. James Young, named co-inventor on the asserted patents, dated August 15, 2007. The deposition was marked Confidential by Sepracor.

I declare under penalty of perjury under the laws of the state of Illinois that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on this 10th day of April, 2008 at Chicago, Illinois.

By: _____

IMRON T. ALY

3

**EXHIBITS IN SUPPORT OF
BARR'S OPENING MEMORANDUM
<u>REGARDING CLAIM CONSTRUCTION</u>**

U.S. Patent 5,362,755 ................................................................Exhibit 1

U.S. Patent 5,547,994 ................................................................Exhibit 2

U.S. Patent 5,760,090 ................................................................Exhibit 3

U.S. Patent 5,844,002 ................................................................Exhibit 4

U.S. Patent 6,083,993 ................................................................Exhibit 5

*Ventolin Remains a Breath of Fresh Air for Asthma Sufferers, after 40 Years* ...............Exhibit 6

Sepracor's 1/5/90 Application ................................................................Exhibit 7

3/22/91 Office Action ................................................................Exhibit 8

12/9/91 Office Action ................................................................Exhibit 9

Sepracor's 7/14/92 Amendment ................................................................Exhibit 10

Sepracor's 2/10/93 Amendment ................................................................Exhibit 11

2/10/93 Aberg Declaration................................................................Exhibit 12

Sepracor's 7/23/93 Amendment ................................................................Exhibit 13

Sepracor's 12/7/93 Preliminary Remarks ................................................................Exhibit 14

Sepracor's 6/9/95 Amendment ................................................................Exhibit 15

Sepracor's 1/24/96 Interview Summary ................................................................Exhibit 16

Sepracor's 5/7/97 Amendment ................................................................Exhibit 17

Sepracor's 11/20/97 Amendment ................................................................Exhibit 18

Sepracor's 4/21/98 Amendment ................................................................Exhibit 19

Sepracor's 12/17/99 Amendment ................................................................Exhibit 20

Excerpt from Transcript of 8/15/07 Young Deposition................................................................Exhibit 21

# EXHIBIT   1

US005362755A

## United States Patent [19]

### Barberich et al.

| | |
|---|---|
| [11] Patent Number: | **5,362,755** |
| [45] Date of Patent: | **Nov. 8, 1994** |

[54] **METHOD FOR TREATING ASTHMA USING OPTICALLY PURE (R)-ALBUTEROL**

[75] Inventors: **Timothy J. Barberich**, Concord; **James W. Young**, Still River, both of Mass.

[73] Assignee: **Sepracor, Inc.**, Marlborough, Mass.

[21] Appl. No.: **163,581**

[22] Filed: **Dec. 7, 1993**

### Related U.S. Application Data

[63] Continuation of Ser. No. 896,725, Jun. 9, 1992, abandoned, which is a continuation of Ser. No. 461,262, Jan. 5, 1990, abandoned.

[51] Int. Cl.$^5$ ............................................. **A61K 31/135**
[52] U.S. Cl. ..................................... **514/649; 514/826**
[58] Field of Search ................................. 514/649, 826

[56] **References Cited**

FOREIGN PATENT DOCUMENTS

2255503 7/1992 United Kingdom .

OTHER PUBLICATIONS

R. T. Brittain et al., *Br. J. Pharmacol.*, 48:144–147 (1973).
C. J. Hawkins and G. T. Klease, *J. Med. Chemistry*, 16(7):856–857 (1973).
D. Hartley and D. Middlemiss, *J. Med. Chemistry*, 14(9):895 (1971).
C. K. Buckner and P. Abel, *J. Pharmacol. Exp. Ther.*, 189(3):616–625 (1974).
Tan et al., "Analysis of Salbutomol Enantiomers in Human Urine by Chiral High Performance Liquid Chromatography and Preliminary Studies Related to the Stereoselective Disposition Kinetics in Man", *J. Chromatogr.*, 422, 187–95 (1987).
Chemical Abstracts 89:123259m (1978).

*Primary Examiner*—Raymond J. Henley, III
*Attorney, Agent, or Firm*—Heslin & Rothenberg

[57] **ABSTRACT**

The optically pure R(−) isomer of albuterol, which is substantially free of the S(+) isomer, is a potent bronchodilator for relieving the symptoms associated with asthma in individuals. A method is disclosed utilizing the optically pure R(−) isomer of albuterol for treating asthma while minimizing the side effects associated with chronic administration of racemic albuterol.

**7 Claims, No Drawings**

5,362,755

**1**

# METHOD FOR TREATING ASTHMA USING OPTICALLY PURE (R)-ALBUTEROL

This application is a continuation of application Ser. No. 07/896,725 filed Jun. 9, 1992 now abandoned which is a continuation of copending application Ser. No. 07/461,262 filed on Jan. 5, 1990 now abandoned.

## DESCRIPTION

### 1. Background

Albuterol is a drug belonging to the general class of beta-adrenergic compounds. The prime action of beta-adrenergic drugs is to stimulate adenyl cyclase, the enzyme which catalyzes the formation of cyclic-3',5'-adenosine monophosphate (AMP) from adenosine triphosphate (ATP). The cyclic AMP formed mediates the cellular responses. Albuterol acts selectively on beta$_2$-adrenergic receptors to relax smooth muscle tissue, for example, in the bronchial system. Albuterol is most commonly used to treat bronchial spasms associated with asthma and is the active component in well-known commercial bronchodilators such as Proventil and Ventolin.

The form in which albuterol is presently used is a racemic mixture. That is, it is a mixture of optical isomers, called enantiomers. Enantiomers are structurally identical compounds which differ only in that one isomer is a mirror image of the other and the mirror images cannot be superimposed. This phenomenon is known as chirality. Most biological molecules exist as enantiomers and exhibit chirality. Although structurally identical, enantiomers can have profoundly different effects in biological systems: one enantiomer may have a specific biological activity while the other enantiomer has no biological activity at all, or may have an entirely different form of biological activity.

## SUMMARY OF THE INVENTION

The present invention relates to a method of treating bronchial disorders, such as asthma, in an individual, by administering to the individual an amount of optically pure R(−) albuterol which is active in bronchial tissue sufficient to reduce bronchial spasms associated with asthma while minimizing side effects associated with albuterol. The method is particularly useful in treating asthma while reducing side effects, such as central nervous system stimulatory effects and cardiac arrythmia. In these applications, it is important to have a composition which is a potent broncho-dilator and which does not exhibit the adverse side effects of many beta-adrenergic drugs. A composition containing the pure R(−) isomer of albuterol is particularly useful for this application because this isomer exhibits these desired characteristics. The present method provides a safe, effective method for treating asthma while reducing undesirable side effects, for example, tremor, nervousness, shakiness, dizziness and increased appetite, and particularly, cardiac arrythmia, typically associated with beta-adrenergic drugs. In children, side effects such as excitement, nervousness and hyperkinesia are reduced when the pure isomer is administered. In addition to the above, at certain levels racemic albuterol can cause teratogenic effects, which are believed to be associated with the S(+) isomer. Administering the pure isomer reduces the teratogenic potential which is associated with the S(+) isomer of albuterol.

**2**

# DETAILED DESCRIPTION OF THE INVENTION

The present invention relies on the bronchodilation activity of the R(−) enantiomer of albuterol to provide relief from bronchial disorders, while simultaneously reducing undesirable side effects, for example, central nervous system stimulatory effects and cardiac disorders, commonly experienced by albuterol users. In the present method, the optically pure R(−) isomer of albuterol, which is substantially free of the S(+) enantiomer, is administered alone, or in combination with one or more other drug(s) in adjunctive treatment, to an individual in whom asthma relief (e.g., relief from bronchial spasms, shortness of breath) is desired. The optically pure R(−) isomer of albuterol as used herein refers to the levorotatory optically pure isomer of α$^1$[(c-tert-butylamino) methyl]-4-hydroxy-m-xylene-α, α'-diol, and to any biologically acceptable salt or ester thereof. The terms "optically pure" or "substantially free of the S(+) enantiomer" as used herein means that the composition contains at least 90% by weight of the R(−) isomer of albuterol and 10% by weight or less of the S(+) isomer. Optically pure albuterol is readily obtainable by methods known to those of skill in the art, for example, by synthesis from an optically pure intermediate.

In the present method, the R(−) isomer of albuterol is administered to an individual who has asthma. For example, R(−) albuterol is administered to an individual after onset of asthma to reduce breathing difficulty resulting from asthma. In another embodiment, optically pure R(−) albuterol is administered prophylactically, that is, before the bronchiospasm begins in an asthma attack, to prevent its occurrence or to reduce the extent to which it occurs.

In the present method, R(−) albuterol can be administered by inhalation, by subcutaneous or other injection, orally, intravenously, topically, parenterally, transdermally, rectally or via an implanted reservoir containing the drug. The form in which the drug will be administered (e.g., inhalant, powder, tablet, capsule, solution, emulsion) will depend on the route by which it is administered. The quantity of the drug to be administered will be determined on an individual basis, and will be based at least in part on consideration of the individual's size, the severity of the symptoms to be treated and the result sought. In general, quantities of optically pure R(−) albuterol sufficient to reduce the symptoms of asthma will be administered. The actual dosage (quantity administered at a time) and the number of administrations per day will depend on the mode of administration, for example, by inhaler, nebulizer or oral administration. About 30 mcg to about 90 mcg of the optically pure R(−) isomer of albuterol given by inhalation one or more times per day will be adequate in most individuals to produce the desired bronchodilation effect. For oral administration, e.g., tablet or syrup, a dose of about 1 mg to about 8 mg two to four times daily is administered to produce the desired effect.

In the method of the present invention, the optically pure R(−) isomer of albuterol can be administered together with one or more other drug(s). For example, an antiasthmatic drug such as theophylline or terbutaline, or an antihistamine or analgesic such as aspirin, acetaminophen or ibuprofen, can be given with or in close temporal proximity to administration of optically pure, R(−) albuterol. The two (or more) drugs (the

5,362,755

3

optically pure active isomer of albuterol and another drug) can be administered in one composition or as two separate entities. For example, they can be administered in a single capsule, tablet, powder, or liquid, etc. or as individual compounds. The components included in a particular composition, in addition to optically pure albuterol and another drug or drugs, are determined primarily by the manner in which the composition is to be administered. For example, a composition to be administered in inhalant form can include, in addition to the drug(s), a liquid carrier and/or propellent. A composition to be administered in tablet form can include a filler (e.g., lactose), a binder (e.g., carboxymethyl cellulose, gum arabic, gelatin), an adjuvant, a flavoring agent, a coloring agent and a coating material (e.g., wax or a plasticizer). A composition to be administered in liquid form can include the combination of drugs and, optionally, an emulsifying agent, a flavoring agent and-/or a coloring agent.

In general, according to the method of the present invention, the optically pure R(−) isomer of albuterol, alone or in combination with another drug(s), is administered to an individual periodically as necessary to reduce symptoms of asthma.

The present composition and method provide an effective treatment for asthma while minimizing the undesirable side effects associated with albuterol use. These side effects include central nervous system effects, such as tremor, nervousness, shakiness, dizziness and increased appetite, and cardiac effects, such as cardiac arrythmia. In children, side effects, such as excitement, nervousness and hyperkinesia, are reduced when the pure isomer is administered. In addition, teratogenic effects associated with albuterol are believed to reside in the S(+) enantiomer. Thus, administering the pure R(−) isomer may reduce the teratogenic potential associated with albuterol.

Equivalents

Those skilled in the art will recognize, or be able to ascertain, using no more than routine experimentation,

4

many equivalents to the specific embodiments of the invention described herein. Such equivalents are intended to be encompassed in the scope of the following claims.

We claim:

1. A method of treating asthma in an individual with albuterol, while reducing side effects associated with chronic administration of racemic albuterol, comprising chronically administering to the individual a quantity of an optically pure R(−) isomer of albuterol sufficient to result in bronchodilation while simultaneously reducing undesirable side effects, said R isomer being substantially free of its S(+) isomer.

2. A method of claim 1 wherein the amount of the R(−) isomer of albuterol is greater than approximately 90% by weight of total albuterol.

3. A method of claim 2 wherein the amount of the R(−) isomer of albuterol is greater than 99% by weight of total albuterol.

4. A method of claim 1 comprising administering to the individual by inhalation from approximately 30 mcg to approximately 90 mcg of the R(−) isomer of albuterol per dose.

5. A method of claim 1 comprising orally administering to the individual from approximately 1 mg to approximately 8 mg of the R(−) isomer of albuterol two to four times daily.

6. A method of treating asthma in an individual with albuterol, while reducing side effects associated with chronic administration or racemic albuterol, comprising chronically administering to the individual a quantity of an optically pure R(−) isomer of albuterol sufficient to result in bronchodilation while simultaneously reducing undesirable side effects and at least one additional drug selected from the group consisting of bronchodilators, antihistamines and analgesics.

7. A method of claim 6 wherein the analgesic is selected from the group consisting of: aspirin, acetaminophen and ibuprofen.

*   *   *   *   *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 5,362,755                          Page 1 of 1
DATED          : November 8, 1994
INVENTOR(S)    : Barbarich et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 4,
Line 30, delete the word "or" and insert the word -- of --

Signed and Sealed this

Thirtieth Day of September, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

# EXHIBIT  2

US005547994A

# United States Patent [19]

## Barberich et al.

[11] Patent Number: 5,547,994

[45] Date of Patent: Aug. 20, 1996

[54] **METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-) ALBUTEROL**

[75] Inventors: **Timothy J. Barberich**, Concord; **James W. Young**, Still River, both of Mass.

[73] Assignee: **Sepracor, Inc.**, Marlborough, Mass.

[21] Appl. No.: **335,480**

[22] Filed: **Nov. 7, 1994**

### Related U.S. Application Data

[63] Continuation of Ser. No. 163,581, Dec. 7, 1993, Pat. No. 5,362,755, which is a continuation of Ser. No. 896,725, Jun. 9, 1992, abandoned, which is a continuation of Ser. No. 461,262, Jan. 5, 1990, abandoned.

[51] Int. Cl.$^6$ ................................................ A61K 31/135
[52] U.S. Cl. ................................. 514/649; 514/826
[58] Field of Search ........................... 514/649, 826

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

5,362,755  11/1994  Barberich et al. ...................... 514/649

#### FOREIGN PATENT DOCUMENTS

2255503  7/1992  United Kingdom .

#### OTHER PUBLICATIONS

Tan et al. "Stereoselective Disposition of Salbutamol Enantiomers . . . " *Clin. Chem.* 33, 1026 (1987).
Brittain et al. "Some observations on the β–adrenoceptor agonist . . . " *Br. J. Pharmac.* 48, 144–147 (1973).

Hartley et al. "Absolute Configuration of the Optical Isomers of Salbutamol" *J. Med. Chem.* 12, 995 (1971).
Hawkins et al. "Relative Potency of (–)–and (±)–Salbutamol on Guinea Pig . . . " *J. Med. Chem.* 16, 856∝857 (1973).
Buckner et al. "Studies on the Effects of Enantiomers of Soterenol, Trimetoquinol . . . " *J. Pharm. Exp. Ther.* 189, 616–625 (1974).
Passowicz–Muszynska E. "Effect on beta adrenergic receptors of tachyphylaxis . . . " *Index Medicus* 91:164287 (1990).
Pauwels "Effect of corticosteroids on the action of sympathomimetics" *Index Medicus* 86:051970 (1985).
Chapman et al. "An anomalous effect of salbutamol in sensitised guinea pigs" *Brit. J. Pharmacol* 99, 66P (1990).
Morley et al. "Effects of (+) and racemic salbutamol on airway responses in the guinea pig" *Brit. J. Pharmacol.* 104, 295P (1991).
Chapman et al. "Racemic mixtures at root of worsening symptoms? Active enantiomers . . . " *Tips* 13, 231–232 (1992).
Muittari et al. "Comparison of acute bronchodilator effects of oral salbutamol, . . . " *Chem. Abstr.* 89: 123259m (1978).

Primary Examiner—Raymond Henley, III
Attorney, Agent, or Firm—Heslin & Rothenberg, P.C.

[57] **ABSTRACT**

The optically pure R(–) isomer of albuterol, which is substantially free of the S(+) isomer, is a potent bronchodilator for relieving the symptoms associated with asthma in individuals. A method is disclosed utilizing the optically pure R(–) isomer of albuterol for treating asthma while minimizing the side effects associated with albuterol.

**6 Claims, No Drawings**

5,547,994

**1**

## METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(−) ALBUTEROL

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 08/163,581, filed Dec. 7, 1993 and now U.S. Pat. No. 5,362,755, which was a continuation of application Ser. No. 07/896,725, filed Jun. 9, 1992, now abandoned, which was a continuation of application Ser. No. 07/461,262 filed Jan. 5, 1990, now abandoned.

### BACKGROUND

Albuterol is a drug belonging to the general class of beta-adrenergic compounds. The prime action of beta-adrenergic drugs is to stimulate adenyl cyclase, the enzyme which catalyzes the formation of cyclic-3′,5′-adenosine monophosphate (AMP) from adenosine triphosphate (ATP). The cyclic AMP formed mediates the cellular responses. Albuterol acts selectively on beta$_2$-adrenergic receptors to relax smooth muscle tissue, for example, in the bronchial system. Albuterol is most commonly used to treat bronchial spasms associated with asthma and is the active component in well-known commercial bronchodilators such as Proventil and Ventolin.

The form in which albuterol is presently used is a racemic mixture. That is, it is a mixture of optical isomers, called enantiomers. Enantiomers are structurally identical compounds which differ only in that one isomer is a mirror image of the other and the mirror images cannot be superimposed. This phenomenon is known as chirality. Most biological molecules exist as enantiomers and exhibit chirality. Although structurally identical, enantiomers can have profoundly different effects in biological systems: one enantiomer may have a specific biological activity while the other enantiomer has no biological activity at all, or may have an entirely different from of biological activity.

### SUMMARY OF THE INVENTION

The present invention relates to a method of treating bronchial disorders, such as asthma, in an individual, by administering to the individual an amount of optically pure R(−) albuterol which is active in bronchial tissue sufficient to reduce bronchial spasms associated with asthma while minimizing side effects associated with albuterol. The method is particularly useful in treating asthma while reducing side effects, such as central nervous system stimulatory effects and cardiac arrythmia. In these applications, it is important to have a composition which is a potent bronchodilator and which does not exhibit the adverse side effects of many beta-adrenergic drugs. A composition containing the pure R(−) isomer of albuterol is particularly useful for this application because this isomer exhibits these desired characteristics. The present method provides a safe, effective method for treating asthma while reducing undesirable side effects, for example, tremor, nervousness, shakiness, dizziness and increased appetite, and particularly, cardiac arrythmia, typically associated with beta-adrenergic drugs. In children, side effects such as excitement, nervousness and hyperkinesia are reduced when the pure isomer is administered. In addition to the above, at certain levels racemic albuterol can cause teratogenic effects, which are believed to be associated with the S(+) isomer. Administering the pure isomer reduces the teratogenic potential which is associated with the S(+) isomer of albuterol.

**2**

### DETAILED DESCRIPTION OF THE INVENTION

The present invention relies on the bronchodilation activity of the R(−) enantiomer of albuterol to provide relief from bronchial disorders, while simultaneously reducing undesirable side effects, for example, central nervous system stimulatory effects and cardiac disorders, commonly experienced by albuterol users. In the present method, the optically pure R(−) isomer of albuterol, which is substantially free of the S(+) enantiomer, is administered alone, or in combination with one or more other drug(s) in adjunctive treatment, to an individual in whom asthma relief (e.g., relief from bronchial spasms, shortness of breath) is desired. The optically pure R(−) isomer of albuterol as used herein refers to the levorotatory optically pure isomer of α$^1$ [(tert-butylamino) methyl] -4-hydroxy-m-xylene-α, α′-diol, and to any biologically acceptable salt or ester thereof. The terms "optically pure" or "substantially free of the S(+) enantiomer" as used herein means that the composition contains at least 90% by weight of the R(−) isomer of albuterol and 10% by weight or less of the S(+) isomer. Optically pure albuterol is readily obtainable by methods known to those of skill in the art, for example, by synthesis from an optically pure intermediate.

In the present method, the R(−) isomer of albuterol is administered to an individual who has asthma. For example, R(−) albuterol is administered to an individual after onset of asthma to reduce breathing difficulty resulting from asthma. In another embodiment, optically pure R(−) albuterol is administered prophylactically, that is, before the bronchiospasm begins in an asthma attack, to prevent its occurrence or to reduce the extent to which it occurs.

In the present method, R(−) albuterol can be administered by inhalation, by subcutaneous or other injection, orally, intravenously, topically, parenterally, transdermally, rectally or via an implanted reservoir containing the drug. The form in which the drug will be administered (e.g., inhalant, powder, tablet, capsule, solution, emulsion) will depend on the route by which it is administered. The quantity of the drug to be administered will be determined on an individual basis, and will be based at least in part on consideration of the individual's size, the severity of the symptoms to be treated and the result sought. In general, quantities of optically pure R(−) albuterol sufficient to reduce the symptoms of asthma will be administered. The actual dosage (quantity administered at a time) and the number of administrations per day will depend on the mode of administration, for example, by inhaler, nebulizer or oral administration. About 30 mcg to about 90 mcg of the optically pure R(−) isomer of albuterol given by inhalation one or more times per day will be adequate in most individuals to produce the desired bronchodilation effect. For oral administration, e.g., tablet or syrup, a dose of about 1 mg to about 8 mg two to four times daily is administered to produce the desired effect.

In the method of the present invention, the optically pure R(−) isomer of albuterol can be administered together with one or more other drug(s). For example, an antiasthmatic drug such as theophylline or terbutaline, or an antihistamine or analgesic such as aspirin, acetaminophen or ibuprofen, can be given with or in close temporal proximity to administration of optically pure, R(−) albuterol. The two (or more) drugs (the optically pure active isomer of albuterol and another drug) can be administered in one composition or as two separate entities. For example, they can be administered in a single capsule, tablet, powder, or liquid, etc. or as individual compounds. The components included in a par-

5,547,994

3

ticular composition, in addition to optically pure albuterol and another drug or drugs, are determined primarily by the manner in which the composition is to be administered. For example, a composition to be administered in inhalent form can include, in addition to the drug(s), a liquid carrier and/or propellent. A composition to be administered in tablet form can include a filler (e.g., lactose), a binder (e.g., carboxymethyl cellulose, gum arabic, gelatin), an adjuvant, a flavoring agent, a coloring agent and a coating material (e.g., wax or a plasticizer). A composition to be administered in liquid form can include the combination of drugs and, optionally, an emulsifying agent, a flavoring agent and/or a coloring agent.

In general, according to the method of the present invention, the optically pure R(−) isomer of albuterol, alone or in combination with another drug(s), is administered to an individual periodically as necessary to reduce symptoms of asthma.

The present composition and method provide an effective treatment for asthma while minimizing the undesirable side effects associated with albuterol use. These side effects include central nervous system effects, such as tremor, nervousness, shakiness, dizziness and increased appetite, and cardiac effects, such as cardiac arrythmia. In children, side effects, such as excitement, nervousness and hyperkinesia, are reduced when the pure isomer is administered. In addition, teratogenic effects associated with albuterol are believed to reside in the S(+) enantiomer. Thus, administering the pure R(−) isomer may reduce the teratogenic potential associated with albuterol.

## EQUIVALENTS

Those skilled in the art will recognize, or be able to ascertain, using no more than routine experimentation, many equivalents to the specific embodiments of the invention

4

described herein. Such equivalents are intended to be encompassed in the scope of the following claims.

We claim:

1. A method of treating an acute attack of asthma, while reducing side effects associated with the acute administration of racemic albuterol, comprising administering to an individual suffering from an acute attack of asthma a quantity of an optically pure R(−) isomer of albuterol sufficient to result in bronchodilation while simultaneously reducing undesirable side effects, said R isomer being substantially free of its S(+) isomer.

2. A method of claim 1 wherein the amount of the R(−) isomer of albuterol is greater than approximately 90% by weight.

3. A method of claim 2 wherein the amount of the R(−) isomer of albuterol is greater than 99% by weight.

4. A method of claim 1 comprising administering to the individual by inhalation from approximately 30 mcg to approximately 90 mcg of the R(−) isomer of albuterol per dose.

