# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 2, 2008

Ms. Deborah Krett
Case Manager
United States District Court
844 King Street, Lockbox 27
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: Request for Permission to Have Laptop Computers in Courtroom 4B
During Markman Hearing in *Sepracor, Inc. v. Dey, L.P., et al.;*
C.A. No. 06-113-JJF (Consolidated)

Dear Ms. Krett:

We are local counsel for defendants Dey, L.P. and Dey, Inc. in the above action. We are scheduled to appear for a Markman hearing in the above action on Friday, July 18, 2008, and request permission to bring laptop computers to Courtroom 4B to assist in the preparation and/or presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Very truly yours,

/s/ *Tiffany Geyer Lydon*

Tiffany Geyer Lydon

cc: David Thomas, United States Marshal (by hand)
Keith Ash, Chief Court Security Officer (by hand)

{00226933;v1}