IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | C.A. No. 06-113-JJF<br>(Consolidated) |

## ORDER

The persons listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers for a hearing on Friday, July 18, 2008. Counsel and staff shall comply with the inspection provisions of the United States Marshal.

        Elizabeth Leff, Esquire
        Sam Desai, Esquire
        Carol DeBonis

Dated: July 8, 2008

United States District Judge

{00226948;v1}