# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
302 351 9227
302 425 4681 Fax
klouden@mnat.com

July 8, 2008

Ms. Deborah Krett                                                    *VIA ELECTRONIC FILING*
Case Manager
United States District Court
844 North King Street, Lockbox 10
Wilmington, Delaware 19801

      Re:    Request For Permission to Have Computer Equipment in Courtroom 4B for *Markman* hearing in the matter of *Sepracor, Inc. v. Dey, L.P. et al.*, C.A. No. 06-113-JJF (Consolidated)

Dear Ms. Krett:

      We are scheduled to appear for a *Markman* hearing in Courtroom 4B on July 18, 2008 and request permission to bring laptop computers into the courtroom to assist with the presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

      Respectfully,

      Karen Jacobs Louden (#2881)

cc:    David Thomas, United States Marshal (Via Hand Delivery)
       Keith Ash, Chief Court Security Officer (Via Hand Delivery)
       Steven J. Balick, Esquire (Via Electronic Filing)
       Richard K. Herrmann, Esquire (Via Electronic Filing)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | ) <br> ) <br> ) <br> ) C.A. 06-113-JJF<br> ) (Consolidated)<br> ) <br> ) <br> ) <br> ) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers for a hearing on July 18, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

    Preston Ratliff, Esquire
    Jason Christiansen, Esquire
    Brian Bakale

_____        _____
    DATE                                   JOSEPH J. FARNAN, JR.
                                                United States District Court Judge