IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br> PERMISSION FOR COUNSEL TO <br> POSSESS AND UTILIZE A LAPTOP <br> COMPUTER DURING COURT <br> PROCEEDINGS IN COURTROOM 4B <br> OF THE J. CALEB BOGGS FEDERAL <br> BUILDING | C.A. 06-113-JJF <br> (Consolidated) |

### ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers for a hearing on July 18, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

        Preston Ratliff, Esquire
        Jason Christiansen, Esquire
        Brian Bakale

7-9-08
DATE

JOSEPH J. FARNAN, JR.
United States District Court Judge