# Morris James LLP

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

July 11, 2008

**VIA EFILING AND HAND DELIVERY**
Ms. Deborah Krett
Case Manager
USDC for the District of Delaware
844 King Street, Lockbox 27
Wilmington, DE 19801

Re: *Sepracor Inc. v. Dey, L.P., et al.,* **C.A. No. 06-113 JJF (consolidated)**
**Request for Permission to Have Laptop Computers in Courtroom 4B**

Ms. Krett:

As counsel for defendant Barr Laboratories, we are scheduled to appear for a hearing in Courtroom 4B commencing on Friday, July 18th at 9 a.m. and request permission to bring laptop computers to Courtroom 4B to assist in our preparation and/or presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Respectfully,

*/s/ Richard K. Herrmann*

Richard K. Herrmann, I.D. No. 405
*rherrmann@morrisjames.com*

RKH/sch

cc: Counsel of Record (via email)