IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO POSSESS AND UTILIZE A LAPTOP COMPUTER DURING COURT PROCEEDINGS IN COURTROOM 4B OF THE J. CALEB BOGGS FEDERAL BUILDING | C.A. No. 06-113-JJF (consolidated) |

ORDER

The attorneys listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers for presentation during the scheduled Markman hearing on Friday, July 18, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

    Imron Aly               Elizabeth Erickson              George Lombardi

Date: July __14__, 2008

                                            JOSEPH J. FARNAN, JR.
                                            United States District Court Judge