IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNOVION PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> DEY PHARMA, L.P., DEY, INC., MYLAN INC., and MYLAN PHARMACEUTICALS INC. <br><br> Defendants. | Civil Action No. 06-113-LPS (Consolidated) |

### DEFENDANTS' MOTION SEEKING RULE 37 SANCTIONS AND RENEWING AND SUPPLEMENTING ITS RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW

Dey moves for Rule 37 sanctions and renews and supplements its Rule 50 motion for judgment as a matter of law based on the grounds stated in its Opening Brief filed contemporaneously herewith.

### STATEMENT OF COMPLIANCE WITH LOCAL RULE 7.1.1

Issues presented in this motion are non-dispositive. Accordingly, counsel for Dey has conferred with counsel for Sidley Austin regarding the matters set forth in this motion. After reasonable efforts, the parties were unable to reach agreement regarding the matters set forth in this motion.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Edgar H. Haug
Steven M. Amundson
Sam V. Desai
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
Tel: (212) 588-0800

Elizabeth A. Leff
FROMMER LAWRENCE & HAUG LLP
1667 K Street, N.W.
Washington, DC 20006
Tel: (202) 292-1530

Dated: February 5, 2012

By: /s/ Richard L. Horwitz
　　　Richard L. Horwitz (#2246)
　　　David E. Moore (#3983)
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　Wilmington, DE 19801
　　　Tel: (302) 984-6000
　　　rhorwitz@potteranderson.com
　　　dmoore@potteranderson.com

*Attorneys for Defendants Dey Pharma, L.P., Dey, Inc., Mylan Inc., and Mylan Pharmaceuticals, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on February 5, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 5, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld<br>Karen Jacobs Louden<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>klouden@mnat.com | Thomas H. Beck<br>Neal K. Dahiya<br>Jesselyn C. Pe<br>Nicole N. Lai<br>Andrew E. Lin<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>tbeck@sidley.com<br>ndahiya@sidley.com<br>jpe@sidley.com<br>nlai@sidley.com<br>alin@sidley.com |
| Paul J. Zegger<br>Peter Choi<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, DC 20005<br>pzegger@sidley.com<br>peter.choi@sidley.com | |

By: /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

979861 / 35939