5. A method of treating an acute attack of asthma, while reducing side effects associated with the acute administration of racemic albuterol, comprising administering to an individual suffering from an acute attack of asthma a quantity of an optically pure R(−) isomer of albuterol sufficient to result in bronchodilation while simultaneously reducing undesirable side effects, and at least one additional drug selected from the group consisting of bronchodilators, antihistamines and analgesics.

6. A method of claim 5 wherein the analgesic is selected from the group consisting of: aspirin, acetaminophen and ibuprofen.

* * * * *

# EXHIBIT   3

US005760090A

# United States Patent [19]

## Barberich et al.

[11] Patent Number: 5,760,090

[45] Date of Patent: *Jun. 2, 1998

[54] **METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(−) ALBUTEROL**

[75] Inventors: **Timothy J. Barberich**, Concord; **James W. Young**, Still River, both of Mass.

[73] Assignee: **Sepracor, Inc.**, Marlborough, Mass.

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,362,755.

[21] Appl. No.: 691,604

[22] Filed: **Aug. 15, 1996**

### Related U.S. Application Data

[63] Continuation of Ser. No. 335,480, Nov. 7, 1994, Pat. No. 5,547,994, which is a continuation of Ser. No. 163,581, Dec. 7, 1993, Pat. No. 5,362,755, which is a continuation of Ser. No. 896,725, Jun. 9, 1992, abandoned, which is a continuation of Ser. No. 461,262, Jan. 5, 1990, abandoned.

[51] Int. Cl.$^6$ ............................................. A61K 31/135
[52] U.S. Cl. .............................. 514/649; 514/826
[58] Field of Search ...................................... 514/649

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,362,755 | 11/1994 | Barberich et al. | 514/649 |
| 5,547,994 | 8/1996 | Barberich et al. | 514/649 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2128258 | 11/1983 | Germany . | |
| 1298494 | 5/1971 | United Kingdom . | |
| 2 255 503 | 7/1992 | United Kingdom . | |

#### OTHER PUBLICATIONS

Tan et al. "Stereoselective Disposition of Salbutamol Enantiomer . . . " *Clin. Chem.* 33, 1026 (1987).

Brittain et al. "Some observations on the β–adrenoceptor agonist . . . " *Br. J. Pharmac.* 48, 144–147 (1973).

Hartley et al. "Absolute Configuration of the Optical Isomers of Salbutamol" *J. Med. Chem.* 12, 995 (1971).

Hawkins et al. "Relative Potency of (−)–and (±)–Salbutamol on Guinea Pig . . . " *J. Med. Chem.* 16, 856–857 (1973).

Buckner et al. "Studies on the Effects of Enantiomers of Soterenol, Trimetoquinol . . . " *J. Pharm. Exp. Ther.* 189, 616–625 (1974).

Passowicz–Muszynska E. "Effect on beta adrenergic receptors of tachyphylaxis . . . " *Index Medicus* 91:164287.

Pauwels "Effect of cortiocosteroids on the action of sympathomimetics" *Index Medicus* 86:051970.

Chapman et al. "An anomalous effect of salbutamol in sensitised guinea pigs" *Brit. J. Pharmacol* 99, 66P (1990).

Morley et al. "Effects of (+) and racemic salbutamol on airway responses in the guinea pig" *Brit. J. Pharmacol.* 104, 295P (1991).

Chapman et al. "Racemic mixtures at root of worsening symptom? Active enantiomers . . . " *TIPS* 13, 231–232 (1992).

Muittari et al. "Comparison of acute bronchodilator effects of oral salbutamol. . . . " *Chem. Abstr.* 89: 123259m (1978).

*Primary Examiner*—Raymond Henley, III
*Attorney, Agent, or Firm*—Heslin & Rothenberg, P.C.

[57] **ABSTRACT**

The optically pure R(−) isomer of albuterol, which is substantially free of the S(+) isomer, is a potent bronchodilator for relieving the symptoms associated with asthma in individuals. A method is disclosed utilizing the optically pure R(−) isomer of albuterol for treating asthma while minimizing the side effects associated with albuterol.

**9 Claims, No Drawings**

5,760,090

**1**

### METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(−) ALBUTEROL

This is a continuation of U.S. application Ser. No. 08/335,480, filed Nov. 7, 1994, now U.S. Pat. No. 5,547,994, which is a continuation of U.S. application Ser. No. 08/163,581 filed Dec. 7, 1993, now U.S. Pat. No. 5,362,755, which is a continuation of U.S. application Ser. No. 07/896,725, filed Jun. 9, 1992, abandoned, which is a continuation of U.S. application Ser. No. 07/461,262, filed Jan. 5, 1990, abandoned.

#### BACKGROUND

Albuterol is a drug belonging to the general class of beta-adrenergic compounds. The prime action of beta-adrenergic drugs is to stimulate adenyl cyclase, the enzyme which catalyzes the formation of cyclic-3′,5′-adenosine monophosphate (AMP) from adenosine triphosphate (ATP). The cyclic AMP formed mediates the cellular responses. Albuterol acts selectively on beta₂-adrenergic receptors to relax smooth muscle tissue, for example, in the bronchial system. Albuterol is most commonly used to treat bronchial spasms associated with asthma and is the active component in well-known commercial bronchodilators such as Proventil and Ventolin.

The form in which albuterol is presently used is a racemic mixture. That is, it is a mixture of optical isomers, called enantiomers. Enantiomers are structurally identical compounds which differ only in that one isomer is a mirror image of the other and the mirror images cannot be superimposed. This phenomenon is known as chirality. Most biological molecules exist as enantiomers and exhibit chirality. Although structurally identical, enantiomers can have profoundly different effects in biological systems: one enantiomer may have a specific biological activity while the other enantiomer has no biological activity at all, or may have an entirely different form of biological activity.

#### SUMMARY OF THE INVENTION

The present invention relates to a method of treating bronchial disorders, such as asthma, in an individual, by administering to the individual an amount of optically pure R(−) albuterol which is active in bronchial tissue sufficient to reduce bronchial spasms associated with asthma while minimizing side effects associated with albuterol. The method is particularly useful in treating asthma while reducing side effects, such as central nervous system stimulatory effects and cardiac arrythmia. In these applications, it is important to have a composition which is a potent bronchodilator and which does not exhibit the adverse side effects of many beta-adrenergic drugs. A composition containing the pure R(−) isomer of albuterol is particularly useful for this application because this isomer exhibits these desired characteristics. The present invention provides a safe, effective method for treating asthma while reducing undesirable side effects, for example, tremor, nervousness, shakiness, dizziness and increased appetite, and particularly, cardiac arrythmia, typically associated with beta-adrenergic drugs. In children, side effects such as excitement, nervousness and hyperkinesia are reduced when the pure isomer is administered. In addition to the above, at certain levels racemic albuterol can cause teratogenic effects, which are believed to be associated with the S(+) isomer. Administering the pure isomer reduces the teratogenic potential which is associated with the S(+) isomer of albuterol.

#### DETAILED DESCRIPTION OF THE INVENTION

The present invention relies on the broncho-dilation activity of the R(−) enantiomer of albuterol to provide relief from

**2**

bronchial disorders, while simultaneously reducing undesirable side effects, for example, central nervous system stimulatory effects and cardiac disorders, commonly experienced by albuterol users. In the present method, the optically pure R(−) isomer of albuterol, which is substantially free of the S(+) enantiomer, is administered alone, or in combination with one or more other drug(s) in adjunctive treatment, to an individual in whom asthma relief (e.g., relief from bronchial spasms, shortness of breath) is desired. The optically pure R(−) isomer of albuterol as used herein refers to the levorotatory optically pure isomer of α¹[(tert-butylamino) methyl] -4-hydroxy-m-xylene-α, α-diol, and to any biologically acceptable salt or ester thereof. The terms "optically pure" or "substantially free of the S(+) enantiomer" as used herein means that the composition contains at least 90% by weight of the R(−) isomer of albuterol and 10% by weight or less of the S(+) isomer. Optically pure albuterol is readily obtainable by methods known to those of skill in the art, for example, by synthesis from an optically pure intermediate.

In the present method, the R(−) isomer of albuterol is administered to an individual who has asthma. For example, R(−) albuterol is administered to an individual after onset of asthma to reduce breathing difficulty resulting from asthma. In another embodiment, optically pure R(−) albuterol is administered prophylactically, that is, before the bronchiospasm begins in an asthma attack, to prevent its occurrence or to reduce the extent to which it occurs.

In the present method, R(−) albuterol can be administered by inhalation, by subcutaneous or other injection, orally, intravenously, topically, parenterally, transdermally, rectally or via an implanted reservoir containing the drug. The form in which the drug will be administered (e.g., inhalant, powder, tablet, capsule, solution, emulsion) will depend on the route by which it is administered. The quantity of the drug to be administered will be determined on an individual basis, and will be based at least in part on consideration of the individual's size, the severity of the symptoms to be treated and the result sought. In general, quantities of optically pure R(−) albuterol sufficient to reduce the symptoms of asthma will be administered. The actual dosage (quantity administered at a time) and the number of administrations per day will depend on the mode of administration, for example, by inhaler, nebulizer or oral administration. About 30 mcg to about 90 mcg of the optically pure R(−) isomer of albuterol given by inhalation one or more times per day will be adequate in most individuals to produce the desired bronchodilation effect. For oral administration, e.g., tablet or syrup, a dose of about 1 mg to about 8 mg two to four times daily is administered to produce the desired effect.

In the method of the present invention, the optically pure R(−) isomer of albuterol can be administered together with one or more other drug(s). For example, an antiasthmatic drug such as theophylline or terbutaline, or an antihistamine or analgesic such as aspirin, acetaminophen or ibuprofen, can be given with or in close temporal proximity to administration of optically pure R(−) albuterol. The two (or more) drugs (the optically pure active isomer of albuterol and another drug) can be administered in one composition or as two separate entities. For example, they can be administered in a single capsule, tablet, powder, or liquid, etc. or as individual compounds. The components included in a particular composition, in addition to optically pure albuterol and another drug or drugs, are determined primarily by the manner in which the composition is to be administered. For example, a composition to be administered in inhalent form can include, in addition to the drug(s), a liquid carrier and/or

5,760,090

**3**

propellent. A composition to be administered in tablet form can include a filler (e.g.. lactose). a binder (e.g.. carboxymethyl cellulose. gum arabic. gelatin). an adjuvant. a flavoring agent. a coloring agent and a coating material (e.g.. wax or a plasticizer). A composition to be administered in liquid form can include the combination of drugs and. optionally. an emulsifying agent. a flavoring agent and/or a coloring agent.

In general. according to the method of the present invention. the optically pure R(−) isomer of albuterol. alone or in combination with another drug(s). is administered to an individual periodically as necessary to reduce symptoms of asthma.

The present composition and method provide an effective treatment for asthma while minimizing the undesirable side effects associated with albuterol use. These side effects include central nervous system effects. such as tremor. nervousness. shakiness. dizziness and increased appetite. and cardiac effects. such as cardiac arrythmia. In children. side effects. such as excitement. nervousness and hyperkinesia. are reduced when the pure isomer is administered. In addition. teratogenic effects associated with albuterol are believed to reside in the S(+) enantiomer. Thus. administering the pure R(−) isomer may reduce the teratogenic potential associated with albuterol.

**EQUIVALENTS**

Those skilled in the art will recognize. or be able to ascertain. using no more than routine experimentation. many equivalents to the specific embodiments of the invention

**4**

described herein. Such equivalents are intended to be encompassed in the scope of the following claims.

We claim:

1. A method of treating asthma. while reducing side effects associated with the administration of racemic albuterol. comprising administering to an individual suffering from asthma a quantity of an optically pure R(−) isomer of albuterol sufficient to result in bronchodilation while simultaneously reducing undesirable side effects. said R isomer being substantially free of its S(+) isomer.

2. A method according to claim 1. wherein the albuterol comprises at least 90% by weight of the R(−) isomer and not more than 10% by weight of the S(+) isomer.

3. A method according to claim 1. wherein the albuterol comprises at least 99% by weight of the R(−) isomer and 1% or less by weight of the S(+) isomer.

4. A method according to claim 1. wherein the optically pure R(−) albuterol is administered by inhalation.

5. A method according to claim 4. wherein the optically pure R(−) albuterol is administered in an amount of about 30 μg to about 90 μg.

6. A method according to claim 1. wherein the optically pure R(−) albuterol is administered orally.

7. A method according to claim 6. wherein the optically pure R(−) albuterol is administered in an amount of about 1 mg to about 8 mg.

8. A method according to claim 6. wherein the optically pure R(−) albuterol is administered as a syrup.

9. A method according to claim 7. wherein the optically pure R(−) albuterol is administered as a syrup.

*  *  *  *  *

# EXHIBIT 4

US005844002A

# United States Patent [19]

## Barberich et al.

[11] Patent Number: 5,844,002

[45] Date of Patent: Dec. 1, 1998

[54] **METHOD FOR INDUCING BRONCHODILATION USING OPTICALLY PURE R(−) ALBUTEROL**

[75] Inventors: **Timothy J. Barberich**, Concord; **James W. Young**, Still River, both of Mass.

[73] Assignee: **Sepracor, Inc.**, Marlborough, Mass.

[21] Appl. No.: **63,551**

[22] Filed: **Apr. 21, 1998**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 691,604, Aug. 15, 1996, Pat. No. 5,760,090, which is a continuation of Ser. No. 335,480, Nov. 7, 1994, Pat. No. 5,547,994, which is a continuation of Ser. No. 163,581, Dec. 7, 1993, Pat. No. 5,362,755, which is a continuation of Ser. No. 896,725, Jun. 9, 1992, abandoned, which is a continuation of Ser. No. 461,262, Jan. 5, 1990, abandoned.

[51] Int. Cl.$^6$ .................................................. A61K 31/135

[52] U.S. Cl. ............................................ 514/649; 514/826

[58] Field of Search ...................................... 514/649, 826

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,362,755 | 11/1994 | Barberich et al. | 514/649 |
| 5,547,994 | 8/1996 | Barberich et al. | 514/649 |
| 5,760,090 | 6/1998 | Barberich et al. | 514/649 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 2128258 | of 1983 | Germany . |
| 1298494 | of 1971 | United Kingdom . |
| 2 255 503 | of 1992 | United Kingdom . |

### OTHER PUBLICATIONS

Tan et al. "Stereoselective Disposition of Salbutamol Enantiomers . . . " *Clin. Chem.* 33, 1026 (1987).

Brittain et al. "Some observations on the β–adrenoceptor agonist . . . " *Br. J. Pharmac.* 48, 144–147 (1973).

Hartley et al. "Absolute Configuration of the Optical Isomers of Salbutamol" *J. Med. Chem.* 12, 995 (1971).

Hawkins et al. "Relative Potency of (−)–and (±)–Salbutamol on Guinea Pig . . . " *J. Med. Chem.* 16, 856–857 (1973).

Buckner et al. "Studies on the Effects of Enantiomers of Soterenol, Trimetoquinol . . . " *J. Pharm. Exp. Ther.* 189, 616–625 (1974).

Passowicz–Muszynska E. "Effect on beta adrenergic receptors of tachyphylaxis . . . " *Index Medicus* 91:164287.

Pauwels "Effect of corticosteroids on the action of sympathomimetics" *Index Medicus* 86:051970.

Chapman et al. "An anomalous effect of salbutamol in sensitised guinea pigs" *Brit. J. Pharmacol* 99, 66P (1990).

Morley et al. "Effects of (+) and racemic salbutamol on airway responses in the guinea pig" *Brit. J. Pharmacol.* 104, 295P (1991).

Chapman et al. "Racemic mixtures at root of worsening symptoms? Active enantiomers . . . ." *TIPS* 13, 231–232 (1992).

Muittari et al. "Comparison of acute bronchodilator effects of oral salbutamol, . . . " *Chem. Abstr.* 89: 123259m (1978).

*Primary Examiner*—Raymond Henley, III
*Attorney, Agent, or Firm*—Heslin & Rothenberg, P.C.

[57] **ABSTRACT**

The optically pure R(−) isomer of albuterol, which is substantially free of the S(+) isomer, is a potent bronchodilator for relieving the symptoms associated with asthma in individuals. A method is disclosed utilizing the optically pure R(−) isomer of albuterol for treating asthma while minimizing the side effects associated with albuterol.

**10 Claims, No Drawings**

5,844,002

**1**

# METHOD FOR INDUCING BRONCHODILATION USING OPTICALLY PURE R(−) ALBUTEROL

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 08/691,604, filed Aug. 15, 1996, now U.S. Pat. No. 5,760, 090, which is a continuation of application Ser. No. 08/335, 480, filed Nov. 7, 1994, now U.S. Pat. No. 5,547,994, which is a continuation of application Ser. No. 08/163,581, filed Dec. 7, 1993 now U.S. Pat. No. 5,362,755, which is a continuation of application Ser. No. 07/896,725, filed Jun. 9, 1992 now abandoned, which was a continuation of application Ser. No. 07/461,262, filed Jan. 5, 1990, now abandoned.

## BACKGROUND

Albuterol is a drug belonging to the general class of beta-adrenergic compounds. The prime action of beta-adrenergic drugs is to stimulate adenyl cyclase, the enzyme which catalyzes the formation of cyclic-3',5'-adenosine monophosphate (AMP) from adenosine triphosphate (ATP). The cyclic AMP formed mediates the cellular responses. Albuterol acts selectively on beta$_2$-adrenergic receptors to relax smooth muscle tissue, for example, in the bronchial system. Albuterol is most commonly used to treat bronchial spasms associated with asthma and is the active component in well-known commercial bronchodilators such as Proventil and Ventolin.

The form in which albuterol is presently used is a racemic mixture. That is, it is a mixture of optical isomers, called enantiomers. Enantiomers are structurally identical compounds which differ only in that one isomer is a mirror image of the other and the mirror images cannot be superimposed. This phenomenon is known as chirality. Most biological molecules exist as enantiomers and exhibit chirality. Although structurally identical, enantiomers can have profoundly different effects in biological systems: one enantiomer may have a specific biological activity while the other enantiomer has no biological activity at all, or may have an entirely different form of biological activity.

## SUMMARY OF THE INVENTION

The present invention relates to a method of treating bronchial disorders, such as asthma, in an individual, by administering to the individual an amount of optically pure R(−) albuterol which is active in bronchial tissue sufficient to reduce bronchial spasms associated with asthma while minimizing side effects associated with albuterol. The method is particularly useful in treating asthma while reducing side effects, such as central nervous system stimulatory effects and cardiac arrythmia. In these applications, it is important to have a composition which is a potent bronchodilator and which does not exhibit the adverse side effects of many beta-adrenergic drugs. A composition containing the pure R(−) isomer of albuterol is particularly useful for this application because this isomer exhibits these desired characteristics. The present method provides a safe, effective method for treating asthma while reducing undesirable side effects, for example, tremor, nervousness, shakiness, dizziness and increased appetite, and particularly, cardiac arrythmia, typically associated with beta-adrenergic drugs. In children, side effects such as excitement, nervousness and hyperkinesia are reduced when the pure isomer is administered. In addition to the above, at certain levels racemic

**2**

albuterol can cause teratogenic effects, which are believed to be associated with the S(+) isomer. Administering the pure isomer reduces the teratogenic potential which is associated with the S(+) isomer of albuterol.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention relies on the broncho-dilation activity of the R(−) enantiomer of albuterol to provide relief from bronchial disorders, while simultaneously reducing undesirable side effects, for example, central nervous system stimulatory effects and cardiac disorders, commonly experienced by albuterol users. In the present method, the optically pure R(−) isomer of albuterol, which is substantially free of the S(+) enantiomer, is administered alone, or in combination with one or more other drug(s) in adjunctive treatment, to an individual in whom asthma relief (e.g., relief from bronchial spasms, shortness of breath) is desired. The optically pure R(−) isomer of albuterol as used herein refers to the levorotatory optically pure isomer of α'[(tert-butylamino) methyl] -4-hydroxy-m-xylene-α, α'-diol, and to any biologically acceptable salt or ester thereof. The terms "optically pure" or "substantially free of the S(+) enantiomer" as used herein means that the composition contains at least 90% by weight of the R(−) isomer of albuterol and 10% by weight or less of the S(+) isomer. Optically pure albuterol is readily obtainable by methods known to those of skill in the art, for example, by synthesis from an optically pure intermediate.

In the present method, the R(−) isomer of albuterol is administered to an individual who has asthma. For example, R(−) albuterol is administered to an individual after onset of asthma to reduce breathing difficulty resulting from asthma. In another embodiment, optically pure R(−) albuterol is administered prophylactically, that is, before the bronchiospasm begins in an asthma attack, to prevent its occurrence or to reduce the extent to which it occurs.

In the present method, R(−) albuterol can be administered by inhalation, by subcutaneous or other injection, orally, intravenously, topically, parenterally, transdermally, rectally or via an implanted reservoir containing the drug. The form in which the drug will be administered (e.g., inhalant, powder, tablet, capsule, solution, emulsion) will depend on the route by which it is administered. The quantity of the drug to be administered will be determined on an individual basis, and will be based at least in part on consideration of the individual's size, the severity of the symptoms to be treated and the result sought. In general, quantities of optically pure R(−) albuterol sufficient to reduce the symptoms of asthma will be administered. The actual dosage (quantity administered at a time) and the number of administrations per day will depend on the mode of administration, for example, by inhaler, nebulizer or oral administration. About 30 mcg to about 90 mcg of the optically pure R(−) isomer of albuterol given by inhalation one or more times per day will be adequate in most individuals to produce the desired bronchodilation effect. For oral administration, e.g., tablet or syrup, a dose of about 1 mg to about 8 mg two to four times daily is administered to produce the desired effect.

In the method of the present invention, the optically pure R(−) isomer of albuterol can be administered together with one or more other drug(s). For example, an antiasthmatic drug such as theophylline or terbutaline, or an antihistamine or analgesic such as aspirin, acetaminophen or ibuprofen, can be given with or in close temporal proximity to administration of optically pure, R(−) albuterol. The two (or more)

5,844,002

| 3 | 4 |

drugs (the optically pure active isomer of albuterol and another drug) can be administered in one composition or as two separate entities. For example, they can be administered in a single capsule, tablet, powder, or liquid, etc. or as individual compounds. The components included in a particular composition, in addition to optically pure albuterol and another drug or drugs, are determined primarily by the manner in which the composition is to be administered. For example, a composition to be administered in inhalent form can include, in addition to the drug(s), a liquid carrier and/or propellent. A composition to be administered in tablet form can include a filler (e.g., lactose), a binder (e.g., carboxymethyl cellulose, gum arabic, gelatin), an adjuvant, a flavoring agent, a coloring agent and a coating material (e.g., wax or a plasticizer). A composition to be administered in liquid form can include the combination of drugs and, optionally, an emulsifying agent, a flavoring agent and/or a coloring agent.

In general, according to the method of the present invention, the optically pure R(−) isomer of albuterol, alone or in combination with another drug(s), is administered to an individual periodically as necessary to reduce symptoms of asthma.

The present composition and method provide an effective treatment for asthma while minimizing the undesirable side effects associated with albuterol use. These side effects include central nervous system effects, such as tremor, nervousness, shakiness, dizziness and increased appetite, and cardiac effects, such as cardiac arrythmia. In children, side effects, such as excitement, nervousness and hyperkinesia, are reduced when the pure isomer is administered. In addition, teratogenic effects associated with albuterol are believed to reside in the S(+) enantiomer. Thus, administering the pure R(−) isomer may reduce the teratogenic potential associated with albuterol.

Equivalents

Those skilled in the art will recognize, or be able to ascertain, using no more than routine experimentation, many equivalents to the specific embodiments of the invention described herein. Such equivalents are intended to be encompassed in the scope of the following claims.

We claim:

1. A method of inducing bronchodilation or providing relief of bronchospasm, comprising administering to an individual a quantity of optically pure R-(−) albuterol sufficient to induce said bronchodilation.

2. A method according to claim 1, wherein the albuterol comprises at least 90% by weight of the R(−) isomer and not more than 10% by weight of the S(+) isomer.

3. A method according to claim 1, wherein the albuterol comprises at least 99% by weight of the R(−) isomer and 1% or less by weight of the S(+) isomer.

4. A method according to claim 1, wherein the optically pure R(−) albuterol is administered by inhalation.

5. A method according to claim 4, wherein the optically pure R(−) albuterol is administered in an amount of about 30 μg to about 90 μg.

6. A method according to claim 1, wherein the optically pure R(−) albuterol is administered orally.

7. A method according to claim 6, wherein the optically pure R(−) albuterol is administered in an amount of about 1 mg to about 8 mg.

8. A method according to claim 6, wherein the optically pure R(−) albuterol is administered as a syrup.

9. A method according to claim 7, wherein the optically pure R(−) albuterol is administered as a syrup.

10. A method of inducing bronchodilation or providing relief of bronchospasm while reducing the concomitant liability of adverse effects associated with racemic albuterol, comprising administering to an individual a quantity of optically pure R-(−) albuterol sufficient to induce said bronchodilation while simultaneously reducing said adverse effects.

* * * * *

# EXHIBIT  5

US006083993A

# United States Patent [19]

## Barberich et al.

[11] Patent Number: 6,083,993

[45] Date of Patent: *Jul. 4, 2000

[54] **METHOD FOR TREATING BRONCHOSPASM USING OPTICALLY PURE R(–) ALBUTEROL**

[75] Inventors: **Timothy J. Barberich**, Concord; **James W. Young**, Still River, both of Mass.

[73] Assignee: **Sepracor Inc.**, Marlborough, Mass.

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **09/466,107**

[22] Filed: **Dec. 17, 1999**

### Related U.S. Application Data

[63] Continuation of application No. 09/200,541, Nov. 25, 1998, which is a continuation of application No. 09/063,551, Apr. 21, 1998, Pat. No. 5,844,002, which is a continuation of application No. 08/691,604, Aug. 15, 1996, Pat. No. 5,760, 090, which is a continuation of application No. 08/335,480, Nov. 7, 1994, Pat. No. 5,547,994, which is a continuation of application No. 08/163,581, Dec. 7, 1993, Pat. No. 5,362, 755, which is a continuation of application No. 07/896,725, Jun. 9, 1992, abandoned, which is a continuation of application No. 07/461,262, Jan. 5, 1990, abandoned.

[51] Int. Cl.[7] .................................................. A61K 31/135

[52] U.S. Cl. ............................................................. 514/649

[58] Field of Search ............................................. 514/649

[56] **References Cited**

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 2128258 | of 1983 | Germany . |
| 1298494 | of 1971 | United Kingdom . |
| 2 255 503 | of 1992 | United Kingdom . |

OTHER PUBLICATIONS

Tan et al. "Stereoselective Disposition of Salbutamol Enantiomers . . . " *Clin. Chem. 33*, 1026 (1987).

Brittain et al. "Some observations on the β–adrenoceptor agonist . . . " *Br. J. Pharmac. 48*, 144–147 (1973).

Hartley et al. "Absolute Configuration of the Optical Isomers of Salbutamol" *J. Med. Chem. 12*, 995 (1971).

Hawkins et al. "Relative Potency of (–)– and (±) –Salbutamol on Guinea Pig . . . " *J. Med. Chem. 16*, 856–857 (1973).

Buckner et al. "Studies on the Effects of Enantiomers of Soterenol, Trimetoquinol . . . " *J. Pharm. Exp. Ther. 189*, 616–625 (1974).

Passowicz–Muszynska E. "Effect on beta adrenergic receptors of tachyphylaxis . . . " *Index Medicus 91*:164287.

Pauwels "Effect of corticosteroids on the action of sympathomimetics" *Index Medicus 86*:051970.

Chapman et al. "An anomalous effect of salbutamol in sensitised guinea pigs" *Brit. J. Pharmacol 9*, 66P (1990).

Morley et al. "Effects of (+) and racemic salbutamol on airway responses in the guinea pig" *Brit. J. Pharmacol. 104*, 295P (1991).

Chapman et al. "Racemic mixtures at root of worsening symptoms? Active enantiomers . . . " *TIPS 13*, 231–232 (1992).

Muittari et al. "Comparison of acute bronchodilator effects of oral salbutamol, . . . " *Chem. Abstr. 89*: 123259m (1978).

*Primary Examiner*—Raymond Henley, III
*Attorney, Agent, or Firm*—Heslin & Rothenberg, P.C.

[57] **ABSTRACT**

The optically pure R(–) isomer of albuterol, which is substantially free of the S(+) isomer, is a potent bronchodilator for relieving the symptoms associated with asthma in individuals. A method is disclosed utilizing the optically pure R(–) isomer of albuterol for treating asthma while minimizing the side effects associated with albuterol.

**17 Claims, No Drawings**

6,083,993

1

## METHOD FOR TREATING BRONCHOSPASM USING OPTICALLY PURE R(−) ALBUTEROL

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of our prior copending application Ser. No. 09/200,541, filed Nov. 25, 1998, which is a continuation of application Ser. No. 09/063,551, filed Apr. 21, 1998, now U.S. Pat. No. 5,844,002, which was a continuation of application Ser. No. 08/691,604, filed Aug. 15, 1996, now U.S. Pat. No. 5,760,090, which was a continuation of application Ser. No. 08/335,480, filed Nov. 7, 1994, now U.S. Pat. No. 5,547,994, which was a continuation of application Ser. No. 08/163,581, filed Dec. 7, 1993, now U.S. Pat. No. 5,362,755, which was a continuation of application Ser. No. 07/896,725, filed Jun. 9, 1992 now abandoned, which was a continuation of application Ser. No. 07/461,262, filed Jan. 5, 1990, now abandoned.

### BACKGROUND

Albuterol is a drug belonging to the general class of beta-adrenergic compounds. The prime action of beta-adrenergic drugs is to stimulate adenyl cyclase, the enzyme which catalyzes the formation of cyclic-3',5'-adenosine monophosphate (AMP) from adenosine triphosphate (ATP). The cyclic AMP formed mediates the cellular responses. Albuterol acts selectively on beta$_2$-adrenergic receptors to relax smooth muscle tissue, for example, in the bronchial system. Albuterol is most commonly used to treat bronchial spasms associated with asthma and is the active component in well-known commercial bronchodilators such as Proventil and Ventolin.

The form in which albuterol is presently used is a racemic mixture. That is, it is a mixture of optical isomers, called enantiomers. Enantiomers are structurally identical compounds which differ only in that one isomer is a mirror image of the other and the mirror images cannot be superimposed. This phenomenon is known as chirality. Most biological molecules exist as enantiomers and exhibit chirality. Although structurally identical, enantiomers can have profoundly different effects in biological systems: one enantiomer may have a specific biological activity while the other enantiomer has no biological activity at all, or may nave an entirely different form of biological activity.

### SUMMARY OF THE INVENTION

The present invention relates to a method of treating bronchial disorders, such as asthma, in an individual, by administering to the individual an amount of optically pure R(−) albuterol which is active in bronchial tissue sufficient to reduce bronchial spasms associated with asthma while minimizing side effects associated with albuterol. The method is particularly useful in treating asthma while reducing side effects, such as central nervous system stimulatory effects and cardiac arrythmia. In these applications, it is important to have a composition which is a potent bronchodilator and which does not exhibit the adverse side effects of many beta-adrenergic drugs. A composition containing the pure R(−) isomer of albuterol is particularly useful for this application because this isomer exhibits these desired characteristics. The present method provides a safe, effective method for treating asthma while reducing undesirable side effects, for example, tremor, nervousness, shakiness, dizziness and increased appetite, and particularly, cardiac arrythmia, typically associated with beta-adrenergic drugs.

2

In children, side effects such as excitement, nervousness and hyperkinesia are reduced when the pure isomer is administered. In addition to the above, at certain levels racemic albuterol can cause teratogenic effects, which are believed to be associated with the S(+) isomer. Administering the pure isomer reduces the teratogenic potential which is associated with the S(+) isomer of albuterol.

### DETAILED DESCRIPTION OF THE INVENTION

The present invention relies on the bronchodilation activity of the R(−) enantiomer of albuterol to provide relief from bronchial disorders, while simultaneously reducing undesirable side effects, for example, central nervous system stimulatory effects and cardiac disorders, commonly experienced by albuterol users. In the present method, the optically pure R(−) isomer of albuterol, which is substantially free of the S(+) enantiomer, is administered alone, or in combination with one or more other drug(s) in adjunctive treatment, to an individual in whom asthma relief (e.g., relief from bronchial spasms, shortness of breath) is desired. The optically pure R(−) isomer of albuterol as used herein refers to the levorotatory optically pure isomer of α$^1$[(tert-butylamino) methyl]-4-hydroxy-mxylene-α, α'-diol, and to any biologically acceptable salt or ester thereof. The terms "optically pure" or "substantially free of the S(+) enantiomer" as used herein means that the composition contains at least 90% by weight of the R(−) isomer of albuterol and 10% by weight or less of the S(+) isomer. Optically pure albuterol is readily obtainable by methods known to those of skill in the art, for example, by synthesis from an optically pure intermediate.

In the present method, the R(−) isomer of albuterol is administered to an individual who has asthma. For example, R(−) albuterol is administered to an individual after onset of asthma to reduce breathing difficulty resulting from asthma. In another embodiment, optically pure R(−) albuterol is administered prophylactically, that is, before the bronchiospasm begins in an asthma attack, to prevent its occurrence or to reduce the extent to which it occurs.

In the present method, R(−) albuterol can be administered by inhalation, by subcutaneous or other injection, orally, intravenously, topically, parenterally, transdermally, rectally or via an implanted reservoir containing the drug. The form in which the drug will be administered (e.g., inhalant, powder, tablet, capsule, solution, emulsion) will depend on the route by which it is administered. The quantity of the drug to be administered will be determined on an individual basis, and will be based at least in part on consideration of the individual's size, the severity of the symptoms to be treated and the result sought. In general, quantities of optically pure R(−) albuterol sufficient to reduce the symptoms of asthma will be administered. The actual dosage (quantity administered at a time) and the number of administrations per day will depend on the mode of administration, for example, by inhaler, nebulizer or oral administration. About 30 mcg to about 90 mcg of the optically pure R(−) isomer of albuterol given by inhalation one or more times per day will be adequate in most individuals to produce the desired bronchodilation effect. For oral administration, e.g., tablet or syrup, a dose of about 1 mg to about 8 mg two to four times daily is administered to produce the desired effect.

In the method of the present invention, the optically pure R(−) isomer of albuterol can be administered together with one or more other drug(s). For example, an antiasthmatic drug such as theophylline or terbutaline, or an antihistamine

6,083,993

**3**

or analgesic such as aspirin, acetaminophen or ibuprofen, can be given with or in close temporal proximity to administration of optically pure, R(−) albuterol. The two (or more) drugs (the optically pure active isomer of albuterol and another drug) can be administered in one composition or as two separate entities. For example, they can be administered in a single capsule, tablet, powder, or liquid, etc. or as individual compounds. The components included in a particular composition, in addition to optically pure albuterol and another drug or drugs, are determined primarily by the manner in which the composition is to be administered. For example, a composition to be administered in inhalent form can include, in addition to the drug(s), a liquid carrier and/or propellent. A composition to be administered in tablet form can include a filler (e.g., lactose), a binder (e.g., carboxymethyl cellulose, gum arabic, gelatin), an adjuvant, a flavoring agent, a coloring agent and a coating material (e.g., wax or a plasticizer). A composition to be administered in liquid form can include the combination of drugs and, optionally, an emulsifying agent, a flavoring agent and/or a coloring agent.

In general, according to the method of the present invention, the optically pure R(−) isomer of albuterol, alone or in combination with another drug(s), is administered to an individual periodically as necessary to reduce symptoms of asthma.

The present composition and method provide an effective treatment for asthma while minimizing the undesirable side effects associated with albuterol use. These side effects include central nervous system effects, such as tremor, nervousness, shakiness, dizziness and increased appetite, and cardiac effects, such as cardiac arrythmia. In children, side effects, such as excitement, nervousness and hyperkinesia, are reduced when the pure isomer is administered. In addition, teratogenic effects associated with albuterol are believed to reside in the S(+) enantiomer. Thus, administering the pure R(−) isomer may reduce the teratogenic potential associated with albuterol.

**EQUIVALENTS**

Those skilled in the art will recognize, or be able to ascertain, using no more than routine experimentation, many equivalents to the specific embodiments of the invention described herein. Such equivalents are intended to be encompassed in the scope of the following claims.

What is claimed is:

1. A method of treating bronchospasm in a patient with reversible obstructive airway disease, comprising adminis-

**4**

tering to said patient a therapeutically effective amount of optically pure R-(−) albuterol.

2. A method according to claim 1, wherein the albuterol comprises at least 90% by weight of the R(−) isomer and not more than 10% by weight of the S(+) isomer.

3. A method according to claim 1, wherein the albuterol comprises at least 99% by weight of the R(−) isomer and 1% or less by weight of the S(+) isomer.

4. A method according to claim 1, wherein the optically pure R(−) albuterol is administered by inhalation.

5. A method according to claim 4, wherein the optically pure R(−) albuterol is administered in an amount of about 30 $\mu$g to about 90 $\mu$g.

6. A method according to claim 1, wherein the optically pure R(−) albuterol is administered orally.

7. A method according to claim 6, wherein the optically pure R(−) albuterol is administered in an amount of about 1 mg to about 8 mg.

8. A method according to claim 6, wherein the optically pure R(−) albuterol is administered as a tablet, capsule or syrup.

9. A method according to claim 7, wherein the optically pure R(−) albuterol is administered as a syrup.

10. A method of preventing bronchospasm in a patient with reversible obstructive airway disease, comprising administering to said patient a therapeutically effective amount of optically pure R-(−) albuterol.

11. A method according to claim 10, wherein the albuterol comprises at least 90% by weight of the R(−) isomer and not more than 10% by weight of the S(+) isomer.

12. A method according to claim 10, wherein the albuterol comprises at least 99% by weight of the R(−) isomer and 1% or less by weight of the S(+) isomer.

13. A method according to claim 10, wherein the optically pure R(−) albuterol is administered by inhalation.

14. A method according to claim 13, wherein the optically pure R(−) albuterol is administered in an amount of about 30 $\mu$g to about 90 $\mu$g.

15. A method according to claim 10, wherein the optically pure R(−) albuterol is administered orally.

16. A method according to claim 15, wherein the optically pure R(−) albuterol is administered in an amount of about 1 mg to about 8 mg.

17. A method according to claim 15, wherein the optically pure R(−) albuterol is administered as a tablet, capsule or syrup.

\* \* \* \* \*

# EXHIBIT   6

For personal use only. Not to be reproduced without permission of the editor
(permissions@pharmj.org.uk)

**Articles**

# Ventolin remains a breath of fresh air for asthma sufferers, after 40 years

In the first article in a series on landmark drugs, **Jenny Bryan** retells the history of Ventolin and explains why it still plays a major role in the treatment of asthma

When Allen & Hanburys launched the first selective $\beta_2$-receptor agonist, Ventolin (salbutamol), in 1968, the drug was an instant success. With asthma mortality peaking at over 2,000 deaths per year in the mid 1960s, an effective bronchodilator that specifically targeted the $\beta_2$-receptors of the lungs was immediately seen as an important advance.

"There was precious little before Ventolin for routine bronchodilation," recalls Tim Clark, professor of pulmonary medicine at the National Heart and Lung Institute, Imperial College, London. "We used isoprenaline, but its lack of selectivity for bronchial smooth muscle meant that it caused tachycardia and there was concern that it could be linked with the asthma deaths.

"The only other drugs we had to treat asthma symptoms were adrenaline and aminophylline for severe asthma, and theophylline and ephedrine for chronic asthma. Other preparations for chronic asthma included sedatives such as barbiturates," he explains. "So there were great expectations for Ventolin because it was a good bronchodilator, it lasted longer than isoprenaline and it didn't have the cardiac side effects. It was hoped that Ventolin would be of great use for both acute and chronic asthma."

## Development of salbutamol

The development of salbutamol followed the discovery in the early 1960s that beta adrenoceptors had two subtypes — $\beta_1$ found predominantly in the heart and $\beta_2$ in smooth muscle such as that in the lungs.[1] Allen & Hanburys chemists therefore set to work to make analogues of isoprenaline which were more specific to the $\beta_2$-receptor. They were rewarded with salbutamol, which was over 500 times more potent at the $\beta_2$- than the $\beta_1$-receptor.[2]

Activation of the $\beta_2$-receptor is understood to relax the airways by increasing intracellular cyclic adenosine monosphosphate (cAMP), which leads to phosphorylation of regulatory proteins that control muscle tone, reduction in the release of intracellular calcium and reduced sensitivity of contractile proteins.[3] The $\beta_2$-receptor straddles the cell membrane in a series of seven loops and becomes activated when it is coupled with the Gs protein and guanine triphosphate. It is thought that $\beta_2$-agonists work by stabilising $\beta_2$-receptors in their activated form, so that the bronchial smooth muscle is relaxed and the airways dilated.[3]



Ventolin lived up to expectations and it was not long before it had almost replaced isoprenaline and become the mainstay of asthma treatment with a liquid formulation suitable for nebulisation, as well as oral preparations added to the range. Other short acting $\beta_2$-agonists followed, such as Astra's terbutaline (Bricanyl) and Boehringer Ingelheim's fenoterol (Berotec). But Ventolin cornered the market; not only was it first, it was British.

## Race for a long-acting $\beta_2$-agonist

The new race was to develop a long-acting $\beta_2$-agonist which would be as selective and free of cardiac side effects as salbutamol and provide symptom relief well beyond the four hours achieved with the first generation,

short-acting drugs. At Allen & Hanburys, the aim was to find a way to anchor a selective $\beta_2$-agonist to its receptor for prolonged periods, thus extending its activity. The solution proved to be salmeterol (Serevent) — the first long-acting $\beta_2$-agonist (LABA). Launched in 1990, it was subsequently shown to achieve its 12-hour duration of action by binding to the $\beta_2$-receptor at the active site and at a second "exosite" on the receptor at a point close to the junction of the cell membrane and the cytoplasm.[4]

But, just as Ventolin had been launched against a backdrop of rising asthma mortality in the mid 1960s, salmeterol and its rival formoterol (Oxis) made by Astra, came onto the market with asthma deaths on the rise.

www.pjonline.com



## Increase in death of asthma patients

During the 1980s, an increase in asthma deaths in New Zealand was linked to the over use of fenoterol, a short-acting β–agonist marketed in a high-dose preparation with $\beta_1$-agonist activity comparable to that of isoprenaline and with similar accompanying cardiac side effects.[5] The rise in asthma deaths in New Zealand started in 1976, the year of fenoterol's highly successful introduction. In response to epidemiological evidence of a link between fenoterol and asthma deaths, three case-control studies were carried out, all showing a link between fenoterol use and asthma deaths.[5] The product was removed from the New Zealand drug tariff in 1989 and then withdrawn from the market. Asthma deaths subsequently fell back to pre-fenoterol levels. British rates never reached those seen in New Zealand and fenoterol was not widely used in the UK, but mortality did rise again through the late 1980s to peak once more at nearly 2,000 deaths per year. Although the rise occurred before the introduction of salmeterol, there were concerns that LABAs could exacerbate the problem and the finger of suspicion was soon pointing in their direction.

"The problem will always be that severe asthma is associated with deaths and the more severe a person's asthma, the more they use their bronchodilator, so it's always going to be difficult to unravel the link," explains Professor Clark. "I used to liken it to finding a person dead in the desert grasping an empty water bottle. Would you assume that it was the water which had killed him?"

A recent contributor to the controversy — the Salmeterol Multicenter Asthma Research Trial (SMART) — showed small, statistically significant increases in respiratory-related deaths and combined asthma-related deaths or life-threatening experiences in asthma patients who took salmeterol in addition to their usual treatment, compared with placebo.[6] Subgroup analyses suggested that the risk was greater in African Americans compared with Caucasian subjects and in those not taking inhaled corticosteroids.

Both UK and US guidance now stress the importance of only using LABAs in combination with inhaled steroids. But, with mortality rates in the UK back down to about 1,300 in 2005, it may be time for a short pause in the long-running debate.

Whatever the eventual conclusions, Ventolin has remained free of the claims and counter-claims which have left questionmarks over the LABAs. Indeed, as Professor Clark points out, it is now used not only to relieve the symptoms of asthma, but as a measure of asthma control. Patients who need more than a few puffs per week of their Ventolin do not have full control of their asthma and probably need to step up their other treatment.

"Ventolin has undoubtedly stood the test of time for relief of symptoms and measuring asthma control and, although most people are now prescribed generic salbutamol, people still call it Ventolin and a surprising number do still get the original brand," Professor Clark said.

After nearly 40 years and many millions of blue puffers since its launch, the name Ventolin has become to asthma what Hoover is to housework.

## References

1. Lands AM, Arnold A, McAuliff JP, Luduena FP, Brown TG. Differentiation of receptor systems activated by sympathomimetic amines. Nature 1967;214:597–8.
2. Jack D. The 1990 Lilly Prize Lecture. British Journal of Clinical Pharmacology 1991;31:501.
3. Johnson M. Molecular mechanisms of $\beta_2$-adrenergic receptor function, response, and regulation. Journal of Allergy and Clinical Immunology 2006;117:18–24.
4. Green SA, Spasoff AP, Coleman RA, Johnson M, Liggett SB. Sustained activation of a G protein-coupled receptor via "anchored" agonist binding. Molecular localization of the salmeterol exosite within the $\beta_2$-adrenergic receptor. Journal of Biological Chemistry 1996;271:24029–35.
5. Beasley R. A historical perspective of New Zealand asthma mortality epidemics. Journal of Allergy and Clinical Immunology 2006;117:22S–8.
6. Nelson HS, Weiss ST, Bleeker ER, Yancey SW, Dorinsky PM, SMART Study Group. The salmeterol multicenter asthma research trial: a comparison of usual pharmacotherapy for asthma or usual pharmacotherapy plus salmeterol. Chest 2006;129:15–26.

Advertisement

# EXHIBIT  7

PATENT APPLICATION
Docket No.: SPC89-05



HAMILTON, BROOK, SMITH & REYNOLDS, P.C.
TWO MILITIA DRIVE
LEXINGTON, MASSACHUSETTS 02173-4799
(617) 861-6240

07/461262

DAVID E. BROOK
JAMES M. SMITH
LEO R. REYNOLDS
GIULIO A. DECONTI, JR.*
PATRICIA GRANAHAN
JOHN L. DUPRE
MARY LOU WAKIMURA
THOMAS O. HOOVER
PAULA A. CAMPBELL
ALICE C. OLEK
KEVIN J. CANNING**

*D.C. BAR ONLY
**GEORGIA BAR ONLY

MUNROE H. HAMILTON
(1906-1984)

OF COUNSEL
RICHARD A. WISE

OFFICE ADMINISTRATOR
BARBARA J. FORGUE

PATENTS, TRADEMARKS
AND COPYRIGHTS
TELEX 951784
CABLE "PATENTS LXON"
FACSIMILE: (617) 861-9540

January 5, 1990

The Honorable Commissioner
of Patents and Trademarks
Washington, D. C.   20231

Sir:

Transmitted herewith for filing is the patent application of

Inventor(s):  Timothy J. Barberich and James W. Young

For:  METHOD FOR TREATING ASTHMA USING OPTICALLY PURE
R(-) ALBUTEROL

[X]  Specification, Claims, Abstract of the Disclosure
[ ]  __0__ sheets of formal/informal drawings.
[ ]  An assignment of the invention to _____

[ ]  A verified statement to establish small entity status under 37 C.F.R.
1.9 and 37 C.F.R. 1.27.
[X]  ~~Executed~~/Unexecuted Combined Declaration/Power of Attorney.
[ ]  Other:_____

The filing fee has been calculated as shown below:

| | (Col. 1) NO. FILED | (Col. 2) NO. EXTRA | SMALL ENTITY RATE | FEE | OTHER THAN A SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|
| BASIC FEE | | | | $185 | | $370 |
| TOTAL CLAIMS | 12 - 20 = | 0 | x 6 = | $ | x 12 = | $ 0 |
| INDEP CLAIMS | 3 - 3 = | 0 | x18 = | $ | x 36 = | $ 0 |
| [ ] MULTIPLE DEPENDENT CLAIM PRESENTED | | | +60 = | $ | +120 = | $ |
| *If the difference in Col. 1 is less than zero, enter "0" in Col. 2 | | | Assign-ment Fee | $ | Assign-ment Fee | $ |
| | | | TOTAL: | $ | TOTAL: | $ 370 |

Commissioner of Patents
and Trademarks
Page 2.

☐ Please charge my Deposit Account No. 08-0380 in the
amount of $_____.  A duplicate copy is enclosed.

☒ A check in the amount of $__370.00__ to cover the
filing fee is enclosed.

☒ The Commissioner is hereby authorized to charge
payment of the following fees associated with this
communication or credit any overpayment to Deposit
Account No. 08-0380.  Two copies of this sheet are
enclosed.

    ☒ Any additional filing fees required under
       37 C.F.R. 1.16.

    ☒ Any patent application processing fees under
       37 C.F.R. 1.17.

☒ The Commissioner is hereby authorized to charge
payment of the following fees during pendency of
this application or credit any overpayment to
Deposit Account No. 08-0380.  Two copies of this
sheet are enclosed.

    ☒ Any patent application processing fees under
       37 C.F.R. 1.17.

    ☒ Any filing fees under 37 C.F.R. 1.16 for
       presentation of extra claims.

Respectfully submitted,

HAMILTON, BROOK, SMITH & REYNOLDS, P.C.

Paula A. Campbell
Registration No. 32,503
Attorney for Applicant(s)

Dated: January 5, 1990

SPC89-05
1/4/90

PATENT APPLICATION
DOCKET NO: SPC89-05

## METHOD FOR TREATING ASTHMA USING
## OPTICALLY PURE R(-) ALBUTEROL

### Description

### Background

05    Albuterol is a drug belonging to the general
class of beta-adrenergic compounds.  The prime
action of beta-adrenergic drugs is to stimulate
adenyl cyclase, the enzyme which catalyzes the
formation of cyclic-3',5'-adenosine monophosphate
10   (AMP) from adenosine triphosphate (ATP).  The cyclic
AMP formed mediates the cellular responses.
Albuterol acts selectively on beta$_2$-adrenergic
receptors to relax smooth muscle tissue, for
example, in the bronchial system.  Albuterol is most
15   commonly used to treat bronchial spasms associated
with asthma and is the active component in
well-known commercial bronchodilators such as
Proventil and Ventolin.

The form in which albuterol is presently used
20   is a racemic mixture.  That is, it is a mixture of
optical isomers, called enantiomers.  Enantiomers
are structurally identical compounds which differ
only in that one isomer is a mirror image of the
other and the mirror images cannot be superimposed.
25   This phenomenon is known as chirality.  Most biolog-
ical molecules exist as enantiomers and exhibit
chirality.  Although structurally identical,
enantiomers can have profoundly different effects in
biological systems: one enantiomer may have a

-2-

specific biological activity while the other
enantiomer has no biological activity at all, or may
have an entirely different form of biological
activity.

05  Summary of the Invention

   The present invention relates to a method of
treating bronchial disorders, such as asthma, in an
individual, by administering to the individual an
amount of optically pure R(-) albuterol which is
10  active in bronchial tissue sufficient to reduce
bronchial spasms associated with asthma while
minimizing side effects associated with albuterol.
The method is particularly useful in treating asthma
while reducing side effects, such as central nervous
15  system stimulatory effects and cardiac arrythmia.
In these applications, it is important to have a
composition which is a potent broncho-dilator and
which does not exhibit the adverse side effects of
many beta-adrenergic drugs.  A composition
20  containing the pure R(-) isomer of albuterol is
particularly useful for this application because
this isomer exhibits these desired characteristics.
The present method provides a safe, effective method
for treating asthma while reducing undesirable side
25  effects, for example, tremor, nervousness,
shakiness, dizziness and increased appetite, and
particularly, cardiac arrythmia, typically
associated with beta-adrenergic drugs.  In children,
side effects such as excitement, nervousness and
30  hyperkinesia are reduced when the pure isomer is

-3-

administered. In addition to the above, at certain
levels racemic albuterol can cause teratogenic
effects, which are believed to be associated with
the S(+) isomer. Administering the pure isomer
05  reduces the teratogenic potential which is
associated with the S(+) isomer of albuterol.

Detailed Description of the Invention
     The present invention relies on the broncho-
dilation activity of the R(-) enantiomer of
10  albuterol to provide relief from bronchial
disorders, while simultaneously reducing undesirable
side effects, for example, central nervous system
stimulatory effects and cardiac disorders, commonly
experienced by albuterol users. In the present
15  method, the optically pure R(-) isomer of albuterol,
which is substantially free of the S(+) enantiomer,
is administered alone, or in combination with one or
more other drug(s) in adjunctive treatment, to an
individual in whom asthma relief (e.g., relief from
20  bronchial spasms, shortness of breath) is desired.
The optically pure R(-) isomer of albuterol as used
herein refers to the levorotatory optically pure
isomer of $\alpha^1$[(tert-butylamino) methyl]-4-hydroxy-m-
xylene-$\alpha$, $\alpha'$-diol, and to any biologically accept-
25  able salt or ester thereof. The terms "optically
pure" or "substantially free of the S(+) enantiomer"
as used herein means that the composition contains
at least 90% by weight of the R(-) isomer of
albuterol and 10% by weight or less of the S(+)
30  isomer. Optically pure albuterol is readily

-4-

obtainable by methods known to those of skill in the art, for example, by synthesis from an optically pure intermediate.

05      In the present method, the R(-) isomer of albuterol is administered to an individual who has asthma.  For example, R(-) albuterol is administered to an individual after onset of asthma to reduce breathing difficulty resulting from asthma.  In another embodiment, optically pure R(-) albuterol is

10      administered prophylactically, that is, before the bronchiospasm begins in an asthma attack, to prevent its occurrence or to reduce the extent to which it occurs.

        In the present method, R(-) albuterol can be

15      administered by inhalation, by subcutaneous or other injection, orally, intravenously, topically, parent- erally, transdermally, rectally or via an implanted reservoir containing the drug.  The form in which the drug will be administered (e.g., inhalant,

20      powder, tablet, capsule, solution, emulsion) will depend on the route by which it is administered. The quantity of the drug to be administered will be determined on an individual basis, and will be based at least in part on consideration of the

25      individual's size, the severity of the symptoms to be treated and the result sought.  In general, quantities of optically pure R(-) albuterol suffi- cient to reduce the symptoms of asthma will be administered.  The actual dosage (quantity

30      administered at a time) and the number of administrations per day will depend on the mode of

-5-

administration, for example, by inhaler, nebulizer
or oral administration. About 30 mcg to about 90
mcg of the optically pure R(-) isomer of albuterol
given by inhalation one or more times per day will
05 be adequate in most individuals to produce the
desired bronchodilation effect. For oral
administration, e.g., tablet or syrup, a dose of
about 1 mg to about 8 mg two to four times daily is
administered to produce the desired effect.

10          In the method of the present invention, the
optically pure R(-) isomer of albuterol can be
administered together with one or more other
drug(s). For example, an antiasthmatic drug such as
theophylline or terbutaline, or an antihistamine or
15 analgesic such as aspirin, acetaminophen or
ibuprofen, can be given with or in close temporal
proximity to administration of optically pure, R(-)
albuterol. The two (or more) drugs (the optically
pure active isomer of albuterol and another drug)
20 can be administered in one composition or as two
separate entities. For example, they can be
administered in a single capsule, tablet, powder, or
liquid, etc. or as individual compounds. The
components included in a particular composition, in
25 addition to optically pure albuterol and another
drug or drugs, are determined primarily by the
manner in which the composition is to be adminis-
tered. For example, a composition to be
administered in inhalent form can include, in
30 addition to the drug(s), a liquid carrier and/or
propellant. A composition to be administered in

-6-

tablet form can include a filler (e.g., lactose), a
binder (e.g., carboxymethyl cellulose, gum arabic,
gelatin), an adjuvant, a flavoring agent, a coloring
agent and a coating material (e.g., wax or a
05  plasticizer). A composition to be administered in
liquid form can include the combination of drugs
and, optionally, an emulsifying agent, a flavoring
agent and/or a coloring agent.

In general, according to the method of the
10  present invention, the optically pure R(-) isomer of
albuterol, alone or in combination with another
drug(s), is administered to an individual period-
ically as necessary to reduce symptoms of asthma.

The present composition and method provide an
15  effective treatment for asthma while minimizing the
undesirable side effects associated with albuterol
use. These side effects include central nervous
system effects, such as tremor, nervousness,
shakiness, dizziness and increased appetite, and
20  cardiac effects, such as cardiac arrythmia. In
children, side effects, such as excitement,
nervousness and hyperkinesia, are reduced when the
pure isomer is administered. In addition,
teratogenic effects associated with albuterol are
25  believed to reside in the S(+) enantiomer. Thus,
administering the pure R(-) isomer may reduce the
teratogenic potential associated with albuterol.

Equivalents

Those skilled in the art will recognize, or be
30  able to ascertain, using no more than routine

-7-

experimentation, many equivalents to the specific
embodiments of the invention described herein. Such
equivalents are intended to be encompassed in the
scope of the following claims.

-8-

<u>CLAIMS</u>

1. A method of treating asthma in an individual with albuterol, while reducing side effects associated with albuterol, comprising adminis- tering to the individual a quantity of an optically pure R(-) isomer of albuterol sufficient to result in bronchodilation, said R isomer being substantially free of its S(+) isomer.

2. A method of Claim 1 wherein the amount of the R(-) isomer of albuterol is greater than approximately 90% by weight of total albuterol.

3. A method of Claim 2 wherein the amount of the R(-) isomer of albuterol is greater than 99% by weight of total albuterol.

4. A method of Claim 1 comprising administering to the individual by inhalation from approximately 30 mcg to approximately 90 mcg of the R(-) isomer of albuterol per dose.

5. A method of Claim 1 comprising orally administering to the individual from approximately 1 mg to approximately 8 mg of the R(-) isomer of albuterol two to four times daily.

-9-

6.    A method of treating asthma in an individual with albuterol, while reducing side effects associated with albuterol, comprising administering to the individual a quantity of an optically pure R(-) isomer of albuterol sufficient to result in bronchodilation and at least one additional drug.

7.    A method of Claim 6 wherein the additional drug is selected from the group consisting of: bronchodilators, antihistamines and analgesics.

7.    A method of Claim 7 wherein the analgesic is selected from the group consisting of: aspirin, acetaminophen and ibuprofen.

9.    A composition comprising an optically pure R(-) isomer of albuterol and at least one additional drug.

10.   A composition of Claim 9 containing at least 90% by weight of the R(-) isomer of albuterol.

11.   A composition of Claim 10 containing at least 99% by weight of the R(-) isomer of albuterol.

12.   A composition of Claim 9 wherein the additional drug is selected from the group consisting of: bronchodilators, antihistamines and analgesics.

13

08/163581

-10-

## METHOD FOR TREATING ASTHMA USING
## OPTICALLY PURE R(-) ALBUTEROL

### Abstract of the Disclosure

The optically pure R(-) isomer of albuterol,
05  which is substantially free of the S(+) isomer, is a
potent bronchodilator for relieving the symptons
associated with asthma in individuals.  A method is
disclosed utilizing the optically pure R(-) isomer
of albuterol for treating asthma while minimizing
10  the side effects associated with albuterol.

# EXHIBIT  8

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY |
|---|---|---|---|
| 07/461,262 | 01/05/90 | BARBERICH | 8PC8905 |

EXAMINER
SCHENKMAN, L

ART UNIT    PAPER NO.
125              9

DATE MAILED:    03/22/91

HAMILTON, BROOKS, SMITH & REYNOLDS
ONE MILITIA DRIVE
LEXINGTON, MA 02173-4799

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☐ This application has been examined    ☑ Responsive to communication filed on 12-4-90    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire ___3___ month(s), ___ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

Part I  THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:
1. ☐ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice of Art Cited by Applicant, PTO-1449.
3. ☐ Information on How to Effect Drawing Changes, PTO-1474.

4. ☐ Notice re Patent Drawings, PTO-948.
5. ☐ Notice of Informal Patent Application, Form PTO-152.
6. ☐ _____

Part II  SUMMARY OF ACTION
1. ☐ Claims _____ are pending in the application.
   Of the above claims _____ are withdrawn from consideration.
2. ☐ Claims _____ have been cancelled.
3. ☐ Claims _____ are allowed.
4. ☐ Claims 11 — 12 are rejected.
5. ☐ Claims _____ are objected to.
6. ☐ Claims _____ are subject to restriction or election requirement.
7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.
8. ☐ Formal drawings are required in response to this Office action.
9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).
10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).
11. ☐ The proposed drawing correction, filed _____ has been ☐ approved; ☐ disapproved (see explanation).
12. ☐ Acknowledgement is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____ filed on _____.
13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.
14. ☐ Other

Serial No. 07/461,262                    -2-

Art Unit   125

The following is a quotation of 35 U.S.C. § 103 which forms the basis for all obviousness rejections set forth in this Office action:

A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Subject matter developed by another person, which qualifies as prior art only under subsection (f) or (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same person or subject to an obligation of assignment to the same person.

Claims 1-12 are rejected under 35 U.S.C. § 103 as being unpatentable over Chemical Abstracts for reasons of record. Applicants arguments regarding unpredictability are not persuasive in view of the cited decision.

Claims 1-5 are rejected under 35 U.S.C. § 103 as being unpatentable over Brittain et al, Hartley et al, Hawkins et al and Buckner et al who teach compositions containing the claimed compounds (e.g water or saline solution) and its isomers used as a bronchodilation in the treatment of asthma. The references further teach greater bronchodilation activity of the R (-) isomer over the S(+) isomer. The use therefor, of compositions containing naimly the R (-) isomer in the treatment of asthma is clearly rendered obvious by the prior art.

Serial No. 07/461,262                              -3-

Art Unit   125

Claims 6-12 are rejected under 35 U.S.C. § 103 as being
unpatentable over the references supra in further view of
Chemical Abstracts which shows combination of drugs, including
salbutomal, used in the treatment of asthma.

Claims 6 and 9-11 are rejected under 35 U.S.C. § 112, second
paragraph, as being indefinite for failing to particularly point
out and distinctly claim the subject matter which applicant
regards as the invention.  No basis for the mixture of isomers set
forth in claims 10 and 11 can be found in claim 9 which is
limited to a single isomer.  Claim 9 is incorrect is not
including the R(-) isomer.  Compare with original claim 9.
Claims 9-12 are again deemed to be too broad absent proportions
of ingredients.  The term "additional drug" (claims 6 and 9-11)
is too broad.

Any inquiry concerning this communication or earlier
communications from the examiner should be directed to Examiner
L. Schenkman whose telephone number is (703) 308-0091.

Any inquiry of a general nature or relating to the status of
this application should be directed to the Group receptionist
whose telephone number is (703) 308-1235.

SCHENKMAN:drb
March 13, 1991

LEONARD SCHENKMAN
EXAMINER
ART UNIT 125

| Form PTO-1449 | U.S. DEPARTMENT OF COMMERCE | ATTY. DOCKET NO. | | SERIAL NO. |
|---|---|---|---|---|
| (REV. 7-80) | PATENT AND TRADEMARK OFFICE | SPC89-05 | | 07/463,581 |

## LIST OF ART CITED BY APPLICANT
(Use several sheets if necessary)

| | | | | |
|---|---|---|---|---|
| APPLICANT | Timothy J. Barberich, et al. | | | |
| FILING DATE | January 5, 1990 | | GROUP | 125 |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

### OTHER ART (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | AR | R.T. Brittain et al., Br. J. Pharmacol., 48:144-147 (1973) |
| | AS | C.J. Hawkins and G.T. Klease, J. Med. Chemistry, 16(7):856-857 (1973) |
| | AT | D. Hartley and D. Middlemiss, J. Med. Chemistry, 14(9):895 (1971) |

| EXAMINER | | DATE CONSIDERED | |
|---|---|---|---|
| | | | 1-14-9. |

| | | | Sheet 2 of 2 | |
|---|---|---|---|---|

| ATTY. DOCKET NO. | SERIAL NO. 07/461,262 |
|---|---|
| SPC89-05 | |
| APPLICANT | |
| Timothy J. Barberich, et al. | |
| FILING DATE | GROUP |
| January 5, 1990 | 125 |

### U.S. PATENT DOCUMENTS

| EXAMINER | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**OTHER ART (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | | |
|---|---|---|
| AU | C.K. Buckner and P. Abel, J. Pharmacol. Exp. Ther., 189(3):616–625 (1974) | |

| Examiner | Date Considered 3-19-91 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

# EXHIBIT 9



UNITED STATES DEPT. OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/461,262 | 01/05/90 | BARBERICH | SFC8905 |

HAMILTON, BROOK, SMITH & REYNOLDS
TWO MILTIA DRIVE
LEXINGTON, MA 02173-4799

| EXAMINER |
|---|
| SCHENKMAN, L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1205 | 13 |

DATE MAILED: 12/09/91

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined. ☒ Responsive to communication filed on 9/26/91 ☐ This action is made final.

A shortened statutory period for response to this action is set to expire 3 month(s), ___ days from the date of this letter. Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

Part I THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☒ Notice of References Cited by Examiner, PTO-892. 2. ☐ Notice re Patent Drawing, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449. 4. ☐ Notice of Informal Patent Application, Form PTO-152.
5. ☒ Information on How to Effect Drawing Changes, PTO-1474. 6. ☐ _____

Part II SUMMARY OF ACTION

1. ☒ Claims 1-6, 8, 9, 13 and 14 are pending in the application.
   Of the above, claims _____ are withdrawn from consideration.
2. ☐ Claims _____ have been cancelled.
3. ☐ Claims _____ are allowed.
4. ☒ Claims 1-6, 8, 9, 13 and 14 are rejected.
5. ☐ Claims _____ are objected to.
6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____ has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☒ Other

Serial No. 07/461,262                        -2-

Art Unit   1205

The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

A patent may not be obtained though the invention is not
identically disclosed or described as set forth in section
102 of this title, if the differences between the subject
matter sought to be patented and the prior art are such that
the subject matter as a whole would have been obvious at the
time the invention was made to a person having ordinary
skill in the art to which said subject matter pertains.
Patentability shall not be negatived by the manner in which
the invention was made.

Subject matter developed by another person, which qualifies
as prior art only under subsection (f) or (g) of section 102
of this title, shall not preclude patentability under this
section where the subject matter and the claimed invention
were, at the time the invention was made, owned by the same
person or subject to an obligation of assignment to the same
person.

Claims 1-6, 8, 9, 13 and 14 are rejected under 35 U.S.C.

§ 103 as being unpatentable over Chemical Abstracts for reasons

of record.  Applicant's arguments and analysis of the In re

Adamson decision are not well taken.  The fact that Adamson does

not relate to treatment of asthma or use of the claimed isomer is

not germane since the claimed isomer has the same type of

activity as the racemic mixture.

Claims 1-5 are rejected under 35 U.S.C. § 103 as being

unpatentable over Brittain et al., Hartley et al., Hawkins et al.

and Buckner et al. for reasons of record.  Applicant's argument

that the prior art teaches that the (-) isomer and the racemic

mixture exhibit the same degree of activity is not universally

accepted; note that Hawkins et al. article.  In any event, since

Serial No. 07/461,262                              -3-

Art Unit   1205

it has been established that the racemic mixture and isomeric
forms of the compounds have been used or tested as
bronchodilators in the treatment of asthma, the use of
compositions containing the claimed isomer in the treatment of
asthma is clearly rendered obvious, notwithstanding the
inconsistency or the prior art on the this point. The references
cited herein would present a strong prima facie case of
obviousness even assuming, arguendo, they dealt solely with the
racemic mixture.

Claims 6, 8, 9, 13 and 14 are rejected under 35 U.S.C. § 103
as being unpatentable over Brittain et al. Hartley et al. Hawkins
et al. and Bruckner et al. in view of Chemical Abstracts for
reasons of record. The fact that Chemical Abstracts does not
teach the isomers of Albuterol is not germane to this rejection.
Drug combinations containing the (-) isomer would clearly be
obvious in view of the teaching of drug combinations containing
the racemic mixture.

Claims 9, 13 and 14 are rejected under 35 U.S.C. § 112,
second paragraph, as being indefinite for failing to particularly
point out and distinctly claim the subject matter which applicant
regards as the invention. Claims 13 and 14 do not have proper
antecedent support in claim 9 which appears to be limited to the
(-) isomer. Claims 9, 13 and 14 are again rejected as being too
broad absent recitation of amounts of ingredients present. The

Serial No. 07/461,262                    -4-

Art Unit   1205

skilled artisan would be hard pressed to determine contemplated

proportions; note the functional language of claim 6.

THIS ACTION IS MADE FINAL. Applicant is reminded of the

extension of time policy as set forth in 37 C.F.R. § 1.136(a).

A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS FINAL
ACTION IS SET TO EXPIRE THREE MONTHS FROM THE DATE OF THIS
ACTION. IN THE EVENT A FIRST RESPONSE IS FILED WITHIN TWO MONTHS
OF THE MAILING DATE OF THIS FINAL ACTION AND THE ADVISORY ACTION
IS NOT MAILED UNTIL AFTER THE END OF THE THREE-MONTH SHORTENED
STATUTORY PERIOD, THEN THE SHORTENED STATUTORY PERIOD WILL EXPIRE
ON THE DATE THE ADVISORY ACTION IS MAILED, AND ANY EXTENSION FEE
PURSUANT TO 37 C.F.R. § 1.136(a) WILL BE CALCULATED FROM THE
MAILING DATE OF THE ADVISORY ACTION. IN NO EVENT WILL THE
STATUTORY PERIOD FOR RESPONSE EXPIRE LATER THAN SIX MONTHS FROM
THE DATE OF THIS FINAL ACTION.

Any inquiry concerning this communication or earlier
communications from the examiner should be directed to Examiner
Schenkman whose telephone number is (703) 308-4651.

Any inquiry of a general nature or relating to the status of
this application should be directed to the Group receptionist
whose telephone number is (703) 308-1235.

Schenkman: ach
December 05, 1991

| | | ATTY. DOCKET NO. SPC89-05 | | SERIAL NO. 07/461,262 | Sheet 1 of 1 | | |
|---|---|---|---|---|---|---|---|
| | | APPLICANT Timothy J. Barberich and James W. Young | | | | | |
| | | FILING DATE January 5, 1990 | | GROUP 125 | | | |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER ART (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | | |
|---|---|---|
| 11 | AV | Tan et al., "Analysis of Salbutomol Enantiomers in Human Urine by Chiral High Performance Liquid Chromatography and Preliminary Studies Related to the Stereoselective Disposition Kinetics in Man", J. Chromatogr., 422, 187-95 (1987) |

Examiner [signature]     Date Considered 11-1991

# EXHIBIT  10

SPC89-05'Pre A
RWW12
7/14/92
RWW/bjn

PATENT APPLICATION
Docket No. SPC89-05

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:    Timothy J. Barberich and James W. Young

Serial No.:    07/896,725    Group Art Unit:    1201

Filed:    June 9, 1992    Examiner:    L. Schenkman

Title:    METHOD FOR TREATING ASTHMA USING
OPTICALLY PURE R(-) ALBUTEROL

92 JUL 22 AM 7:16    RECEIVED    GROUP 120

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being
deposited with the United States Postal Service as First
Class Mail in an envelope addressed to Honorable
Commissioner of Patents and Trademarks, Washington,
D.C. 20231 on ——7-14-92——
Hamilton, Brook, Smith & Reynolds, P.C.

_O.J. Negroni_    _7-14-92_
Signature    Date

PRELIMINARY AMENDMENT

The Honorable Commissioner
of Patents and Trademarks
Washington, D. C.  20231

Sir:

    Please amend the above-identified Application as
follows:

In the Claims:

    In Claim 1, line 6, between "bronchodilation" and the
"," insert ---while simultaneously reducing undesirable
side effects---;

-2-

In Claim 6, line 6, between "bronchodilation" and "and" insert ---while simultaneously reducing undesirable side effects---;

In Claim 9, line 2, delete "an optically pure" and instead insert ---the---.

### REMARKS

The instant Application is a contination of Application Serial No. 07/461,262 ("the parent case").

The above amendments to the Claims have been made to more distinctly claim the subject matter of the invention. Support for these amendments can be found on page 2, line 6-page 3, line 6; page 3, lines 8-14; and page 6, lines 14-27 of the specification. The relationship between these amendments to the Claims and the response to the Office Action of December 9, 1991 in the parent case will be more fully explained below.

### Rejection of Claims 1-6, 8, 9, 13 and 14 under 35 U.S.C. §103.

Claims 1-6, 8, 9, 13 and 14 were rejected under 35 U.S.C. §103 over Chemical Abstracts which, as previously stated by the Examiner, teaches salbutamol (albuterol) used to treat asthma and compositions containing albuterol. The case, In re Adamson *et al.*, was cited as teaching that the difference in activity between isomers is not unexpected.

Applicants respectfully submit that the claims, as amended, overcome the rejection. The Chemical Abstracts reference shows the bronchodilation effects of salbutamol and drug combinations incorporating salbutamol. However, this reference does not teach the use of a quantity of the R(-) isomer of albuterol sufficient to cause bronchodilation while simultaneously reducing undesirable side effects associated with racemic albuterol.

-3-

Although In re Adamson et al. teaches that optical
isomers themselves are unpatentable over compounds that the
art recognizes as having optical isomers, it is not correct
to assume from this that a new method for using an isomer
is unpatentable, particularly where, as here, the method
unexpectedly provides therapeutic effects without causing
undesirable side effects.

One would be led to assume, from the Examiner's
apparent interpretation of In re Adamson et al., that the
physiological effects of a racemic compound, both
therapeutic and adverse, are elicited by the same isomer.
However, this assumption is contrary to Applicants'
disclosure which teaches that undesirable side effects are
associated with the racemic mixture or the therapeutically
inactive isomer, i.e. the S(+) isomer, of albuterol, but
not with the R(-) isomer. Applicants have, therefore, made
the unexpected disclosure that the claimed isomer does not
have the same type of activity as the racemic mixture.

Rejection of Claims 1-5 under 35 U.S.C. §103.

Claims 1-5 have been rejected under 35 U.S.C. §103 as
being unpatentable over Brittain et al., Hartley et al.,
Hawkins et al., and Buckner et al. who, as previously
stated by the Examiner, teach compositions containing the
claimed compounds with its isomers used as a bronchodilator
in the treatment of asthma and, further, that the R(-)
isomer has greater bronchodilation activity over the S(+)
isomer.

Applicants respectfully submit that the Claims, as
amended, also overcome this rejection. In addition to a
complete lack of agreement among the cited references
concerning the relative efficacies of the R(-) isomer and
the racemate, there is no teaching in these references
regarding the administration of a quantity of the R(-)
isomer sufficient to effect bronchodilation but without

-4-

causing undesirable side effects. The references do not indicate that undesirable side effects can be minimized by administering one of the isomers. Only Applicants' disclosure reveals and claims this important method by administering the R(-) isomer of albuterol.

Rejection of Claims 6, 8, 9, 13 and 14 under 35 U.S.C. §103.

Claims 6, 8, 9, 13 and 14 have been rejected under 35 U.S.C. §103 as being unpatentable over Brittain et al., Hartley et al.; Hawkins et al. and Buckner et al. in view of Chemical Abstracts which, as previously stated by the Examiner, shows combinations of drugs, including salbutamol, used in the treatment of asthma.

Applicants respectfully traverse this rejection, particularly as applied to the presently amended Claims. Although drug combinations including racemic salbutamol are shown in Chemical Abstracts, there is no indication that a combination containing the R(-) isomer minimizes the undesirable side effects associated with the racemic mixture of albuterol. The combination of the other cited references also does not show this element. The combination of drugs which includes the R(-) isomer would not be obvious since undesirable side effects would be expected to be associated with it; there would be no benefit associated with using the R(-) isomer compared with using the racemic mixture. However, Applicants' disclosure shows that undesirable side effects are minimized when the R(-) isomers used. Thus, the combination of drugs including R(-) albuterol is not an obvious extension of a combination of drugs including racemic albuterol.

-5-

Rejection of Claims 9, 13 and 14 under 35 U.S.C. §112, second paragraph.

Claims 9, 13 and 14 have been rejected under 35 U.S.C. §112, second paragraph as being indefinite for failing to particularly point out and distinctly claim the subject matter of the invention.  It was stated that Claims 13 and 14 do not have proper antecedent support in Claim 9. Claims 9, 13 and 14 were also rejected as being too broad absent recitation of amounts of ingredients present.

Claim 9 has been presently amended to remove the phrase "optically pure".  It is believed that Claims 13 and 14 now have proper antecedent basis and specify the amount of purity of the R(-) isomer of albuterol.

Applicants again respectfully traverse the rejection of Claims 9, 13 and 14 because recitations of amounts of ingredients are dependent on a number of physiological factors which make specification of quantities uncertain until the physiological features are known.  It is submitted that skilled artisans, when these features are known, can determine the amounts of ingredients based on these physiological factors.

CONCLUSIONS

With the above amendments and for the above stated reasons, Applicants believe the 35 U.S.C. §§103 and 112, second paragraph rejections have been overcome.  Applicants respectfully request reconsideration of the Application and allowance thereof.

-6-

If the Examiner feels that a telephone conversation would expedite the prosecution of this Application, he is asked to call Applicant's Agent at (617) 861-6240.

Respectfully submitted,

*Richard W. Wagner*

Richard W. Wagner
Registration No. 34,480
Agent for Applicant

Lexington, MA  02173
Dated: July 14, 1992

# EXHIBIT  11

SPC89-05'
RWW13
2/10/91

PATENT APPLICATION
Docket No. SPC89-05'

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Timothy J. Barberich and James W. Young

Serial No.: 07/896,725          Group Art Unit: 1205

Filed: June 9, 1992             Examiner: L. Schenkman

Title: METHOD FOR TREATING ASTHMA USING OPTICALLY
       PURE R(-) ALBUTEROL

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being
deposited with the United States Postal Service as First
Class Mail in an envelope addressed to Honorable
Commissioner of Patents and Trademarks, Washington,
D.C. 20231 on _2/10/93_
Needham, Dutch, Smith & Reynolds, P.C.

AMENDMENT C

The Honorable Commissioner
  of Patents and Trademarks

Washington, D.C.  20231

Dear Sir:

     This is in response to the official action of August 10,
1992, which in view of the petition for a three month extension
of time submitted herewith, requires response by February 10,
1993.

     Please amend the application as follows:

In the Claims:

     Please cancel claims 9, 13 and 14 and substitute therefor
new claims 15, 16, 17 and 18.

-2-

15. A pharmaceutical composition comprising:
    (a) a first component consisting of an antiasthmatically effective amount of albuterol, said albuterol consisting of about 90 to 100% by weight of its R(-) isomer; and
    (b) a second component consisting of a physiologically effective amount of a drug selected from the group consisting of bronchodilators, antihistamines and analgesics.

16. A composition according to claim 15 wherein said second component is an antiasthmatically effective amount of theophylline or terbutaline.

17. A composition according to claim 15 wherein said second component is an analgesically effective amount of a drug selected from the group consisting of aspirin, acetaminophen and ibuprofen.

18. A composition according to claim 15 wherein said albuterol is greater than 99% by weight R-albuterol.

## Remarks

The claims have been amended to include the amount (in functional terms) of the components to be included and to clarify the proportion of albuterol that is present as its R-isomer. Support for claim 16 is found on page 5, line 14; support for claim 17 is found on page 5, line 15 to line 16. Claim 18 replaces former claim 14 and makes it properly dependent on newly introduced claim 15.

Claims 1 to 6, 8, 9, 13 and 14 were presented in the application as filed. Claims 9, 13 and 14 have been cancelled and claims 15 through 18 have been added. Claims 1 to 6, 8 and 15 to 18 are therefore presently pending in the application.

-3-

Claims 1 to 6 and 8 stand rejected under 35 U.S.C. 103 as obvious over Chemical Abstracts. Claims 1 to 5 stand further rejected under 35 U.S.C. 103 as unpatentable over Brittain et al., Hartley et al., Hawkins et al. and Buckner et al. Claims 6 and 8 stand further rejected under 35 U.S.C. 103 as unpatentable over the latter four references in view of Chemical Abstracts. These rejections are traversed, and reconsideration is requested, for the following reasons:

The thrust of applicants' invention is the treatment of asthma while reducing the side effects associated with the administration of racemic albuterol. Side effects of drugs which, like albuterol, have a predominant $\beta_2$ agonist component, can arise from four presently recognized interactions, as discussed in the declaration under 37 C.F.R. 1.132 by Dr. Gunnar Aberg submitted herewith and rephrased below:

(a) non-adrenergic effects (there is no evidence for this among the references cited in the present case);

(b) interaction of the $\beta$-agonist with $\alpha$ receptors; (Second generation $\beta$-agonists like albuterol are relatively free of this problem.)

(c) interaction of the primarily $\beta_2$-agonist drug with $\beta_1$ receptors; and

(d) interaction of $\beta_1$-agonists with $\beta_2$ receptors giving rise to tachyphylaxis and perhaps to sensitization and CNS effects, such as excitement and hyperkinesia.

Tachyphylaxis in response to albuterol has been demonstrated in airways [See Passovicz Muszynska Index Medicus Abstr. 91164287 (1991) (Attachment A); and Pauwels Index Medicus Abstr. 86051970 (1986)] (Attachment B). Sensitization has likewise been reported [See Chapman et al. Brit. J. Pharmacol. 99, 66P (1990)] (Attachment C). The mechanisms of these side effects are not clear and may not be the same.

The Brittain, Hartley, Hawkins and Buckner references all address the comparative interaction of albuterol isomers with $\beta_1$

-4-

vs $\beta_2$ receptors, a type (c) interaction according to the
definition above. Three of these references show that there is
perhaps some slight potency advantage to the use of pure R(-)
albuterol vs. racemic albuterol (although Hartley shows a potency
advantage to racemic albuterol), but none shows that there is any
$\beta$-selectivity advantage to R over S or over racemic. On the
contrary, Buckner concluded that the ratios of tracheal ($\beta_2$) to
atrial ($\beta_1$) activities of R and S are indistinguishable. Side
effects that are based on type (c) interactions arise from
differences in receptor selectivity, and the person of ordinary
skill would conclude from the teachings of these four references
that there is no advantage of R over racemic in terms of expected
amelioration of side effects. The Aberg Declaration establishes
that the references by Brittain, Hartley, Hawkins and Buckner do
not teach any expectation of decreased side effects from the
administration of the pure R isomer as compared to the racemate.

Thus, at the time of filing of applicants' parent
application (1/5/90), there were no teachings among the
references cited that would motivate a person of ordinary skill
to administer the pure R(-) isomer of albuterol for the treatment
of asthma on the basis of its receptor selectivity.

What about potency? Even though applicants' disclosure does
not relate to potency, does the art nonetheless encourage the
person of ordinary skill to resolve and administer pure R
albuterol on the basis of potency? Unless one pure enantiomer
antagonizes the effects of the other, the theoretical advantage
of a pure enantiomer is at most two-fold. A racemate, being a
50:50 mixture, simply acts like half a dose of the pure
enantiomer and half a dose of filler. Because chemical
resolution of racemic mixtures is never 100% efficient, a
resolution will always yield less than 50% of the single isomer.
Thus, unless one enantiomer antagonizes the effect of the other,
there is no reason to suffer the loss of material attendant upon
their resolution. For example, it has been known for years that

-5-

the activity of metoprolol as a β- blocker resides in its S
isomer, but no one has ever marketed pure S-metoprolol because
there has been no motivation to go to the trouble of removing the
R isomer.

A potency ratio significantly greater than 2 between a
single enantiomer and its racemate would be consistent with
antagonism by one enantiomer and would provide motivation for
resolving the racemate. No such teaching is found in any of the
references. Choosing the single most optimistic experimental
result from among the results of three tissues in only one of the
four references, one may derive a 2.3 fold potency ratio for a
single (R) isomer vs racemate. This falls in the range described
above for "active isomer plus filler" and provides no motivation
to undertake a separation of isomers. And these are the most
encouraging data selected by hindsight reconstruction; the rest
of the references, taken together, fairly suggest no clear
preference of one isomer. Therefore, at the time of filing, the
art did not suggest using pure R(-) albuterol either for lessened
side effects or for potency enhancement. This conclusion is
supported by the Declaration of Dr. Aberg. (The articles
referred to by Dr. Aberg which have not been previously cited in
this Application are included with the Declaration of Dr. Aberg
as Exhibits 1, 2 and 3.)

Applicants disclose an unexpected diminution in side effects
when the pure R isomer is administered. In support of this,
applicants now cite two publications by the group of Morley and
Chapman which appeared subsequent to the filing of the
application: Morley, Chapman et al. Brit. J. Parmacol. 104
Suppl, 295P (1991) and Chapman et al. Trends in Pharmacol. Sci.
13 231-232 (1992). The significance of their disclosures is
discussed in the Declaration by Dr. Aberg and copies are enclosed
for the convenience of the Examiner as Exhibits 2 and 3. In
these papers, the first of which was presented at a conference in
September 1991, Morley et al. address the question of a
distinction between a single enantiomer and racemic albuterol in

-6-

a type (d) interaction, thus supporting the concept of lessened side effects by the administration of pure R isomer.

The Morley and Chapman references disclose that the S(+) isomer in bronchial tissue causes a hypersensitivity to allergen. The authors conclude from their experiments that the desired bronchodilator effect (due to the R isomer) is prone to tachyphylaxis, while the undesired hypersensitivity (due to the S isomer) is less prone to tachyphylaxis. The authors state "It has long been recognized that use of sympathomimetics for asthma therapy is associated with a range of inconsistent or frankly paradoxical effects....our findings indicate that it may be prudent to remove enantiomers that were previously thought to be biologically inert." (Chapman et al. p. 232) Thus, the use of the pure R isomer is concluded to provide unexpected advantages. Applicants' disclosure of removing the S isomer so as to reduce side effects, and claims directed thereto, dating to at least January 1990 are novel and nonobvious -- particularly as evidenced by the subsequent Morley and Chapman publications.

For the foregoing reasons the rejections of claims 1-6 and 8 under 35 U.S.C. 103 are believed overcome. Reconsideration and withdrawal of the rejections are requested.

Claims 9, 13 and 14 which had been rejected under 35 U.S.C. 112 are now cancelled. Claim 15, which replaces claim 9, now clarifies that the pharmaceutical composition comprises from 90 to 100% of the R isomer. The Examiner had also asserted that former claims 9, 13 and 14 were too broad, absent recitation of amounts of ingredients. The claims have been amended to incorporate in functional terms the amounts of the ingredients. That such functional language is definite, allowable and common practice in the pharmaceutical art is illustrated in U.S. patents 4,975,426, claim 1, 4,923,898, claim 1 and 5,025,019, claim 1, copies of which are included for the convenience of the Examiner as attachments D, E and F, respectively. The rejections under 35 U.S.C. 112 are therefore believed overcome, and reconsideration and withdrawal is requested.

-7-

There being no further issues the application is believed in condition for allowance and such is requested.

Respectfully submitted,

*Richard W. Wagner*

Richard W. Wagner
Agent for Applicants
Registration No. 34,480

Lexington, MA  02173.
Dated: February 10, 1993

# EXHIBIT　12

DOCKET NO. SPC89-05¹

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Timothy J. Barberich and James W. Young

Serial No.: 07/896,725            Group Art Unit: 1205

Filed: June 9, 1992              Examiner: L. Schenkman

Title: METHOD FOR TREATING ASTHMA USING OPTICALLY
       PURE R(-) ALBUTEROL

#24
HL
3/10/93

93 MAR -9 AM 6:31

**CERTIFICATE OF MAILING**

I hereby certify that this correspondence is being
deposited with the United States Postal Service as First
Class Mail in an envelope addressed to Honorable
Commissioner of Patents and Trademarks, Washington,
D.C. 20231 on 3/10/93

Hamilton, Brook, Smith & Reynolds, P.C.

A. J. Hennis          3/10/93
  Signature              Date

<u>DECLARATION</u>

To: Hon. Commissioner of Patents and Trademarks
    Washington, D.C. 20231

Dear Sir:

    I, Gunnar Aberg, declare:

    THAT I am a citizen of Sweden and a resident of the Town
of Westborough, Worcester County, Massachusetts;

    THAT I am Vice-President of Research and Development,
Pharmaceutical Division, Sepracor, Ind., Marlborough,
Massachusetts.  From 1968 to 1973 I was Director of
Pharmacology at Bofors-Nobel Pharma, from 1974 to 1978 I was
Group Leader in General Pharmacology at AB Haessle, from 1978
to 1980, I was Director of Pharmacology at Astra
Pharmaceuticals, from 1980 to 1982 I was Director of

-2-        Docket No. SPC89-05

Cardiovascular Pharmacology at Ciba-Geigy; and from 1982 to 1988 I was Director of Pharmacology, and from 1988 to 1992 Executive Director of Pharmacology, at Bristol-Myers Squibb;

That I am a graduate of the University of Linköping, Sweden from which I hold a Ph.D. in Pharmacology and of the University of Goteborg, Sweden from which I hold a Ph.D. in Zoophysiology, and that I am an Associate Professor in Applied Pharmacology at the University of Linköping, Sweden;

That I have twenty-eight years' industrial experience in the area of pharmacology research;

That I am an author of 86 articles on pharmacology, including eight articles on adrenergic $\beta$-blockers and $\beta$-agonists and that I am an inventor on seven U.S. patents and 6 pending U.S. applications and that I have made numerous presentations before professional societies on the subject of adrenergic drugs;

That I have reviewed carefully the Office Action dated August 10, 1992 in the above case. I have also reviewed the application in the above case and the art cited by the examiner in his rejection, namely Chemical Abstracts 89:123259m (1978), Brittain et al., Harley et al., Hawkins, et al. and Buckner et al.; and as a result of my review and general knowledge of the subject area, I make the following analysis:

The Chemical Abstracts reference teaches that racemic albuterol may be used to treat asthma, but there is no teaching in the reference that would motivate one skilled in the art to go to the considerable trouble and expense of isolating and administering either enantiomer.

Brittain et al. show that both enantiomers and the racemic mixture of albuterol are very selective for $\beta_2$ receptors, but the isomeric activity ratio of R and S albuterol on isolated tracheal muscle ($\beta_2$) vs atrial muscle ($\beta_1$) is "impossible to calculate...because the isomers are virtually inactive on this tissue." R(-) and racemic albuterol inhibited acetylcholine-induced bronchospasm in

-3-                         Docket No. SPC89-05'

anesthetized guinea pigs at dose-levels of 2.5 to 100 µg/kg.
The corresponding figure for S(+) albuterol was 50 to 5000
µg/kg, indicating, as expected, a lower potency of the S-
isomer. No difference was reported between the effects of
R(-) and R,S albuterol in the anesthetized guinea pig. The
potency ratio of R(-) vs racemic albuterol could be calculated
when the compounds were tested in a model of acetylcholine-
enhanced pulmonary resistance in the dog, and indicated that
the R(-)-isomer was approximately twice as potent as the
racemate. On the isolated guinea pig trachea, Brittain et al.
found R-albuterol to be approximately equipotent with the
racemate (table 1; page 146). Thus, from a study of the
Brittain et al. reference I have not been able to conclude
anything definitive regarding either (1) the selectivity of
the R isomer vs the racemate, or (2) the relative potencies of
the two compounds.

Hartley and Middlemiss teach that both isomers and the
racemic mixture of albuterol act on $\beta_2$ receptors rather than $\beta_1$
receptors. The effects of the R isomer and the racemic
mixture are equiactive on $\beta_2$ receptors of the intact guinea pig
trachea; indeed, it can be calculated from the reported data
that the racemate is 1.5 times as potent as the R(-) isomer.
There is no clear teaching with regard to selectivity between
$\beta_1$ and $\beta_2$ for the two isomers and the racemate, because the
ratio of trachea vs left atrium activity is roughly the same
for the R isomer and for the racemate, and the ratio of
trachea to right atrium shows a better ratio for the R isomer
but partial agonist activity for the R isomer and not for the
racemate. Thus, no conclusion can be drawn from Hartley and
Middlemiss as to whether the R isomer would enjoy any
advantage over racemic albuterol in terms of side effects.

Hawkins and Klease characterize the study of Hartley and
Middlemiss by stating that Hartley reported that racemic
albuterol was 1.5 times as active as the minus enantiomer. In
their studies, Hawkins and Klease found that the R enantiomer
was approximately twice as potent as the racemate. They did

Docket No. SPC89-05

-4-

not examine any tissue other than guinea pig trachea so that
no conclusion relating to relative selectivity could be drawn.
Thus if one ignored the teachings of Brittain et al. and
particularly of Hartley et al., one could interpret the
Hawkins publication to disclose a small potency advantage for
the R isomer. On a theoretical basis if the S isomer were
totally inactive, the racemate (being a 50-50 mixture) should
have a theoretical potency of about 50% that of the R isomer;
Hawkins' results would be consistent with that hypothesis.

The study by Buckner and Abel examines the ratio of
activity of the R and S isomers of albuterol in guinea pig
atria and guinea pig trachea. They concluded "even though the
potencies of single isomers may differ as much as twenty-four
fold between atria and trachea, the stereoselectivity for
production of activity is the same." That is, the
selectivity, as measured by the ratio of tracheal to atrial
activity, is the same for the two isomers. Buckner did not
examine racemic albuterol so no conclusion can be drawn as
regards any potency advantage of a single pure R isomer vs the
racemate.

The combined teachings of all of the foregoing references
provide little clear direction. If one ignores Hartley and
one of Brittain's experiments, with the intention of
selectively extracting from the references any advantage
associated with the R isomer, it appears that the R isomer may
enjoy a theoretical two-fold potency advantage over the
racemate. However, as a practical matter, even were this the
case, it would not motivate a person of scientific skill and
experience in the pharmaceutical industry to prepare and
administer the pure R isomer instead of the racemate. This is
because a process for the resolution of racemic albuterol
would inevitably produce R albuterol in less than 50% yield,
whereas the use of the racemic albuterol would, at worst,
provide 50% of the potency of the pure R. Thus there is
little to be gained by resolving the racemate.

As regards the question of diminution of side effects of

-5-                Docket No. SPC89-05

R-albuterol vs racemic albuterol, there is no clear teaching
in any of the references that R-albuterol would enjoy an
advantage over racemic albuterol on the basis of its
selectivity between $\beta_1$ and $\beta_2$ receptors.

In the instant application, Barberich and Young disclose
an unexpected diminution in side effects when the pure R
isomer of albuterol is administered. Side effects of drugs
that have a predominant $\beta_2$ agonist component can arise from
four presently recognized and well characterized receptor
interactions: (a) non-adrenergic effects; (b) interaction of
the $\beta$-agonist with $\alpha$-receptors; (c) interaction of the $\beta_1$
agonist with $\beta_1$ receptors; and (d) interaction of the $\beta_3$
agonist with $\beta_3$ receptors. The interactions of these drugs
with $\beta_3$ receptors (the adipocyte $\beta$-receptors) have not been
well defined and are therefore not discussed in this
declaration. Non-adrenergic effects can be triggered by
interaction with any of the hundreds of other receptors and by
non-receptor interactions, and they can originate from
portions of the drug molecule outside the $\beta_2$ pharmacophore.
They are, for this reason, difficult to predict or screen for.
Interaction of $\beta$-agonists with $\alpha$-receptors are known in
epinephrine but are not of clinical significance in agonists
like albuterol. Interaction of $\beta_2$ agonists with $\beta_1$-receptors,
causing pulmonary agents to exhibit cardiac side effects, is
well documented for isoproterenol and has been discussed above
for albuterol. The literature cited in the office action
provides no evidence for an advantage of either enantiomer of
albuterol on the basis of $\beta_2$ vs $\beta_1$ specificity.

Interaction of $\beta_2$-agonists at $\beta_1$-receptors can give rise
to tachyphylaxis and perhaps to sensitization in addition to
the desired bronchodilation. While well documented, these
effects are only recently beginning to be understood.
Tachyphylaxis appears to arise from mechanisms that are
subsequent to the receptor-ligand interaction. [See Strasser
et al. Adv. Exp. Med. Biol. 221, 503-517 (1988)]

-6-          Docket No. SPC89-05'

The recent publications of Morley et al. [Brit. J. Pharmacol. 104, Supp. 295P (1991)] and Chapman et al. [Trends in Pharmacological Science 12 231-232 (1992)], which I have also reviewed, provide newly available support for applicants' disclosure in this respect. The Morley and Chapman references disclose that the S(+) isomer in bronchial tissue causes a hypersensitivity to allergen. This hypersensitivity is not usually observed in acute administration because the bronchodilator effect of the R enantiomer masks the hypersensitivity. However, on subchronic treatment with racemic albuterol Morley et al. were able to detect the hypersensitivity. They concluded from their experiments that the desired bronchodilator effect was prone to tachyphylaxis while the undesirable hypersensitivity is less prone to tachyphylaxis. Indeed, in the Chapman et al. paper the authors recommend that it may be prudent to remove enantiomers that were previously thought to be biologically inert. Their results support a previously undisclosed advantage to the use of pure R enantiomer in that the side effect of paradoxical hypersensitivity is likely to be ameliorated.

I further declare that all statements of the foregoing declaration made of my own knowledge are true and that those made upon information and belief are believed true and further that these statements are made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that willful false statements may jeopardize the validity of the above-identified application or any patent issuing thereon.

Signed by me this 8th day of February 1993.

Gunnar Aberg

# EXHIBIT 13

PATENT APPLICATION
Docket No. SPC89-05'

Expedited Procedure under 37 C.F.R. 1.116
Examining Group 1205

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Timothy J. Barberich and James W. Young

Serial No.:  07/896,725                    Group Art Unit:  1205

Filed:  June 9, 1992                       Examiner:  L. Schenkman

Title:  METHOD FOR TREATING ASTHMA USING OPTICALLY
        PURE R(-) ALBUTEROL

---

**CERTIFICATE OF MAILING**

I hereby certify that this correspondence is being deposited with
the United States Postal Service as First Class Mail in an envelope
addressed to Honorable Commissioner of Patents and Trademarks,
Washington, D.C. 20231 on _July 23, 1993_
HAMILTON, BROOK, SMITH & REYNOLDS, P.C.

_____          _July 23, 1993_
        Signature                         Date

---

Amendment After Final Action Under 37 CFR 1.116

The Honorable Commissioner
   of Patents and Trademarks
Box AF
Washington, D.C.  20231

Sir:

       This is in response to the official action of June 7, 1993

(Paper Number 26), which requires response by September 7, 1993.

       Please amend the application as follows:

In the Claims:

       Claim 18, line 2 change "R-albuterol" to -- R(-)albuterol--.

                          Remarks

       Claims 1 to 6, 8, 9, 13 and 14 were presented in the

application as filed.  Claims 9, 13 and 14 were canceled and

claims 15 through 18 added in applicants' response mailed to the

-2-

Patent Office on February 10, 1993. Claims 1 to 6, 8 and 15 to 18 are therefore presently pending in the application.

Claim 18 has been amended according to the suggestion of the examiner to correct a typographical error.

In the Office Action of June 7, the rejection of all of the pending claims under 35 U.S.C. §103 was reiterated and made final. In addition, the examiner indicated that the applicants' arguments of February 10 and the Aberg Declaration submitted therewith were not persuasive.

In the new discussion in paragraph 6 of the Office Action, the examiner states "Note the summary of the Brittain et al article regarding the desirability of using the R(-) isomer and its effects on $\beta$-adrenoreceptors." The Summary section in the Brittain reference does not address the "desirability" of using the R-isomer; it states that the R-isomer is more potent. Applicants have previously explained that potency does not equate with desirability; other factors must be considered. (E.g., Chloramphenicol is more potent than penicillin V, but in most cases it is not more desirable.)

Moreover, it is not understood by applicants why the teachings of Brittain are isolated and emphasized by the examiner when the equally valid teachings of Hartley and Middlemiss are available which show that the racemate is 1.5 times as potent as the R-isomer. The analysis of selected pieces of the art has been found improper by the CCPA in *In re Kuderna* (165 USPQ 575). The issue of patentability must be approached "in terms of what would have been obvious to one of ordinary skill in the art at the time the invention was made in view of the <u>sum</u> of all the relevant teachings in the art." [Emphasis in original] In the previous response, applicants have analyzed the teachings of the art taken as a whole; the substance of that response is summarized below.

The thrust of applicants' invention is the reduction of side effects, which arise in the treatment of asthma with racemic albuterol, by the administration of R-(-)-albuterol in place of

-3-

racemic albuterol. Side effects of drugs which, like albuterol, have a predominant $\beta_1$ agonist component, can arise from a number of interactions, one of which is addressed by the cited prior art: interaction of the primarily $\beta_2$-agonist drug with $\beta_1$ receptors. The Brittain, Hartley, Hawkins and Buckner references address the comparative interaction of albuterol isomers with $\beta_1$ vs $\beta_2$ receptors. None of the references shows that there is any $\beta$-selectivity advantage of R over S or over racemic. On the contrary, Buckner concludes that the _ratios_ of tracheal ($\beta_2$) to atrial ($\beta_1$) activities of R and S are indistinguishable. The earlier Aberg Declaration confirmed that the references by Brittain, Hartley, Hawkins and Buckner do not teach any expectation of decreased side effects from the administration of the pure R isomer as compared to the racemate.

Thus, at the time of filing of applicants' parent application (1/5/90), the references cited would not have motivated a person of ordinary skill to administer the pure R(-) isomer of albuterol for the treatment of asthma on the basis of its receptor selectivity.

The examiner has suggested that increased potency might be a basis for separating enantiomers. However, to the contrary, and mindful that applicants' disclosure does not relate to potency, the art does not encourage the artisan of ordinary skill to resolve and administer pure R albuterol on the basis of potency. The reason for this lack of encouragement is because the theoretical advantage of a pure enantiomer is at most two-fold. A racemate, being a 50:50 mixture, simply acts like half a dose of the pure enantiomer and half a dose of filler. Since chemical resolution of racemic mixtures is never 100% efficient, a resolution will always yield less than 50% of the single isomer. Thus, unless one enantiomer antagonizes the effect of the other, there is no potency-based reason to suffer the loss of material attendant upon their resolution.

A potency ratio significantly greater than 2 between a

-4-

single enantiomer and its racemate would be consistent with antagonism by one enantiomer and would provide motivation for resolving the racemate. No such teaching is found in any of the references. Therefore, at the time of filing, the art did not suggest using pure R(-) albuterol either for lessened side effects or for potency enhancement. This conclusion was supported by the earlier Declaration of Dr. Aberg.

The examiner has suggested that applicants show comparative therapeutic indices to support their contention of lessened side effects. Applicants provide herewith the Declaration of Dr. Gunnar Aberg to establish that the results of Chapman and of Morley, in view of additional studies now performed by applicants, would indicate to the person of skill in the art that the R-isomer would have a higher therapeutic index in humans than would the racemate. The tests are accepted in the art as being predictive of efficacy in treating humans, and the pending method of use claims are narrowly drawn to the specific use for which the tests are predictive. (See *Ex parte Chwang*, 231 USPQ 751). Thus, as a matter of law, an adequate showing has been made to support patentability of the pending claims.

The examiner has further cautioned the applicants that a showing, if made, might not be persuasive in light of *In re Adamson*. In *Adamson*, the CCPA held that in establishing that one isomer was more potent, the applicants had "done no more than is suggested by the prior art and have ascertained no more than what would be expected by one skilled in the art." [Emphasis added] In the present case, applicants have shown that the art, taken as a whole, does not suggest that the resolution of the racemate and the use of R-(-)-albuterol substantially free of its S-isomer would provide therapy for asthma while simultaneously reducing side effects. Thus, the demonstration of improved therapeutic index by applicants should be persuasive in light of *In re Adamson*.

For the above stated reasons, applicants believe that the rejections under 35 U.S.C. §103 have been overcome. Applicants

-5-

respectfully request reconsideration of the application and
allowance thereof.  If the examiner feels that a telephone
conversation would expedite prosecution of this application, he
is asked to call applicants' agent at (617) 861-6240.

Respectfully submitted,

*Richard W. Wagner*

Richard W. Wagner
Agent for Applicants
Registration No. 34,480
(617) 861-6240

Lexington, MA  02173

Dated: *July 23, 1993*

# EXHIBIT   14

-1-                Docket No. SPC89-05

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Timothy J. Barberich and James W. Young

Applicant's Docket No.:  SPC89-05     Group Art Unit:  1205

Filed:                     Examiner:

Title:  METHOD FOR TREATING ASTHMA USING OPTICALLY
        PURE R(-) ALBUTEROL

To:  Hon. Commissioner of Patents and Trademarks
     Washington, D.C.  20231

PRELIMINARY REMARKS

Dear Sir:

This application is a file wrapper continuation of our
earlier application, serial number 07/896,725 which is itself
a continuation of application serial number 07/461,262.

### Status of Claims

Claims 1 to 12 were presented in the '262 case as
originally filed.  Claims 7, 10, 11 and 12 were canceled and
claims 13 and 14 were added in the response of September 23,
1991 in the '262 case.  Claims 9, 13 and 14 were canceled and
claims 15, 16, 17 and 18 were presented in the response of
February 10, 1993 in the '725 case.  Claims 1 to 6, 8 and 15
to 18 are therefore presently pending in the application.
Three of these are independent claims (claims 1, 6 and 15).

All of the claims were rejected in the final action of
June 7, 1993 (paper number 26) and the rejection was
maintained in two subsequent advisory actions (papers 30 and
32).  Thus, the status of the claims at the end of prosecution
in the parent ('725) case was as follows:

| Allowed Claims | Claims Objected To | Claims Rejected |
|---|---|---|
| None | None | 1 to 6, 8, 15 to 18 |

                        -2-            Docket No. SPC89-05


### Status of Amendments

An amendment was proffered in applicants' response of
July 23, 1993, but it was not entered. The amendment is not
believed necessary for further prosecution and has not been
subsequently presented.


### Summary of the Invention

Applicants' invention is directed to a method of treating
asthma and reducing the undesirable side effects associated
with racemic albuterol by using the R isomer of albuterol
substantially free of the S isomer. R-albuterol may be
combined with a bronchodilator, antihistamine or analgesic.
Methods and pharmaceutical compositions relating to the
combination also fall within the inventive concept.

The administration of $\beta$-agonists for the treatment of
asthma is commonly accompanied by undesirable side effects.
Evidence suggests that $\beta_1$-agonists may make asthma worse,
perhaps by increasing airway hyperresponsiveness to
spasmogens. This gives rise to the most serious of the side
effects associated with the use of $\beta$-agonists to treat asthma:
death from asthma. In this regard, Spitzer et al. [New
England Journal of Medicine 326, 501-506 (1992)] have shown
that racemic albuterol, taken by metered dose inhaler, was
associated with an increased risk of death from asthma or near
fatal asthma. When the odds ratio was calculated with
adjustment for all factors, the increase in risk (to an odds
ratio of 2.8) was clinically important and statistically
significant.

Applicants have surprisingly found that, with regard to
hypersensitivity, there is an unexpected advantage to the use
of the pure R isomer. Applicants have shown (see the
declaration of Gunnar Aberg accompanying the response of July
23, 1993) that the S isomer causes a hypersensitivity to
allergen and that the desired bronchodilator effect due to the
R isomer is prone to tachyphylaxis (desensitization), whereas

-3-          Docket No. SPC89-05

the undesired hypersensitivity arising from the S isomer is
less prone to tachyphylaxis. This means that, in order to
achieve bronchodilation, a patient in chronic treatment
requires ever-increasing doses of racemic albuterol. While
greater and greater doses of R-albuterol are needed to provide
the desired bronchodilation, the accompanying greater and
greater doses of S-albuterol dramatically increase the
patient's susceptibility to asthmatic attack. Similar results
have appeared, subsequent to applicants' invention, in two
independent publications from other labs [Morley et al.,
British Journal of Pharmacology, 104, Supplement, 295P (1991)
and Chapman, et al. Tran. In Pharm. Science 13, 231-232
(1992)]. Thus, by eliminating the S-isomer and its
undesirable hypersensitization, applicants have found an
unexpected benefit to the use of the pure R isomer for the
treatment of asthma.

### Issues

1.    In the office action of June 7, 1993, a final
rejection in the parent case, the examiner rejected claims 1
to 6 and 15 to 18 over Chemical Abstracts 89:123259m for
"reasons of record." The reasons of record are found in the
office action of August 20, 1990, in which the examiner states
that the reference teaches the use of albuterol to treat
asthma and that it is his position that the determination of a
particular isomer to employ would be a matter of obvious
alternatives to one skilled in the art.

2.    The examiner also rejected claims 1 to 5 as
unpatentable under 35 U.S.C. §103 over Brittain et al. [Brit.
J. Pharmacol. 48, 144-147 (1973)], Hartley et al. [J. Med.
Chem. 14, 895 (1971)] and Buckner et al. [JPET 189, 616-625
(1974)]. These references are relied upon to teach "the
greater bronchodilation activity of the R isomer over the S
isomer."

3.    Claims 6, 8 and 15 to 18 were rejected under 35
U.S.C. §103 as obvious over Brittain et al, Hartley et al, and

-4-                     Docket No. SPC89-05

Buckner et al, as before and further in view of Chemical
Abstracts "for reasons of record." There is no "record" with
regard to claims 15 to 18, which were newly presented in the
response immediately preceding the rejection. One assumes
from analogy to earlier office actions that the examiner takes
the position that the Brittain, Hartley and Buckner references
teach greater bronchodilation activity of the R isomer, and
that the Chemical Abstracts reference teaches albuterol in
combination with other drugs.

4.    The examiner's position is that the declaration
under 37 C.F.R. 1.132 of Gunnar Aberg of July 23, 1993 "failed
to show unexpected activity or less undesirable side effects
(e.g. comparative therapeutic indices)."

5.    The examiner cited the case of *In re Adamson* [125
USPQ 233] for the proposition that a showing of unexpected
activity in a Rule 132 declaration might not overcome his
obviousness rejection.

<u>Argument</u>

Issue 1 - The rejection of claims 1 to 6 and 15 to 18 over
<u>Chemical Abstracts</u> 89:123259m.

    The <u>Chemical Abstracts</u> reference is directed to a
comparison of bronchodilator effects of racemic albuterol and
drug combinations incorporating racemic albuterol. The
reference does not teach or suggest the use of an optically
pure isomer of albuterol either alone or in combination.
Arguably, the reference teaches away from the use of a single
isomer to reduce side effects: it states, "a combination of
salbutamol [albuterol] and hydroxyzine seems, therefore, to be
one rational means of treating asthma with fewer side effects
than the salbutamol-hydroxyzine-theophylline mixture, but
still about the same effectiveness." Thus, the goal of the
reference appears to be to lower the side effects associated
with albuterol. However, rather than separate the enantiomers
and use one enantiomer, as taught by applicants, (which the

-5-          Docket No. SPC89-05

examiner has alleged would be obvious) the authors turned
instead to modulating components of the mixture.

The examiner's position that "the determination of a
particular isomer to employ would be a matter of obvious
alternatives" is only true if it is obvious that the use of a
single isomer provides an advantage. That teaching is
entirely missing from the reference. In this regard, it is
worth noting that the mere fact that enantiomers exist does
not render the use of a particular enantiomer obvious. In
order to use an enantiomer, one must first prepare or isolate
the single pure enantiomer. Because chemical resolution of a
racemic mixture is never 100% efficient, a resolution will
always yield less than 50% of the single isomer. Chiral
syntheses are similarly expensive and/or inefficient. As
stated by others (e.g., European patent application 256586,
page 2, line 8) "a major reason for the continued use of
mixtures of stereoisomers is that the cost of separation of
the stereoisomers exceeds the potential advantage of a
possible increase in activity." It would not have been
obvious to prepare and use optically pure R-albuterol because
there is no suggestion of any advantage of R-albuterol in the
reference.

Issue 2 - The rejection of claims 1 to 5 as obvious over
Brittain et al., Hartley et al. and Buckner et al.

Brittain et al. show that both enantiomers and the
racemic mixture of albuterol are very selective for $\beta_1$
receptors, but the isomeric activity ratio of R- and S-
albuterol on isolated tracheal muscle ($\beta_2$) vs atrial muscle
($\beta_1$) is "impossible to calculate...because the isomers are
virtually inactive on this tissue." The potency ratio of R(-)
vs racemic albuterol in $\beta_2$ receptors as measured by
acetylcholine-induced bronchospasm in anesthetized guinea pigs
is 1.28, in acetylcholine-induced pulmonary resistance in
anesthetized dogs is 2.3 and on isolated guinea pig trachea is

-6-          Docket No. SPC89-05

0.90 (i.e. the racemate is 1.1 times as potent as the R
isomer).  Thus, from a study of the Brittain reference one may
conclude nothing definitive regarding either the selectivity
of R vs racemic or of the potency of R vs racemic.

Hartley and Middlemiss teach that both isomers and the
racemic mixture of albuterol act on $\beta_2$ receptors rather than $\beta_1$
receptors.  The effects of the R isomer and the racemic
mixture are equiactive on $\beta_2$ receptors of the intact guinea pig
trachea and indeed the racemate is reported to be 1.5 times as
potent as the R isomer.  There is no clear teaching with
regard to selectivity between $\beta_1$ and $\beta_2$-receptors, which might
indicate the potential for side effects.  Thus no conclusion
can be drawn from Hartley and Middlemiss as to whether the R
isomer would enjoy any advantage over racemic albuterol in
terms of side effects.

The study by Buckner and Abel examines the ratio of
activity of the R and S isomers of albuterol in guinea pig
atria and guinea pig trachea.  They concluded "even though the
potencies of single isomers may differ as much as twenty-four
fold between atria and trachea, the stereoselectivity for
production of activity is the same."  That is, the
selectivity, as measured by the ratio of tracheal to atrial
activity, is the same for the two isomers.  Buckner did not
examine racemic albuterol, so no conclusion can be drawn as
regards any potency advantage of a single pure R isomer vs the
racemate.

In an earlier office action (December 9, 1991) the
examiner had rejected the same claims over an additional
reference by Hawkins et al. [J. Med. Chem. 16, 856-857
(1973)].  Although the rejection over Hawkins was not
maintained in the final office action, it appears pertinent to
the substance of the rejection, which might otherwise lack a
balanced consideration of the art.  In their studies, Hawkins
et al. found that the R enantiomer was 2.15 times as potent as
the racemate.  They did not examine any tissue other than
guinea pig trachea so that no conclusion relating to relative

-7-          Docket No. SPC89-05

selectivity could be drawn.

The issue of patentability must be approached "in terms of what would have been obvious to one of ordinary skill in the art at the time the invention was made in view of the sum of all of the relevant teachings in the art ..." (In re Kuderna (165 USPQ 575)]. There are two teachings that could have rendered the use of R-albuterol obvious: (1) a teaching that it is more than twice as potent as the racemate (which would indicate that the S-isomer's activity is antagonistic to the R-isomer's potency); or (2) a teaching that fewer side effects are associated with the R isomer. Neither of these teachings is found in any of the references. However, the art is not silent on what the person of skill ought to expect; it teaches that there is nothing to be gained, either in potency or side effects, by resolving the racemic albuterol. Hawkins et al. and Buckner et al. appear to indicate that the R isomer is about twice as potent as the racemate (which merely indicates that the S-isomer is inert); Hartley et al. teaches that the racemate is about 1.5 times as potent as the R isomer (which would indicate that the S-isomer has some therapeutic potency); Brittain et al. indicates that one or the other isomer is more potent, depending on the test. There is a certain lack of agreement among the references concerning the relative potency of the R isomer and the racemate, and the person of ordinary skill in the art would be, at least, confused by the cited references.

If one ignores some of the references, it appears that the R isomer may enjoy a theoretical twofold potency advantage over the racemate. However, even assuming that R-albuterol is twice as potent as the racemate, this would not motivate a person of skill and experience in the pharmaceutical industry to prepare and administer the pure R isomer. This is because, as discussed above, a process for the resolution of racemic albuterol would inevitably produce R-albuterol in less than 50% yield, whereas assuming that S-albuterol is totally inert ballast, the use of the racemic albuterol would, at worst,

-8-                Docket No. SPC89-05

provide 50% of the potency of the pure R. Thus there is
nothing to be gained by resolving the racemate. A potency
ratio significantly greater than two between a single
enantiomer and its racemate would be consistent with
antagonism by one enantiomer and would provide motivation for
resolving the racemate. However, no such teaching is found in
any of the references, even when viewed selectively.
Therefore at the time of filing, the art did not, on the basis
of potency, suggest any practical advantage to using pure R
albuterol.

A second basis for separating enantiomers would be to
provide lessened side effects. Indeed, the unexpected
diminution in side effects when the pure R isomer of albuterol
is administered is the basis of the instant application, but
it is not suggested by any of the references. As explained in
the July 23, 1993 declaration of Gunnar Aberg, side effects of
drugs that have a predominant $\beta_2$ agonist component can arise
from four presently recognized interactions: (a) non-
adrenergic effects; (b) interaction of the $\beta$-agonist with $\alpha$-
receptors; (c) interaction of the $\beta_1$ agonist with $\beta_1$ receptors;
and (d) interaction of the $\beta_2$ agonist with $\beta_2$ receptors.

(a) Non-adrenergic effects can be triggered by
interaction with any of the hundreds of other
receptors and by non-receptor interactions, and they
can originate from portions of the drug molecule
outside the $\beta_2$ pharmacophore. They are, for this
reason, difficult to predict or screen for.
Applicants are aware of no teachings in the
literature of relative liabilities of racemate or
enantiomers of albuterol as regards non-adrenergic
effects, and theoretically such differences would be
improbable.

(b) Interaction of $\beta$-agonists with $\alpha$-receptors
are known in first generation adrenergics but are
not generally of clinical significance in second
generation agonists like albuterol. Likewise,

-9-            Docket No. SPC89-05

applicants are aware of no art that would suggest any distinction between racemate and enantiomers on this basis.

(c)  The interaction of $\beta_2$ agonists with $\beta_1$ receptors, causing pulmonary agents to exhibit cardiac side effects, is well documented and has been discussed above for Brittain, Hartley, Buckner and Hawkins.  The literature cited provides no evidence for an advantage of either enantiomer of albuterol on the basis of $\beta_1$ vs. $\beta_2$ specificity.

(d)  The fourth interaction, $\beta_2$ agonists acting at $\beta_2$ receptors giving rise to tachyphylaxis and sensitization, is known but not described in any of the references cited for albuterol.

Thus, in January of 1990 when the grandparent of the present application was filed, there was no teaching in the art that the use of pure R-albuterol enjoyed any advantage in diminution of side effects.

Issue 3 - The rejection of claims 6, 8 and 15 to 18 over Brittain et al, Hartley et al, Buckner et al and Chemical Abstracts.

The inadequacy of Brittain, Hartley and Buckner to support the rejection of applicants' claims to the use of R-albuterol has been presented above.  The addition of the Chemical Abstracts reference, while indicating that racemic albuterol has been used with other drugs, does not supply the missing teaching regarding the advantage of the use of the R isomer in diminishing side effects.

Issue 4 - The setting aside of the Declaration of Dr. Gunnar Aberg.

Accompanying the response of July 23, 1993, applicants provided a declaration from Dr. Gunnar Aberg to establish that

-10-          Docket No. SPC89-05

his results and those of Chapman and of Morley would indicate
to the person of skill in the art that the R isomer would have
a higher therapeutic index in humans than would the racemate.
Dr. Aberg averred that the tests relied on as evidence are
accepted in the art as being predictive of efficacy in
treating humans; the pending method of use claims are narrowly
drawn to the specific use for which the tests are predictive.
(See Ex parte Chwang (231 USPQ 751).)  Dr. Aberg's
credentials were presented in the declaration and his
conclusions as to side effects and unexpected activity cannot
be set aside by the examiner without some basis for so doing.
None was presented.  Therefore it is presumed that the
declaration is accepted for what it teaches; namely, that a
person of skill in the art would accept the studies in guinea
pig trachea and the experiments of Chapman et al. and Morley
et al. (described below) as predictive of a higher therapeutic
index for R-albuterol.  Applicants believe that the examiner's
position that the declaration "failed to show unexpected
activity or less undesirable side effects" cannot be
maintained.

Dr. Aberg described experiments carried out in his
laboratory in which isolated tracheal muscle preparations were
subjected to graded doses of a spasmogen.  It was found that
the contractile response to the spasmogen was significantly
increased in bronchial tissue strips that had been incubated
with S-albuterol. No such effect was seen in the tissues that
had been incubated with R-albuterol.  Dr. Aberg concluded that
the increased sensitivity to spasmogens from treatment with S-
albuterol was due to a direct effect on bronchial smooth
muscle.

Subsequent to the filing of applicants' original
application, Morley et al. (op. cit.) and Chapman et al. (op.
cit.) independently disclosed that the S isomer in bronchial
tissue causes a hypersensitivity to allergen.  Chapman et al.
stated, "It has long been recognized that the use of
sympathomimetics for asthma therapy is associated with a range

of inconsistent or frankly paradoxical effects...our findings indicate that it may be prudent to remove enantiomers that were previously thought to be biologically inert." Thus Morley and Chapman came to the same conclusion as applicants' original disclosure, and did so with the same understanding of the prior art as a whole: namely, that no expectation of an improved side effect profile was previously attached to the use of a single enantiomer.

In the period since the final office action of June 7, 1993 in the parent case, additional support for the conclusions drawn in the Aberg declaration has come to the attention of applicants. British patent application 2,255,503, filed more than a year after applicants' '262 application, discloses that the long standing problems inherent in therapy with albuterol and other $\beta_2$ sympathomimetic bronchodilators may unexpectedly be ameliorated by the expedient of administering the drug not, as hitherto, in the form of a racemic mixture, but as the R isomer (page 8, line 25 to line 33 of the copy enclosed). The problems that may be avoided are enumerated on page 12. A series of experiments is disclosed at page 15 to page 16 in which guinea pigs were challenged with intravenous histamine after intravenous infusion of S-albuterol or vehicle. The results indicated a profound hypersensitivity induced by S-albuterol. The British application comes to the same conclusion as did Dr. Aberg in his declaration: subjects receiving R-albuterol will exhibit a lessened tendency to hyperreactivity with equivalent benefit in terms of bronchodilator action (see page 24, line 3 to line 8 of GB 2,255,503).

This evidence of unexpected activity cannot, as a matter of law, be disregarded by the examiner. [In re Merck, 231 USPQ 375, 380 (Fed. Cir. 1986)]

Issue 5 - The applicability of the decision In re Adamson.

In the office action of June 7, 1993, the examiner indicated that no showing (even if applicants have made one)

-12-            Docket No. SPC89-05

would be persuasive in view of the decision *In re Adamson*. Although *In re Adamson* teaches that optical isomers *per se* are normally obvious over the corresponding known racemate, the decision should not be extended to stand for the proposition that a new <u>method</u> for using an isomer is unpatentable, particularly where, as here, the method unexpectedly provides an improved therapeutic ratio. For example, the claims of U.S. patent 4,851,444 (to Sunshine et al.) cover a <u>method</u> for using *S-(+)*-ibuprofen for onset-hastened analgesia, although (S)-ibuprofen *per se* was well known at the time of filing the application for a new use.

In *Adamson*, the CCPA held that in establishing that one isomer was more potent, the applicants had "done no more than what is <u>suggested by the prior art</u> and have ascertained no more than what would be expected by one skilled in the art" [Emphasis added]. Applicants' showing goes far beyond the evidence of enhanced potency at issue in *Adamson*. In the present case, applicants have shown that the resolution of the racemate and the use of R-(-)-albuterol substantially free of its S-isomer would provide therapy for asthma <u>while simultaneously reducing side effects</u>. As explained above, this is <u>not</u> suggested by the prior art. To the contrary, the art suggests that there would be no reduction in side effects. Thus, the decision in *Adamson* has no bearing on the patentability of this application.

                                    Respectfully submitted,

                                    *Philip E. Hansen*
                                    Philip E. Hansen
                                    Agent for Applicant
                                    Registration No. 32,700

Dated: December 7 , 1993
HESLIN & ROTHENBERG, P.C.
450 New Karner Road
P.O. Box 12695
Albany, New York 12212-2695
Telephone: (518) 452-5600
Facsimile: (518) 452-5579

# EXHIBIT  15

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Barberich et al.

Serial No.:  08/335,480           Group Art Unit:  1205

Filed:  November 7, 1994          Examiner:  Henley III, R.

Title:    METHOD FOR TREATING ASTHMA USING OPTICALLY PURE (R)-
          ALBUTEROL

<u>CERTIFICATE OF MAILING</u>

    I hereby certify that this correspondence
is being deposited with the U.S. Postal
Service as first class mail in an envelope
addressed to: Assistant Commissioner for
Patents, Washington, D.C. 20231,
June 9 , 1995.

            Philip E. Hansen
            Agent for Applicant
            Reg. No.  32,700

    Date of Signature:  June 9 , 1995

Assistant Commissioner for Patents
Washington, D.C.  20231

RESPONSE UNDER 37 C.F.R 1.111

Dear Sir:

    This is in response to the Official Action of March 9,
1995 (Paper No. 7).  The three-month period for response
expires June 9, 1995; this response is therefore timely filed.

<u>AMENDMENTS</u>

    Please amend the application as follows:

<u>In the specification:</u>

    Page 1, line 2 (following the title and preceding the
"Description"), please delete "This application is a
continuation of application Serial No. 08/163,581, filed
12/7/93." and replace with

F:\USERS\REFP\0701077C.RES
June 9, 1995

Barberich et al.
Serial No.: 08/335,480
Filed:  November 7, 1994
Page -2-



-- <u>Cross Reference to Related Applications</u>

This application is a continuation of application
Serial No. 08/163,581, filed December 7, 1993 and now
U.S. Patent 5,362,755, which was a continuation of
application Serial No. 07/896,725, filed June 9, 1992,
now abandoned, which was a continuation of application
Serial No. 07/461,262 filed January 5, 1990, now
abandoned.--

<u>In the claims:</u>

Cancel claims 5, 7 and 9-12.

Amend claims 1 and 6 as follows:

1.    (once amended)  A method of treating <u>an acute attack</u>
<u>of</u> asthma [in an individual with albuterol], while reducing
side effects associated with <u>the acute administration of</u>
<u>racemic</u> albuterol, comprising administering to [the] <u>an</u>
individual <u>suffering from an acute attack of asthma</u> a quantity
of an optically pure R(-) isomer of albuterol sufficient to
result in bronchodilation <u>while simultaneously reducing</u>
<u>undesirable side effects</u>, said R isomer being substantially
free of its S(+) isomer.

6.    (once amended)  A method of treating <u>an acute attack</u>
<u>of</u> asthma [in an individual with albuterol], while reducing
side effects associated with <u>the acute administration of</u>
<u>racemic</u> albuterol, comprising administering to [the] <u>an</u>
individual <u>suffering from an acute attack of asthma</u> a quantity
of an optically pure R(-) isomer of albuterol sufficient to
result in bronchodilation <u>while simultaneously reducing</u>
<u>undesirable side effects,</u> and at least one additional drug
<u>selected from the group consisting of bronchodilators,</u>
<u>antihistamines and analgesics.</u>

P:\USER\BJK\PP\0701027C.RES
June 9, 1995

Barberich et al.
Serial No.: 08/335,480
Filed: November 7, 1994
Page -3-

## REMARKS

The specification has been amended to clarify that it claims priority of the great grandparent application and to fully characterize the intervening applications. The claims have been amended to clarify the invention sought to be patented in the present application. The claims have been amended so that they parallel the allowed claims in parent application Serial No. 08/163,581 (Now U.S. Patent 5,362,755); the sole difference is that the claims in the parent related to reducing side effects upon chronic administration and the instant claims relate to reducing side effects associated with acute administration. Support for the amendment is found on page 4, line 4 to line 13. The reference to the administration of albuterol to an individual "after onset of asthma to reduce breathing difficulty" (line 7) reflects acute medication, whereas the reference to prophylactic treatment (line 10) relates to chronic therapy.

Claims 1-12 were presented in the application as filed. Claims 5, 7 and 9-12 are canceled by amendment above. Claims 1-4, 6 and 8 are therefore pending in the application.

In the Office Action of March 9, 1995, all of the claims were rejected as obvious over Muittari et al. (CK) in view of Brittain et al. (CB), Hawkins et al. (CD) and Hartley et al. (CC). The rejection is traversed. Applicants' position on what the cited art fairly teaches was presented in their Preliminary Remarks, submitted December 7, 1993, in the parent case and reiterated below.

The Muittari reference is directed to a comparison of bronchodilator effects of racemic albuterol and drug combinations incorporating racemic albuterol. The reference does not teach or suggest the use of an optically pure isomer of albuterol either alone or in combination. Arguably, the

P:\USER3\KFP\0701027C.RES
June 9, 1995

Barberich et al.
Serial No.: 08/335,480
Filed: November 7, 1994
Page -4-

reference teaches away from the use of a single isomer to
reduce side effects: it states, "a combination of salbutamol
[albuterol] and hydroxyzine seems, therefore, to be one
rational means of treating asthma with fewer side effects than
the salbutamol-hydroxyzine-theophylline mixture, but still
about the same effectiveness." Thus, the goal of the
reference appears to be to lower the side effects associated
with albuterol. However, rather than separate the enantiomers
and use one enantiomer, as taught by applicants, (which the
Examiner has alleged would be obvious) the authors turned
instead to modulating components of the mixture.

Brittain et al. show that both enantiomers and the
racemic mixture of albuterol are very selective for $\beta_2$
receptors, but the isomeric activity ratio of R- and S-
albuterol on isolated tracheal muscle ($\beta_2$) vs atrial muscle
($\beta_1$) is "impossible to calculate...because the isomers are
virtually inactive on this tissue." The potency ratio of R(-)
vs racemic albuterol in $\beta_2$ receptors as measured by
acetylcholine-induced bronchospasm in anesthetized guinea pigs
is 1.28, in acetylcholine-induced pulmonary resistance in
anesthetized dogs is 2.3 and on isolated guinea pig trachea is
0.90 (i.e. the racemate is 1.1 times as potent as the R
isomer). Thus, from a study of the Brittain reference one may
conclude nothing definitive regarding either the selectivity
of R vs racemic or of the potency of R vs racemic.

Hartley and Middlemiss teach that both isomers and the
racemic mixture of albuterol act on $\beta_2$ receptors rather than $\beta_1$
receptors. The effects of the R isomer and the racemic
mixture are equiactive on $\beta_2$ receptors of the intact guinea pig
trachea and indeed the racemate is reported to be 1.5 times as
potent as the R isomer. There is no clear teaching with

P:\USERS\RPF\0701027C.RES
June 9, 1995

Barberich et al.
Serial No.: 08/335,480
Filed: November 7, 1994
Page -5-

regard to selectivity between $\beta_1$ and $\beta_2$-receptors, which might
indicate the potential for side effects. Thus no conclusion
can be drawn from Hartley and Middlemiss as to whether the R
isomer would enjoy any advantage over racemic albuterol in
terms of side effects.

Hawkins et al. found that the R enantiomer was 2.15 times
as potent as the racemate. They did not examine any tissue
other than guinea pig trachea so that no conclusion relating
to relative selectivity could be drawn.

Putting all this together: Hawkins et al. appear to
indicate that the R isomer is about twice as potent as the
racemate (which merely indicates that the S-isomer is inert);
Hartley et al. teaches that the racemate is about 1.5 times as
potent as the R isomer (which would indicate that the S-isomer
has some therapeutic potency); Brittain et al. indicates that
one or the other isomer is more potent, depending on the test.
There is a certain lack of agreement among the references
concerning the relative potency of the R isomer and the
racemate, and the person of ordinary skill in the art would
be, at least, confused by the cited references, but by
discarding all the data that don't conform to the desired
conclusion, it is possible to conclude that the R isomer may
enjoy a theoretical twofold potency advantage over the
racemate. The Examiner reaches this conclusion with respect
to the teachings of the references in the Office Action of
March 9. For the sake of the arguments below, applicants
assume that the R enantiomer is twice as potent as the
racemate, although they question whether the cited references
establish this.

As long as S-albuterol is totally inert ballast, a two-
fold potency enhancement is of no practical consequence: a
process for the resolution of racemic albuterol would

Barberich et al.
Serial No.: 08/335,480
Filed: November 7, 1994
Page -6-

inevitably produce R-albuterol in less than 50% yield, whereas
the use of the racemic albuterol would, at worst, provide 50%
of the potency of the pure R.  Thus there is nothing to be
gained by resolving the racemate.  As stated in European
patent application 256586 (page 2, line 8), "a major reason
for the continued use of mixtures of stereoisomers is that the
cost of separation of the stereoisomers exceeds the potential
advantage of a possible increase in activity."

Testa and Trager [Chirality 2, 129-133 (1990)] have
created a decision tree to aid in deciding whether to develop
a racemic pharmaceutical or a single enantiomer.  A copy of
the reference is submitted herewith as Exhibit A.  If it were
the case that it would always be obvious to develop a single
enantiomer, there would be no need for Testa and Trager's
decision tree.  As they make clear, the mere fact that
enantiomers exist is not justification for administering a
single enantiomer; moreover, even the fact that one of the two
enantiomers is more potent is not determinative.  They state

> "While it is abundantly clear that a racemic mixture
> must be considered as the mixture of two
> pharmacologically distinct entities, it is also
> clear that this view, in and of itself, does not
> infer any value judgement.  Such judgment awaits the
> light of scientific fact and it is only in this
> context that any decision as to develop a racemate
> or a eutomer as a new drug is convincingly founded."

The scientific facts referred to by Testa and Trager as they
relate to albuterol were shown in the cited references to
result in the judgment that the racemate was the proper entity
to develop, and although both enantiomers have been known in
the art for 24 years, neither has ever been developed as a
pharmaceutical.

P:\USER\R\FP\070107C.RES
June 9, 1995

Barberich et al.
Serial No.: 08/335,480
Filed: November 7, 1994
Page -7-

    In the Office Action of March 9, 1995, the Examiner cited *In re Adamson*. Although *In re Adamson* suggests that optical isomers *per se* are normally obvious over the corresponding known racemate, the decision should not be extended to stand for the proposition that a new <u>method</u> for using an isomer is unpatentable, particularly where, as here, the method unexpectedly provides an improved therapeutic ratio. [See, for example, U.S. patent 4,851,444 (Exhibit B), issued 29 years after Adamson, whose claims cover a <u>method</u> for using S-(+)-ibuprofen for onset-hastened analgesia, although (S)-ibuprofen *per se* was well known at the time of filing the application for a new use.]

    In the present case, applicants claims relate to a new use, namely a <u>method</u> for treating asthma while simultaneously reducing side effects associated with the administration of racemic albuterol. The unexpected diminution in side effects when the pure R isomer of albuterol is administered is the basis of the instant application, and is not suggested by any of the references. [That the references singly and in combination suggest that there would be no diminution of side effects is fully argued in the Declaration Under 37 C.F.R. 1.132 of February 8, 1993, by Dr. Gunnar Aberg, submitted with the response of February 10, 1993, in the grandparent case 07/896,725. A copy of that declaration is enclosed herewith as Exhibit C, and attention is drawn to page 5.] References do exist that suggest an advantage to R-albuterol over racemic albuterol for the reduction of side effects [Morley et al. and Chapman et al., of record in the parent case], but they were published more than a year after the priority date of the instant application, and merely add support to the patentability of the claims in the parent '581 application.

F:\USERS\RFP\0701027C.RES
June 9, 1995

Barberich et al.
Serial No.: 08/335,480
Filed: November 7, 1994
Page -8-

In *Adamson*, the CCPA held that in establishing that one isomer was more potent, the applicants had "done no more than what is suggested by the prior art and have ascertained no more than what would be expected by one skilled in the art". In the present case, applicants have shown that the resolution of the racemate and the use of R-(-)-albuterol substantially free of its S-isomer would provide therapy for asthma while simultaneously reducing side effects. This is considerably more than is "suggested by the prior art"; on the contrary, the art suggests that there would be no reduction in side effects. In contradistinction to the premise in *Adamson*, where presumably the art is silent, in the present case the art teaches away. Thus, the decision in *Adamson* is not controlling in this situation.

Against this background in the parent case, Examiner Henley concurred with applicants that the use of R-albuterol to treat asthma while avoiding the side effects associated with <u>chronic</u> administration was nonobvious. However, he did not believe that applicants' showings were sufficient to support that portion of the claimed subject matter that related to side effects associated with acute administration of racemic albuterol. For that reason he would only allow claims restricted to chronic administration. Applicants now seek to complete the original breadth of the claims, and in support thereof, submit herewith the Declaration Under 37 C.F.R. 1.132 of Dr. Dean A. Handley.

The declaration of Dr. Handley establishes that by removing the S enantiomer one maintains the bronchodilatory effects exhibited by racemic albuterol for acute therapy of asthma attacks, while simultaneously avoiding or mitigating the major side effect observed in <u>acute</u> therapy. To summarize briefly, Dr. Handley shows that R-albuterol produces potent

Barberich et al.
Serial No.: 08/335,480
Filed: November 7, 1994
Page -9-

and acute bronchodilation in stable asthmatic patients. The
onset of action is rapid and persists for 3 hours. R-
Albuterol provides acute, symptomatic treatment and relief for
conditions of asthma and bronchitis. S-albuterol is
essentially without effect.

On the other hand, both individual enantiomers and
racemic albuterol induce sustained tremors in animals. The
preclinical observations on the relative abilities of the
albuterol enantiomers to provoke tremors upon single dose,
acute administration were quite unexpected. Skeletal muscle
tremor is one of the most common side effects of ordinary
doses of all marketed $\beta_2$-agonists. The studies reported in the
declaration demonstrate that, unlike the R enantiomer, the
tremorigenic liability associated with the S enantiomer is not
balanced by a corresponding efficacy in producing
bronchodilation. This presents a clear rationale for
employing the pure R enantiomer, substantially free of the S
enantiomer, in acute therapy of asthma attacks. By removing
the S enantiomer, one maintains the bronchodilatory effects of
racemic albuterol while providing only half the tremorigenic
dose.

In light of the foregoing amendments, declaration and
explanation, it is believed that the claims are allowable, and
reconsideration of the rejection is respectfully requested.

The Office Action of March 9, 1995, also included a
rejection of claims 1-8 under the judicially created doctrine
of double patenting of the obviousness type. In the parent
case, over which the unamended claims were rejected, the
Examiner took the position that applicants' declarations were
sufficient to establish the unexpected utility of R-albuterol
in avoiding side effects associated with chronic therapy, but
not those side effects associated with acute therapy.

F:\UEBER\RFP\0701027\C.RES
June 9, 1995

Barberich et al.
Serial No.: 08/335,480
Filed: November 7, 1994
Page -10-

Implicit in the earlier requirement to limit the claims to
chronic therapy was the assumption that the fact that effects
were demonstrated in chronic therapy did not suggest that
those same advantages would be observed in acute therapy.  If
advantages in chronic therapy would not predict advantages in
acute therapy, applicants believe that by amending the claims
to limit them to side effects associated with acute therapy,
they have now eliminated the overlapping obvious subject
matter, and the double patenting obviousness rejection would
no longer apply.

                              Respectfully submitted,

                              Philip E. Hansen
                              Agent for Applicants
                              Registration No. 32,700

Dated:  June  9 , 1995

HESLIN & ROTHENBERG, P.C.
5 Columbia Circle
Albany, New York  12203-5160
Telephone: (518) 452-5600
Facsimile: (518) 452-5579

# EXHIBIT   16

Docket No.: 0701.027C

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Barberich et al.

Serial No.: 08/335,480          Group Art Unit: 1205

Filed: November 7, 1994          Examiner: Henley III, R.

Title:  METHOD FOR TREATING ASTHMA USING OPTICALLY PURE (R)-
        ALBUTEROL

### APPLICANT'S INTERVIEW SUMMARY

This is a summary of an interview held November 16, 1995, with Examiner Henley in the above case. Those present at the interview were (1) Examiner Raymond Henley III, (2) John McCullough, Senior Director of Pharmacology of Sepracor, (3) Douglas Reedich, Chief Patent Counsel of Sepracor, and (4) Philip Hansen, agent of record for the applicant.

To open the interview, Mr. Hansen sketched the history of the present case, which is a divisional of application serial number 07/896,725, now US patent 5,362,755. In the parent case the same references (Muittari, Brittain, Hawkins and Hartley) were cited against the claims, and applicants made a showing which Examiner Henley felt supported the unobviousness of the method for treating with R-albuterol as chronic medication, but did not support claims to acute medication. Applicants amended the claims in the parent case to encompass only chronic administration and the case was allowed. In the meantime, applicants have carried out additional studies that they believe fully support the remainder of the original invention, acute administration, claims to which are now pending in this application.

Dr. McCullough then discussed the June 7, 1995, Declaration of Dean A. Handley, which is of record in the case. He also discussed a new study, just completed, the

P:\USER\RJPP\0701027C.INT
January 19, 1996

Barberich et al.
Serial No.: 08/335,480
Filed: November 7, 1994
Page -2-

results of which will be provided in a declaration that will
accompany the response to the outstanding Office Action. The
studies of Dr Handley had showed three things: (1) R-albuterol
is the eutomer for bronchodilation in humans; (2) S-albuterol
potentiates the response to spasmogen in humans 3 hours after
acute administration; and (3) all three (R- S- and R,S-
albuterol) are tremorigenic. The new study, investigating
intracellular calcium levels, confirms the previously
submitted results concerning enhancement of response to
spasmogen caused by acute administration of S-albuterol.
Intracellular calcium levels are known to control
contractility in smooth muscle cells. Dr. McCullough found in
this study that basal $Ca^{2+}$ levels in bovine airway smooth
muscle cells were affected by acute exposure of the cells to
the isomers of albuterol. Cell exposure to R-albuterol
decreased basal $Ca^{2+}$ levels. Such decreases in basal $Ca^{2+}$ are
associated with relaxation of bronchial smooth muscle. Cell
exposure to S-albuterol, on the other hand, increased basal
$Ca^{2+}$ levels, and such increases are associated with contraction
of bronchial smooth muscle. Indeed, in about 25% of the cells
exposed to high concentrations of S-albuterol ($\geq 10^{-4}$ M)
spontaneous calcium oscillations accompanied by spontaneous
cell shortening was observed. No such oscillations or
contractions were observed in cells exposed to R-albuterol.

Dr. McCullough explained that when cells are exposed to a
spasmogen such as carbachol, two phases of increased $Ca^{2+}$ are
observed: an initial phase involving a large transient
increase, and a second phase involving a sustained but lesser
increase. The study showed that cell exposure to R-albuterol
reduced both phases. Cell exposure to S-albuterol, on the
other hand, enhanced both phases. This enhancement of

P:\USER\RJP\0701037C.IM1
January 22, 1996

Barberich et al.
Serial No.: 08/335,480
Filed: November 7, 1994
Page -3-

intracellular calcium represents a mechanism for bronchial
hyperreactivity following acute administration of S-albuterol.

There was considerable discussion as to whether the
results of the studies are adequate to overcome the rejection
of record. Examiner Henley indicated that he needed to be
convinced that the results were truly unexpected. Dr.
McCullough noted that there is nothing in the literature to
suggest adverse effects arising out of the S-enantiomer. On
the contrary, one skilled in the art would have believed that
the effects of albuterol, adverse and beneficial alike, reside
with the R-enantiomer. No significant advantages would be
expected to arise out of the use of R-albuterol compared to
the racemate. Applicants' studies, however, establish that
use of R-albuterol provides advantages (i.e., avoidance of
hyperreactivity and reduction of tremorgenicity). One reason
that these advantages are significant, Dr. McCullough
explained, is because the serum half life of S-albuterol in
humans is longer than that of R-albuterol. Thus, when racemic
albuterol is administered, the spasmogenic and tremorgenic
effects of the S-enantiomer persist long after the beneficial
bronchodilatory effects of the R-enantiomer have faded. On
the other hand, when R-albuterol is administered, the
persistent adverse effects will be reduced (in the case of
tremor) or avoided (in the case of hyperreactivity).

Examiner Henley also indicated that he needed to be
convinced that In re Adamson is not controlling. It was
pointed out that a case of prima facie obviousness can be
overcome if it is demonstrated that the claimed invention
possesses sufficient unexpected properties not actually
possessed by the closest prior art. Adamson does not purport

F:\USER\RFP\0701027C.INI
January 22, 1996

Barberich et al.
Serial No.: 08/335,480
Filed: November 7, 1994
Page -4-

to change the law in this regard. Messrs. Hansen, Reedich and McCullough agreed to prepare a response that explains what one skilled in the art would expect based on the prior art, makes clear that Applicants' results are indeed unexpected, and addresses *Adamson*.

Mr. Hansen thanked Examiner Henley for his time and the interview concluded.

Respectfully submitted,

*Philip E Hansen*

Philip E. Hansen
Agent for Applicants
Reg. No. 32,700

Dated: January 24, 1996

Address for Correspondence:
Heslin & Rothenberg, P.C.
5 Columbia Circle
Albany, New York 12203-5160
Telephone: (518) 452-5600
Facsimile: (518) 452-5579

F:\USER\BARFP\701027C.INI
January 22, 1996

# EXHIBIT   17

0701.027D

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Barberich et al.

Serial No.:    08/691,604                     Art Unit: Not assigned

Filed:    August 15, 1996                     Examiner: Not assigned

Title:    METHOD FOR TREATING ASTHMA USING OPTICALLY PURE
         R(-)ALBUTEROL

### CERTIFICATE OF MAILING

I hereby certify that this correspondence is
being deposited with the U.S. Postal Service
as first class mail in an envelope addressed
to: Assistant Commissioner for Patents,
Washington, D.C. 20231, May 7 , 1997.

Philip E. Hansen
Agent for Applicant
Reg. No. 32,700

Date of Signature: May 7 , 1997

To:  Assistant Commissioner for Patents
     Box Non-Fee Amendment
     Washington, D.C.  20231

### Preliminary Amendment Under 37 C.F.R. 1.115

Dear Sir:

Prior to examination, please amend the application as
follows:

In the Claims:

Cancel claims 1-12.

Please add the following claims:

13.  A method of treating an acute attack of asthma, while
reducing side effects associated with the acute administration of
racemic albuterol, comprising administering to an individual

F:\USERS\EFF\7010270.PAM
May 7, 1997

Barberich et al.
Serial No.:  08/691,604
Filed:  August 15, 1996
Page -2-

suffering from an acute attack of asthma a quantity of an
optically pure R(-) isomer of albuterol sufficient to result in
bronchodilation while simultaneously reducing undesirable side
effects, said R isomer being substantially free of its S(+)
isomer.

    14.  A method of treating asthma in an individual with
albuterol, while reducing side effects associated with chronic
administration of racemic albuterol, comprising chronically
administering to the individual a quantity of an optically pure
R(-) isomer of albuterol sufficient to result in bronchodilation
while simultaneously reducing undesirable side effects, said R
isomer being substantially free of its S(+) isomer.

    2~~5~~.  A method according to Claim ~~13 or 14~~ 23', wherein the
albuterol comprises at least 90% by weight of the R(-) isomer and
not more than 10% by weight of the S(+) isomer.

    3~~16~~.  A method according to Claim ~~13 or 14~~ 23', wherein the
albuterol comprises at least 99% by weight of the R(-) isomer and
1% or less by weight of the S(+) isomer.

    4~~17~~.  A method according to Claim ~~13 or 14~~ 23', wherein the
optically pure R(-) albuterol is administered by inhalation.

    5~~18~~.  A method according to Claim ~~17~~ 4, wherein the optically
pure R(-) albuterol is administered in an amount of about 30 μg
to about 90 μg.

F:\DESEE\RFP\701037D.PAM
May 7, 1997

Barberich et al.
Serial No.: 08/691,604
Filed: August 15, 1996
Page -3-

B

19. A method according to Claim 13 or 14, wherein the optically pure R(-) albuterol is administered orally.

20. A method according to Claim 19, wherein the optically pure R(-) albuterol is administered in an amount of about 1 mg to about 8 mg.

21. A method according to Claim 19, wherein the optically pure R(-) albuterol is administered as a syrup.

22. A method according to Claim 20, wherein the optically pure R(-) albuterol is administered as a syrup.

23. A method of treating asthma, while reducing side effects associated with the administration of racemic albuterol, comprising administering to an individual suffering from asthma a quantity of an optically pure R(-) isomer of albuterol sufficient to result in bronchodilation while simultaneously reducing undesirable side effects, said R isomer being substantially free of its S(+) isomer.

## REMARKS

The present application is a continuation of US application, serial number 08/335,480. Claims 1-12 were present in the application as filed. All claims pending in the original application are canceled by amendment above and are replaced by new claims. Claims 13-23 are therefore pending in this continuation application.

F:\USERS\BFF\701027D.PAM
May 7, 1997

Barberich et al.
Serial No.:  08/691,604
Filed:  August 15, 1996
Page -4-

The parent application, 08/335,480, issued to US patent
5,547,994 on August 20, 1996.  One week before issue, on August
13, 1996, two references were brought to the attention of
applicants' undersigned representative.  These references had
just been provided by a potential licensee and had not been
considered in the prosecution of the '480 case.  Although
applicants believe that the references are merely cumulative to
the references already of record, they did not wish the patent to
issue without explicit consideration of the additional
references.  In accordance with the procedures outlined in the
MPEP and in accordance with advice received via telephone from
the Office of Petitions, applicants immediately filed a Petition
to Withdraw from Issue and a request for File Wrapper
Continuation of the '480 case, so that the references could be
considered.  The Petition to Withdraw from Issue and fee were
hand carried to the Office of Petitions on August 15, 1996.

On August 21, 1996, applicants' Petition to Withdraw from
Issue was dismissed because there was insufficient time to
withdraw the patent.  It then became necessary to petition to
have the instant application converted from a filing under 37 CFR
§1.62 to a continuation under 37 CFR §1.60.  A decision mailed on
February 28, 1997, granted applicants' petition of August 23,
1996 to effect such a conversion.  The application now before the
examiner is the culmination of this process.

Claims 13-21 above are presented solely to allow the
consideration of the two references not previously cited; the
wording of these claims is identical to that of the claims in
issued patents 5,362,755 (the parent of this case) and 5,547,994

F:\USERS\RFP\701827D.PAM
May 7, 1997

Barberich et al.
Serial No.: 08/691,604
Filed: August 15, 1996
Page -5-

(the grandparent of this case). As mentioned above, applicants
believe that the references are merely cumulative to the
references already of record.

The first reference, UK patent 1,298,494, discloses that
R(-) albuterol is 50 times more potent than S(+) albuterol in
antagonizing acetyl choline-induced bronchoconstriction in the
guinea pig (page 1, column 2, line 68-74). The second new
reference, German Patent 2,128,258, which corresponds to UK
patent 1,298,494, but which has a slightly differently worded
specification, refers to the "high pharmacological activity in
particular of the R(-) isomers" and discloses without further
quantification that R(-) albuterol "functions as an antagonist of
the increased bronchial resistance which is caused in
anesthetized guinea pigs as a consequence of acetyl choline."

Applicants' reference CB [Brittain et al. Brit. J.
Pharmacol. 48, 144-147 (1973)], which was discussed extensively
during prosecution of the '480 application and its parent
08/163,581, disclosed that mean equipotent doses for (-) and (+)
albuterol in acetyl choline-induced bronchoconstriction in the
guinea pig were 2.93 and 112 respectively. Thus applicants urge
that the two new references add nothing to the existing record,
and that the claims that were allowed in the '480 application and
its parent, 08/163,581, remain allowable.

Since circumstances have compelled applicants to file this
continuation, they have taken the opportunity to add a claim in
the clearest possible format. The newly presented claim 23
combines the substance of the claims of the parent (now US patent

F:\USERS\SFP\7010270.PAM
May 7, 1997

Barberich et al.
Serial No.:  08/691,604
Filed:  August 15, 1996
Page -6-


5,547,994), which relate to acute medication, with the substance
of the claims of the grandparent (US patent 5,362,755), which
relate to chronic medication, eliminating the division between
acute and chronic, but making no other change.  Since claim 23 is
not of identical scope to any single claim of either issued
patent alone, applicants believe it would not present an issue of
statutory double patenting and would be allowable with a terminal
disclaimer.

Respectfully submitted,


Philip E. Hansen
Agent for Applicants
Reg. No. 32,700


Dated: May 7, 1997

Address for Correspondence:
Philip E. Hansen
Heslin & Rothenberg, P.C.
5 Columbia Circle
Albany, New York  12203
Telephone: (518) 452-5600
Facsimile:  (518) 452-5579


F:\USERS\BFP\7010270.PAM
May 7, 1997

# EXHIBIT   18

GP1>05

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: Barberich *et al.*                          Docket No.: 0701.027D

Serial No.: 08/691,604                          Group Art Unit: 1205

Filed: August 15, 1996                          Examiner: Henley III, R.

Title:  METHOD FOR TREATING ASTHMA USING OPTICALLY PURE R(-)
        ALBUTEROL

#10/B
JRP
12/12/97

<u>CERTIFICATE OF MAILING</u>

I hereby certify that this correspondence is being deposited with the U.S.
Postal Service as first class mail in an envelope addressed to: Assistant
Commissioner for Patents, Box Non Fee Amendment, Washington, D.C.
20231, on November 20, 1997.

Philip E. Hansen
Agent for Applicants
Reg. No. 32,700

Date of Signature:  November 20, 1997

Assistant Commissioner for Patents
Box Non Fee Amendment
Washington, D.C.  20231


<u>AMENDMENT AND RESPONSE UNDER 37 C.F.R. 1.111</u>

Dear Sir:

        This is a response to an Office Action mailed August 25, 1997 (paper number 9).  As
response to the Action is due by November 25, 1997, this paper is timely filed.


<u>Amendment</u>

        Please amend the application as follows:


<u>In the claims:</u>

        Please cancel claims 13 and 14.

        Line 1 of claims 15, 16, 17 and 19, delete "13 or 14" and insert therefor --23--.

USSN 08/691,604
Barberich *et al.*
Page -2-

### Response

The present application is a continuation of USSN 08/335,480, which included claims 1-12. All claims pending in the original application were canceled and new claims 13-23 were added in a preliminary amendment filed with the present application. Claims 13 and 14 are canceled herein; claims 15-23 are pending in this continuation application.

### Statutory Double Patenting Rejection

Claim 13 was rejected as claiming the same invention as that of claim 1 of prior U.S. Patent No. 5,547,994 and claim 14 was rejected as claiming the same invention of claim 1 of prior U.S. Patent No. 5,362,755. To overcome this rejection, both claim 13 and claim 14 have been canceled by amendment above.

### Obvious-type Non-Statutory Double Patenting Rejection

Claims 13 and 15-22 were rejected as being unpatentable over claims 1-4 of prior U.S. Patent No. 5,547,994. Claims 14 and 15-22 were rejected as being unpatentable over claims 1-5 of prior U.S. Patent No. 5,362,755. Claim 23 was rejected as being unpatentable over claim 1 of prior U.S. Patent No. 5,547,994 and claim 1 of prior U.S. Patent No. 5,362,755.

In response to the above rejections, Applicants herewith submit Terminal Disclaimers in accordance with 37 CFR 1.321 (b) and (c) and fee under 37 C.F.R. 1.20(d).

### Disclosure of Information under 37 CFR §1.56

In the prosecution of parent case 08/335,480 (now US patent 5,547,994), applicants presented a Declaration under 37 CFR §1.132 by John R. McCullough. Dr. McCullough presented results of tests on airway smooth muscle cells that demonstrated unexpected differences among the enantiomers and racemate of albuterol on calcium mobilization and on

F:\USER\DNL\0.74.041TD.AMD
November 20, 1997

USSN 08/691,604
Barberich *et al.*
Page -3-

airways hyperreactivity.  Following the presentation of this declaration and the accompanying response on January 22, 1996, the claims were allowed.  Earlier in prosecution, on June 6, 1995, applicants had presented a Declaration under 37 CFR §1.132 by Dean A. Handley showing the tremorogenicity of the enantiomers in mice.  From the results in mice, Dr. Handley concluded that the use of the pure R enantiomer would result in less potential for tremorogenicity in humans.  In the next Office Action following that declaration, the Examiner maintained the rejection and noted that the Handley declaration had been carefully considered, but it did not persuade the Examiner of error in his earlier rejection.

Subsequent to the prosecution of the '480 case, applicants have undertaken clinical trials in preparation for bringing the compositions and methods of the invention onto the market, including clinical trials directed toward determining tremorogenicity in humans.  The results of the studies indicate that, notwithstanding the effects seen in the mouse tremorogenicity study, the S enantiomer does not appear to be tremorogenic in humans.  Applicants therefore do not believe it would be proper to rely on the declaration of Dr. Handley for patentability.  Applicants present this information in order to satisfy their duty of disclosure, but they believe it has no practical effect on the patentability *vel non* of the claims, since the Examiner did not rely on the declaration of Dr. Handley for his determination of allowability.  As regards the findings in the declaration of Dr. McCullough, on which the Examiner appears to have relied for allowance, Dr. McCullough remains comfortable with the results and conclusions presented in that declaration.



USSN 08/691,604
Barberich *et al.*
Page -4-

     There being no further outstanding issues, the application is believed in condition for allowance and such action is respectfully requested. However, should the Examiner have any further questions or comments regarding the pending claims, he is urged to contact Applicant's representative at the number below.

                               Respectfully submitted,

                               Philip E. Hansen
                               Agent for Applicants
                               Reg. No. 32,700

Dated: *November 20, 1997*

Heslin & Rothenberg, P.C.
5 Columbia Circle
Albany, New York 12203
Telephone: (518) 452-5600
Facsimile: (518) 452-5579

# EXHIBIT 19

#3A
LB
6/12/98

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Barberich *et al.*          Atty Dkt. No.: 0701.027F

Serial No.:   Unknown
              Continuation of 08/691,604
              Filed: August 15, 1996
              Group Art Unit: 1205
              Examiner: Henley III, R.

Title:  METHOD FOR TREATING ASTHMA USING OPTICALLY PURE
        R(-)ALBUTEROL

To:  Assistant Commissioner for Patents
     Box PATENT APPLICATION
     Washington, D.C.  20231

            Preliminary Amendment Under 37 C.F.R. 1.115

Dear Sir:

        Prior to examination, please amend the application as
follows:

In the Title:

        Please delete "METHOD FOR TREATING ASTHMA USING OPTICALLY
PURE R(-)ALBUTEROL" and substitute therefor --METHOD FOR INDUCING
BRONCHODILATION USING OPTICALLY PURE R(-)ALBUTEROL--.

In the specification:

        Page 1, between line 2 and line 3, insert:

                --Cross Reference to Related Applications

        This application is a continuation of our prior copending
application 08/691,604, filed August 15, 1996, which was a
                                                    is
                                            now U.S. Patent 5,760,090,

F:\USER\RKP\0701027F.PAM
April 2, 1998

10

Continuation of 08/691,604
Atty Dkt. No.: 0701.027F
Barberich et al.
Page -2-

*filed November 7, 1984*

continuation of application 08/335,480, now US patent 5,547,994,
*is*                                                          *filed December 7, 1993*
which was a continuation of application 08/163,581, now US patent
                                             *is*
5,362,755, which was a continuation of application 07/896,725, *filed June 9, 1992*
now abandoned, which was a continuation of application
07/461,262, filed January 5, 1990, now abandoned.--

In the Claims:

        Cancel claims 1-12.

        Please add the following claims:

        13.  (New)  A method of inducing bronchodilation or
providing relief of bronchospasm, comprising administering to an
individual a quantity of optically pure R-(-) albuterol
sufficient to induce said bronchodilation.

        *2*
        14.  (New)  A method according to Claim 13, wherein the
albuterol comprises at least 90% by weight of the R(-) isomer and
not more than 10% by weight of the S(+) isomer.

        *3*
        15.  (New)  A method according to Claim 13, wherein the
albuterol comprises at least 99% by weight of the R(-) isomer and
1% or less by weight of the S(+) isomer.

F:\USER\JMJFP\0701027F.PAM
April 2, 1998

Continuation of 08/691,604
Atty Dkt. No.: 0701.027F
Barberich et al.
Page -3-

16. (New)  A method according to Claim 15, wherein the optically pure R(-) albuterol is administered by inhalation.

17. (New)  A method according to Claim 16, wherein the optically pure R(-) albuterol is administered in an amount of about 30 μg to about 90 μg.

18. (New)  A method according to Claim 15, wherein the optically pure R(-) albuterol is administered orally.

19. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered in an amount of about 1 mg to about 8 mg.

20. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered as a syrup.

21. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered as a syrup.

22. (New)  A method of inducing bronchodilation or providing relief of bronchospasm while reducing the concomitant liability of adverse effects associated with racemic albuterol, comprising administering to an individual a quantity of optically

F:\USER\SRF\FP\0010.27F.PAM
April 2, 1998

Continuation of 08/691,604
Atty Dkt. No.: 0701.027F
Barberich et al.
Page -4-



pure R-(-) albuterol sufficient to induce said bronchodilation
while simultaneously reducing said adverse effects.

<u>REMARKS</u>

The present application is a continuation of US application,
serial number 08/691,604. Claims 1-12 were present in the
application as filed. All claims pending in the original
application are canceled by amendment above and are replaced by
new claims. Claims 13-22 are therefore pending in this
continuation application.

In the parent application, 08/691,604, claims were allowed
to "a method of treating asthma". New claims 13-22 relate to "a
method for inducing bronchodilation or providing relief of
bronchospasms". Support for the new wording relating to inducing
bronchodilation or providing relief of bronchospasms is found on
page 5, line 5-6, page 3, line 8-9 and elsewhere in the
specification. Applicants respectfully submit that new claims
13-22 are allowable with a terminal disclaimer for reasons of
record in parent application 08/691,604.

F:\USER\FAFP\0701027F.PAM
April 2, 1998

Continuation of 08/691,604
Atty Dkt. No.: 0701.027F
Barberich et al.
Page -5-

In order to expedite prosecution, Applicants enclose herewith terminal disclaimers in accordance with 37 CFR 1.321 (b) and (c) and fees under 37 C.F.R. 1.20(d).

Respectfully submitted,

Philip E. Hansen
Agent for Applicants
Reg. No. 32,700

Dated: April 21, 1998

Address for Correspondence:
Philip E. Hansen
Heslin & Rothenberg, P.C.
5 Columbia Circle
Albany, New York 12203
Telephone: (518) 452-5600
Facsimile: (518) 452-5579

F:\USER\PAF\P0701027F.PAM
April 2, 1998

# EXHIBIT  20

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Barberich *et al.*        Atty Dkt. No.: 0701.027H

Serial No.:    Unknown
               Continuation of 09/200,541
               which was filed: November 25, 1998
               Group Art Unit: 1614
               Examiner: Henley III, R.

Title:  METHOD FOR TREATING ASTHMA USING OPTICALLY PURE
        R(-)ALBUTEROL

To:  Assistant Commissioner for Patents
     Box PATENT APPLICATION
     Washington, D.C.  20231

              Preliminary Amendment Under 37 C.F.R. 1.115

Dear Sir:

     Prior to examination, please amend the application as
follows:

In the Title:

     Please delete "METHOD FOR TREATING ASTHMA USING OPTICALLY
PURE R(-)ALBUTEROL" and substitute therefor --METHOD FOR TREATING
BRONCHOSPASM USING OPTICALLY PURE R(-)ALBUTEROL--.


In the specification:

     Page 1, between line 2 and line 3, insert:

          --Cross Reference to Related Applications
     This application is a continuation of our prior copending
application 09/200,541, filed November 25, 1998, which is a
continuation of application 09/063,551, filed April 21, 1998, now
US Patent 5,844,002, which was a continuation of application
08/691,604, filed August 15, 1996, now US Patent 5,760,090, which
was a continuation of application 08/335,480, now US patent
                                                filed November 7, 1994,

F:\USERS\RP\SEPRACOR\027H.PAM
December 8, 1998

Continuation of 09/200,541
Atty Dkt. No.: 0701.027H
Barberich et al.
Page -2-

5,547,994, which was a continuation of application 08/163,581, filed December 7, 1993, now US patent 5,362,755, filed June 8, 1992, which was a continuation of application 07/896,725, now abandoned, which was a continuation of application 07/461,262, filed January 5, 1990, now abandoned.--

In the Claims:

Cancel claims 1-12.

Please add the following claims:

13. (New)  A method of treating bronchospasm in a patient with reversible obstructive airway disease, comprising administering to said patient a therapeutically effective amount of optically pure R-(-) albuterol.

14. (New)  A method according to Claim 13, wherein the albuterol comprises at least 90% by weight of the R(-) isomer and not more than 10% by weight of the S(+) isomer.

15. (New)  A method according to Claim 13, wherein the albuterol comprises at least 99% by weight of the R(-) isomer and 1% or less by weight of the S(+) isomer.

16. (New)  A method according to Claim 13, wherein the optically pure R(-) albuterol is administered by inhalation.

17. (New)  A method according to Claim 16, wherein the optically pure R(-) albuterol is administered in an amount of

Continuation of 09/200,541
Atty Dkt. No.: 0701.027H
Barberich et al.
Page -3-

about 30 μg to about 90 μg.

18. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered orally.

19. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered in an amount of about 1 mg to about 8 mg.

20. (New)  A method according to Claim 18, wherein the optically pure R(-) albuterol is administered as a tablet, capsule or syrup.

21. (New)  A method according to Claim 19, wherein the optically pure R(-) albuterol is administered as a syrup.

22. (New)  A method of preventing bronchospasm in a patient with reversible obstructive airway disease, comprising administering to said patient a therapeutically effective amount of optically pure R-(-) albuterol.

23. (New)  A method according to Claim 22, wherein the albuterol comprises at least 90% by weight of the R(-) isomer and not more than 10% by weight of the S(+) isomer.

24. (New)  A method according to Claim 22, wherein the albuterol comprises at least 99% by weight of the R(-) isomer and 1% or less by weight of the S(+) isomer.

Continuation of 09/200,541
Atty Dkt. No.: 0701.027H
Barberich et al.
Page -4-

25. (New) A method according to Claim 25, wherein the optically pure R(-) albuterol is administered by inhalation.

26. (New) A method according to Claim 25, wherein the optically pure R(-) albuterol is administered in an amount of about 30 μg to about 90 μg.

27. (New) A method according to Claim 25, wherein the optically pure R(-) albuterol is administered orally.

28. (New) A method according to Claim 27, wherein the optically pure R(-) albuterol is administered in an amount of about 1 mg to about 8 mg.

29. (New) A method according to Claim 27, wherein the optically pure R(-) albuterol is administered as a tablet, capsule or syrup.

<u>REMARKS</u>

The present application is a continuation of US application, serial number 09/200,541. Claims 1-12 were present in the original application 07/461,262, from which this application claims ultimate priority. All claims pending in the original application are canceled by amendment above and are replaced by new claims. Claims 13-29 are therefore pending in this continuation application.

P:\USERS\APPS\SEPRA\CON\027H.PAM
December 8, 1999



Continuation of 09/200,541
Atty Dkt. No.: 0701.027H
Barberich et al.
Page -5-

In previous applications in this series, claims have been allowed to "a method of treating asthma" (08/691,604), to "a method for inducing bronchodilation or providing relief of bronchospasms" (09/063,551) and to "a method of treating an acute attack of asthma" (08/335,480). Applicants respectfully submit that new claims 13-29 to "a method of treating bronchospasm in a patient with reversible obstructive airway disease" and to a method of preventing bronchospasm in a patient with reversible obstructive airway disease" are allowable with a terminal disclaimer for reasons of record in parent applications 09/063,551 and 08/691,604.

In order to expedite prosecution, Applicants enclose herewith terminal disclaimers in accordance with 37 CFR 1.321 (b) and (c) and fees under 37 C.F.R. 1.20(d).

Respectfully submitted,

Philip E. Hansen
Agent for Applicants
Reg. No. 32,700

Dated: December 17, 1999

Address for Correspondence:
Philip E. Hansen
Heslin & Rothenberg, P.C.
5 Columbia Circle
Albany, New York  12203
Telephone: (518) 452-5600
Facsimile:  (518) 452-5579

F:\USERS\APP\SEPRACOR\027H PAM
December 8, 1999

# EXHIBIT   21

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY